IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FUJIREBIO DIAGNOSTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> QUANTERIX CORPORATION, <br><br> Defendant. <br> QUANTERIX CORPORATION, <br><br> Counter-Plaintiff, <br><br> v. <br><br> FUJIREBIO DIAGNOSTICS, INC., <br> FUJIREBIO EUROPE N.V., <br><br> Counter-Defendants. | C.A. No. 25-659 (GBW) |

## DECLARATION OF MAILING

I, Jeremy A. Tigan, declare as follows:

1. I am a partner at the law firm of Morris, Nichols, Arsht & Tunnell LLP, counsel to Quanterix Corporation in this action.

2. Upon information and belief, Fujirebio Europe N.V. is an entity organized and existing under the laws of Belgium, having its principal place of business at Technologiepark 6, 9052 Zwijnaarde (Ghent) – Belgium.

3. On July 3, 2025, copies of the summons and Quanterix Corporation's Answer to Complaint and Counterclaims (D.I. 12) were sent via Federal Express to Fujirebio Europe N.V. c/o Christiaan De Wilde, President & CEO, at the address above. *See* Exhibits A and B.

4.     On July 8, 2025, we received notification that the papers were delivered to Mr. De Wilde and Fujirebio Europe N.V. that same day.  *See* Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on July 9, 2025.

*/s/ Jeremy A. Tigan*
_____
Jeremy A. Tigan (#5239)