# EXHIBIT A

# Cooley

Orion Armon                                                                                      Via FedEx
T: +1 720 566 4119
oarmon@cooley.com

July 3, 2025

Mr. Christiaan De Wilde
President & CEO
Fujirebio Europe NV
Technologiepark 6
9052 Zwijnaarde (Ghent) – Belgium

Dear Mr. De Wilde:

Please see the enclosed documents which contain Quanterix Corp.'s counterclaim against Fujirebio Europe
N.V. alleging infringement of U.S. Patent No. 11,275,092.

Sincerely,

Orion Armon

OA:tez
Enclosures

cc:     Monté T. Squire, Esq.                          )
        Anthony J. Fitzpatrick, Esq.                   )
        Christopher S. Kroon, Esq.                     ) via FedEx
        Poornarchita H. Dwarakanath, Esq.             )
        Thomas J. Kowalski, Esq.                       )

321115191 v1

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Delaware

| | )
|---|---|
| Quanterix Corporation | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | )   Civil Action No.   25-659 (GBW) |
| | ) |
| Fujirebio Diagnostics, Inc.; | ) |
| Fujirebio Europe N.V. | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
　　　　　　Fujirebio Europe N.V.
　　　　　　c/o Christiaan De Wilde, President & CEO
　　　　　　Technologiepark 6
　　　　　　9052 Zwijnaarde (Ghent) – Belgium


　　　　A lawsuit has been filed against you.

　　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
　　　　　　Jeremy A. Tigan
　　　　　　Morris, Nichols, Arsht & Tunnell LLP
　　　　　　1201 North Market Street
　　　　　　P.O. Box 1347
　　　　　　Wilmington, DE  19899


　　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date:　　07/03/2025　　　　　　　　　　　*Osiris Aguilar Martinez*
　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

EXHIBIT B

July 09, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 390657999594

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Shipping/Receiving |
| Signed for by: | F.IERENS | Delivery Location: | TECHNOLOGIEPARK 6 |
| Service type: | FedEx International Priority | | |
| Special Handling: | Deliver Weekday;<br>Direct Signature Required | | ZWIJNAARDE, BG, 9052 |
| | | Delivery date: | Jul 8, 2025 10:33 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 390657999594 | Ship Date: | Jul 3, 2025 |
| | | Weight: | 1.54 LB/0.7 KG |

**Recipient:**
CHRISTIAAN DE WILDE PRESIDENT  CE, FUJIREBIO EUROPE NV
TECHNOLOGIEPARK 6
ZWIJNAARDE, BG, BE, 9052

**Shipper:**
ORION ARMON, COOLEY LLP
1144 15TH STREET
SUITE 2300
DENVER, CO, US, 80202

| | |
|---|---|
| Reference | 317448-201-12308 |
| Purchase Order | 12308 |
| Department Number | 317448-201 |



Thank you for choosing FedEx

| | |
|---|---|
| **From:** | FedEx Tracking <TrackingUpdates@fedex.com> |
| **Sent:** | Tuesday, July 8, 2025 4:39 AM |
| **To:** | Zughayer, Tammy |
| **Subject:** | Your shipment was delivered 390657999594 |

**CAUTION: This Message Is From an External Sender**
This message came from outside your organization.



# Your shipment was delivered.

### Delivery Date
Tue, 07/08/2025
10:33am

### Delivered to

TECHNOLOGIEPARK-ZWIJNAARD, ZWIJNAARDE, BG 9052

### Received by

F.IERENS

**Report missing package**

# How was your international shipping experience?



## Tracking details

| | |
|---|---|
| **Tracking ID** | 390657999594 |
| **From** | COOLEY LLP<br>1144 15TH STREET<br>SUITE 2300<br>DENVER, CO, US<br>80202 |
| **To** | FUJIREBIO EUROPE NV<br>TECHNOLOGIEPARK 6<br>ZWIJNAARDE, BG, BE<br>9052 |

| | |
|---|---|
| **Ship date** | Thu 7/03/2025 01:48 PM |
| **Number of pieces** | 1 |
| **Total shipment weight** | 0.70 KG |
| **Service** | FedEx International Priority® |
| **Reference** | 317448-201-12308 |
| **Shipper reference** | 317448-201-12308 |
| **Department number** | 317448-201 |
| **Purchase order number** | 12308 |

**TRACK SHIPMENT**