# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FUJIREBIO DIAGNOSTICS, INC., <br><br>        Plaintiff, <br><br>        v. <br><br>QUANTERIX CORPORATION, <br><br>        Defendant. <br><br>QUANTERIX CORPORATION, <br><br>        Counter-Plaintiff, <br><br>        v. <br><br>FUJIREBIO DIAGNOSTICS, INC., <br>FUJIREBIO EUROPE N.V., <br><br>        Counter-Defendants. | C.A. No. 25-cv-00659 (GBW) <br><br>**DEMAND FOR JURY TRIAL** |

## JOINT STIPULATION TO EXTEND TIME

WHEREAS Quanterix Corporation ("Quanterix") filed its Answer to Complaint and Counterclaims on June 23, 2025 (D.I. 12); and

WHEREAS Counter-Defendant Fujirebio Diagnostics, Inc. ("FDI") and Counter-Defendant Fujirebio Europe N.V. ("FRE") have each been served with the Answer to Complaint and Counterclaims (D.I. 12);

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel for the parties, and subject to the approval of the Court, that:

(1) The deadline for Counter-Defendants FDI and FRE to answer, move, or otherwise respond to Quanterix's Answer to Complaint and Counterclaims (D.I. 12) is extended

through and including September 5, 2025.

(2) Neither FDI nor FDE will seek to dismiss the Counterclaims pursuant to Fed. R. Civ. P. 12(b)(4) or 12(b)(5) and hereby waive such defenses.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | DUANE MORRIS LLP |
|---|---|
| */s/ Jeremy A. Tigan* <br> Jeremy A. Tigan (No. 5239) <br> Cameron P. Clark (No. 6647) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> jtigan@morrisnichols.com <br> cclark@morrisnichols.com <br><br> OF COUNSEL: <br> Elizabeth M. Flanagan (No. 5891) <br> COOLEY LLP <br> 30 S. 9th Street, 7th Floor <br> Minneapolis, MN 55402 <br> (312) 881-6383 <br> bflanagan@Cooley.com <br><br> Orion Armon (Admitted *Pro Hac Vice*) <br> COOLEY LLP <br> 1144 15th Street <br> Suite 2300 <br> Denver, CO 80202 <br> (720) 566-4000 <br> oarmon@cooley.com <br><br> *Attorneys for Quanterix Corporation* | */s/ Monté T. Squire* <br> Monté T. Squire (No. 4764) <br> 1201 North Market Street, Suite 501 <br> Wilmington, DE 19801 <br> Phone: (302) 657-4900 <br> mtsquire@duanemorris.com <br><br> OF COUNSEL: <br> Anthony J. Fitzpatrick (Admitted *Pro Hac Vice*) <br> Christopher S. Kroon (Admitted *Pro Hac Vice*) <br> Poornarchita H. Dwarakanath <br> (Admitted *Pro Hac Vice*) <br> DUANE MORRIS LLP <br> 100 High Street, Suite 2400 <br> Boston, MA 02110-1724 <br><br> Thomas J. Kowalski (Admitted *Pro Hac Vice*) <br> DUANE MORRIS LLP <br> 22 Vanderbilt <br> 335 Madison Avenue, 23rd Floor <br> New York, NY 10017-4669 <br><br> *Attorneys for Fujirebio Diagnostics, Inc. and Fujirebio Europe N.V.* |

July 11, 2025

IT IS SO ORDERED this ___ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE