# Exhibit K



# Quanterix

## Single Molecule Arrays for Digital Detection in Complex Samples

### IQT Technology Focus Day, March 25th, 2010

# Quanterix Team

**Management**
- David Okrongly, PhD - President and CEO (25 years diagnostics and biotech experience with Siemens, Bayer, Applied ImmuneSciences)
- David Duffy, PhD - Senior Director, Platform Research (Surface Logix, Gamera, Harvard)
- David Hanlon, PhD - Director, Strategic Marketing (Cytyc, Proteome, Oncogene Research)
- David Fournier, MS - Principal Engineer (Illumina, Cyvera, Gerber Systems, AGFA)
- David Wilson, PhD - Senior Director, Product Development (20 years with Abbott Diagnostics)

- High performance R&D team consisting of 12 Biochemists and Engineers

**Board of Directors**
- Nick Naclerio, PhD - Chairman (ParAllele, Motorola Life Sciences, True Materials)
- David Walt, PhD (Tufts, Illumina)
- David Okrongly, PhD (President and CEO)
- Keith Crandell (ARCH Venture Partners)
- James Nahirny (Bain Capital Ventures)
- Doug Cole, MD (Flagship Ventures)





# Quanterix

## Quanterix Detection Technology: Single Molecule Array (SiMoA™)

Exclusively licensed from Tufts University and covered by 12 US patents/applications and corresponding international filings.

# SiMoA moves chemical and biological measurements from the analog world to the digital world

**Traditional (Analog)**



0 pM                                           10 pM

- Concentration is determined from an average signal intensity of an ensemble of molecules
- Product diluted into large volume (>100 µL)
- Sensitivity limited by high background signals

**SiMoA (Digital)**



0 aM          3.5 aM          350 aM          3.5 fM

- Concentration is determined by counting discrete binary events
- Single molecules are confined in $50 \times 10^{-15}$ L (50 femtoliters)
- Background noise below threshold does not contribute to signal


Quanterix

# SiMoA is based on a simple three-step process

  

1. A sample is partitioned into an array of 50,000–500,000 femtoliter wells, so that each well contains 0 or 1 molecule

2. Catalytic chemistry generates bright optical signal in each reactor that contains at least one target molecule

3. Count the number of femtoliter wells that generate a positive signal to determine concentration

Li Z, Hayman RB, and Walt DR. *J. Am. Chem. Soc.* **2008**, *130*, 12622-63
Rissin DM, Gorris HH, and Walt DR. *J. Am. Chem. Soc.* **2008**, *130*, 5349-53
Rissin DM and Walt DR. *J. Am. Chem. Soc.* **2006**, *128*, 6286-87
Rissin DM and Walt DR. *Nano Lett.* **2006**, *6*, 520-23



# Distinguishing Features of the SiMoA Approach

- Transforms chemical and biological measurements from analog to digital worlds

- Strong basis in theory that shows >$10^7$ improvement in sensitivity is possible over analog techniques

- Many single molecules are detected simultaneously, rather than serially

- Inherently scaleable and flexible detection approach; larger arrays allow switching between high multiplexing and large dynamic range

- Many analytes possible (proteins, nucleic acids, cells, small molecules)

- Technology uses low-cost excitation sources and detectors in contrast to most complex, instrumentation-intensive single molecule approaches; readily amenable to miniaturization

- Strong IP (licensed from Tufts University and developed at Quanterix) based on Poisson Statistics approach



# SiMoA Device



10 µm



- 49,777 fibers per bundle
- Each fiber well with a defined (44 fL) volume
- Single sample loaded onto each fiber bundle

Quanterix

# SiMoA Instrument



SiMoA Imager

10 μm

Etched SiMoA Consumable

CCD Camera

Objective

White Light Source

SiMoA Consumable

Label Substrate

Seal Material

- Simple, low-cost approach to single molecule detection
- Amenable to miniaturization

Quanterix

# SiMoA enables digital ELISA detection of proteins using conventional immunoassay reagents



Streptavidin-β-galactosidase

Target Analyte

Biotin

Detection Antibody

Capture Antibody

Fiber surface of "ON" well (<10% of wells with analyte)

Fiber surface of "OFF" well (>90% of wells with no analyte)





Quanterix

# Theory of Single Molecule Immunoassays

$$K_d = \frac{[Ab][L]}{[AbL]} \quad \Rightarrow \quad \frac{[L]}{[AbL]} = \frac{N_A V K_d}{\theta_{Ab} n_{wells}} \qquad (1)$$

$$[L] + [AbL] = [L_{TOTAL}] \qquad (2)$$

$$n_{AbL} = \frac{[L_{TOTAL}] V N_A}{\left(1 + \frac{N_A V K_d}{\theta_{Ab} n_{wells}}\right)} \qquad (3)$$

| Concentration of target, [L_TOTAL] | n_AbL for V = 100 µL | n_AbL for V = 10 µL |
|---|---|---|
| 1 pM | All | All |
| 100 fM | All | All |
| 10 fM | 86,000 | 38,000 |
| 1 fM | 8,600 | 3,800 |
| 100 aM | 860 | 380 |
| 10 aM | 86 | 38 |
| 1 aM | 9 | 4 |
| 100 zM | 1 | none |

Typical ELISA limit of detection

Potential SiMoA limit of detection

- Thermodynamically, SiMoA offers tremendous sensitivity to analytes
- Techniques developed to improve kinetics to realize this potential


Quanterix

# SiMoA Provides >1000-fold increase in Sensitivity Advantage to Enzyme Label

## Analog Technology



01.15.09 SA-Bgal Calibration Curve 4 fM LOD

Enzyme concentration (fM)

Avg. Intensity

## Digital, SiMoA Technology



Enzyme concentration (aM)

Active wells

Plate reader Limit of Detection (LOD):

**4 fM = 4000 aM**

SiMoA Limit of Detection (LOD):

**3 aM**

- >1000× absolute sensitivity improvement
- High enzyme sensitivity allows lower concentrations of labeling molecules to be used in ELISA, lowering backgrounds, and improving limits of detection



Quanterix

# SiMoA Technology has attomolar (aM) Sensitivity and 8 Logs of Dynamic Range



| Technology | Sensitivity | Dynamic Range |
|---|---|---|
| ELISA | 1 pM ($10^{-12}$ M) | 4 Logs (ANALOG) |
| SiMoA | 100 aM ($10^{-16}$ M) | 8 Logs (ANALOG + DIGITAL) |

100 µL / well

44 fL / well

ANALOG

DIGITAL

| aM | | fM | | pM | | nM |
|---|---|---|---|---|---|---|
| $10^{-17}$ | $10^{-16}$ | $10^{-15}$ | $10^{-14}$ | $10^{-13}$ | $10^{-12}$ | $10^{-11}$ | $10^{-10}$ | $10^{-9}$ M |

Quanterix

# Bead-based SiMoA Immunoassay was developed to improve kinetics



- 100 µL of serum or plasma as test sample
- β-galactosidase used as enzyme reporter



# Digital ELISA is highly sensitive to proteins

Detection of TNF-α using SiMoA



# Comparison of Digital ELISA and ELISA

| Protein | SiMoA LOD (fM) | ELISA LOD (fM) | Sensitivity Increase |
|---------|----------------|----------------|----------------------|
| TNF-α   | 0.20           | 1250           | 6250x                |
| IL-6    | 0.20           | 400            | 2000x                |
| VEGF    | 0.50           | 500            | 1000x                |
| PSA     | 0.10           | 100            | 1000x                |

- Limit of Detection determined using SiMoA and plate reader detection using same antibody pair, enzyme label, and diluted serum matrix

- Proof-of-principle demonstrated 1000–6250 × improvement in sensitivity for digital ELISA over standard ELISA


Quanterix

# SiMoA Detection of Small Molecules





- Proof-of-principle assay for measuring small molecules (e.g., chemical weapons, explosives, hormones) using SiMoA



# SiMoA can also be used for single cell assays







SEM of single *S. cerevisiae* cells distributed in the wells of an etched fiber bundle (Walt et al. *Anal. Chem.* **2002**, *74*, 3046)

Ca2+ flux traces from single CHO cells expressing CCR5 stimulated with Mip1β (Walt et al. *Anal. Chem.* **2007**, *79*, 9045-9053)

- Array length-scales and detection well suited to single cell assays
- Several single cell assays possible
  - RNA and DNA detection (Walt/Quanterix SRA)
  - Calcium flux assays (Walt et al. *Anal. Chem.* **2007**, *79*, 9045-53)
  - Yeast Two Hybrid screening (Walt et al. *Anal. Biochem.* **2007**, *360*, 63–74)
  - Migration assays (Walt et al. *Anal. Bioanal. Chem.* **2005**, *382*, 37–43)





Quanterix

Current Applications of SiMoA

# Many Opportunities Exist for High Sensitivity Diagnostics
## Quanterix Will Focus on Two Applications for the Quanterix Clinical Lab



### Infectious Disease
- Blood products screening
- Antigen based Dx



### Inflammatory Disease
- Theranostics



**Brain**  **Blood**

Endothelial Cells

### Neurological Disease
*Alzheimer's Disease*



Abnormal/ Rare Protein

1 mm³ Tumor

### Oncology
*Prostate Cancer Recurrence Monitoring*



### Cardiovascular Disease
- Early MI detection / rule-out
- Risk stratification
- Stress test reduction



### Prenatal Screening



Quanterix



# Prostate Cancer Surveillance

Example of Post-Operative Patient Following Radical Prostatectomy

Diamandis, EP. 1998. TEM 9, 310-16

# Quanterix's assay can detect PSA in serum at concentrations >1000-fold lower than standard







Quanterix t-tau Assay is the First to Measure t-tau Protein
in Blood of AD Patients and Age-Matched Controls



# Quanterix

## Potential Applications for SiMoA in the Defense and Intelligence Communities

# SiMoA would interface with sampling methods and allow detection of low protein concentrations



single molecule detection

sweat

air

saliva

- Bridge gap between microsampling technologies and ultra-sensitive detection of proteins



# Ultra-Sensitive Detection of Pathogens and Biomarkers for Chemical Exposure

- Detection of nucleic acids (NA) using PCR is the cornerstone of sensitive detection of biological threats
  - Nucleic acids can be spoofed, leading to false positives
  - Not suitable for detecting non-NA analytes (e.g., proteins, small molecules)
  - Does not provide functional information of organism detected
- SiMoA could provide complementary information to PCR for ultra-sensitive detection
  - Pathogen detection via protein markers
  - Biomarkers indicating exposure to chemicals required to make explosives
  - Functional information as well as indicating presence/absence
  - Wide variety of analytes possible to be detected



# SiMoA is amenable to miniaturization and automation for a number of testing environments

## Today: Internal CLIA Lab



Semi-Automated Sample Handling




12 x 8 Glass 50K Array Format Manual Loading

Semi-Automated Sealing Automated Image Analysis

## Future: External Laboratories & Field



Automated Sealer / Imager COGS <$20K

*In Development*



Low Cost Plastic Consumable 500K Array



Leading to a Fully Automated, Track-Ready System



Quanterix

# Concept for Hand-held Single Molecule Detection

- Portable SiMoA detection unit, ultra-low analyte concentrations
  - Self contained reagent cartridge
    - Capable of supplying multiple samples
  - Self contained reaction/detection cartridge
    - Serves as sample input location and disposal container
  - Small form factor instrumentation readout unit
- Ultra-low Analyte detection at the point of interest

Chip No. 556-0047569
Sample ID
Assay Protocol IgG
Operator James P Debson
Start time 06-017-09-15:41
Process Status

System Status

MENU
INITIALIZE
MENU
ENTER
LOG / INFO
ON / OFF



Quanterix

# Traumatic Brain Injury (TBI)

- TBI severity ranges from "mild" (brief change in mental status/consciousness) to "severe" (extended period of unconsciousness or amnesia)

- TBI contributes to 30% of all injury-related deaths[1]

- Direct and indirect costs exceed $60B[2]

52,000
**Deaths**

275,000
**Hospitalizations**

1,365,000
**Emergency Department Visits**

???
**Receiving Other Medical Care or No Care\***

An estimated 1.7 M TBIs occur in the US annually



31% of evacuated US military personnel had TBI (DVBIC)



CTE; 19-fold increase in memory disorders



[1] Faul M et al. Centers for Disease Control and Prevention, 2010
[2] Finkelstein E et al. Oxford University Press, 2006

Quanterix

# A Rapid Blood-Based Test for TBI Would Have Significant Value

**Ideal cost-effective diagnostic tools needed**
- Replace imaging and improve accuracy

**Levels of brain specific proteins altered in cerebrospinal fluid (CSF)**
- S100B, GFAP, NSE, *T-tau*
- Correlation with injury severity/outcome

**CSF collection is invasive and exposes patients to additional risk**
- Drainage influences intracranial pressure (ICP)

**Alternative non-invasive sources for identification of low abundance neuronal specific proteins desired**
- Detection of mild injury that cannot be observed with CT/MRI
- Predict secondary pathologies (e.g. elevated ICP, ischemia)
- Real-time assessment of new/worsening neurologic injury

*"You want a nice serum marker for TBI, you do it through Tau. That is where you may have a use for Tau because the blood brain barrier is damaged. Then you may be able to get some assessment of the degree of injury following a TBI by looking at Tau in the plasma."*
**Dr. Rudolph Tanzi, Massachusetts General Hospital**

Quanterix



# Corporate Information





**Address**
One Kendall Square
Suite B14201
Cambridge, MA   02139
Phone: (617) 301-9400

11,000 sq. ft. laboratory/office space

**Contact**
David Okrongly, President & CEO
dokrongly@quanterix.com

www.Quanterix.com



# Exhibit L

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

First Named Inventor:    David Wilson
Application No.:         16/522,237
Confirmation No.:       4736
Filed:                  July 25, 2019
For:                    METHODS OF DETERMINING A TREATMENT PROTOCOL FOR
                        AND/OR A PROGNOSIS OF A PATIENT'S RECOVERY FROM A
                        BRAIN INJURY
Examiner:               A. M. Weidner
Art Unit:               1649

---

**Certificate of Electronic Filing under 37 C.F.R. § 1.8**

I hereby certify that this paper (along with any paper referred to as being attached or enclosed) is being transmitted via the Office's electronic filing system in accordance with 37 C.F.R. § 1.6(a)(4).

Dated:    July 16, 2021                    Electronic Signature for:   /Eileen M. MacKenzie/

---

## RESPONSE TO NON-FINAL OFFICE ACTION UNDER 37 C.F.R. § 1.111

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Dear Sir:

### INTRODUCTORY COMMENTS

In response to the Office Action dated March 16, 2021, please amend the above-identified

U.S. patent application as follows:

**Amendments to the Claims** are reflected in the listing of claims which begins on page 2 of

this paper.

**Remarks/Arguments** begin on page 6 of this paper.

<u>**AMENDMENTS TO THE CLAIMS**</u>

Please replace all prior versions, and listings, of claims in the application with the following list of claims:

1. - 10. (Canceled)

11. (Currently Amended) The method of claim <u>104</u> [[92]], wherein the brain injury results from a hypoxic event.

12. - 19. (Canceled)

20. (Currently Amended) The method claim 92, wherein the limit of detection for the analytical protein concentration measurement assay is less than about 0.02 pg/mL.

21. (Currently Amended) The method of claim <u>104</u> [[92]], wherein the brain injury comprises a hypoxic event caused by cardiac arrest.

22. (Currently Amended) The method of claim <u>104</u> [[92]], wherein the brain injury comprises a hypoxic event caused by stroke.

23. (Currently Amended) The method of claim <u>104</u> [[92]], wherein the brain injury comprises a hypoxic event caused by an ischemic event.

24. (Currently Amended) The method of claim <u>104</u> [[92]], wherein the brain injury comprises a hypoxic event caused by a thrombosis.

25. - 91. (Cancelled)

9300320.1

92.    (Currently Amended)  A method of producing a <u>bodily</u> ~~body~~ fluid sample of a patient
~~recovering from a brain injury~~ <u>suspected of having a neurological condition</u> containing an
analytically quantified amount of endogenous tau protein, said method comprising:

(A) obtaining a volume of <u>bodily</u> ~~body~~ fluid comprising blood, or a blood component
selected from plasma and serum,

(B) diluting the volume of <u>bodily</u> ~~body~~ fluid, and

(C) quantifying through the use of an analytical protein concentration measurement assay a
concentration of tau protein in the volume of <u>bodily</u> ~~body~~ fluid to produce the <u>bodily</u> ~~body~~
fluid sample containing the analytically quantified amount of endogenous tau protein;

wherein the analytically quantified concentration of endogenous tau protein contained in the
<u>bodily</u> ~~body~~ fluid sample is less than about 5 pg/ml, and a limit of quantification of the analytical
protein concentration measurement assay used in step (C) for quantifying the concentration of tau
protein is less than about 0.2 pg/mL.


93.    (Currently Amended)  The method of claim 92, wherein the analytical protein concentration
measurement assay used in step (C) comprises:

i.       exposing a plurality of capture objects that each include a binding surface having
affinity for tau protein molecules to the volume of <u>bodily</u> ~~body~~ fluid;

ii.      immobilizing at least a portion of the tau protein molecules with respect to the
plurality of capture objects such that at least some of the capture objects associate with at least one
tau protein molecule and a statistically significant fraction of the capture objects do not associate
with any tau protein molecules;

iii.     determining a proportion of the plurality of capture objects that associated with a tau
protein molecule in step ii; and

iv.      determining a measure of tau protein molecule concentration in the volume of <u>bodily</u>
~~body~~ fluid based at least in part on the proportion determined in step iii.


94.    (Previously Presented)  The method of claim 93, wherein the plurality of capture objects
comprises a plurality of beads.

95.    (Currently Amended)  The method of claim 92, wherein the analytical protein concentration measurement assay used in step (C) comprises spatially ~~segregated~~ segregating tau protein molecules into a plurality of locations, wherein a statistically significant fraction of the locations contain a single tau protein molecule and a statistically significant fraction of the locations do not contain any tau protein molecules

96.    (Previously Presented)  The method of claim 95, wherein the plurality of locations comprises a plurality of reaction vessels.

97.    (Previously Presented)  The method of claim 92, wherein each of the tau protein molecules quantified in step (C) is selected from the group consisting of tau 23 (352, 0N3R), tau 24 (383, 0N4R), tau 37 (381, 1N3R), tau 34 (412, 1N4R), tau 39 (410, 2N3R), and tau 40 (441, 2N4R).

98.    (Previously Presented)  The method of claim 97, wherein at least a portion of the tau protein molecules are phosphorylated.

99.    (Previously Presented)  The method of claim 92, wherein the volume of bodily fluid comprises blood.

100.    (Previously Presented)  The method of claim 92, wherein the volume of bodily fluid comprises plasma.

101.    (Previously Presented)  The method of claim 92, wherein the volume of bodily fluid comprises serum.

102.    (Previously Presented)  The method of claim 92, wherein the volume of bodily fluid does not comprise cerebrospinal fluid (CSF).

103.    (Currently Amended)  The method of claim <u>104</u> [[92]], wherein the <u>volume of bodily fluid</u> has been collected from the patient within 12 hours of the brain injury.

104.    (New)  The method of claim 92, wherein the patient suspected of having a neurological condition is recovering from a brain injury.

105.    (New)  The method of claim 92, wherein the analytical protein concentration measurement assay used in step (C) comprises:

    i.      suspending a plurality of capture objects that each include a binding surface having affinity for tau protein molecules in the diluted volume of bodily fluid,

    ii.      immobilizing at least a portion of the tau protein molecules with respect to at least some of the plurality of capture objects suspended in the diluted volume of bodily fluid such that at least some of the capture objects associate with at least one tau protein molecule from the volume of bodily fluid,

    iii.      interrogating at least some of the capture objects associated with at least one tau molecule from the volume of bodily of fluid; and

    iv.      determining a measure of tau protein molecule concentration in the volume of bodily fluid based at least in part on the interrogating step performed in step iii.

106.    (New)  The method of claim 105, wherein the plurality of capture objects comprises a plurality of beads.

## REMARKS

Applicant respectfully requests reconsideration. Claims 11, 20-24 and 92-103 were previously pending in this application. Claims 11, 20-24, 92-93, 95, and 103 have been amended. New claims 104-106 have been added and are supported by the specification at, for example, p. 26 line 31 to p. 27 line 17, p. 30 line 6 to p. 31 line 4, and p. 47 line 32 to p. 48 line 25. No new matter has been added.

Claims 11, 20-24 and 92-106 are now pending in this application with claim 92 being the sole independent claim.

### Interview Summary

The Applicant's Representatives, Michael J. Pomianek, Ph.D., Reg. No.: 46,190 and Andrew G. Maher, Ph.D., Reg. No.: 79,399 ("the Representatives"), thank Examiner Weidner for the courtesy of a telephone interview conducted with the Representatives on June 30, 2021. Also participating in the telephone interview was David C. Duffy, Ph.D. Dr. Duffy is the Chief Technology Officer of the Applicant, Quanterix Corporation ("Quanterix"). Before the interview, Representative Pomianek emailed an Agenda to Examiner Weidner, which is attached hereto with supporting materials described below as Appendix 1. The Agenda included (a) proposed claim amendments for discussion (attached as Appendix A to Appendix 1); (b) a copy of Ding, et al. (2021). "Ultrasensitive assays for detection of plasma tau and phosphorylated tau 181 in Alzheimer's disease: a systematic review and meta-analysis." Translational neurodegeneration, 10(1), 1-14 ("Ding" attached as Appendix B to Appendix 1); and (c) a copy of Teunissen, et al. (2020). "Plasma p-tau217: from 'new kid' to most promising candidate for Alzheimer's disease blood test." Brain, 143(11), 3170-3172 ("Teunissen"; attached as Appendix C to Appendix 1).

During the interview, the Representatives, Examiner Weidner, and Dr. Duffy discussed the rejection of independent claim 92 under 35 U.S.C. 103 over US20100075407 ("Duffy '407") in view of Quanterix 2010 IQT Technology Focus Day ("Quanterix 2010a"). Dr. Duffy is the first named inventor of Duffy '407 and was the presenter of the Quanterix 2010a slides. The Representatives described the context of the claimed method and the frame of mind of a person of ordinary skill in the art at and around the time of the invention and at the time of the earliest

effective filing date (April 11, 2011). The Representatives explained that claim 92, which is directed to preparing a sample from which to measure a level of tau that is derived from a bodily fluid comprising blood (or a blood component selected from plasma and serum) that was contraindicated, as samples derived from cerebrospinal fluid (CSF) were conventionally believed to be required, and that recites limitations related to an analytically quantified amount of tau (less than about 5 pg/mL) and a level of quantification (less than about 0.2 pg/mL) that a person of ordinary skill at that time would not have believed to be necessary, useful or appropriate for patients suspected of having a neurological condition (e.g., as a successful tool for treatment/diagnosis). The Representatives noted while there were a handful of experimental attempts in the prior art purporting to measure tau in blood (at higher levels generally lacking reliability and with high control levels making it questioning whether, in at least the controls, tau was actually being measured), the publication of the assays and data disclosed in Applicant's Application resulted in a clear line of demarcation and sea-change in the field that effectively created or contributed to creating the reasonable expectation of success that was absent at the time Applicant's invention was made and first filed for patent protection.

Dr. Duffy further described the nature and extent of the sea-change in the neurobiomarker industry following the publication of the subject matter of the present Application in 2012, providing specific examples – a development with now heightened significance in view of the recent, widely publicized, FDA approval of Biogen's Alzheimer's drug Aduhelm™, highlighting the importance of considering rapid, easy-to-administer, and accurate blood tests for neurological biomarkers as part of a patient treatment plan this and future novel therapeutics. Dr. Duffy further supported his points by referencing Teunissen, one example of recent commentary on the promise of plasma tau assays for Alzheimer's disease blood tests, as underscoring the dramatic rise in importance of tau blood tests following this sea-change. Dr. Duffy explained that conventional wisdom at the time was that tau was not reliably present in blood, either generally due to the blood-brain barrier or at least at levels that were consistent and meaningfully correlated to any neurological disorder. Furthermore, to the extent the skilled person had attempted to measure tau in blood or was aware of such attempts, conventional ELISA assays useful for measurement of tau in CSF were believed to be sufficient—which was reinforced by the relatively high, possibly

artifactual measurements published from early studies attempting to measure tau in blood using such conventional ELISA assays.  Dr. Duffy described the few examples of which he was aware of investigators trying to measure tau in blood using conventional ELISA approaches.  As an example, Dr. Duffy pointed to the very large error bars and signal response buried in noise in Mortberg "Assessment of the Cerebral Ischemic/Reperfusion Injury after Cardiac Arrest" *Acta Universitatis Upsaliensis Uppsala.* 2010 ("Mortberg"), and how it was evident to him why the field did not view such data as sufficiently reliable or repeatable to be adopted by the field or drive investigations to deviate from measurement of tau in CSF using industry accepted ELISA techniques.

By contrast, to illustrate the impact on the field of the results disclosed in the present Application, Dr. Duffy referred to Ding, which is a recent meta-analysis review article on ultrasensitive plasma tau assays. Despite multiple ultrasensitive measurement techniques being known for years prior to the filing of the present Application, the timeline evident in Ding (see Table 1 and Table 2) shows that it was not until abruptly after the publication of the subject matter of the present Application in 2012 ("post publication period") that, a vast majority of studies (by numerous different research groups) began measuring tau in blood with high sensitivity assays. Moreover, not surprisingly, most of the earliest post publication studies were performed using the Simoa® method described in various embodiments and working examples in the present Application.  Dr. Duffy noted that the dramatic rise in publications with clinically relevant measurements of tau in blood only after publication of the techniques and results disclosed in this Application, and the high prevalence of use of Simoa® assays in Ding is clear and objective support for the contention that industry did not "catch on" (i.e., have a reasonable expectation of success of measuring tau in blood with sufficient accuracy and reproducibility to be useful as an indicator of neurological function or injury) until, and in response to, the teaching of the present Application.

The Representatives emphasized that Ding supports the legal conclusion of non-obviousness of the claimed method.  Along these lines, the Representatives noted that, following the breaking of the dam by the invention disclosed in the present Application, competitors have begun filing patent applications directed to ultrasensitive measurement of tau and phosphorylated tau in blood using commercial embodiments of Quanterix's Simoa® tau assay technology by collaborating with Quanterix customers, some of which the Examiner is presently examining.

Dr. Duffy then discussed how the measurements of tau in blood on slide 22 of Quanterix 2010a cited in the Office Action are actually in line with the above description of the state of the art at the time. Significantly, the early-stage experimental results depicted in the slide were produced using a conventional ELISA comparable to that used in Mortberg rather than any ultrasensitive technique such as Simoa®. Dr. Duffy explained that the ~60-80 pg/mL levels of tau in age matched disease free individuals depicted on slide 22 were subsequently determined by the inventors of this Application to be inaccurate and likely the result of non-specific binding artifact, with true tau levels in such samples (measured by the techniques as reported in the present Application) being in some cases in excess of an order magnitude lower. Indeed, Dr. Duffy indicated that for at least the disease-free patients in slide 22, the conventional ELISA was likely measuring background noise rather than true signal indicative of analytically quantifiable tau levels in blood, and that other measurements in the prior art (e.g., Mortberg and Wunderlich et al. *Clinical Neurology and Neurosurgery* 108 (2006) 558-563 ("Wunderlich")) that similarly showed much high levels of tau in blood than in claim 92 may reflect the same artifact.

Examiner Weidner, while noting that further search and/or consideration would be needed, indicated that the explanation of the context of the claimed invention, and the Ding reference in particular, demonstrated potentially compelling secondary considerations consistent with non-obviousness, such that the obviousness rejection in the Office Action may not be supportable and will be reconsidered.

Finally, the Representatives and Examiner Weidner discussed proposed new claim 105, which recites specific steps of a preferred embodiment of the quantification step of claim 92 involving suspending a plurality of capture objects that each include a binding surface having affinity for tau protein molecules in the diluted volume of bodily fluid and then interrogating at least some of those capture objects. The Representatives noted neither Duffy '407 nor Quanterix 2010a disclosed or suggested the combination of steps recited in claim 105, which can provide improvements in the performance of high sensitivity assays (e.g., those of Duffy '407) when measuring the tau in blood/blood-derived samples.

Further remarks responsive to the bases of the rejections are presented immediately below.

## Rejections Under 35 U.S.C §103

Claims 11, 20-24, and 92-102 are rejected under pre-AIA 35 U.S.C. 103(a) as being unpatentable over U.S. Patent Application Publication 2010-0075407 ("Duffy '407") in view of Quanterix 2010a IQT Technology Focus Day ("Quanterix 2010a"; cited on IDS 1/13/20 p. 16).

As discussed during the interview, it would not have been obvious to a person of ordinary skill at the time of the invention and earliest effective filing date of the Application to have prepared a sample obtained from patient suspected of having a neurological condition containing an analytically quantified amount of endogenous tau protein from blood (or a component of blood) of less than about 5 pg/mL using an analytical protein concentration measurement assay having a level of quantification of less than about 0.2 pg/mL, as claimed in independent claim 92. The non-obviousness of this combination of features is supported at least by the fact that a person of ordinary skill at the time would have lacked a reasonable expectation of success for reliably producing a clinically useful analytically quantified sample from blood possessing the tau levels claimed measured at the level of sensitivity claimed, for reasons articulated above in the Interview Summary.

As explained by Dr. Duffy during the interview, before the earliest effective filing date of this Application, there were some attempts at quantifying tau in blood, but with high baseline values and/or lack of reproducibility or clear differentiation of levels in test versus control samples, which at best created doubt as to a reasonable expectation of success in using such measurements as a research or diagnostic tool, and provided no indication of a need if attempting to quantify tau in blood samples to measure at the levels and sensitivities recited in the method as claimed. There was skepticism and doubt as to whether such a measurement would be useful for patients suspected of having a neurological condition and no reason for believing that high-sensitivity assays providing the claimed limit of quantification was needed or advantageous. In Öst et al. (2006). "Initial CSF total tau correlates with 1-year outcome in patients with traumatic brain injury." *Neurology*, 67(9), 1600-1604 ("Öst"; attached as Appendix 2), the investigators, using conventional ELISA, found a correlation of total tau in CSF (at levels of hundreds to thousands of pg/ml of sample) to patient outcome following traumatic brain injury, but explicitly stated that "[t]otal tau was not detected in serum throughout the study." Öst at Abstract, emphasis added. In Liliang et al., (2010). "τ proteins

in serum predict outcome after severe traumatic brain injury." *Journal of Surgical Research*, 160(2), 302-307 ("Liliang"; attached as Appendix 3), the investigators reported that their measurements of tau protein levels in serum collected from patients following traumatic brain injury having poor outcomes (436.2 ± 473.6 pg/mL) and good outcomes (51.6 ± 81.5 pg/mL) "suggest that in addition to GCS; serum τ protein levels may serve as indicators for the prediction of outcome following serve TBI. However; it should be viewed with caution because of the small sample size and wide standard deviations." Liliang at p. 302; emphasis added. In Wunderlich (published in 2006), a conventional ELISA is used to measure tau protein in serum, and the measured values of tau are all at least 30 pg/mL with only a handful of measurements from acute stroke patients exceeding the 60 pg/mL detection limit of the assay. Wunderlich at p. 560 right column and Fig. 1. In Mortberg, measurements of tau levels in plasma from patients following cardiac arrest using conventional Luminex colorimetric assays show tau values for both good outcome and bad outcome patients approaching and exceeding 50 pg/mL with wide error bars as indicated by the box and whisker plots in Figure 18. Mortberg at p. 48. And in Quanterix 2010a, as discussed during the interview, measurement of total tau in blood using a conventional ELISA (not a Simoa® assay) showed levels of ~60-80 pg/mL even in age-matched disease free patients. Quanterix 2010a at slide 22. As discussed during the interview, Dr. Duffy believes the results in slide 22 of Quanterix 2010a had an artificially inflated baseline value due to background signal calibration mismatch when measured values are near LOD, which would lead to non-AD patients showing values of ~60-80 pg/mL when in fact true values, as were subsequently determined via the presently claimed assay, are typically 0.1-1 pg/mL in serum and 1-10 pg/mL in plasma.

As explained by Dr. Duffy, the Quanterix 2010a slide 22 result is believed to be a common artifact that may also be reflected in the similar results/levels published by other investigators in the references described above. As Dr. Duffy noted during the interview, these publications showing either no tau in blood or widely varying values either buried in noise/error bars or at levels far higher than claimed collectively demonstrate that the conventional wisdom was that measurement of tau in blood was not useful or sufficiently reliable for research/clinical purposes, or at least there was substantial skepticism (i.e., a lack of a reasonable expectation of success) prior to publication of the results reported in this Application. As discussed during the interview, the claimed invention

upon publication and commercial dissemination is believed to have created a reasonable expectation of success resulting in the paradigm shift in the field of tau assays away from CSF to blood/serum/plasma as a medium and towards a new understanding of what are "normal" and symptomatic levels of circulating tau in such samples.

Despite published reports purportedly quantifying tau in blood (examples of which are discussed above), and the general existence of multiple highly sensitive assay techniques being known for years prior to the effective filing date of this Application (more than a decade), the state of knowledge and reasonable expectation of skilled artisans can be inferred by the lack of reports demonstrating analytical quantification of tau in blood at the levels and sensitivity claimed here before this application published. The Ding meta-analysis and review article discussed during the interview as summarized above illustrates this dramatically. The meta-analysis included reports of measurements of plasma tau using the highly sensitive techniques of Simoa®, ImmunoMagnetic Reduction (IMR, around since at least 2006 according to reference 14 in Ding), enhanced immunoassay using multi-arrayed fiber optics conjugated with rolling circle amplification (a-EIMAF), and Meso Scale Discovery (MSD, around since at least 2000 according to referenced 16 in Ding). Tables 1 and 2 in Ding show plasma tau and p-tau reports from various research groups. Notably, and as discussed during the interview, a vast majority of the reports in Tables 1 and 2 of Ding use Simoa® techniques described in the present Application, and all reports came after the publication of International Publication WO2012/142301 on October 18, 2012 from International Application No. PCT/US2012/033343, from which the present Application claims priority. The figure below illustrates the timeline using the frequency of publication dates of the references used in Tables 1 and 2 in Ding starting at the year 2000 (the year of the publication of MSD). Publication of the claimed invention represents a clear line of demarcation in the field evidencing that it was the subject matter of this Application that established a reasonable expectation of success.



As discussed during the interview, tau blood assays at the level of quantification and producing samples with quantified tau at the claimed levels have achieved a marked rise in prominence in the medical community since the publication of the subject matter of the present Application, with the Teunissen reference as one example praising ultrasensitive tau measurement in blood as a tool for Alzheimer's diagnosis. Another example of media reports praising tau measurement blood and acknowledging the notoriety of Quanterix's commercial embodiments of the claimed invention is in the April 19, 2021 article Cairns, E. "A new market beckons for Alzheimer's blood tests" *Evaluate Advantage*, 2021 ("Cairns"; attached as Appendix 4). This article notes that Quanterix's product is comparable in correlation for Alzheimer's pathology to CSF and PET scan testing that require either a spinal tap or length imaging procedures, and quotes Quanterix CEO Kevin Hrusovsky as saying that "the test is 'selling off the charts' at the moment." Cairns at p. 2. The praise for ultrasensitive tau measurements in blood in the medical and the sales

success of the commercial embodiment of the claimed invention both underscore the non-obviousness of claim 92.

For at least the reasons outlined above, the combination of Duffy '407 and Quanterix 2010a does not render claim 92 obvious, and independent claim 92 is patentable over the combination of Duffy '407 and Quanterix 2010a.[1] The remaining claims that stand rejected on this ground depend from claim 92, and are therefore also patentable over Duffy '407 and Quanterix 2010a for at least the reasons outlined above. In addition, it is not conceded that Duffy '407 or Quanterix 2010a, alone or in combination, teach or render obvious any of the features recited in claims 11, 20-24, and 93-102, as asserted by the Patent Office. It is also not conceded that it would have been obvious to combine Duffy '407 and Quanterix 2010a in the manner suggested by the Patent Office.

Claims 11, 20-24, and 92-103 are rejected under pre-A IA 35 U.S.C. 103(a) as being unpatentable over Duffy '407 in view of Quanterix 2010a and further in view of Wunderlich.

Wunderlich fails to cure the deficiencies of Duffy '407 and Quanterix 2010a noted above with respect to independent claim 92. Accordingly, claim 92 and its dependents are also patentable over Duffy '407, Quanterix 2010a, and Wunderlich. In addition, it is not conceded that Wunderlich teaches the combination of features recited in claims 11, 20-24, and 92-103, and it is not conceded that it would have been obvious to combine Duffy '407, Quanterix 2010a, and Wunderlich in the manner suggested in the Office Action.

Withdrawal of the rejection is respectfully requested.

Claims 11, 20-24, and 92-102 are rejected under pre-A IA 35 U.S.C. 103(a) as being unpatentable over Duffy in view of Quanterix 2010a and further in view of Mortberg.

Mortberg fails to cure the deficiencies of Duffy '407 and Quanterix 2010a noted above with respect to independent claim 92. Accordingly, claim 92 and its dependents are also patentable over Duffy '407, Quanterix 2010a, and Mortberg. In addition, it is not conceded that Mortberg teaches the combination of features recited in claims 11, 20-24, and 92-103, and it is not conceded that it

---

[1] It is also not conceded that Quanterix 2010a, which is a slideshow presented to a closed group of InQTel members is a "printed publication" qualifying it as prior art with respect to the claimed invention.

would have been obvious to combine Duffy '407, Quanterix 2010a, and Mortberg in the manner
suggested in the Office Action.

Withdrawal of the rejection is respectfully requested.


## Double-Patenting

Claims 11, 20-24, and 92-103 are provisionally rejected on the ground of nonstatutory
double patenting as being unpatentable over claims 11, 24-30, 100-102, 104, 107-114, 132-133, and
135 of copending Application No. 14/111,331 (reference application) in view of Quanterix 2010a.

Without acceding to the correctness of the rejection, Applicant is filing a terminal
disclaimer.

Withdrawal of the rejection is respectfully requested.


Claim 11, 20-24, and 92-103 are rejected on the ground of nonstatutory double patenting as
being unpatentable over claims 1-25 of U.S. Patent No. 10,393,759.

Without acceding to the correctness of the rejection, Applicant is filing a terminal
disclaimer.

Withdrawal of the rejection is respectfully requested.


## New Claims

New dependent claims 104-106 have been added. Claims 104-106 patentably distinguish
the cited references relied of record at least because of their dependency on independent claim 92.
whose patentability has been demonstrated above. Claim 105 recites steps of i. suspending a
plurality of capture objects that each include a binding surface having affinity for tau protein
molecules in the diluted volume of bodily fluid, ii. immobilizing at least a portion of the tau protein
molecules with respect to at least some of the plurality of capture objects suspended in the diluted
volume of bodily fluid such that at least some of the capture objects associate with at least one tau
protein molecule from the volume of bodily fluid, iii. interrogating at least some of the capture
objects associated with at least one tau molecule from the volume of bodily of fluid; and iv.
determining a measure of tau protein molecule concentration in the volume of bodily fluid based at

least in part on the interrogating step performed in step iii. Neither Duffy '407 nor Quanterix 2010a teach, at least, this combination of features.

As discussed during the interview, suspending capture objects in the diluted volume of bodily fluid can allow for improved analyte-binding efficiency by distributing the beads throughout the volume bodily fluid to increase the rate of freely diffusing analytes encountering the capture objects (e.g., as compared to diffusion to fixed locations on planar substrate surfaces). The claimed steps also can provide the benefit of facilitating collection of the capture objects suspended in the bodily fluid (e.g. during magnetic-assisted processing) for more effective handling and, in some instances, partitioning.

Further, determining a measure of tau protein molecule concentration at least in part by interrogating the same capture objects that were suspended in the volume of bodily fluid, as recited in new claim 105, stands in contrast to the methods disclosed in Duffy '407 and Quanterix 2010a. The cited portions of Duffy '407 are directed to immobilizing a plurality of analyte molecules or particles (e.g., to a first substrate) to form a plurality of complexes, releasing at least a portion of some of the plurality of complexes, determining at least a portion of the plurality of complexes released, and determining a measure of the concentration of the analyte molecules are particles in a fluid sample. Quanterix 2010a at slide 13 shows a similar process (e.g., enzyme release followed by enzyme capture). Such a releasing/dissociation step in Duffy '407 and Quanterix 2010a therefore requires that any objects interrogated (e.g., the second substrate) to determine at least a portion of the plurality of complexes released are not the same objects exposed to an analyte-containing solution and immobilized with analyte molecules or particles. For at least these reasons, claim 105 further distinguishes Duffy '407 and Quanterix 2010a.

<u>General Comments on Dependent Claims</u>

Each of the dependent claims depends from a base claim believed to be in condition for allowance, and Applicant believes that it is unnecessary at this time to argue the allowability of each of the dependent claims individually. Applicant does not, however, ratify, adopt, or concede the correctness of the interpretation of the dependent claims as set forth in the Office Action, nor does Applicant concur that the basis for the rejection of any of the dependent claims is proper.

Therefore, Applicant reserves the right to specifically address the patentability of the dependent claims, if deemed necessary.

## CONCLUSION

A Notice of Allowance is respectfully requested. The Examiner is requested to call the undersigned at the telephone number listed below if this communication does not place the case in condition for allowance.

If this response is not considered timely filed and if a request for an extension of time is otherwise absent, Applicant requests any necessary extension of time. If there is a fee occasioned by this response, including an extension fee, the Director is authorized to charge any deficiency or credit any overpayment in the fees filed, asserted to be filed or which should have been filed herewith to our Deposit Account No. 23/2825, under Docket No. Q0052.70018US03.

Dated:   July 16, 2021                          Respectfully submitted,

                                                By: /Michael J. Pomianek/
                                                Michael J. Pomianek
                                                Registration No.: 46,190
                                                Andrew G. Maher, PhD
                                                Registration No.: 79,399
                                                WOLF, GREENFIELD & SACKS, P.C.
                                                600 Atlantic Avenue
                                                Boston, Massachusetts  02210-2206
                                                617.646.8000

# Exhibit M



Downloaded from https://academic.oup.com/brain/article/143/11/3170/6024721 by guest on 16 June 2021

## SCIENTIFIC COMMENTARIES

# Plasma p-tau217: from 'new kid' to most promising candidate for Alzheimer's disease blood test

This scientific commentary refers to 'Longitudinal plasma p-tau217 is increased in early stages of Alzheimer's disease', by Mattsson-Carlgren *et al.* (doi:10.1093/brain/awaa286).

Alzheimer's disease is characterized by a long presymptomatic phase during which neuropathology gradually accumulates. Detecting this pathology at the earliest possible stage offers the best chance of effective treatment. Clinical trials targeting the key pathological hallmarks of Alzheimer's disease, such as cerebral amyloid-β aggregation and tangle formation, therefore focus on enrolling non-demented individuals with early-stage biomarker-defined disease. A reliable blood test for Alzheimer's disease would have major implications for the selection of clinical trial participants by allowing non-demented individuals to be pre-screened in a minimally invasive and cost-effective manner, reducing the numbers who must undergo further testing with more invasive and expensive measures such as CSF analyses or PET scans.

Studies analysing plasma amyloid have shown that pre-screening with a blood test can significantly reduce further testing with invasive measures (Verberk *et al.*, 2018), while more recent evidence suggests that measures of plasma phosphorylated tau (p-tau) may have greater diagnostic power than plasma amyloid measures

(Janelidze *et al.*, 2020; Thijssen *et al.*, 2020). Cross-sectional studies covering the complete clinical Alzheimer's disease continuum have shown that plasma isoforms p-tau181 and p-tau217 can differentiate amyloid-PET or tau-PET positive cases from amyloid-PET or tau-PET negative cases (Janelidze *et al.*, 2020; Karikari *et al.*, 2020; Palmqvist *et al.*, 2020; Thijssen *et al.*, 2020). These cross-sectional studies have also shown that plasma p-tau measures can distinguish patients with Alzheimer's disease dementia from those with frontotemporal lobar degeneration (Janelidze *et al.*, 2020; Karikari *et al.*, 2020; Palmqvist *et al.*, 2020; Thijssen *et al.*, 2020). In this issue of *Brain*, a timely longitudinal study by Mattsson-Carlgren and co-workers extends this work to the preclinical stages of Alzheimer's disease, and shows the value of using p-tau217 for participant selection in clinical trials as well as for disease monitoring (Mattsson-Carlgren *et al.*, 2020).

Mattsson-Carlgren *et al.* included 250 non-demented individuals from the Swedish BioFINDER study, and measured p-tau217 levels at baseline and during follow-up using the 'Meso Scale Discovery' (MSD) Eli Lilly immunoassay. The results showed that p-tau217 was increased in individuals in the preclinical and early clinical stages of Alzheimer's disease when compared to cognitively healthy controls. In addition, higher p-tau217

levels were associated with a greater risk of converting to Alzheimer's disease dementia and with steeper rates of cognitive decline and thinning of the temporal cortex and hippocampus. As well as showing that p-tau217 could be used to identify participants for inclusion in clinical trials, the results also suggest that p-tau217 could be used to monitor treatment responses over time. The authors showed that p-tau217 levels increased more steeply in non-demented individuals with Alzheimer's disease pathology (amyloid positivity) than in those with no evidence of such pathology (Fig. 1). p-Tau217 levels also rose more steeply in non-demented individuals who developed Alzheimer's disease dementia compared to those who remained non-demented during follow-up (Fig. 1). The logical next step would therefore be to analyse p-tau217 in blood samples obtained during trials that show reduction or even complete clearance of amyloid in the brain (Sevigny *et al.*, 2016) to determine whether p-tau217 could help monitor treatment response.

Results to date suggest that p-tau217 could also play a major role in a clinical diagnostic setting. For a biomarker to be used in the clinic, three phases of development must be completed (Fig. 2). The first phase, which focuses on assay development and validation plus initial clinical validation, has almost been completed for p-tau217. The Eli Lilly assay has shown robust

© The Author(s) (2020). Published by Oxford University Press on behalf of the Guarantors of Brain.
This is an Open Access article distributed under the terms of the Creative Commons Attribution Non-Commercial License (http://creativecommons.org/licenses/by-nc/4.0/), which permits non-commercial re-use, distribution, and reproduction in any medium, provided the original work is properly cited. For commercial re-use, please contact journals.permissions@oup.com

Downloaded from https://academic.oup.com/brain/article/143/11/3170/6024721 by guest on 16 June 2021



**Figure 1 Longitudinal plasma p-tau217 data from Mattsson-Carlgren et al. (2020).** Subject-specific biomarker data are shown together with main effects from linear mixed effects models, adjusted for age and sex, for p-tau217 in (**A**) amyloid-β-negative (Aβ−) cognitively unimpaired (CU) versus amyloid-β-positive (Aβ+) cognitively unimpaired; (**B**) amyloid-β-negative mild cognitive impairment (MCI) versus amyloid-β-positive MCI; and (**C**) MCI to Alzheimer's disease (AD) dementia converters versus the remaining MCI population (i.e. stable MCI or 'MCI to other dementia' converters).



**Figure 2 Three-phase trajectory of biomarker development.**

outcomes (Palmqvist et al., 2020), although the results of assay validation studies have yet to be published. The second phase focuses on the transition from a research setting to a clinical setting, with the aim of ensuring that the results are consistent at the level of individual patients in different settings and to define the context of use. Here, clinical evaluation should focus on establishing large databases containing information on the plasma p-tau217 concentrations of individual patients alongside their clinical and biomarker characteristics. During this phase, work on the assay includes assessing its robustness, developing reference material, and testing biomarker stability under prevalent

conditions. This may include testing the variation introduced by delays in processing samples or by the need to cool samples and transport them to the laboratory. The third phase focuses on the final definition of cut-points based on the data obtained in phase 2, and on evaluation of the assay results in real-life clinical settings in unselected patients. In parallel, insurance coverage of plasma testing for diagnostic purposes needs to be arranged where required, and the biomarker positioned in clinical diagnostic guidelines. Currently, we are close to reaching the end of phase one for p-tau217. It is thus time to transition to phases two and three, aiming for a swift implementation of

the plasma p-tau217 biomarker in both trials and clinical practice, to accelerate drug development and improve clinical care for Alzheimer's disease.

*Charlotte E. Teunissen,*
*Elisabeth H. Thijssen and*
*Inge M.W. Verberk*
*Neurochemistry Laboratory, Department*
*of Clinical Chemistry, Amsterdam*
*Neuroscience, Amsterdam UMC, Vrije*
*Universiteit Amsterdam, Amsterdam, The*
*Netherlands*

Correspondence to: C.E. Teunissen
E-mail: c.teunissen@amsterdamumc.nl

doi:10.1093/brain/awaa329

## Competing interests

The authors report no competing interests.

## References

Janelidze S, Mattson N, Palmqvist S, Smith R, Beach TG, Serrano GE, et al. Plasma P-tau181 in Alzheimer's disease: relationship to other biomarkers, differential diagnosis, neuropathology and longitudinal progression to Alzheimer's dementia. Nat Med 2020; 26: 379–86.

Karikari TK, Pascoal TA, Ashton NJ, Janelidze S, Benedet AL, Rodriguez JL, et al. Blood phosphorylated tau 181 as a biomarker for Alzheimer's disease: a diagnostic performance and prediction modelling study using data from four prospective cohorts. Lancet Neurol 2020; 19: 422–33.

Mattsson-Carlgren N, Janelidze S, Palmqvist S, Cullen N, Svenningsson AL, Strandberg O, et al. Longitudinal plasma p-tau217 is increased in early stages of Alzheimer's disease. Brain 2020; 143: 3234–41.

Palmqvist S, Janelidze S, Quiroz YT, Zetterberg H, Lopera F, Stomrud E, et al.. Discriminative accuracy of plasma phospho-tau217 for Alzheimer disease vs other neurodegenerative disorders. JAMA 2020; 324: 772–81.

Sevigny J, Chiao P, Bussière T, Weinreb PH, Williams L, Maier M, et al. The antibody aducanumab reduces Aβ plaques in Alzheimer's disease. Nature 2016; 537: 50–6.

Thijssen EH, La Joie R, Wolf A, Strom A, Wang P, Iaccarino L, et al. Diagnostic value of plasma phosphorylated tau181 in Alzheimer's disease and frontotemporal lobar degeneration. Nat Med 2020; 26: 387–97.

Verberk IMW, Slot RE, Verfaillie SCJ, Heijst H, Prins ND, van Berckel BNM, et al. Plasma amyloid as prescreener for the earliest Alzheimer pathological changes. Ann Neurol 2018; 84: 648–58.

Downloaded from https://academic.oup.com/brain/article/143/11/3170/6024721 by guest on 16 June 2021

# Is bad brain worse than no brain? Salvaging the cerebral cortex in epilepsy

This scientific commentary refers to 'Resective surgery prevents progressive cortical thinning in temporal lobe epilepsy', by Galovic et al. (doi:10.1093/brain/awaa284).

The human cerebral cortex, whose thickness ranges from 1 to 4 mm depending on the region, has one of the highest neuronal densities of all species. This highly folded sheet of cells is responsible for many of the higher cognitive functions that characterize humans. Cortical thickness, a proxy for cortical structural integrity, is dynamic; it changes with growth, maturation and ageing. However, our increasing ability to assess the cortex *in vivo* has also revealed associations between cortical thickness and factors such as sex, genetic background, cognitive function and disease states. Cortical thinning that progresses at a rate higher than expected for age has been demonstrated in a number of neurological and psychiatric conditions, including schizophrenia, depression, dementia and neurodegenerative disorders, multiple sclerosis and, not least, epilepsy. In this issue of *Brain*, Galovic and co-workers shed new light on this important area of epilepsy research (Galovic et al., 2020).

That loss of brain tissue occurs in chronic epilepsy has been known for many years, as a result of structural brain imaging and the analysis of pathological specimens. What has been less well studied until more recently is the relative contribution of cortical thinning to overall brain tissue loss in epilepsy. Other unanswered questions include the histopathological and pathophysiological underpinnings of cortical thinning, its rate of progression and topography, its association with specific clinical aspects of epilepsy, and importantly, its response to effective epilepsy surgery.

One concept that is closely related to cortical thinning in epilepsy—a process that occurs over time—is that of epilepsy as a progressive disorder. Progressive structural brain changes in epilepsy include neuronal damage and loss, dendritic and synaptic reorganization, axonal loss and thinning, neurodegenerative changes, and gliosis and microgliosis. Progressive functional brain changes in epilepsy include the emergence of the abnormal connectivity and synaptic circuitry that sustains epileptogenesis and that gives rise to abnormal cognitive function. The severity of epilepsy can also increase over time, with the extent of the increase depending on the type of epilepsy or epilepsy syndrome, and the patient's age and genetic background (Pitkänen and Sutula, 2002).

The notion that seizures themselves contribute to the observed progressive worsening of epilepsy and cognitive function is supported by observations from basic research (Pitkänen and Sutula, 2002). As early as the 19th century, Gowers proposed that 'seizures beget seizures', and in the 1950s, Penfield and Jasper introduced the concept of 'nociferous cortex' in patients with epilepsy (Penfield and Jasper, 1954). This term was applied to cerebral cortex that does not function normally, is the origin of epilepsy, impairs the function of other brain areas, and whose resection results in dramatic improvement of function, behaviour and seizures. Clinical observations, however, have yielded less consistent results with regard to the progressive nature of epilepsy and cognitive decline, and regarding the role of the epileptic process and the nociferous cortex.

Recent advances in quantitative MRI have produced objective imaging biomarkers of disease progression that allow us to measure the rate of age-adjusted cortical thinning in a variety of

© The Author(s) (2020). Published by Oxford University Press on behalf of the Guarantors of Brain. All rights reserved.
For permissions, please email: journals.permissions@oup.com

# Exhibit N



Digital Comprehensive Summaries of Uppsala Dissertations
from the Faculty of Medicine 615

# Assessment of the Cerebral Ischemic/Reperfusion Injury after Cardiac Arrest

ERIK MÖRTBERG





ACTA
UNIVERSITATIS
UPSALIENSIS
UPPSALA
2010

ISSN 1651-6206
ISBN 978-91-554-7932-9
urn:nbn:se:uu:diva-132681

Dissertation presented at Uppsala University to be publicly examined in Grönwallsalen, Akademiska sjukhuset, entrance 70, Uppsala, Friday, December 10, 2010 at 09:00 for the degree of Doctor of Philosophy (Faculty of Medicine). The examination will be conducted in Swedish.

**Abstract**
Mörtberg, E. 2010. Assessment of the Cerebral Ischemic/Reperfusion Injury after Cardiac Arrest. Acta Universitatis Upsaliensis. *Digital Comprehensive Summaries of Uppsala Dissertations from the Faculty of Medicine* 615. 71 pp. Uppsala. ISBN 978-91-554-7932-9.

The cerebral damage after cardiac arrest is thought to arise both from the ischemia during the cardiac arrest but also during reperfusion. It is the degree of cerebral damage which determines the outcome in patients. This thesis focuses on the cerebral damage after cardiac arrest.

In two animal studies, positron emission tomography (PET) was used to measure cerebral blood flow, oxygen metabolism and oxygen extraction in the brain. After restoration of spontaneous circulation (ROSC) from five or ten minutes of cardiac arrest there was an immediate hyperperfusion, followed by a hypoperfusion which was most evident in the cortex. The oxygen metabolism decreased after ROSC with the lowest values in the cortex. The oxygen extraction was high at 60 minutes after ROSC, indicating an ischemic situation. After ten minutes of cardiac arrest, there was a hyperperfusion in the cerebellum.

In 31 patients resuscitated after cardiac arrest and treated with hypothermia for 24 hours, blood samples were collected from admission until 108 hours after ROSC. The samples were analyzed for different biomarkers in order to test the predictive value of the biomarkers. The patients were assessed regarding their neurological outcome at discharge from the intensive care unit and after six months. Brain derived neurotrophic factor (BDNF) and glial fibrillary acidic protein (GFAP) was not associated with outcome. Neuron specific enolase (NSE) concentrations were higher among those with a poor outcome with a sensitivity of 57% and a specificity of 93% when sampled 96 hours after ROSC. S-100B was very accurate in predicting outcome; after 24 hours after ROSC it predicted a poor outcome with a sensitivity of 87% and a specificity of 100%. Tau protein predicted a poor outcome after 96 hours after ROSC with a sensitivity of 71% and a specificity of 93%.

*Erik Mörtberg, Department of Surgical Sciences, Anaesthesiology and Intensive Care, Akademiska sjukhuset, Uppsala University, SE-75185 Uppsala, Sweden.*

© Erik Mörtberg 2010

ISSN 1651-6206
ISBN 978-91-554-7932-9
urn:nbn:se:uu:diva-132681 (http://urn.kb.se/resolve?urn=urn:nbn:se:uu:diva-132681)

# List of Papers

This thesis is based on the following papers, which are referred to in the text by their Roman numerals.

I    Mörtberg E, Cumming P, Wiklund L, Wall A, Rubertsson S. **A PET study of regional cerebral blood flow after experimental cardiopulmonary resuscitation.** *Resuscitation.* 2007;75:98-104

II   Mörtberg E, Cumming P, Wiklund L, Rubertsson S. **Cerebral metabolic rate of oxygen (CMRO$_2$) in pig brain determined by PET after resuscitation from cardiac arrest.** *Resuscitation.* 2009;80:701-706

III  Mörtberg, E., Zetterberg, H., Nordmark, J., Blennow, K., Rosengren, L., and Rubertsson, S. **S-100B is superior to NSE, BDNF and GFAP in predicting outcome of resuscitation from cardiac arrest with hypothermia treatment.** *Resuscitation.* In press.

IV   Mörtberg, E., Zetterberg, H., Nordmark, J., Blennow, K., Catry, C., Decreamer H., Vanmechelen, E. and Rubertsson, S. **Plasma tau-protein analysis after resuscitation from cardiac arrest and hypothermia treatment-a pilot study.** Submitted.

Reprints were made with permission from the respective publishers.

# Contents

Introduction .................................................................................................9

Background ...............................................................................................10
  Cerebral injury after cardiac arrest .......................................................10
    Ischemia ............................................................................................10
    Reperfusion.........................................................................................10
    Selective neuronal vulnerability ...........................................................11
  Cerebral blood flow (CBF) measurements after cardiac arrest ...............11
    Laser Doppler technique......................................................................11
    Microspheres ......................................................................................12
    Xenon-washout ...................................................................................12
    Magnetic resonance imaging (MRI) ......................................................12
    Xenon computed tomography method...................................................13
  Autoregulation......................................................................................13
  Cerebral metabolic rate of oxygen (CMRO$_2$) measurements after cardiac
  arrest ....................................................................................................14
    A-V difference ....................................................................................14
    Near infrared spectroscopy (NIRS) ......................................................14
    Positron emission tomography (PET) ....................................................15
  Cerebral blood volume (CBV) after cardiac arrest.................................15
  Cerebral hemodynamics, metabolism and outcome ...............................15
  Positron emission tomography (PET) ....................................................16
  Cardiac arrest and prediction of the neurological outcome......................17
    Biomarkers.........................................................................................18
  Hypothermia.........................................................................................20
    Neuroprotective mechanisms................................................................20

Study aims................................................................................................22
  Study I ..................................................................................................22
  Study II .................................................................................................22
  Study III ................................................................................................22
  Study IV ...............................................................................................22

Materials and Methods...............................................................................23
  Study I and study II ...............................................................................23
    Animal preparation .............................................................................23
    Measurements ....................................................................................24

Experimental protocol ...................................................................24
PET methods................................................................................25
PET data analysis.........................................................................26
Study III and study IV .................................................................26
Inclusion criteria and management protocol.........................26
Monitoring .................................................................................27
Outcome assessment...................................................................28
Analysis of biomarkers ...............................................................28
Statistical analysis ............................................................................29
Study I and study II.....................................................................29
Study III and study IV ...............................................................29

Results........................................................................................................30
Study I and study II ..........................................................................30
Mean arterial pressure (MAP) ................................................30
Cerebral blood flow ....................................................................31
Autoregulation............................................................................34
CMRO$_2$ .........................................................................................35
OEF.................................................................................................38
CBV ................................................................................................39
Study III and study IV .....................................................................40
Patient characteristics ...............................................................41
BDNF.............................................................................................43
GFAP .............................................................................................43
NSE.................................................................................................44
S-100B ...........................................................................................46
Tau .................................................................................................48

Discussion.................................................................................................50
Cerebral blood flow, metabolism and blood volume ...............50
Autoregulation....................................................................................53
Cooling time.........................................................................................53
Biomarkers ...........................................................................................54
Outcome ...............................................................................................56

Future perspectives ..............................................................................57

Conclusions...............................................................................................58

Acknowledgements.................................................................................59

References..................................................................................................61

# Abbreviations

| | |
|---|---|
| aEEG | amplitude-integrated electroencephalogram |
| BBB | blood brain barrier |
| BDNF | brain derived neurotrophic factor |
| CA | cardiac arrest |
| CBF | cerebral blood flow |
| CBV | cerebral blood volume |
| CCD | crossed cerebellar diaschisis |
| $CMRO_2$ | cerebral metabolic rate of oxygen |
| CPC | cerebral performance category |
| CPR | cardiopulmonary resuscitation |
| CSF | cerebrospinal fluid |
| ECG | electrocardiogram |
| ELISA | enzyme-linked immunosorbent assay |
| $F_iO_2$ | inspired fraction of oxygen |
| FWHM | full width at half maximum |
| g | global |
| GCS | Glasgow coma scale |
| GFAP | glial fibrillary acidic protein |
| ICU | intensive care unit |
| IL-1 | interleukin 1 |
| IV | intravenous, intravenously |
| J | joule |
| MAP | mean arterial pressure |
| MB | methylene blue |
| MBq | mega Becquerel |
| MCAO | middle cerebral artery occlusion |
| MRI | magnetic resonance imaging |
| NDS | neurological deficit score |
| NIRS | near infrared spectroscopy |
| NSE | neuron specific enolase |
| OEF | oxygen extraction fraction |
| OHCA | out of hospital cardiac arrest |
| PEA | pulseless electrical activity |

| | |
|---|---|
| PEEP | positive end expiratory pressure |
| PET | positron emission tomography |
| r | regional |
| ROC | receiver operated characteristic |
| ROI | region of interest |
| ROS | radical oxygen species |
| ROSC | return of spontaneous circulation |
| SSEP | somatosensory evoked potentials |
| TOI | tissue oxygenation index |
| TNFα | tumor necrosis factor alfa |
| V | volt |
| VF | ventricular fibrillation |
| VOI | volume of interest |
| voxel | volume element |

# Introduction

The outcome after resuscitation from cardiac arrest is poor; in Sweden only 7-8% of out-of-hospital cardiac arrest victims survive more than 30 days [1]. Among in-hospital cardiac arrests, 18%-30% survive to hospital discharge [2, 3]. For patients admitted to the intensive care unit after CA, the mortality rate is in the range of 65%-71% [4]. This poor outcome is in large part attributable to cerebral injury after resuscitation from cardiac arrest, which is thought to arise from ischemia and also as a consequence of reperfusion injury [5, 6]. It is the degree of the anoxic/reperfusion cerebral injury that determines survival among those resuscitated [7]. The long-term neurological outcome after cardiac arrest is difficult to predict earlier than three days after ROSC [8]. Since the introduction of hypothermia treatment, even three days could be too short a period to determine the severity of the cerebral injury and the long-term neurological outcome [9]. These findings call attention to the need to identify the factors resulting in permanent brain injury after resuscitation as well as highlighting the need for improved methods for an early and accurate prediction of the neurological outcome.

This thesis will focus on different methods to assess the cerebral damage after cardiac arrest and to compare these findings to the long-term neurological outcome.

# Background

## Cerebral injury after cardiac arrest

The human brain tolerates 10 to 20 seconds of circulatory arrest before unconsciousness occurs due to loss of oxygen stores [10]. For complete reversibility of the cerebral insult, a maximum of four to five minutes of cerebral ischemia can be tolerated in adults [11].

## Ischemia

The biochemical cascades during and after brain ischemia are very complex and partially a matter of conjecture. During acute ischemia, energy stores in the brain become entirely depleted within five minutes. This causes membrane pump failure which is permissive to membrane depolarization with a subsequent rise in cytoplasmic calcium ion. The continuation of anaerobic glycolytic metabolism leads to lactate formation and cellular acidification [12, 13]. The acidification activates acid-sensing ion channels which results in a further influx of calcium [14].

Ischemia also results in a release of neuronal glutamate pools [15] which in itself is neurotoxic by an excitatory mechanism [16, 17] and also still further increases the intracellular calcium. The increase of intracellular calcium concentration due to ischemia can be 300-fold [18]. This level of intracellular calcium activates lipases, endonucleases and proteases [19] which leads to irreversible breakdown of the membrane phospholipids and disruption of the cytoskeleton [20] as well as free radical generation [21].

## Reperfusion

During reperfusion, the most important mechanism for neuronal damage and death is thought to be the formation of radical oxygen species (ROS). During ischemia, the elevated levels of intracellular calcium activate the phospholipase $A_2$ [22] which leads to a breakdown of cell membrane phospholipids into arachidonic acid [23]. Arachidonic acid is a polyunsaturated fatty acid, which, after reperfusion, is metabolised by cyclooxygenase to produce cytotoxic levels of superoxide ($O_2^-$) [24]. The elevated calcium concentration also activates a protease that converts the enzyme xanthine dehydrogenase to xanthine oxygenase, which further catalyzes the formation of superoxide

[25]. When the reperfusion is initiated, molecular oxygen, which is the substrate needed for superoxide formation, is supplied in abundance. The ROS are deleterious in several ways: they contribute to synaptic damage [26] and they can impair capillary endothelial cell mechanisms [27]. ROS can also damage cellular lipids, proteins and nucleic acids [20].

During reperfusion, the arachidonic acid, which is accumulated during ischemia, is metabolized by cyclooxygenase to produce prostaglandins and thromboxanes [28]. There is also a release of other pro-inflammatory mediators such as tumor necrosis factor alpha (TNFα) [29] and interleukin-1 (IL-1) [30]. Both TNFα and IL-1 appear to exacerbate cerebral injury and prostaglandine and thromboxane release leads to cerebral edema and leakage in the blood brain barrier [31].

One of the late manifestations of ischemia is the occurrence of neuronal apoptosis which develops over days after the ischemic insult [32]. The apoptosis after ischemia is mediated via the activation of caspases, which are a type of proteases [33].

## Selective neuronal vulnerability

Not all parts of the brain are equally vulnerable to an ischemic insult. Histologically, the hippocampus, cerebellum and thalamus have been found to be selectively vulnerable to an ischemic insult [34, 35]. Furthermore, the neurons of layers 3, 5 and 6 of the neocortex are particularly vulnerable to an ischemic insult [36, 37]. Neuronal death in the neocortex and hippocampus was found to be more widespread among patients who had remained comatose after cardiac arrest, compared to those who regained consciousness [34]. Horstmann et al [38] found that patients resuscitated from cardiac arrest with subsequently persisting neuropsychological impairment were suffering from grey matter reduction in the vulnerable thalamus, hippocampus and cortical regions.

## Cerebral blood flow (CBF) measurements after cardiac arrest

The cerebral blood flow after resuscitation from cardiac arrest has been measured with several different methods:

## Laser Doppler technique

The laser Doppler technique has been extensively used in our research group. This procedure shows an initial hyperperfusion followed by a period of hypoperfusion at 30-60 minutes after ROSC and then a recovery to or above typical baseline values [39-41].This method was originally described

by Carter et al [42] as a technique for estimating CBF. It presents an advantage over other methods in that it continuously measures the CBF, but suffers from the disadvantage that it only estimates the CBF in the most superficial layers of cortex. Furthermore, Doppler methods do not measure the absolute value of CBF, but provide only an arbitrary index which cannot be compared between individuals.

## Microspheres

The microsphere method has been widely used for estimating CBF in experimental animals during CPR [43, 44] and after ROSC [45]. The method is based upon the entrapment of minute plastic spheres within the arterioles following an intravenous bolus injection. The CBF measured with microspheres after ROSC displays a hypoperfusion at 20 min after ROSC and then a slight recovery in CBF at 240 min after ROSC. With microspheres, one can measure absolute regional CBF (rCBF) as well as global CBF (gCBF). However, there is a risk of non-homogenous mixing of the microspheres as well as shunting of the microspheres [46]. The microsphere technique does not measure CBF continuously but measures CBF at selected time points. It cannot be used in a clinical setting since the content of microspheres must be measured with autoradiography ex vivo, or by extracting the microspheres from brain samples.

## Xenon-washout

The xenon-washout method was first described by Obrist et al. more than three decades ago [47]. It has been used in measuring CBF after resuscitation from cardiac arrest [48]. However, the simple form of the method is based on measuring arterio-venous differences in the Xenon gas concentration, such that only the gCBF is calculated. Furthermore, the measurement of gCBF was done at least six hours after resuscitation from cardiac arrest. In this study [48], the gCBF was higher in patients not regaining consciousness after cardiac arrest, compared to that seen in patients who ultimately regained consciousness, but this difference was first seen at 15 hours after cardiac arrest.

## Magnetic resonance imaging (MRI)

The MRI technique for CBF measurement was described by Williams et al in 1992 [49]. This technique yields estimates of rCBF as well as gCBF. In a recent implementation of this method there was seen a hyperperfusion after ROSC, especially in cortex and hippocampus [50]. There is also a MRI study of CBF in patients, in which those patients with a hyperperfusion at four days after CA had complete morbidity [51].

## Xenon computed tomography method

The early Xenon method for measuring gCBF was extended for the tomographic mapping of rCBF [52]. As employed in a study of resuscitation following cardiac arrest [53], it revealed an initial hyperperfusion followed by a late (one to four hours post ROSC) hypoperfusion.

The acute CBF pattern after cardiac arrest shows an initial hyperperfusion after resuscitation, followed by a hypoperfusion lasting several hours, often with a slow return towards putative pre-arrest levels. However, these longitudinal studies showed that ROSC does not always establish reperfusion: The no-reflow phenomenon can occur due to impaired vascular patency [54]. In general, the longer the time of ischemia, the more pronounced is the no-reflow phenomenon.

Although the Xenon mapping of CBF after cardiac arrest is indeed an index of cerebral perfusion, it is not known whether the alterations in CBF are associated with concomitant changes in global and regional cerebral oxygen metabolism, or a return of perfusion to tissue with a severe metabolic impairment. Indeed, it is an assumption that CBF is directly coupled to cerebral metabolism, which can be more properly determined in imaging studies measuring the cerebral metabolic rate of glucose (CMRglc), or in the present context, that of oxygen (CMRO$_2$), which provides a direct indication of the rate of aerobic respiration by neurons.

## Autoregulation

Normally, the cerebral blood flow remains constant through a wide range of arterial pressure by the action of precapillary sphincters (*Figure 1*) [55]. The autoregulation seems to be impaired after cardiac arrest [56, 57]. A disturbed autoregulation after cardiac arrest further stresses the importance of a sufficient MAP since an excessive decrease in MAP could impair cerebral blood flow.



*Figure 1.* Cerebral blood flow as a function of mean arterial pressure (MAP).

# Cerebral metabolic rate of oxygen (CMRO$_2$) measurements after cardiac arrest

The CMRO$_2$ after cardiac arrest has been measured by a variety of techniques:

## A-V difference

Global CMRO$_2$ (gCMRO$_2$) is derived by measurements of the A-V difference in oxyhemoglobin concentration [58] [53]. In studies using this technique, the magnitude of gCMRO$_2$ decreases after ROSC. The magnitude of the gCMRO$_2$ was low during the early hyperperfusion phase, and increased somewhat during the hypoperfusion period [53], which was thought to be indicative of ischemia or inadequate perfusion. However, this method cannot reveal regional changes in metabolism (rCMRO$_2$).

## Near infrared spectroscopy (NIRS)

This is a non-invasive method measuring the fraction of oxygenated haemoglobin relative to the total haemoglobin content, which yields the tissue oxygenating index (TOI). In contrast to a pulse oximetry, NIRS measures the oxygenation ratio in the composite of arterial, capillary and venous blood in the vicinity of the probe. NIRS after resuscitation from cardiac arrest showed a decrease in TOI compared to baseline, with a return towards baseline values during the first hour after ROSC [59].

### Positron emission tomography (PET)

As will be described in more detail below, PET can be used for mapping the regional CBF and $CMRO_2$ in brain with high spatial resolution. Hitherto there have been two such applications for studies of ROSC in patients [60, 61]. These studies did not investigate the acute phase after cardiac arrest, but were conducted at 24 hours or more after ROSC, due to the logistics of conducting such studies in acute cases. In a preclinical study of focal ischemia, low levels of $CMRO_2$ were found to correlate well with the extent and position of histologically-verified infarction [62].

## Cerebral blood volume (CBV) after cardiac arrest

The cerebral blood volume (CBV) during cardiac arrest has been measured with MRI [63]. It has also been measured with a photoelectric method [64], which revealed a transient hyperemia shortly after ROSC and then a gradual decrease during three hours.

## Cerebral hemodynamics, metabolism and outcome

The correlation between CBF after cardiac arrest and outcome has been studied in experimental models and clinical cases, giving disparate results. One study found a correlation between the gCBF during the first 15 minutes after ROSC and outcome, where the rats with higher CBF had a better outcome [50]. Inoue et al also found a positive correlation between CBF after 48 hours and outcome in patients [65]. In a PET study by Edgren et al, there was no obvious difference in CBF between those patients regaining consciousness and those with persisting coma [61]. However, Cohan et al [48] found a higher gCBF in the patients who did not survive cardiac arrest than in those who survived. Likewise, the patients studied by Järnum et al [51] with a high CBF did not survive.

In a pig study, the animals with the best neurological outcome 24 hours after ROSC showed a lower oxygen extraction ratio five minutes after ROSC [66].

In summary, a variety of methods have been used to study haemodynamics and energy metabolism following ROSC. Non-tomographic methods do not provide information about the entire pattern of these changes. CBF changes must be interpreted with caution, since the coupling between CBF and $CMRO_2$ is not always certain. An important index of this coupling is provided from the oxygen extraction fraction (OEF), which equals the fraction of the available oxygen in blood that is utilized by the brain tissue. In some

earlier studies, the magnitudes of gCMRO$_2$ and gCBF were used to evaluate the global extent of coupling. This approach revealed uncoupling of CBF and CMRO$_2$ early after ROSC [67, 68], and at three hours after ROSC following 20 minutes of global cerebral ischemia [68]. Also Beckstead et al noted an uncoupling in patients 24-60 hours after ROSC [69].The return of normal OEF following reperfusion is expected to be a more direct indicator of neuronal survival than is provided by CBF measurements. However, the spatial pattern of the relationship between CBF and CMRO$_2$ after ROSC following cardiac arrest is not known.


## Positron emission tomography (PET)

PET is a non invasive method that measures radioactive tracer concentrations regionally in a tissue, as a function of time after tracer administration. Certain isotopes decay by a mode in which a positron is emitted. After travelling a distance of a few millimetres, the positron collides with an electron from the tissue. The collision of matter and antimatter particles is followed by annihilation, with the emission of two gamma photons in nearly opposite directions (*Figure 2*), each with 512 keV energy corresponding to the rest mass energy of the positron-electron pair. These photons are detected by a pair of detectors in the PET camera as a coincidence event, the rate of which corresponds to the radioactivity concentration in a volume element (voxel). Depending on the physiological characteristics of the tracer, the time-dependent radioactivity will support the calculation of physiological parameters such as CBF or CMRO$_2$. All three tracers used in this thesis contain $^{15}$Oxygen ($^{15}$O), which has a half-life of 123 seconds. Molecular oxygen ($^{15}$O$_2$) was used for measuring CMRO$_2$, water (H$_2$$^{15}$O) for measuring CBF, and carbon monoxide (C$^{15}$O), which is bound to haemoglobin, was used for measuring CBV, as required for the constrained calculation of CMRO$_2$. The mathematical methods for calculating these parameters are based upon the convolution integral. For example, the cerebral blood flow is calculated according to this equation:

$$C_t = \int_{T_1}^{T_2} C(t)dt = CBF \int_{T_1}^{T_2} C_a(t)e^{-(CBF/\lambda)t}dt$$

where $C_t$ is the calculated tissue activity concentration at time T, $C_a$ is the arterial activity concentration at time T, and $\lambda$ is the blood-brain partition coefficient and CBF is the parameter to be calculated.

16



*Figure 2.* This shows an isotope emitting a positron (green), which travels some 3-5 mm before colliding with an ambient electron (red) of an adjacent atom. The positron-electron pair then annihilates, emitting two photons with opposite directions. The circular detector arrays of the PET camera will detect the photons and register the coincidence as a decay event, millions of which are recorded during the emission recording. A series of brief recordings, known as frames, are obtained at intervals after the radiotracer administration. The kinetic model is then fitted to the dynamic PET recording so as to obtain voxel-wise estimates of the parameter of interest, known as parametric maps.

# Cardiac arrest and prediction of the neurological outcome

As mentioned earlier, the long-term outcome is difficult to predict early in the post resuscitation period, such that the most reliable prognosis can be made after 72 hours of post resuscitation care [8]. Several meta-analyses

have investigated available data on methods for predicting the long-term neurological outcome after cardiac arrest [70-75]. All of these are based on data collected before the advent of hypothermia treatment. The adoption of hypothermia treatment may present alternative prognostic indicators. For example, motor response with extensor posturing on day three after CA was associated with poor outcome before the introduction of hypothermia treatment, although some patients with extensor posturing on day three regained consciousness [9] after the hypothermia treatment implemented.

The induction of mild hypothermia requires the patient to be sedated for the 24 hours of hypothermia treatment and eight hours of rewarming; this 32 hour interval of sedation delays the time point at which a prognostic clinical investigation can be made by at least 24 hours. The metabolism of sedative and paralyzing drugs is also prolonged during hypothermia [76]. Indeed, the length of stay at the ICU was prolonged with two days for patients with hypothermia treatment [77]. Subsequently, somatosensory evoked potentials (SSEP) and amplitude-integrated electroencephalogram (aEEG) have proven to predict outcome [78, 79] when administered under normothermia [78, 80] and after 24-48 hours after resuscitation [79]. In addition, Glasgow coma scale (GCS) can predict outcome [81].

## Biomarkers

To facilitate the prediction of the neurological outcome after cardiac arrest, several different biochemical markers have been tested. An ideal marker for prediction of outcome would have the following properties:

- It should be able to predict outcome at an early stage
- It should have a high sensitivity in predicting outcome
- It should have a high specificity in predicting outcome
- It should be analyzed from a easily available medium (blood, plasma or serum)
- The analysis should be fast, commonly available and reliable

Hitherto no such marker has been identified. Many different markers have been evaluated, and more are being tested. This thesis does not entail a complete description of markers for neuronal injury, but will focus on some of the more promising markers.

### BDNF

Brain-derived neurotrophic factor (BDNF), is a neurotrophin [82] with a molecular weight of 14 kDa [83]. Its plasma concentration is increased in rats treated with mild hypothermia after cardiac arrest, compared to normothermic animals [84]. An intraventricular infusion of BDNF reduces infarct size and improves neurological deficit score (NDS) after middle cere-

bral artery occlusion (MCAO) in rats [85]. However, after cardiac arrest in rats, no beneficial effects were seen after BDNF administration [86, 87].

## GFAP

Glial fibrillary acidic protein (GFAP), is a structural protein expressed in astrocytes [88]. Plasma levels of GFAP increase after stroke [89], traumatic brain injury [90], subarachnoid haemorrhage [91], and cardiac arrest [92, 93]; the extent of the increase was predictive of outcome in all these conditions.

## NSE

Neuron specific enolase (NSE) is a dimer protein of identical 39 kDa units. NSE is a glycolytic protein expressed exclusively in neurons [94] and neuro-endocrine cells [95]. Brain ischaemia releases NSE into the circulation, where it has a half-life of about 30 hours [96]. NSE was first described as an outcome predictor in 1989 [97] and has been studied after cardiac arrest [98-100]. However, all these studies were done before the advent of hypothermia treatment after cardiac arrest. With hypothermia treatment, prediction of outcome by NSE is not as accurate as with normothermia, but a decrease in NSE values between 24 and 48 hours, has been found to be associated with a good outcome in patients treated with mild hypothermia following ROSC [101]. In two other studies, NSE was also a good predictor of outcome after hypothermia treatment [102, 103]. Recent data question the prognostic value of NSE after hypothermia treatment after cardiac arrest [80].

## S-100B

S-100B is an acidic protein with a molecular weight of 21 kDa containing a calcium binding motif. Its name refers to its unique solubility in saturated ammonium sulphate solution, at neutral pH [104]. S-100 is a family of proteins, consisting of about 16 isoforms [105]. It is expressed in brain astrocytes and in peripheral adipocytes, but can also be detected in serum, where it has a half-life of approximately 25 minutes [106]. As for NSE, several studies have investigated the properties of S-100B after cardiac arrest [73, 107, 108]. However, the majority of patients included in these studies were not treated with hypothermia. After the advent of hypothermia treatment, two studies assessed the predictive value of S-100B which proved to be substantially predictive of the neurological outcome [101, 103].

## Tau

Tau (τ) protein was first described in 1975 [109] as a microtubule protein localized in neuronal axons [110]. Its presence in blood or CSF is as a marker for axonal loss of grey matter axons [111], with particular importance in the investigation of Alzheimer disease [112]. Two independent studies implementing ELISA for the assay of tau in plasma suggest a prognostic value in acute ischemic stroke, [111, 113] , closed head injury and mild

traumatic brain injury [114, 115], and biluribin-induced neurotoxicity [116]. Tau levels after cardiac arrest have not hitherto been studied.

# Hypothermia

The use of hypothermia as a clinical treatment after cardiac arrest was first used in 1958 [117]. The treatment was never generally adopted, maybe because of the adverse effects of moderate to severe hypothermia (below 30°C) which was most commonly used. In 1990, a study of hypothermia treatment after cardiac arrest in dogs demonstrated a better outcome in the animals with this treatment [118]. In 2002 there appeared two randomized controlled studies where hypothermia improved neurological outcome [119, 120] and survival [120] of comatose patients after cardiac arrest. In addition, cross-sectional studies of hypothermia treatment compared to historical controls reported beneficial effects of hypothermia treatment [121, 122]. Hypothermia treatment is now recommended both by the European Resuscitation Council [123] and American Heart Association [124].

## Neuroprotective mechanisms

The mechanisms of the neuroprotective effect of hypothermia are complex and not fully understood, but are believed to include several factors such as suppression of the neuroexcitatory cascade and decrease of the amounts of free radicals [125].

### Cerebral metabolism

Cerebral metabolism decreases with a reduction in temperature. For every degree Celsius between 37 and 27°C, cerebral metabolism is decreased with approximately 8% [126]. However, the beneficial effects of mild hypothermia could not be due to a decrease in metabolism alone [127].

### ROS formation

Hypothermia attenuates the formation of ROS during reperfusion after global ischemia [128, 129]. There is also a decrease in the lipid peroxidation during hypothermia compared to normothermia, which is obtained through higher levels of free radical scavengers [130].

### Excitatory amino acids

Glutamate production is decreased during hypothermia after MCAO [131]. There is also a decerease of glutamate production after global ischemia in hypothermic rabbits compared to normothermic rabbits [132].

**Apoptosis**

Induced apoptosis in neurons *in vitro* is suppressed by hypothermia [133]. After ischemia, caspase activity, which mediates apoptosis, was decreased by hypothermia treatment in rats [134].

Although beneficial for survival and outcome, hypothermia treatment has made the early prediction of outcome more difficult. Neither the biomarkers S-100B and NSE [101] nor clinical signs [9] can be used in the same manner as for patients not treated with hypothermia. Data on outcome prediction after hypothermia treatment are also sparse.

# Study aims

## Study I

To assess the rCBF as a function of time after ROSC, so as to reveal changes in the spatial pattern of CBF the first hours after resuscitation from cardiac arrest.

## Study II

To extend these findings for the study of rCBF as well as the $rCMRO_2$ in the hours after ROSC from cardiac arrest, so as to calculate maps of rOEF for the identification of regions with a perfusion/metabolism mismatch.

To assess the global cerebral blood volume.

## Study III

To evaluate the biomarkers S-100B and NSE for cerebral damage and outcome prediction after hypothermia treatment after cardiac arrest and to compare them with the plausible markers BDNF and GFAP.

To compare the cooling time (the time from the start of cooling to target temperature) in patient groups with a good and poor neurological outcome.

## Study IV

To evaluate tau protein as a marker for cerebral damage after hypothermia treatment after cardiac arrest.

# Materials and Methods

## Study I and study II

The design of the two studies, and the care and handling of the animals, were reviewed and approved by the Institutional Review Board for Animal Experimentation in Uppsala, Sweden.

Nine (study I) and four (study II) young pigs of Swedish country breed of both genders were included in the study. They were 10-12 weeks old and had a mean weight of $25.6 \pm 2.3$ kg (study I) and $25.1 \pm 2.6$ kg (study II).

## Animal preparation

All animals were fasting with free access to water during the night before the experiment. They were delivered directly to the laboratory by the same supplier on the morning of the experiment. Anesthesia was induced with an intramuscular injection of tiletamine and zolazepam 6 mg/kg, xylazine 2 mg/kg, and atropine 0.04 mg/kg. A peripheral ear vein was cannulated for induction and maintenance of anesthesia, and for fluid administration. Morphine 1 mg/kg and ketamine 100 mg were given IV as a single bolus injection. Anesthesia was maintained by continuous intravenous infusion of 8 mg/kg/h of pentobarbital, 0.25 mg/kg/h of pancuronium bromide and 0.5 mg/kg/h of morphine. Water losses were corrected with a bolus IV infusion of 30 ml/kg of acetated Ringers solution during one hour before the experiment, followed by a continuous IV infusion of 2.5% glucose at a rate of 10 ml/kg/h during the whole experiment. The pigs were tracheostomised and mechanically ventilated (Servo Ventilator 900C, Siemens-Elema, Solna, Sweden) with a 70/30 mixture of $N_2O/O_2$ during preparation. Volume-controlled ventilation was continuously adjusted to maintain the arterial $PCO_2$ within a range of 5.0-5.5 kPa (38-41 mmHg). A positive end-expiratory pressure (PEEP) of 5 cm $H_2O$ was applied. Catheters were inserted into the right atrium (7 French) for drug administration and pressure monitoring and into the aortic arch via a branch of the right external carotid artery (18 Gauge) for pressure monitoring and blood sampling. Another catheter (7 French) was inserted into the right femoral vein for tracer injection.

## Measurements

Standard lead II ECG, systemic arterial blood pressure and right atrial pressure were continuously monitored (Datex cardio cap II, Datex instrumentarium, Helsinki, Finland). Blood gases (ABL 520, Radiometer, Copenhagen, Denmark) were measured at baseline, five minutes after ROSC, and thereafter approximately every 90 min throughout the experiment.

## Experimental protocol

Nitrous oxide administration was discontinued after preparation of the young pigs, and they were ventilated instead with 30% $O_2$ in air. After 45 minutes in this condition, a series of baseline PET scans was obtained with the three tracers noted above. Ventricular fibrillation (VF) was then induced with a brief application of an alternating current shock of 40-60 V administered by two subcutaneous needles. Cardiac arrest was defined as VF on the ECG and the loss of arterial pulsation. Ventilation was stopped at the same time.

### Study I

After five minutes of cardiac arrest, manual external chest compressions were initiated with a frequency of 80/min and ventilation was resumed with 100% $O_2$. The pigs received three bolus doses of 20 µg/kg of epinephrine IV at two, five and eight minutes after start of CPR. External defibrillatory shocks of 200 J were administered after nine minutes of CPR. If two unsuccessful defibrillatory attempts were made, the energy for defibrillatory shocks was raised to 360 J. If ROSC was not accomplished after 11 minutes of CPR, another bolus injection of epinephrine was given via the same route. Defibrillatory shocks were applied over a maximum period of five minutes. CPR was discontinued if ROSC was not achieved during this time.

### Study II

After ten minutes of cardiac arrest, external chest compressions were initiated with the LUCAS device [135] with a frequency of 100/min and ventilation was resumed with 100% $O_2$. The pigs received one bolus dose of Vasopressin 0.4u/kg IV at two minutes after start of CPR. External defibrillatory shocks of 200 J were administered after eight minutes of CPR. If two unsuccessful defibrillatory attempts were made, the energy for defibrillatory shocks was raised to 360 J. If ROSC was not accomplished after 11 minutes of CPR, a bolus injection of epinephrine was given via the same route. Defibrillatory shocks were applied over a maximum period of five minutes. CPR was discontinued if ROSC was not achieved during this time. If the mean arterial pressure dropped below 40 mmHg, an infusion of epinephrine was started to maintain the mean arterial pressure above 40 mmHg.

In both studies ROSC was defined as a pulsatile rhythm with a systolic aortic blood pressure greater than 60 mmHg maintained for at least ten minutes. In animals that achieved ROSC, the inspired fraction of oxygen ($F_iO_2$) was reset to 0.3 after five minutes of ROSC. If the arterial pH was less than 7.20 five minutes after ROSC, acidosis was corrected with a Tris buffer mixture (Tribonate®, Pharmacia & Upjohn, Stockholm, Sweden) of 1 mmol/kg i.v., and by increasing minute ventilation, aiming at an arterial $PCO_2$ of 5.0-5.5 kPa (38-41 mmHg). There were no other interventions during the observation period.

## PET methods

The PET investigations were performed on a GEMS 4096 15WB+ scanner (General Electric Medical Systems, Milwaukee, WI) and a Siemens ECAT EXACT HR+ (Siemens/CTI, Knoxville, TN). The GEMS scanner produced reconstructed images in 15 slices with 6.5 mm slice spacing, with final resolution of 6-mm axial and transaxial full width at half maximum (FWHM). The ECAT scanner produced 63 slices with 2.46 mm slice spacing and had 5 mm transaxial and axial FWHM. All emission recordings were corrected for photon attenuation using a transmission scan and were reconstructed with a 6 mm (GEMS) and a 5 mm (ECAT) Hanning filter. The PET data were corrected for scattered radiation and random coincidences.

### CBF

Three-minute dynamic emission sequences of 22 frames were initiated upon bolus administration of $[^{15}O]$-$H_2O$ (800 MBq) to the femoral vein. A series of arterial blood samples were drawn through the arterial line situated in a branch of the right external carotid artery, and the plasma radioactivity measured in a well-counter cross-calibrated to the tomograph. Parametric images of CBF were calculated utilizing the autoradiographic method [136, 137] at baseline and at 10, 30, 60 and 240 min after ROSC (Study I), and at baseline, and at 60, 180 and 300 min after ROSC (Study II).

### CMRO$_2$, OEF AND CBV

For calculation of OEF and subsequently $CMRO_2$, a modification of the steady-state continuous $^{15}O$-oxygen inhalation technique [138] was used. Correction for intravascular oxygen was performed as previously described [139, 140], based on the CBV map calculated from a single-breath $C^{15}O$ administration [141]. Labelled gases were administered through the inspiratory limb from the ventilator. Each set of three PET recordings thus resulted in measurements of CBF, CBV, OEF, and (by calculation) $CMRO_2$. All frames were reconstructed for verification of steady-state, summed and converted to voxelwise parametric maps of CBF, $CMRO_2$, OEF and CBV according to standard procedures.

## PET data analysis

All individual CBF, $CMRO_2$ and OEF maps were manually co-registered to the pig atlas in the common stereotaxic space [142] using the REGISTER (Montreal Neurological Institute) program [143] and nine degrees of freedom. For the registration, midline tag points were placed at the frontal and occipital poles, the extreme dorsal extension of the cerebral cortex, the dorsal-most cerebellum and the medulla oblongata. Other tag points were placed bilaterally in the frontal lobes, in the lateral cerebellar hemispheres and in the temporal cortex. After spatial normalization of the parametric maps, mean magnitudes of CBF, $CMRO_2$ and OEF were calculated in the statistically defined anatomical VOI templates [142] for the cerebellum, thalamus, striatum, frontal cortex, occipital cortex, temporal cortex, diencephalon and mesencephalon. The weighted averages for each region were then calculated in order to estimate the global CBF, $CMRO_2$ and OEF. We also defined three larger or composite regions: the entire cerebellum, subcortical regions (the weighted mean of thalamus, striatum, diencephalon and mesencephalon) and cortical regions (weighted mean of frontal, occipital and temporal cortex).

Cerebral blood volume was calculated by drawing a ROI in each slice of the PET image and then aligning these ROIs to a VOI consisting of the whole brain.


# Study III and study IV

This study was carried out at the general intensive care unit at Uppsala University Hospital, Sweden. The study was approved by the Human Ethics Committee of Uppsala, Sweden. Consent to participation was obtained from a legal next of kin, and later from survivors, when considered competent.


## Inclusion criteria and management protocol

Inclusion criteria for patients were: age >18 years; and systolic blood pressure > 80 mmHg for more than five minutes after ROSC and unconscious (before the use of sedatives/hypnotics), with a Glasgow Coma Scale (GCS) $\leq$ 7, with inclusion less than six hours following resuscitation from cardiac arrest. Patients with a terminal disease or a primary coagulopathy were excluded. Patients admitted more than 6 hours after cardiac arrest were excluded.

Hypothermia treatment was started on admission, immediately after resuscitation, with an intravenous infusion of 30 ml/kg of 4 °C normal saline. Ice packs were placed in the groin and armpits, and along the neck. The times from cardiac arrest to target temperature and from start of cooling to

target temperature were recorded. The planned duration of hypothermia treatment was 24 h, based on the results by the Hypothermia Study Group [120]. It was estimated that the first two hours after the cardiac arrest would be occupied by transportation to hospital and the decision-making about hypothermia treatment. The target temperature of 32–34 °C was thus maintained by the application of ice packs for up to 26 h after the estimated time of cardiac arrest. Thereafter the patients were passively re-warmed at 0.5 °C/h to normothermia, defined as 36.5°C. During hypothermia treatment, the patients were sedated with infusions of fentanyl at $0.5 - 2$ µg/kg/h and propofol at 0.3-4 mg/kg/h (at the lowest possible range to keep the patient anaesthetized). The patients' sedation was evaluated according to standard ICU care. If shivering occurred during induction of hypothermia, we administered extra bolus doses of fentanyl and transiently increased the infusion rate of propofol. If the patient still shivered, he or she received rocuronium, either at an intravenous bolus dose of 0.6 mg/kg, or as an infusion of 0.15 mg/kg/h. When normothermia was attained, the sedation was terminated, so as to allow evaluation of the neurological status.

Mechanical ventilation was administered during the period of coma, with aims to maintaining $PaO_2$ of $\geq 12$ kPa (90 mmHg) and $PaCO_2$ between 5.0 and 5.5 kPa (38-41 mmHg). The target MAP was 65-100 mmHg, with application of inotropic/ vasopressor support, if required, using dobutamine as the first line medication, followed by noradrenaline (norepinephrine) or adrenaline (epinephrine), if necessary. If the patient was considered euvolaemic but had a diuresis of less than 0.5 ml/kg/h, furosemide was administered. Furosemide was also given if the intensive care physician considered that the patient had a fluid overload. All patients received an arterial line in the radial or femoral artery for blood pressure monitoring and blood sampling, and a central venous line in the internal jugular vein.


## Monitoring

Core temperature was continuously measured in the bladder and recorded every fifteen minutes (Curity temperature KAD, Coviden/Tyco). Diuresis was measured hourly. Respiratory parameters were monitored according to general practice in the intensive care unit. Haemodynamic information was obtained by measurement of arterial blood pressure and heart rate continuously, with recording every hour. Central venous pressure was recorded at intervals. Serial blood samples were collected, starting as soon as possible in the emergency phase (within six hours after cardiac arrest), and continuing at 1, 2, 6, 12, 24, 48, 72, 96, and 108 hours after cardiac arrest.

## Outcome assessment

The patients were assessed in accordance with the Glasgow-Pittsburgh cerebral performance category (CPC) scale [144] at discharge from the intensive care unit and six months after cardiac arrest. The CPC scale ranges from 1 to 5, according to the following criteria:

CPC 1: Good cerebral performance: conscious, alert, able to work, might have mild neurological or psychological deficit.

CPC 2: Moderate cerebral disability: conscious, sufficient cerebral function for independent activities of daily life.

CPC 3: Severe cerebral disability: conscious, dependent on others for daily support because of impaired brain function.

CPC 4: Coma or vegetative state: any degree of coma without the presence of complete brain death criteria. Unawareness, even if appears awake (vegetative state) without interaction with the environment; may have spontaneous eye opening and sleep/awake cycles.

CPC 5: Death.

A CPC of 1 or 2 was considered a good outcome and a CPC score of 3-5 a poor outcome, as described in previous studies [101, 103, 145]. For patients who died after ICU discharge, the better of the two scores was used, as recommended by the Utstein templates [146].

## Analysis of biomarkers

BDNF, GFAP and NSE were measured in blood samples taken 1, 2, 6, 12, 24, 48, and 96 hours after cardiac arrest. Plasma concentrations of BDNF and NSE were determined by a biochip array technique (Evidence Investigator: Randox, Crumlin, UK) as previously described [147]. GFAP levels in plasma were measured by a previously described ELISA [90]. The detection limit for GFAP values was 30 ng/l, and values below this limit were set to 30 ng/l. S-100B in blood samples collected 1, 2, 24, 48, 72 and 108 hours after cardiac arrest was analyzed on a Modular E170 (Roche Diagnostics, Mannheim, Germany) with reagents from the same manufacturer. The total analytical imprecision of the assay was 1.9% at 0.2 μg /l and 2.7% at 2.5 μg/l. The analysis measures the composite of homo- and heterodimers (S-100BB and S-100AB).

### Tau analysis

Plasma samples were collected at 2, 6, 12, 24, 48 and 96 hours after cardiac arrest. Carboxylated microsphere beads were chemically coupled with the mouse monoclonal antibody, BT2 [148, 149] according to the protocol from the manufacturer. After quality control of the antibody coupling, approximately 3000 beads were put on a filterplate (Millipore Corporation, Brussels, Belgium MABVN1250) and the buffer was removed. Plasma samples were

diluted 1:3 in buffer containing detergent as described in for the INNO-BIA plasma Aßforms [150, 151] in duplicate, together with 25 μL of two biotinylated mouse anti-human tau antibodies, YT1.1 and YT1.15. Calibration standards with a concentration calibrated to the INNOTEST hTau antigen were added to some samples in order to generate a standard curve. After overnight incubation at 4°C on a plate shaker, the plates were washed three times with phosphate buffer solution (PBS) containing detergents and a solution containing streptavidine-phycoerythrine (SV-PE, Moss Inc, Maryland, US) was added. Thereafter, incubation proceeded for one hour at room temperature on the plate shaker. Next, the beads were washed three times before resuspension in PBS and colorometric reading after excitation of the phycoerythrine by a laser at 532 nm on a Luminex 100IS (Luminex, Austin, Texas, US). Tau concentrations in plasma samples were estimated with the calibration standard curve, which was linear across a wide range of concentrations.

## Statistical analysis

### Study I and study II

All data are expressed as means ± standard deviation. Repeated measures ANOVA was used to analyze the CBF by region over time. If the changes over time were significant by ANOVA, $t$-tests were performed to determine at which time points there were significant differences. Bonferroni correction was used to constrain the type I error at less than 5%. The Student's $t$-test for independent samples was used to compare the different regions to each other at the same time point. $P$-values < 0.05 were considered significant. The statistical analyses were calculated using the STATISTICA program (Statsoft Scandinavia, Uppsala, Sweden).

### Study III and study IV

For all statistics except the ROC curve analysis, the Statistica program (Statsoft Scandinavia, Sweden) was used. Outliers were defined as values more than 1.5 times the interquartile range from the 25th or 75th percentile. Differences in frequencies between good and poor groups were tested for significance with Fischer's exact test. The significance of differences between a good and poor outcome was determined with the Mann-Whitney U test, where p<0.05 was defined as significant. ROC curve analysis was performed, using the Medcalc program (Medcalc Software, Belgium).

# Results

## Study I and study II

Of the nine pigs in study I, ROSC was achieved in six. One pig was excluded due to pathologically low baseline CBF values. ROSC was achieved in all four pigs of study II. The CBF values in study I were thus obtained from five pigs. The CBF, CMRO$_2$ and OEF values in study II were obtained from four animals.

## Mean arterial pressure (MAP)

The MAP showed a similar pattern over time in studies I and II. There was an initial peak shortly after ROSC, with a hypotensive period beginning at 30 min after ROSC, followed by a slow recovery. The MAP over time for studies I and II are displayed in *Figure 3*.



*Figure 3.* Mean arterial pressure over time for the pigs in which ROSC was achieved. Data are presented as mean ± standard deviation. Time 0 = ROSC.

## Cerebral blood flow

The mean gCBF at baseline was $32 \pm 5$ ml $100g^{-1}$ $min^{-1}$ in study I and $27 \pm 5$ ml $100g^{-1}$ $min^{-1}$ in study II. Mean parametric maps showing the regional CBF by group is displayed in *Figure 4*.

### Study I

In *Figure 4* the hyperperfusion occurring at 10 min after ROSC is obvious, especially in the central regions and cerebellum. At 30 and 60 min after ROSC there was a hypoperfusion which was most pronounced in the cortical regions and at 240 min the CBF has returned to values equal or slightly higher than baseline values. When comparing the mean CBF in cerebellum, the weighted average in subcortical regions (striatum, thalamus, diencephalon and mesencephalon), and the weighted average in the entire cortex (frontal, occipital and temporal cortex), the hypoperfusion seemed to be most pronounced in the cortex. The averages of the CBF in those three regions are shown in *Figure 5*.



*Figure 4.* Mean parametric maps of CBF at baseline and at intervals following re-suscitation. Each image is the average of four or five PET scans, presented in the sagittal and frontal plane and projected upon the MR in common stereotaxic coordinates. Note the different scales for CBF in study I and II.



*Figure 5.* Mean and SD CBF for cerebellum, cortical regions and subcortical regions in study I. * denotes p<0.05.

## Study II

The CBF in study II showed a slightly different pattern than in study I. The initial hyperperfusion was not observed, since the first PET scan was performed at 60 min after ROSC. However, based on the MAP recordings, one can assume that there was a transient hyperperfusion in study II as well. The most conspicuous finding in the parametric maps is the hyperperfusion in the cerebellum which was evident already at 60 min after ROSC and increased further over time. At 60 min, there appeared a hypoperfusion which was most pronounced in the cortical regions. This cortical hypoperfusion was more profound than in study I. The CBF measurements in the three weighted averaged regions as a function of time are displayed in *Figure 6*. The parametric maps of CBF, CMRO$_2$ and OEF in study II are displayed in *Figure 8*.



*Figure 6.* Mean and SD CBF for cerebellum, cortical regions and subcortical regions in study II. * denotes p<0.05.

## Autoregulation

We plotted the gCBF as a function of MAP for every pig in which ROSC was achieved. The relationship between MAP and gCBF was different in the pigs, and most of the animals displayed a picture of disturbed autoregulation. In *Figure 7*, the gCBF as a function of MAP is displayed.



*Figure 7*. Global cerebral blood flow as a function of MAP in each pig with ROSC. Study I: Top five animals, filled circles. Study II: Bottom four animals, open circles.

## CMRO₂

The CMRO$_2$ was measured only in study II. The mean global CMRO$_2$ at baseline was 83 ±1 μmol 100g$^{-1}$ min$^{-1}$. The gCMRO$_2$ decreased compared to baseline at 60 min and remained lower than baseline values throughout the

experiment (data not shown). The cortical $CMRO_2$ was lower than in the subcortical regions after ROSC. The mean parametric maps in the horizontal and sagittal planes of $CMRO_2$ are displayed in *Figure 8*. The $rCMRO_2$ for the three weighted averaged regions are displayed in *Figure 9*.



*Figure 8.* Mean parametric maps of CBF, CMRO$_2$ and OEF at baseline and at intervals following resuscitation. Each image is the mean of four separate PET scans, presented in sagittal and horizontal planes and projected upon the MR in common stereotaxic coordinates.



*Figure 9.* Mean and SD CMRO$_2$ for cerebellum, cortical regions and subcortical regions. * denotes p<0.05.

## OEF

The OEF was calculated only in study II. The gOEF at baseline was 59 ± 9%. At 180 and 300 min it decreased compared to baseline. At 60 min cerebellum had a lower OEF than the cortex and subcortex. The mean parametric maps in the horizontal and sagittal planes of OEF are displayed in *Figure 8.* The rOEF for the three weighted averaged regions are displayed in *Figure 10.*



*Figure 10.* Mean and SD OEF for cerebellum, cortical regions and subcortical regions. * denotes p<0.05.

## CBV

The CBV was only measured globally due to technical problems. The gCBV increased in two animals and decreased in two at 60 min. At 180 and 300 min the gCBV decreased in all animals. The gCBV for each animal is displayed in *Figure 11.*



*Figure 11.* Global cerebral blood volume (gCBV) for each of the four pigs as a function of time.

## Study III and study IV

Patients were eligible for inclusion in the study between November 2004 and May 2007. During this interval 46 CA patients were admitted to the hospital; 31 (study III) and 22 (study IV) patients were included in the study, and the other 24 patients were excluded from the study due to death before inclusion (n=1), failure to notify the researcher responsible for the study (n=9), trauma or terminal disease (n=5) and failure to perform the blood sampling (n=9; study IV). The protocol was initiated within four hours after CA.

### Study III

At discharge from intensive care the outcome was good in 10/31 patients (32%) and 23/31 (74%) were alive, whereas at six months 14/31 (45%) had a good outcome and 15/31 (48%) were alive.

### *Cooling time*

The time from cardiac arrest to target temperature and the time from cooling to target temperature were shorter in the poor outcome group (Table 1). The initial temperature before start of cooling was charted in only eight patients; this mean temperature did not differ between the groups. The time from cardiac arrest to the start of cooling did not differ between the groups.

**Study IV**

At discharge from intensive care the outcome was good in 10/22 patients (45%) and 21/22 (95%) were alive, whereas at six months 14/22 (64%) had a good outcome and 15/22 (68%) were alive.

## Patient characteristics

Patient characteristics and cooling times for the patients in study III are displayed in Table 1. Patient characteristics for patients in study IV are similar and are not displayed.

Table 1.  *Patient characteristics. P-value refers to Mann-Whitney U test for continuous variables and Fischer's exact test for categorical variables. OHCA: Out of hospital cardiac arrest; CA: cardiac arrest; CPR: cardiopulmonary resuscitation; VF: ventricular fibrillation; PEA: pulseless electrical activity; ROSC: restoration of spontaneous circulation; ICU: intensive care unit.*

|  | All | Good | Poor | p-value |
|---|---|---|---|---|
| **Number** | 31 | 15 | 16 | 1 |
| **Age (median/range)** | 63 (22-84) | 60 (22-78) | 68,5 (25-84) | 0,055 |
| **Male (%)** | 21 (68%) | 12 (80%) | 9 (56%) | 0,25 |
| **OHCA (%)** | 27 (87%) | 13 (87%) | 14 (88%) | 1 |
| **Cardiac cause** | 28 (90%) | 14 (93%) | 14 (88%) | 1 |
| **Witnessed CA** | 25 (81%) | 13 (87%) | 12 (75%) | 0,65 |
| **Bystander CPR** | 18 (58%) | 9 (60%) | 9 (56%) | 1 |
| **Weight kg (median/range)** | 81 (46-100) | 84 (61-99) | 77,5 (46-100) | 0,24 |
| **Initial rhythm** | | | | |
| **VF** | 16 (52%) | 10 (66%) | 6 (38%) | 0,16 |
| **PEA** | 5 (16%) | 4 (27%) | 1 (6%) | 0,17 |
| **Asystole** | 10 (32%) | 1 (7%) | 9 (56%) | 0,006 |
| **Cardiovascular morbidity (%)** | 17 (55%) | 9 (60%) | 8 (50%) | 0,72 |
| **Time (min) before ROSC (median/range)** | 20 (5-45) | 17 (5-29) | 22 (5-45) | 0,071 |
| **CPR duration, minutes (median/range)** | 13 (2-40) | 11 (3-28) | 17 (2-40) | 0,38 |
| **ICU length of stay hours (median/range)** | 110 (9-286) | 133 (46-276) | 103,5 (9-286) | 0,27 |
| **Time (min) from CA to cooling (median/range)** | 50 (15-175) | 50 (15-165) | 55 (20-175) | 0,86 |
| **Time (min) from cooling to 34ºC (median/range)** | 180 (35-540) | 265 (35-540) | 83 (45-480) | 0,003 |
| **Time (min) from CA to 34ºC (median/range)** | 225 (60-600) | 315 (60-600) | 150 (100-525) | 0,003 |

## BDNF

The time course for BDNF analysis is shown in *Figure 12*. There was no difference in BDNF values between the good outcome and poor outcome groups.



*Figure 12.* Plasma concentrations of brain derived neurotrophic factor (BDNF) at different time points plotted on logarithmic scales. Line= median; box=interquartile range; whiskers= non-outlier range. Outliers are omitted. Black: Good outcome. Grey, filled: Poor outcome.

## GFAP

The time course for GFAP analysis is shown in *Figure 13*. The plasma concentration of GFAP tended to be higher in the poor outcome group, but there was no statistically significant difference between the good and poor outcome groups.



*Figure 13.* Plasma concentrations of glial fibrillary acidic protein (GFAP) at different time points plotted on logarithmic scales. Line= median; box=interquartile range; whiskers= non-outlier range. Outliers are omitted. Black: Good outcome. Grey, filled: Poor outcome.

## NSE

The time course for NSE analysis is shown in *Figure 14*. The patients in the poor outcome group tended to display an increase already at two hours, but there were no significant differences until 48 hours after ROSC, at which time the patients in the poor outcome group had a greater increase than did those in the good outcome group. At 48 and 96 hours, there was a difference in the NSE concentration between the two outcome groups, with the lowest p-value at 96 hours. The ROC curves for NSE are displayed in *Figure 15*. The sensitivity and specificity value for prediction of a poor outcome by NSE are listed in Table 2. The change in NSE levels between 24 and 48 h was not associated with the outcome in our patients.



*Figure 14.* Plasma concentrations of neuron specific enolase (NSE) at different time points plotted on logarithmic scales. Line= median; box=interquartile range; whiskers= non-outlier range. Outliers are omitted. Black: Good outcome. Grey, filled: Poor outcome.



*Figure 15.* ROC curve for neuron specific enolase values at 48 hours (black, solid line) and 96 hours (grey, dashed line) after ROSC.

## S-100B

The time course for S-100B analysis is shown in *Figure 16*. Shortly after ROSC, the S-100B level was increased in both groups. Patients with a good outcome showed a decrease in S-100B at 24 hours whereas in the poor outcome group many patients had persistently elevated levels. With the Mann-Whitney U test, the S-100B values differed between the good and poor outcome groups at all time points, with the lowest p-value at 24 hours after cardiac arrest. The ROC curves are displayed in *Figure 17*. The sensitivity and specificity for prediction of a poor outcome by S-100B are listed in Table 2.



*Figure 16.* Plasma concentrations of S-100B at different time points plotted on logarithmic scales. Line= median; box=interquartile range; whiskers= non-outlier range. Outliers are omitted. Black: Good outcome. Grey, filled: Poor outcome.



*Figure 17.* ROC curves for S-100B values at 2 hours (black, solid line) and 24 hours (grey, dashed line) after ROSC.

Table 2. *ROC curve data for S-100B and NSE. AUC= Area under the ROC curve. Cut-offs in bold.*

| Marker | Time | Value | Sensitivity | Specificity | AUC |
|---|---|---|---|---|---|
| S-100B (µg/l) | 2 h | 0.9 | 80% | 87% | 0.86 |
| | | **1** | **73%** | **93%** | |
| | 24 h | 0.09 | 93% | 80% | 0.97 |
| | | **0.18** | **87%** | **100%** | |
| NSE (µg/l) | 48 h | 2.52 | 60% | 87% | 0.74 |
| | | **4.97** | **50%** | **93%** | |
| | 96 h | 0.52 | 100% | 53% | 0.79 |
| | | **3.22** | **57%** | **93%** | |

## Tau

There were only a few cases in either group in whom detectable levels of tau were present at less than 48 hours after ROSC. In the poor outcome group, median tau level was significantly elevated at 48 hours after ROSC, and increased further at 96 hours after ROSC. There was a significant difference in median tau levels between the poor and good outcome groups at both 48 and 96 hours after ROSC. The tau concentrations by outcome group as a function of time after CA are presented in *Figure 18*.

The ROC curves for tau (pg/ml plasma) at 48 and 96 hours are displayed in *Figure 19*. At 96 hours, the sensitivity for predicting a poor outcome was 71% and the specificity was 93%. Specifications of the ROC curves are presented in Table 3.



*Figure 18.* Plasma concentrations of tau as a function of time after resuscitation from CA, with concentrations plotted on a logarithmic scale. Line= median; box=interquartile range; whiskers= non-outlier range. Squares, circles: Outliers and extremes. Black, circles: Good outcome. Grey squares, filled: Poor outcome.



*Figure 19.* ROC curve for tau values at 48 hours (black, solid line) and 96 hours (grey, dashed line) after ROSC.

Table 3. *ROC curve data for tau. AUC= Area under the ROC curve. Cut-offs in bold.*

| Time | Value (pg/ml) | Sensitivity | Specificity | AUC |
|---|---|---|---|---|
| **48 h** | >5 | 86 | 87 | 0,84 |
| | **>30** | **29** | **93** | |
| **96 h** | >5 | 86 | 87 | 0,89 |
| | **>27** | **71** | **93** | |

# Discussion

## Cerebral blood flow, metabolism and blood volume

There are considerable fluctuations in the CBF during the first hours after ROSC. As previously described, there is typically a brief initial period of hyperperfusion followed by a hypoperfusion which lasts for several hours [39, 41]. In the present studies, CBF changes were not uniformly distributed, but showed the most profound hypoperfusion in the cortical regions. Given the spatial resolution of our PET images, no areas with complete no-reflow phenomenon can be detected. The findings of lower CBF in the cortex and more pronounced hypoperfusion for animals with 10 min of cardiac arrest, which might indicate a higher degree of no-reflow in the cortex, are consistent with greater vulnerability of the cerebral cortex to an ischemic insult. Indeed, a lower cortical CBF is associated with a more severe ischemic insult, as expressed in terms of S-100B levels in serum [152] and plasma [153]. However, our imaging-based methods seem insufficiently sensitive to verify no-reflow under the present conditions.

Although the oxygen metabolism decreases after ROSC, with the most pronounced decrease in the cortical regions, there seems not to be any gross areas with immediate infarction since $CMRO_2$ remained at approximately 70% of baseline values in the hours after ROSC. Although not defined as VOI templates, there was no evidence of either hypoperfusion or low $CMRO_2$ in the watershed areas, which are known to be prone to infarction after hypotension [154, 155]. The declining $CMRO_2$ during the first hours after ROSC could nonetheless be an early sign of the development of secondary brain damage. This conjecture is supported by a finding by Conroy et al that the $gCMRO_2$ decreases more in the brain of animals subjected to normothermic global ischemia compared to hypothermic global ischemia [156]. Also, S-100B in CSF was elevated in the animals subjected to normothermic global ischemia in that pig study. One could thus speculate that a decrease in $CMRO_2$ after global ischemia reflects severe cerebral damage as expressed in increased S-100B release and a poor long term neurological outcome.

At 60 min after ROSC, the $CMRO_2$ level was sustained by an increase in OEF. The simultaneous occurrence of low CBF and high OEF indicates an ischemic situation. Due to the small number of animals, statistical significance was not always evident. However, the parametric maps reveal spatial information when closely examined. At 60 min, the increase in OEF is evi-

dent, especially in the frontal cortex and temporal cortex. In some of these regions the OEF is over 80%. This very high oxygen extraction indicates severe hypoperfusion, given the oxygen demand in these regions. This high extraction is not evident at 180 and 300 min, suggesting that the CBF is sufficiently restored to meet the present oxygen demand. Instead, the oxygen extraction seems to have decreased compared to baseline, indicating some degree of luxury perfusion.

When looking closely at the CBF map in the sagittal plane, there seems to be some degree of hyperperfusion in the hippocampus, although hippocampus is not a defined VOI template, and would be difficult to resolve in pig brain given the present reconstructions at 5 or 6 mm FWHM. However, hippocampus is known to be one of the most vulnerable regions to ischemia [34, 35]. Hyperperfusion there could thus be a sign of more severe neuronal damage.

In study II, there was a hyperperfusion in the cerebellum starting already at 60 min and increasing throughout the subsequent five hours after ROSC. All animals had this increase in cerebellar blood flow compared to baseline. The oxygen metabolism was not increased, indicating a situation of luxury perfusion with a low OEF. This cerebellar hyperperfusion was not as evident in study I, although the CBF at 240 min is actually higher than the baseline value. At 60 min, however, the CBF in cerebellum is lower than baseline in study I, whereas in study II there is no statistical difference between 60 min and baseline, although examination of the parametric maps suggests that there is indeed some increase of CBF already at 60 min in the central parts of cerebellum. This situation, with a simultaneous hypoperfusion in the cortical regions and a hyperperfusion in cerebellum has not been described before. There is however one study also reporting a cerebellar hyperperfusion in the most damaged brains after global ischemia [156]. The observation is reminiscent of crossed cerebellar diaschisis (CCD), which is a hypoperfusion in cerebellum following supratentorial ischemia in the contralateral side [157]. This hypoperfusion is thought to be due to a decrease of the excitatory inputs from the cerebral cortex to the cerebellar cortex [158]. In our study, the cortical ischemia was bilateral, and there was a bilateral hyperperfusion in the cerebellum. This hyperperfusion could be a sign of the more severe ischemic insult implied after ten minutes of cardiac arrest compared to five minutes of cardiac arrest, as in Study I. One could argue that the hyperperfusion in the cerebellum might have been due to a great increase in one or two animals. However, when studying the cerebellar flow in the individual animals all animals display an increase in cerebellar blood flow at 180 and 300 min (*Figure 20*).



*Figure 20.* Blood flow (ml 100g⁻¹ min⁻¹) in the cerebellum as a function of time in the four animals subjected to 10 minutes of cardiac arrest.

Given the fact that a hyperperfusion could be a sign of more severe cerebral damage [48], the cerebellar hyperperfusion in study II could reflect a more serious injury to the brain subjected to a ten min cardiac arrest compared to five minutes. Indeed, the duration of cardiac arrest is known to affect the degree of cerebral damage and hence survival [159, 160]. We could thus identify a time threshold of duration of cardiac arrest in the anesthetized pig, with the development of cerebellar hyperperfusion, occurring as a sign of a more severe insult to the brain. However, one must bear in mind that the two groups also differed with respect to the CPR method. In study II, vasopressin was used instead of adrenaline and the chest compressions were carried out by the LUCAS™ device. Although vasopressin seems to improve microcirculatory flow compared to adrenaline [161], this effect seems to last 15 minutes after ROSC, after which time the microcirculatory flow was equal between the pigs resuscitated with vasopressin or adrenaline.

The pattern of the gCBV was similar to the findings of Tanahashi et al [64] in a cat model. We had no early post-ROSC gCBV measurement and were thus not able to register the hyperaemia which probably was also present also in our study. Why the gCBV decreases after ROSC is not clear; data on CBV after CA are sparse. One explanation could be the decrease of MAP and a subsequent decrease of vascular diameter [162]. There could

also have been a fluid shift from the vascular compartment to the interstitium due to an insuffiency of the blood brain barrier (BBB) [163]. However, other studies have not reported damage to the BBB after ischemia [164, 165]. It could also be hypothesized that a cerebral oedema was beginning to form in the resuscitated pigs. Cerebral oedema has been observed after cerebral ischemia [166] and cardiac arrest [167].

The cellular ischemic lesions after global ischemia develop over days, compared to the lesions after focal ischemia, which can be seen after two-three hours [168]. Our study methods are thus not able to detect the expected cellular lesions, but our findings do indicate the locations of these lesions, since the most evident changes in CBF and $CMRO_2$ after cardiac arrest were located in the previously known vulnerable regions [34, 35]. Naturally, histological examination of the brains in our experiments would have been of interest, but was at the time of our experiments not possible.

## Autoregulation

Although not a primary aim in study I and II, we tested the hypothesis that the cerebral autoregulation is disturbed after cardiac arrest. There was evidence of disturbed autoregulation in most of the animals. Only one or two animals from study I and none from study II showed a pattern consistent with a normal autoregulation. This finding is consistenst with the expectatation of a greater insult to the brain of the animals in study II. One should, however bear in mind the small number of measurements of gCBF and thus the small amount of data on this topic.

## Cooling time

The finding that the time to target temperature was shorter in patients with a poor outcome was somewhat surprising. In a study by Wolf et al [169], those with a poor outcome took a longer time to reach target temperature. In that study they used an intravascular cooling device, whereas we used cold saline and icepacks. In a study by Nielsen et al [170], cooling time was not predictive of outcome. In these different studies, different cooling methods have been used which can explain the conflicting results. This is an item which should be explored more.

## Biomarkers

In our studies, the correlation of biomarkers to patient outcome in the days after ROSC was strong for S-100B, medium for tau and weak for NSE. At all time points, S-100B was superior to NSE and tau in predicting patient outcome. As early as two hours after ROSC following cardiac arrest, S-100B predicted a poor outcome with a sensitivity of 73% and a specificity of 93%, whereas S-100B had a peak sensitivity of 87% at 24 hours, when the specificity was 100%. In contrast, tau predicted a poor outcome with a sensitivity of 73% and a specificity of 93% but only at 96 hours after cardiac arrest. NSE was a poor predictor, and the BDNF and GFAP concentrations did not differ between the groups, although the GFAP levels tended to be higher in the poor outcome group. S-100B was elevated at an early stage in both groups. It must be granted that the initial S-100B elevation could have been due to extracerebral release from adipocytes and chondrocytes [171], perhaps as a result of chest compressions. However, the duration of CPR did not differ between the groups (Table 1), and did not differ between the patients with asystole or VF as intial rhythm. In the good outcome group, the S-100B level had decreased after 24 hours.

Our results suggest that S-100B could be used as an early predictor of outcome, in line with the study by Shinozaki et al [145]. However, the exact number of hypothermia treated patients in their study was not stated, and hence its relevance to the present study cannot be assessed. Other studies of this type have yielded conflicting results compared with our data [101-103], or have reported NSE to be a good predictor [102], even exceeding the predictive value of S-100B [101, 103]. These diverging results could partly be a cause of the different assays for S-100B which are not interchangeable [172].

The discrepancy between our data and the findings by Tiainen and Oksanen [101, 102], who reported that NSE is a good predictor, might be related to our decision to include cases of all forms of cardiac arrest; ventricular fibrillation (VF), asystole, and pulseless electrical activity (PEA). In contrast, only witnessed cardiac arrests with VF were included in the earlier reports [101, 102], whereas patients older than 75 years of age and with unwitnessed cardiac arrest were excluded by Tiainen et al [101]. These differences in inclusion criteria could also explain the differences in survival and good outcome between our studies. In particular, 16 of our patients had VF as the initial rhythm, of which 10 patients (63%) had a good outcome after six months, whereas Tiainen reported a good outcome in 69% of the patients.

Our NSE cut-off value differs from those obtained in the studies by Tiainen et al [101] and Rundgren et al [103]. This is a common problem when comparing results across studies, especially in the absence of an established gold standard method. Different biomarker results between studies may be

related to different kit formats. Certified reference materials against which different kits can be calibrated are lacking for the biomarker candidates examined in the present investigation. Moreover, different kits may use different antibody combinations and thus measure isoforms of the same protein more or less well. The lack of external control programs makes it difficult to compare biomarker data across studies, also across studies in which the same kit formats were used. Cut-off values established in one study need to be verified locally before they can be used in a new study or in a prospective manner in clinical routine. The last application also necessitates careful laboratory work to ensure longitudinal stability in the results reported to the clinician. A comparison of seven different NSE assays concluded that the assays are not interchangeable [173]. Our diverging results could also be due to the different time points at which NSE was analysed. Rundgren et al sampled NSE at 2, 24, 48 and 72 hours whereas we sampled at 1, 2, 6, 12, 24, 48 and 96 hours. The maximum predictive value in both studies was at the last sampling which for Rundgren et al was after 72 hours and in our study after 96 hours. Since we did not detect a fall in predictive value of NSE, the optimal timepoint for NSE is still not defined.

In a previous study, in which the GFAP detection limit was 0.1 ng/ml, none of the hypothermia-treated patients with a good outcome had detectable plasma levels of GFAP [92]. In study III, the detection limit was 0.03 ng/ml, and patients with both a good and a poor outcome had detectable levels, with the GFAP level correlating poorly with outcome. With inclusion of more patients in our study, GFAP might nonetheless have had a predictive value. Obviously, this topic has to be investigated further.

Study IV suggests that tau-protein has the potential to be used as a predictor for the neurological outcome after hypothermia treatment following resuscitation from cardiac arrest. Tau was detectable and proved to have predictive value in blood samples taken 48 hours after CA, but predictive value was greater for samples taken at 96 hours, presumably indicating the progression of neuronal damage following resuscitation. This predictive value may well increase further with time, since the level of cleaved tau peaked 168 hours after traumatic brain injury [174] and increased continously during the first 120 hours after stroke [113].

In Alzheimer's Disease (AD), there are abnormal aggregations of tau protein into paired helical filaments [175]. Methylene blue (MB) can inhibit tau filament formation in vitro [176]. MB also has positive neurological and circulatory effects after cardiac arrest [177, 178]. One plausible explanation of the MB effect after CA could thus be the inhibition of tau filament formation.

## Outcome

The outcome assessment at discharge from the ICU and after six months revealed that there was clinical improvement in some patients over time. At ICU discharge there were only 10 patients with a good outcome, but this number had increased to 14 six months later. The median length of stay at the ICU was 110 hours for all patients, but 199 hours (range 133-276) for those with improvement. After hypothermia treatment, it seems that some recovery is possible, even in cases presenting with a CPC score of 3 or 4 in the acute phase. Indeed, Al Thenayan et al. found that a poor motor response at day three does not necessarily predict a poor outcome; one patient regained motor response at six days after re-warming [9]. Although the length of ICU stay did not differ between the good and poor outcome groups, at six months all but one of those with a poor outcome had died in our study. The time point at which the possibility of improvement decreased was not identified in our study. This emphasizes the need for a more precise prediction of the outcome. Further outcome studies with more frequent CPC scoring could help define better the time post CA after which improvement is unlikely; this knowledge would inform treatment decisions and potentially influence rehabilitative interventions. Those predictions must have a high specificity, since the withdrawal of treatment in most cases will result in death and thus be a self-fulfilling prediction.

# Future perspectives

In order to evaluate further the ischemic/reperfusion damage after cardiac arrest some complentary studies would be of interest.

Our PET studies demonstrate a low CBF after resuscitation from cardiac arrest and a low $CMRO_2$. It is, however, not known precisely which levels of hypoperfusion or hypometabolism which give rise to permanent cerebral damage in the anaesthetized pig. Further PET studies with longer observation time and post mortem histology would therefore be of interest. Blood sampling with analysis of S-100B, NSE, GFAP and tau protein from the same animals would also be of interest. It could then be possible to quantify histologically verified infarction with levels of biomarkers.

Another topic of interest is the mechanisms of the benefits derived from hypothermia. PET studies of pigs treated with hypothermia after resuscitation from cardiac arrest may increase our understanding of the mechanisms of hypothermia.

Although S-100B was a very good predictor of neurological outcome in our material, controversy exists regarding the most accurate biomarker. The number of patients in our study was small and the cut-off value was obtained post-hoc. A large study with a predefined cut-off value is needed in order to evaluate the biomarkers and to be able to trust the prediction. In addition, it may well be that the combination of several biomarkers in the model may prove to optimize predictive power.

# Conclusions

- There is a hyperperfusion shortly after ROSC, followed by a hypoperfusion which is most profound in the cortex **(Study I)**
- The CBF during the early hypoperfusion decreases more than does the oxygen metabolism **(Study II)**
- A longer time of cardiac arrest implies a greater insult to the brain, detected as more profound cortical hypoperfusion **(Study I and II)**
- There is evidence of a disturbed autoregulation after cardiac arrest **(Study I and II)**
- A longer time of cardiac arrest gives rise to a cerebellar hyperperfusion, also indicating a more severe insult **(Study II)**
- The cerebral blood volume decreases after cardiac arrest **(Study II)**
- S-100B and NSE are markers of the cerebral ischemic/reperfusion injury after cardiac arrest where S-100B may be the more accurate one **(Study III)**
- There is detectable levels of tau in patients with a poor neurological outcome at 48 hours after cardiac arrest **(Study IV)**
- Tau is a new marker for cerebral ischemic/reperfusion injury **(Study IV)**

# Acknowledgements

This work was carried out at the department of surgical sciences, Uppsala University. There are many who have contributed to my work. I would like to express my sincere gratitude to

Sten Rubertsson, tutor and co-author. For leading me into science, for supporting me in my struggle and for always taking your time to read or discuss my work. For your friendship which reaches far beyond science and research. You have, in many ways, helped me produce and finish this work.

Lars Wiklund, co-tutor and co-author. For fruitful discussions and critical and constructive comments to manuscripts and thesis.

Paul Cumming, co-author of two manuscripts. For your true expertise in the Register program and your critical and insightful revisions of all four manuscripts and the thesis. The PET images are all your work. There would not have been any regional PET data without you.

Henrik Zetterberg, Eugeen Vanmechelen and Kaj Blennow, co-authors. For inviting me into the world of biomarkers and your constant enthusiasm over my questions and my work.

Johanna Nordmark, co-author and former room-mate. For giving me the opportunity to participate in the hypothermia study ("studieeländet") and for friendship outside work.

Torsten Gordh, Torbjörn Karlsson, Eric Haldén and Kristiina Hersio, former and present heads of departments of Anaesthesia and Cardiothoracic anaesthesia. For creating conditions for research and for allowing me time off from clinical work.

Jakob Hedberg, for all research lunches and discussions about anything regarding the thesis, STATISTICA and finishing the Ph.D. studies.

Elisabeth Pettersson, for your invaluable help with all samples, even during night time and weekends.

Anders Nordgren, for skillful technical assistance in the laboratory.

Gudrun Nylén, Lars Lindsjö and Anders Wall at the former Uppsala Imanet, former Uppsala University PET centre, present PET centre. For help with files of unknown format, for help with PET analysis and for help and assistance during the experiments.

Former colleagues at the department of Anaesthesiology and Intensive Care, Uppsala for friendship and sometimes extra work with our patients.

Colleagues at the department of Cardiothoracic Surgery and Anaesthesiology for friendship and extra work when I was away writing.

Norrlands nation, Uppsala for the grants making this work possible.


Hanna, for endless support and for pushing me through this. You are outstanding.

David, Klara, Emil and Tilde. For, in your own way, being the best in the world and therefore endlessly loved.

# References

1.  *Nationellt register för hjärtstopp utanför sjukhus.* 2008.
2.  *Nationellt register för hjärtstopp på sjukhus.* 2008.
3.  Nadkarni, V.M., et al., *First documented rhythm and clinical outcome from in-hospital cardiac arrest among children and adults.* JAMA, 2006. **295**(1): p. 50-7.
4.  Nolan, J.P., et al., *Post-cardiac arrest syndrome: epidemiology, pathophysiology, treatment, and prognostication. A Scientific Statement from the International Liaison Committee on Resuscitation; the American Heart Association Emergency Cardiovascular Care Committee; the Council on Cardiovascular Surgery and Anesthesia; the Council on Cardiopulmonary, Perioperative, and Critical Care; the Council on Clinical Cardiology; the Council on Stroke.* Resuscitation, 2008. **79**(3): p. 350-79.
5.  Siesjo, B.K. and P. Siesjo, *Mechanisms of secondary brain injury.* Eur J Anaesthesiol, 1996. **13**(3): p. 247-68.
6.  Grinyo, J.M., *Reperfusion injury.* Transplant Proc, 1997. **29**(1-2): p. 59-62.
7.  Nolan, J.P., et al., *Outcome following admission to UK intensive care units after cardiac arrest: a secondary analysis of the ICNARC Case Mix Programme Database.* Anaesthesia, 2007. **62**(12): p. 1207-16.
8.  Edgren, E., et al., *Assessment of neurological prognosis in comatose survivors of cardiac arrest. BRCT I Study Group.* Lancet, 1994. **343**(8905): p. 1055-9.
9.  Al Thenayan, E., et al., *Predictors of poor neurologic outcome after induced mild hypothermia following cardiac arrest.* Neurology, 2008. **71**(19): p. 1535-7.
10. Rossen, R., H. Cabat, and J. Anderson, *Acute arrest of cerebral circulation in man.* Archives of Neurology and Psychiatry, 1943. **50**: p. 510-528.
11. Radovsky, A., et al., *Regional prevalence and distribution of ischemic neurons in dog brains 96 hours after cardiac arrest of 0 to 20 minutes.* Stroke, 1995. **26**(11): p. 2127-33; discussion 2133-4.
12. Rehncrona, S., *Brain acidosis.* Ann Emerg Med, 1985. **14**(8): p. 770-6.
13. Mabe, H., P. Blomqvist, and B.K. Siesjo, *Intracellular pH in the brain following transient ischemia.* J Cereb Blood Flow Metab, 1983. **3**(1): p. 109-14.
14. Xiong, Z.G., et al., *Neuroprotection in ischemia: blocking calcium-permeable acid-sensing ion channels.* Cell, 2004. **118**(6): p. 687-98.
15. Choi, D.W. and S.M. Rothman, *The role of glutamate neurotoxicity in hypoxic-ischemic neuronal death.* Annu Rev Neurosci, 1990. **13**: p. 171-82.
16. Novelli, A., et al., *Glutamate becomes neurotoxic via the N-methyl-D-aspartate receptor when intracellular energy levels are reduced.* Brain Res, 1988. **451**(1-2): p. 205-12.

17. Olney, J.W., *Glutamate-induced neuronal necrosis in the infant mouse hypothalamus. An electron microscopic study.* J Neuropathol Exp Neurol, 1971. **30**(1): p. 75-90.

18. Silver, I.A. and M. Erecinska, *Intracellular and extracellular changes of [Ca2+] in hypoxia and ischemia in rat brain in vivo.* J Gen Physiol, 1990. **95**(5): p. 837-66.

19. Siesjo, B.K., et al., *Calcium, excitotoxins, and neuronal death in the brain.* Ann N Y Acad Sci, 1989. **568**: p. 234-51.

20. Safar, P. and W. Behringer, *Cerebral Resuscitation from cardiac arrest,* in *Textbook of neurointensive care,* A.J. Layon, A. Gabrielli, and W.A. Friedman, Editors. 2003, Saunders. p. 457-498.

21. Choi, D.W., *Calcium-mediated neurotoxicity: relationship to specific channel types and role in ischemic damage.* Trends Neurosci, 1988. **11**(10): p. 465-9.

22. Moskowitz, N., W. Schook, and S. Puszkin, *Regulation of endogenous calcium-dependent synaptic membrane phospholipase A2.* Brain Res, 1984. **290**(2): p. 273-9.

23. Wieloch, T. and B.K. Siesjo, *Ischemic brain injury: the importance of calcium, lipolytic activities, and free fatty acids.* Pathol Biol (Paris), 1982. **30**(5): p. 269-77.

24. Armstead, W.M., et al., *Postischemic generation of superoxide anion by newborn pig brain.* Am J Physiol, 1988. **255**(2 Pt 2): p. H401-3.

25. McCord, J.M., *Oxygen-derived free radicals in postischemic tissue injury.* N Engl J Med, 1985. **312**(3): p. 159-63.

26. Pellmar, T.C. and K.L. Neel, *Oxidative damage in the guinea pig hippocampal slice.* Free Radic Biol Med, 1989. **6**(5): p. 467-72.

27. Lo, W.D. and A.L. Betz, *Oxygen free-radical reduction of brain capillary rubidium uptake.* J Neurochem, 1986. **46**(2): p. 394-8.

28. Kempski, O., et al., *Postischemic production of eicosanoids in gerbil brain.* Stroke, 1987. **18**(1): p. 111-9.

29. Liu, T., et al., *Tumor necrosis factor-alpha expression in ischemic neurons.* Stroke, 1994. **25**(7): p. 1481-8.

30. Buttini, M., A. Sauter, and H.W. Boddeke, *Induction of interleukin-1 beta mRNA after focal cerebral ischaemia in the rat.* Brain Res Mol Brain Res, 1994. **23**(1-2): p. 126-34.

31. Wang, Q., X.N. Tang, and M.A. Yenari, *The inflammatory response in stroke.* J Neuroimmunol, 2007. **184**(1-2): p. 53-68.

32. Nitatori, T., et al., *Delayed neuronal death in the CA1 pyramidal cell layer of the gerbil hippocampus following transient ischemia is apoptosis.* J Neurosci, 1995. **15**(2): p. 1001-11.

33. Chen, J., et al., *Induction of caspase-3-like protease may mediate delayed neuronal death in the hippocampus after transient cerebral ischemia.* J Neurosci, 1998. **18**(13): p. 4914-28.

34. Taraszewska, A., et al., *The pattern of irreversible brain changes after cardiac arrest in humans.* Folia Neuropathol, 2002. **40**(3): p. 133-41.

35. Kirino, T. and K. Sano, *Selective vulnerability in the gerbil hippocampus following transient ischemia.* Acta Neuropathol, 1984. **62**(3): p. 201-8.

36. Pulsinelli, W.A., J.B. Brierley, and F. Plum, *Temporal profile of neuronal damage in a model of transient forebrain ischemia.* Ann Neurol, 1982. **11**(5): p. 491-8.

37. Jenkins, L.W., et al., *The role of postischemic recirculation in the development of ischemic neuronal injury following complete cerebral ischemia.* Acta Neuropathol, 1981. **55**(3): p. 205-20.

38. Horstmann, A., et al., *Resuscitating the heart but losing the brain: brain atrophy in the aftermath of cardiac arrest.* Neurology, 2010. **74**(4): p. 306-12.

39. Nozari, A., et al., *Maximisation of cerebral blood flow during experimental cardiopulmonary resuscitation does not ameliorate post-resuscitation hypoperfusion.* Resuscitation, 1999. **40**(1): p. 27-35.

40. Nozari, A., S. Rubertsson, and L. Wiklund, *Differences in the pharmacodynamics of epinephrine and vasopressin during and after experimental cardiopulmonary resuscitation.* Resuscitation, 2001. **49**(1): p. 59-72.

41. Johansson, J., et al., *Increased cortical cerebral blood flow by continuous infusion of adrenaline (epinephrine) during experimental cardiopulmonary resuscitation.* Resuscitation, 2003. **57**(3): p. 299-307.

42. Carter, L.P., *Surface monitoring of cerebral cortical blood flow.* Cerebrovasc Brain Metab Rev, 1991. **3**(3): p. 246-61.

43. Brown, C.G., et al., *Comparative effect of graded doses of epinephrine on regional brain blood flow during CPR in a swine model.* Ann Emerg Med, 1986. **15**(10): p. 1138-44.

44. Brown, C.G., et al., *The comparative effects of epinephrine versus phenylephrine on regional cerebral blood flow during cardiopulmonary resuscitation.* Resuscitation, 1986. **14**(3): p. 171-83.

45. Krep, H., et al., *Effects of hypertonic versus isotonic infusion therapy on regional cerebral blood flow after experimental cardiac arrest cardiopulmonary resuscitation in pigs.* Resuscitation, 2004. **63**(1): p. 73-83.

46. Heymann, M.A., et al., *Blood flow measurements with radionuclide-labeled particles.* Prog Cardiovasc Dis, 1977. **20**(1): p. 55-79.

47. Obrist, W.D., et al., *Regional cerebral blood flow estimated by 133-xenon inhalation.* Stroke, 1975. **6**(3): p. 245-56.

48. Cohan, S.L., et al., *Cerebral blood flow in humans following resuscitation from cardiac arrest.* Stroke, 1989. **20**(6): p. 761-5.

49. Williams, D.S., et al., *Magnetic resonance imaging of perfusion using spin inversion of arterial water.* Proc Natl Acad Sci U S A, 1992. **89**(1): p. 212-6.

50. Xu, Y., S. Liachenko, and P. Tang, *Dependence of early cerebral reperfusion and long-term outcome on resuscitation efficiency after cardiac arrest in rats.* Stroke, 2002. **33**(3): p. 837-43.

51. Jarnum, H., et al., *Diffusion and perfusion MRI of the brain in comatose patients treated with mild hypothermia after cardiac arrest: a prospective observational study.* Resuscitation, 2009. **80**(4): p. 425-30.

52. Gur, D., et al., *In vivo mapping of local cerebral blood flow by xenon-enhanced computed tomography.* Science, 1982. **215**(4537): p. 1267-8.

53. Sterz, F., et al., *Effects of U74006F on multifocal cerebral blood flow and metabolism after cardiac arrest in dogs.* Stroke, 1991. **22**(7): p. 889-95.

54. Ames, A., 3rd, et al., *Cerebral ischemia. II. The no-reflow phenomenon.* Am J Pathol, 1968. **52**(2): p. 437-53.

55. Stoelting, R.K., *Pharmacology and Physiology in Anesthetic Practice.* 3rd ed. 1999: Lippincott Raven.

56. Sundgreen, C., et al., *Autoregulation of cerebral blood flow in patients resuscitated from cardiac arrest.* Stroke, 2001. **32**(1): p. 128-32.

57. Liu, X.L., et al., *Differences in cerebral reperfusion and oxidative injury after cardiac arrest in pigs.* Acta Anaesthesiol Scand, 2003. **47**(8): p. 958-67.

58. Gervais, H.W., et al., *Effect of adrenergic drugs on cerebral blood flow, metabolism, and evoked potentials after delayed cardiopulmonary resuscitation in dogs.* Stroke, 1991. **22**(12): p. 1554-61.

59. Bein, B., et al., *Monitoring of cerebral oxygenation with near infrared spectroscopy and tissue oxygen partial pressure during cardiopulmonary resuscitation in pigs.* Eur J Anaesthesiol, 2006. **23**(6): p. 501-9.

60. Schaafsma, A., et al., *Cerebral perfusion and metabolism in resuscitated patients with severe post-hypoxic encephalopathy.* J Neurol Sci, 2003. **210** (1-2): p. 23-30.

61. Edgren, E., et al., *Cerebral blood flow and metabolism after cardiopulmonary resuscitation. A pathophysiologic and prognostic positron emission tomography pilot study.* Resuscitation, 2003. **57**(2): p. 161-70.

62. Frykholm, P., et al., *A metabolic threshold of irreversible ischemia demonstrated by PET in a middle cerebral artery occlusion-reperfusion primate model.* Acta Neurol Scand, 2000. **102**(1): p. 18-26.

63. de Crespigny, A.J., et al., *Comparison of diffusion, blood oxygenation, and blood volume changes during global ischemia in rats.* Magn Reson Med, 2001. **45**(1): p. 10-6.

64. Tanahashi, N., et al., *Pentoxifylline ameliorates postischemic delayed hypoperfusion of the cerebral cortex following cardiac arrest in cats.* J Neurol Sci, 1995. **132**(2): p. 105-9.

65. Inoue, Y., et al., *Acute cerebral blood flow variations after human cardiac arrest assessed by stable xenon enhanced computed tomography.* Curr Neurovasc Res, 2007. **4**(1): p. 49-54.

66. Liu, X.L., et al., *Neurological outcome after experimental cardiopulmonary resuscitation: a result of delayed and potentially treatable neuronal injury?* Acta Anaesthesiol Scand, 2002. **46**(5): p. 537-46.

67. Michenfelder, J.D. and J.H. Milde, *Postischemic canine cerebral blood flow appears to be determined by cerebral metabolic needs.* J Cereb Blood Flow Metab, 1990. **10**(1): p. 71-6.

68. Singh, N.C., et al., *Uncoupled cerebral blood flow and metabolism after severe global ischemia in rats.* J Cereb Blood Flow Metab, 1992. **12**(5): p. 802-8.

69. Beckstead, J.E., et al., *Cerebral blood flow and metabolism in man following cardiac arrest.* Stroke, 1978. **9**(6): p. 569-73.

70. Levy, D.E., et al., *Predicting outcome from hypoxic-ischemic coma.* JAMA, 1985. **253**(10): p. 1420-6.

71. Booth, C.M., et al., *Is this patient dead, vegetative, or severely neurologically impaired? Assessing outcome for comatose survivors of cardiac arrest.* JAMA, 2004. **291**(7): p. 870-9.

72. Wijdicks, E.F., et al., *Practice parameter: prediction of outcome in comatose survivors after cardiopulmonary resuscitation (an evidence-based review): report of the Quality Standards Subcommittee of the American Academy of Neurology.* Neurology, 2006. **67**(2): p. 203-10.

73. Zandbergen, E.G., et al., *Prediction of poor outcome within the first 3 days of postanoxic coma.* Neurology, 2006. **66**(1): p. 62-8.

74. Zandbergen, E.G., et al., *Systematic review of early prediction of poor outcome in anoxic-ischaemic coma.* Lancet, 1998. **352**(9143): p. 1808-12.

75. Young, G.B., *Clinical practice. Neurologic prognosis after cardiac arrest.* N Engl J Med, 2009. **361**(6): p. 605-11.

76. Tortorici, M.A., P.M. Kochanek, and S.M. Poloyac, *Effects of hypothermia on drug disposition, metabolism, and response: A focus of hypothermia-mediated alterations on the cytochrome P450 enzyme system.* Crit Care Med, 2007. **35**(9): p. 2196-204.

77. Oksanen, T., et al., *Therapeutic hypothermia after cardiac arrest: implementation and outcome in Finnish intensive care units.* Acta Anaesthesiol Scand, 2007. **51**(7): p. 866-71.

78. Rundgren, M., I. Rosen, and H. Friberg, *Amplitude-integrated EEG (aEEG) predicts outcome after cardiac arrest and induced hypothermia.* Intensive Care Med, 2006. **32**(6): p. 836-42.

79. Tiainen, M., et al., *Somatosensory and brainstem auditory evoked potentials in cardiac arrest patients treated with hypothermia.* Crit Care Med, 2005. **33**(8): p. 1736-40.

80. Horn, J. *PROPAC II.* in *23rd ESICM Annual Congress.* 2010. Barcelona, Spain.

81. Schefold, J.C., et al., *The Glasgow Coma Score is a predictor of good outcome in cardiac arrest patients treated with therapeutic hypothermia.* Resuscitation, 2009. **80**(6): p. 658-61.

82. Barde, Y.A., D. Edgar, and H. Thoenen, *Purification of a new neurotrophic factor from mammalian brain.* EMBO J, 1982. **1**(5): p. 549-53.

83. Binder, D.K. and H.E. Scharfman, *Brain-derived neurotrophic factor.* Growth Factors, 2004. **22**(3): p. 123-31.

84. D'Cruz, B.J., et al., *Hypothermic reperfusion after cardiac arrest augments brain-derived neurotrophic factor activation.* J Cereb Blood Flow Metab, 2002. **22**(7): p. 843-51.

85. Schabitz, W.R., et al., *Intraventricular brain-derived neurotrophic factor reduces infarct size after focal cerebral ischemia in rats.* J Cereb Blood Flow Metab, 1997. **17**(5): p. 500-6.

86. Callaway, C.W., et al., *Brain-derived neurotrophic factor does not improve recovery after cardiac arrest in rats.* Neurosci Lett, 2008. **445**(1): p. 103-7.

87. Popp, E., et al., *Effects of intracerebroventricular application of brain-derived neurotrophic factor on cerebral recovery after cardiac arrest in rats.* Crit Care Med, 2004. **32**(9 Suppl): p. S359-65.

88. Eng, L.F., R.S. Ghirnikar, and Y.L. Lee, *Glial fibrillary acidic protein: GFAP-thirty-one years (1969-2000).* Neurochem Res, 2000. **25**(9-10): p. 1439-51.

89. Herrmann, M., et al., *Release of glial tissue-specific proteins after acute stroke: A comparative analysis of serum concentrations of protein S-100B and glial fibrillary acidic protein.* Stroke, 2000. **31**(11): p. 2670-7.

90. Nylen, K., et al., *Increased serum-GFAP in patients with severe traumatic brain injury is related to outcome.* J Neurol Sci, 2006. **240**(1-2): p. 85-91.

91. Nylen, K., et al., *Serum glial fibrillary acidic protein is related to focal brain injury and outcome after aneurysmal subarachnoid hemorrhage.* Stroke, 2007. **38**(5): p. 1489-94.

92. Kaneko, T., et al., *Serum glial fibrillary acidic protein as a predictive biomarker of neurological outcome after cardiac arrest.* Resuscitation, 2009. **80**(7): p. 790-4.

93. Hayashida, H., et al., *Comparison of the predictability of neurological outcome by serum procalcitonin and glial fibrillary acidic protein in postcardiac-arrest patients.* Neurocrit Care, 2010. **12**(2): p. 252-7.

94. Schmechel, D., et al., *Brain endolases as specific markers of neuronal and glial cells.* Science, 1978. **199**(4326): p. 313-5.

95. Marangos, P.J. and D. Schmechel, *The neurobiology of the brain enolases.* Essays Neurochem Neuropharmacol, 1980. **4**: p. 211-47.

96. Johnsson, P., et al., *Neuron-specific enolase increases in plasma during and immediately after extracorporeal circulation.* Ann Thorac Surg, 2000. **69**(3): p. 750-4.

97. Roine, R.O., et al., *Neurological outcome after out-of-hospital cardiac arrest. Prediction by cerebrospinal fluid enzyme analysis.* Arch Neurol, 1989. **46**(7): p. 753-6.

98. Reisinger, J., et al., *Prediction of neurological outcome after cardiopulmonary resuscitation by serial determination of serum neuron-specific enolase.* Eur Heart J, 2007. **28**(1): p. 52-8.

99. Rech, T.H., et al., *Serum neuron-specific enolase as early predictor of outcome after in-hospital cardiac arrest: a cohort study.* Crit Care, 2006. **10**(5): p. R133.

100. Auer, J., et al., *Ability of neuron-specific enolase to predict survival to hospital discharge after successful cardiopulmonary resuscitation.* CJEM, 2006. **8**(1): p. 13-8.

101. Tiainen, M., et al., *Serum neuron-specific enolase and S-100B protein in cardiac arrest patients treated with hypothermia.* Stroke, 2003. **34**(12): p. 2881-6.

102. Oksanen, T., et al., *Predictive power of serum NSE and OHCA score regarding 6-month neurologic outcome after out-of-hospital ventricular fibrillation and therapeutic hypothermia.* Resuscitation, 2009. **80**(2): p. 165-70.

103. Rundgren, M., et al., *Neuron specific enolase and S-100B as predictors of outcome after cardiac arrest and induced hypothermia.* Resuscitation, 2009. **80**(7): p. 784-9.

104. Moore, B.W., *A soluble protein characteristic of the nervous system.* Biochem Biophys Res Commun, 1965. **19**(6): p. 739-44.

105. Zimmer, D.B., et al., *The S100 protein family: history, function, and expression.* Brain Res Bull, 1995. **37**(4): p. 417-29.

106. Goncalves, C.A., M.C. Leite, and P. Nardin, *Biological and methodological features of the measurement of S100B, a putative marker of brain injury.* Clin Biochem, 2008. **41**(10-11): p. 755-63.

107. Rosen, H., et al., *Increased serum levels of the S-100 protein are associated with hypoxic brain damage after cardiac arrest.* Stroke, 1998. **29**(2): p. 473-7.

108. Bottiger, B.W., et al., *Astroglial protein S-100 is an early and sensitive marker of hypoxic brain damage and outcome after cardiac arrest in humans.* Circulation, 2001. **103**(22): p. 2694-8.

109. Weingarten, M.D., et al., *A protein factor essential for microtubule assembly.* Proc Natl Acad Sci U S A, 1975. **72**(5): p. 1858-62.

110. Binder, L.I., A. Frankfurter, and L.I. Rebhun, *The distribution of tau in the mammalian central nervous system.* J Cell Biol, 1985. **101**(4): p. 1371-8.

111. Bitsch, A., et al., *Serum tau protein level as a marker of axonal damage in acute ischemic stroke.* Eur Neurol, 2002. **47**(1): p. 45-51.

112. Vandermeeren, M., et al., *Detection of tau proteins in normal and Alzheimer's disease cerebrospinal fluid with a sensitive sandwich enzyme-linked immunosorbent assay.* J Neurochem, 1993. **61**(5): p. 1828-34.

113. Wunderlich, M.T., et al., *Neuron-specific enolase and tau protein as neurobiochemical markers of neuronal damage are related to early clinical course and long-term outcome in acute ischemic stroke.* Clin Neurol Neurosurg, 2006. **108**(6): p. 558-63.

114. Shaw, G.J., E.C. Jauch, and F.P. Zemlan, *Serum cleaved tau protein levels and clinical outcome in adult patients with closed head injury.* Ann Emerg Med, 2002. **39**(3): p. 254-7.

115. Ma, M., et al., *Serum cleaved tau does not predict postconcussion syndrome after mild traumatic brain injury.* Am J Emerg Med, 2008. **26**(7): p. 763-8.

116. Okumus, N., et al., *Tau and S100B proteins as biochemical markers of bilirubin-induced neurotoxicity in term neonates.* Pediatr Neurol, 2008. **39**(4): p. 245-52.

117. Williams, G.R., Jr. and F.C. Spencer, *The clinical use of hypothermia following cardiac arrest.* Ann Surg, 1958. **148**(3): p. 462-8.

118. Leonov, Y., et al., *Mild cerebral hypothermia during and after cardiac arrest improves neurologic outcome in dogs.* J Cereb Blood Flow Metab, 1990. **10**(1): p. 57-70.

119. Bernard, S.A., et al., *Treatment of comatose survivors of out-of-hospital cardiac arrest with induced hypothermia.* N Engl J Med, 2002. **346**(8): p. 557-63.

120. Hypothermia_after_Cardiac_Arrest_Study_Group, *Mild therapeutic hypothermia to improve the neurologic outcome after cardiac arrest.* N Engl J Med, 2002. **346**(8): p. 549-56.

121. Belliard, G., et al., *Efficacy of therapeutic hypothermia after out-of-hospital cardiac arrest due to ventricular fibrillation.* Resuscitation, 2007. **75**(2): p. 252-9.

122. Oddo, M., et al., *From evidence to clinical practice: effective implementation of therapeutic hypothermia to improve patient outcome after cardiac arrest.* Crit Care Med, 2006. **34**(7): p. 1865-73.

123. Nolan, J.P., et al., *European Resuscitation Council guidelines for resuscitation 2005. Section 4. Adult advanced life support.* Resuscitation, 2005. **67 Suppl 1**: p. S39-86.

124. *2005 American Heart Association Guidelines for Cardiopulmonary Resuscitation and Emergency Cardiovascular Care.* Circulation, 2005. **112**(24 Suppl): p. IV1-203.

125. Polderman, K.H., *Application of therapeutic hypothermia in the ICU: opportunities and pitfalls of a promising treatment modality. Part 1: Indications and evidence.* Intensive Care Med, 2004. **30**(4): p. 556-75.

126. Michenfelder, J.D. and J.H. Milde, *The relationship among canine brain temperature, metabolism, and function during hypothermia.* Anesthesiology, 1991. **75**(1): p. 130-6.

127. Lanier, W.L., *Cerebral metabolic rate and hypothermia: their relationship with ischemic neurologic injury.* J Neurosurg Anesthesiol, 1995. **7**(3): p. 216-21.

128. Globus, M.Y., et al., *Detection of free radical activity during transient global ischemia and recirculation: effects of intraischemic brain temperature modulation.* J Neurochem, 1995. **65**(3): p. 1250-6.

129. Kil, H.Y., J. Zhang, and C.A. Piantadosi, *Brain temperature alters hydroxyl radical production during cerebral ischemia/reperfusion in rats.* J Cereb Blood Flow Metab, 1996. **16**(1): p. 100-6.

130. Lei, B., et al., *Effect of moderate hypothermia on lipid peroxidation in canine brain tissue after cardiac arrest and resuscitation.* Stroke, 1994. **25**(1): p. 147-52.

131. Winfree, C.J., et al., *Mild hypothermia reduces penumbral glutamate levels in the rat permanent focal cerebral ischemia model.* Neurosurgery, 1996. **38**(6): p. 1216-22.

132. Illievich, U.M., et al., *Effects of hypothermic metabolic suppression on hippocampal glutamate concentrations after transient global cerebral ischemia.* Anesth Analg, 1994. **78**(5): p. 905-11.

133. Xu, L., et al., *Mild hypothermia reduces apoptosis of mouse neurons in vitro early in the cascade.* J Cereb Blood Flow Metab, 2002. **22**(1): p. 21-8.

134. Fukuda, H., et al., *Post-ischemic hypothermia blocks caspase-3 activation in the newborn rat brain after hypoxia-ischemia.* Brain Res, 2001. **910**(1-2): p. 187-91.

135. Steen, S., et al., *Evaluation of LUCAS, a new device for automatic mechanical compression and active decompression resuscitation.* Resuscitation, 2002. **55**(3): p. 285-99.

136. Raichle, M.E., et al., *Brain blood flow measured with intravenous H2(15)O. II. Implementation and validation.* J Nucl Med, 1983. **24**(9): p. 790-8.

137. Herscovitch, P., J. Markham, and M.E. Raichle, *Brain blood flow measured with intravenous H2(15)O. I. Theory and error analysis.* J Nucl Med, 1983. **24**(9): p. 782-9.

138. Frackowiak, R.S., et al., *Quantitative measurement of regional cerebral blood flow and oxygen metabolism in man using 15O and positron emission tomography: theory, procedure, and normal values.* J Comput Assist Tomogr, 1980. **4**(6): p. 727-36.

139. Lammertsma, A.A., J.C. Baron, and T. Jones, *Correction for intravascular activity in the oxygen-15 steady-state technique is independent of the regional hematocrit.* J Cereb Blood Flow Metab, 1987. **7**(3): p. 372-4.

140. Lammertsma, A.A. and T. Jones, *Correction for the presence of intravascular oxygen-15 in the steady-state technique for measuring regional oxygen extraction ratio in the brain: 1. Description of the method.* J Cereb Blood Flow Metab, 1983. **3**(4): p. 416-24.

141. Martin, W.R., W.J. Powers, and M.E. Raichle, *Cerebral blood volume measured with inhaled C15O and positron emission tomography.* J Cereb Blood Flow Metab, 1987. **7**(4): p. 421-6.

142. Watanabe, H., et al., *MR-based statistical atlas of the Gottingen minipig brain.* Neuroimage, 2001. **14**(5): p. 1089-96.

143. MacDonald, *Program for Registration of Images (REGISTER).* 1996, McConnell Brain Imaging Center, Montreal Neurological Institute: Montreal, Canada.

144. Jennett, B. and M. Bond, *Assessment of outcome after severe brain damage.* Lancet, 1975. **1**(7905): p. 480-4.

145. Shinozaki, K., et al., *Serum S-100B is superior to neuron-specific enolase as an early prognostic biomarker for neurological outcome following cardiopulmonary resuscitation.* Resuscitation, 2009. **80**(8): p. 870-5.

146. Cummins, R.O., et al., *Recommended guidelines for uniform reporting of data from out-of-hospital cardiac arrest: the Utstein Style. A statement for health professionals from a task force of the American Heart Association, the European Resuscitation Council, the Heart and Stroke Foundation of Canada, and the Australian Resuscitation Council.* Circulation, 1991. **84**(2): p. 960-75.

147. Zetterberg, H., et al., *Sustained release of neuron-specific enolase to serum in amateur boxers.* Brain Inj, 2009. **23**(9): p. 723-6.

148. Mercken, M., et al., *Affinity purification of human tau proteins and the construction of a sensitive sandwich enzyme-linked immunosorbent assay for human tau detection.* J Neurochem, 1992. **58**(2): p. 548-53.

149. Vanmechelen, E., et al., *Quantification of tau phosphorylated at threonine 181 in human cerebrospinal fluid: a sandwich ELISA with a synthetic phosphopeptide for standardization.* Neurosci Lett, 2000. **285**(1): p. 49-52.

150. Hansson, O., et al., *Evaluation of plasma Abeta(40) and Abeta(42) as predictors of conversion to Alzheimer's disease in patients with mild cognitive impairment.* Neurobiol Aging, 2010. **31**(3): p. 357-67.

151. Lachno, D.R., et al., *The influence of matrix type, diurnal rhythm and sample collection and processing on the measurement of plasma beta-amyloid isoforms using the INNO-BIA plasma Abeta forms multiplex assay.* J Nutr Health Aging, 2009. **13**(3): p. 220-5.

152. Miclescu, A., S. Basu, and L. Wiklund, *Methylene blue added to a hypertonic-hyperoncotic solution increases short-term survival in experimental cardiac arrest.* Crit Care Med, 2006. **34**(11): p. 2806-13.

153. Gazzolo, D., et al., *Elevated S100 blood level as an early indicator of intraventricular hemorrhage in preterm infants. Correlation with cerebral Doppler velocimetry.* J Neurol Sci, 1999. **170**(1): p. 32-5.

154. Bladin, C.F. and B.R. Chambers, *Clinical features, pathogenesis, and computed tomographic characteristics of internal watershed infarction.* Stroke, 1993. **24**(12): p. 1925-32.

155. Bladin, C.F. and B.R. Chambers, *Frequency and pathogenesis of hemodynamic stroke.* Stroke, 1994. **25**(11): p. 2179-82.

156. Conroy, B.P., et al., *Hypothermic modulation of cerebral ischemic injury during cardiopulmonary bypass in pigs.* Anesthesiology, 1998. **88**(2): p. 390-402.

157. Pantano, P., et al., *Crossed cerebellar diaschisis. Further studies.* Brain, 1986. **109 ( Pt 4)**: p. 677-94.

158. Gold, L. and M. Lauritzen, *Neuronal deactivation explains decreased cerebellar blood flow in response to focal cerebral ischemia or suppressed neocortical function.* Proc Natl Acad Sci U S A, 2002. **99**(11): p. 7699-704.

159. Finn, J.C., et al., *Outcomes of out-of-hospital cardiac arrest patients in Perth, Western Australia, 1996-1999.* Resuscitation, 2001. **51**(3): p. 247-55.

160. Hayashi, Y., et al., *Three year longitudinal study for out-of-hospital cardiac arrest in Osaka Prefecture.* Resuscitation, 2004. **63**(2): p. 161-6.

161. Ristagno, G., et al., *Effects of epinephrine and vasopressin on cerebral microcirculatory flows during and after cardiopulmonary resuscitation.* Crit Care Med, 2007. **35**(9): p. 2145-9.

162. Farkas, E., F. Bari, and T.P. Obrenovitch, *Multi-modal imaging of anoxic depolarization and hemodynamic changes induced by cardiac arrest in the rat cerebral cortex.* Neuroimage, 2010. **51**(2): p. 734-42.

163. Pluta, R., S. Januszewski, and M. Ulamek, *Ischemic blood-brain barrier and amyloid in white matter as etiological factors in leukoaraiosis.* Acta Neurochir Suppl, 2008. **102**: p. 353-6.

164. Mizushima, H., et al., *Effect of cardiac arrest on brain weight and the permeability of the blood-brain and blood-spinal cord barrier to albumin and tumor necrosis factor-alpha.* Life Sci, 1999. **65**(20): p. 2127-34.

165. Manole, M.D., et al., *Magnetic resonance imaging assessment of regional cerebral blood flow after asphyxial cardiac arrest in immature rats.* J Cereb Blood Flow Metab, 2009. **29**(1): p. 197-205.

166. Liu, C.H., et al., *Forebrain ischemia-reperfusion simulating cardiac arrest in mice induces edema and DNA fragmentation in the brain.* Mol Imaging, 2007. **6**(3): p. 156-70.

167. Fujioka, M., et al., *Specific changes in human brain following reperfusion after cardiac arrest.* Stroke, 1994. **25**(10): p. 2091-5.

168. Back, T., T. Hemmen, and O.G. Schuler, *Lesion evolution in cerebral ischemia.* J Neurol, 2004. **251**(4): p. 388-97.

169. Wolff, B., et al., *Early achievement of mild therapeutic hypothermia and the neurologic outcome after cardiac arrest.* Int J Cardiol, 2009. **133**(2): p. 223-8.

170. Nielsen, N., et al., *Outcome, timing and adverse events in therapeutic hypothermia after out-of-hospital cardiac arrest.* Acta Anaesthesiol Scand, 2009. **53**(7): p. 926-34.

171. Haimoto, H., S. Hosoda, and K. Kato, *Differential distribution of immunoreactive S100-alpha and S100-beta proteins in normal nonnervous human tissues.* Lab Invest, 1987. **57**(5): p. 489-98.

172. Muller, K., et al., *Analysis of protein S-100B in serum: a methodological study.* Clin Chem Lab Med, 2006. **44**(9): p. 1111-4.

173. Stern, P., et al., *Performance characteristics of seven neuron-specific enolase assays.* Tumour Biol, 2007. **28**(2): p. 84-92.

174. Gabbita, S.P., et al., *Cleaved-tau: a biomarker of neuronal damage after traumatic brain injury.* J Neurotrauma, 2005. **22**(1): p. 83-94.

175. Friedhoff, P., et al., *Structure of tau protein and assembly into paired helical filaments.* Biochim Biophys Acta, 2000. **1502**(1): p. 122-32.

176. Hattori, M., et al., *Different inhibitory response of cyanidin and methylene blue for filament formation of tau microtubule-binding domain.* Biochem Biophys Res Commun, 2008. **374**(1): p. 158-63.

177. Miclescu, A., et al., *Methylene blue protects the cortical blood-brain barrier against ischemia/reperfusion-induced disruptions.* Crit Care Med, 2010.

178. Miclescu, A., S. Basu, and L. Wiklund, *Cardio-cerebral and metabolic effects of methylene blue in hypertonic sodium lactate during experimental cardiopulmonary resuscitation.* Resuscitation, 2007. **75**(1): p. 88-97.

# Acta Universitatis Upsaliensis

*Digital Comprehensive Summaries of Uppsala Dissertations*
*from the Faculty of Medicine* 615

Editor: The Dean of the Faculty of Medicine

A doctoral dissertation from the Faculty of Medicine, Uppsala
University, is usually a summary of a number of papers. A few
copies of the complete dissertation are kept at major Swedish
research libraries, while the summary alone is distributed
internationally through the series Digital Comprehensive
Summaries of Uppsala Dissertations from the Faculty of
Medicine. (Prior to January, 2005, the series was published
under the title "Comprehensive Summaries of Uppsala
Dissertations from the Faculty of Medicine".)

Distribution: publications.uu.se
urn:nbn:se:uu:diva-132681



ACTA
UNIVERSITATIS
UPSALIENSIS
UPPSALA
2010

# Exhibit O

Ding et al. Translational Neurodegeneration (2021) 10:10
https://doi.org/10.1186/s40035-021-00234-5

Translational
Neurodegeneration

## REVIEW

Open Access

# Ultrasensitive assays for detection of plasma tau and phosphorylated tau 181 in Alzheimer's disease: a systematic review and meta-analysis



Xulong Ding[1†], Shuting Zhang[2†], Lijun Jiang[3], Lu Wang[4], Tao Li[3*] and Peng Lei[1*]

## Abstract

A lack of convenient and reliable biomarkers for diagnosis and prognosis is a common challenge for neurodegenerative diseases such as Alzheimer's disease (AD). Recent advancement in ultrasensitive protein assays has allowed the quantification of tau and phosphorylated tau proteins in peripheral plasma. Here we identified 66 eligible studies reporting quantification of plasma tau and phosphorylated tau 181 (ptau181) using four ultrasensitive methods. Meta-analysis of these studies confirmed that the AD patients had significantly higher plasma tau and ptau181 levels compared with controls, and that the plasma tau and ptau181 could predict AD with high-accuracy area under curve of the Receiver Operating Characteristic. Therefore, plasma tau and plasma ptau181 can be considered as biomarkers for AD diagnosis.

**Keywords:** Tau, Phosphorylated tau 181, Alzheimer's disease, Simoa, IMR, EIMAF/a-EIMAF, MSD, Plasma biomarker

## Background

There is no cure for Alzheimer's disease (AD). The lack of early diagnostic biomarkers for selecting prodromal or early-stage patients is one of the roadblocks in clinical trials. The National Institute on Aging—Alzheimer's Association (NIA-AA) has recently proposed a research framework for AD and specified the importance of amyloid-beta (Aβ), tau, and neurodegeneration [AT(N)] in the biological definition of AD [1]. Although the Aβ- or tau-positron emission tomography (PET) has been developed, it is yet to be globally available, making the NIA-AA research framework challenging to put into practice. Therefore, it is urgent to discover convenient biomarkers with early-diagnostic significance.

Tau is a microtubule-associated protein localized primarily in neurons. It is also a primary component of neurofibrillary tangles (NFTs), a pathological hallmark in AD [2]. The loss of normal functions and the gain of toxic functions of Tau have been linked with the pathogenesis of AD [2–7]. Mounting evidence has suggested that the cerebrospinal fluid (CSF) levels of tau and phosphorylated tau are linearly associated with symptom severity of AD [8–11], suggesting tau as a promising biomarker for early diagnosis and prognostic prediction. However, clinical application of CSF biomarkers has been hindered by high cost, invasiveness, and side effects of lumbar punctures, such as positional headache [12].

The detection of tau in plasma has been limited due to its low abundance until recent technical development of ultrasensitive assays. The plasma tau or phosphorylated

* Correspondence: litaohx@scu.edu.cn; peng.lei@scu.edu.cn
†Xulong Ding and Shuting Zhang contributed equally to this work.
³Mental Health Center and West China Brain Research Center, West China Hospital, Sichuan University, Chengdu 610041, China
¹Department of Neurology and State Key Laboratory of Biotherapy/ Collaborative Innovation Center for Biotherapy, National Clinical Research Center for Geriatrics, West China Hospital, Sichuan University, Chengdu 610041, China
Full list of author information is available at the end of the article



© The Author(s). 2021 **Open Access** This article is licensed under a Creative Commons Attribution 4.0 International License, which permits use, sharing, adaptation, distribution and reproduction in any medium or format, as long as you give appropriate credit to the original author(s) and the source, provide a link to the Creative Commons licence, and indicate if changes were made. The images or other third party material in this article are included in the article's Creative Commons licence, unless indicated otherwise in a credit line to the material. If material is not included in the article's Creative Commons licence and your intended use is not permitted by statutory regulation or exceeds the permitted use, you will need to obtain permission directly from the copyright holder. To view a copy of this licence, visit http://creativecommons.org/licenses/by/4.0/. The Creative Commons Public Domain Dedication waiver (http://creativecommons.org/publicdomain/zero/1.0/) applies to the data made available in this article, unless otherwise stated in a credit line to the data.

tau levels in the healthy population and diseased patients have been assessed using different technologies such as Single-molecule Array (Simoa) [13], ImmunoMagnetic Reduction (IMR) [14], enhanced immunoassay using multi-arrayed fiber optics conjugated with rolling circle amplification (a-EIMAF) [15] and Meso Scale Discovery (MSD) [16]. However, the plasma tau or phosphorylated tau levels vary among studies, and there is no cut-off threshold between AD and normal elderly. In this systematic review and meta-analysis, we set out to determine the normal range of plasma tau and phosphorylated tau 181 (ptau181) levels in healthy populations stratified by age and sex, and investigate the cut-off thresholds of plasma tau and ptau181 between AD patients and controls.

## Methods

### Literature search
Literature search was performed in databases Cochrane Library, MEDLINE, EMBASE, PubMed, Web of Science, and Google Scholar by the date of January 21st, 2021, according to the methodology suggested by the Preferred Reporting Items for Systematic reviews and Meta-Analyses (PRISMA) guidelines [17], using the following terms: Alzheimer disease, AD, dementia, Parkinson disease, PD, traumatic brain injury, TBI, plasma tau, plasma total tau, plasma phosphorylated tau, Simoa IMR, EIMA F, a-EIMAF, and MSD. Papers published in an online-first and ahead-of-print manner were included in the analysis. The protocol of the overarching project has been published (PROSPERO registration No. CRD42020151852).

### Study selection
The analysis involved three questions. For Question 1, i.e., the normal range of plasma tau/ptau181 in healthy populations, the following criteria were applied: (1) full-text publications in English; and (2) plasma tau and/or ptau181 levels were measured by Simoa, IMR, EIMAF/a-EIMAF, or MSD. Studies were excluded if: (1) without sufficient data to allow for the extraction of plasma tau/ptau181 levels, or (2) the mean age of cohorts in the studies was < 18 years.

For Question 2, i.e., the differences of plasma tau/ptau181 between AD patients and controls, the following selection criteria were applied: (1) full-text publications in English; (2) plasma tau and/or ptau181 levels were measured by Simoa, IMR, EIMAF/a-EIMAF, or MSD; and (3) AD was diagnosed according to the 2011 core clinical NIA-AA [18] or the National Institute of Neurological and Communicative Disorders and Stroke and the Alzheimer's Disease and Related Disorders Association [19] guidelines. Studies were excluded if: (1) studies without sufficient data to allow for the extraction of

plasma tau/ptau181 levels, (2) the mean age of cohorts in the studies was < 18 years, or (3) patients employed in the studies had other cognitive disorders (e.g., mild cognitive impairment [MCI], vascular dementia, and frontotemporal dementia).

Question 3 is to calculate the diagnostic accuracy of plasma tau/ptau181 for AD. For this, we analyzed all publications selected for Question 2, if the reported plasma tau/ptau181 were used for AD diagnosis in the original publications.

### Data extraction and quality assessment
Two authors (XLD and STZ) performed the study assessment independently, and data were reported following the PRISMA statement [17]. Any discrepancy would be discussed with additional reviewers (LJJ and LW). Study quality was assessed using the modified version of the Newcastle-Ottawa Scale (NOS) [20]. A score of up to 8 points was assigned to each study based on the quality of population selection, the comparability between groups, and assessment of exposure. For studies with diagnostic tests, we assessed the quality of selected literature by checking items of the Quality Assessment of Diagnostic Accuracy Studies-2 tool (QUADAS-2) [21].

### Statistical analysis and heterogeneity exploration
For the normal range of plasma tau or ptau181, the effect sizes and 95% confidence intervals (CI) were calculated using the Random-effect model, which was used to presume that the true effect size varied among studies [21]. Subgroup analysis was performed according to age and sex ratio. For the diagnostic value of plasma tau or ptau181, the weighted mean difference (WMD) with 95% CI was calculated between AD patients and controls with a random-effects model. To evaluate the diagnostic test accuracy, we used the diagnostic accuracy studies module [22] to calculate main outcome measures, including sensitivity and specificity, and the diagnostic odds ratio (DOR). We then fitted a hierarchical summary receiver operating characteristic (HSROC) model using a bivariate regression approach to visualize the relationship between sensitivity and specificity and calculated the area under curve (AUC). Heterogeneity among studies was assessed using the $I^2$ index. According to the Cochrane handbook, the heterogeneity was classified as low ($I^2$ index 0%–40%), moderate (30%–60%), substantial (50%–90%), and considerable (75%–100%) [23, 24]. For heterogeneity exploration, meta-regression analysis was performed to evaluate the potential bias factors, while age, sample size, sex ratio, and region were included as four covariates. Furthermore, the results of meta-analyses were assessed by funnel plots and Egger's test [25]. All calculations were carried out using statistical softwares provided by the Cochrane Collaboration (RevMan 5.1) and Stata14.1

(StataCorp. 2015. Stata Statistical Software: Release 14. College Station, TX: StataCorp LP).

## Results

### Study inclusions and quality assessment

The search strategy identified 4230 studies without duplication, and 2999 studies were excluded after abstract screening. Of the left 85 studies with full-text content, 19 studies were excluded as they were not a clinical study or lacked a clinical outcome description. Finally 66 studies were included in this meta-analysis (Fig. 1). Based on the modified NOS criteria [20], 53 studies were classified as high-quality, and 13 studies as medium-quality (Table S1). The revised QUADAS-2 [26] determined that the overall quality of studies included was robust. Most studies ranked as low bias and low applicability concern (Fig. S1).

The characteristics, including number of subjects, average age, male percentage, and plasma tau/ptau181 levels of the 66 studies are summarized in Tables 1 and 2. Forty-one studies using Simoa (15,490 healthy controls), 15 studies using IMR (727 healthy controls), and two studies using a-EIMAF (189 healthy controls) were included for plasma tau studies. Twenty-two studies focused on AD, comprising 1456 patients with AD and 1973 controls. Only studies using Simoa (13 studies, 1189 AD patients and 1611 controls) and IMR (9 studies, 267 AD patients and 362 controls) were included for analysis since there were insufficient data for a-EIMAF. For ptau181, six studies using the Simoa - Karikari method (not the commercial p-tau181 version) (1424 healthy controls) and three using MSD (440 healthy controls) were included for the normal range analysis. Four studies using Simoa (392 AD patients and 773 controls) and three studies using MSD (231 AD patients and 440 controls) were identified for analysis related to AD diagnosis.



**Fig. 1** Flow chart of study selection and inclusion

**Table 1** Basic characteristics of included studies for plasma tau analysis

| Study | Subjects (*n*) | Male (%) | Age, years (mean ± SD) | Plasma tau (pg/ml) | Research question | Method |
|---|---|---|---|---|---|---|
| Shahim et al. (2014) [27] | CN (47) | NA | 28 ± 14.07 | 4.5 ± 5.66 | 1 | Simoa |
| Bogoslovsky et al. (2015) [28] | CN (69) | 51 | 45 ± 15.5 | 4.34 ± 1.77 | 1 | Simoa |
| Olivera et al. (2015) [29] | CN (28) | 96.4 | 28.40 ± 4.47 | 0.63 ± 0.48 | 1 | Simoa |
| Dage et al. (2016) [30] | CN (378) | 61.4 | 80 ± 5.19 | 4.14 ± 1.56 | 1 | Simoa |
| Alosco et al. (2017) [31] | CN (25) | 100 | 55.16 ± 7.95 | 2.46 ± 0.57 | 1 | Simoa |
| Mielke et al. (2017) [32] | CN (335) | 62.4 | 80.8 ± 4.8 | 4.2 ± 1.5 | 1 | Simoa |
| Müller et al. (2017) [33] | CN (134) | 59.7 | 68.4 ± 5 | 3.6 ± 1.7 | 1 | Simoa |
| Kasai et al. (2017) [34] | CN (22) | 54.5 | 37.4 ± 12.0 | 0.470 ± 0.232 | 1 | Simoa |
| Foiani et al. (2018) [35] | CN (22) | 41 | 68.7 ± 6.5 | 1.67 ± 0.50 | 1 | Simoa |
| Bergman et al. (2018) [36] | CN (36) | 0 | 30 ± 4 | 6.24 ± 2.76 | 1 | Simoa |
| Lippa et al. (2018) [37] | CN (42) | 90.5 | 36.21 ± 11.69 | 2.81 ± 1.20 | 1 | Simoa |
| Verberk et al. (2018) [38] | CN (191) | 63 | 59 ± 9 | 3.18 ± 1.07 | 1 | Simoa |
| Shahim et al. (2018) [39] | CN (19) | NA | 25.0 ± 8.89 | 1.8 ± 1.48 | 1 | Simoa |
| Wallace et al. (2018) [40] | CN (13) | 100 | 18.5 ± 1.7 | 2.56 ± 1.02 | 1 | Simoa |
| Motamedi et al. (2018) [41] | CN (24) | 91.7 | 30.9 ± 7.77 | 2.48 ± 1.94 | 1 | Simoa |
| Fortea et al. (2018) [42] | CN (67) | 30 | 52.05 ± 5.50 | 2.23 ± 1.63 | 1 | Simoa |
| Zeitlberger et al. (2018) [43] | CN (13) | 46.2 | 37 | 2.08 ± 1.23 | 1 | Simoa |
| Shi et al. (2019) [44] | CN (87) | 41.4 | 64.77 ± 7.40 | 3.56 ± 1.84 | 1 | Simoa |
| Kitaguchi et al. (2019) [45] | CN (11) | 45.4 | 67.8 ± 3.71 | 0.63 ± 0.3 | 1 | Simoa |
| Pase et al. (2019) [46] | CN (3232) | 46.8 | 58 ± 14 | 3.93 ± 1.11 | 1 | Simoa |
| Korley et al. (2019) [47] | CN (63) | 63.5 | 39.0 ± 20.7 | 3.5 ± 3.19 | 1 | Simoa |
| Kritikos et al. (2020) [48] | CN (398) | 94.72 | 54.3 ± 8.1 | 1.67 ± 0.685 | 1 | Simoa |
| Wolf et al. (2020) [49] | CN (4444) | 42 | 71.9 ± 7.5 | 2.6 ± 2.3 | 1 | Simoa |
| Verberk et al. (2020) [50] | CN (241) | 60 | 61.9 ± 10 | 3.1 ± 1 | 1 | Simoa |
| Pattinson et al. (2020) [51] | CN (18) | 85.3 | 35.56 ± 12.39 | 2.57 ± 1.01 | 1 | Simoa |
| Romero et al. (2020) [52] | CN (3472) | 46 | 54.9 ± 13.2 | 3.9 ± 1.11 | 1 | Simoa |
| Petersen et al. (2020) [53] | CN (225) | 51.5 | 45.7 ± 7.1 | 2.4 ± 1.8 | 1 | Simoa |
| Cantero et al. (2020) [54] | CN (57) | 47.4 | 67.7 ± 3.4 | 3.1 ± 1.5 | 1 | Simoa |
| Zetterberg et al. (2013) [55] | CN (25) | 24 | 74 ± 6.7 | 4.43 ± 2.83 | 1 and 2 | Simoa |
| | AD (54) | 31.5 | 75 ± 6.2 | 8.80 ± 10.1 | | |
| Mattsson et al. (2016) ADNI [56] | CN (189) | 55 | 75.9 ± 4.9 | 2.58 ± 1.19 | 1 and 2 | Simoa |
| | AD (179) | 52 | 75.2 ± 7.4 | 3.12 ± 1.50 | | |
| Mattsson et al. (2016) BioFINDER [56] | CN (274) | 39 | 72.9 ± 4.9 | 5.58 ± 2.51 | 1 and 2 | Simoa |
| | AD (61) | 42 | 76.4 ± 4.7 | 5.37 ± 2.56 | | |
| Shi et al. (2016) [44] | CN (106) | 54.7 | 67.1 ± 7.4 | 2.405 ± 2.76 | 1, 2 and 3 | Simoa |
| | AD (106) | 53.8 | 69.5 ± 8.1 | 3.870 ± 2.22 | | |
| Kovacs et al. (2017) [57] | CN (18) | 50 | 73.7 | 1.68 ± 0.17 | 1 and 2 | Simoa |
| | AD (21) | 23.8 | 77 | 7.5 ± 3.2 | | |
| Deters et al. (2017) [58] | CN (166) | 57.2 | 75.2 ± 5.1 | 2.71 ± 1 | 1 and 2 | Simoa |
| | AD (168) | 51.8 | 75.3 ± 7.3 | 3.13 ± 1.3 | | |
| Chen et al. (2017) [59] | CN (151) | 58.9 | 75.7 ± 4.9 | 2.7 ± 1.1 | 1 and 2 | Simoa |
| | AD (149) | 55.7 | 76.1 ± 7.3 | 3.2 ± 1.3 | | |
| Mielke et al. (2018) [60] | CN (172) | 69.2 | 71.9 ± 9.5 | 5.9 ± 1.90 | 1 and 2 | Simoa |

**Table 1** Basic characteristics of included studies for plasma tau analysis *(Continued)*

| Study | Subjects (*n*) | Male (%) | Age, years (mean ± SD) | Plasma tau (pg/ml) | Research question | Method |
|---|---|---|---|---|---|---|
| | AD (40) | 23 | 67.7 ± 9.2 | 7.2 ± 2.80 | | |
| Park et al. (2019) [61] | CN (172) | 40.4 | 71.08 ± 1.0 | 2.37 ± 0.1 | 1, 2 and 3 | Simoa |
| | AD (40) | 13.3 | 75.87 ± 2.1 | 3.36 ± 0.3 | | |
| Li et al. (2019) [62] | CN (9) | 44.4 | 61.78 ± 10.52 | 4.62 ± 0.50 | 1 and 2 | Simoa |
| | AD (53) | 42.3 | 68.39 ± 9.65 | 5.47 ± 2.69 | | |
| Startin et al. (2019) [63] | CN (27) | 59.3 | 49.26 ± 10.40 | 1.49 ± 1.26 | 1 and 2 | Simoa |
| | AD (27) | 66.7 | 59.33 ± 4.04 | 1.45 ± 1.02 | | |
| Sugarman et al. (2020) [64] | CN (238) | 37.4 | 72.38 ± 7.69 | 3.22 ± 2.73 | 1, 2 and 3 | Simoa |
| | AD (156) | 55.8 | 76.74 ± 8.12 | 3.73 ± 3.01 | | |
| Fossati et al. (2020) [65] | CN (68) | 35.3 | 67.71 ± 8.54 | 2.74 ± 0.76 | 1, 2 and 3 | Simoa |
| | AD (29) | 34.5 | 72.81 ± 9.69 | 3.67 ± 1.06 | | |
| Deniz et al. (2020) [66] | CN (162) | 23.5 | 82.7 ± 8.15 | 3.84 ± 2.27 | 1 and 2 | Simoa |
| | AD (159) | 31.2 | 78.2 ± 8.97 | 3.75 ± 2.36 | | |
| Lin et al. (2018) [67] | CN (35) | 40.0 | 62.6 ± 9.7 | 12.12 ± 0.96 | 1 | IMR |
| Chi et al. (2019) [68] | CN (42) | 79 | 59 ± 11.1 | 18.2 ± 13.78 | 1 | IMR |
| Chen et al. (2019) [69] | CN (13) | 69.2 | 73 ± 13.0 | 18.7 ± 5.63 | 1 | IMR |
| Chen et al. (2020) [70] | CN (28) | 28.6 | 61.1 ± 4.9 | 14.67 ± 8.49 | 1 | IMR |
| Fang et al. (2020) [71] | CN -young (43) | 67 | 38.7 ± 13.5 | 14.9 ± 5.5 | 1 | IMR |
| | CN -old (34) | 41 | 70.3 ± 5.8 | 15.0 ± 7.3 | 1 | |
| Chiu et al. (2017) [72] | CN- middle (56) | 29.1 | 58.1 ± 4.9 | 14.35 ± 6.49 | 1 | IMR |
| | CN- old (70) | 45.7 | 73.6 ± 6.3 | 18.14 ± 7.33 | 1 | |
| Chiu et al. (2013) [73] | CN (30) | 43.3 | 64.4 ± 9.5 | 15.6 ± 6.9 | 1 and 2 | IMR |
| | AD (10) | 40 | 69.3 ± 9.4 | 53.9 ± 11.7 | | |
| Tzen et al. (2014) [74] | CN (20) | 50 | 63.7 ± 7.9 | 13.5 ± 5.5 | 1 and 2 | IMR |
| | AD (14) | 28.6 | 64.9 ± 11.5 | 46.7 ± 2.0 | | |
| Yang et al. (2017) [75] | CN (66) | NA | 64.6 ± 8.6 | 13.37 ± 7.77 | 1 and 2 | IMR |
| | AD (29) | | 72.2 ± 9.9 | 55.44 ± 22.45 | | |
| Lee et al. (2017) [76] | CN-young (44) | 68.1 | 38.4 ± 13.5 | 14.9 ± 5.5 | 1 and 2 | IMR |
| | CN-old (34) | 41.2 | 70.3 ± 5.8 | 15.0 ± 7.3 | | |
| | AD (62) | 46.8 | 72.1 ± 11.1 | 47.5 ± 18.9 | | |
| Lue et al. (2017) BSHRI [77] | CN (16) | 25 | 81.9 ± 1.5 | 20.48 ± 1.24 | 1 and 2 | IMR |
| | AD (16) | 43.8 | 82.5 ± 1.4 | 34.52 ± 3.75 | | |
| Lue et al. (2017) NTUH [77] | CN (61) | 39.3 | 64.2 ± 1.1 | 13.98 ± 1.89 | 1 and 2 | IMR |
| | AD (31) | 54.8 | 72.5 ± 1.8 | 52.47 ± 2.72 | | |
| Yang et al. (2018) [78] | CN (23) | NA | 67.5 ± 7.1 | 18.85 ± 10.16 | 1 and 2 | IMR |
| | AD (21) | | 78.8 ± 7.9 | 37.54 ± 12.29 | | |
| Chiu et al. (2019) BSHRI [79] | CN (16) | NA | 81.9 ± 6 | 20.48 ± 4.96 | 1 and 2 | IMR |
| | AD (16) | | 82.5 ± 1.4 | 34.52 ± 14 | | |
| Chiu et al. (2019) NTUH [79] | CN (37) | NA | 66.1 ± 8.3 | 16.61 ± 9.18 | 1 and 2 | IMR |
| | AD (25) | | 78.1 ± 7.3 | 43.35 ± 15.14 | | |
| Jiao et al. (2020) [80] | CN (57) | 45.6 | 67.9 ± 9.5 | 20.65 ± 3.52 | 1 and 2 | IMR |

**Table 1** Basic characteristics of included studies for plasma tau analysis *(Continued)*

| Study | Subjects (n) | Male (%) | Age, years (mean ± SD) | Plasma tau (pg/ml) | Research question | Method |
|-------|-------------|----------|------------------------|--------------------|-------------------|--------|
|  | AD (40) | 37.5 | 68.1 ± 9.0 | 25.91 ± 8.12 |  |  |
| Liu et al. (2020) [81] | CN (2) | 50 | 37 ± 2.8 | 17.4 ± 1.1 | 1 and 2 | IMR |
|  | AD (3) | 33.3 | 71.3 ± 4.0 | 28.3 ± 4.0 |  |  |
| Rubenstein et al. (2017) [82] | CN (20) | 70 | 40.5 ± 14.2 | 0.063 ± 0.014 | 1 | a-EIMAF |
| Gardner et al. (2018) [83] | CN-young (79) | 73.4 | 25.8 ± 7.3 | 0.079 ± 0.0087 | 1 | a-EIMAF |
|  | CN-middle-aged (60) | 66.7 | 50.0 ± 5.9 | 0.078 ± 0.008 |  |  |
|  | CN-older (30) | 63.3 | 68.0 ± 8.4 | 0.079 ± 0.0065 |  |  |

## Plasma tau and ptau181 levels in healthy cohorts

Subgroup analysis was performed according to age and sex ratio, among studies using Simoa, IMR, a-EIMAF, and MSD, respectively. Based on the data retrieved, the average age of cohort stratification was classified as young (< 40 years old), middle-aged (40–60 years old), and old (> 60 years old). The sex ratio was defined as low (less than 40% male), middle (40%–60% male), and high (over 60% male).

Among the 66 studies, 58 studies that used Simoa, IMR, or a-EIMAF were included for the analysis of normal range of plasma tau, as the MSD studies focused on CSF tau. Forty-one publications, reporting 42

**Table 2** Basic characteristics of included studies for plasma ptau181 analysis

| Study | Subjects (n) | Male (%) | Age, years (mean ± SD) | P-tau-181 (pg/ml) | Research question | Method |
|-------|-------------|----------|------------------------|-------------------|-------------------|--------|
| Suárez-Calvet et al. (2020) [84] | CN (250) | 38 | 60.6 ± 4.44 | 8.83 ± 3.21 | 1 | Simoa - Karikari method |
| Moscoso et al. (2021) [85] | CN (374) | 47.1 | 74.8 ± 6.6 | 13.3 ± 10.7 | 1 | Simoa - Karikari method |
| O'Connor et al. (2020) [86] | CN (27) | 41 | 38.1 ± 10.7 | 9.7 ± 9.3 | 1, 2 and 3 | Simoa - Karikari method |
|  | AD (19) | 63 | 50.7 ± 10.0 | 23.7 ± 10.5 |  |  |
| Rodriguez et al. (2020) [87] | CN (28) | 35.7 | 82.2 ± 6.5 | 19.3 ± 9.9 | 1, 2 and 3 | Simoa - Karikari method |
|  | AD (77) | 46.1 | 81.7 ± 7.6 | 28.4 ± 9.6 |  |  |
| Karikari et al. (2020) - TRIAD cohort [88] | CN-young (27) | 37 | 22.7 ± 1.9 | 7.9 ± 2.6 | 1, 2 and 3 | Simoa - Karikari method |
|  | CN-old (113) | 36 | 69.2 ± 9.7 | 10 ± 3.3 |  |  |
|  | AD (33) | 55 | 64.6 ± 9.2 | 24.9 ± 7.8 |  |  |
| Karikari et al. (2020) -BioFINDER-2 cohort [88] | CN-old (337) | 46 | 63.1 ± 5.0 | 9.4 ± 6.0 | 1, 2 and 3 | Simoa - Karikari method |
|  | AD (126) | 47 | 74.0 ± 6.9 | 19.2 ± 9.4 |  |  |
| Karikari et al. (2020) [45] | CN (268) | 51.1 | 73.5 ± 6.5 | 14.2 ± 9.0 | 1, 2 and 3 | Simoa - Karikari method |
|  | AD (137) | 52.2 | 73.4 ± 8.2 | 25.8 ± 8.6 |  |  |
| Mielke et al. (2018) [60] | CN (172) | 69.2 | 71.9 ± 9.5 | 6.4 ± 6.4 | 1, 2 and 3 | MSD |
|  | AD (40) | 23 | 67.7 ± 9.2 | 11.6 ± 4.1 |  |  |
| Thijssen et al. (2020) [89] | CN (69) | 53.6 | 60.8 ± 22 | 2.4 ± 3 | 1, 2 and 3 | MSD |
|  | AD (56) | 41.1 | 65 ± 9 | 8.4 ± 4 |  |  |
| Janelidze et al. (2020) - Cohort1 [90] | CN (26) | 38.5 | 74 ± 5.2 | 1.3 ± 1.1 | 1, 2 and 3 | MSD |
|  | AD (38) | 44.7 | 73 ± 8.1 | 4.4 ± 2.3 |  |  |
| Janelidze et al. (2020) - Cohort2 [90] | CN (126) | 61.9 | 71 ± 5.2 | 1.2 ± 0.59 | 1, 2 and 3 | MSD |
|  | AD (81) | 43.2 | 73 ± 5.2 | 2.8 ± 2.07 |  |  |
| Janelidze et al. (2020)  Cohort3 [90] | CN (47) | 59.6 | 83 ± 9.6 | 1.8 ± 1.04 | 1, 2 and 3 | MSD |
|  | AD (16) | 75.0 | 83 ± 7.4 | 4 ± 2.07 |  |  |

Ding et al. Translational Neurodegeneration        (2021) 10:10

Page 7 of 14

cohorts, were retrieved using the Simoa technology [8, 27–29, 31–44, 46–49, 51–66, 91–93]. Our results indicated that the average plasma tau level in healthy populations was 3.07 pg/ml (95% CI 2.72–3.41, $I^2$ = 99.7%, $P$ < 0.0001). The plasma tau levels in the young, middle-aged, and old groups were 2.96 pg/ml (95% CI 2.20–3.72), 2.85 pg/ml (95% CI 2.22–3.47), and 3.23 pg/ml (95% CI 2.84–3.62), respectively (Fig. 2a), without significant differences ($P$ = 0.099). However, significant differences were identified in the subgroup analysis by sex ratio (4.15 pg/ml $vs$ 2.64 pg/ml $vs$ 3.24 pg/ml; $P$ < 0.0001; Fig. S2). Fifteen publications [67–81] reporting 20 cohorts were retrieved using IMR and two publications [82, 83] reporting four cohorts were

retrieved using a-EIMAF. The effect sizes (ESs) for plasma tau levels were 16.30 pg/ml (95% CI 14.61–17.99, $I^2$ = 92.7%, $P$ < 0.0001, Fig. S3) and 76.14 fg/ml (95% CI 72.34–79.93, $I^2$ = 88.8%, $P$ < 0.0001, Fig. S4), respectively.

Nine studies that used Simoa or MSD methods were included for the analysis of normal range of plasma ptau181. Six publications, reporting seven cohorts, were retrieved using the Simoa technology [45, 84–88], including 1424 healthy subjects. The ES for plasma ptau181 levels in healthy populations was 11.18 pg/ml (95% CI 9.68–12.68, $I^2$ = 95.9%, $P$ < 0.0001, Fig. 2b). There were no significant differences in plasma ptau181 level in the subgroup analysis concerning age ($P$ = 0.181)



**Fig. 2** The levels of plasma tau and ptau181 in healthy people detected by the Simoa method. Meta-analysis of studies calculating plasma tau levels (**a**) and plasma ptau181 levels (**b**) of different age groups in the healthy population. In ptau181 studies, the average age in Rodriguez et al. was considerably higher; the control cohort used in Suarez-Calvet et al. comprised 'middle-aged' adults; the TRIAD cohort in Karikari et al. included young individuals; all of which may have contributed to the heterogeneity

or the sex ratio ($P = 0.168$, Fig. S2). Three publications [60, 89, 90] reporting five cohorts using the MSD method, including 440 healthy subjects who could not be grouped by age or sex ratio, were identified. The ES for plasma ptau181 levels measured by MSD was 2.48 pg/ml (95% CI 1.57–3.37, $I^2 = 97.0\%$, $P < 0.0001$; Fig. S4).

**Plasma total tau and ptau181 in AD patients and controls**
We then compared plasma tau and ptau181 between AD and controls. The random-effects model of meta-analysis with subgroup analysis was performed according to age and sex ratio. Among the 66 studies, 22 studies that used Simoa and IMR were included for the analysis of difference of plasma tau between AD and controls, and the number of studies that used other technologies was insufficient for analysis. For the Simoa method, 13 papers, reporting 14 cohorts [44, 55–66], were retrieved with a total of 1189 AD patients with 1611 controls. Our

analysis revealed a significantly higher plasma tau level in patients with AD, with an average WMD value of 0.61 (95% CI 0.36–0.86, $I^2 = 75.8\%$, $P < 0.0001$; Fig. 3a). The WMDs for subgroups divided by different male compositions were 0.48 (< 40% male, 95% CI −0.18–1.14), 0.99 (40%–60% male, 95% CI 0.54–1.44) and 1.30 (> 60% male, 95% CI 0.39–2.21), respectively, indicating a strong effect of sex on plasma tau levels in AD patients (Fig. S5). Meta-regression analysis identified that only the sample size significantly contributed to the high heterogeneity ($P = 0.027$, Table S2). The funnel plots and the Egger's test suggested no publication bias ($P = 0.133$) (Fig. S6). Similarly, 9 papers [72–74, 76–81] reporting 11 cohorts using the IMR method (362 controls and 267 patients) were identified (Fig. S5), showing an average WMD value of 24.83 (95% CI 15.70–33.96, $I^2 = 98.9\%$, $P < 0.0001$). There was no publication bias ($P = 0.175$, Fig. S6), but



**Fig. 3** Comparison of plasma tau or ptau181 between AD and healthy controls. Meta-analysis of studies comparing plasma tau (**a**) and ptau181 (**b**) levels between AD and healthy controls, detected by the Simoa method. In ptau181 studies, the study of O'connor et al. was a familial AD study; the average age in the study of Rodriguez et al. was considerably higher; the control cohort used in the study of Suarez-Calvet et al. comprised 'middle-aged' adults; the TRIAD cohort in Karikari et al. included young individuals, all of which may have contributed to the heterogeneity. AD, Alzheimer's disease; SD, standard deviation; CI, confidence interval; WMD, weighted mean difference

the year of publication ($P = 0.013$) may influence the heterogeneity (Table S2).

Seven studies that used Simoa and MSD were included for the analysis of the plasma ptau181 difference between AD and controls. Four publications reporting five cohorts [45, 86–88] using the Simoa technology were retrieved, resulting in a total of 773 controls and 392 patients. The plasma ptau181 levels were significantly elevated in AD patients, with an average WMD value of 11.68 (95% CI 9.60–13.76, $I^2 = 64.9\%$, $P < 0.0001$, Fig. 3b). The funnel plots suggested no publication bias for plasma ptau181 ($P = 0.635$, Fig. S6). Similar results were found based on three papers reporting five cohorts [60, 89, 90] using the MSD method (440 controls and 231 patients), with a WMD of 3.53 (95% CI 1.97–5.09, $I^2 = 93.0\%$, $P < 0.0001$, Fig. S5). There was also no publication bias ($P = 0.055$, Fig. S6).

### The diagnostic accuracy of plasma tau/ptau181 for AD

Among the 66 studies, four studies reporting five cohorts [44, 61, 64, 65] were pooled for meta-analysis of diagnostic accuracy of plasma tau using the Simoa method. The estimate values of diagnostic accuracy are summarized in Table S3. The pooled sensitivity and specificity of plasma tau to predict AD were 0.75 (95% CI 0.60–0.86) and 0.69 (95% CI 0.57–0.79), respectively (Fig. 4a). The DOR was 6.16 (95% CI 3.02–12.53), and the AUC of the HSROC curve was 0.77 (95% CI 0.74–0.81) (Fig. 4b). Fagan's nomogram showed that the probability of AD increased from 25% (pre-test probability) to 45% (post-test probability) when plasma tau level was above the threshold, while the probability of AD decreased to as low as 11% when plasma tau level was below the threshold (Fig. 4c).

Four studies using the Simoa method reporting five cohorts [45, 86–88] were pooled for meta-analysis to test the diagnostic accuracy of plasma ptau181. The estimate values of diagnostic accuracy are summarized in Table S3. The pooled sensitivity and specificity of ptau181 were 0.89 (95% CI 0.81–0.93) and 0.86 (95% CI 0.79–0.91), respectively (Fig. 4d). The DOR was 46 (95% CI 18–123), and the AUC of the HSROC curve was 0.93 (95% CI 0.91–0.95) (Fig. 4e). The probability of AD increased from 25% (pre-test probability) to 67% (post-test probability) when plasma ptau181 level was above the threshold and decreased to as low as 4% when plasma ptau181 level below the threshold (Fig. 4f). Consistently, two studies using the MSD method reporting four cohorts [89, 90] were pooled for meta-analysis. The estimate values of diagnostic accuracy are summarized in Table S3. The pooled sensitivity of ptau181 was 0.87 (95% CI 0.78–0.92), and the pooled specificity was 0.79 (95% CI 0.73–0.83, Fig. S7). The DOR was 23.98 (95% CI 10.14–56.69), and the AUC of the HSROC curve was 0.86 (95% CI 0.83–0.89, Fig. S7). The

probability of AD increased from 25% (pre-test probability) to 58% (post-test probability) when plasma ptau181 level was above the threshold, and decreased to 5% when plasma ptau181 level was below the threshold (Fig. S7).

### Discussion

With a growing interest in plasma tau detection during the last 10 years, heterogeneity between studies has been consistently presented. Besides, given the inconsistency between publications regarding the plasma tau levels in AD (compared to control), it is difficult to determine the suitability of plasma tau/ptau181 to predict AD. In this meta-analysis, we found that both plasma tau and ptau181 have diagnostic values, and both of them are significantly higher in AD patients than in controls. We also established the average plasma tau and ptau181 levels based on the current literature, which may be used as a reference point in future research.

Currently, there are four ultrasensitive assays that can be used for plasma tau and ptau detection. In this meta-analysis, we examined them independently. Despite the differences in absolute values of plasma tau and ptau, results from all assays support the notion that both plasma tau and ptau181 are elevated in AD compared with healthy controls. Based on the available publications of each method, we have been able to calculate the sensitivity and diagnostic accuracy for AD of studies using Simoa (tau AUC: 0.77; ptau181 AUC: 0.93), and MSD methods (ptau181 AUC: 0.86), while the other two methods had limited applications in AD research.

Both Aβ and tau can now be visualized in the brain using PET and be measured in the CSF. Although medical history and cognitive and neurologic examinations remain the most important diagnostic tool in the clinic [94], these new techniques can assist the diagnosis of AD [1]. However, the associated cost and infrastructure requirements have limited their use, especially in developing countries. It is critical to accurately measure AD-associated proteins in plasma and determine their relationships with brain and CSF contents. Proteins in plasma may reflect protein levels in the brain and CSF, especially in the state of illness. For example, the correlation between CSF and plasma ptau181 is significant in PET Aβ-positive cases, even without cognitive impairment [90]. Higher ptau181 is associated with increased standardized uptake value ratio of tau PET in Braak I–IV regions of interest [89]. Furthermore, our meta-analysis results reflected the high diagnostic accuracy of plasma tau (AUC 0.77, 95% CI 0.74–0.81) and ptau181 (AUC 0.93, 95% CI 0.91–0.95), similar to the diagnostic accuracy of tau PET (AUC 0.98, 95% CI 0.94–1.00) and CSF ptau181 (AUC 0.97, 95% CI 0.92–1.00) [90]. In contrast, there is only a weak association between CSF and plasma tau, as confirmed by two independent studies



**Fig. 4** Diagnostic accuracy of plasma tau and ptau181. **a–c** Forest plots of pooled sensitivity and specificity (**a**), HSROC curve (**b**), and Fagan's nomogram (**c**) to estimate the clinical utility of plasma tau detected by the Simoa method. **d–f** The forest plots of pooled sensitivity and specificity (**d**), HSROC curve (**e**) and Fagan's nomogram (**f**) to estimate the clinical utility of plasma ptau181 detected by the Simoa method

[46, 65], suggesting that they may go through different metabolism. There are no significant differences in plasma or serum Aβ between AD and controls, and plasma Aβ may reflect peripheral Aβ generation instead of brain pathology [95].

In addition, the current meta-analysis supports plasma ptau181 as a better predictive biomarker than plasma tau for AD. The difference in plasma ptau181 between AD and controls was greater than plasma tau in our analysis (WMD: 11.68 pg/ml *vs* 0.83 pg/ml), and the pooled diagnostic accuracy of ptau181 was also higher (AUC: 0.93 *vs* 0.77). These are consistent with a previous report that the plasma ptau181 is more strongly associated with both Aβ and tau PET than plasma tau [60], and can differentiate AD from non-AD pathologies with high accuracy (AUC 97.4, 95% CI 94.1%–100%) eight years before death [87], collectively highlighting the potential of ptau181 as a biomarker for AD pathology.

We also found a higher level of plasma ptau181 compared to total tau in the meta-analysis. Phosphorylation is a post-translational modification of the protein, and theoretically, ptau181 should be a portion of total tau in any given tissue [96]. However, according to our analysis of publications based on the Simoa method, the mean level of ptau181 was higher than total tau (11.18 pg/ml *vs* 3.07 pg/ml). There could be differences in calibration standard, and at this stage, it is not feasible to compare the calculated values of tau and ptau181.

### Limitations

There were some limitations in this systematic review and meta-analysis. The ultrasensitive measurement of plasma tau has yet to be extensively tested, leading to high heterogeneity in the results. Meta-regression analyses suggested that the heterogeneity was partly explained by the sample size of studies included. In addition, most of the studies included in the current analysis used clinical diagnostic guidelines rather than gold-standard autopsy-confirmed AD, which can induce heterogeneity. One study [57] on neuropathologically confirmed autopsy cases has revealed a greater change in plasma tau (WMD 5.81), compared to the results from the clinically diagnosed cases (WMD 0.83), highlighting the potential error induced by diagnosis. Even the diagnosis is correct, AD itself can be heterogenetic. For example, familial cohorts [86] may lead to different results from sporadic cohorts.

On the other hand, due to the lack of information on ApoE4 status, we could not measure the impact of ApoE on plasma tau and ptau, leading to potential heterogeneity. We have considered age as a factor for heterogeneity, but due to the limited data, we can only analyze the effect of age in healthy populations, where we found no effect of age on plasma tau. Future analysis should be performed when there are more studies on early-onset AD.

We excluded a few publications for analysis. Two using the Simoa platform were excluded as the methods used in those studies had not been validated in multiple cohorts or studies [97], or were specifically validated for CSF (not plasma) [61]. Although results of the two studies are consistent with our findings, it is challenging to combine them with those using the commercialized plasma tau detection kit developed by Quanterix. A few other studies were focused on the serum tau or ptau [98, 99], and were also excluded from our analysis.

We have to mention that some studies on ptau181 were recently published during the final revision of the manuscript, and were not included. These latest studies have investigated the dynamic changes of plasma ptau181 across the AD spectrum [100] and the relationship between polygenic risk scores for AD and plasma ptau181 [101]. They have also compared performance of ptau181 with other biomarkers in AD and MCI prediction [102] or amyloid PET status prediction [103]. In addition, ptau217 [104] and ptau231 (Ashton et al. in press) have been reported recently to differentiate AD from other neurodegenerative disorders and be associated with tau pathology in the brain. The plasma ptau217 may out-perform ptau181 with a higher AUC and stronger correlations with the tau PET [9, 104]. However, here we did not include plasma ptau217 and ptau231 studies in our meta-analysis, due to the limited number of publications.

### Conclusion

In summary, the results presented provide preliminary evidence of plasma tau and its phosphorylated form ptau181 as potential biomarkers for neurological diseases, especially for AD diagnosis, which may facilitate drug discovery of these diseases by selecting correct patients for clinical trials.

### Abbreviations

AD: Alzheimer's disease; ptau181: Phosphorylated tau 181; AUC: Area under curve; ROC: Receiver operating characteristic; NIA AA: National Institute on Aging  Alzheimer's Association; Aβ: Amyloid beta; PET: Positron emission tomography; NFT: Neurofibrillary tangle; CSF: Cerebrospinal fluid; Simoa: Single molecule Array; IMR: ImmunoMagnetic Reduction; a EIMA F: multi arrayed fiber optics conjugated with rolling circle amplification; MSD: Meso Scale Discovery; NOS: Newcastle Ottawa Scale; QUADAS 2: Quality Assessment of Diagnostic Accuracy Studies 2 tool; WMD: Weighted mean difference; DOR: Diagnostic odds ratio; HSROC: Hierarchical summary receiver operating characteristic

### Additional Files

**Additional file 1 Table S1.** The Newcastle Ottawa Scale (NOS) for assessing the quality of studies in meta analyses. **Table S2.** Meta regression results. **Table S3.** Summary of estimate values of diagnostic accuracy.

**Additional file 2 Fig. S1.** Quality assessment results of included articles. **Fig. S2.** The levels of plasma tau and ptau181 in healthy people using

Simoa in different subgroups. **Fig. S3.** The level of plasma tau in healthy people using IMR in different subgroups. **Fig. S4.** The levels of plasma tau and ptau181 in healthy people using EIMAF/a EIMAF and MSD. **Fig. S5.** Comparison of plasma tau and ptau181 between AD and healthy controls using Simoa, IMR, and MSD. **Fig. S6.** Funnel plot of the random effect analysis. **Fig. S7.** The diagnostic accuracy of plasma ptau181 using MSD.

**Acknowledgments**
Not applicable.

**Authors' contributions**
PL contributed to the conception, project design, and data interpretation. XLD and STZ performed literature research and drafted the manuscript. LW and LJJ helped to collect the data and performed statistical analyses. TL contributed to data interpretation. All authors edited and approved the manuscript.

**Authors' information**
[1] Department of Neurology and State Key Laboratory of Biotherapy/Collaborative Innovation Center for Biotherapy, National Clinical Research Center for Geriatrics, West China Hospital, Sichuan University, Chengdu 610041, China; [2] Department of Neurology, West China Hospital, Sichuan University, Chengdu 610041, China; [3] Mental Health Center and West China Brain Research Center, West China Hospital, Sichuan University, Chengdu 610041, China; [4] Department of Rehabilitation Medicine, West China Hospital, Sichuan University, Chengdu 610041, China

**Funding**
This work was supported by the Ministry of Science and Technology of China (2018YFC1312300) and the National Natural Science Foundation of China (81722016).

**Availability of data and materials**
The datasets supporting the conclusions of this article are included within the article and its additional files.

## Declarations

**Ethics approval and consent to participate**
Not applicable.

**Consent for publication**
Not applicable.

**Competing interests**
The authors declare that they have no competing interests.

**Author details**
[1]Department of Neurology and State Key Laboratory of Biotherapy/Collaborative Innovation Center for Biotherapy, National Clinical Research Center for Geriatrics, West China Hospital, Sichuan University, Chengdu 610041, China. [2]Department of Neurology, West China Hospital, Sichuan University, Chengdu 610041, China. [3]Mental Health Center and West China Brain Research Center, West China Hospital, Sichuan University, Chengdu 610041, China. [4]Department of Rehabilitation Medicine, West China Hospital, Sichuan University, Chengdu 610041, China

Received: 8 December 2020 Accepted: 24 February 2021
Published online: 12 March 2021

## References

1. Jack CR Jr, Bennett DA, Blennow K, Carrillo MC, Dunn B, Haeberlein SB, et al. NIA AA research framework: toward a biological definition of Alzheimer's disease. Alzheimers Dement. 2018;14(4):535 62.
2. Guo T, Zhang D, Zeng Y, Huang TY, Xu H, Zhao Y. Molecular and cellular mechanisms underlying the pathogenesis of Alzheimer's disease. Mol Neurodegener. 2020;15(1):40.
3. Lei P, Ayton S, Finkelstein DI, Spoerri L, Ciccotosto GD, Wright DK, et al. Tau deficiency induces parkinsonism with dementia by impairing APP mediated iron export. Nat Med. 2012;18(2):291 5.
4. Lei P, Ayton S, Moon S, Zhang Q, Volitakis I, Finkelstein DI, et al. Motor and cognitive deficits in aged tau knockout mice in two background strains. Mol Neurodegener. 2014;9(1):29.
5. Lei P, Ayton S, Appukuttan AT, Moon S, Duce JA, Volitakis I, et al. Lithium suppression of tau induces brain iron accumulation and neurodegeneration. Mol Psychiatry. 2017;22(3):396 406.
6. Tuo QZ, Lei P, Jackman KA, Li XL, Xiong H, Li XL, et al. Tau mediated iron export prevents ferroptotic damage after ischemic stroke. Mol Psychiatry. 2017;22(11):1520 30.
7. Shen LL, Manucat Tan NB, Gao SH, Li WW, Zeng F, Zhu C, et al. The ProNGF/p75NTR pathway induces tau pathology and is a therapeutic target for FTLD tau. Mol Psychiatry. 2018;23(8):1813 24.
8. Dage JL, Wennberg AMV, Airey DC, Hagen CE, Knopman DS, Machulda MM, et al. Levels of tau protein in plasma are associated with neurodegeneration and cognitive function in a population based elderly cohort. Alzheimers Dement. 2016;12(12):1226 34.
9. Janelidze S, Stomrud E, Smith R, Palmqvist S, Mattsson N, Airey DC, et al. Cerebrospinal fluid p tau217 performs better than p tau181 as a biomarker of Alzheimer's disease. Nat Commun. 2020;11(1):1683.
10. Barthélemy NR, Li Y, Joseph Mathurin N, Gordon BA, Hassenstab J, Benzinger TLS, et al. A soluble phosphorylated tau signature links tau, amyloid and the evolution of stages of dominantly inherited Alzheimer's disease. Nat Med. 2020;26(3):398 407.
11. Karikari TK, Emeršič A, Vrillon A, Lantero Rodriguez J, Ashton NJ, Kramberger MG, et al. Head to head comparison of clinical performance of CSF phospho tau T181 and T217 biomarkers for Alzheimer's disease diagnosis. Alzheimers Dement. 2020. https://doi.org/10.1002/alz.12236.
12. Meng J, Lei P. Plasma pTau181 as a biomarker for Alzheimer's disease. MedComm. 2020;(1):74 6.
13. Rissin DM, Kan CW, Campbell TG, Howes SC, Fournier DR, Song L, et al. Single molecule enzyme linked immunosorbent assay detects serum proteins at subfemtomolar concentrations. Nat Biotechnol. 2010;28(6):595 9.
14. Hong CY, Wu CC, Chiu YC, Yang SY, Horng HE, Yang HC. Magnetic susceptibility reduction method for magnetically labeled immunoassay. Appl Phys Lett. 2006;88(21):62.
15. Rubenstein R, Chang B, Davies P, Wagner AK, Robertson CS, Wang KK. A novel, ultrasensitive assay for tau: potential for assessing traumatic brain injury in tissues and biofluids. J Neurotrauma. 2015;32(5):342 52.
16. Zu YB, Bard AJ. Electrogenerated chemiluminescence. 66. The role of direct coreactant oxidation in the ruthenium tris (2,2 ')bipyridyl/tripropylamine system and the effect of halide ions on the emission intensity. Anal Chem. 2000;72(14):3223 32.
17. Moher D, Liberati A, Tetzlaff J, Altman DG. Preferred reporting items for systematic reviews and meta analyses: the PRISMA statement. PLoS Med. 2009;6(7):e1000097.
18. McKhann GM, Knopman DS, Chertkow H, Hyman BT, Jack CR Jr, Kawas CH, et al. The diagnosis of dementia due to Alzheimer's disease: recommendations from the National Institute on Aging Alzheimer's Association workgroups on diagnostic guidelines for Alzheimer's disease. Alzheimers Dement. 2011;7(3):263 9.
19. McKhann G, Drachman D, Folstein M, Katzman R, Price D, Stadlan EM. Clinical diagnosis of Alzheimer's disease: report of the NINCDS ADRDA Work Group under the auspices of Department of Health and Human Services Task Force on Alzheimer's Disease. Neurology. 1984;34(7):939 44.
20. Wells GA, Shea B, O'Connell D, Peterson J, Welch V, et al. The Newcastle Ottawa scale (NOS) for assessing the quality of non randomised studies in meta analyses. In: 3rd Symposium on Systematic Reviews: Beyond the Basics: July 3 5 2000. Oxford; 2000.
21. van Houwelingen HC, Arends LR, Stijnen T. Advanced methods in meta analysis: multivariate approach and meta regression. Stat Med. 2002;21(4):589 624.
22. Harbord RM, Whiting P. Metandi: meta analysis of diagnostic accuracy using hierarchical logistic regression. Stata J. 2009;9(2):211 29.
23. Higgins JP, Thompson SG. Quantifying heterogeneity in a meta analysis. Stat Med. 2002;21(11):1539 58.
24. Higgins JP, Thompson SG, Deeks JJ, Altman DG. Measuring inconsistency in meta analyses. BMJ. 2003;327(7414):557 60.
25. Sterne JA. Meta analysis in Stata: an updated collection from the Stata journal. StataCorp LP; 2009.

26. Whiting PF, Rutjes AW, Westwood ME, Mallett S, Deeks JJ, Reitsma JB, et al. QUADAS 2: a revised tool for the quality assessment of diagnostic accuracy studies. Ann Intern Med. 2011;155(8):529 36.

27. Shahim P, Tegner Y, Wilson DH, Randall J, Skillback T, Pazooki D, et al. Blood biomarkers for brain injury in concussed professional ice hockey players. JAMA Neurol. 2014;71(6):684 92.

28. Bogoslovsky T, Wilson D, Chen Y, Hanlon D, Gill J, Jeromin A, et al. Increases of plasma levels of glial fibrillary acidic protein, tau, and amyloid beta up to 90 days after traumatic brain injury. J Neurotrauma. 2017;34(1):66 73.

29. Olivera A, Lejbman N, Jeromin A, French LM, Kim HS, Cashion A, et al. Peripheral total tau in military personnel who sustain traumatic brain injuries during deployment. JAMA Neurol. 2015;72(10):1109 16.

30. Oliver JM, Jones MT, Anzalone AJ, Kirk KM, Gable DA, Repshas JT, et al. A season of American football is not associated with changes in plasma tau. J Neurotrauma. 2017;34(23):3295 300.

31. Alosco ML, Tripodis Y, Jarnagin J, Baugh CM, Martin B, Chaisson CE, et al. Repetitive head impact exposure and later life plasma total tau in former National Football League players. Alzheimers Dement (Amst). 2016;7:33 40.

32. Mielke MM, Hagen CE, Wennberg AMV, Airey DC, Savica R, Knopman DS, et al. Association of plasma total tau level with cognitive decline and risk of mild cognitive impairment or dementia in the Mayo Clinic study on aging. JAMA Neurol. 2017;74(9):1073 80.

33. Muller S, Preische O, Gopfert JC, Yanez VAC, Joos TO, Boecker H, et al. Tau plasma levels in subjective cognitive decline: results from the DELCODE study. Sci Rep. 2017;7(1):9529.

34. Kasai T, Tatebe H, Kondo M, Ishii R, Ohmichi T, Yeung WTE, et al. Increased levels of plasma total tau in adult Down syndrome. PLoS One. 2017;12(11): e0188802.

35. Foiani MS, Woollacott IO, Heller C, Bocchetta M, Heslegrave A, Dick KM, et al. Plasma tau is increased in frontotemporal dementia. J Neurol Neurosurg Psychiatry. 2018;89(8):804 7.

36. Bergman J, Zetterberg H, Kaihola H, Hagberg H, Blennow K, Akerud H. Blood based cerebral biomarkers in preeclampsia: plasma concentrations of NfL, tau, S100B and NSE during pregnancy in women who later develop preeclampsia a nested case control study. PLoS One. 2018;13(5):e0196025.

37. Lippa SM, Yeh PH, Gill J, French LM, Brickell TA, Lange RT. Plasma tau and amyloid are not reliably related to injury characteristics, neuropsychological performance, or white matter integrity in service members with a history of traumatic brain injury. J Neurotrauma. 2019;36(14):2190 9.

38. Verberk IMW, Slot RE, Verfaillie SCJ, Heijst H, Prins ND, van Berckel BNM, et al. Plasma amyloid as precursor for the earliest Alzheimer pathological changes. Ann Neurol. 2018;84(5):648 58.

39. Shahim P, Tegner Y, Marklund N, Blennow K, Zetterberg H. Neurofilament light and tau as blood biomarkers for sports related concussion. Neurology. 2018;90(20):e1780 8.

40. Wallace C, Zetterberg H, Blennow K, van Donkelaar P. No change in plasma tau and serum neurofilament light concentrations in adolescent athletes following sport related concussion. PLoS One. 2018;13(10):e0206466.

41. Motamedi V, Kanefsky R, Matsangas P, Mithani S, Jeromin A, Brock MS, et al. Elevated tau and interleukin 6 concentrations in adults with obstructive sleep apnea. Sleep Med. 2018;43:71 6.

42. Fortea J, Carmona Iragui M, Benejam B, Fernandez S, Videla L, Barroeta I, et al. Plasma and CSF biomarkers for the diagnosis of Alzheimer's disease in adults with Down syndrome: a cross sectional study. Lancet Neurol. 2018;17(10):860 9.

43. Zeitlberger AM, Thomas Black G, Garcia Moreno H, Foiani M, Heslegrave AJ, Zetterberg H, et al. Plasma markers of neurodegeneration are raised in Friedreich's ataxia. Front Cell Neurosci. 2018;12:366.

44. Shi M, Kovac A, Korff A, Cook TJ, Ginghina C, Bullock KM, et al. CNS tau efflux via exosomes is likely increased in Parkinson's disease but not in Alzheimer's disease. Alzheimers Dement. 2016;12(11):1125 31.

45. Karikari TK, Benedet AL, Ashton NJ, Lantero Rodriguez J, Snellman A, Suarez Calvet M, et al. Diagnostic performance and prediction of clinical progression of plasma phospho tau181 in the Alzheimer's disease neuroimaging initiative. Mol Psychiatry. 2021;26(2):429 42.

46. Pase MP, Beiser AS, Himali JJ, Satizabal CL, Aparicio HJ, DeCarli C, et al. Assessment of plasma total tau level as a predictive biomarker for dementia and related endophenotypes. JAMA Neurol. 2019;76(5):598.

47. Korley FK, Yue JK, Wilson DH, Hrusovsky K, Diaz Arrastia R, Ferguson AR, et al. Performance evaluation of a multiplex assay for simultaneous detection of four clinically relevant traumatic brain injury biomarkers. J Neurotrauma. 2018;36(1):182 7.

48. Kritikos M, Clouston SAP, Diminich ED, Deri Y, Yang X, Carr M, et al. Pathway analysis for plasma β amyloid, tau and neurofilament (ATN) in world trade center responders at midlife. Neurol Ther. 2020;9(1):159 71.

49. de Wolf F, Ghanbari M, Licher S, McRae McKee K, Gras L, Weverling GJ, et al. Plasma tau, neurofilament light chain and amyloid β levels and risk of dementia; a population based cohort study. Brain. 2020;143(4):1220 32.

50. Verberk IMW, Hendriksen HMA, van Harten AC, Wesselman LMP, Verfaillie SCJ, van den Bosch KA, et al. Plasma amyloid is associated with the rate of cognitive decline in cognitively normal elderly: the SCIENCe project. Neurobiol Aging. 2020;89:99 107.

51. Pattinson CL, Gill JM, Lippa SM, Brickell TA, French LM, Lange RT. Concurrent mild traumatic brain injury and posttraumatic stress disorder is associated with elevated tau concentrations in peripheral blood plasma. J Trauma Stress. 2019;32(4):546 54.

52. Romero JR, Demissie S, Beiser A, Himali JJ, DeCarli C, Levy D, et al. Relation of plasma β amyloid, clusterin, and tau with cerebral microbleeds: Framingham heart study. Ann Clin Transl Neurol. 2020;7(7):1083 91.

53. Petersen ME, Rafii MS, Zhang F, Hall J, Julovich D, Ances BM, et al. Plasma total tau and neurofilament light chain as diagnostic biomarkers of Alzheimer's disease dementia and mild cognitive impairment in adults with Down syndrome. J Alzheimers Dis. 2021;79(2):671 81.

54. Cantero JL, Atienza M, Ramos Cejudo J, Fossati S, Wisniewski T, Osorio RS. Plasma tau predicts cerebral vulnerability in aging. Aging. 2020;12(21):21004 22.

55. Zetterberg H, Wilson D, Andreasson U, Minthon L, Blennow K, Randall J, et al. Plasma tau levels in Alzheimer's disease. Alzheimers Res Ther. 2013; 5(2):9.

56. Mattsson N, Zetterberg H, Janelidze S, Insel PS, Andreasson U, Stomrud EL, et al. Plasma tau in Alzheimer disease. Neurology. 2016;87(17):1827 35.

57. Kovacs GG, Andreasson U, Liman V, Regelsberger G, Lutz MI, Danics K, et al. Plasma and cerebrospinal fluid tau and neurofilament concentrations in rapidly progressive neurological syndromes: a neuropathology based cohort. Eur J Neurol. 2017;24(11):1326 e77.

58. Deters KD, Risacher SL, Kim S, Nho K, West JD, Blennow K, et al. Plasma tau association with brain atrophy in mild cognitive impairment and Alzheimer's disease. J Alzheimers Dis. 2017;58(4):1245 54.

59. Chen J, Yu JT, Wojta K, Wang HF, Zetterberg H, Blennow K, et al. Genome wide association study identifies MAPT locus influencing human plasma tau levels. Neurology. 2017;88(7):669 76.

60. Mielke MM, Hagen CE, Xu J, Chai X, Vemuri P, Lowe VJ, et al. Plasma phospho tau181 increases with Alzheimer's disease clinical severity and is associated with tau and amyloid positron emission tomography. Alzheimers Dement. 2018;14(8):989 97.

61. Park JC, Han SH, Yi D, Byun MS, Lee JH, Jang S, et al. Plasma tau/amyloid beta1 42 ratio predicts brain tau deposition and neurodegeneration in Alzheimer's disease. Brain. 2019;142(3):771 86.

62. Li WW, Shen YY, Tian DY, Bu XL, Zeng F, Liu YH, et al. Brain amyloid beta deposition and blood biomarkers in patients with clinically diagnosed Alzheimer's disease. J Alzheimers Dis. 2019;69(1):169 78.

63. Startin CM, Ashton NJ, Hamburg S, Hithersay R, Wiseman FK, Mok KY, et al. Plasma biomarkers for amyloid, tau, and cytokines in Down syndrome and sporadic Alzheimer's disease. Alzheimers Res Ther. 2019;11(1):26.

64. Sugarman MA, Zetterberg H, Blennow K, Tripodis Y, McKee AC, Stein TD, et al. A longitudinal examination of plasma neurofilament light and total tau for the clinical detection and monitoring of Alzheimer's disease. Neurobiol Aging. 2020;94:60 70.

65. Fossati S, Ramos Cejudo J, Debure L, Pirraglia E, Sone JY, Li Y, et al. Plasma tau complements CSF tau and P tau in the diagnosis of Alzheimer's disease. Alzheimers Dement (Amst). 2019;11:483 92.

66. Deniz K Ho CCG, Malphrus KG, Reddy JS, Nguyen T, Carnwath TP, et al. Plasma biomarkers of Alzheimer's disease in African Americans. J Alzheimers Dis. 2021;79(1):323 34.

67. Lin CH, Yang SY, Horng HE, Yang CC, Chieh JJ, Chen HH, et al. Plasma biomarkers differentiate Parkinson's disease from atypical parkinsonism syndromes. Front Aging Neurosci. 2018;10:123.

68. Chi NF, Chao SP, Huang LK, Chan L, Chen YR, Chiou HY, et al. Plasma amyloid beta and tau levels are predictors of post stroke cognitive impairment: a longitudinal study. Front Neurol. 2019;10:715.

69. Chen TB, Lee YJ, Lin SY, Chen JP, Hu CJ, Wang PN, et al. Plasma Aβ42 and total tau predict cognitive decline in amnestic mild cognitive impairment. Sci Rep. 2019;9(1):13984.

70. Chen NC, Chen HL, Li SH, Chang YH, Chen MH, Tsai NW, et al. Plasma levels of α synuclein, Aβ 40 and T tau as biomarkers to predict cognitive impairment in Parkinson's disease. Front Aging Neurosci. 2020;12:112.

71. Fang WQ, Hwu WL, Chien YH, Yang SY, Chieh JJ, Chang LM, et al. Composite scores of plasma tau and β amyloids correlate with dementia in Down syndrome. ACS Chem Neurosci. 2020;11(2):191 6.

72. Chiu MJ, Fan LY, Chen TF, Chen YF, Chieh JJ, Horng HE. Plasma tau levels in cognitively normal middle aged and older adults. Front Aging Neurosci. 2017;9:51.

73. Chiu MJ, Chen YF, Chen TF, Yang SY, Yang FP, Tseng TW, et al. Plasma tau as a window to the brain negative associations with brain volume and memory function in mild cognitive impairment and early Alzheimer's disease. Hum Brain Mapp. 2014;35(7):3132 42.

74. Tzen KY, Yang SY, Chen TF, Cheng TW, Horng HE, Wen HP, et al. Plasma Abeta but not tau is related to brain PiB retention in early Alzheimer's disease. ACS Chem Neurosci. 2014;5(9):830 6.

75. Yang SY, Chiu MJ, Chen TF, Lin CH, Jeng JS, Tang SC, et al. Analytical performance of reagent for assaying tau protein in human plasma and feasibility study screening neurodegenerative diseases. Sci Rep. 2017;7(1): 9304.

76. Lee NC, Yang SY, Chieh JJ, Huang PT, Chang LM, Chiu YN, et al. Blood beta amyloid and tau in Down syndrome: a comparison with Alzheimer's disease. Front Aging Neurosci. 2016;8:316.

77. Lue LF, Sabbagh MN, Chiu MJ, Jing N, Snyder NL, Schmitz C, et al. Plasma levels of Aβ42 and tau identified probable Alzheimer's dementia: findings in two cohorts. Front Aging Neurosci. 2017;9:226.

78. Yang CC, Chiu MJ, Chen TF, Chang HL, Liu BH, Yang SY. Assay of plasma phosphorylated tau protein (threonine 181) and total tau protein in early stage Alzheimer's disease. J Alzheimers Dis. 2018;61(4):1323 32.

79. Chiu MJ, Lue LF, Sabbagh MN, Chen TF, Chen HH, Yang SY. Long term storage effects on stability of Abeta1 40, Abeta1 42, and total tau proteins in human plasma samples measured with immunomagnetic reduction assays. Dement Geriatr Cogn Dis Extra. 2019;9(1):77 86.

80. Jiao F, Yi F, Wang Y, Zhang S, Guo Y, Du W, et al. The validation of multifactor model of plasma Aβ (42) and total tau in combination with MoCA for diagnosing probable Alzheimer disease. Front Aging Neurosci. 2020;12:212.

81. Liu HC, Chiu MJ, Lin CH, Yang SY. Stability of plasma amyloid β 1 40, amyloid β 1 42, and total tau protein over repeated freeze/thaw cycles. Dement Geriatr Cogn Dis Extra. 2020;10(1):46 55.

82. Rubenstein R, Chang B, Yue JK, Chiu A, Winkler EA, Puccio AM, et al. Comparing plasma phospho tau, total tau, and phospho tau total tau ratio as acute and chronic traumatic brain injury biomarkers. JAMA Neurol. 2017; 74(9):1063 72.

83. Gardner RC, Rubenstein R, Wang KKW, Korley FK, Yue JK, Yuh EL, et al. Age related differences in diagnostic accuracy of plasma glial fibrillary acidic protein and tau for identifying acute intracranial trauma on computed tomography: a TRACK TBI study. J Neurotrauma. 2018;35(20):2341 50.

84. Suárez Calvet M, Karikari TK, Ashton NJ, Lantero Rodríguez J, Milà Alomà M, Gispert JD, et al. Novel tau biomarkers phosphorylated at T181, T217 or T231 rise in the initial stages of the preclinical Alzheimer's continuum when only subtle changes in Aβ pathology are detected. EMBO Mol Med. 2020;12(12):e12921.

85. Moscoso A, Grothe MJ, Ashton NJ, Karikari TK, Lantero Rodríguez J, Snellman A, et al. Longitudinal associations of blood phosphorylated Tau181 and neurofilament light chain with neurodegeneration in Alzheimer disease. JAMA Neurol. 2021. https://doi.org/10.1001/jamaneurol.2020.4986.

86. O'Connor A, Karikari TK, Poole T, Ashton NJ, Lantero Rodriguez J, Khatun A, et al. Plasma phospho tau181 in presymptomatic and symptomatic familial Alzheimer's disease: a longitudinal cohort study. Mol Psychiatry. 2020. https://doi.org/10.1038/s41380 020 0838 x.

87. Lantero Rodriguez J, Karikari TK, Suárez Calvet M, Troakes C, King A, Emersic A, et al. Plasma p tau181 accurately predicts Alzheimer's disease pathology at least 8 years prior to post mortem and improves the clinical characterisation of cognitive decline. Acta Neuropathol. 2020;140(3):267 78.

88. Karikari TK, Pascoal TA, Ashton NJ, Janelidze S, Benedet AL, Rodriguez JL, et al. Blood phosphorylated tau 181 as a biomarker for Alzheimer's disease: a diagnostic performance and prediction modelling study using data from four prospective cohorts. Lancet Neurol. 2020;19(5):422 33.

89. Thijssen EH, La Joie R, Wolf A, Strom A, Wang P, Iaccarino L, et al. Diagnostic value of plasma phosphorylated tau181 in Alzheimer's disease and frontotemporal lobar degeneration. Nat Med. 2020;26(3):387 97.

90. Janelidze S, Mattsson N, Palmqvist S, Smith R, Beach TG, Serrano GE, et al. Plasma P tau181 in Alzheimer's disease: relationship to other biomarkers, differential diagnosis, neuropathology and longitudinal progression to Alzheimer's dementia. Nat Med. 2020;26(3):379 86.

91. Kitaguchi N, Tatebe H, Sakai K, Kawaguchi K, Matsunaga S, Kitajima T, et al. Influx of tau and amyloid beta proteins into the blood during hemodialysis as a therapeutic extracorporeal blood amyloid beta removal system for Alzheimer's disease. J Alzheimers Dis. 2019;69(3):687 707.

92. Oliver JM, Anzalone AJ, Stone JD, Turner SM, Blueitt D, Garrison JC, et al. Fluctuations in blood biomarkers of head trauma in NCAA football athletes over the course of a season. J Neurosurg. 2019;130(5):1655 62.

93. Shi Y, Lu X, Zhang L, Shu H, Gu L, Wang Z, et al. Potential value of plasma amyloid beta, total tau, and neurofilament light for identification of early Alzheimer's disease. ACS Chem Neurosci. 2019;10(8):3479 85.

94. Arvanitakis Z, Shah RC, Bennett DA. Diagnosis and management of dementia: review. JAMA. 2019;322(16):1589 99.

95. Olsson B, Lautner R, Andreasson U, Öhrfelt A, Portelius E, Bjerke M, et al. CSF and blood biomarkers for the diagnosis of Alzheimer's disease: a systematic review and meta analysis. Lancet Neurol. 2016;15(7):673 84.

96. Wang HY, Bakshi K, Frankfurt M, Stucky A, Goberdhan M, Shah SM, et al. Reducing amyloid related Alzheimer's disease pathogenesis by a small molecule targeting filamin a. J Neurosci. 2012;32(29):9773 84.

97. Tatebe H, Kasai T, Ohmichi T, Kishi Y, Kakeya T, Waragai M, et al. Quantification of plasma phosphorylated tau to use as a biomarker for brain Alzheimer pathology: pilot case control studies including patients with Alzheimer's disease and Down syndrome. Mol Neurodegener. 2017;12(1):63.

98. Benussi A, Karikari TK, Ashton N, Gazzina S, Premi E, Benussi L, et al. Diagnostic and prognostic value of serum NfL and p tau (181) in frontotemporal lobar degeneration. J Neurol Neurosurg Psychiatry. 2020; 91(9):960 7.

99. Shekhar S, Kumar R, Rai N, Kumar V, Singh K, Upadhyay AD, et al. Estimation of tau and phosphorylated Tau181 in serum of Alzheimer's disease and mild cognitive impairment patients. PLoS One. 2016;11(7):e0159099.

100. Moscoso A, Grothe MJ, Ashton NJ, Karikari TK, Rodriguez JL, Snellman A, et al. Time course of phosphorylated tau181 in blood across the Alzheimer's disease spectrum. Brain. 2021;144(1):325 39.

101. Zettergren A, Lord J, Ashton NJ, Benedet AL, Karikari TK, Lantero Rodriguez J, et al. Association between polygenic risk score of Alzheimer's disease and plasma phosphorylated tau in individuals from the Alzheimer's disease neuroimaging initiative. Alzheimers Res Ther. 2021;13(1):17.

102. Simrén J, Leuzy A, Karikari TK, Hye A, Benedet AL, Lantero Rodriguez J, et al. The diagnostic and prognostic capabilities of plasma biomarkers in Alzheimer's disease. Alzheimers Dement. 2021. https://doi.org/10.1002/alz.12283.

103. Keshavan A, Pannee J, Karikari TK, Rodriguez JL, Ashton NJ, Nicholas JM, et al. Population based blood screening for preclinical Alzheimer's disease in a British birth cohort at age 70. Brain. 2021;awaa403. https://doi.org/10.1093/brain/awaa403.

104. Palmqvist S, Janelidze S, Quiroz YT, Zetterberg H, Lopera F, Stomrud E, et al. Discriminative accuracy of plasma phospho tau217 for Alzheimer disease vs other neurodegenerative disorders. JAMA. 2020;324(8):772 81.

**Ready to submit your research?** Choose BMC and benefit from:

- fast, convenient online submission
- thorough peer review by experienced researchers in your field
- rapid publication on acceptance
- support for research data, including large and complex data types
- gold Open Access which fosters wider collaboration and increased citations
- maximum visibility for your research: over 100M website views per year

**At BMC, research is always in progress.**

**Learn more** biomedcentral.com/submissions



# Exhibit P



# UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

| | | |
|---|---|---|
| 23628 | 7590 | 11/02/2021 |

WOLF GREENFIELD & SACKS, P.C.
600 ATLANTIC AVENUE
BOSTON, MA 02210-2206

| EXAMINER |
|---|
| WEIDNER, ADAM M |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1649 | |

DATE MAILED: 11/02/2021

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 16/522,237 | 07/25/2019 | David Wilson | Q0052.70018US03 | 4736 |

TITLE OF INVENTION: METHODS OF DETERMINING A TREATMENT PROTOCOL FOR AND/OR A PROGNOSIS OF A PATIENT'S RECOVERY FROM A BRAIN INJURY

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $1200 | $0.00 | $0.00 | $1200 | 02/02/2022 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the ENTITY STATUS shown above. If the ENTITY STATUS is shown as SMALL or MICRO, verify whether entitlement to that entity status still applies.

If the ENTITY STATUS is the same as shown above, pay the TOTAL FEE(S) DUE shown above.

If the ENTITY STATUS is changed from that shown above, on PART B - FEE(S) TRANSMITTAL, complete section number 5 titled "Change in Entity Status (from status indicated above)".

For purposes of this notice, small entity fees are 1/2 the amount of undiscounted fees, and micro entity fees are 1/2 the amount of small entity fees.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Maintenance fees are due in utility patents issuing on applications filed on or after Dec. 12, 1980. It is patentee's responsibility to ensure timely payment of maintenance fees when due. More information is available at www.uspto.gov/PatentMaintenanceFees.**

Page 1 of 3

PTOL-85 (Rev. 02/11)

# PART B - FEE(S) TRANSMITTAL

Complete and send this form, together with applicable fee(s), by mail or fax, or via EFS-Web.

By mail, send to:   Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

By fax, send to:   (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

23628    7590    11/02/2021

**WOLF GREENFIELD & SACKS, P.C.**
600 ATLANTIC AVENUE
BOSTON, MA 02210-2206

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being transmitted to the USPTO via EFS-Web or by facsimile to (571) 273-2885, on the date below.

_____ (Typed or printed name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 16/522,237 | 07/25/2019 | David Wilson | Q0052.70018US03 | 4736 |

TITLE OF INVENTION: METHODS OF DETERMINING A TREATMENT PROTOCOL FOR AND/OR A PROGNOSIS OF A PATIENT'S RECOVERY FROM A BRAIN INJURY

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $1200 | $0.00 | $0.00 | $1200 | 02/02/2022 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| WEIDNER, ADAM M | 1649 | 435-007920 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-09 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list
(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____

2 _____

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document must have been previously recorded, or filed for recordation, as set forth in 37 CFR 3.11 and 37 CFR 3.81(a). Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE       (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) : ☐ Individual ☐ Corporation or other private group entity ☐ Government

4a. Fees submitted: ☐Issue Fee ☐Publication Fee (if required) ☐Advance Order - # of Copies _____

4b. Method of Payment: *(Please first reapply any previously paid fee shown above)*

☐ Electronic Payment via EFS-Web  ☐ Enclosed check  ☐ Non-electronic payment by credit card (Attach form PTO-2038)

☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment to Deposit Account No. _____

5. **Change in Entity Status** (from status indicated above)

☐ Applicant certifying micro entity status. See 37 CFR 1.29

☐ Applicant asserting small entity status. See 37 CFR 1.27

☐ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.
NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.
NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature _____    Date _____

Typed or printed name _____    Registration No. _____

PTOL-85 Part B (08-18) Approved for use through 01/31/2020    OMB 0651-0033    U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE



# UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 16/522,237 | 07/25/2019 | David Wilson | Q0052.70018US03 | 4736 |

| | | |
|---|---|---|
| 23628         7590        11/02/2021 | | EXAMINER |
| WOLF GREENFIELD & SACKS, P.C. | | WEIDNER, ADAM M |
| 600 ATLANTIC AVENUE | ART UNIT | PAPER NUMBER |
| BOSTON, MA 02210-2206 | 1649 | |

DATE MAILED: 11/02/2021

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(Applications filed on or after May 29, 2000)

The Office has discontinued providing a Patent Term Adjustment (PTA) calculation with the Notice of Allowance.

Section 1(h)(2) of the AIA Technical Corrections Act amended 35 U.S.C. 154(b)(3)(B)(i) to eliminate the requirement that the Office provide a patent term adjustment determination with the notice of allowance. See Revisions to Patent Term Adjustment, 78 Fed. Reg. 19416, 19417 (Apr. 1, 2013). Therefore, the Office is no longer providing an initial patent term adjustment determination with the notice of allowance. The Office will continue to provide a patent term adjustment determination with the Issue Notification Letter that is mailed to applicant approximately three weeks prior to the issue date of the patent, and will include the patent term adjustment on the patent. Any request for reconsideration of the patent term adjustment determination (or reinstatement of patent term adjustment) should follow the process outlined in 37 CFR 1.705.

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

PTOL-85 (Rev. 02/11)

# Exhibit Q


May 16, 2025

Fujirebio Diagnostics, Inc.
Stacey Dolan
Senior Manager, Regulatory Affairs
201 Great Valley Parkway
Malvern, Pennsylvania 19475

Re:  K242706
    Trade/Device Name:  Lumipulse G pTau217/ß-Amyloid 1-42 Plasma Ratio
    Regulation Number:  21 CFR 866.5840
    Regulation Name:  Alzheimer's Disease Pathology Assessment Test
    Regulatory Class:  Class II
    Product Code:  SET
    Dated:  April 17, 2025
    Received:  April 17, 2025

Dear Stacey Dolan:

We have reviewed your section 510(k) premarket notification of intent to market the device referenced above and have determined the device is substantially equivalent (for the indications for use stated in the enclosure) to legally marketed predicate devices marketed in interstate commerce prior to May 28, 1976, the enactment date of the Medical Device Amendments, or to devices that have been reclassified in accordance with the provisions of the Federal Food, Drug, and Cosmetic Act (the Act) that do not require approval of a premarket approval application (PMA). You may, therefore, market the device, subject to the general controls provisions of the Act. Although this letter refers to your product as a device, please be aware that some cleared products may instead be combination products. The 510(k) Premarket Notification Database available at https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfpmn/pmn.cfm identifies combination product submissions. The general controls provisions of the Act include requirements for annual registration, listing of devices, good manufacturing practice, labeling, and prohibitions against misbranding and adulteration. Please note:  CDRH does not evaluate information related to contract liability warranties. We remind you, however, that device labeling must be truthful and not misleading.

If your device is classified (see above) into either class II (Special Controls) or class III (PMA), it may be subject to additional controls. Existing major regulations affecting your device can be found in the Code of Federal Regulations, Title 21, Parts 800 to 898. In addition, FDA may publish further announcements concerning your device in the Federal Register.

Additional information about changes that may require a new premarket notification are provided in the FDA guidance documents entitled "Deciding When to Submit a 510(k) for a Change to an Existing Device" (https://www.fda.gov/media/99812/download) and "Deciding When to Submit a 510(k) for a Software Change to an Existing Device" (https://www.fda.gov/media/99785/download).

Your device is also subject to, among other requirements, the Quality System (QS) regulation (21 CFR Part 820), which includes, but is not limited to, 21 CFR 820.30, Design controls; 21 CFR 820.90, Nonconforming product; and 21 CFR 820.100, Corrective and preventive action. Please note that regardless of whether a change requires premarket review, the QS regulation requires device manufacturers to review and approve changes to device design and production (21 CFR 820.30 and 21 CFR 820.70) and document changes and approvals in the device master record (21 CFR 820.181).

Please be advised that FDA's issuance of a substantial equivalence determination does not mean that FDA has made a determination that your device complies with other requirements of the Act or any Federal statutes and regulations administered by other Federal agencies. You must comply with all the Act's requirements, including, but not limited to: registration and listing (21 CFR Part 807); labeling (21 CFR Part 801 and Part 809); medical device reporting (reporting of medical device-related adverse events) (21 CFR Part 803) for devices or postmarketing safety reporting (21 CFR Part 4, Subpart B) for combination products (see https://www.fda.gov/combination-products/guidance-regulatory-information/postmarketing-safety-reporting-combination-products); good manufacturing practice requirements as set forth in the quality systems (QS) regulation (21 CFR Part 820) for devices or current good manufacturing practices (21 CFR Part 4, Subpart A) for combination products; and, if applicable, the electronic product radiation control provisions (Sections 531-542 of the Act); 21 CFR Parts 1000-1050.

All medical devices, including Class I and unclassified devices and combination product device constituent parts are required to be in compliance with the final Unique Device Identification System rule ("UDI Rule"). The UDI Rule requires, among other things, that a device bear a unique device identifier (UDI) on its label and package (21 CFR 801.20(a)) unless an exception or alternative applies (21 CFR 801.20(b)) and that the dates on the device label be formatted in accordance with 21 CFR 801.18. The UDI Rule (21 CFR 830.300(a) and 830.320(b)) also requires that certain information be submitted to the Global Unique Device Identification Database (GUDID) (21 CFR Part 830 Subpart E).  For additional information on these requirements, please see the UDI System webpage at https://www.fda.gov/medical-devices/device-advice-comprehensive-regulatory-assistance/unique-device-identification-system-udi-system.

Also, please note the regulation entitled, "Misbranding by reference to premarket notification" (21 CFR 807.97). For questions regarding the reporting of adverse events under the MDR regulation (21 CFR Part 803), please go to https://www.fda.gov/medical-devices/medical-device-safety/medical-device-reporting-mdr-how-report-medical-device-problems.

For comprehensive regulatory information about medical devices and radiation-emitting products, including information about labeling regulations, please see Device Advice (https://www.fda.gov/medical-devices/device-advice-comprehensive-regulatory-assistance) and CDRH Learn (https://www.fda.gov/training-and-continuing-education/cdrh-learn). Additionally, you may contact the Division of Industry and Consumer Education (DICE) to ask a question about a specific regulatory topic. See the DICE website (https://www.fda.gov/medical-devices/device-advice-comprehensive-regulatory-

assistance/contact-us-division-industry-and-consumer-education-dice) for more information or contact DICE by email (DICE@fda.hhs.gov) or phone (1-800-638-2041 or 301-796-7100).

Sincerely,

Ying Mao -S

Ying Mao, Ph.D.
Branch Chief
Division of Immunology and Hematology Devices
OHT7: Office of In Vitro Diagnostics
Office of Product Evaluation and Quality
Center for Devices and Radiological Health

Enclosure

# Indications for Use

**Submission Number** *(if known)*

K242706

**Device Name**

Lumipulse *G* pTau217/β-Amyloid 1-42 Plasma Ratio

**Indications for Use** *(Describe)*

The Lumipulse *G* pTau 217/β-Amyloid 1-42 Plasma Ratio is an in vitro test using human plasma (K2EDTA) that combines the results of Lumipulse *G* pTau 217 Plasma and Lumipulse *G* β-Amyloid 1-42-N Plasma assays into a ratio of pTau 217 to β-Amyloid 1-42 concentrations using the Lumipulse G1200 System.

The Lumipulse *G* pTau 217/β-Amyloid 1-42 Plasma Ratio is intended to aid healthcare providers to identify patients with amyloid pathology associated with Alzheimer's disease.

The Lumipulse *G* pTau 217/β-Amyloid 1-42 Plasma Ratio is indicated for adult patients, aged 50 years and older, presenting at a specialized care setting with signs and symptoms of cognitive decline.

A test result ≤ 0.00370 is a negative result which is consistent with patients who are unlikely to have amyloid pathology. These patients should be investigated for other causes of cognitive decline.

A test result ≥ 0.00738 is a positive result which is consistent with patients who are likely to have amyloid pathology. This result does not establish a diagnosis of Alzheimer's disease or other cognitive disorders.

A test result between 0.00371 and 0.00737 is an indeterminate result which is consistent with patients who are uncertain to have amyloid pathology. These patients should be considered for further testing.

The Lumipulse *G* pTau 217/β-Amyloid 1-42 Plasma Ratio results must be interpreted in conjunction with other patient clinical information.

This test is not intended as a screening or stand-alone diagnostic test.

**Type of Use** *(Select one or both, as applicable)*

☒ Prescription Use (Part 21 CFR 801 Subpart D)          ☐ Over-The-Counter Use (21 CFR 801 Subpart C)

---

**CONTINUE ON A SEPARATE PAGE IF NEEDED.**

This section applies only to requirements of the Paperwork Reduction Act of 1995.

**\*DO NOT SEND YOUR COMPLETED FORM TO THE PRA STAFF EMAIL ADDRESS BELOW.\***

The burden time for this collection of information is estimated to average 79 hours per response, including the time to review instructions, search existing data sources, gather and maintain the data needed and complete and review the collection of information. Send comments regarding this burden estimate or any other aspect of this information collection, including suggestions for reducing this burden, to:

Department of Health and Human Services
Food and Drug Administration
Office of Chief Information Officer
Paperwork Reduction Act (PRA) Staff
*PRAStaff@fda.hhs.gov*

*"An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB number."*



# 510(k) Decision Summary

## I. BACKGROUND INFORMATION

### A. 510(k) Number

k242706

### B. Applicant

Fujirebio Diagnostics, Inc

### C. Proprietary and Established Names

Lumipulse *G* p Tau 217/β-Amyloid 1-42 Plasma Ratio

### D. Regulatory Information

| Product Code(s) | Classification | Regulation Section | Panel |
|---|---|---|---|
| SET | Class II | 21 CFR 866.5840 – Alzheimer's Disease Pathology Assessment Test | IM - Immunology |

## II. SUBMISSION/DEVICE OVERVIEW:

### A. Purpose for Submission:

New Device

### B. Measurand:

Ratio of two analytes: pTau217 and β-Amyloid 1-42

### C. Type of Test:

Fully automated, chemiluminescent enzyme immunoassays (CLEIA)

## III. INTENDED USE/INDICATIONS FOR USE:

### A. Intended Use(s):


The Lumipulse *G* pTau 217/β-Amyloid 1-42 Plasma Ratio is an in vitro test using human plasma (K$_2$EDTA) that combines the results of Lumipulse *G* pTau 217 Plasma and Lumipulse *G* β-Amyloid 1-42-N Plasma assays into a ratio of pTau 217 to β-Amyloid $_{1-42}$ concentrations using the LUMIPULSE G1200 System.

The Lumipulse *G* pTau 217/β-Amyloid 1-42 Plasma Ratio is intended to aid healthcare providers to identify patients with amyloid pathology associated with Alzheimer's disease.

The Lumipulse *G* pTau 217/β-Amyloid 1-42 Plasma Ratio is indicated for adult patients, aged 50 years and older, presenting at a specialized care setting with signs and symptoms of cognitive decline.

A test result ≤ 0.00370 is a negative result which is consistent with patients who are unlikely to have amyloid pathology. These patients should be investigated for other causes of cognitive decline.

A test result ≥ 0.00738 is a positive result which is consistent with patients who are likely to have amyloid pathology. This result does not establish a diagnosis of Alzheimer's disease or other cognitive disorders.

A test result between 0.00371 and 0.00737 is an intermediate result which is consistent with patients who are uncertain to have amyloid pathology. These patients should be considered for further testing.

The Lumipulse *G* pTau 217/β-Amyloid 1-42 Plasma Ratio results must be interpreted in conjunction with other patient clinical information.

This test is not intended as a screening or stand-alone diagnostic test.


**B. Indication for Use(s):**

Same as Intended Use


**C. Special Conditions for Use Statement(s):**

For *in vitro* diagnostics use only.

Rx ONLY


**D. Special instrument requirements:**

LUMIPULSE G1200 System (cleared under k142895)


## IV.   DEVICE/SYSTEM CHARACTERISTICS:

### A. Device Description:

The Lumipulse *G* pTau 217/β-Amyloid 1-42 Plasma Ratio is a test that combines the test results of the Lumipulse *G* pTau 217 Plasma assay and Lumipulse *G* β-Amyloid 1-42-N Plasma assay from the same patient specimen (K2EDTA plasma sample) into a numerical ratio from 0.00000 – 1.00000.  The numerical ratio will be compared to the established cutoffs.

$$\text{Lumipulse } G \text{ pTau 217/} \atop \text{β-Amyloid 1-42 Plasma Ratio} = \frac{\text{Lumipulse } G \text{ pTau 217 Plasma (results in pg/mL)}}{\text{Lumipulse } G \text{ β-Amyloid 1-42-N Plasma (results in pg/mL)}} = \text{a numerical value targeted up to } 1.00000$$

### 1.   Lumipulse  *G* p Tau217 Plasma

Lumipulse *G* pTau 217 Plasma is an assay system including a set of immunoassay reagents, for the quantitative measurement of pTau 217 in $K_2$EDTA plasma specimens based on chemiluminescent enzyme immunoassay (CLEIA) technology by a specific two-step immunoassay method on the LUMIPULSE *G* System.  The components of the Lumipulse *G* pTau 217 Plasma are as follows:

| Lumipulse *G* pTau217 Plasma | | |
|---|---|---|
| **Component** | **Volume** | **Contents** |
| Antibody-Coated Particle Solution | Liquid 150µL/Immunoreaction Cartridge | 0.025% anti-phosphorylated Tau (217) monoclonal antibody (mouse)-coated particles, protein stabilizers (bovine) in 50 mM Tris buffer. This solution contains gelatin and turns into gel at 15°C or lower. Preservative: 0.1% ProClin 300. |
| Enzyme-Labeled Antibody Solution | Liquid 220µL/Immunoreaction Cartridge | 0.50 µg/mL alkaline phosphatase (ALP)-labeled anti-Tau monoclonal antibodies (mouse) conjugate, protein (bovine) and chemical stabilizers in 50 mM MOPS buffer. Preservative: 0.1% ProClin 300 |
| Assay Specific Solution | Liquid 80µL/Immunoreaction Cartridge | 3.45% chemical stabilizers in 50mM Tris buffer. Preservative: 0.1% ProClin 300 |

Additional materials required but sold separately:
- Lumipulse *G* pTau 217 Plasma Calibrators:  Five (5) Lumiulpse *G* pTau 217 Calibrators with concentrations of 0, 0.250, 1.000, 5.000 and 10.000 pg/mL.
- Lumipulse pTau 217 Plasma Controls: Two (2) levels of Lumipulse pTau 217 Plasma Controls, liquid (frozen)


## 2. Lumipulse *G* β-Amyloid 1-42-N Plasma

Lumipulse *G* β-Amyloid 1-42-N Plasma is an assay system including a set of immunoassay reagents, for the quantitative measurement of β-amyloid$_{1-42}$ in K2EDTA plasma specimens based on CLEIA technology by a two-step immunoassay method on the LUMIPULSE *G* System. The components of the Lumipulse *G* β-Amyloid 1-42-N Plasma are as follows:

| Lumipulse *G*β -Amyloid 1-42-N Plasma | | |
|---|---|---|
| **Component** | **Volume** | **Contents** |
| Antibody-Coated Particle Solution | Liquid 150μL/Immunoreaction Cartridge | 0.050% anti-Amyloid$_{1-42}$ monoclonal antibody (mouse)-coated particles, protein stabilizers (bovine) in 50 mM MES buffer. This solution contains gelatin and turns into gel at 15°C or lower. Preservative: 0.1% Proclin 300. |
| Enzyme-Labeled Antibody Solution | Liquid 250μL/Immunoreaction Cartridge | 0.50 µg/mL alkaline phosphatase (ALP)-labeled anti-β-amyloid monoclonal antibodies (mouse) conjugate, protein (bovine) and chemical stabilizers in 50 mM MES buffer. Preservative: 0.1% ProClin 300 |
| Assay Specific Solution | Liquid 120μL/Immunoreaction Cartridge | 2.05% detergents in 50 mM MES buffer. Preservative: 0.1% ProClin 300 |

Additional materials required but sold separately:
- Lumipulse *G* β-Amyloid 1-42-N Plasma Calibrators: Four (4) Lumiuplse *G* β-Amyloid 1-42 Plasma Calibrators with concentrations of 0, 30, 100, and 1000 pg/mL.
- Lumipulse β-Amyloid Plasma Controls: Two (2) levels of Lumipulse β-Amyloid Plasma Controls, liquid (frozen)

## 3. LUMIPULSE G1200
LUMIPULSE G1200 is an instrument platform that can perform automated chemiluminescence immunoassays of specimens using LUMIPULSE *G* reagents, conducting various processes such as dispensing, agitation and photometric measurement.

## B. PRINCIPLE OF OPERATION

1. <u>Specimen Collection</u>
   Refer to the Lumipulse *G* pTau 217/β-Amyloid 1-42 Plasma Ratio package insert.
2. <u>Specimen Storage</u>
   Specimens may be stored at the following conditions:



| Temperature (°C) | On Board | 2 to 8 | -30 to -10 | -60 |
|---|---|---|---|---|
| Stability | 3 hours | 1 day | 1 month | 1 month |

**NOTE:** Specimens used in the Lumipulse G pTau 217/β-Amyloid 1-42 Plasma Ratio degrade rapidly at room temperature. Avoid storage and shipment at room temperature (23-28 °C).

3. <u>Lumipulse *G* pTau 217 Plasma</u>

Lumipulse *G* pTau 217 Plasma is an assay system including a set of immunoassay reagents, for the quantitative measurement of pTau 217 in K2EDTA plasma specimens based on chemiluminescent enzyme immunoassay (CLEIA) technology by a specific two-step immunoassay method on the LUMIPULSE *G* System as follows:

1) First reaction step: pTau 217 calibrator or specimen are added to particle solution.
2) pTau 217 in specimens or calibrators specifically binds to anti- phosphorylated Tau (217) monoclonal antibody (mouse) on the particles, and antigen-antibody immunocomplexes are formed.
3) Washing step: The particles are washed and rinsed to remove unbound materials.
4) Second reaction step: Alkaline phosphatase (ALP)-labeled anti-Tau monoclonal antibodies (mouse) are added and specifically bind to the prior formed immunocomplexes on the particles, and additional immunocomplexes are formed.
5) Washing step: The particles are washed and rinsed to remove unbound materials.
6) Enzyme reaction step: Substrate Solution is added and mixed with the particles. AMPPD* contained in the Substrate Solution is dephosphorylated by the catalysis of ALP indirectly conjugated to particles.
7) Luminescence measurement step: Luminescence (at a maximum wavelength of 477 nm) is generated by the cleavage reaction of dephosphorylated AMPPD*. The luminescent signal reflects the amount of pTau 217 present in the sample.
*AMPPD: 3-(2'-spiroadamantane)-4-methoxy-4-(3"-phosphoryloxy) phenyl-1, 2-dioxetane disodium salt

4. <u>Lumipulse *G* β-Amyloid 1-42-N Plasma</u>

Lumipulse *G* β-Amyloid 1-42-N Plasma is an assay system including a set of immunoassay reagents, for the quantitative measurement of β-amyloid$_{1-42}$ in K2EDTA plasma specimens based on CLEIA technology by a two-step immunoassay method on the LUMIPULSE *G* System as follows:

1) Sampling: β-Amyloid 1-42 Plasma calibrator or specimen are added to the particle solution.


2) First reaction step: β-amyloid$_{1-42}$ in specimens or calibrators specifically binds to the anti-β-amyloid$_{1-42}$ monoclonal antibody (mouse) on the particles, and antigen-antibody immunocomplexes are formed.

3) Washing: The particles are washed and rinsed to remove unbound materials.

4) Second reaction: Alkaline phosphatase (ALP)-labeled anti- β-amyloid monoclonal antibodies (mouse) are added and specifically bind to the prior formed immunocomplexes on the particles, and additional immunocomplexes are formed.

5) Washing: The particles are washed and rinsed to remove unbound materials.

6) Enzyme reaction: Substrate Solution is added and mixed with the particles. AMPPD* contained in the Substrate Solution is dephosphorylated by the catalysis of ALP indirectly conjugated to particles.

7) Luminescence measurement: Luminescence (at a maximum wavelength of 477 nm) is generated by the cleavage reaction of dephosphorylated AMPPD*. The luminescent signal reflects the amount of β-amyloid$_{1-42}$ present in the sample.
*AMPPD: 3-(2'-spiroadamantane)-4-methoxy-4-(3"-phosphoryloxy) phenyl-1, 2-dioxetane disodium salt

5. <u>Interpretation of Lumipulse *G* pTau 217/β-Amyloid 1-42 Plasma Ratio Results</u>
The LUMIPULSE G1200 reports the results of the Lumipulse *G* pTau 217 Plasma and the Lumipulse *G* β-Amyloid 1-42-N Plasma separately. The Lumipulse *G* pTau 217/β-Amyloid 1-42 Plasma Ratio must be manually calculated because the instrument does not report the final result. The final result (positive, indeterminate, and negative) must be interpreted according to the table below:

| pTau 217/β-Amyloid 1-42 Plasma Ratio | Test Result | Interpretation |
|---|---|---|
| Result ≤ 0.00370 | Negative | A negative result is consistent with patients who are unlikely to have amyloid pathology. These patients should be investigated for other causes of cognitive decline. |
| Result ≥ 0.00738 | Positive | A positive result is consistent with patients who are likely to have amyloid pathology. This result does not establish a diagnosis of AD or other cognitive disorders. |
| 0.00371 ≤ Result ≤ 0.00737 | Indeterminate | An indeterminate result is consistent with patients who are uncertain to have amyloid |


| | | pathology. These patients should be considered for further testing. |
|---|---|---|

**Note**: The ratio must be rounded up to 5 decimal places before comparing against the interpretation of results. If the concentration of the analytes is outside the measuring interval, the following rules apply:

- If the Lumipulse *G* pTau 217 Plasma assay result is < 0.047 pg/ml, and the Lumipulse *G* β-Amyloid 1-42 Plasma assay result is < 12.8 pg/mL, then the ratio cannot be calculated.
- If the Lumipulse *G* pTau 217 Plasma assay result is < 0.047 pg/ml, and the Lumipulse *G* β-Amyloid 1-42 Plasma assay result is ≥ 12.8, then the Lumipulse *G* pTau 217 Plasma assay result used to calculate the ratio should be 0.047.
- If the Lumipulse *G* pTau 217 Plasma assay result is > 10.000 pg/mL, then the assay result used to calculate the ratio should be 10.000.
- If the Lumipulse *G* β-Amyloid 1-42-N Plasma assay result is ≥ 500.0 and the Lumipulse *G* pTau 217 Plasma assay result is ≤ 1.85 pg/mL, then the Lumipulse *G* β-Amyloid 1-42-N Plasma assay result used to calculate the ratio should be 500.0.
- If the Lumipulse *G* β-Amyloid 1-42-N Plasma assay result is ≥ 500.0 and the Lumipulse *G* pTau 217 Plasma assay result is > 1.85 pg/mL, then the ratio cannot be calculated.
- If the ratio cannot be calculated, then sample should be re-tested. If upon re-test, one or both of the individual assay results remain outside the AMI the ratio cannot be determined. A repeat blood draw is not recommended.

**V.    SUBSTANTIAL EQUIVALENCE INFORMATION:**

**A. Predicate Device Name(s):**

Lumipulse *G* β-Amyloid Ratio (1-42/1-40)

**B. Predicate 510(k) Number(s):**

DEN200072

**C. Comparison with Predicate(s):**

| Similarities and Differences | | |
|---|---|---|
| | **Lumipulse *G* pTau 217/β-Amyloid 1-42 Plasma Ratio (Proposed Device)** | **Lumipulse *G* β-Amyloid Ratio (1-42/1-40) (Predicate Device) DEN200072** |
| **Device Type** | *In vitro* diagnostic | Same |
| **Classification** | Class II | Same |
| **Product Code** | SET | QSE |


## Similarities and Differences

|  | Lumipulse *G*<br>pTau 217/β-Amyloid 1-42 Plasma Ratio<br>(Proposed Device) | Lumipulse *G* β-Amyloid Ratio<br>(1-42/1-40)<br>(Predicate Device)<br>DEN200072 |
|---|---|---|
| **Analyte** | pTau 217 and β-Amyloid 1-42 | β-Amyloid 1-42 and β-Amyloid 1-40 |
| **Regulation Number** | 21CFR § 866.5840 | Same |
| **Product Usage** | Clinical and Hospital laboratories | Same |
| **Principle of Operation** | Automated Chemiluminscent Enzyme Immunoassay (CLEIA) | Same |
| **Specimen Collection Method** | Routine Phlebotomy Techniques | Lumbar Puncture |
| **Intended Use** | The Lumipulse *G* pTau 217/β-Amyloid 1-42 Plasma Ratio is an in vitro test using human plasma ($K_2$EDTA) that combines the results of Lumipulse *G* pTau 217 Plasma and Lumipulse *G* β-Amyloid 1-42-N Plasma assays into a ratio of pTau 217 to β-Amyloid $_{1-42}$ concentrations using the LUMIPULSE G1200 System.<br><br>The Lumipulse *G* pTau 217/β-Amyloid 1-42 Plasma Ratio is intended to aid healthcare providers to identify patients with amyloid pathology associated with Alzheimer's disease.<br><br>The Lumipulse *G* pTau 217/β-Amyloid 1-42 Plasma Ratio is indicated for adult patients, aged 50 years and older, presenting at a specialized care setting with signs and symptoms of cognitive decline.<br><br>A test result ≤ 0.00370 is a negative result which is consistent with patients who are unlikely to have amyloid pathology. These patients | The Lumipulse G β-Amyloid Ratio (1-42/1-40) is an in vitro cerebral spinal fluid (CSF) test that combines the results of Lumipulse G β-Amyloid 1-42 and Lumipulse G β-Amyloid 1-40 assays into a ratio of β-amyloid 1-42 to β-amyloid 1-40 concentrations using the LUMIPULSE G 1200 System. The Lumipulse G β-Amyloid Ratio (1-42/1-40) is intended to be used in adult patients, aged 55 years and older, presenting with cognitive impairment who are being evaluated for Alzheimer's disease (AD) and other causes of cognitive decline.<br><br>A test result ≥ 0.073 is a negative result which is consistent with a negative amyloid positron emission tomography (PET) scan result. A negative result reduces the likelihood that a patient's cognitive impairment is due to AD.<br><br>A test result ≤ 0.058 is a positive result which is consistent with a positive amyloid PET scan result. A positive result does not establish a diagnosis of AD or other cognitive disorder. |



| Similarities and Differences | | |
|---|---|---|
| | **Lumipulse *G*<br>pTau 217/β-Amyloid 1-42 Plasma Ratio<br>(Proposed Device)** | **Lumipulse *G* β-Amyloid Ratio<br>(1-42/1-40)<br>(Predicate Device)<br>DEN200072** |
| | should be investigated for other causes of cognitive decline.<br><br>A test result ≥ 0.00738 is a positive result which is consistent with patients who are likely to have amyloid pathology. This result does not establish a diagnosis of Alzheimer's disease or other cognitive disorders.<br><br>A test result between 0.00371 and 0.00737 is an intermediate result which is consistent with patients who are uncertain to have amyloid pathology. These patients should be considered for further testing.<br><br>The Lumipulse *G* pTau 217/β-Amyloid 1-42 Plasma Ratio results must be interpreted in conjunction with other patient clinical information.<br><br>This test is not intended as a screening or stand-alone diagnostic test. | A test result between 0.059 and 0.072 is considered as a likely positive result as it is more likely consistent with a positive amyloid PET scan result. A likely positive result does not establish a diagnosis of AD or other cognitive disorders and has increased uncertainty in regard to amyloid PET positivity.<br><br>The Lumipulse G β-Amyloid Ratio (1-42/ 1-40) results must be interpreted in conjunction with other patient clinical information.<br><br>This test is not intended as a screening or stand-alone diagnostic test. |
| **Instrument System** | LUMIPULSE G1200 System | Same |
| **Assay Type** | Two-step sandwich immunoassays based on chemiluminescent technology | Same |
| **Assay Antibodies** | pTau 217: anti-phosphorylated Tau (217) monoclonal antibody (mouse)-coated particles and alkaline phosphatase (ALP)-labeled anti-Tau monoclonal antibodies (mouse) | β-Amyloid 1-42: anti-β-amyloid$_{1-42}$ monoclonal antibody (mouse)-coated particles and biotinylated anti-β-amyloid antibody (mouse)<br>β-Amyloid 1-40: anti-β-amyloid$_{1-40}$ monoclonal antibody (mouse)-coated |



## Similarities and Differences

|  | Lumipulse *G* pTau 217/β-Amyloid 1-42 Plasma Ratio (Proposed Device) | Lumipulse *G* β-Amyloid Ratio (1-42/1-40) (Predicate Device) DEN200072 |
|---|---|---|
|  | β-Amyloid 1-42 Plasma: anti-β-amyloid$_{1-42}$ monoclonal antibody (mouse)-coated particles and alkaline-phosphatase (ALP)-labeled anti-β-amyloid$_{1-42}$ monoclonal antibodies (mouse) conjugate | particles and alkaline-phosphatase (ALP)-labeled anti-β-amyloid antibody (mouse) conjugate |
| **Type of Specimen** | Plasma - Dipotassium ethylenediaminetetraacetic acid (K2EDTA) | Cerebrospinal fluid (CSF) |
| **Ratio Range** | 0.00000 to 1.00000 | 0.001 to 1.000 |
| **Measuring Range** | pTau 217: 0.047 to 10.000 pg/mL β-Amyloid 1-42 Plasma: 0.8 to 500.0 pg/mL | β-Amyloid 1-42: 38 to 2203.5 pg/mL β-Amyloid 1-40: 156.3 to 28450.3 pg/mL |
| **Ratio Calculation** | Operator calculates the ratio of pTau 217 to Aβ1-42. | A web-based calculator tool calculates the ratio of Aβ1-42 to Aβ1-40. |

## VI.    STANDARDS/GUIDANCE DOCUMENTS REFERENCED

- CLSI EP05-A3: Evaluation of Precision of Quantitative Measurement Procedures; Approved Guideline - Third Edition
- CLSI EP06, 2nd ed: Evaluation of the Linearity of Quantitative Measurement Procedures – Second Edition
- CLSI EP07, 3rd ed: Interference Testing in Clinical Chemistry; Approved Guideline – Third Edition
- CLSI EP17-A2: Evaluation of Detection Capability for Clinical Laboratory Measurement Procedures; Approved Guideline Second Edition
- CLSI EP37: Supplemental Tables for Interference Testing in Clinical Chemistry: Approved Guideline; First Edition
- CLSI EP34: Establishing and Verifying an Extended Measuring Interval Through Specimen Dilution and Spiking; Approved Guideline; First Edition
- CLSI EP28-A3c: Defining, Establishing and Verifying Reference Intervals in the Clinical Laoratory; Approved Guideline – Third Edition
- CLSI EP35: Assessment of Equivalence or Suitability of Specimen Types for Medical Laboratory Measurement Procedures; Approved Guideline – First Edition
- CLSI EP39: A Hierarchical Approach to Selecting Surrogate Samples for the Evaluation of In Vitro Medical Laboratory Tests; Approved Guideline – First Edition


## VII. PERFORMANCE CHARACTERISTICS
### A. Analytical Performance

### 1. Reproducibility/Precision

<u>Lumipulse *G* pTau 217 Plasma</u>

Lumipulse *G* pTau 217 Plasma demonstrated precision ≤ 10.3% (total %CV) in a study run per Clinical & Laboratory Standards Institute (CLSI) EP05-A3. Five human K2EDTA plasma panels were assayed in replicates of two at two separate times of the day for 20 days (N=80 for each panel) using one LUMIPULSE G1200 System. Within-Laboratory (Total) precision combines Within-run, Between-run and Between-day precision data. Data from this study are presented below.

| Panel | Mean (pg/mL) | Within-Run (Repeatability) | | Between Run | | Between-Day | | Within-Laboratory (Total) | |
|---|---|---|---|---|---|---|---|---|---|
| | | SD | %CV | SD | %CV | SD | %CV | SD | %CV |
| 1 | 0.083 | 0.008 | 10.1 | 0.002 | 1.9 | 0.000 | 0.0 | 0.009 | 10.3 |
| 2 | 0.210 | 0.006 | 3.0 | 0.006 | 3.1 | 0.003 | 1.6 | 0.010 | 4.6 |
| 3 | 0.100 | 0.006 | 6.5 | 0.000 | 0.0 | 0.003 | 2.7 | 0.007 | 7.0 |
| 4 | 4.492 | 0.075 | 1.7 | 0.044 | 1.0 | 0.053 | 1.2 | 0.102 | 2.3 |
| 5 | 8.606 | 0.147 | 1.7 | 0.090 | 1.0 | 0.082 | 0.9 | 0.190 | 2.2 |

<u>Lumipulse *G* β-Amyloid 1-42-N Plasma</u>

Lumipulse *G* β-Amyloid 1-42-N Plasma demonstrated precision ≤ 3.8% (total %CV) in a study run per CLSI EP05-A3. Five human K2EDTA plasma panels were assayed in replicates of two at two separate times of the day for 20 days (N=80 for each panel) using one LUMIPULSE G1200 System. Within-Laboratory (Total) precision combines Within-run, Between-run and Between-day precision data. Data from this study are presented below.



| Panel | Mean (pg/mL) | Within-Run (Repeatability) | | Between Run | | Between-Day | | Within-Laboratory (Total) | |
|---|---|---|---|---|---|---|---|---|---|
| | | SD | %CV | SD | %CV | SD | %CV | SD | %CV |
| 1 | 22.4 | 0.5 | 2.2 | 0.3 | 1.3 | 0.1 | 0.7 | 0.6 | 2.6 |
| 2 | 38.8 | 1.3 | 3.4 | 0.7 | 1.8 | 0.1 | 0.3 | 1.5 | 3.8 |
| 3 | 19.4 | 0.5 | 2.6 | 0.2 | 0.9 | 0.2 | 1.1 | 0.6 | 2.9 |
| 4 | 195.5 | 2.1 | 1.1 | 5.1 | 2.6 | 1.0 | 0.5 | 5.6 | 2.9 |
| 5 | 451.1 | 4.6 | 1.0 | 8.9 | 2.0 | 5.1 | 1.1 | 11.3 | 2.5 |

<u>Lumipulse *G* pTau 217/β-Amyloid 1-42 Plasma Ratio</u>
Lumipulse *G* pTau 217/β-Amyloid 1-42 Plasma Ratio demonstrated precision ≤10.2 % (total %CV) in a study run per CLSI EP05-A3. Five human K2EDTA plasma panels were assayed in replicates of two at two separate times of the day for 20 days (N=80 for each panel) using one LUMIPULSE G1200 System. Within-Laboratory (Total) precision combines Within-run, Between-run and Between-day precision data. Data from this study are presented below.

| Panel | Mean Ratio | Within-Run (Repeatability) | | Between Run | | Between-Day | | Within-Laboratory (Total) | |
|---|---|---|---|---|---|---|---|---|---|
| | | SD | %CV | SD | %CV | SD | %CV | SD | %CV |
| 1 | 0.00372 | 0.00036 | 9.8 | 0.00011 | 2.9 | 0.00000 | 0.0 | 0.00038 | 10.2 |
| 2 | 0.00542 | 0.00021 | 3.8 | 0.00021 | 3.9 | 0.00008 | 1.5 | 0.00031 | 5.7 |
| 3 | 0.00514 | 0.00037 | 7.2 | 0.00000 | 0.0 | 0.00014 | 2.8 | 0.00040 | 7.7 |
| 4 | 0.02298 | 0.00050 | 2.2 | 0.00053 | 2.3 | 0.00000 | 0.0 | 0.00073 | 3.2 |
| 5 | 0.01909 | 0.00040 | 2.1 | 0.00027 | 1.4 | 0.00034 | 1.8 | 0.00059 | 3.1 |

The result of Lumipulse *G* pTau 217/β-Amyloid 1-42 Plasma Ratio for each panel member (N=80) were further analyzed to evaluate qualitative agreement. The % of ratio


positive results was calculated for each panel member based on the number of positive Lumipulse *G* pTau 217/β-Amyloid 1-42 Plasma Ratio results. The % of ratio negative results was calculated for each panel member based on the number of negative Lumipulse *G* pTau 217/β-Amyloid 1-42 Plasma Ratio results. Results are summarized in the tables below:

| Panel member | Mean Ratio | Total Replicates (N) | Qualitative agreement | |
|---|---|---|---|---|
| | | | Number of positive Lumipulse *G* pTau 217/β-Amyloid 1-42 Plasma Ratio results at ≥ 0.00738 | % Ratio Positive Results |
| 1 | 0.00372 | 80 | 0 | 0.0% |
| 2 | 0.00542 | 80 | 0 | 0.0% |
| 3 | 0.00514 | 80 | 0 | 0.0% |
| 4 | 0.02298 | 80 | 80 | 100.0% |
| 5 | 0.01909 | 80 | 80 | 100.0% |

| Panel member | Mean Ratio | Total Replicates (N) | Qualitative agreement | |
|---|---|---|---|---|
| | | | Number of negative Lumipulse *G* pTau 217/β-Amyloid 1-42 Plasma Ratio results at ≤ 0.00370 | % Ratio Negative Results |
| 1 | 0.00372 | 80 | 38 | 47.5% |
| 2 | 0.00542 | 80 | 0 | 0.0% |
| 3 | 0.00514 | 80 | 0 | 0.0% |
| 4 | 0.02298 | 80 | 0 | 0.0% |
| 5 | 0.01909 | 80 | 0 | 0.0% |

## 2. Linearity

Lumipulse *G* pTau 217 Plasma

Lumipulse *G* pTau 217 Plasma on the LUMIPULSE G1200 System demonstrated linearity in a study consistent with the guidelines in CLSI EP06-Ed2. The assay is linear across the range 0.037 pg/mL to 11.326 pg/mL. Lumipulse *G* pTau 217 Plasma correlated with expected concentrations per the linear regression formula:

$$y = -0.001293 + 0.9849x; R^2: 0.9993$$


<u>Lumipulse *G* β-Amyloid 1-42-N Plasma</u>
Lumipulse *G* β-Amyloid 1-42-N Plasma on the LUMIPULSE G1200 System demonstrated linearity in a study consistent with the guidelines in CLSI EP06-Ed2. The assay is linear across the range 0.8 pg/mL to 1012.0 pg/mL. Lumipulse *G* β-Amyloid 1-42-N Plasma correlated with expected concentrations per the linear regression formula:

y = 0.02084 + 1.01x; $R^2$:  0.9997

### 3.  Analytical Specificity/Interference

### (i)    Interference

Lumipulse *G* pTau 217 Plasma and Lumipulse *G* β-Amyloid 1-42-N Plasma on the Lumipulse G1200 System demonstrated an interference of less than ± 10% for each compound shown in the table below, in a study performed in accordance with the CLSI guidelines EP07, 3rd ed. and EP37. To assess test performance in the presence of potentially interfering substances, five pooled human plasma samples with varying pTau 217 (0.079 – 5.179 pg/mL) and β-Amyloid 1-42 (20.2 – 498.6 pg/mL) concentrations were prepared for targeting the Lumipulse *G* pTau 217/β-Amyloid 1-42 Plasma ratio between 0.00322 – 0.1000. Test samples were created by spiking with potential endogenous and exogenous interfering substances. Control samples were spiked only with the solvent used to create the interfering substances panel. The pTau 217 and β-Amyloid 1-42 in the test samples were measured in three replicates. The percent interference of each analyte was calculated by determining the percent differences between the test and control samples. The following compounds were tested and found not to interfere with the assay.

| Endogenous Interferent | Concentration |
|---|---|
| Free Bilirubin (Unconjugated) | 40 mg/dL |
| Conjugated Bilirubin | 40 mg/dL |
| Hemoglobin | 400 mg/dL |
| Total Protein (Human Serum Albumin (HSA)) | 14 g/dL |
| Triglycerides | 1350 mg/dL |
| Biotin | 3500 ng/mL |
| Human Anti-Mouse Antibodies (HAMA IgG) | 1000 ng/mL |
| Rheumatoid Factor (RF IgM) | 200 IU/mL |
| Immunoglobulin G (IgG) | 2000 mg/dL |



| Endogenous Interferent | Concentration |
|---|---|
| Immunoglobulin M (IgM) | 300 mg/dL |
| Immunoglobulin A (IgA) | 500 mg/dL |

| Exogenous Interferent | Concentration |
|---|---|
| Acetaminophen | 1324 µmol/L |
| Acetazolamide | 5.7 mg/dL |
| Acetylcysteine | 15.0 mg/dL |
| Acetylsalicylic acid | 3.62 mmol/L |
| Aducanumab (Aduhelm) | 2 mg/mL |
| Alendronate Sodium | 0.04 mg/mL |
| Ampicillin | 215 µmol/L |
| Aripiprazole | 45 mg/L |
| Ascorbic Acid | 342 µmol/L |
| Aspirin | 0.39 mg/mL |
| Atorvastatin | 0.075 mg/dL |
| Bisacodyl | 0.009 mg/mL |
| Caffeine | 556 µmol/L |
| Calcium Dobesilate | 6.0 mg/dL |
| Cefoxitin | 660 mg/dL |
| Cetirizine HCL | 0.435 mg/dL |
| Chloramphenicol | 186 µmol/L |
| Chlorothiazide | 2.7 mg/dL |
| Clopidogrel | 0.045 mg/mL |
| Cyclosporine | 0.18 mg/dL |
| Desipramine HCL | 0.204 mg/dL |
| Diazepam | 3.00 mg/dL |



| Exogenous Interferent | Concentration |
|---|---|
| Digoxin | 49.9 nmol/L |
| Donanemab (Kisunla) | 0.84 mg/mL |
| Donepezil (Aricept) | 30 mg/L |
| Doxycycline | 1.8 mg/dL |
| Escitalopram | 0.0192 mg/dL |
| Esomeprazole | 0.69 mg/dL |
| Estradiol | 0.00000075 mg/dL |
| Famotidine | 0.244 mg/dL |
| Furosemide | 1.59 mg/dL |
| Gabapentin | 2.67 mg/dL |
| Galantamine (Reminyl) | 250 mg/L |
| Heparin | 330 units/dL |
| Hydralazine HCl | 1.44 mg/dL |
| Hydrochlorothiazide | 3.79 µmol/L |
| Ibuprofen | 21.9 mg/dL |
| Insulin | 115 mU/L |
| Lactitol | 12 mg/mL |
| Lecanemab (Leqembi) | 0.475 mg/mL |
| Levodopa | 0.5 mg/dL |
| Levothyroxine | 0.0429 mg/dL |
| Lisinopril | 0.0246 mg/dL |
| Loperamide HCl | 0.0090 mg/mL |
| Losartan | 0.06 mg/mL |
| Memantine (Namenda) | 250 mg/L |
| Metformin | 1.2 mg/dL |
| Methyldopa | 2.25 mg/dL |



| Exogenous Interferent | Concentration |
|---|---|
| Metoprolol | 18.7 µmol/L |
| Minocycline | 0.1 mg/mL |
| Mirtazapine | 0.025 mg/mL |
| Nifedipine | 5.4 mg/dL |
| Phenylbutazone | 32.1mg/dL |
| Prednisone | 0.00950 mg/dL |
| Quetiapine (Seroquel) | 800 mg/L |
| Rifampicin | 4.8 mg/dL |
| Rivastigmine (Exelon) | 45 mg/L |
| Sacubitril Calcium Salt | 0.915 mg/dL |
| Simvastatin | 0.168 mg/dL |
| Spironolactone | 0.0555 mg/dL |
| Sulfasalazine | 7.5 mg/dL |
| Theophylline | 333 µmol/L |
| Tramadol HCl | 0.314 mg/dL |
| Valsartan | 1.17 mg/dL |
| Venlafaxine HCl | 0.135 mg/mL |
| Warfarin | 243 µmol/L |
| Zaleplon | 0.01 mg/mL |

**(ii)    Cross-reactivity**

To assess test performance in the presence of potential cross-reactive pTau and β-amyloid species, human plasma samples with varying pTau 217 concentrations and human plasma samples with varying β-Amyloid 1-42 concentrations targeting the cutoffs and covering the AMI were used in a study consistent with the CLSI guideline EP07. The percent cross-reactivity of each analyte was calculated by comparing measurements of the test and control samples using the equation below:



$$\% \text{ Cross-Reactivity} = \frac{\left[\text{Mean Concentration}_{(\frac{pg}{mL})(\text{Test})} - \text{Mean Concentration}_{(\frac{pg}{mL})(\text{Control})}\right]}{\text{Concentration of Cross-Reactant}_{(\frac{pg}{mL})}} \times 100$$

The highest observed cross-reactivity values are listed in the table below for each cross-reactive pTau and β-amyloid species.

Lumipulse **G** pTau 217 Plasma

| Cross-Reactant | Test Concentration (pg/mL) | Highest Observed Cross-Reactivity (%) |
|---|---|---|
| pTau 181 | 100 | 0.050 |
| pTau 205 | 100 | 0.090 |
| pTau 212 | 100 | 0.020 |
| pTau 231 | 100 | 0.040 |
| Total Tau | 100 | 0.040 |

Lumipulse **G** β-Amyloid 1-42-N Plasma

| Cross-Reactant | Test Concentration (pg/mL) | Highest Observed Cross-Reactivity (%) |
|---|---|---|
| β-Amyloid (3pε) $_{3\text{-}42}$[a] | 10,000 | 0.007 |
| β-amyloid $_{1\text{-}37}$ | 1,000 | 0.100 |
| β-amyloid $_{17\text{-}42}$ | 1,000 | 0.000 |
| β-amyloid $_{1\text{-}38}$ | 1,000 | 0.000 |
| β-amyloid $_{1\text{-}40}$ | 1,000 | 0.000 |
| β-amyloid $_{1\text{-}43}$ | 1,000 | 0.200 |

[a] 3pε means the N-terminus (the beginning) of the amyloid beta protein has been modified with pyroglutamate.

**(iii)    Assay Reportable Range**

Representative data supports the following intervals based on the CLSI guideline EP34 The established measuring intervals for each individual analyte support the calculation of the Lumipulse **G** pTau 217/β-Amyloid 1-42 Plasma Ratio result up to 1.0000.


| Lumipulse *G* pTau217 Plasma | |
|---|---|
| **Analytical Measuring Interval (AMI)[a]** | 0.047 pg/mL to 10.000 pg/mL |
| **Reportable Range[b]** | 0.041 pg/mL to 10.000 pg/mL |
| Lumipulse *G* β-Amyloid 1-42-N Plasma | |
| **Analytical Measuring Interval (AMI)[a]** | 0.8 pg/mL to 500.0 pg/mL |
| **Reportable Range[b]** | 0.2 pg/mL to 500.0 pg/mL |

[a] Analytical Measuring Interval (AMI): The range of values in pg/mL which meets the limts of acceptable performance for linearity, imprecision, and bias. The AMI extends from the lower limit of the linear range to the upper limit of the assay parameter.

[b] The Reportable Range: The lower limit of the detection to the upper limit of the assay parameter.

### (iv) Traceability, Stability, Expected Values (controls, calibrators, or methods)

(i) <u>Traceability:</u>

The calibrators for use with Lumipulse *G* pTau 217 are traceable to in-house reference calibrators.

The calibrators for use with Lumipulse *G* β-Amyloid 1-42 Plasma are traceable to in-house reference calibrators.

(ii) <u>Shelf life:</u>

Current stability of the Lumipulse *G* pTau 217 Plasma Immunoreaction Cartridges supports up to 9 months at 2-8°C. Current stability of the Lumipulse *G* β-Amyloid 1-42-N Plasma Immunoreaction Cartridges supports up to 9 months at 2–10°C.

(iii) <u>On-board the LUMIPULSE G1200:</u>

Lumipulse *G* pTau 217 Plasma and Lumipulse *G* β-Amyloid 1-42-N Plasma Immunoreaction Cartridges are stored on-board the LUMIPULSE *G* System for a maximum of 30 days.

(iv) <u>Transport Conditions:</u>

The intermediate study results of the Lumipulse *G* pTau 217 Plasma reagents were subject to a drop, vibration and inverted transport simulation at 2 stressed conditions: *(i)* 25°C ± 2°C for 6 hours and *(ii)* -5°C ± 2°C for 6 hours. 5 pooled human plasma samples with varying pTau 217 concentrations were tested. The test results obtained at stressed conditions *(i)* and *(ii)* were compared to the test results at normal storage conditions (2-10°C). The Lumipulse *G* pTau 217 Plasma reagents are stable at these conditions for 7 months. This study is ongoing.


To evaluate reagent transport stability, the Lumipulse *G* β-Amyloid 1-42-N reagents were subject to a drop, vibration and inverted transport simulation at 2 stressed conditions: *(i)* 25°C ± 2°C for 6 hours and *(ii)* -5°C ± 2°C for 6 hours. 3 pooled human plasma samples with varying β-Amyloid $_{1-42}$ concentrations were tested. The test results obtained at stressed conditions *(i)* and *(ii)* were compared to the test results at normal storage conditions (2-10°C). The Lumipulse *G* β-Amyloid 1-42-N Plasma reagents are stable at these conditions for 12 months.

**(v)    Detection Limit**

<u>Lumipulse *G* pTau 217 Plasma</u>

The Limit of Blank (LoB), Limit of Detection (LoD), and Limit of Quantitation (LoQ) studies were conducted in accordance with the CLSI guideline EP17-A2. The studies were evaluated using three lots of Lumipulse *G* pTau 217 Plasma on three LUMIPULSE G1200 Systems.

1) LoB

   For LoB, a set of four analyte-depleted samples was tested in 10 replicates per run, two runs per day for three days to reach a total of 60 measurements per sample for each reagent lot. The higher value from the three lots was taken for the LoB at 0.025 pg/mL

2) LoD

   For LoD, a set of five low level samples with target concentrations of pTau 217 between 0.19 – 0.64 pg/mL was tested in 10 replicates per run, two runs per day for three days to reach a total of 60 measurements per sample for each reagent lot. The LoD was calculated using a variance model and the higher value from the three lots was taken for the LoD at 0.0407 pg/mL.

3) LoQ

   The LoQ was estimated based on the lowest value of the test samples at which the variability was below the 20 %CV. The final LoQ for this assay was defined at 0.0472 pg/mL.

<u>Lumipulse *G* β-Amyloid 1-42-N Plasma</u>

The Limit of Blank (LoB), Limit of Detection (LoD), and Limit of Quantitation (LoQ) studies were conducted in accordance with the CLSI guideline EP17-A2. The studies were evaluated using three lots of Lumipulse *G* β-Amyloid 1-42-N Plasma on three LUMIPULSE G1200 Systems.

1) LoB

   For LoB, a set of four analyte-depleted samples was tested in 10 replicates per run, two runs per day for three days to reach a total of 60 measurements per


sample for each reagent lot. The higher value from the three lots was taken for the LoB at 0.128 pg/mL

2) LoD

For LoD, a set of five low level samples with target concentrations of β-Amyloid 1-42 between 0.2 – 0.6 pg/mL was tested in 10 replicates per run, two runs per day for three days to reach a total of 60 measurements per sample for each reagent lot. The LoD was calculated using a variance model and the higher value from the three lots was taken for the LoD at 0.2074 pg/mL.

3) LOQ

The LoQ was estimated based on the lowest value of the test samples at which the variability was below the 20 %CV. The final LoQ for this assay was defined as at 0.8 pg/mL.

### (vi) High Dose Hook Effect

Lumipulse *G* pTau217 Plasma

High dose hook effect is a phenomenon whereby very high-level specimens may read within the dynamic range of the assay. For Lumipulse *G* pTau 217 Plasma on the LUMIPULSE G1200 System, no high dose hook effect was observed for samples containing approximately 610 pg/mL of pTau 217.

Lumipulse *G* β-Amyloid 1-42-N Plasma

High dose hook effect is a phenomenon whereby very high-level specimens may read within the dynamic range of the assay. For Lumipulse *G* β-Amyloid 1-42-N Plasma on the LUMIPULSE G1200 System, no high dose hook effect was observed for samples containing approximately 2,200 pg/mL of β-Amyloid $_{1-42}$.

### (vii) Assay Cut-off

The Lumipulse **G** pTau 217/β-Amyloid 1-42 Plasma Ratio assay cutoffs were determined by analyzing banked $K_2$EDTA plasma samples from the following sources:

- Patient samples collected from the screening period of the clinical phase III studies (MissionAD) of elenbecestat (E2609-G000-301–ClinicalTrials.gov Identifier: NCT02956486 and E2609-G000-302–ClinicalTrials.gov Identifier: NCT03036280).
- Plasma samples collected from subjects enrolled in BioFINDER-2 (ClinicalTrials.gov Identifier: NCT03174938)
- Plasma samples collected from subjects enrolled in BIOCARD (http://grantome.com/grant/NIH/U19-AG033655-06)
  A total of 208 samples were tested on the Lumipulse G1200 utilizing the Lumipulse *G* pTau 217 and Lumipulse *G* β-Amyloid 1-42-N plasma assays. Subjects' clinical data included signs and symptoms of cognitive decline, amyloid


PET with FDA-cleared tracer and/or FDA-cleared amyloid CSF ratio information. These subjects are distinct from the subjects evaluated in the pivotal clinical validation study (see Section C. Clinical Studies below). The 208 patients are comprised of 12 patients with AD dementia, 150 with mild cognitive impairment (MCI), 7 with subjective cognitive decline (SCD) and 39 with other causes of cognitive decline. The procedures of plasma collection, processing and handling were conducted according to the tube manufacturer's instructions. Amyloid positivity was derived from either a positive amyloid PET and/or a positive amyloid CSF ratio. The Lumipulse *G* pTau 217/β-Amyloid 1-42 Plasma Ratio assay cutoffs were calculated based on agreement with amyloid status. The resulting agreement rates are shown below with the specific cutoffs.

| Lumipulse G pTau 217/β-Amyloid 1-42 Plasma Ratio | PET and/or CSF | | Total (n) | Frequency (%) | Predictive Value (PV)% (95% CI[a]) | Likelihood Ratio (95% CI[b]) |
|---|---|---|---|---|---|---|
| | Pos (n) | Neg (n) | | | | |
| **Positive** (Ratio ≥ 0.00738) | 88 | 5 | 93 | 44.7% | 94.6% (88.7%, 97.6%) | 14.51 (6.49, 33.90) |
| **Indeterminate** (0.00371 ≤ Ratio ≤ 0.00737) | 20 | 22 | 42 | 20.2% | 47.6% (34.7%, 60.9%) | 0.75 (0.44, 1.28) |
| **Negative** (Ratio ≤ 0.00370) | 6 | 67 | 73 | 35.1% | 4.3% (3.9%, 16.0%) | 0.07 (0.03, 0.15) |
| **Total** | 114 | 94 | 208 | Prevalence=54.8% | | |

[a] 95%CIs are calculated based on 95%CI of corresponding likelihood ratio.
[b] 95%CIs are calculated using an asymptotic method for ratios of two independent binomial proportions.

| pTau 217/β-Amyloid 1-42 | Interpretation |
|---|---|
| Result ≤ 0.00370 = Negative | A negative result is consistent with patients who are unlikely to have amyloid pathology. These patients should be investigated for other causes of cognitive decline. |
| Result ≥ 0.00738 = Positive | A positive result is consistent with patients who are likely to have amyloid pathology. This result does not establish a diagnosis of AD or other cognitive disorders. |
| 0.00371 ≤ Result ≤ 0.00737 = Indeterminate | An indeterminate result is consistent with patients who are uncertain to have amyloid pathology. These patients should be considered for further testing. |

## B. Comparison Studies

### 1. Method Comparison with Predicate Device
Refer to Section C on Clinical Studies below



2. **Matrix Comparison**

Not applicable



## C. Clinical Studies

<u>Evaluation of Patients Presenting with Cognitive Decline</u>

A clinical study of 499 patients was conducted to evaluate performance of the Lumipulse *G* pTau 217/β-Amyloid 1-42 Plasma Ratio. The study patient population (N=499) was between the ages of 52 and 93 years with Amyloid positivity confirmed by historic amyloid PET with an FDA-cleared tracer or FDA-cleared amyloid CSF ratio. Polaris-AD (AriBio) patient samples used for testing were collected from the screening period of the clinical phase III study of AR1001. Skåne University Hospital Memory Clinic, Malmö, Sweden plasma samples used in the study were collected from subjects enrolled in BioFINDER-2. Bio-Hermes-001 samples obtained from Global Alzheimer's Platform Foundation were used in this study. University of Wisconsin Plasma samples from subjects enrolled in Wisconsin Registry for Alzheimer's Prevention (WRAP) were also used in this study.

The 499 patients were categorized into four diagnostic groups: 1.2% (6/499) other cognitive diagnoses, 9.8% (49/499) subjective cognitive decline (SCD), 30.9% (154/499) MCI, and 58.1% (290/499) AD patients. No other neurological diseases were included in this cohort. The demographic and clinical characteristics of patients are presented according to diagnostic groups, PET scan or CSF result in the table below:

| | | Diagnostic Groups | | | | Adjudicated PET Read | | CSF Ratio | | Amyloid Status | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AD | MCI | SCD | Other | Positive | Negative | Positive | Negative | Positive | Negative | |
| **Total N** | | **290** | **154** | **49** | **6** | **66** | **86** | **189** | **158** | **255** | **244** | **499** |
| **Sex** | Male | 135 (46.6%) | 81 (52.6%) | 21 (42.9%) | 3 (50.0%) | 22 (33.3%) | 27 (31.4%) | 102 (54.0%) | 89 (56.3%) | 124 (48.6%) | 116 (47.5%) | 240 (48.1%) |
| | Female | 155 (53.4%) | 73 (47.4%) | 28 (57.1%) | 3 (50.0%) | 44 (66.7%) | 59 (68.6%) | 87 (46.0%) | 69 (43.7%) | 131 (51.4%) | 128 (52.5%) | 259 (51.9%) |
| **Age (Years)** | 52 - 65 | 56 (19.3%) | 34 (22.1%) | 12 (24.5%) | 2 (33.3%) | 6 (9.1%) | 27 (31.4%) | 24 (12.7%) | 47 (29.7%) | 30 (11.8%) | 74 (30.3%) | 104 (20.8%) |
| | 66 - 70 | 48 (16.6%) | 39 (25.3%) | 12 (24.5%) | 0 (0.0%) | 7 (10.6%) | 17 (19.8%) | 36 (19.0%) | 39 (24.7%) | 43 (16.9%) | 56 (23.0%) | 99 (19.8%) |
| | 71 - 75 | 83 (28.6%) | 29 (18.8%) | 8 (16.3%) | 0 (0.0%) | 17 (25.8%) | 17 (19.8%) | 54 (28.6%) | 32 (20.3%) | 71 (27.8%) | 49 (20.1%) | 120 (24.0%) |
| | 76 - 80 | 74 (25.5%) | 34 (22.1%) | 14 (28.6%) | 2 (33.3%) | 23 (34.8%) | 12 (14.0%) | 54 (28.6%) | 35 (22.2%) | 77 (30.2%) | 47 (19.3%) | 124 (24.8%) |
| | 81 - 93 | 29 (10.0%) | 18 (11.7%) | 3 (6.1%) | 2 (33.3%) | 13 (19.7%) | 13 (15.1%) | 21 (11.1%) | 5 (3.2%) | 34 (13.3%) | 18 (7.4%) | 52 (10.4%) |
| | Average | 72 | 72 | 71 | 74 | 75 | 71 | 73 | 70 | 74 | 70 | 72 |
| | Median | 73 | 71 | 72 | 78 | 76 | 70 | 74 | 69 | 74 | 69 | 72 |
| | Min - Max | 55 - 89 | 56 - 93 | 52 - 88 | 60 - 85 | 64 - 84 | 60 - 85 | 57 - 93 | 52 - 88 | 57 - 93 | 52 - 88 | 52 - 93 |
| **Race** | White | 243 (83.8%) | 131 (85.1%) | 43 (87.8%) | 6 (100%) | 49 (74.2%) | 57 (66.3%) | 177 (93.7%) | 140 (88.6%) | 226 (88.6%) | 197 (80.7%) | 423 (84.8%) |
| | Asian | 7 (2.4%) | 3 (1.9%) | 0 (0.0%) | 0 (0.0%) | 3 (4.5%) | 4 (4.7%) | 1 (0.5%) | 2 (1.3%) | 4 (1.6%) | 6 (2.5%) | 10 (2.0%) |
| | Black | 37 (12.8%) | 18 (11.7%) | 5 (10.2%) | 0 (0.0%) | 14 (21.2%) | 21 (24.4%) | 10 (5.3%) | 15 (9.5%) | 24 (9.4%) | 36 (14.8%) | 60 (12.0%) |
| | Other* | 3 (1.0%) | 2 (1.3%) | 1 (2.0%) | 0 (0.0%) | 0 (0.0%) | 4 (4.7%) | 1 (0.5%) | 1 (0.6%) | 1 (0.4%) | 5 (2.0%) | 6 (1.2%) |
| **MMSE** | <18 | 1 (0.3%) | 0 (0.0%) | 0 (0.0%) | 1 (16.7%) | 0 (0.0%) | 0 (0.0%) | 2 (1.1%) | 0 (0.0%) | 2 (0.8%) | 0 (0.0%) | 2 (0.4%) |
| | 18 - 23 | 118 (40.7%) | 2 (1.3%) | 0 (0.0%) | 2 (33.3%) | 21 (31.8%) | 14 (16.3%) | 50 (26.5%) | 37 (23.4%) | 71 (27.8%) | 51 (20.9%) | 122 (24.4%) |
| | 24 - 30 | 166 (57.2%) | 143 (92.9%) | 45 (91.8%) | 3 (50.0%) | 45 (68.2%) | 72 (83.7%) | 124 (65.6%) | 116 (73.4%) | 169 (66.3%) | 188 (77.0%) | 357 (71.5%) |
| | Unknown | 5 (1.7%) | 9 (5.8%) | 4 (8.2%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 13 (6.9%) | 5 (3.2%) | 13 (5.1%) | 5 (2.0%) | 18 (3.6%) |
| | N | 220 | 64 | 11 | 0 | 0 | 0 | 155 | 140 | 155 | 140 | 295 |



| | | Diagnostic Groups | | | Adjudicated PET Read | | CSF Ratio | | Amyloid Status | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AD | MCI | SCD | Other | Positive | Negative | Positive | Negative | Positive | Negative | |
| **Total N** | | **290** | **154** | **49** | **6** | **66** | **86** | **189** | **158** | **255** | **244** | **499** |
| **CDR Global Score** | Average | 0.6 | 0.5 | 0.2 | N/A | N/A | N/A | 0.6 | 0.5 | 0.6 | 0.5 | 0.6 |
| | Median | 0.5 | 0.5 | 0 | N/A | N/A | N/A | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |
| | Min - Max | 0.0 - 2.0 | 0.0 - 1.0 | 0.0 - 0.5 | N/A | N/A | N/A | 0.0 - 2.0 | 0.0 - 1.0 | 0.0 - 2.0 | 0.0 - 1.0 | 0.0 - 2.0 |
| **FAQ** | N | 65 | 87 | 34 | 6 | 66 | 86 | 28 | 12 | 94 | 98 | 192 |
| | Average | 8.0 | 5 | 3 | 17 | 7 | 5 | 8 | 9 | 7 | 5 | 6.0 |
| | Median | 7 | 4 | 2 | 20 | 6 | 2 | 6 | 5 | 6 | 3 | 4 |
| | Min - Max | 0 - 30 | 0 - 22 | 0 - 12 | 2 - 27 | 0 - 30 | 0 - 19 | 1 - 23 | 2 - 27 | 0 - 30 | 0 - 27 | 0 - 30 |
| **Apolipo-protein E (ApoE) Status** | E2/E2 | 3 (1.0%) | 0 (0.0%) | 2 (4.1%) | 2 (33.3%) | 0 (0.0%) | 0 (0.0%) | 4 (2.1%) | 3 (1.9%) | 4 (1.6%) | 3 (1.2%) | 7 (1.4%) |
| | E2/E4 | 6 (2.1%) | 1 (0.6%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 6 (3.2%) | 1 (0.6%) | 6 (2.4%) | 1 (0.4%) | 7 (1.4%) |
| | E3/E3 | 40 (13.8%) | 13 (8.4%) | 17 (34.7%) | 2 (33.3%) | 0 (0.0%) | 0 (0.0%) | 53 (28.0%) | 19 (12.0%) | 53 (20.8%) | 19 (7.8%) | 72 (14.4%) |
| | E3/E4 | 69 (23.8%) | 14 (9.1%) | 11 (22.4%) | 2 (33.3%) | 0 (0.0%) | 0 (0.0%) | 89 (47.1%) | 7 (4.4%) | 89 (34.9%) | 7 (2.9%) | 96 (19.2%) |
| | E4/E4 | 19 (6.6%) | 6 (3.9%) | 2 (4.1%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 25 (13.2%) | 2 (1.3%) | 25 (9.8%) | 2 (0.8%) | 27 (5.4%) |
| | Unknown | 153 (52.8%) | 120 (77.9%) | 17 (34.7%) | 0 (0.0%) | 66 (100%) | 86 (100%) | 12 (6.3%) | 126 (79.7%) | 78 (30.6%) | 212 (86.9%) | 290 (58.1%) |
| **Years of Education** | ≤ 13 | 28 (9.7%) | 32 (20.8%) | 15 (30.6%) | 3 (50.0%) | 24 (36.4%) | 23 (26.7%) | 21 (11.1%) | 10 (6.3%) | 45 (17.6%) | 33 (13.5%) | 78 (15.6%) |
| | > 13 | 40 (13.8%) | 76 (49.4%) | 34 (69.4%) | 3 (50.0%) | 42 (63.6%) | 63 (73.3%) | 25 (13.2%) | 23 (14.6%) | 67 (26.3%) | 86 (35.2%) | 153 (30.7%) |
| | Unknown | 222 (76.6%) | 46 (29.9%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 143 (75.7%) | 125 (79.1%) | 143 (56.1%) | 125 (51.2%) | 268 (53.7%) |

\*    Including Hawaiian / Pacific Islander

The study population consisted of 48.1% (240/499) males with a mean age of 72 years (range 55-93) years with a median age of 73 years, and 51.9% females (259/499) with a mean age of 72 years (range 52-86) years with a median 72 years. The study subjects were mainly white patients (84.8%, 423/499). The pre-clinical AD diagnostic groups (SCD and MCI) were 40.7% (203/499) and the PET+, CSF+, and PET+ or CSF+ were found in 13.2% (66/499), 35.7% (178/499), and 2.4% (12/499) of the study population, respectively.

Patients with AD also presented with a positive PET scan or CSF positive result more frequently than MCI patients, who in turn presented with a positive PET scan or CSF more frequently than those with SCD. The prevalence of amyloid positivity among AD was 58.6% (170/290) compared to 40.9% (63/154) and 38.8% (19/49) among those with MCI and SCD, respectively.

To estimate the clinical performance characteristics of the Lumipulse *G* pTau 217/β-Amyloid 1-42 Plasma Ratio, the test result was compared to the amyloid PET or CSF result for each patient in the table below:



| Lumipulse *G* pTau 217/β-Amyloid 1-42 Plasma Ratio | PET or CSF | | Total (n) |
|---|---|---|---|
| | Positive (n) | Negative (n) | |
| **Positive**<br>(Ratio ≥ 0.00738) | 201 | 18 | 219 |
| **Indeterminate**<br>(0.00371 ≤ Ratio ≤ 0.00737) | 49 | 49 | 98 |
| **Negative**<br>(Ratio ≤ 0.00370) | 5 | 177 | 182 |
| **Total** | 255 | 244 | 499 |

The performance of the Lumipulse *G* pTau 217/β-Amyloid 1-42 Plasma Ratio test is described by PET or CSF-positive predictive value (indicated as Predictive Value, PV) and frequency of test results of the tested samples (indicated as Frequency of Results, FR) for positive, indeterminate and negative test results and it is summarized in the table below:

| Lumipulse *G* pTau217/β-Amyloid 1-42 Plasma Ratio | PET or CSF | | Total (n) | Frequency (%) (95% CI) | Predictive value (PV)% (95% CI)[a] | Likelihood Ratio (95% CI)[b] |
|---|---|---|---|---|---|---|
| | Pos (n) | Neg (n) | | | | |
| **Positive**<br>(Ratio ≥ 0.00738) | 201 | 18 | 219 | 43.9% | 91.8% (87.8%, 94.6%) | 10.68 (6.90, 16.79) |
| **Indeterminate**<br>(0.00371 ≤ Ratio ≤ 0.00737) | 49 | 49 | 98 | 19.6% | 50.0% (41.3%, 58.8%) | 0.96 (0.67, 1.36) |
| **Negative**<br>(Ratio ≤ 0.00370) | 5 | 177 | 182 | 36.5% | 2.7% (1.2%, 6.1%) | 0.03 (0.01, 0.06) |
| **Total** | 255 | 244 | 499 | Prevalence = 51.1% | | |

[a] 95% CIs are calculated based on 95%CI of corresponding likelihood ratio.
[b] 95% CIs are calculated using an asymptotic method for ratios of two independent binomial proportions.

## D. Clinical Cutoff:

- Lumipulse *G* pTau 217/β-Amyloid 1-42 Plasma Ratio ≤ 0.00370
  - Negative
- Lumipulse *G* pTau 217/β-Amyloid 1-42 Plasma Ratio ≥ 0.00738
  - Positive
- Lumipulse *G* pTau 217/β-Amyloid 1-42 Plasma Ratio between 0.00371 and 0.00737
  - Indeterminate

## E. Reference Interval/Expected Values

A reference interval study was performed in accordance with the CLSI guideline EP28-A3c. A total of 240 evaluable human plasma samples with clinical information obtained from research biobanks or commercial vendors, and real-world data from the US Department of Veterans Affairs and the University of Nevada. The test samples were collected from 115 males and 125 females aged 51 to 84 years old (mean of 68 years and median of 68 years).cognitively normal individuals. The results in the table below show that 17.9% have a positive Lumipulse *G* pTau 217/β-Amyloid 1-42



Plasma Ratio test result, 31.7% have an intermediate Lumipulse **G** pTau 217/β-Amyloid 1-42 Plasma Ratio test result, and 50.4% have a negative Lumipulse **G** pTau 217/β-Amyloid 1-42 Plasma Ratio test result across the age groups. The number of cognitively normal subjects who tested positive at a ratio of ≥ 0.00738 with Lumipulse **G** pTau 217/β-Amyloid 1-42 Plasma Ratio increased with age.

| Age Group (years) | Cognitively Normal | | | | | |
|---|---|---|---|---|---|---|
| | **All** | **Age 51-65** | **Age 66-70** | **Age 71-75** | **Age 76-80** | **Age 81-84** |
| N | 240 | 90 | 68 | 44 | 28 | 10 |
| **Mean (SD)** | 0.00603 (0.01055) | 0.00342 (0.0312) | 0.00695 (0.01673) | 0.00791 (0.01045) | 0.00729 (0.00430) | 0.01138 (0.00844) |
| **Median** | 0.00366 | 0.00274 | 0.00373 | 0.00495 | 0.00680 | 0.00983 |
| **Range** | 0.00087 - 0.13815 | 0.00156 - 0.02930 | 0.00087 - 0.13815 | 0.00181 - 0.06356 | 0.00187 - 0.01928 | 0.00284 - 0.02734 |
| **Reference Interval (2.5th Percentile, 97.5th Percentile)** | 0.00179, 0.02609 | 0.00173, 0.01033 | 0.00154, 0.05694 | 0.00184, 0.05982 | N/A, N/A | N/A, N/A |
| **% (N) Ratio ≤ 0.00370** | 50.4% | 74.4% | 50.0% | 31.8% | 14.3% | 20.0% |
| **% (N) Ratio (0.00371 – 0.0.00737)** | 31.7% | 23.3% | 32.4% | 45.5% | 39.3% | 20.0% |
| **% (N) Ratio ≥ 0.00738** | 17.9% | 2.2% | 17.6% | 22.7% | 46.4% | 60.0% |

| | Cognitively Normal | | |
|---|---|---|---|
| | **White** | **Black** | **Other** |
| N | 216 | 18 | 6 |
| Mean (SD) | 0.00625 (0.01106) | 0.00432 (0.00326) | 0.00300 (0.00099) |
| Median | 0.00378 | 0.00304 | 0.00306 |
| Range | 0.00173 - 0.13815 | 0.00087 - 0.01199 | 0.00156 - 0.00444 |



| | | | |
|---|---|---|---|
| **Reference Interval (2.5th Percentile, 97.5th Percentile)** | 0.00180, 0.02683 | N/A, N/A | N/A, N/A |
| **% (N) Ratio ≤ 0.00370** | 48.6% | 61.1% | 83.3% |
| **% (N) Ratio (0.00371 – 0.0.00737)** | 32.9% | 22.2% | 16.7% |
| **% (N) Ratio ≥ 0.00738** | 18.5% | 16.7% | 0.0% |

The expected values for non-AD and other neurological conditions were investigated. A total of 296 evaluable human plasma samples with clinical information obtained from research biobanks or commercial vendors were included in analyzing expected values. The test samples were collected from individuals 22 years and older who presented with a diagnosis of non-AD dementia and other neurological conditions. The test results are summarized in the tables below:

| | Disease Conditions | | | |
|---|---|---|---|---|
| | **All Conditions Combined** | **Brain Hemorrhage or Ischemia*** | **Frontotemporal Dementia*** | **Lewy Body Dementia*** |
| **N** | 269 | 24 | 41 | 39 |
| **Mean (SD)** | 0.02814 (0.04592) | 0.02655 (0.04174) | 0.02699 (0.02857) | 0.03958 (0.03851) |
| **Median** | 0.00992 | 0.01610 | 0.01360 | 0.02642 |
| **Range** | 0.00173 - 0.45182 | 0.00173 - 0.20909 | 0.00222 - 0.11113 | 0.00295 - 0.17443 |
| **Reference Interval (2.5th Percentile, 97.5th Percentile)** | 0.00211, 0.17086 | N/A, N/A | 0.00223, 0.10979 | 0.00295, 0.17443 |
| **% (N) Ratio ≤ 0.00370** | 23.0% | 12.5% | 12.2% | 5.1% |
| **% (N) Ratio (0.00371 – 0.0.00737)** | 21.2% | 16.7% | 22.0% | 10.3% |
| **% (N) Ratio ≥ 0.00738** | 55.8% | 70.8% | 65.9% | 84.6% |



| | Disease Conditions | | | | |
|---|---|---|---|---|---|
| | **Multiple Sclerosis** | **Parkinson's Disease** | **Stroke*** | **Traumatic Brain Injury*** | **Vascular Dementia** |
| **N** | 39 | 40 | 33 | 30 | 23 |
| **Mean (SD)** | 0.00578 (0.00672) | 0.01032 (0.01203) | 0.03958 (0.05044) | 0.06593 (0.09111) | 0.01564 (0.02891) |
| **Median** | 0.00367 | 0.00592 | 0.01851 | 0.03739 | 0.00421 |
| **Range** | 0.00175 - 0.03238 | 0.00242 - 0.04729 | 0.00213 - 0.22429 | 0.00235 - 0.45182 | 0.00174 - 0.13606 |
| **Reference Interval (2.5th Percentile, 97.5th Percentile)** | 0.00175, 0.03238 | 0.00242, 0.04725 | N/A, N/A | N/A, N/A | N/A, N/A |
| **% (N) Ratio ≤ 0.00370** | 51.3% | 32.5% | 12.1% | 20.0% | 39.1% |
| **% (N) Ratio (0.00371 – 0.0.00737)** | 33.3% | 30.0% | 18.2% | 6.7% | 30.4% |
| **% (N) Ratio ≥ 0.00738** | 15.4% | 37.5% | 69.7% | 73.3% | 30.4% |

***Note:** Observed expected values were high due to pTau 217 being elevated for individuals for these conditions.

## VIII.    PROPOSED LABELING

The labeling supports the finding of substantial equivalence for this device.

## IX.    CONCLUSION

The submitted information in this premarket notification is complete and supports a substantial equivalence decision.

# Exhibit R

ResearchGate

See discussions, stats, and author profiles for this publication at: https://www.researchgate.net/publication/376813813

# Preliminary performance of the Lumipulse G pTau 217 Plasma prototype assay on plasma samples

**Article** *in* Alzheimer's & Dementia · December 2023

DOI: 10.1002/alz.079647

| CITATIONS | READS |
|---|---|
| 4 | 449 |

**14 authors**, including:



Manu Vandijck
Fujirebio Europe
60 PUBLICATIONS   2,421 CITATIONS

SEE PROFILE

Maxime Van Loo
ADx NeuroSciences
7 PUBLICATIONS   26 CITATIONS

SEE PROFILE

Charlotte Lambrechts
Haute École Léonard de Vinci
10 PUBLICATIONS   30 CITATIONS

SEE PROFILE

Rosina Degrieck
Fujirebio Europe
8 PUBLICATIONS   14 CITATIONS

SEE PROFILE

All content following this page was uploaded by Jeroen Vanbrabant on 12 August 2024.

The user has requested enhancement of the downloaded file.

# Preliminary performance of the Lumipulse *G* pTau 217 Plasma prototype assay on plasma samples

Manu Vandijck [1], Filip Dekeyser [1], Charlotte Lambrechts [2], Yurina Hasumi [3], Maxime Van Loo [2], Flore Accou [2], Hideo Sato [3], Daigo Inaoka [3], Hisashi Nojima [3], Rosina Degrieck [1], Nathalie Le Bastard [1], Jeroen Vanbrabant [2], Erik Stoops [2], Ina Vandenbroucke [1].

[1] Fujirebio Europe N.V., Gent, Belgium   [2] ADx NeuroSciences N.V., Gent, Belgium   [3] Fujirebio Inc., Tokyo, Japan

## Introduction

Over the last years, multiple published studies demonstrated that plasma pTau species (e.g., 181, 217, and 231) have the potential to be a good predictor of amyloid status established using either Positron Emission Tomography (PET) or cerebrospinal fluid (CSF) profile measurement (1, 2). Such blood-based biomarker testing could be used as a simple, accessible, and scalable approach to help support the diagnosis of Alzheimer's disease (AD), thereby avoiding the complexity of CSF sampling and the high costs and limited availability of Amyloid-PET imaging. Multiple plasma pTau assays, established on different immunoassay platforms, are currently being evaluated in research settings with variable outcomes in terms of analytical and clinical performance (3, 4). At Fujirebio, an assay for the measurement of plasma pTau217 was developed on the LUMIPULSE *G* platform to complement the commercially available Research Use Only (RUO) plasma biomarker portfolio (Aβ1-42 / Aβ1-40, pTau181, ApoE4 / Pan-ApoE, and NfL). The aim of this study was to determine the preliminary performance of the Lumipulse *G* pTau 217 Plasma prototype assay.

## Lumipulse *G* pTau 217 Plasma assay

The LUMIPULSE *G* System (Fujirebio Inc.) is a chemiluminescent enzyme immunoassay platform that allows fully automated processing of samples using single analyte, ready-to-use immunoreaction cartridges (IRC; Fig. 1). Sequential immunoreaction steps are carried out while the single use cartridge is transported through the system; the analyte is captured specifically by the antibody-coated microparticles and the detection antibody fragments labeled with alkaline-phosphatase (ALP) and substrate are added, each after a thorough washing step.

The Lumipulse *G* pTau 217 Plasma prototype assay contains the proprietary p217 6-mAb coupled to magnetic particles in the capturing module and is combined with a set of detection antibodies directed to the mid-domain of Tau (mAbs HT7 and BT2, labelled with alkaline phosphatase (ALP)). The assay set-up is given in Fig. 1. An overview of the prototype assay lay-out is given in Table 1. An Assay Specific Diluent (middle cup of the IRC) is added during sample incubation to optimize analyte detection and improve the assay's specificity.

Table 1: Prototype assay lay-out

| Assay | Configuration | Storage | Content | Volume |
|---|---|---|---|---|
| Immunoreaction Cartridge (IRC) | 3 * 14 Tests | 2°C to 8 °C | Capturing mAb on magnetic particles / Assay specific Diluent / Detection conjugate (mAb-ALP) | Sample volume = 100 µL |
| Calibrators | 1 * 5 CAL | -25°C to -15°C | Synthetic peptide pTau217; conc. 0 – 10 pg/mL | 1.5 mL/vial |
| Controls | 2 * 2 CTRL | -25°C to -15°C | Synthetic peptide pTau217; Low & High level | 1.5 mL/vial |

## Study objective

The aim of the study was first to determine the preliminary analytical performance of the Lumipulse *G* pTau 217 Plasma prototype assay with a focus on precision, sensitivity, and linearity. These experiments included a series of buffer- and K₂EDTA plasma-based samples at different concentration levels, each tested in several replicates (100 µL/replicate) sized to the different parameters tested. Secondly, the capability of the prototype assay to define the subjects' disease status based on clinical diagnosis was evaluated using a set of commercially sourced plasma samples.

## Results

### Precision

Two pTau217 synthetic peptide (spep) spiked buffer samples and three K₂EDTA plasma sample (two spiked with spep, one with CSF) were analyzed in triplicate, with two runs per day over a period of 10 days on a LUMIPULSE G1200 system (spread over 1 month). Next to the total variation and repeatability, the intermediate precision for between-run, within-day, and between-day was calculated, and all factors of variability were found to be ≤ 7.4%CV (Table 2).

### Sensitivity

Using a prototype reagent lot, a series of 7 low-concentrated filtrated plasma samples and 3 blanks were tested in 5-fold in 4 independent runs. Based on the observed variability over the different measurements, a precision profile (Fig. 2) was built and used to determine the sensitivity of the assay. The limit of detection (LoD) was below 0.020 pg/mL, and the **lower limit of quantification (LoQ) at a 20%CV level was 0.037 pg/mL** (LoQ = 0.135 pg/ml at a 10%CV level).

### Linearity

The accuracy of the assay was evaluated by means of a proportional linearity experiment. For this, a plasma sample was spiked with a high pTau217 concentrated CSF sample (≈ 10 pg/mL) and proportionally mixed with a low concentrated plasma sample (≈ 0.050 pg/mL) resulting in 13 sample pools and 2 neat samples. All were tested in duplicate on the Lumipulse *G* pTau 217 Plasma prototype assay.

**A linear fit was obtained** when plotting the observed versus the theoretical concentration levels of both sample series. The maximal observed deviation from the theoretical value was 8%.

Secondly, dilutional linearity of the prototype assay was verified by diluting 3 plasma samples (1 neat plasma from an AD patient, 1 plasma spiked with CSF, and 1 plasma spiked with spep) with Specimen Diluent 1 (see Table 3). Samples were diluted to a maximum of 1/8. The **back calculated concentrations** for each of the dilutions tested were **within 90% to 120% of the sample's neat concentration level.**



Fig. 1 Assay set-up for Lumipulse *G* pTau 217 Plasma prototype.

Table 2: Overview on different components of variation for the tested samples.

| Sample | Spiked with | Mean conc. (pg/mL) | Repeatability | Between Run | Within Day | Between Day | Reproducibility |
|---|---|---|---|---|---|---|---|
| Buffer 1 | spep | 0.520 | 3.7% | 2.4% | 4.4% | 2.8% | 5.2% |
| Buffer 2 | spep | 4.075 | 1.7% | 1.3% | 2.2% | 2.6% | 3.4% |
| Plasma 1 | spep | 2.205 | 3.5% | 2.8% | 4.5% | 0.0% | 4.5% |
| Plasma 2 | spep | 3.457 | 3.2% | 0.9% | 3.3% | 0.0% | 3.3% |
| Plasma 3 | CSF | 0.857 | 5.7% | 0.0% | 5.7% | 4.7% | 7.4% |



Fig. 2 Precision profile with indication of the LoQ at 10% and 20%CV level.

Table 3: Dilutional linearity.

| | dilution factor | AD patient plasma | spiked plasma (CSF) | spiked plasma (spep) |
|---|---|---|---|---|
| pTau217 conc. (pg/mL) | neat (1/1) | 3.357 | 1.591 | 9.880 |
| | 2 | 1.671 | 0.791 | 4.764 |
| | 4 | 0.829 | 0.414 | 2.244 |
| | 6 | 0.546 | 0.301 | 1.646 |
| | 8 | | 0.237 | 1.299 |
| % recovery | neat (1/1) | 100% | 100% | 100% |
| | 2 | 100% | 99% | 96% |
| | 4 | 99% | 104% | 91% |
| | 6 | 98% | 113% | 100% |
| | 8 | | 119% | 105% |

## Clinical evaluation

A set of plasma samples (n = 99), including 49 clinically characterised subjects (8 AD, 28 MCI, and 13 asymptomatic (Asymp)) along with 50 healthy donor (HC) samples, were tested in a single replicate on the Lumipulse *G* pTau 217 Plasma prototype assay. The median concentration level for the AD/MCI-subjects was 0.402 pg/mL and for the Asympt/HC-subjects was 0.100 pg/mL (all HC samples were measured above the LLoQ), resulting in a fold change of about 4. The performance of pTau217 as measured with the prototype assay was assessed using ROC curve analysis (Fig. 3). The **area under the curve (AUC)** obtained for differentiating diseased (AD and MCI) from the non-diseased (Asymp and HC) subjects was **0.939 (95%CI: 0.893 − 0.985).**



Fig. 3 Clinical performance chart of plasma pTau 217 for a clinically characterised cohort.

## Conclusion

This preliminary performance evaluation of the Lumipulse *G* pTau 217 Plasma prototype assay indicated good results in terms of linearity, high sensitivity, low variability, and clinical capability. More studies on well-characterised and more diverse cohorts are needed to confirm the assay's clinical performance and determine the exact context of use.

## References

(1) Ashton N. *et al*, 2022, Alzheimers Dement
(2) Arranz J. *et al*, 2023, medRxiv
(3) Janelidze S. *et al*, 2021, JAMA Neurol
(4) Bayoumy S. *et al*, poster ADPD2023 Gothenburg

© Fujirebio Europe, June 2023, FRE-311.



Fujirebio
Neuro Center
of Excellence



# Exhibit S



**BIOMARKERS**

POSTER PRESENTATION

*Alzheimer's & Dementia®*
THE JOURNAL OF THE ALZHEIMER'S ASSOCIATION

## BIOMARKERS (NON-NEUROIMAGING)

# Performance of optimized prototype LUMIPULSE G immunoassays for plasma pTau181 and pTau217

**Charlotte Lambrechts**[1] | Maxime Van Loo[1] | Jeroen Vanbrabant[1] | Filip Dekeyser[2] | Sherif Bayoumy[3] | Inge M.W. Verberk[3] | Marissa D. Zwan[4,5] | Wiesje M. van der Flier[4,5] | Carrie E. Rubel[6] | Julie Czerkowicz[6] | Kyle Fraser[6] | Danielle Graham[6] | Daigo Inaoka[7] | Katsumi Aoyagi[8] | Charlotte E. Teunissen[9] | Erik Stoops[10]

[1]ADx NeuroSciences NV, Ghent, Belgium

[2]Fujirebio Europe N.V., Ghent, Belgium

[3]Neurochemistry Laboratory, Department of Laboratory Medicine, Amsterdam Neuroscience, Vrije Universiteit Amsterdam, Amsterdam UMC, Amsterdam, Netherlands

[4]Departement of Epidemiology and Data Science, Vrije Universiteit Amsterdam, Amsterdam UMC, Amsterdam, Netherlands

[5]Alzheimer Center Amsterdam, Department of Neurology, Amsterdam Neuroscience, Vrije Universiteit Amsterdam, Amsterdam UMC, Amsterdam, Netherlands

[6]Biogen, Cambridge, MA, USA

[7]Fujirebio Inc. Research and Development Division, Tokyo, Japan

[8]Fujirebio Inc., Tokyo, Japan

[9]Neurochemistry Laboratory, Department of Clinical Chemistry, Vrije Universiteit Amsterdam, Amsterdam UMC, Amsterdam, Netherlands

[10]ADx NeuroSciences, Gent, Belgium

**Correspondence**
CharlotteLambrechts, ADx NeuroSciences NV, Ghent Belgium.
Email:
Charlotte.Lambrechts@adxneurosciences.com

**Abstract**

**Background:** There is a need for automated random access plasma phosphorylated Tau (pTau) methods that reflect AD pathology with consistent performance. LUMIPULSE (LP) assays could offer a solution. Initial prototype pTau181 and pTau217 LP assays showed lower clinical performance versus Quanterix Homebrew assays (Poster #79533 – P4-06). This new study presents optimized pTau181 and pTau217 LP assays, showing data on their analytical and clinical performance compared to the initial prototype method (Ref) and an in-house pTau181 Quanterix Homebrew assay.

**Method:** Plasma pTau181 and pTau217 LP assays were developed using recombinant pTau181 mAb RD-070, resp. pTau217 mAb RD-085, combined with an ALP-Fab conjugate from recombinant N-terminal Tau mAb RD-073. In the optimized automated protocol, an assay specific diluent (ASD) is added (20%) to the sample to increase signal specificity. Analytical and clinical performance of the reference versus ASD-treated prototypes to distinguish AD from controls was evaluated using 40 CSF-confirmed AD-dementia and 40 age-matched healthy volunteer plasma samples.

**Result:** Analytical performance: Both optimized pTau181 and pTau217 LP tests demonstrated high precision comparable to their reference assays (inter-run %CV on 3 neat plasma samples < 7.4). LLOQ was not affected by ASD-treatment. Clinical performance: pTau181 LP assays demonstrated comparable AUC and median fold change with (AUC 0.828, fold change 1.9) and without ASD (AUC 0.823, fold change 1.5) while the SIMOA assay demonstrated a higher AUC (0.866) and fold change (2.9). For pTau217, the performance improved from an initial AUC of 0.918 to 0.935, and a fold change of 3.72 instead of initially 2.76. (Figure 1). All assays correlated strongly (p<0.00001) (Table 1); highest correlations among them were observed with the pTau217 ASD-treated assay.

# Alzheimer's & Dementia®
### THE JOURNAL OF THE ALZHEIMER'S ASSOCIATION

15525279, 2023, S24, Downloaded from https://alz-journals.onlinelibrary.wiley.com/doi/10.1002/alz.082344, Wiley Online Library on [09/07/2023]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

**Conclusion:** Using an assay specific diluent resulted in improved clinical performance for the pTau217 prototype LUMIPULSE assay, in line with other published pTau217 assays. We did not achieve improved performance of the pTau181 LP assay with the ASD addition. Most important to emphasize, a performant pTau217 assay prototype is under development on an fully automated, scalable platform. Next steps include verification of performance in additional well-characterized AD cohorts and characterization of lot consistency and robustness of the pTau181 and pTau217 N-terminal LUMIPULSE assays.



Figure 1. ROC curves of tested assays with AUC & 95% confidence intervals for discrimination of probable AD samples (n = 40) versus expected controls (n = 40).

| Spearman r | pTau181 SIMOA | pTau181 LP ref | pTau181 LP ASD | pTau217 LP ref | pTau217 LP ASD |
|---|---|---|---|---|---|
| pTau181 SIMOA | | | | | |
| pTau181 LP ref | 0,75 | | | | |
| pTau181 LP ASD | 0,73 | 0,98 | | | |
| pTau217 LP ref | 0,79 | 0,76 | 0,73 | | |
| pTau217 LP ASD | 0,84 | 0,82 | 0,81 | 0,94 | |

Table 1. Nonparametric Spearman r correlation matrix of pTau181 and pTau217 concentrations in the clinical cohort tested. P-values for all correlations < 0.00001.

# Exhibit T


## Overview

**Useful For**
Evaluation of individuals aged 50 years and older presenting with cognitive impairment who are being assessed for Alzheimer disease and other causes of cognitive decline

This test is **not intended** as a screening test for Alzheimer disease in asymptomatic individuals.

**Highlights**
BioPharma Diagnostics Use Only

**Method Name**
Chemiluminescent Enzyme Immunoassay

**NY State Available**
Yes

**Reporting Name**
Phospho-Tau 217, P

**Aliases**
- Alzheimer Disease
- PhosphoTau217
- pTau217

## Specimen

**Specimen Type**
Plasma

**Specimen Required**
**Collection Container/Tube:** Lavender top (EDTA)
**Submission Container/Tube:** Plastic vial
**Specimen Volume:** 1 mL
**Collection Instructions:** Centrifuge and aliquot plasma into a plastic vial. Do not submit in original tube.

**Specimen Minimum Volume**
0.75 mL

**Reject Due To**

| | |
|---|---|
| Gross hemolysis | Reject |
| Thawing | Cold ok; Warm reject |
| Gross lipemia | Ok |
| Gross icterus | Ok |


**Specimen Stability Information**

| Specimen Type | Temperature | Time | Special Container |
|---|---|---|---|
| EDTA Plasma | Frozen (preferred) | 90 days | |
| | Ambient | 72 hours | |
| | Refrigerated | 14 days | |

## Clinical & Interpretive

**Clinical Information**
The two main neuropathologic features observed in the brain of patients with Alzheimer disease (AD) are the presence of plaques composed of beta-amyloid (Abeta) peptides and intracellular neurofibrillary tangles containing hyperphosphorylated Tau (p-Tau) proteins. To date, positron emission tomography (PET) and cerebrospinal fluid (CSF) biomarkers are the most widely used biomarkers in clinical practice for detection of Abeta and tau pathologies. There are several PET tracers that can detect the load of Abeta fibrils in the brain (amyloid-PET). Studies have demonstrated high concordance between the in vivo uptake of these amyloid-PET tracers and the density of Abeta plaques as determined post-mortem. In CSF, Abeta42 concentrations and especially the ratios of Abeta42/Abeta40 and p-Tau181/Abeta42 concentrations correlate strongly with amyloid-PET status and AD neuropathology. Several CSF Abeta and p-Tau assays are currently used in clinical practice. However, there is a need for accurate AD blood-based biomarkers that are easily accessible and minimally invasive.

Different p-Tau isoforms that are increased in the presence of amyloid pathology are detectable in plasma, including pTau181, pTau217, and pTau231. Head-to-head comparisons of assays for p-Tau181, p-Tau217, and p-Tau231 using plasma from patients with mild cognitive impairment indicate that increases in plasma p-Tau217 were superior at detecting AD pathology and predicting future development of AD dementia. Both p-Tau181 and p-Tau217 were associated with both Abeta plaques and tau tangles, with p-Tau217 showing stronger correlations with both pathologies. In addition, plasma concentrations of p-Tau217, but not p-Tau181 and p-Tau231, have been shown to increase over time in people with abnormal brain Abeta deposition correlating with brain atrophy and cognitive decline.

**Reference Values**
Negative: < or=0.185 pg/mL
Intermediate: 0.186-0.324 pg/mL
Positive: > or =0.325 pg/mL

**Interpretation**
Negative: A normal (negative) phosphorylated Tau217 (p-Tau217) result is consistent with a negative (normal) amyloid-positron emission tomography (PET) scan result. This result indicates a reduced likelihood that an individual has neuropathological changes associated with Alzheimer disease.

Intermediate: An intermediate p-Tau217 result cannot accurately differentiate between the presence or absence of neuropathological changes associated with Alzheimer disease. Further testing, such as amyloid-positron emission tomography (PET) or cerebrospinal fluid Abeta42 and tau biomarkers, is needed to determine the likelihood of neuropathological changes associated with Alzheimer disease being present.

Positive: An elevated (positive) p-Tau217 result is consistent with a positive (abnormal) amyloid-positron emission tomography (PET) scan result. This result is consistent with the presence of neuropathological changes associated with Alzheimer disease. In the proper clinical context this test is supportive of Alzheimer disease being related to current clinical symptoms. This test has not been demonstrated to provide information on the risk of an asymptomatic individual developing symptoms related to Alzheimer disease in the future.

Clinical performance of this test was established in a study of 427 individuals aged 50 years and older with mild


cognitive impairment or early dementia with a 64% prevalence of amyloid pathology defined by an amyloid-PET and a Centiloid scale value of 25 or more. For detection of an abnormal amyloid-PET, pTau217 test sensitivity at the lower cutpoint (< or =0.185 pg/mL) was 92% and the specificity at the upper cutpoint (> or =0.325 pg/mL) was 96%. The diagnostic performance of this test has not been established in asymptomatic individuals.

**Cautions**
Phosphorylated Tau217 (p-Tau217) results must be interpreted in conjunction with other diagnostic tools, such as neurological examination, neurobehavioral tests, imaging, and routine laboratory tests.

This assay **should not** be ordered for individuals younger than 50 years.

Elevations of p-Tau217 may be seen in individuals with impaired kidney function associated with chronic kidney disease and should be interpreted with caution in these situations.

False-positive or false-negative test results may occur.

The performance of this test was evaluated using specimens obtained from a US White population. At this time, it is uncertain if similar clinical performance will be observed in other racial and ethnic groups.

This assay should not be used for cognitively unimpaired (asymptomatic) individuals to predict the development of dementia or other neurological conditions.

The safety and effectiveness of this test have not been established for monitoring the effect of disease monitoring therapies or for predicting development of dementia or other neurologic conditions.

Phosphorylated Tau217 concentrations have not been established to correlate with disease severity. Results obtained with different assay methods or kits may be different and cannot be used interchangeably.

In rare cases, some individuals can develop antibodies to mouse or other animal antibodies (often referred to as human anti-mouse antibodies [HAMA] or heterophile antibodies) that may cause interference in some immunoassays. Caution should be used in interpretation of results, and the laboratory should be alerted if the result does not correlate with the clinical presentation.

**Clinical Reference**
1. Arranz J, Zhu N, Rubio-Guerra S, et al. Diagnostic performance of plasma pTau 217, pTau 181, Ab 1-42 and Ab 1-40 in the LUMIPULSE automated platform for the detection of Alzheimer disease. Preprint. Res Sq. 2023;rs.3.rs-3725688. doi:10.21203/rs.3.rs-3725688/v1
2. Brum WS, Cullen NC, Janelidze S, et al. A two-step workflow based on plasma p-tau217 to screen for amyloid b positivity with further confirmatory testing only in uncertain cases. Nat Aging. 2023;3(9):1079-1090. doi:10.1038/s43587-023-00471-5
3. Mattsson-Carlgren N, Collij LE, Stomrud E, et al. Plasma biomarker strategy for selecting patients with Alzheimer disease for antiamyloid immunotherapies JAMA Neurol. 2024;81(1):69-78. doi:10.1001/jamaneurol.2023.4596
4. Janelidze S, Berron D, Smith R, et al. Associations of plasma phospho-tau217 levels with tau positron emission tomography in early Alzheimer disease. JAMA Neurol. 2021;78(2):149-156. doi:10.1001/jamaneurol.2020.4201
5. Blennow K, Galasko D, Perneczky R, et al. The potential clinical value of plasma biomarkers in Alzheimer's disease. Alzheimers Dement. 2023;19(12):5805-5816. doi:10.1002/alz.13455
6. Ashton NJ, Puig-Pijoan A, Mila-Aloma M, et al. Plasma and CSF biomarkers in a memory clinic: Head-to-head comparison of phosphorylated tau immunoassays. Alzheimers Dement. 2023;19(5):1913-1924. doi:10.1002/alz.12841
7. Mielke MM, Dage JL, Frank RD, et al. Performance of plasma phosphorylated tau 181 and 217 in the community. Nat Med. 2022;28(7):1398-1405. doi:10.1038/s41591-022-01822-2
8. Palmqvist S, Janelidze S, Quiroz YT, et al. Discriminative Accuracy of Plasma Phospho-tau217 for Alzheimer Disease vs Other Neurodegenerative Disorders. JAMA. 2020;324(8):772-781. doi:10.1001/jama.2020.12134
9. Gonzalez-Ortiz F, Kac PR, Brum WS, Zetterberg H, Blennow K, Karikari TK. Plasma phospho-tau in Alzheimer's disease: towards diagnostic and therapeutic trial applications. Mol Neurodegener. 2023;18(1):18. doi:10.1186/s13024-023-00605-


8

10. Barthelemy NR, Horie K, Sato C, Bateman RJ. Blood plasma phosphorylated-tau isoforms track CNS change in Alzheimer's disease. J Exp Med. 2020;217(11):e20200861. doi:10.1084/jem.20200861
11. Jack CR, Wiste HJ, Algeciras-Schimnich A, et al. Predicting amyloid PET and tau PET stages with plasma biomarkers. Brain. 2023;146(5):2029-2044. doi:10.1093/brain/awad042
12. Karikari TK, Ashton NJ, Brinkmalm G, et al. Blood phospho-tau in Alzheimer disease: analysis, interpretation, and clinical utility. Nat Rev Neurol. 2022;18(7):400-418. doi:10.1038/s41582-022-00665-2

## Performance

### Method Description
The Lumipulse G pTau 217 Plasma is an assay system for the quantitative measurement of Tau phosphorylated at threonine 217 (pTau 217) in plasma specimens based on chemiluminescent immunoassay technology by a specific two-step immunoassay method on the Lumipulse G System. The specimen and assay specific diluent are both added to the antibody coated particle solution. The p-Tau217 in the specimen specifically binds to anti- p-Tau217 monoclonal mouse antibody on the particles and antigen-antibody immunocomplexes are formed. The particles are washed and rinsed to remove unbound materials. Alkaline phosphatase labeled anti-Tau monoclonal antibodies specifically binds to immuno-complexes on the particles. The particles are washed and rinsed to remove unbound materials. Substrate solution is added and mixed with the particles. 3-(2'-Spiroadamantyl)-4-methoxy-4-(3"-phosphoryloxy)-phenyl-1,2-dioxetane (AMPPD) contained in the substrate solution is dephosphorylated by the catalysis of alkaline phosphatase indirectly conjugated to particles. Luminescence (at a maximum wavelength of 477 nm) is generated by the cleavage reaction of dephosphorylated AMPPD. The luminescent signal reflects the amount of p-Tau217 present in the sample.(Package insert: Lumipulse pTau 217 Plasma. Fujirebio Inc; Ver 2, 12/2023)

### Day(s) Performed
Tuesday. Days performed may be flexible if samples are scheduled to arrive in a batch.

### Report Available
1 to 9 days

### Specimen Retention Time
90 days

### Performing Laboratory Location
Rochester

### CLIA Laboratory Number
24D1040592

### Test Classification
This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. It has not been cleared or approved by the US Food and Drug Administration.