# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FUJIREBIO DIAGNOSTICS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 25-cv-00659 (GBW) ) |
| QUANTERIX CORPORATION, | ) **DEMAND FOR JURY TRIAL** ) |
| Defendant. | ) ) ) |
| QUANTERIX CORPORATION, | ) ) |
| Counter-Plaintiff, | ) ) |
| v. | ) ) |
| FUJIREBIO DIAGNOSTICS, INC. and FUJIREBIO EUROPE N.V., | ) ) ) |
| Counter-Defendants. | ) ) |

**COUNTER-DEFENDANT FUJIREBIO EUROPE N.V.'S MOTION TO DISMISS QUANTERIX CORPORATION'S AMENDED COUNTERCLAIM
PURSUANT TO FED. R. CIV. P. 12(B)(6)**

Pursuant to Fed. R. Civ. P. 12(b)(6), Counter-Defendant Fujirebio Europe N.V. ("FRE") respectfully moves for entry of an order dismissing Counter-Plaintiff Quanterix Corporation's ("Quanterix") Amended Counterclaim for failure to state a claim. The grounds for this motion are set forth in FRE's Opening Brief in support thereof, which is being filed contemporaneously herewith.

Dated: September 5, 2025

Respectfully submitted,

**DUANE MORRIS LLP**

*/s/ Monté T. Squire*
Monté T. Squire (No. 4764)
1201 North Market Street, Suite 501
Wilmington, DE 19801
Phone: (302) 657-4900
mtsquire@duanemorris.com

**OF COUNSEL:**

Anthony J. Fitzpatrick (Admitted *Pro Hac Vice*)
Christopher S. Kroon (Admitted *Pro Hac Vice*)
Poornarchita H. Dwarakanath (Admitted *Pro Hac Vice*)
DUANE MORRIS LLP
100 High Street, Suite 2400
Boston, MA 02110-1724

Thomas J. Kowalski (Admitted *Pro Hac Vice*)
DUANE MORRIS LLP
22 Vanderbilt
335 Madison Avenue, 23rd Floor
New York, NY 10017-4669

*Attorneys for Fujirebio Europe N.V.*