IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FUJIREBIO DIAGNOSTICS, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 25-cv-00659 (GBW) |
| QUANTERIX CORPORATION, | ) ) | **DEMAND FOR JURY TRIAL** |
| Defendant. | ) ) ) | |
| QUANTERIX CORPORATION, | ) ) | |
| Counter-Plaintiff, | ) ) ) | |
| v. | ) ) | |
| FUJIREBIO DIAGNOSTICS, INC. and FUJIREBIO EUROPE N.V., | ) ) ) | |
| Counter-Defendants. | ) ) | |

## [PROPOSED] ORDER

Having considered FRE's Motion to Dismiss Quanterix's Amended Counterclaim Pursuant to Fed. R. Civ. P. 12(b)(6), together with Quanterix's opposition thereto, and all supporting briefing and papers;

IT IS HEREBY ORDERED, this _____ day of _____, 2025, that:

1. The Motion is GRANTED.

2. Quanterix's Amended Counterclaim is DISMISSED WITH PREJUDICE.

_____
UNITED STATES DISTRICT JUDGE