# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FUJIREBIO DIAGNOSTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> QUANTERIX CORPORATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 25-cv-00659 (GBW) <br> ) <br> ) **DEMAND FOR JURY TRIAL** <br> ) <br> ) |
| QUANTERIX CORPORATION, <br><br> Counter-Plaintiff, <br><br> v. <br><br> FUJIREBIO DIAGNOSTICS, INC. and FUJIREBIO EUROPE N.V., <br><br> Counter-Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## FUJIREBIO EUROPE N.V.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies that, as of this date, the parent corporation of Fujirebio Europe N.V. is Fujirebio Holdings, Inc.; and H.U. Group Holdings, Inc., a publicly-held corporation, indirectly owns 100% of the outstanding stock of Fujirebio Europe N.V.

Dated: September 5, 2025

Respectfully Submitted,

**DUANE MORRIS LLP**

*/s/ Monté T. Squire*
Monté T. Squire (No. 4764)
1201 North Market Street, Suite 501
Wilmington, DE 19801
Phone: (302) 657-4900

mtsquire@duanemorris.com

OF COUNSEL:
Anthony J. Fitzpatrick
(Admitted *Pro Hac Vice*)
Christopher S. Kroon
(Admitted *Pro Hac Vice*)
Poornarchita H. Dwarakanath
(Admitted *Pro Hac Vice*)
**DUANE MORRIS LLP**
100 High Street, Suite 2400
Boston, MA 02110-1724

Thomas J. Kowalski
(Admitted *Pro Hac Vice*)
**DUANE MORRIS LLP**
335 Madison Avenue, 23rd Floor
New York, NY 10017-4669

*Attorneys for Fujirebio Europe N.V.*