IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FUJIREBIO DIAGNOSTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> QUANTERIX CORPORATION, <br><br> Defendant. <br> QUANTERIX CORPORATION, <br><br> Counter-Plaintiff, <br><br> v. <br><br> FUJIREBIO DIAGNOSTICS, INC. and FUJIREBIO EUROPE N.V., <br><br> Counter-Defendants. | C.A. No. 25-cv-00659 (GBW) <br><br> **DEMAND FOR JURY TRIAL** |

# PLAINTIFF AND COUNTER-DEFENDANT FUJIREBIO DIAGNOSTICS, INC.'S MOTION TO DISMISS QUANTERIX CORPORATION'S AMENDED COUNTERCLAIM PURSUANT TO FED. R. CIV. P. 12(B)(6)

Pursuant to Fed. R. Civ. P. 12(b)(6), Plaintiff and Counter-Defendant Fujirebio Diagnostics, Inc. ("FDI") respectfully moves for entry of an order dismissing Defendant and Counter-Plaintiff Quanterix Corporation's ("Quanterix") Amended Counterclaim with prejudice, and finding claims 1-21 of U.S. Patent 11,275,092 ("the '092 Patent") invalid under 35 U.S.C. § 101. The grounds for this motion are set forth in FDI's Opening Brief in support thereof, which is being filed contemporaneously herewith.

Dated: September 5, 2025

Respectfully submitted,

**DUANE MORRIS LLP**

*/s/ Monté T. Squire*
Monté T. Squire (No. 4764)
1201 North Market Street, Suite 501
Wilmington, DE 19801
Phone: (302) 657-4900
mtsquire@duanemorris.com

**OF COUNSEL:**

Anthony J. Fitzpatrick (Admitted *Pro Hac Vice*)
Christopher S. Kroon (Admitted *Pro Hac Vice*)
Poornarchita H. Dwarakanath (Admitted *Pro Hac Vice*)
DUANE MORRIS LLP
100 High Street, Suite 2400
Boston, MA 02110-1724

Thomas J. Kowalski (Admitted *Pro Hac Vice*)
DUANE MORRIS LLP
22 Vanderbilt
335 Madison Avenue, 23rd Floor
New York, NY 10017-4669

*Attorneys for Fujirebio Diagnostics, Inc.*