# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FUJIREBIO DIAGNOSTICS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 25-cv-00659 (GBW) ) |
| QUANTERIX CORPORATION, | ) **DEMAND FOR JURY TRIAL** ) |
| Defendant. | ) ) |
| QUANTERIX CORPORATION, | ) ) |
| Counter-Plaintiff, | ) ) |
| v. | ) ) |
| FUJIREBIO DIAGNOSTICS, INC. and FUJIREBIO EUROPE N.V., | ) ) ) |
| Counter-Defendants. | ) ) |

## [PROPOSED] ORDER

Having considered FDI's Motion to Dismiss Quanterix's Amended Counterclaim Pursuant to Fed. R. Civ. P. 12(b)(6), together with Quanterix's opposition thereto, and all supporting briefing and papers;

IT IS HEREBY ORDERED, this _____ day of _____, 2025, that:

1. The Motion is GRANTED.

2. Quanterix's Amended Counterclaim is DISMISSED WITH PREJUDICE.

3. Claims 1-21 of the '092 Patent are INVALID under 35 U.S.C. § 101.

_____
UNITED STATES DISTRICT JUDGE