# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FUJIREBIO DIAGNOSTICS, INC., | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 25-cv-00659 (GBW) |
| QUANTERIX CORPORATION, | ) **DEMAND FOR JURY TRIAL** |
| Defendant. | ) |
| QUANTERIX CORPORATION, | ) |
| Counter-Plaintiff, | ) |
| v. | ) |
| FUJIREBIO DIAGNOSTICS, INC. and FUJIREBIO EUROPE N.V., | ) |
| Counter-Defendants. | ) |

**DECLARATION OF MONTÉ T. SQUIRE IN SUPPORT OF COUNTER-DEFENDANT FUJIREBIO DIAGNOSTICS, INC.'S OPENING BRIEF IN SUPPORT OF ITS MOTION TO DISMISS QUANTERIX CORPORATION'S AMENDED COUNTERCLAIM PURSUANT TO FED. R. CIV. P. 12(B)(6)**

I, Monté T. Squire, declare and state as follows:

1. I am an attorney at Duane Morris LLP and counsel of record for Plaintiff and Counter-Defendant Fujirebio Diagnostics, Inc. ("FDI"). I have personal knowledge of the exhibits contained in this declaration and, if called upon to do so, I could and would testify competently to the matters set forth herein. I make this declaration in support of FDI's Motion to Dismiss Quanterix's Amended Counterclaim Pursuant to Fed. R. Civ. P. 12(b)(6).

2. Attached hereto as Exhibit A is a true and correct copy of IPR2025-01060, Paper No. 2, filed May 28, 2025.

3. Attached hereto as Exhibit B is a true and correct copy of IPR2025-01060, Paper No. 9, filed August 20, 2025.

4. Attached hereto as Exhibit C is a true and correct copy of Applicant's Remarks/Reply to March 16, 2021 Office Action from Prosecution History for U.S. Patent No. 11,275,092, dated July 16, 2021.

5. Attached hereto as Exhibit D is a true and correct copy of IPR2025-01060, Exhibit 1005, filed May 28, 2025.

I declare that under penalty of perjury that to the best of my knowledge the foregoing is true and correct.

Executed this 5th day of September 2025, in Wilmington, Delaware.

*/s/ Monté T. Squire*
Monté T. Squire (No. 4764)