IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FUJIREBIO DIAGNOSTICS, INC., | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 25-659 (GBW) |
| QUANTERIX CORPORATION, | ) |
| Defendant. | ) |
| QUANTERIX CORPORATION, | ) |
| Counter-Plaintiff, | ) |
| v. | ) |
| FUJIREBIO DIAGNOSTICS, INC., FUJIREBIO EUROPE N.V., | ) |
| Counter-Defendants. | ) |

### STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that (1) the deadline for Quanterix Corporation to file answering briefs in opposition to Fujirebio Europe N.V.'s and Fujirebio Diagnostics, Inc.'s respective motions to dismiss (D.I. 21, 24) is extended to October 24, 2025, and (2) Fujirebio Europe N.V.'s and Fujirebio Diagnostics, Inc.'s deadline to file reply briefs in support of their respective motions is extended to November 19, 2025.

| | |
|---|---|
| DUANE MORRIS LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Monté T. Squire* | */s/ Cameron P. Clark* |
| Monté T. Squire (#4764)<br>1201 N. Market St., Suite 501<br>Wilmington, DE 19801<br>(302) 657-4918<br>mtsquire@duanemorris.com | Jeremy A. Tigan (#5239)<br>Cameron P. Clark (#6647)<br>Ben Yenerall (#7132)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jtigan@morrisnichols.com<br>cclark@morrisnichols.com<br>byenerall@morrisnichols.com |
| *Attorneys for Fujirebio Diagnostics, Inc. and Fujirebio Europe N.V.* | *Attorneys for Quanterix Corporation* |
| September 12, 2025 | |

SO ORDERED this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE