# EXHIBIT A



US011275092B2

## (12) United States Patent
### Wilson et al.

(10) Patent No.: **US 11,275,092 B2**
(45) Date of Patent: ***Mar. 15, 2022**

(54) **METHODS OF DETERMINING A TREATMENT PROTOCOL FOR AND/OR A PROGNOSIS OF A PATIENT'S RECOVERY FROM A BRAIN INJURY**

(71) Applicant: **Quanterix Corporation**, Billerica, MA (US)

(72) Inventors: **David Wilson**, Boxborough, MA (US); **John Henrik Zetterberg**, Molnlycke (SE); **Kaj Blennow**, Kungsbacka (SE); **Jeffrey D. Randall**, Canton, MA (US)

(73) Assignee: **Quanterix Corporation**, Billerica, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 66 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **16/522,237**

(22) Filed: **Jul. 25, 2019**

(65) **Prior Publication Data**

US 2020/0124620 A1 Apr. 23, 2020

**Related U.S. Application Data**

(63) Continuation of application No. 15/269,142, filed on Sep. 19, 2016, now Pat. No. 10,393,759, which is a
(Continued)

(51) **Int. Cl.**
**G01N 33/68** (2006.01)
**G01N 33/543** (2006.01)

(52) **U.S. Cl.**
CPC ... **G01N 33/6896** (2013.01); **G01N 33/54306** (2013.01); *G01N 2333/47* (2013.01);
(Continued)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,712,986 A | 1/1973 | Collings | |
| 4,200,110 A | 4/1980 | Peterson et al. | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AU | 199956253 B2 | 3/2000 |
| CN | 1635146 A | 7/2005 |

(Continued)

OTHER PUBLICATIONS

Kan et al., Isolation and detection of single molecules on paramagnetic beads using sequential fluid flows in microfabricated polymer array assemblies. Lab Chip. Mar. 7, 2012;12(5):977-85. Epub Dec. 16, 2011.

(Continued)

*Primary Examiner* — Adam Weidner
(74) *Attorney, Agent, or Firm* — Wolf, Greenfield & Sacks, P.C.

(57) **ABSTRACT**

The present invention, in some embodiments, generally relates to methods of determining a treatment protocol for and/or a prognosis of a patient's recovery from a brain injury. In some embodiments, the brain injury results from a hypoxic event. In some embodiments, methods are provided for determining a measure of the concentration of tau protein in a patient sample containing or suspected of containing tau protein.

**21 Claims, 5 Drawing Sheets**





**Related U.S. Application Data**

continuation of application No. 14/111,326, filed as
application No. PCT/US2012/033343 on Apr. 12,
2012, now abandoned.

(60) Provisional application No. 61/524,693, filed on Aug.
17, 2011, provisional application No. 61/474,315,
filed on Apr. 12, 2011.

(52) **U.S. Cl.**
CPC . *G01N 2333/4709* (2013.01); *G01N 2800/28*
(2013.01); *G01N 2800/52* (2013.01)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,232,119 A | 11/1980 | Carlsson et al. |
| 4,631,211 A | 12/1986 | Houghten |
| 4,780,421 A | 10/1988 | Kameda et al. |
| 4,883,642 A | 11/1989 | Bisconte |
| 4,907,037 A | 3/1990 | Boisde et al. |
| 4,924,870 A | 5/1990 | Wlodarczyk et al. |
| 4,962,037 A | 10/1990 | Jett et al. |
| 5,026,159 A | 6/1991 | Allen et al. |
| 5,028,535 A | 7/1991 | Buechler et al. |
| 5,089,391 A | 2/1992 | Buechler et al. |
| 5,091,300 A | 2/1992 | Hurni et al. |
| 5,108,961 A | 4/1992 | Zhong et al. |
| 5,152,816 A | 10/1992 | Berkey |
| 5,190,857 A | 3/1993 | Allen et al. |
| 5,196,306 A | 3/1993 | Bobrow et al. |
| 5,213,962 A | 5/1993 | Van Nostrand et al. |
| 5,234,814 A | 8/1993 | Card et al. |
| 5,244,636 A | 9/1993 | Walt et al. |
| 5,244,813 A | 9/1993 | Walt et al. |
| 5,250,264 A | 10/1993 | Walt et al. |
| 5,252,494 A | 10/1993 | Walt |
| 5,262,332 A | 11/1993 | Selkoe et al. |
| 5,270,165 A | 12/1993 | Van Nostrand et al. |
| 5,298,741 A | 3/1994 | Walt et al. |
| 5,315,375 A | 5/1994 | Allen |
| 5,320,814 A | 6/1994 | Walt et al. |
| 5,329,461 A | 7/1994 | Allen et al. |
| 5,374,395 A | 12/1994 | Robinson et al. |
| 5,405,783 A | 4/1995 | Pirrung et al. |
| 5,441,870 A | 8/1995 | Seubert et al. |
| 5,445,934 A | 8/1995 | Fodor et al. |
| 5,468,846 A | 11/1995 | Ichikawa et al. |
| 5,474,990 A | 12/1995 | Olney |
| 5,488,567 A | 1/1996 | Allen et al. |
| 5,492,812 A | 2/1996 | Voorheis et al. |
| 5,512,490 A | 4/1996 | Walt et al. |
| 5,532,138 A | 7/1996 | Singh et al. |
| 5,532,379 A | 7/1996 | Fujimoto |
| 5,545,531 A | 8/1996 | Rava et al. |
| 5,583,001 A | 12/1996 | Bobrow et al. |
| 5,593,846 A | 1/1997 | Schenk et al. |
| 5,620,850 A | 4/1997 | Bamdad et al. |
| 5,633,972 A | 5/1997 | Walt et al. |
| 5,690,894 A | 11/1997 | Pinkel et al. |
| 5,700,637 A | 12/1997 | Southern |
| 5,705,401 A | 1/1998 | Masters et al. |
| 5,731,158 A | 3/1998 | Bobrow et al. |
| 5,770,455 A | 6/1998 | Cargill et al. |
| 5,807,522 A | 9/1998 | Brown et al. |
| 5,814,524 A | 9/1998 | Walt et al. |
| 5,869,266 A | 2/1999 | Wolozin et al. |
| 5,885,529 A | 3/1999 | Babson et al. |
| 5,900,481 A | 5/1999 | Lough et al. |
| 5,976,817 A | 11/1999 | Davies-Heerema et al. |
| 5,981,180 A | 11/1999 | Chandler et al. |
| 5,981,208 A | 11/1999 | Tamburini et al. |
| 6,001,564 A | 12/1999 | Bergeron et al. |
| 6,007,690 A | 12/1999 | Nelson et al. |
| 6,013,445 A | 1/2000 | Albrecht et al. |
| 6,023,540 A | 2/2000 | Walt et al. |
| 6,133,436 A | 10/2000 | Koster et al. |
| 6,143,496 A | 11/2000 | Brown et al. |
| 6,156,270 A | 12/2000 | Buechler |
| 6,174,695 B1 | 1/2001 | Hammock et al. |
| 6,210,910 B1 | 4/2001 | Walt et al. |
| 6,266,459 B1 | 7/2001 | Walt et al. |
| 6,285,807 B1 | 9/2001 | Walt et al. |
| 6,327,410 B1 | 12/2001 | Walt et al. |
| 6,329,139 B1 | 12/2001 | Nova et al. |
| 6,368,874 B1 | 4/2002 | Gallop et al. |
| 6,377,721 B1 | 4/2002 | Walt et al. |
| 6,388,746 B1 | 5/2002 | Eriksson et al. |
| 6,396,995 B1 | 5/2002 | Stuelpnagel et al. |
| 6,406,845 B1 | 6/2002 | Walt et al. |
| 6,432,630 B1 | 8/2002 | Blankenstein |
| 6,482,593 B2 | 11/2002 | Walt et al. |
| 6,495,335 B2 | 12/2002 | Chojkier et al. |
| 6,582,908 B2 | 6/2003 | Fodor et al. |
| 6,599,331 B2 | 7/2003 | Chandler et al. |
| 6,602,702 B1 | 8/2003 | McDevitt et al. |
| 6,620,584 B1 | 9/2003 | Chee et al. |
| 6,635,452 B1 | 10/2003 | Monforte et al. |
| 6,667,159 B1 | 12/2003 | Walt et al. |
| 6,670,137 B2 | 12/2003 | Vanmechelen et al. |
| 6,680,173 B2 | 1/2004 | Vanmechelen et al. |
| 6,713,309 B1 | 3/2004 | Anderson et al. |
| 6,714,303 B2 | 3/2004 | Ivarsson |
| 6,811,988 B2 | 11/2004 | Chojkier et al. |
| 6,821,449 B2 | 11/2004 | Caplen et al. |
| 6,838,051 B2 | 1/2005 | Marquiss et al. |
| 6,858,394 B1 | 2/2005 | Chee et al. |
| 6,859,570 B2 | 2/2005 | Walt et al. |
| 6,878,345 B1 | 4/2005 | Astle |
| 6,929,924 B2 | 8/2005 | Bouanani et al. |
| 6,942,968 B1 | 9/2005 | Dickinson et al. |
| 6,943,034 B1 | 9/2005 | Winkler et al. |
| 6,991,939 B2 | 1/2006 | Walt et al. |
| 6,999,657 B2 | 2/2006 | Walt |
| 7,056,746 B2 | 6/2006 | Seul et al. |
| 7,060,431 B2 | 6/2006 | Chee et al. |
| 7,107,092 B2 | 9/2006 | Goldstein et al. |
| 7,115,884 B1 | 10/2006 | Walt et al. |
| 7,211,390 B2 | 5/2007 | Rothberg et al. |
| 7,244,559 B2 | 7/2007 | Rothberg et al. |
| 7,250,267 B2 | 7/2007 | Walt et al. |
| 7,264,929 B2 | 9/2007 | Rothberg et al. |
| 7,348,181 B2 | 3/2008 | Walt et al. |
| 7,442,516 B2 | 10/2008 | Ohno et al. |
| 7,480,433 B2 | 1/2009 | Walt et al. |
| 7,572,581 B2 | 8/2009 | Gelfand et al. |
| 7,651,841 B2 | 1/2010 | Song et al. |
| 7,655,424 B2 | 2/2010 | Jackowski |
| 7,749,700 B2 | 7/2010 | Baird et al. |
| 7,759,062 B2 | 7/2010 | Allawi et al. |
| 7,776,553 B2 | 8/2010 | Love et al. |
| 7,838,250 B1 | 11/2010 | Goix et al. |
| 8,222,047 B2 | 7/2012 | Duffy et al. |
| 8,236,574 B2 | 8/2012 | Duffy et al. |
| 8,415,171 B2 | 4/2013 | Rissin et al. |
| 8,460,878 B2 | 6/2013 | Walt et al. |
| 8,460,879 B2 | 6/2013 | Walt et al. |
| 8,492,098 B2 | 7/2013 | Walt et al. |
| 8,846,415 B2 | 9/2014 | Duffy et al. |
| 9,110,025 B2 | 8/2015 | Rissin et al. |
| 9,310,360 B2 | 4/2016 | Duffy et al. |
| 9,395,359 B2 | 7/2016 | Walt et al. |
| 9,482,622 B2 | 11/2016 | Sato et al. |
| 9,482,662 B2 | 11/2016 | Duffy et al. |
| 9,551,663 B2 | 1/2017 | Rissin et al. |
| 9,678,068 B2 | 6/2017 | Duffy et al. |
| 9,809,838 B2 | 11/2017 | Walt et al. |
| 9,846,155 B2 | 12/2017 | Rissin et al. |
| 9,932,626 B2 | 4/2018 | Duffy et al. |
| 9,952,237 B2 | 4/2018 | Fournier et al. |
| 10,261,089 B2 | 4/2019 | Walt et al. |
| 10,393,759 B2 | 8/2019 | Wilson et al. |
| 10,640,814 B2 | 5/2020 | Duffy et al. |
| 10,725,032 B2 | 7/2020 | Duffy et al. |

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 10,989,713 B2 | 4/2021 | Rissin et al. |
| 2001/0018191 A1 | 8/2001 | Merken et al. |
| 2002/0001857 A1 | 1/2002 | Vandermeeren et al. |
| 2002/0009391 A1 | 1/2002 | Marquiss et al. |
| 2002/0019016 A1 | 2/2002 | Vanmechelen et al. |
| 2002/0086009 A1 | 7/2002 | Ishiguro et al. |
| 2002/0090650 A1 | 7/2002 | Empedocles et al. |
| 2002/0122612 A1 | 9/2002 | Walt et al. |
| 2002/0137112 A1 | 9/2002 | Chojkier et al. |
| 2002/0157122 A1 | 10/2002 | Wong et al. |
| 2002/0188106 A1 | 12/2002 | Mandelkow et al. |
| 2003/0027126 A1 | 2/2003 | Walt et al. |
| 2003/0091475 A1 | 5/2003 | Yu et al. |
| 2003/0096227 A1 | 5/2003 | Shinitzky et al. |
| 2003/0096243 A1 | 5/2003 | Busa |
| 2003/0104361 A1 | 6/2003 | Weininger et al. |
| 2003/0104488 A1 | 6/2003 | Chojkier et al. |
| 2003/0138972 A1 | 7/2003 | Vandermeeren et al. |
| 2003/0143580 A1 | 7/2003 | Straus et al. |
| 2003/0143760 A1 | 7/2003 | Vandermeeren et al. |
| 2003/0165575 A1 | 9/2003 | Iqbal et al. |
| 2003/0194742 A1 | 10/2003 | Vanmechelen et al. |
| 2003/0198573 A1 | 10/2003 | Forood et al. |
| 2004/0013647 A1 | 1/2004 | Solomon et al. |
| 2004/0014142 A1 | 1/2004 | Vanmechelen et al. |
| 2004/0018561 A1 | 1/2004 | Decrescenzo et al. |
| 2004/0038426 A1 | 2/2004 | Manalis |
| 2004/0038430 A1 | 2/2004 | Vandermeeren et al. |
| 2004/0043502 A1 | 3/2004 | Song et al. |
| 2004/0053322 A1 | 3/2004 | McDevitt et al. |
| 2004/0071599 A1 | 4/2004 | Rusch et al. |
| 2004/0072278 A1 | 4/2004 | Chou et al. |
| 2004/0086426 A1 | 5/2004 | Vann et al. |
| 2004/0101918 A1 | 5/2004 | Cauci |
| 2004/0132680 A1 | 7/2004 | Wong et al. |
| 2004/0142386 A1 | 7/2004 | Rigler et al. |
| 2004/0166536 A1 | 8/2004 | Kerkman et al. |
| 2004/0219509 A1 | 11/2004 | Valkirs et al. |
| 2004/0248325 A1 | 12/2004 | Bukusoglu |
| 2004/0253624 A1 | 12/2004 | Smith et al. |
| 2004/0253643 A1 | 12/2004 | Seubert et al. |
| 2004/0259237 A1 | 12/2004 | Kellogg et al. |
| 2005/0042221 A1 | 2/2005 | Chojkier et al. |
| 2005/0053996 A1 | 3/2005 | Tong |
| 2005/0069968 A1 | 3/2005 | Seubert et al. |
| 2005/0112634 A1 | 5/2005 | Woudenberg et al. |
| 2005/0112655 A1 | 5/2005 | Banerjee et al. |
| 2005/0124016 A1 | 6/2005 | LaDu et al. |
| 2005/0129581 A1 | 6/2005 | McBride et al. |
| 2005/0130173 A1 | 6/2005 | Leamon et al. |
| 2005/0130188 A1 | 6/2005 | Walt et al. |
| 2005/0131650 A1 | 6/2005 | Andersson et al. |
| 2005/0164289 A1 | 7/2005 | Quate et al. |
| 2005/0169925 A1 | 8/2005 | Bardroff et al. |
| 2005/0175626 A1 | 8/2005 | Delacourte et al. |
| 2005/0181460 A1 | 8/2005 | Ohno et al. |
| 2005/0221281 A1 | 10/2005 | Ho |
| 2005/0226780 A1 | 10/2005 | Sandell et al. |
| 2005/0244308 A1 | 11/2005 | Tanaami et al. |
| 2005/0244890 A1 | 11/2005 | Davies et al. |
| 2005/0266433 A1 | 12/2005 | Kapur et al. |
| 2006/0006067 A1 | 1/2006 | Unger |
| 2006/0013543 A1 | 1/2006 | Walt et al. |
| 2006/0024759 A1 | 2/2006 | Holtzman et al. |
| 2006/0040297 A1 | 2/2006 | Leamon et al. |
| 2006/0068409 A1 | 3/2006 | Phan et al. |
| 2006/0078998 A1 | 4/2006 | Puskas et al. |
| 2006/0084183 A1 | 4/2006 | Henricksen |
| 2006/0139635 A1 | 6/2006 | Kersey et al. |
| 2006/0205024 A1 | 9/2006 | Rogers et al. |
| 2007/0040095 A1 | 2/2007 | Walt et al. |
| 2007/0059754 A1 | 3/2007 | Kordunsky et al. |
| 2007/0074972 A1 | 4/2007 | Nassef et al. |
| 2007/0116607 A1 | 5/2007 | Wang et al. |
| 2007/0154480 A1 | 7/2007 | Schenk et al. |
| 2007/0259381 A1 | 11/2007 | Rissin et al. |
| 2007/0259385 A1 | 11/2007 | Rissin et al. |
| 2007/0259448 A1 | 11/2007 | Rissin et al. |
| 2008/0032324 A1 | 2/2008 | Walt et al. |
| 2008/0038761 A1 | 2/2008 | Beernink et al. |
| 2008/0039343 A1 | 2/2008 | Guire et al. |
| 2008/0064113 A1 | 3/2008 | Goix et al. |
| 2008/0118924 A1 | 5/2008 | Buechler |
| 2008/0131422 A1 | 6/2008 | Sugimura et al. |
| 2008/0131907 A1 | 6/2008 | Wang et al. |
| 2008/0199879 A1 | 9/2008 | Takayama et al. |
| 2008/0234311 A1 | 9/2008 | Li et al. |
| 2008/0248962 A1 | 10/2008 | Kim et al. |
| 2008/0254482 A1 | 10/2008 | Mattoon et al. |
| 2008/0269069 A1 | 10/2008 | Bacher et al. |
| 2008/0299111 A1 | 12/2008 | Delacourte et al. |
| 2009/0022825 A1 | 1/2009 | Kerkman et al. |
| 2009/0036324 A1 | 2/2009 | Fan et al. |
| 2009/0087860 A1 | 4/2009 | Todd et al. |
| 2009/0142755 A1 | 6/2009 | Albitar |
| 2009/0149341 A1 | 6/2009 | Walt et al. |
| 2009/0156425 A1 | 6/2009 | Walt et al. |
| 2009/0170728 A1 | 7/2009 | Walt et al. |
| 2009/0239308 A1 | 9/2009 | Dube et al. |
| 2009/0254180 A1 | 10/2009 | Pazanowski et al. |
| 2009/0289834 A1 | 11/2009 | Devensky |
| 2009/0307772 A1 | 12/2009 | Markham et al. |
| 2010/0075355 A1 | 3/2010 | Duffy et al. |
| 2010/0075407 A1 | 3/2010 | Duffy et al. |
| 2010/0075439 A1 | 3/2010 | Duffy et al. |
| 2010/0075862 A1 | 3/2010 | Duffy et al. |
| 2010/0124552 A1 | 5/2010 | Klein et al. |
| 2010/0136593 A1 | 6/2010 | Jackowski |
| 2010/0140289 A1 | 6/2010 | Knobel et al. |
| 2010/0189338 A1 | 7/2010 | Lin et al. |
| 2010/0192573 A1 | 8/2010 | Hamilton et al. |
| 2010/0204335 A1 | 8/2010 | Beddingfield et al. |
| 2010/0225913 A1 | 9/2010 | Trainer |
| 2010/0227379 A1 | 9/2010 | Wo et al. |
| 2010/0267582 A1 | 10/2010 | Baird et al. |
| 2010/0329929 A1 | 12/2010 | Goix et al. |
| 2011/0037463 A1 | 2/2011 | Bertacco et al. |
| 2011/0039278 A1 | 2/2011 | Pieribone |
| 2011/0183330 A1 | 7/2011 | Lo et al. |
| 2011/0195852 A1 | 8/2011 | Walt et al. |
| 2011/0212462 A1 | 9/2011 | Duffy et al. |
| 2011/0212537 A1 | 9/2011 | Rissin et al. |
| 2011/0212848 A1 | 9/2011 | Duffy et al. |
| 2011/0245097 A1 | 10/2011 | Rissin et al. |
| 2012/0070379 A1 | 3/2012 | Black et al. |
| 2012/0183967 A1 | 7/2012 | Dressman et al. |
| 2012/0196774 A1 | 8/2012 | Fournier et al. |
| 2012/0214160 A1 | 8/2012 | Deng et al. |
| 2012/0277114 A1 | 11/2012 | Duffy et al. |
| 2012/0289428 A1 | 11/2012 | Duffy et al. |
| 2013/0165342 A1 | 6/2013 | Rissin et al. |
| 2013/0345078 A1 | 12/2013 | Walt et al. |
| 2014/0086836 A1 | 3/2014 | Burnham et al. |
| 2014/0094386 A1 | 4/2014 | Wilson et al. |
| 2014/0227720 A1 | 8/2014 | Wilson et al. |
| 2014/0302532 A1 | 10/2014 | Wilson et al. |
| 2015/0185232 A1 | 7/2015 | Keane et al. |
| 2015/0233905 A1 | 8/2015 | Walt et al. |
| 2015/0353997 A1 | 12/2015 | Duffy et al. |
| 2015/0355182 A1 | 12/2015 | Rissin et al. |
| 2016/0123969 A1 | 5/2016 | Rissin et al. |
| 2016/0258959 A1 | 9/2016 | Wilson et al. |
| 2017/0038390 A1 | 2/2017 | Walt et al. |
| 2017/0159104 A1 | 6/2017 | Walt et al. |
| 2017/0160292 A1 | 6/2017 | Wilson et al. |
| 2018/0003703 A1 | 1/2018 | Duffy et al. |
| 2018/0017552 A1 | 1/2018 | Duffy et al. |
| 2018/0037614 A1 | 2/2018 | Duffy et al. |
| 2018/0224451 A1 | 8/2018 | Rissin et al. |
| 2018/0306830 A1 | 10/2018 | Fournier et al. |
| 2018/0363038 A1 | 12/2018 | Duffy et al. |
| 2019/0293655 A1 | 9/2019 | Walt et al. |
| 2019/0302109 A1 | 10/2019 | Duffy et al. |

(56)  **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2020/0123592 A1 | 4/2020 | Diaz-Mochon et al. | |
| 2020/0271643 A1 | 8/2020 | Wilson et al. | |
| 2020/0393457 A1 | 12/2020 | Duffy et al. | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 1950520 A | 4/2007 |
| CN | 101351564 A | 1/2009 |
| CN | 101529227 A | 9/2009 |
| CN | 101541974 A | 9/2009 |
| DE | 19540098 A1 | 4/1997 |
| EP | 0 805 215 A2 | 11/1997 |
| EP | 1 160 256 A2 | 12/2001 |
| EP | 1 180 679 A1 | 2/2002 |
| EP | 1 259 810 A2 | 11/2002 |
| EP | 1 298 436 A2 | 4/2003 |
| EP | 1 721 657 A1 | 11/2006 |
| EP | 1 978 035 A1 | 10/2008 |
| EP | 2 267 451 A2 | 12/2010 |
| EP | 2 324 360 B1 | 1/2018 |
| JP | 2001-269196 A | 10/2001 |
| JP | 2002-506200 A | 2/2002 |
| JP | 2002-525587 A | 8/2002 |
| JP | 2002-526743 A | 8/2002 |
| JP | 2004-354164 A | 12/2004 |
| JP | 2005-518553 A | 6/2005 |
| JP | 2006-511792 A | 4/2006 |
| WO | WO 88/05533 A1 | 7/1988 |
| WO | WO 91/06559 A1 | 5/1991 |
| WO | WO 93/06121 A1 | 4/1993 |
| WO | WO 93/24517 A2 | 12/1993 |
| WO | WO 95/19178 A1 | 7/1995 |
| WO | WO 95/25116 A1 | 9/1995 |
| WO | WO 95/32425 A1 | 11/1995 |
| WO | WO 95/35506 A2 | 12/1995 |
| WO | WO 96/04309 A1 | 2/1996 |
| WO | WO 97/27326 A1 | 7/1997 |
| WO | WO 98/50782 A2 | 11/1998 |
| WO | WO 99/45357 A2 | 9/1999 |
| WO | WO 99/58948 A2 | 11/1999 |
| WO | WO 00/04372 A1 | 1/2000 |
| WO | WO 00/14546 A1 | 3/2000 |
| WO | WO 00/47996 A2 | 8/2000 |
| WO | WO 01/57520 A2 | 8/2001 |
| WO | WO 01/90757 A1 | 11/2001 |
| WO | WO 02/46222 A2 | 6/2002 |
| WO | WO 02/47466 A2 | 6/2002 |
| WO | WO 03/054142 A2 | 7/2003 |
| WO | WO 03/073817 A1 | 9/2003 |
| WO | WO 2004/043226 A2 | 5/2004 |
| WO | WO 2004/065000 A1 | 8/2004 |
| WO | WO 2004/083443 A1 | 9/2004 |
| WO | WO 2005/011599 A2 | 2/2005 |
| WO | WO 2005/019419 A1 | 3/2005 |
| WO | WO 2005/023414 A1 | 3/2005 |
| WO | WO 2005/033283 A2 | 4/2005 |
| WO | WO 2005/047484 A2 | 5/2005 |
| WO | WO 2005/054431 A2 | 6/2005 |
| WO | WO 2005/075507 A1 | 8/2005 |
| WO | WO 2005/095262 A1 | 10/2005 |
| WO | WO 2005/123775 A1 | 12/2005 |
| WO | WO 2006/007726 A1 | 1/2006 |
| WO | WO 2006/055739 A2 | 5/2006 |
| WO | WO 2006/078289 A2 | 7/2006 |
| WO | WO 2006/102297 A1 | 9/2006 |
| WO | WO 2006/103116 A1 | 10/2006 |
| WO | WO 2006/108180 A2 | 10/2006 |
| WO | WO 2007/016357 A1 | 2/2007 |
| WO | WO 2007/044091 A2 | 4/2007 |
| WO | WO 2007/044494 A2 | 4/2007 |
| WO | WO 2007/050359 A2 | 5/2007 |
| WO | WO 2007/064972 A2 | 6/2007 |
| WO | WO 2007/068429 A1 | 6/2007 |
| WO | WO 2007/081385 A2 | 7/2007 |
| WO | WO 2007/081386 A2 | 7/2007 |
| WO | WO 2007/081387 A1 | 7/2007 |
| WO | WO 2007/082750 A2 | 7/2007 |
| WO | WO 2007/084192 A2 | 7/2007 |
| WO | WO 2007/090126 A2 | 8/2007 |
| WO | WO 2007/098148 A2 | 8/2007 |
| WO | WO 2007/106762 A2 | 9/2007 |
| WO | WO 2007/114947 A2 | 10/2007 |
| WO | WO 2007/136614 A2 | 11/2007 |
| WO | WO 2008/027017 A1 | 3/2008 |
| WO | WO 2008/034016 A2 | 3/2008 |
| WO | WO 2008/048371 A2 | 4/2008 |
| WO | WO 2008/060364 A2 | 5/2008 |
| WO | WO 2008/067464 A2 | 6/2008 |
| WO | WO 2008/081008 A1 | 7/2008 |
| WO | WO 2008/150946 A1 | 12/2008 |
| WO | WO 2008/156622 A1 | 12/2008 |
| WO | WO 2009/004494 A2 | 1/2009 |
| WO | WO 2009/029073 A1 | 3/2009 |
| WO | WO 2009/156747 A3 | 12/2009 |
| WO | WO 2010/039180 A2 | 4/2010 |
| WO | WO 2011/032155 A2 | 3/2011 |
| WO | WO 2011/109364 A2 | 9/2011 |
| WO | WO 2011/109372 A1 | 9/2011 |
| WO | WO 2013/103475 A2 | 7/2013 |
| WO | WO 2016/115256 A1 | 7/2016 |
| WO | WO 2016/130923 A1 | 8/2016 |
| WO | WO 2018/222585 A2 | 12/2018 |
| WO | WO 2019/060607 A1 | 3/2019 |

OTHER PUBLICATIONS

Koike et al., Oligemic hypoperfusion differentially affects tau and amyloid-{beta}. Am J Pathol. 2010;177(1):300-310.

Wang et al., Cerebrovascular hypoperfusion induces spatial memory impairment, synaptic changes, and amyloid-β oligomerization in rats. J Alzheimers Dis. 2010;21(3):813-822.

International Search Report and Written Opinion dated Nov. 29, 2012 for Application No. PCT/US2012/033338.

International Preliminary Report on Patentability dated Oct. 24, 2013 for Application No. PCT/US2012/033338.

Office Communication for U.S. Appl. No. 14/111,331 dated Dec. 12, 2019 and claims pending.

International Search Report and Written Opinion dated Oct. 29, 2012 for Application No. PCT/US2012/033343.

International Preliminary Report on Patentability dated Oct. 24, 2013 for Application No. PCT/US2012/033343.

[No Author Listed], bioMérieux and Quanterix Sign Strategic Partnership in Ultrasensitive and Multiplex Immunoassays. Quanterix Press Release. Nov. 15, 2012. 2 pages.

[No Author Listed], Does Brain Hypoxia Help Kick Off Alzheimer's Pathology? Alzheimer Research Forum. Dec. 16, 2011. http://www.alzforum.org/new/detailprint.asp?id=3002 [last accessed Jan. 30, 2012]. 4 pages.

[No Author Listed], Novel test following prostate surgery could detect cancer recurrence earlier. AACR Press Release. Sep. 29, 2010. Last accessed at http://www.aacr.org/home/public--media/aacr-press-releases.aspx?d=2072 on Jan. 31, 2012. 2 pages.

[No Author Listed], Pittcon Announces 2010 Technical Program: Webcast of Selected Symposia. Press Release. Oct. 15, 2009. http://archive.constantcontact.com/fs033/1102032821298/archive/1102745632000.html [last accessed Jan. 31, 2012]. 2 pages.

[No Author Listed], Quanterix and STRATEC Announce Strategic Partnership. Quanterix Press Release. Aug. 16, 2011. 2 pages.

[No Author Listed], Quanterix Announces Commercial Availability of its Simoa Single Molecule Array Technology. Quanterix Press Release. Jul. 30, 2013. 2 pages.

[No Author Listed], Quanterix corporation awarded $185,000 grant from the National Cancer Institute. Quanterix Press Release. Sep. 30, 2008. Last accessed at http://www.quanterix.com/news/pressReleases/SBIR1Grant.html on Jan. 31, 2012. 1 page.

[No Author Listed], Quanterix corporation raises $15 million in series A financing. Quanterix Press Release. Aug. 25, 2008. Last accessed at http://www.quanterix.com/news/pressReleases/seriesAFunding.html on Jan. 31, 2012. 2 pages.

(56)  **References Cited**

OTHER PUBLICATIONS

[No Author Listed], Quanterix Digital ELISA Measures Low Abundance Biomarkers of Inflammation in Crohn's Disease. Quanterix Press Release. Aug. 19, 2011. Last accessed at http://www.quanterix.com/events-news/press-releases/item/142-quanterix-digital-elisa-measures-low-abundance-biomarkers-of-inflammation-in-crohn's-disease on Sep. 20, 2012.

[No Author Listed], Quanterix Discovers Link Between Heart Attack-induced Hypoxia and Suspected Alzheimer's Disease Pathway. Quanterix Press Release. Apr. 12, 2011. Last accessed at http://www.quanterix.com/events-news/press-releases/item/146-quanterix-discovers-link-between-heart-attack-induced-hypoxia-and-suspected-alzheimer's-disease-pathway on Sep. 20, 2012.

[No Author Listed], Quanterix Launches Multiplexed Single Molecule Immunoassay Technology to Improve Diagnosis and Potential Treatment of Complex Diseases. Quanterix Press Release. Sep. 17, 2013. 2 pages.

[No Author Listed], Quanterix to Present Poster Session on Blood-based Brain Biomarker Measurements of Sports Related Brain Injury at Neuroscience. Quanterix Press Release. Nov. 4, 2013. 1 page.

[No Author Listed], Quanterix's Simoa technology to detect blood biomarker for concussion in hockey players. Quanterix Press Release. Mar. 14, 2014. 1 page.

[No Author Listed], Quanterix's Ultrasensitive Simoa™ Technology Demonstrates Equivalence with NAT and 3,000x Improvement in Sensitivity over Conventional Immunoassays for HIV Detection. Quanterix Press Release. Oct. 11, 2012. 1 page.

[No Author Listed], Quanterix's Ultrasensitive Simoa™ Technology Forges New Ground with Direct Detection of Genomic DNA in Human Blood and River Water. Quanterix Press Release. Jan. 22, 2013. 2 pages.

[No Author Listed], Scientific Principle of Simoa™ (Single Molecule Array) Technology. Whitepaper 1.0. Jul. 19, 2013. 2 pages.

[No Author Listed], Single molecule arrays for digital detection in complex samples. Quanterix Corporation. IQT Technology Focus Day. Mar. 25, 2010. PowerPoint presentation. 30 pages.

[No Author Listed], Ultrasensitive Tau Assay Enables Quantification of Neuronal Biomarker in Blood for the First Time. Whitepaper 3.0. Quanterix. Oct. 8, 2013. 4 pages.

Adams et al., Encoded fiber-optic microsphere arrays for probing protein-carbohydrate interactions. Angewandte Chemie. 2003; 115:5475-5478.

Agrawal et al., Nanometer-scale mapping and single-molecule detection with color-coded nanoparticle probes. Proc Natl Acad Sci U S A. Mar. 4, 2008;105(9):3298-303. Epub Feb. 27, 2008.

Agrawal et al., Single-bead immunoassays using magnetic microparticles and spectral-shifting quantum dots. J Agric Food Chem. May 16, 2007; 55(10):3778-82. Epub Apr. 25, 2007.

Ahn et al., Detection of *Salmonella* spp. Using microsphere-based, fiber-optic DNA microarrays. Anal Chem. Aug. 1, 2005; 77(15):5041-7.

Ahn et al., Fiber-optic microarray for simultaneous detection of multiple harmful algal bloom species. Appl Environ Microbiol. Sep. 2006; 72(9):5742-9.

Albert et al., Automatic decoding of sensor types within randomly ordered, high-density optical sensor arrays. Anal Bioanal Chem. Apr. 2002; 373(8):792-802. Epub Jul. 27, 2002.

Albert et al., Cross-reactive chemical sensor arrays. Chem Rev. Jul. 12, 2000; 100(7):2595-626.

Albert et al., Information coding in artificial olfaction ultisensory arrays. Anal Chem. Aug. 15, 2003; 75(16):4161-7.

Albert et al., Optical multibead arrays for simple and complex odor discrimination. Anal Chem. Jun. 1, 2001; 73(11):2501-8.

Angenendt et al., Subnanoliter enzymatic assays on microarrays. Proteomics. Feb. 2005;5(2):420-5.

Arnaud, Observing single enzymes at work. Chemical & Engineering News. Oct. 2007; 85(44): 8.

Beer et al., On-chip, real-time, single-copy polymerase chain reaction in picoliter droplets. Anal Chem. Nov. 15, 2007;79(22):8471-5. Epub Oct. 11, 2007. Abstract only.

Bencic-Nagale et al., Extending the longevity of fluorescence-based sensor arrays using adaptive exposure. Anal Chem. Oct. 1, 2005; 77(19):6155-62.

Bhat et al., Single molecule detection in nanofluidic digital array enables accurate measurement of DNA copy number. Anal Bioanal Chem. May 2009;394(2):457-67. Epub Mar. 15, 2009.

Biran et al., Optical imaging fiber-based live bacterial cell array biosensor. Anal Biochem. Apr. 1, 2003; 315(1):106-13.

Biran et al., Optical imaging fiber-based single live cell arrays: a high-density cell assay platform. Anal Chem. Jul. 1, 2002; 74(13):3046-54.

Blake et al., Phenotypic consequences of promoter-mediated transcriptional noise. Mol Cell. Dec. 28, 2006; 24(6):853-65.

Blicharz et al., Detection of inflammatory cytokines using a fiber optic microsphere immunoassay array. Proc. SPIE. 2006; 6380, 638010-1-638010-6.

Blicharz et al., Fiber-optic microsphere-based antibody array for the analysis of inflammatory cytokines in saliva. Anal. Chem. 2009;81(6):2106-14.

Blicharz et al., Use of colorimetric test strips for monitoring the effect of hemodialysis on salivary nitrite and uric acid in patients with end-stage renal disease: a proof of principle. Clin Chem. Sep. 2008; 54(9): 1473-80. Epub Aug. 1, 2008.

Bourzac, Next-generation diagnostics: a startup can detect tiny traces of cancer markers in blood samples. Technol Rev. May 13, 2008. Last accessed at http://www.technologyreview.com/Biztech/20760/?a=f on Feb. 2, 2012. 2 pages.

Bowden et al., Development of a microfluidic platform with an optical imaging microarray capable of attomolar target DNA detection. Anal Chem. Sep. 1, 2005; 77(17):5583-8.

Boyden, The chemotactic effect of mixtures of antibody and antigen on polymorphonuclear leucocytes. J Exp Med. Mar. 1, 1962;115:453-66.

Brehm-Stecher et al., Single-cell microbiology: tools, technologies, and applications. Microbiol Mol Biol Rev. Sep. 2004; 68(3):538-59.

Brogan et al., Optical fiber-based sensors: application to chemical biology. Curr Opin Chem Biol. Oct. 2005; 9(5):494-500.

Bronk et al., Combined imaging and chemical sensing using a single optical imaging fiber. Anal Chem. Sep. 1, 1995; 67(17):2750-7.

Bronk et al., Fabrication of patterned sensor arrays with aryl azides on a polymer-coated imaging optical fiber bundle. Anal Chem. Oct. 15, 1994; 66(20):3519-20.

Bulut et al., Tau protein as a serum marker of brain damage in mild traumatic brain injury: preliminary results. Adv Ther. Jan.-Feb. 2006;23(1):12-22.

Burton et al., A microfluidic chip-compatible bioassay based on single-molecule detection with high sensitivity and multiplexing. Lab Chip. Apr. 7, 2010; 10(7):843-51. Epub Jan. 14, 2010.

Campian, Colored and fluorescent solid supports. Innovation and Perspectives in Solid Phase Synthesis. Ed. R. Epton, Mayflower Worldwide Limited, Birmingham. Ch. 77. 1994:469-472.

Chang et al., Digital ELISA of HIV P24 capsid protein with sensitivity of nucleic acid amplification tests. 2012 AACC Meeting. Los Angeles, CA. Abstract and Poster. 2012. 2 pages.

Chang et al., Prototype digital immunoassay for troponin I with sub-femtomolar sensitivity. 2013 AACC Meeting. Houston, TX. Abstract and Poster. 2013. 2 pages.

Chang et al., Simple diffusion-constrained immunoassay for p24 protein with the sensitivity of nucleic acid amplification for detecting acute HIV infection. J Virol Methods. Mar. 2013;188(1-2):153-60. doi: 10.1016/j.jviromet.2012.08.017. Epub Oct. 2, 2012.

Chang et al., Single molecule enzyme-linked immunosorbent assays: theoretical considerations. J Immunol Methods. Apr. 30, 2012;378(1-2): 102-15. doi: 10.1016/j.jim.2012.02.011. Epub Apr. 30, 2013. 28 pages.

Chen et al., Microfabricated arrays of cylindrical wells facilitate single-molecule enzymology of alpha-chymotrypsin. Biotechnol Prog. Jul.-Aug. 2009; 25(4):929-37.

Chin et al., Editor's Choice: Distinctive individualism. Science. Apr. 4, 2008;320:21.

(56)          **References Cited**

OTHER PUBLICATIONS

Chon et al., Characterization of single-cell migration using a computer-aided fluorescence time-lapse videomicroscopy system. Anal Biochem. Oct. 15, 1997;252(2):246-54.

Deutsch et al., Apparatus for high-precision repetitive sequential optical measurement of living cells. Cytometry. Jul. 1, 1994; 16(3):214-26.

Dicesare et al., Individual cell migration analysis using fiber-optic bundles. Anal Bioanal Chem. May 2005; 382(1):37-43. Epub Apr. 1, 2005.

Dickinson et al., A chemical-detecting system based on a cross-reactive optical sensor array. Nature. Aug. 22, 1996; 382(6593):697-700.

Dickinson et al., Convergent, self-encoded bead sensor arrays in the design of an artificial. Anal Chem. Jun. 1, 1999; 71(11):2192-8.

Dickinson et al., Current trends in 'artificial-nose' technology. Trends Biotechnol. Jun. 1998; 16(6):250-8.

Dolinak et al., Global hypoxia per se is an unusual cause of axonal injury. Acta Neuropathol. 2000;100:553-60.

Duffy et al., Detection of prostate specific antigen (PSA) in the serum of radical prostatectomy patients at femtogram per milliliter levels using digital ELISA (AccuPSA™) based on single molecule arrays (SiMoA). AACC Meeting Poster. 2010. 1 page.

Duffy, Immunoassays with Broad Dynamic Ranges based on Combining Digital and Digitally Enhanced Analog Detecion of Enzyme Labels. Oak Ridge Conference. Presentation. Apr. 15, 2011. 16 pages.

Duffy, Single Molecule Arrays (Simoa) for Ultrasensitive Protein Detection in Companion Diagnostics. Next Generation DX Summit. Aug. 22, 2012. PowerPoint presentation. 36 slides.

Duffy, Ultra-sensitive protein detection using single molecule arrays (Simoa): the potential for detecting single molecules of botulinum toxin. The Botulinum J. 2012;2(2): 164-7.

Egner et al., Tagging in combinatorial chemistry: the use of coloured and fluorescent beads. Chem Commun. 1997; 735-736.

Eid et al., Real-time DNA sequencing from single polymerase molecules. Science. Jan. 2, 2009; 323(5910):133-8. Epub Nov. 20, 2008.

Ekins et al., Single-molecule ELISA. Clin Chem. Mar. 2011;57(3):372-5. Epub Oct. 13, 2010. Papers in press. Oct. 13, 2010. pp. 1-3.

English et al., Ever-fluctuating single enzyme molecules: Michaelis-Menten equation revisited. Nat Chem Biol. Feb. 2006; 2(2):87-94. Epub Dec. 25, 2005.

Epstein et al., Combinatorial decoding: an approach for universal DNA array fabrication. J Am Chem Soc. Nov. 12, 2003; 125(45):13753-9.

Epstein et al., Fluorescence-based nucleic acid detection and microarrays. Analytica Chimica Acta. 2002; 469:3-36.

Epstein et al., High-density fiber-optic genosensor microsphere array capable of zeptomole detection limits. Anal Chem. Apr. 15, 2002; 74(8):1836-40.

Epstein et al., High-density, microsphere-based fiber optic DNA microarrays. Biosens Bioelectron. May 2003; 18(5-6):541-6.

Epstein et al., Fluorescence-based fibre optic arrays: a universal platform for sensing. Chem Soc Rev. Jul. 2003; 32(4):203-14.

Ferguson et al., A fiber-optic DNA biosensor microarray for the analysis of gene expression. Nat Biotechnol. Dec. 1996; 14(13):1681-4.

Ferguson et al., High-density fiber-optic DNA random microsphere array. Anal Chem. Nov. 15, 2000; 72(22)5618-24.

Ferguson et al., Simultaneous monitoring of pH, $CO_2$ and $O_2$ using an optical imaging fiber. Analytica Chimica Acta. 1997; 340(1-3):123-131.

Fister et al., Counting single chromophore molecules for ultrasensitive analysis and separations on microchip devices. Analytical Chemistry. 1998; 70:431-437.

Fulton et al., Advanced multiplexed analysis with the FlowMetrix system. Clin Chem. Sep. 1997; 43(9):1749-56.

Furka et al., General method for rapid synthesis of multicomponent peptide mixtures. Int J Pept Protein Res. Jun. 1991;37(6):487-93.

Gebel, Molecule counting made easy. Anal Chem. Sep. 1, 2009; 7130-7131.

Giaever et al., Micromotion of mammalian cells measured electrically. Proc Natl Acad Sci U S A. Sep. 1, 1991;88(17):7896-900.

Goedert et al., Multiple isoforms of human microtubule-associated protein tau: sequences and localization in neurofibrillary tangles of Alzheimer's disease. Neuron. Oct. 1989;3(4):519-26.

Gorris et al., Analytical chemistry on the femtoliter scale. Angew Chem Int Ed. 2010; 49:2-18.

Gorris et al., Mechanistic aspects of horseradish peroxidase elucidated through single-molecule studies. J Am Chem Soc. May 6, 2009; 131(17):6277-82.

Gorris et al., Optical-fiber bundles. FEBS J. Nov. 2007; 274(21):5462-70. Epub Oct. 12, 2007.

Gorris et al., Stochastic inhibitor release and binding from single-enzyme molecules. Proc Natl Acad Sci U S A. Nov. 6, 2007; 104(45):17680-5. Epub Oct. 26, 2007.

Guglielmotto et al., The up-regulation of BACE1 mediated by hypoxia and ischemic injury: role of oxidative stress and HIF1α. J Neurochem. 2009;108:1045-56.

Härmä et al., Europium nanoparticles and time-resolved fluorescence for ultrasensitive detection of prostate-specific antigen. Clin Chem. Mar. 2001; 47(3):561-8.

Härmä et al., Miniature single-particle immunoassay for prostate-specific antigen in serum using recombinant Fab fragments. Clin Chem. Nov. 2000; 46(11):1755-61.

Härma et al., Zeptomole detection sensitivity of prostate-specific antigen in a rapid microtitre plate assay using time-resolved fluorescence. Luminescence. Nov.-Dec. 2000;15(6):351-5.

Hashida et al., Immune complex transfer enzyme immunoassay that is more sensitive and specific than western blotting for detection of antibody immunoglobulin G to human immunodeficiency virus type 1 in serum with recombinant pol and gag proteins as antigens. Clin Diagn Lab Immunol. Sep. 1995; 2(5):535-41.

Haugland, Handbook: A Guide to Fluorescent Probes and Labeling Technologies. Invitrogen, Eugene, OR. Molecular Probes, US. 2005. pp. 473-538.

He et al., Selective encapsulation of single cells and subcellular organelles into picoliter- and femtoliter-volume droplets. Anal Chem. Mar. 15, 2005; 77(6):1539-44.

Healey et al., Fiberoptic DNA sensor array capable of detecting point mutations. Anal Biochem. Sep. 5, 1997; 251(2):270-9.

Healey et al., Multianalyte biosensors on optical imaging bundles. Biosens Bioelectron. 1997; 12(6):521-9.

Healey et al., Photodeposition of micrometer-scale polymer patterns on optical imaging fibers. Science. Aug. 25, 1995; 269(5227):1078-80.

Hindson et al., High-throughput droplet digital PCR system for absolute quantitation of DNA copy number. Anal Chem. Nov. 15, 2011;83(22):8604-10. Epub Oct. 28, 2011.

Hirano et al., A novel method for DNA molecular counting. Nucleic Acids Symp Ser. 2000;(44): 157-8.

Hirschfeld, Remote and in-situ analysis. Anal Chem. 1986; 324:618-624.

Hunsaker et al., Nucleic acid hybridization assays employing dA-tailed capture probes. II. Advanced multiple capture methods. Anal Biochem. Sep. 1989; 181(2):360-70.

Jendroska et al., Ischemic stress induces deposition of amyloid β immunoreactivity in human brain. Acta Neuropathol. 1995;90:461-6.

Jeromin et al., Ultrasensitive detection of neurodegenerative biomarkers in blood with the fully automated Simoa analyzer. AAIC Meeting. Copenhagen, Denmark. Abstract and Poster. 2014. 2 pages.

Jeromin et al., Ultrasensitive detection of total tau in blood in sport-related concussion with the fully automated Simoa analyzer. Traumatic Brain Injury Conference. Washington, DC. Abstract and Poster. 2014. 2 pages.

Johnson et al., Identification of multiple analytes using an optical sensor array and pattern recognition neural networks. Analytical Chemistry. 1997; 69(22):4641-4648.

(56)        **References Cited**

OTHER PUBLICATIONS

Joos, Quanterix Web Symposium: Immunoassays in Multiplex for Biomarker Discovery and Validation. Presentation. Feb. 27, 2013. 43 pages.

Ke et al., Improving precision of proximity ligation assay by amplified single molecule detection. PLoS One. Jul. 16, 2013;8(7):e69813. doi: 10.1371/journal.pone.0069813. 5 pages.

Kiss et al., High-throughput quantitative polymerase chain reaction in picoliter droplets. Anal Chem. Dec. 1, 2008;80(23):8975-81.

Kremsky et al., Immobilization of DNA via oligonucleotides containing an aldehyde or carboxylic acid group at the 5' terminus. Nucleic Acids Res. Apr. 10, 1987; 15(7):2891-909.

Kuang et al., Living bacterial cell array for genotoxin monitoring. Anal Chem. May 15, 2004; 76(10):2902-9.

Kuang et al., Monitoring "promiscuous" drug effects on single cells of multiple cell types. Anal Biochem. Oct. 15, 2005; 345(2):320-5.

Kuang et al., Simultaneously monitoring gene expression kinetics and genetic noise in single cells by optical well arrays. Anal Chem. Nov. 1, 2004; 76(21):6282-6.

Lafratta et al., Very high density sensing arrays. Chem Rev. Feb. 2008; 108(2):614-37. Epub Jan. 30, 2008.

Lee et al., A fiber-optic microarray biosensor using aptamers as receptors. Anal Biochem. Jun. 15, 2000; 282(1):142-6.

Li et al., Detection of single-molecule DNA hybridization using enzymatic amplification in an array of femtoliter-sized reaction vessels. J Am Chem Soc. Sep. 24, 2008; 130(38): 12622-3. Epub Sep. 3, 2008.

Li et al., Hypoxia increases Aβ generation by altering β- and γ-cleavage of APP. Neurobiol Aging. 2009;30:1091-8.

Li et al., Molecule by molecule direct and quantitative counting of antibody-protein complexes in solution. Anal Chem. Aug. 1, 2004; 76(15):4446-51.

Lu et al., Single-molecule enzymatic dynamics. Science. Dec. 4, 1998; 282(5395):1877-82.

Lui et al., Plasma amyloid-beta as a biomarker in Alzheimer's disease: the AIBL study of aging. J Alzheimers Dis. 2010;20(4):1233-42. doi: 10.3233/JAD-2010-090249.

Luo et al., Single-molecule and ensemble fluorescence assays for a functionally important conformational change in T7 DNA polymerase. Proc Natl Acad Sci U S A. Jul. 31, 2007; 104(31):12610-5. Epub Jul. 18, 2007.

Melin et al., Microfluidic large-scale integration: the evolution of design rules for biological automation. Annu Rev Biophys Biomol Struct. 2007; 36:213-31.

Michael et al., Combined imaging and chemical sensing of fertilization-induced acid release from single sea urchin eggs. Anal Biochem. Sep. 10, 1999; 273(2):168-78.

Michael et al., Randomly ordered addressable high-density optical sensor arrays. Anal Chem. Apr. 1, 1998; 70(7):1242-8.

Mondello et al., CSF and Plasma Amyloid-β0 Temporal Profiles and Relationships With Neurological Status and Mortality After Severe Traumatic Brain Injury: Results of a Pilot Study. 26th Annual Congress of the European Society of Intensive Care Medicine. Abstract. 2013. 2 pages.

Mondello et al., CSF and Plasma Amyloid-β Temporal Profiles and Relationships with Neurological Status and Mortality after Severe Traumatic Brain Injury. Scientific Reports. Oct. 10, 2014;4:6446. doi:10.1038/srep06446. 6 pages.

Monk et al., Fabrication of gold microtubes and microwires in high aspect ratio capillary arrays. J Am Chem Soc. Sep. 22, 2004; 126(37):11416-7.

Monk et al., Optical fiber-based biosensors. Anal Bioanal Chem. Aug. 2004; 379(7-8):931-45. Epub Jun. 23, 2004.

Monk et al., Progress toward the determination of $Sr^{2+}$ in highly basic solutions using imagining optical fiber sensor arrays. J Mater. Chem. 2005; 15:4361-4366.

Morrison et al., Nanoliter high throughput quantitative PCR. Nucleic Acids Res. 2006;34(18):e123. Epub Sep. 25, 2006.

Mortberg, Assessment of the Cerebral Ischemic/Reperfusion Injury after Cardiac Arrest. Acta Universitatis Upsaliensis Uppsala. Dissertation. 2010. 71 pages.

Munkholm et al., Polymer modification of fiber optic chemical sensors as a method of enhancing fluorescence signal for pH measurement. Anal Chem. 1986; 58:1427-1430.

Nagai et al., High-throughput PCR in silicon based microchamber array. Biosens Bioelectron. Dec. 2001; 16(9-12):1015-9.

Nalefski et al., Single-molecule detection for femtomolar quantification of proteins in heterogeneous immunoassays. Clin Chem. Nov. 2006; 52(11):2172-5.

Nam et al., Nanoparticle-based bio-bar codes for the ultrasensitive detection of proteins. Science. Sep. 26, 2003;301(5641):1884-6.

Neselius et al., Olympic boxing is associated with elevated levels of the neuronal protein tau in plasma. Brain Inj. 2013;27(4):425-33. doi: 10.3109/02699052.2012.750752. Epub Mar. 8, 2013.

Niemeyer et al., Combination of DNA-directed immobilization and immuno-PCR: very sensitive antigen detection by means of self-assembled DNA-protein conjugates. Nucleic Acids Res. Aug. 15, 2003; 31(16):e90.

Okrongly, Single Molecule Enzyme Detection and Application to Immunoassay: Implications for Personalized Medicine. Abstract and Presentation. ISE International Conference. May 4, 2010. 24 pages.

Panova et al., In situ fluorescence imaging of localized corrosion with a pH-sensitive imaging fiber. Anal Chem. Apr. 15, 1997; 69(8):1635-41.

Pantano et al., Analytical applications of optical imaging fibers. Anal Chem. Aug. 1, 1995; 67(15):481A-487A.

Pantano et al., Ordered nanowell arrays. Chemistry of Materials. 1996;8: 2832-2835.

Pantano et al., Toward a near-field optical array. Rev. Sci. Instrum. 1997; 68(3) 1357-1359.

Peterson et al., Fiber optic pH probe for physiological use. Anal Chem. May 1980; 52(6):864-9.

Prabhakar et al., Simultaneous quantification of proinflammatory cytokines in human plasma using the LabMAP assay. J Immunol Methods. Feb. 1, 2002;260(1-2):207-18.

Qiu et al., Fluorescence single-molecule counting assays for high-sensitivity detection of cytokines and chemokines. Clin Chem. Nov. 2007; 53(11):2010-2.

Randall et al., Plasma Tau Levels in Concussed Hockey Players. Neuroscience Conference. San Diego, CA. Abstract and Poster. 2013. 2 pages.

Randall et al., Serum Tau is predictive of 6-month cognitive outcome following cardiac arrest. 2011 Neuroscience Conference. Washington, DC. Abstract and Poster. 2011. 2 pages.

Randall et al., Tau proteins in serum predict neurological outcome after hypoxic brain injury from cardiac arrest: Results of a pilot study. Resuscitation. Mar. 2013;84(3):351-6. doi: 10.1016/j.resuscitation.2012.07.027. Epub Aug. 9, 2012. Epub Aug. 9, 2012. 6 pages.

Randle et al., Integrating molecular detection and response to create self-signalling antibodies. Biochem Biophys Res Commun. Nov. 12, 2004; 324(2):504-10.

Rissin et al., Attomolar detection of proteins in serum using single molecule enzyme-linked immunosorbent assays. Quanterix Corporation. Oak Ridge Conference, San Jose, CA. Poster. 2010. 1 page.

Rissin et al., Digital concentration readout of single enzyme molecules using femtoliter arrays and Poisson statistics. Nano Lett. Mar. 2006; 6(3):520-3.

Rissin et al., Digital readout of target binding with attomole detection limits via enzyme amplification in femtoliter arrays. J Am Chem Soc. May 17, 2006; 128(19):6286-7.

Rissin et al., Distinct and long-lived activity states of single enzyme molecules. J Am Chem Soc. Apr. 16, 2008; 130(15):5349-53. Epub Mar. 5, 2008.

Rissin et al., Duplexed sandwich immunoassays on a fiber-optic microarray. Anal Chim Acta. Mar. 30, 2006; 564(1):34-9. Epub Nov. 11, 2005.

(56)     **References Cited**

OTHER PUBLICATIONS

Rissin et al., Immunoassays with broad dynamic ranges based on combining digital and digitally-enhanced analog detection of enzyme labels. Oak Ridge Conference. Poster 7 and Abstract. Apr. 14-15, 2011. 2 pages.

Rissin et al., Multiplexed single molecule immunoassays. Lab Chip. Aug. 7, 2013;13(15):2902-11.doi: 10.1039/c31c50416f.

Rissin et al., Simultaneous detection of single molecules and singulated ensembles of molecules enables immunoassays with broad dynamic range. Anal Chem. Mar. 15, 2011;83(6):2279-85. Epub Feb. 23, 2011.

Rissin et al., Single-molecule enzyme-linked immunosorbent assay detects serum proteins at subfemtomolar concentrations. Nat Biotechnol. Jun. 2010; 28(6):595-9 and supplemental pages. Epub May 23, 2010.

Roeffaers et al., Single-molecule fluorescence spectroscopy in (bio)catalysis. Proc Natl Acad Sci U S A. Jul. 31, 2007; 104(31):12603-9. Epub Jul. 30, 2007.

Rondelez et al., Highly coupled ATP synthesis by F1-ATPase single molecules. Nature. Feb. 17, 2005; 433(7027):773-7.

Rondelez et al., Microfabricated arrays of femtoliter chambers allow single molecule enzymology. Nat Biotechnol. Mar. 2005; 23(3):361-5. Epub Feb. 20, 2005.

Rotman, Measurement of activity of single molecules of beta-D-galactosidase. Proc Natl Acad Sci U S A. Dec. 15, 1961; 47:1981-91.

Schauer et al., A cross-reactive, class-selective enzymatic array assay. J Am Chem Soc. Sep. 26, 2001; 123(38):9443-4.

Schmidinger, et al., Inhibitor and protein microarrays for activity-based recognition of lipolytic enzymes. Chembiochem. Mar. 2006; 7(3):527-34.

Schweitzer et al., Inaugural article: immunoassays with rolling circle DNA amplification: a versatile platform for ultrasensitive antigen detection. Proc Natl Acad Sci U S A. Aug. 29, 2000; 97(18):10113-9.

Seydack, Nanoparticle labels in immunosensing using optical detection methods. Biosens Bioelectron. Jun. 15, 2005; 20(12):2454-69. Epub Dec. 16, 2004.

Shahim et al., Blood biomarkers for brain injury in concussed professional ice hockey players. JAMA Neurol. Jun. 2014;71(6):684-92. doi:10.1001/jamaneurol.2014.367. Epub Mar. 13, 2014. 9 pages.

Shen et al. High-throughput SNP genotyping on universal bead arrays. Mutat Res. Jun. 3, 2005;573(1-2):70-82.

Shephard et al., Array-based binary analysis for bacterial typing. Anal Chem. Jan. 1, 2005; 77(1):319-26.

Shiiya et al., Tau protein in the cerebrospinal fluid is a marker of brain injury after aortic surgery. Ann Thorac Surg. Jun. 2004;77(6):2034-8.

Song et al., Detecting biological warfare agents. Emerg Infect Dis. Oct. 2005; 11(10):1629-32.

Song et al., Direct Detection of Bacterial DNA and viral RNA at Subfemtomolar Concentrations Using Single Molecule Arrays (Simoa). 2013 Oakridge Conference. Baltimore, MD. Abstract and Poster. 2013. 2 pages.

Song et al., Direct detection of bacterial genomic DNA at subfemtomolar concentrations using single molecule arrays. Anal Chem. Feb. 5, 2013;85(3):1932-9. doi: 10.1021/ac303426b. Epub Jan. 18, 2013. Supporting information included.

Song et al., Fiber-optic microsphere-based arrays for multiplexed biological warfare agent detection. Anal Chem. Feb. 15, 2006; 78(4):1023-33.

Song et al., Single molecule measurements of tumor necrosis factor α andinterleukin-6 in the plasma of patients with Crohn's disease. J Immunol Methods Sep. 30, 2011;372(1-2):177-86. Epub Jul. 27, 2011.

Soukka et al., Supersensitive time-resolved immunofluorometric assay of free prostate-specific antigen with nanoparticle label technology. Clin Chem. 2001; 47(7):1269-78.

Stamou et al., Self-assembled microarrays of attoliter molecular vessels. Angew Chem Int Ed Engl. Nov. 24, 2003; 42(45):5580-3.

Steemers et al., Multi-analyte sensing: from site-selective deposition to randomly ordered addressable optical sensors. Microchimica Acta. 1999; 131:99-105.

Steemers et al., Screening unlabeled DNA targets with randomly ordered fiber-optic gene arrays. Nat Biotechnol. Jan. 2000; 18(1):91-4.

Stitzel et al., Array-to-array transfer of an artificial nose classifier. Anal Chem. Nov. 1, 2001; 73(21):5266-71.

Subbaraman, Detecting single cancer molecules. Technol Rev. Jun. 3, 2010. Last accessed at http://www.technologyreview.com/biomedicine/25462/ on Jan. 31, 2012. 2 pages.

Suh et al., Hypoxic ischemia and proteasome dysfunction alter tau isoform ratio by inhibiting exon 10 splicing. J Neurochem. Jul. 2010;114(1):160-70. doi: 10.1111/j.1471-4159.2010.06732.x. Epub Apr. 3, 2010.

Sun et al., Hypoxia facilitates Alzheimer's disease pathogenesis by up-regulating BACE1 gene expression. PNAS. Dec. 5, 2006;103(49):18727-32.

Sykes et al., Quantitation of targets for PCR by use of limiting dilution. Biotechniques. 1992;13(3):444-9.

Szunerits et al., "Aluminum Surface Corrosion and the Mechanism of Inhibitors Using pH and Metal Ion Selective Imaging Fiber Bundles," Analytical Chemistry, 2002, 74(4), 886-894.

Szunerits et al., "Fabrication of an Optoelectrochemical Microring Array," Analytical Chemistry, 2002, 74(7), 1718-1723.

Szunerits et al., Spatially resolved electrochemiluminescence on an array of electrode tips. Anal Chem. Sep. 1, 2003; 75(17):4382-8.

Szunerits et al., The use of optical fiber bundles combined with electrochemistry for chemical imaging. Chemphyschem. Feb. 17, 2003; 4(2):186-92.

Szurdoki et al., A duplexed microsphere-based fluorescent immunoassay. Anal Biochem. Apr. 15, 2001; 291(2):219-28.

Tam et al., An imaging fiber-based optical tweezer array for microparticle array assembly. Applied Physics Letters. 2004; 84(21):4289-4291.

Tam et al., Fabrication and optical characterization of imaging fiber-based nanoarrays. Talanta. Sep. 15, 2005; 67(3):498-502. Epub Jul. 27, 2005.

Tam et al., Parallel microparticle manipulation using an imaging fiber bundle-based optical tweezer array and a digital micromirror device. Applied Physics Letters. 2006; 89:194101/1-194101/3.

Tan et al., Monitoring the reactions of single enzyme molecules and single metal ions. Anal. Chem. 1997; 69:4242-4248.

Tanen et al., Development of an Ultrasensitive Digital Immunoassay on the Single Molecule Array (SimoaTM). 2014 AAPS Annual Meeting. San Diego, CA. Abstract and Poster. Nov. 2-6, 2014. 2 pages.

Taylor et al., Application of high-density optical microwell arrays in a live-cell biosensing system. Anal Biochem. Feb. 15, 2000; 278(2):132-42.

Taylor et al., Hypoxic Enhancement of Quantal Catecholamine Secretion: Evidence for the Involvement of Amyloid β-Peptides. J Biol Chem. Oct. 29, 1999;274(44):31217-22.

Tessler et al., Protein quantification in complex mixtures by solid phase single-molecule counting. Anal Chem. Sep. 1, 2009; 81(17):7141-8.

Tettenborn et al., Prophylaxis and acute therapy of arterial embolism with special reference to cerebral embolism. Herz. Dec. 1991;16(6):444-55. Review. Abstract only. 1 page.

Timmerman, Quanterix CEO sets sight on early detection of cancer, neurological diseases in the blood. Xconomy. Jan. 19, 2010. Last accessed at http://www.xconomy.com/boston/2010/01/19/quanterix-ceo-sets-sight-on-early-detection-of-cancer-neurological-diseases-in-the-blood/ on Jan. 31, 2012. 4 pages.

Todd et al., Ultrasensitive flow-based immunoassays using single-molecule counting. Clin Chem. Nov. 2007; 53(11): 1990-5. Epub Sep. 21, 2007.

Tromberg et al., Development of antibody-based fiber-optic sensors for detection of a benzo[a]pyrene metabolite. Anal Chem. Sep. 15, 1988; 60(18):1901-8.

Ueberfeld et al., Reversible ratiometric probe for quantitative DNA measurements. Anal Chem. Feb. 15, 2004; 76(4):947-52.

(56)        **References Cited**

OTHER PUBLICATIONS

Vo-Dinh et al., Phase-resolved fiber-optics fluoroimmunosensor. Applied Spectroscopy. 1990; 44(1):128-132.

Vogelstein et al., Digital PCR. Proc Natl Acad Sci U S A. Aug. 3, 1999;96(16):9236-41.

Walt et al., Biosensing with live cells using a high-density optical fiber array. Radiation Research. 2001; 156(4):442.

Walt et al., Microsensor arrays for saliva diagnostics. Ann N Y Acad Sci. Mar. 2007; 1098:389-400.

Walt et al., Optical sensor arrays for odor recognition. Biosens Bioelectron. Sep. 15, 1998; 13(6):697-9.

Walt et al., Ultrasensitive detection of proteins using single molecule arrays (SiMoA). Presented Mar. 1, 2010. Pittcon. Abstract and PowerPoint presentation. 33 pages.

Walt, An array of solutions, fiber arrays contribute to studies of individual cellular behavior and response. SPIE's oemagazine. 2005; 19-21.

Walt, Fiber optic array biosensors. Biotechniques. Nov. 2006; 41(5):529, 531, 533 passim.

Walt, Fiber optic imaging sensors. Accounts of Chemical Research. 1998; 31:267-278.

Walt, Imaging optical sensor arrays. Curr Opin Chem Biol. Oct. 2002; 6(5):689-95.

Walt, Optical methods for single molecule detection and analysis. Anal Chem. Feb. 5, 2013;85(3):1258-63. doi: 10.1021/ac3027178. Epub Dec. 19, 2012.

Walt, Techview: molecular biology. Bead-based fiber-optic arrays. Science. Jan. 21, 2000; 287(5452):451-2.

Wang et al., Quantification of protein based on single-molecule counting by total internal reflection fluorescence microscopy with adsorption equilibrium. Anal Chim Acta. May 2, 2007; 590(1):104-9. Epub Mar. 15, 2007.

Warren et al., Transcription factor profiling in individual hematopoietic progenitors by digital RT-PCR. Proc Natl Acad Sci U S A. Nov. 21, 2006;103(47):17807-12. Epub Nov. 10, 2006.

Whitaker et al., Fiber-based single cell analysis of reporter gene expression in yeast two-hybrid systems. Anal Biochem. Jan. 1, 2007; 360(1):63-74. Epub Oct. 30, 2006.

Whitaker et al., Multianalyte single-cell analysis with multiple cell lines using a fiber-optic array. Anal Chem. Dec. 1, 2007; 79(23):9045-53. Epub Nov. 1, 2007.

White et al., An olfactory neuronal network for vapor recognition in an artificial nose. Biol Cybern. Apr. 1998; 78(4):245-51.

White et al., Rapid analyte recognition in a device based on optical sensors and the olfactory system. Analytical Chemistry. 1996; 68(13):2191-2202.

Wilson et al., Development of AccuPSA™, a novel digital immunoassay for sub-femtomolar measurement of PSA in post radical prostatectomy patients. AACR Molecular diagnostics in Cancer Therapeutic Development Poster. 2011. 1 page.

Wilson et al., Fifth-generation digital immunoassay for prostate-specific antigen by single molecule array technology. Clin Chem. Dec. 2011;57(12):1712-21. Epub Oct. 13, 2011.

Wilson et al., Simoa™ HD-1: a fully automated digital immunoassay analyzer capable of single molecule counting, sub-femtomolar sensitivity, and multiplexing. 2014 AACC Meeting. Chicago, IL. Abstract and Poster. 2014. 2 pages.

Wilson, Serum Measurement of Hypoxia-Induced Amyloid Beta 1-42 Following Resuscitation from Cardiac Arrest. Abstract and Poster. American Academy of Neurology Annual Meeting. Apr. 9, 2011. 2 pages.

Wu et al., Development and preliminary clinical validation of a high sensitivity assay for cardiac troponin using a capillary flow (single molecule) fluorescence detector. Clin Chem. Nov. 2006; 52(11):2157-9.

Wunderlich et al., Neuron-specific enolase and tau protein as neurobiochemical markers of neuronal damage are related to early clinical course and long-term outcome in acute ischemic stroke. Clinical Neurology and Neurosurgery. Sep. 2006;108:558-63.

Xie et al., Optical studies of single molecules at room temperature. Annu Rev Phys Chem. 1998; 49:441-80.

Xie et al., Single gold nanoparticles counter: an ultrasensitive detection platform for one-step homogeneous immunoassays and DNA hybridization assays. J Am Chem Soc. Sep. 9, 2009;131(35):12763-70.

Xue et al., Differences in the chemical reactivity of individual molecules of an enzyme. Nature. Feb. 23, 1995; 373(6516):681-3.

Yan et al., Analyzing polyubiquitin chains upon ubiquitin activating enzyme inhibition from cell culture & tumor lysates using the Quanterix's single molecule array (Simoa) technology. 2013 Society for the Laboratory Automation & Screening Annual Meeting. Orlando, FL. Abstract and Poster. 2013. 2 pages.

Young et al., Integrating high-content screening and ligand-target prediction to identify mechanism of action. Nat Chem Biol. Jan. 2008; 4(1):59-68. Epub Dec. 9, 2007.

Zetterberg et al., Hypoxia due to cardiac arrest induces a time-dependent increase in serum amyloid β levels in humans. PLoS One. 2011;6(12):e28263. doi: 10.1371/journal.pone.0028263. Epub Dec. 14, 2011.

Zetterberg et al., Hypoxia due to cardiac arrest induces a time-dependent increase in serum amyloid β levels in humans. PLoS One. 2011;6(12):e28263. Epub Dec. 14, 2011.

Zetterberg et al., Plasma tau levels in Alzheimer's disease. Alzheimers Res Ther. Mar. 28, 2013;5(2):9. doi: 10.1186/alzrt163. eCollection 2013.

Zetterberg, Quanterix Web Symposium: Peripheral Blood Biomarkers for Brain Damage—Challenging but Feasible. Presentation. Oct. 16, 2012. 29 pages.

Zhang et al., Hypoxia-inducible Factor 1α (HIF-1α)-mediated Hypoxia Increases BACE1 Expression and β-Amyloid Generation. J Biol Chem. Apr. 13, 2007;282(15):10873-80.

Cairns, A new market beckons for Alzheimer's blood tests. Evaluate Vantage. Apr. 19, 2021. https://www.evaluate.com/vantage/articles/analysis/spotlight/new-market-beckons-alzheimers-blood-tests [last accessed Jul. 15, 2021], 3 pages.

Ding et al., Ultrasensitive assays for detection of plasma tau and phosphorylated tau 181 in Alzheimer's disease: a systematic review and meta-analysis. Transl Neurodegener. Mar. 12, 2021;10(1):10.

Liliang et al., Tau proteins in serum predict outcome after severe traumatic brain injury. J Surg Res. May 15, 2010;160(2):302-7.

Ost et al., Initial CSF total tau correlates with 1-year outcome in patients with traumatic brain injury. Neurology. Nov. 14, 2006;67(9):1600-4.

Teunissen et al., Plasma p-tau217: from 'new kid' to most promising candidate for Alzheimer's disease blood test. Brain. Dec. 5, 2020;143(11):3170-3172.



Fig. 1A



Fig. 1B



Fig. 2







Fig. 3



Fig. 4

# METHODS OF DETERMINING A TREATMENT PROTOCOL FOR AND/OR A PROGNOSIS OF A PATIENT'S RECOVERY FROM A BRAIN INJURY

## RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 15/269,142, filed Sep. 19, 2016, and entitled "METHODS OF DETERMINING A TREATMENT PROTOCOL FOR AND/OR A PROGNOSIS OF A PATIENT'S RECOVERY FROM A BRAIN INJURY," which is a continuation of U.S. patent application Ser. No. 14/111,326, filed Jun. 24, 2014, and entitled "METHODS OF DETERMINING A TREATMENT PROTOCOL FOR AND/OR A PROGNOSIS OF A PATIENT'S RECOVERY FROM A BRAIN INJURY," which is a national stage of International Patent Application Ser. No. PCT/US2012/033343, filed Apr. 12, 2012, and entitled "METHODS OF DETERMINING A TREATMENT PROTOCOL FOR AND/OR A PROGNOSIS OF A PATIENT'S RECOVERY FROM A BRAIN INJURY," which claims priority under 35 U.S.C. § 119(e) to U.S. Provisional Patent Application Ser. No. 61/474,315, filed Apr. 12, 2011, and entitled "METHODS OF DETERMINING A TREATMENT PROTOCOL FOR AND/OR A PROGNOSIS OF A PATIENT'S RECOVERY FROM A BRAIN INJURY RESULTING FROM A HYPDXIC EVENT," and claims priority under 35 U.S.C. § 119(e) to U.S. Provisional Patent Application Ser. No. 61/524,693, filed Aug. 17, 2011, and entitled "METHODS OF DETERMINING A TREATMENT PROTOCOL FOR AND/OR A PROGNOSIS OF A PATIENT'S RECOVERY FROM A BRAIN INJURY," each of which are incorporated herein by reference in their entireties for all purposes.

## FIELD OF THE INVENTION

The present invention generally relates, in some embodiments, to methods of determining a treatment protocol for and/or a prognosis of a patient's recovery from a brain injury. In some embodiments, the brain injury results from a hypoxic event. In some embodiments, methods are provided for determining a measure of the concentration of tau protein in a patient sample containing or suspected of containing tau protein.

## BACKGROUND OF THE INVENTION

A brain injury in a human may be caused by any number of events or conditions. In some cases, a brain injury may be caused by external mechanical force, such as rapid acceleration or deceleration, impact, blast waves, or penetration by a projectile. This type of acquired brain injury is generally known as traumatic brain injury. Another type of acquired brain injury involves biochemical forces, such as oxygen deprivation (hypoxia). Hypoxia generally refers to a deficiency in the amount of oxygen reaching body tissues or a condition of insufficient levels of oxygen in tissue or blood. Oxygen deprivation to the brain results in neuronal damage and death, which is in turn related to the extent of long term brain dysfunction. The concentration of certain biomarkers may become elevated as a result of neuronal damage and death. For example, tau proteins are associated with microtubules and localized in the axonal compartment of neurons. Tau is known to be elevated in the cerebrospinal fluid (CSF) of patients with neurodegenerative disease and head injuries. However, since such biomarkers must diffuse across the blood brain barrier, they may be present in the blood in proportion in extremely low concentrations that are not reliably measurable by typical conventional immunoassays. While the concentration of some biomarkers in the brain and central nervous system are known to increase with hypoxic events, the increased concentration has not been correlated with specific diagnostic indications and/or methods of treatment. In addition, while some methods exist for determining a brain injury in a patient and/or determining a course of treatment following a brain injury, many of the known methods are costly (e.g., magnetic resonance imaging) and/or provide unclear results and/or predictors. Accordingly, improved methods are needed.

## SUMMARY OF THE INVENTION

In some embodiments, a method for determining a measure of the concentration of tau protein in a patient sample containing or suspected of containing tau protein is provided comprising performing an assay to determine a measure of the concentration of tau protein in the sample, wherein the limit of detection of tau protein of the assay is less than about 0.2 pg/mL.

In some embodiments, a method of determining a treatment protocol for and/or a prognosis of a patient's recovery from a brain injury is provided comprising performing an assay on a blood sample from the patient and/or plasma and/or serum derived from the blood sample to determine a measure of the concentration of tau protein in the sample; and determining a prognosis of the patient's recovery from the brain injury and/or a method of treatment based at least in part on the measured concentration of tau protein present in the sample.

In some embodiments, a method of determining a treatment protocol for and/or a prognosis of a patient's recovery from a brain injury is provided comprising determining a prognosis of the patient's recovery from the brain injury and/or a method of treatment based at least in part on a measured concentration of tau protein present in a patient sample, wherein the measured concentration has been determined by performing an assay on the patient sample, which comprises a blood sample from the patient and/or plasma and/or serum derived from the blood sample, to determine the measure of the concentration of tau protein in the sample.

In some embodiments, a method for performing an assay and providing data for determining a treatment protocol for and/or a prognosis of a patient's recovery from a brain injury is provided comprising performing an assay on a blood sample from the patient and/or plasma and/or serum derived from the blood sample to determine a measure of the concentration of tau protein in the sample; and providing data from the assay to enable determining a prognosis of the patient's recovery from the brain injury and/or a method of treatment based at least in part on the measured concentration of tau protein present in the sample.

In some embodiments, a method of determining a treatment protocol for and/or a prognosis of a patient's recovery from a brain injury is provided comprising determining a measure of the concentration of tau protein in each of a plurality of samples obtained from the patient following the brain injury; and determining a prognostic of the patient's recovery from the brain injury and/or a method of treatment based at least in part on the measured concentration tau protein present in the sample.

In some embodiments, a method of determining a method of treatment for and/or a prognosis of a patient's recovery

from a brain injury is provided comprising (a) performing an assay on each of a plurality of samples obtained from the patient following the brain injury to determine the measured concentration of tau protein in each of the samples, wherein the plurality of samples are obtained from the patient over a period of time of at least about 48 hours; (b) determining the area under the curve of a graph of the tau protein concentration in the plurality of samples versus time, wherein the area is determined for the entire time period and/or for a second peak in the tau protein concentration; and (c) determining a prognosis of the patient's recovery from the brain injury and/or a method of treatment based at least in part on the area under the curve for the entire time period and/or the second peak in the tau protein concentration determined in step (b).

In some embodiments, a method of determining a method of treatment for and/or a prognosis of a patient's recovery from a brain injury is provided comprising determining a prognosis of the patient's recovery from the brain injury and/or a method of treatment based at least in part on the area under the curve of a graph of the tau protein concentration in the plurality of samples versus time, wherein the area is determined for the entire time period and/or for a second peak in the tau protein concentration, which has been determined by (a) performing an assay on each of a plurality of samples obtained from the patient following the brain injury to determine the measured concentration of tau protein in each of the samples, wherein the plurality of samples have been obtained from the patient over a period of time of at least about 48 hours; and (b) determining the area under the curve of a graph of the tau protein concentration in the plurality of samples versus time for the entire time period and/or for a second peak in the tau protein.

In some embodiments, a method for performing an assay and providing data for determining a method of treatment for and/or a prognosis of a patient's recovery from a brain injury is provided comprising (a) performing an assay on each of a plurality of samples obtained from the patient following the brain injury to determine the measured concentration of tau protein in each of the samples, wherein the plurality of samples are obtained from the patient over a period of time of at least about 48 hours; (b) determining the area under the curve of a graph of the tau protein concentration in the plurality of samples versus time, wherein the area under the curve is determined for the entire time period and/or for a second peak in the tau protein concentration; and (c) providing data derived in steps (a) and (b) to enable determining a prognosis of the patient's recovery from the brain injury and/or a method of treatment based at least in part on the area under the curve determined for the entire time period and/or for a second peak in the tau protein concentration.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1a is a schematic flow diagram depicting one embodiment of steps (A-D) for performing an exemplary method of the present invention;

FIG. 1b is a schematic flow diagram depicting one embodiment of steps (A-D) for performing an exemplary method of the present invention;

FIG. 2 show plots of serum tau concentrations for numerous patients following resuscitation from cardiac arrest having a-c) a poor outcome and d) a good outcome;

FIG. 3 shows plots of receiver operating characteristics (ROC) curves and areas under the curve values of tau protein

concentration versus time for a) the first 24 hours, b) all serial samplings, and c) the secondary tau peak only;

FIG. 4 illustrates six naturally occurring isoforms of tau proteins.

Other aspects, embodiments, and features of the invention will become apparent from the following detailed description when considered in conjunction with the accompanying drawings. The accompanying figures are schematic and are not intended to be drawn to scale. For purposes of clarity, not every component is labeled in every figure, nor is every component of each embodiment of the invention shown where illustration is not necessary to allow those of ordinary skill in the art to understand the invention. All patent applications and patents incorporated herein by reference are incorporated by reference in their entirety. In case of conflict, the present specification, including definitions, will control.

## DETAILED DESCRIPTION

The present invention generally relates to methods of determining a treatment protocol for and/or a prognosis of a patient's recovery from a brain injury. In some embodiments, the brain injury may result from a hypoxic event. In some embodiments, methods are provided for determining a measure of the concentration of tau protein in a patient sample containing or suspected of containing tau protein. The subject matter of the present invention involves, in some cases, interrelated products, alternative solutions to a particular problem, and/or a plurality of different uses of one or more systems and/or articles.

In some embodiments, a method of the present invention comprises determining a measure of the concentration of at least one biomarker in one or more samples obtained from a patient following a brain injury. In some embodiments, a method of the present invention comprises determining a measure of the concentration of at least one biomarker in one or more samples obtained from a patient following the brain injury (e.g., optionally resulting from a hypoxic event). A prognostic indication of the patient's recovery and/or determining a course of treatment (e.g., from the brain injury, optionally resulting from a hypoxic event) may be based at least in part on the measure of the concentration of the at least one biomarker present in the one or more samples. It should be understood, that while much of the discussion below is directed to methods involving the analysis of more than one sample, this is by way of example only, and similar methods may be employed wherein only a single sample is employed.

As will be known to those of ordinary skill in the art, the term "hypoxia" generally refers to a deficiency in the amount of oxygen reaching body tissues or a condition of insufficient levels of oxygen in tissue or blood. Hypoxia at a cellular level develops when delivery of oxygen to cell mitochondria slows as the partial pressure gradient from capillaries to tissues decreases. As the delivery of oxygen decreases, aerobic metabolism stops and less efficient anaerobic pathways of glycolysis become responsible for the production of cellular energy. The end result is an increase in cellular concentrations of sodium, calcium, and hydrogen ions which may lead to cell death.

Oxygen deprivation to the brain results in neuronal damage and death. The extent of neuronal damage and death in turn relates to the extent of long term brain dysfunction, as can be assessed using standard criteria (such as Cerebral Performance Category, CPC rating, or like criteria). Severe hypoxia can result in a patient's death and/or an irreversible

brain injury (e.g., resulting in the patient being in a vegetative state). Hypoxic events may be global (e.g., due to low oxygen content in the blood) or focused (e.g., affecting only an area of the brain). Causes of hypoxia include, but are not limited to, local asphyxia (e.g., caused by smoke inhalation), carbon monoxide poisoning and/or toxicity, cardiac arrest, choking, drowning, high altitudes, strangulation, an ischemic event, thrombosis, arterial embolism, hemorrhage, swelling of the brain, stroke, physical trauma and/or physical injury (e.g., blunt trauma to the head), arteriosclerosis, and/or atherosclerosis. In some cases, the event may be myocardial infarction, myocardial ischemia, and/or transient ischemic attack.

Hypoxic conditions can lead to the production and/or change in the concentration of certain biomarkers. That is, the concentration of certain biomarkers increase or decrease following the hypoxic event. For example, the production of the proteolytic products of β-amyloid precursor protein has been found to become elevated in the brain and central nervous system under hypoxic condition. The increased concentration is theorized to be due to a hypoxia-inducible factor (HIF-1) that promotes the production of beta-amyloid peptides from amyloid precursor protein, a membrane protein concentrated in neuronal synapses. A cascade of biomarkers, such as tau proteins, is generated in the brain in proportion to the extent of hypoxia. Such biomarkers could in turn diffuse across the blood brain barrier and into the blood in proportion to the extent of hypoxia, and may be generally found in low abundance. The ability to determine a change in the concentration of a biomarker in a plurality of samples (or a single sample) obtained from a patient following a hypoxic event can, in some embodiments, be correlated with a prognostic indication of the patient's recovery from a brain injury and/or used to determine a method of treatment. In some cases, sample(s) of the patient's cerebrospinal fluid (CSF) may be obtained and analyzed to determine the concentration and/or a change in the concentration of the biomarker. In some cases, however, it is advantageous to determine the level of a biomarker in the blood of a patient as compared to CSF, as blood sampling is generally less invasive and may result in fewer complications as compared to CSF sampling. However, many of the biomarkers that are present in the CSF have a slow rate of transmission across and/or a high barrier of transportation across the blood-brain barrier (BBB) and thus, the concentration of the biomarker in the patient's blood may be sufficient lowered as compared to the concentration in CSF to make it difficult or impossible to accurately determine using typically employed conventional immunoassays. Accordingly, assay methods which have very low limits of quantification (LOQ) and/or limits of detection (LOD) are generally necessary to determine a measure of the concentration of a biomarker in the patient's blood to provide statistically significant and/or meaningful results. In some embodiments, the methods of the present invention make use of methods having very low LODs and/or LOQs (e.g., in the low pg/mL range) to determine a measure of the concentration of a biomarker in a sample(s) obtained from a patient following a hypoxic event. Various parameters related to the changes in the concentration of the biomarker in the samples (e.g., blood samples) may be correlated with a prognostic indication and/or a method of treatment following a hypoxic event. Correlations (e.g., between the concentration and prognostic indication(s) and/or between the concentration and method(s) of treatment) have been discovered and/or are now discoverable due to recent advancements in technology which allow for the determi-

nation of the low concentrations of biomarkers in bodily fluids with sufficient accuracy and precision, thus allowing for the variations in concentration to be statistically significant and therefore, diagnostic.

It should be noted, that while many of the embodiments described herein focus on brain injuries caused by hypoxic events, this is by no way limiting, and in some embodiments, the brain injury may be caused by other events, for example, traumatic brain injuries wherein the force is such that the skull fractures causing mechanical damage to the brain. In some cases, a traumatic brain injury may be caused by external mechanical force, such as rapid acceleration or deceleration, impact, blast waves, or penetration by a projectile.

In embodiments where a plurality of samples are obtained from a patient, the samples may be obtained from a patient over any suitable period of time. Generally, the period of time may be selected such that the concentration of a biomarker in the samples becomes statistically significant and/or a trend is observable (e.g., an increase and/or decrease in the concentration). For biomarkers which are analyzed in blood samples, the period of time over which a plurality of samples are obtained from the patient may account for any lag time required for the biomarker to cross the BBB. Non-limiting examples of suitable periods of time in which the samples may be obtained from the patient include 1 hour, 2 hours, 3 hours, 4 hours, 6 hours, 8 hours, 10 hours, 12 hours, 18 hours, 24 hours, 36 hours, 48 hours, 60 hours, 72 hours, 4 days, 5 days, 6 days, 7 days, or more. In some cases, the duration of time of sample collection time is at least 60 hours, or at least 72 hours. In some cases, the duration of time of sample collection is between 12 hours and 7 days, or between 24 hours and 4 days, or between 2 days and 4 days, or between 3 days and 4 days. The first sample may be obtained from the patient without a short timeframe following the brain injury. For example, the first sample may be obtained from the patient within 1 hour, 2 hours, 3 hours, 4 hours, 5 hours, 6 hours, 8 hours, 10 hours, or 12 hours of the brain injury. In some cases, the first sample is obtained within 6 hours of the brain injury. In some embodiments, a first sample is obtained from the patient within 6 hours of the suspected brain injury, and at about 1, about 2, about 6, about 12, about 24, about 48, and about 72 hours, following the first sampling. In some embodiments, additional samples are obtained at about 96 and/or at about 108 hours following the first sampling.

Any number of samples (e.g., one or more) may be obtained from the patient over the time period of sample collection. Generally, the minimum number of samples obtained is such that a trend (e.g., an increase or decrease) in the concentration of the biomarker is observable. Non-limiting examples of the number of samples that are obtained from the patient (e.g., during the prescribed collection time) is at least about 1, about 2, at least about 3, at least about 4, at least abut 5, at least about 6, at least about 7, at least about 8, at least about 9, at least about 10, at least about 12, at least about 15 or more. In some cases, the number of samples obtained from the patient is between 2 and 20, between 5 and 15, or between 5 and 10.

The sample(s) obtained from the patient may be from any suitable bodily source. In some cases, the samples are CSF fluid samples. In some cases, the samples are not CSF fluid samples. In some cases, the samples are blood or blood products (e.g., whole blood, plasma, serum, etc.). In other cases, the samples may be urine or saliva samples. In some embodiments, the samples may be analyzed directly (e.g., without the need for extraction of the biomarker from the

fluid sample) and/or with dilution (e.g., addition of a buffer or agent to the sample). Generally, each of the samples obtained from the patient is collected using substantially similar procedures (e.g., to ensure minimal variation between samples based on sample collection methods). Those of ordinary skill in the art will be aware of suitable systems and methods for obtaining a sample from a patient.

Each of or substantially all of the samples may be analyzed using an assay method (e.g., as described herein) to determine a measure of the concentration of at least one biomarker in each, a subset of or substantially all of the samples. In some cases, the methods comprise determining a measure of the concentration of a single biomarker in the samples. In other cases, a method comprises determining a measure of the concentration of more than one biomarker in each, a subset of or substantially all of the samples. For example, a measure of the concentration of 2, 3, 4, 5, 6, 7, 8, 9, 10, or more, biomarkers may be determined in the samples.

In some embodiments, the methods of the present invention comprise determining a prognostic indication based at least in part on the measured concentration of the at least one biomarker in the samples. In some cases, the prognostic indication may be correlated with standard criteria employed to define long-term brain dysfunction and/or injury. Those of ordinary skill in the art will be aware of such criteria, for example, cerebral performance category ratings ("CPC rating"), or more specifically, Glasgow-Pittsburgh cerebral performance category ratings (or scale) (e.g., see Teasdale G, Jennett B (1974); *Assessment of coma and impaired consciousness*; Lancet 2 (7872): 81-84). The CPC scale ranges from 1 to 5, with 1 representing a slight possibility of neurological deficit and 5 representing severe deficit and/or death. In some methods of the present invention, the prognostic indication of the patient's recovery from the brain injury is classified as either "good" (e.g., correlating to a CPC score of 1 or 2) corresponding to a high likelihood of recovery and/or returning to independent living, or "poor" (e.g., correlating to a CPC score of 3, 4, or 5) corresponding to little possibility of a full recovery and resulting in assisted living and/or death.

In the CPC scale, a rating of 1 is generally classified as good cerebral performance. The patient is conscious and alert, is able to work, but may have mild neurological or psychological deficit. A rating of 2 is generally classified as having moderate cerebral disability. The patient is conscious and has sufficient cerebral function for independent activities of daily life, and is generally able to work in sheltered environment. A rating of 3 corresponds to severe cerebral disability. While the patient is conscious, they generally depend on others for daily support because of impaired brain function. The patient may have abilities ranging from ambulatory state to severe dementia or paralysis. A rating of 4 corresponds to a coma or vegetative state. The patient is generally unaware, even if they appear awake (e.g., the patient is in a vegetative state) without interaction with environment and is cerebral unresponsive. A rating of 5 refers to brain death, associated with apnea, areflexia, and/or EEG silence. The CPC scale is summarized in Table 1.

TABLE 1

| CPC Scale Summary | |
|---|---|
| CPC Score | Description |
| 1 | Conscious and alert with normal function or only slight disability |
| 2 | Conscious and alert with moderate disability |
| 3 | Conscious with severe disability |
| 4 | Comatose or persistent vegetative state |
| 5 | Brain dead or death from other causes |

Other non-limiting examples of suitable criteria include the "scale g" criteria (e.g., see Dekaban A S, Robinson C E.; Application of a new rating scale of brain dysfunction to monitoring rehabilitation in 65 patients with severe head injury, Bull Clin Neurosci., 1984; 49, 82-92), the "Rancho Los Amigos Scale," and the "Disabilities Rating Scale."

In addition to the biomarkers specifically mentioned herein, those of ordinary skill will be aware of other suitable biomarkers to use in connection with the methods described herein. As described herein, the biomarker generally undergoes a change in concentration as a result of a hypoxic event. For example, the concentration of the biomarker may increase or decrease as a result of the brain injury. Non-limiting examples of biomarkers include neuron specific neuronal enolase (NSE), β-site aPP-cleaving enzyme 1 (BACe1), S100B, myelin basic protein (MBP), growth associated protein 43, glutamine synthetase, glial fibrillary acid protein (GFAP), glycine transporter (e.g., GLYT1, GLYT2), neuron specific glycoprotein (e.g., GP50), calpain, neurofibrillary protein, heat shock protein 72, beta-amyloid precursor proteins, calbindin D-28K, proteolipid protein, myeline associated glycoprotein, neurofilament H, creatine kinase protein (e.g., CK-BB), tau proteins (including phosphorylated taus such as p-tau-81 or p-tau-231), and endothelium membrane proteins (e.g., thrombomodulin).

In some cases, the biomarker is a tau protein. Various forms and/or combinations of tau proteins may be contemplated for use as a target biomarker with the methods described herein, include isoforms and short isoforms, for example, ranging from tau 23 (352a.a, "0N3R", wherein R indicates the number of repeats and N indicates the number or amino terminal inserts, as will be understood by those of ordinary skill in the art) to tau 40 (441a.a, "2N4R"). There are six known naturally-occurring tau proteins, the sequences of which are well known in the art. The six tau proteins include tau 23 (352, 0N3R), tau 24 (383, 0N4R), tau 37 (381, 1N3R), tau 34 (412, 1N4R), tau 39 (410, 2N3R), tau 40 (441, 2N4R), and/or combinations thereof (e.g., see FIG. 4). In some cases, at least some of the tau proteins may be phosphorylated.

Those of ordinary skill in the art will understand that determination of a biomarker in a sample may comprise determining the concentration a single isoform of a biomarker, or alternatively, may comprise determining the concentration of a plurality of isoforms of the biomarker. For example, with respect to tau proteins, in some cases, the concentration of tau protein employed in the algorithms and methods described herein may be the concentration of a single isoform of tau protein in the sample, or alternatively, the concentration of tau protein employed in the algorithms and methods described herein may be the concentration of a plurality of forms of tau protein in the sample.

The plurality of samples obtained from the patient may be analyzed (e.g., using an assay method as described herein) to determine a measure of the concentration of the at least one biomarker in each of the samples (or a single sample).

A prognostic indication and/or a method of treatment may be determined based at least in part on the measure of the concentration of the biomarker in each of the plurality of samples. The data may be analyzed using a variety of techniques, as described herein, and a prognostic indication for recovery from a brain injury (e.g., a "good" outcome or a "poor" outcome), or a specific method of treatment may be determined based on the results.

In some embodiments, the measure of the concentration of the at least one biomarker for each of the plurality of samples obtained from the patient may be plotted on a graph of concentration versus time (e.g., in hours), and one or more parameters can be obtained from the graph and used to determine the method of treatment and/or the prognostic indication. Non-limiting examples of parameters that may be determined and/or employed include baseline biomarker concentration, increase in biomarker concentration, duration of rise of biomarker concentration, maximum slope of increasing biomarker concentration, rate of change of biomarker concentration, area under the curve and/or magnitude of the fold increase of biomarker concentration. Each of the parameters and their determination will now be described in detail, followed by a description of possible data analysis and methods useful or potentially useful to determine suitable correlations between the measure of the concentration determined in the samples and a treatment/prognostic indication. The measure of the concentration of the biomarker may be determined/displayed in any suitable unit. In some cases, the measure of the concentration is determined/displayed in pg/mL.

The term "baseline biomarker concentration" refers to the concentration of the biomarker generally present in a fluid sample from a normal patient (e.g., prior to or unexposed to a hypoxic event). The baseline biomarker concentration can be determined using a variety of methods which will be commonly known and understood by those of ordinary skill in the art. In some cases, the baseline biomarker concentration can be determined by averaging the value of a biomarker present in a population of control patients (e.g., patients who have not experienced a hypoxic event). This may be useful in embodiments where the baseline concentration of the biomarker is substantially the same for a given population of individuals (e.g., based on age, gender, medical condition, etc.). However, many of the methods described herein require accurate determination of extremely low concentrations of the at least one biomarker in samples obtained from a patient, and accordingly, a general baseline concentration of a biomarker (e.g., based on a sampling of a population) may not provide enough accuracy and/or precision to give useful results. Accordingly, a measure of the baseline biomarker concentration, in some embodiments, may be determined for each individual patient. In some embodiments, the baseline biomarker concentration may be set to zero, e.g., in embodiments where the concentration of the biomarker is zero or essentially zero in normal patients.

In some cases, the baseline biomarker concentration for each individual is equal to the measure of the concentration of the biomarker in the first sample obtained from the patient following the hypoxic event. In other cases, if available, a baseline biomarker concentration is the measure of the concentration of the biomarker present in a sample obtained from the patient prior to the hypoxic event. In yet other cases, the baseline biomarker concentration is the average concentration of the biomarker determined in a plurality of samples taken from the patient immediately or substantially immediately following the hypoxic event (e.g., prior to the

concentration of the biomarker increasing due to the hypoxic event). That is, the concentration of the biomarker in the plurality of samples obtained from the patient in a selected time period following the hypoxic event may be averaged to determine the baseline biomarker concentration for that patient. As will be understood by those of ordinary skill in the art, in such cases, any sample which has a concentration level that significantly differs from the other concentration levels during that period of time (e.g., a data point/outlier having a concentration which deviates significantly from the other concentrations measured during the time frame) may be excluded from the averaging calculation. In some cases, if a sample has a concentration which differs by greater than about 50% from the calculated average, that sample may be excluded from the averaging calculation. In some cases, if a sample has a concentration which differs by more than about 0.5 pg/mL, about 1 pg/mL, about 2 pg/mL, about 5 pg/mL, or about 10 pg/mL from the calculated average, that sample may be excluded from the averaging calculation. An anomalous data point may be observed and/or caused by administration of drugs to the patient. The baseline biomarker concentration may be determined by averaging the concentration of the biomarker in the samples obtained from the patient between the first sample (e.g., obtained within 6 hours of the hypoxic event) and 24 hours following the first collection of a sample, or between the first sample and 18 hours following the first collection of a sample, or between the first sample, and 12 hours following the first collection of a sample, or between the first sample, and 6 hours following the first collection of a sample (e.g., not including any outliers).

The term "area under the curve," (or AUC) is a common parameter used to analyze data, and such calculations will be well known and understood by those of ordinary skill in the art. In context with the methods of this disclosure, the AUC refers to the area under the biomarker concentration versus time curve. Generally the calculation takes into account the baseline biomarker concentration. Those of ordinary skill it the art will be aware of suitable algorithms and/or computer programs capable of determining the area under the curve for a selected set of data. In some cases, the area under the curve may be determined for more than one portion of the data. For example, a first area under the curve value may be determined for a first range of data, and a second area under the curve value may be determined for a second range of data. The first and the second ranges of data may or may not be overlapping (e.g., may comprise some overlapping data points or may comprise different data points). It should be understood, that determining the area under the curve can be accomplished using a variety of techniques which will be known to those of ordinary skill in the art, including but not limited to, plotting the concentration versus time on a graph and determining the area under the line/curve (e.g., optionally with use of a computer program) and/or determining a functional relationship between the concentration and time and integrating the data without requiring physically plotting or drawing of a graph. As used herein, the phrase "determining the area under the curve of a graph of a biomarker concentration versus time" covers all of the above techniques and others applicable for determining the area or equivalent, and is not limited to physically or electronically plotting the concentration versus time on a graph and determining the area under the line/curve.

The term "change in biomarker concentration" refers to the change (e.g., increase or decrease) in concentration of the biomarker over the time period in which the samples are collected. An increase in biomarker concentration may be

calculated by subtracting the baseline biomarker concentration (e.g., as described herein) from the maximum biomarker concentration. The "maximum biomarker concentration" is the maximum measured concentration of the biomarker measured in a single sample collected over the duration of the sample collection. For example, if the duration of the sample collection is 72 hours, the maximum concentration is equal to the maximum measured concentration in a single sample which was obtained from the patient in the 72 hour period. A decrease in biomarker concentration may be calculated by subtracting an elevated biomarker concentration (e.g., as described herein) from the minimum biomarker concentration.

The term "magnitude of the fold increase of biomarker concentration" refers to the magnitude of the fold-increase in concentration over the duration of sample collection, and may be calculated by dividing the maximum biomarker concentration (e.g., as described herein) by the baseline biomarker concentration (e.g., as described herein).

The term "duration of rise of biomarker concentration" refers to the time over which the concentration of the biomarker is increasing during the time period over which the samples are collected. In some cases, the duration of rise of biomarker concentration can be determined by subtracting the time at which the last sample was collected at approximately the baseline biomarker concentration (e.g., starting time of the rise) from the time at which the maximum biomarker concentration was observed (e.g., ending time of the rise). That is, the duration of the rise may be equal to the ending time of the rise minus the starting time of the rise. The duration of rise is generally provided in hours.

The term "maximum slope of increasing biomarker concentration" refers to the slope at which the maximum increase in concentration occurred over the time period in which the samples were collected. Those of ordinary skill will be aware of methods to calculate this value using common graphical analysis methods. For example, a plot may be prepared showing concentration versus time, and the maximum slope may be calculated based on this plot. In some cases, the maximum slope is equal to the slope between two data points, whereas in other cases, the maximum slope may be determined based on the average slope between a plurality of data points.

The above parameters, alone or in combination, may be correlated to a prognostic indication and/or a method of treatment for a patient following a brain injury (e.g., caused by a hypoxic event). Following determination of a correlation between biomarker concentrations and a prognostic indication and/or a method of treatment (e.g., using a plurality of samples obtained from a plurality of test patients with known outcomes), the correlation can be used in connection with methods to determine prognosis (e.g., prognostic indications) and/or methods of treatment for patients with unknown outcomes. That is, an algorithm can be developed relating changes in a biomarker concentration and specific methods of treatment and/or prognostic indications using samples from test patients having been subject to known methods of treatment and/or having a known prognosis. Once the algorithm has been developed, it can be used to determine methods of treatment and/or prognostic indications for patients with unknown outcomes.

To determine a correlation between a biomarker and a prognostic indication and/or a method of treatment (e.g., to develop an algorithm relating the measured biomarker concentration to preferred methods of treatment and/or prognostic indications), a plurality of samples from a plurality of

test patients may be obtained. A "test patient" is a patient who has a known outcome (e.g., a good or a poor CPC score) and/or has received a certain treatment. The plurality of the samples obtained from each of the test patients may be analyzed to determine the measure of the concentration of at least one biomarker in the each of the samples. Some or all of the parameters described herein may be determined for each patient, and the data may be analyzed to determine correlations between the parameters and the patient outcomes and/or treatments, which can in turn be used to develop an algorithm. The algorithm may then be applied to the concentration of the at least one biomarker in samples obtained from a patient having an unknown outcome to determine a method of treatment and/or a prognostic indication for that patient. A specific example of such an analysis is described below, and further details are provided in Example 1.

Similar analysis and methods may be used to correlate suitable methods of treatment based upon the measured concentration(s) of a biomarker in a plurality of samples obtained from a patient. In some cases, the method of treatment may comprise administering at least one therapeutic agent to the patient. For example, the therapeutic agent may be a neuroprotective drug. Other non-limiting methods of treatment include administration of anti-oxidants, hypothermia, blood thinning, and administration of steroids (e.g., to help reduce brain swelling) (e.g., see T. S. Richmond, Cerebral Resuscitation After Global Brain Ischemia: Linking Research to Practice, American Association of Critical-Care Nurses Journal, May 1997, Volume 8, Number 2).

A therapeutic agent is generally administered in an amount effective to provide a medically desirable result. The effective amount will vary with the particular condition being treated, the age and physical condition of the subject being treated, the severity of the condition, the duration of the treatment, the nature of the concurrent therapy (if any), the specific route of administration and the like factors within the knowledge and expertise of the health care practitioner. In some cases, a therapeutic agent may reduce brain injuries resulting from the hypoxic event. In some cases, the method of treatment may involve a change in treatment, such as an increase or decrease in the dose of a therapeutic agent, a switch from one therapeutic agent to another therapeutic agent, an addition of another therapeutic agent to the existing therapeutic agent, or a combination thereof. A switch from one therapeutic agent to another may involve a switch to a therapeutic agent with a high risk profile but where the likelihood of expected benefit is increased.

In one embodiment, a method of the present invention for determining a treatment protocol for and/or a prognostic indication of a patient's recovery from a brain injury (e.g., resulting from a hypoxic event) comprises performing an assay on a plurality of samples to determine a measure of the concentration of tau protein in each sample and determining a prognostic indication of the patient's recovery from the brain injury and/or a method of treatment based at least in part on the measure of the concentration of tau protein present in the samples. The sample, in some embodiments, is a blood sample from the patient and/or plasma and/or serum derived from the blood sample. In some cases, the concentration of the tau protein in the samples is less than about or about 1000 pg/mL, less than about or about 900 pg/mL, less than about or about 800 pg/mL, less than about or about 700 pg/mL, less than about or about 600 pg/mL, less than about or about 500 pg/mL, less than about or about

400 pg/mL, less than about or about 300 pg/mL, less than about or about 200 pg/mL, less than about or about 100 pg/mL, less than about or about 50 pg/mL, less than about or about 30 pg/mL, less than about or about 20 pg/mL, less than about or about 10 pg/mL, less than about or about 5 pg/mL, less than about or about 1 pg/mL, or less. In some cases, the assay has a limit of quantification of less than about or about 100 pg/mL, less than about or about 50 pg/mL, less than about or about 40 pg/mL, less than about or about 30 pg/mL, less than about or about 20 pg/mL, less than about or about 10 pg/mL, less than about or about 5 pg/mL, less than about or about 4 pg/mL, less than about or about 3 pg/mL, less than about or about 2 pg/mL, less than about or about 1 pg/mL, less than about or about 0.8 pg/mL, less than about or about 0.7 pg/mL, less than about or about 0.6 pg/mL, less than about or about 0.5 pg/mL, less than about or about 0.4 pg/mL, less than about or about 0.3 pg/mL, less than about or about 0.2 pg/mL, less than about or about 0.1 pg/mL, less than about or about 0.05 pg/mL, less than about or about 0.04 pg/mL, less than about or about 0.02 pg/mL, less than about or about 0.01 pg/mL, or less. In some cases, the assay has a limit of detection of less than about or about 100 pg/mL, less than about or about 50 pg/mL, less than about or about 40 pg/mL, less than about or about 30 pg/mL, less than about or about 20 pg/mL, less than about or about 10 pg/mL, less than about or about 5 pg/mL, less than about or about 4 pg/mL, less than about or about 3 pg/mL, less than about or about 2 pg/mL, less than about or about 1 pg/mL, less than about or about 0.8 pg/mL, less than about or about 0.7 pg/mL, less than about or about 0.6 pg/mL, less than about or about 0.5 pg/mL, less than about or about 0.4 pg/mL, less than about or about 0.3 pg/mL, less than about or about 0.2 pg/mL, less than about or about 0.1 pg/mL, less than about or about 0.05 pg/mL, less than about or about 0.04 pg/mL, less than about or about 0.02 pg/mL, less than about or about 0.01 pg/mL, or less.

In one embodiment, a correlation was determined between certain parameters (e.g., area under the curve of a plot of tau protein concentration versus time) and a good (e.g., CPC rating 1 or 2) or a poor (e.g., CPC rating of 3, 4, or 5) prognostic indication. To determine the correlation, an assay was carried out on each of the samples obtained from a plurality of test patients having undergone a brain injury (e.g., resulting from a hypoxic event) (e.g., patients having a known outcome and/or having undergone a certain method of treatment following a brain injury). The first sample was taken within 6 hours of the brain injury (e.g., resulting from a hypoxic event), and additional samples were generally obtained at about 1, 2, 6, 12, 24, 48, and 72 hours following the first sample (and optionally, at 96 and/or 108 hours). Each of the test patients had a known prognostic outcome according to the CPC scale. For each test patient, a plot of the measured concentration of tau protein in pg/mL time in hours was prepared. The data was analyzed and the area under the curve of the tau protein concentration (in pg/mL) versus time (in hours) was determined for a variety of time ranges, and was determined to correlate with a "good" or "poor" prognosis for the patients. In some embodiments, the plot of the concentration of the tau protein versus time showed two peaks, one occurring mostly in the first 24 hours following the hypoxic event, and one occurring at some point following the first 24 hours following the hypoxic event. Thus, the area under the curve was determined for each patient for three ranges of time: 1) for the entire duration of the data collection, 2) for the first 24 hours, and 3) for the second peak in tau protein concentration (if present). Generally, the baseline used to determine the area

under the curve for 1) and 2) was set to zero, whereas the baseline used to determine the area under the curve for 3) was set as the concentration of tau protein determined at the beginning of the rise of the second peak. For the total area under the curve, a value of greater than about 800 correlated with a poor prognosis (e.g., a CPC score of 3, 4, or 5) and a value of less than about 800 correlated with a good prognosis (e.g., a CPC score of 1 or 2). For the area under the curve of the second peak, a value of greater than about 500 correlated with a poor prognosis (e.g., a CPC score of 3, 4, or 5) and a value of less than about 500 correlated with a good prognosis (e.g., a CPC score of 1 or 2). Accordingly, a correlation/algorithm was established between the varying parameters relating to concentration and a prognostic indication.

The developed correlation/algorithm can be applied to patients with unknown outcomes. That is, samples may be obtained from a patient and the concentration of tau protein in each of the samples can be determined. The data may be analyzed to determine the total area under the curve and/or the area under the curve of the second tau protein peak. If the sum of the total area under the curve and/or the area under the curve of the second peak is greater than 800 or 500, respectively, the prognostic indication for that patient is "poor," and if the sum is less than 800 or 500, respectively, the prognostic indication is "good." Using similar techniques, a variety of correlations may be determined for this tau protein (e.g., increase in tau protein concentration, duration of the increase of tau protein concentration, and/or the magnitude of the fold increase of tau protein) and/or other biomarkers.

Exemplary Assay Methods and Systems

Those of ordinary skill in the art will be aware of a variety of assay methods and systems that may be used in connection with the methods of the present invention. Generally, the methods employed have low limits of detection and/or limits of quantification as compared to bulk analysis techniques (e.g., ELISA methods). The use of assay methods that have low limits of detection and/or limits of quantification allows for correlations to be made between the various parameters discussed above and a method of treatment and/or diagnostic indication that may otherwise not be determinable and/or apparent. For example, in the method described above which correlates the total area under the curve and/or the area under the curve of a second peak of tau protein concentration to a prognostic indication of brain injury, the limits of detection, and/or limits of quantification needs to be substantially lower than the LOD and/or LOQ provided by common ELISA techniques.

The terms "limit of detection" (or LOD) and "limit of quantification" (or LOQ) are given their ordinary meaning in the art. The LOD refers to the lowest analyte concentration likely to be reliably distinguished from background noise and at which detection is feasible. The LOD as used herein is defined as three standard deviations (SD) above background noise. The LOQ refers to the lowest concentration at which the analyte can not only be reliably detected but at which predefined goals for bias and imprecision are met. Generally, as is used herein, the LOQ refers to the lowest concentration above the LOD wherein the coefficient of variation (CV) of the measured concentrations less than about 20%.

In some cases, an assay method employed has a limit of detection and/or a limit of quantification of less than about or about 500 pg/mL, less than about or about 250 pg/mL, less than about or about 100 pg/mL, less than about or about 50 pg/mL, less than about or about 40 pg/mL, less than about

or about 30 pg/mL, less than about or about 20 pg/mL, less than about or about 10 pg/mL, less than about or about 5 pg/mL, less than about or about 4 pg/mL, less than about or about 3 pg/mL, less than about or about 2 pg/mL, less than about or about 1 pg/mL, less than about or about 0.8 pg/mL, less than about or about 0.7 pg/mL, less than about or about 0.6 pg/mL, less than about or about 0.5 pg/mL, less than about or about 0.4 pg/mL, less than about or about 0.3 pg/mL, less than about or about 0.2 pg/mL, less than about or about 0.1 pg/mL, less than about or about 0.05 pg/mL, less than about or about 0.04 pg/mL, less than about or about 0.02 pg/mL, less than about or about 0.01 pg/mL, or less. In some cases, an assay method employed has a limit of quantification and/or a limit of detection between about 100 pg/mL and 0.01 pg/mL, between about 50 pg/mL and about 0.02 pg/mL, between about 25 pg/mL and about 0.02 pg/mL, between about 10 pg/mL and about 0.02 pg/mL. As will be understood by those of ordinary skill the art, the LOQ and/or LOD may differ for each assay method and/or each biomarker determined with the same assay. In some embodiments, the LOD of an assay employed for detecting tau protein is about equal to or less than 0.02 pg/mL. In some embodiments, the LOQ for an assay employed for detecting tau protein is equal to or less than 0.04 pg/mL.

In some embodiments, the concentration of biomarker molecules in the fluid sample that may be substantially accurately determined is about or about 5000 fM, less than about or about 3000 fM, less than about or about 2000 fM, less than about or about 1000 fM, less than about or about 500 fM, less than about or about 300 fM, less than about or about 200 fM, less than about or about 100 fM, less than about or about 50 fM, less than about or about 25 fM, less than about or about 10 fM, less than about or about 5 fM, less than about or about 2 fM, less than about or about 1 fM, less than about or about 0.5 fM, less than about or about 0.1 fM, or less. In some embodiments, the concentration of biomarker molecules in the fluid sample that may be substantially accurately determined is between about 5000 fM and about 0.1 fM, between about 3000 fM and about 0.1 fM, between about 1000 fM and about 0.1 fM, between about 1000 fM and about 1 fM, between about 100 fM and about 1 fM, between about 100 fM and about 0.1 fM, or the like. The concentration of analyte molecules or particles in a fluid sample may be considered to be substantially accurately determined if the measured concentration of the biomarker molecules in the fluid sample is within about 10% of the actual (e.g., true) concentration of the biomarker molecules in the fluid sample. In certain embodiments, the measured concentration of the biomarker molecules in the fluid sample may be within about 5%, within about 4%, within about 3%, within about 2%, within about 1%, within about 0.5%, within about 0.4%, within about 0.3%, within about 0.2% or within about 0.1%, of the actual concentration of the biomarker molecules in the fluid sample. In some cases, the measure of the concentration determined differs from the true (e.g., actual) concentration by no greater than about 20%, no greater than about 15%, no greater than 10%, no greater than 5%, no greater than 4%, no greater than 3%, no greater than 2%, no greater than 1%, or no greater than 0.5%. The accuracy of the assay method may be determined, in some embodiments, by determining the concentration of biomarker molecules in a fluid sample of a known concentration using the selected assay method.

In some embodiments, an assay method employs a step of spatially segregating biomarker molecules into a plurality of locations to facilitate detection/quantification, such that each location comprises/contains either zero or one or more

biomarker molecules. Additionally, in some embodiments, the locations may be configured in a manner such that each location can be individually addressed. In some embodiments, a measure of the concentration of biomarker molecules in a fluid sample may be determined by detecting biomarker molecules immobilized with respect to a binding surface having affinity for at least one type of biomarker molecule. In certain embodiments the binding surface may form (e.g., a surface of a well/reaction vessel on a substrate) or be contained within (e.g., a surface of a capture object, such as a bead, contained within a well) one of a plurality of locations (e.g., a plurality of wells/reaction vessels) on a substrate (e.g., plate, dish, chip, optical fiber end, etc.). At least a portion of the locations may be addressed and a measure indicative of the number/percentage/fraction of the locations containing at least one biomarker molecule may be made. In some cases, based upon the number/percentage/ fraction, a measure of the concentration of biomarker molecules in the fluid sample may be determined. The measure of the concentration of biomarker molecules in the fluid sample may be determined by a digital analysis method/ system optionally employing Poisson distribution adjustment and/or based at least in part on a measured intensity of a signal, as will be known to those of ordinary skill in the art. In some cases, the assay methods and/or systems may be automated.

Certain methods and systems which employ spatially segregating analyte molecules (e.g., biomarkers) are known in the art, and are described in U.S. Patent Application Publication No. US-2007-0259448 (Ser. No. 11/707,385), filed Feb. 16, 2007, entitled "METHODS AND ARRAYS FOR TARGET ANALYTE DETECTION AND DETERMINATION OF TARGET ANALYTE CONCENTRATION IN SOLUTION," by Walt et al.; U.S. Patent Application Publication No. US-2007-0259385 (Ser. No. 11/707,383), filed Feb. 16, 2007, entitled "METHODS AND ARRAYS FOR DETECTING CELLS AND CELLULAR COMPONENTS IN SMALL DEFINED VOLUMES," by Walt et al.; U.S. Patent Application Publication No. US-2007-0259381 (Ser. No. 11/707,384), filed Feb. 16, 2007, entitled "METHODS AND ARRAYS FOR TARGET ANALYTE DETECTION AND DETERMINATION OF REACTION COMPONENTS THAT AFFECT A REACTION," by Walt et al.; International Patent Publication No. WO 2009/029073 (International Patent Application No. PCT/US2007/019184), filed Aug. 30, 2007, entitled "METHODS OF DETERMINING THE CONCENTRATION OF AN ANALYTE IN SOLUTION," by Walt et al.; U.S. Patent Application Publication No. US-2010-0075862 (Ser. No. 12/236,484), filed Sep. 23, 2008, entitled "HIGH SENSITIVITY DETERMINATION OF THE CONCENTRATION OF ANALYTE MOLECULES OR PARTICLES IN A FLUID SAMPLE," by Duffy et al.; U.S. Patent Application Publication No. US-2010-00754072 (Ser. No. 12/236,486), filed Sep. 23, 2008, entitled "ULTRA-SENSITIVE DETECTION OF MOLECULES ON SINGLE MOLECULE ARRAYS," by Duffy et al.; U.S. Patent Application Publication No. US-2010-0075439 (Ser. No. 12/236,488), filed Sep. 23, 2008, entitled "ULTRA-SENSITIVE DETECTION OF MOLECULES BY CAPTURE-AND-RELEASE USING REDUCING AGENTS FOLLOWED BY QUANTIFICATION," by Duffy et al.; International Patent Publication No. WO2010/039179 (International Patent Application No. PCT/US2009/005248), filed Sep. 22, 2009, entitled "ULTRA-SENSITIVE DETECTION OF MOLECULES OR ENZYMES," by Duffy et al.; U.S. Patent Application Publication No. US-2010-0075355 (Ser. No. 12/236,490),

filed Sep. 23, 2008, entitled "ULTRA-SENSITIVE DETEC-TION OF ENZYMES BY CAPTURE-AND-RELEASE FOLLOWED BY QUANTIFICATION," by Duffy et al.; U.S. patent application Ser. No. 12/731,130, filed Mar. 24, 2010, published as US-2011-0212848 on Sep. 1, 2011, entitled "ULTRA-SENSITIVE DETECTION OF MOL-ECULES OR PARTICLES USING BEADS OR OTHER CAPTURE OBJECTS," by Duffy et al.; International Patent Application No. PCT/US2011/026645, filed Mar. 1, 2011, published as WO 2011/109364 on Sep. 9, 2011, entitled "ULTRA-SENSITIVE DETECTION OF MOLECULES OR PARTICLES USING BEADS OR OTHER CAPTURE OBJECTS," by Duffy et al.; International Patent Application No. PCT/US2011/026657, filed Mar. 1, 2011, published as WO 2011/109372 on Sep. 9, 2011, entitled "ULTRA-SEN-SITIVE DETECTION OF MOLECULES USING DUAL DETECTION METHODS," by Duffy et al.; U.S. patent application Ser. No. 12/731,135, filed Mar. 24, 2010, published as US-2011-0212462 on Sep. 1, 2011, entitled "ULTRA-SENSITIVE DETECTION OF MOLECULES USING DUAL DETECTION METHODS," by Duffy et al.; International Patent Application No. PCT/US2011/026665, filed Mar. 1, 2011, published as WO 2011/109379 on Sep. 9, 2011, entitled "METHODS AND SYSTEMS FOR EXTENDING DYNAMIC RANGE IN ASSAYS FOR THE DETECTION OF MOLECULES OR PARTICLES," by Rissin et al.; U.S. patent application Ser. No. 12/731,136, filed Mar. 24, 2010, published as US-2011-0212537 on Sep. 1, 2011, entitled "METHODS AND SYSTEMS FOR EXTENDING DYNAMIC RANGE IN ASSAYS FOR THE DETECTION OF MOLECULES OR PARTICLES," by Duffy et al.; U.S. patent application Ser. No. 13/035,472, filed Feb. 25, 2011, entitled "SYSTEMS, DEVICES, AND METHODS FOR ULTRA-SENSITIVE DETECTION OF MOLECULES OR PARTICLES," by Fournier et al.; U.S. patent application Ser. No. 13/037,987, filed Mar. 1, 2011, published as US-2011-0245097 on Oct. 6, 2011, entitled "METHODS AND SYSTEMS FOR EXTENDING DYNAMIC RANGE IN ASSAYS FOR THE DETECTION OF MOLECULES OR PARTICLES," by Rissin et al.; each herein incorporated by reference.

Additional details of exemplary, non-limiting assay meth-ods which comprise one or more steps of spatially segre-gating biomarker molecules will now be described. In cer-tain embodiments, a method for detection and/or quantifying biomarker molecules in a sample comprises immobilizing a plurality of biomarker molecules with respect to a plurality of capture objects (e.g., beads) that each include a binding surface having affinity for at least one type of biomarker. For example, the capture objects may comprise a plurality of beads comprising a plurality of capture components (e.g., an antibody having specific affinity for a biomarker of interest, etc.). At least some of the capture objects (e.g., at least some associated with at least one biomarker molecule) may be spatially separated/segregated into a plurality of locations, and at least some of the locations may be addressed/ interrogated (e.g., using an imaging system). A measure of the concentration of biomarker molecules in the fluid sample may be determined based on the information received when addressing the locations (e.g., using the information received from the imaging system and/or processed using a computer implemented control system). In some cases, a measure of the concentration may be based at least in part on the number of locations determined to contain a capture object that is or was associated with at least one biomarker molecule. In other cases and/or under differing conditions, a measure of the concentration may be based at least in part on

an intensity level of at least one signal indicative of the presence of a plurality of biomarker molecules and/or cap-ture objects associated with a biomarker molecule at one or more of the addressed locations.

In some embodiments, the number/percentage/fraction of locations containing a capture object but not containing a biomarker molecule may also be determined and/or the number/percentage/fraction of locations not containing any capture object may also be determined. In such embodi-ments, a measure of the concentration of biomarker mol-ecules in the fluid sample may be based at least in part on the ratio of the number of locations determined to contain a capture object associated with a biomarker molecule to the total number of locations determined to contain a capture object not associated with a biomarker molecule, and/or a measure of the concentration of biomarker molecule in the fluid sample may be based at least in part on the ratio of the number of locations determined to contain a capture object associated with a biomarker molecule to the number of locations determined to not contain any capture objects, and/or a measure of the concentration of biomarker mol-ecule in the fluid sample may be based at least in part on the ratio of the number of locations determined to contain a capture object associated with a biomarker molecule to the number of locations determined to contain a capture object. In yet other embodiments, a measure of the concentration of biomarker molecules in a fluid sample may be based at least in part on the ratio of the number of locations determined to contain a capture object and a biomarker molecule to the total number of locations addressed and/or analyzed.

In certain embodiments, at least some of the plurality of capture objects (e.g., at least some associated with at least one biomarker molecule) are spatially separated into a plurality of locations, for example, a plurality of reaction vessels in an array format. The plurality of reaction vessels may be formed in, on and/or of any suitable material, and in some cases, the reaction vessels can be sealed or may be formed upon the mating of a substrate with a sealing component, as discussed in more detail below. In certain embodiments, especially where quantization of the capture objects associated with at least one biomarker molecule is desired, the partitioning of the capture objects can be per-formed such that at least some (e.g., a statistically significant fraction; e.g., as described in International Patent Applica-tion No. PCT/US2011/026645, filed Mar. 1, 2011, published as WO 2011/109364 on Sep. 9, 2011, entitled "ULTRA-SENSITIVE DETECTION OF MOLECULES OR PAR-TICLES USING BEADS OR OTHER CAPTURE OBJECTS," by Duffy et al) of the reaction vessels comprise at least one or, in certain cases, only one capture object associated with at least one biomarker molecule and at least some (e.g., a statistically significant fraction) of the reaction vessels comprise an capture object not associated with any biomarker molecules. The capture objects associated with at least one biomarker molecule may be quantified in certain embodiments, thereby allowing for the detection and/or quantification of biomarker molecules in the fluid sample by techniques described in more detail herein.

An exemplary assay method may proceed as follows. A sample fluid containing or suspected of containing bio-marker molecules is provided. An assay consumable com-prising a plurality of assay sites is exposed to the sample fluid. In some cases, the biomarker molecules are provided in a manner (e.g., at a concentration) such that a statistically significant fraction of the assay sites contain a single bio-marker molecule and a statistically significant fraction of the assay sites do not contain any biomarker molecules. The

assay sites may optionally be exposed to a variety of reagents (e.g., using a reagent loader) and or rinsed. The assay sites may then optionally be sealed and imaged (see, for example, U.S. patent application Ser. No. 13/035,472, filed Feb. 25, 2011, entitled "SYSTEMS, DEVICES, AND METHODS FOR ULTRA-SENSITIVE DETECTION OF MOLECULES OR PARTICLES," by Fournier et al.). The images are then analyzed (e.g., using a computer implemented control system) such that a measure of the concentration of the biomarker molecules in the fluid sample may be obtained, based at least in part, by determination of the number/fraction/percentage of assay sites which contain a biomarker molecule and/or the number/fraction/percentage of sites which do not contain any biomarkers molecules. In some cases, the biomarker molecules are provided in a manner (e.g., at a concentration) such that at least some assay sites comprise more than one biomarker molecule. In such embodiments, a measure of the concentration of biomarker molecules in the fluid sample may be obtained at least in part on an intensity level of at least one signal indicative of the presence of a plurality of biomarkers molecules at one or more of the assay sites

In some cases, the methods optionally comprise exposing the fluid sample to a plurality of capture objects, for example, beads. At least some of the biomarker molecules are immobilized with respect to a bead. In some cases, the biomarker molecules are provided in a manner (e.g., at a concentration) such that a statistically significant fraction of the beads associate with a single biomarker molecule and a statistically significant fraction of the beads do not associate with any biomarker molecules. At least some of the plurality of beads (e.g., those associated with a single biomarker molecule or not associated with any biomarker molecules) may then be spatially separated/segregated into a plurality of assay sites (e.g., of an assay consumable). The assay sites may optionally be exposed to a variety of reagents and/or rinsed. At least some of the assay sites may then be addressed to determine the number of assay sites containing a biomarker molecule. In some cases, the number of assay sites containing a bead not associated with a biomarker molecule, the number of assay sites not containing a bead and/or the total number of assay sites addressed may also be determined. Such determination(s) may then be used to determine a measure of the concentration of biomarker molecules in the fluid sample. In some cases, more than one biomarker molecule may associate with a bead and/or more than one bead may be present in an assay site. In some cases, the plurality biomarker molecules may be exposed to at least one additional reaction component prior to, concurrent with, and/or following spatially separating at least some of the biomarker molecules into a plurality of locations.

The biomarker molecules may be directly detected or indirectly detected. In the case of direct detection, a biomarker molecule may comprise a molecule or moiety that may be directly interrogated and/or detected (e.g., a fluorescent entity). In the case of indirect detection, an additional component is used for determining the presence of the biomarker molecule. For example, the biomarker molecules (e.g., optionally associated with a bead) may be exposed to at least one type of binding ligand. A "binding ligand," is any molecule, particle, or the like which specifically binds to or otherwise specifically associates with a biomarker molecule to aid in the detection of the biomarker molecule. In certain embodiments, a binding ligand may be adapted to be directly detected (e.g., the binding ligand comprises a detectable molecule or moiety) or may be adapted to be indirectly detected (e.g., including a component that can convert a

precursor labeling agent into a labeling agent). A component of a binding ligand may be adapted to be directly detected in embodiments where the component comprises a measurable property (e.g., a fluorescence emission, a color, etc.). A component of a binding ligand may facilitate indirect detection, for example, by converting a precursor labeling agent into a labeling agent (e.g., an agent that is detected in an assay). A "precursor labeling agent" is any molecule, particle, or the like, that can be converted to a labeling agent upon exposure to a suitable converting agent (e.g., an enzymatic component). A "labeling agent" is any molecule, particle, or the like, that facilitates detection, by acting as the detected entity, using a chosen detection technique. In some embodiments, the binding ligand may comprise an enzymatic component (e.g., horseradish peroxidase, beta-galactosidase, alkaline phosphatase, etc.). A first type of binding ligand may or may not be used in conjunction with additional binding ligands (e.g., second type, etc.).

More than one type of binding may be employed in any given assay method, for example, a first type of binding ligand and a second type of binding ligand. In one example, the first type of binding ligand is able to associate with a first type of biomarker molecule and the second type of binding ligand is able to associate with the first binding ligand. In another example, both a first type of binding ligand and a second type of binding ligand may associate with the same or different epitopes of a single biomarker molecule, as described herein. In some embodiments, at least one binding ligand comprises an enzymatic component.

In some embodiments, a binding ligand and/or a biomarker may comprise an enzymatic component. The enzymatic component may convert a precursor labeling agent (e.g., an enzymatic substrate) into a labeling agent (e.g., a detectable product). A measure of the concentration of biomarker molecules in the fluid sample can then be determined based at least in part by determining the number of locations containing a labeling agent (e.g., by relating the number of locations containing a labeling agent to the number of locations containing a biomarker molecule (or number of capture objects associated with at least one biomarker molecule to total number of capture objects)). Non-limiting examples of enzymes or enzymatic components include horseradish peroxidase, beta-galactosidase, and alkaline phosphatase. Other non-limiting examples of systems or methods for detection include embodiments where nucleic acid precursors are replicated into multiple copies or converted to a nucleic acid that can be detected readily, such as the polymerase chain reaction (PCR), rolling circle amplification (RCA), ligation, Loop-Mediated Isothermal Amplification (LAMP), etc. Such systems and methods will be known to those of ordinary skill in the art, for example, as described in "DNA Amplification: Current Technologies and Applications," Vadim Demidov et al., 2004.

Another exemplary embodiment of indirect detection is as follows. In some cases, the biomarker molecules may be exposed to a precursor labeling agent (e.g., enzymatic substrate) and the enzymatic substrate may be converted to a detectable product (e.g., fluorescent molecule) upon exposure to a biomarker molecule.

The assay methods and systems may employ a variety of different components, steps, and/or other aspects that will be known and understood by those of ordinary skill in the art. For example, a method may further comprise determining at least one background signal determination (e.g., and further comprising subtracting the background signal from other determinations), wash steps, and the like. In some cases, the

assays or systems may include the use of at least one binding ligand, as described herein. In some cases, the measure of the concentration of biomarker molecules in a fluid sample is based at least in part on comparison of a measured parameter to a calibration curve. In some instances, the calibration curve is formed at least in part by determination at least one calibration factor, as described above.

As will be understood by those of ordinary skill in the art, a system and/or method may be calibrated using natural and/or synthetic forms of the target biomarker, and/or analogues thereof. In embodiments where the target analyte is a tau protein, the system and/or method may be calibrated using one or more natural and/or synthetic isoforms of tau protein. Naturally occurring tau proteins are described herein. Synthetic isoforms of tau proteins include two nearest neighbor antibody epitope synthetic peptides (<20 amino acids) to long synthetic peptides (80-100 amino acids in length. In some cases, short isoforms of the naturally occurring tau proteins may be employed. For example, tau protein isoforms can have varying lengths of amino acids selected from the tau 441 sequence. Non-limiting examples of short forms of tau proteins include tau 50-mers (e.g., comprising residues 187-237, 190-240, or 155-205 of tau 441) and tau 64-mers (e.g., comprising residues 155-235 of tau 441, RGAAP PGQKG QTPPA PKpTPP SSKSG DRSGY SSPGS PGTSR TPSLP TPPTR EPKKV AVVRT PPKS-NH2 (SEQ ID NO.: 1)). In some cases, at least a portion of the tau protein(s) used may be phosphorylated (e.g., RGAAP PGQKG QTPPA PKpTPP SSKSG DRSGY SSPGS PGTSR TPSLP TPPTR EPKKV AVVRpT PPKS-NH2 (SEQ ID NO.: 2)).

In certain embodiments, solubilized, or suspended precursor labeling agents may be employed, wherein the precursor labeling agents are converted to labeling agents which are insoluble in the liquid and/or which become immobilized within/near the location (e.g., within the reaction vessel in which the labeling agent is formed). Such precursor labeling agents and labeling agents and their use is described in commonly owned U.S. Patent Application Publication No. US-2010-0075862 (Ser. No. 12/236,484), filed Sep. 23, 2008, entitled "HIGH SENSITIVITY DETERMINATION OF THE CONCENTRATION OF ANALYTE MOLECULES OR PARTICLES IN A FLUID SAMPLE," by Duffy et al., incorporated herein by reference.

An exemplary embodiment of an assay method that may be used in certain embodiments of the invention is illustrated in FIG. 1a. A plurality of capture objects 2, are provided (step (A)). In this particular example, the plurality of capture objects comprises a plurality of beads. The beads are exposed to a fluid sample containing a plurality of biomarker molecules 3 (e.g., beads 2 are incubated with biomarker molecules 3). At least some of the biomarker molecules are immobilized with respect to a bead. In this example, the biomarker molecules are provided in a manner (e.g., at a concentration) such that a statistically significant fraction of the beads associate with a single biomarker molecule and a statistically significant fraction of the beads do not associate with any biomarker molecules. For example, as shown in step (B), biomarker molecule 4 is immobilized with respect to bead 5, thereby forming complex 6, whereas some beads 7 are not associated with any biomarker molecules. It should be understood, in some embodiments, more than one biomarker molecule may associate with at least some of the beads, as described herein. At least some of the plurality of beads (e.g., those associated with a single biomarker molecule or not associated with any biomarker molecules) may then be spatially separated/segregated into a plurality of

locations. As shown in step (C), the plurality of locations is illustrated as substrate 8 comprising a plurality of wells/reaction vessels 9. In this example, each reaction vessel comprises either zero or one beads. At least some of the reaction vessels may then be addressed (e.g., optically or via other detection means) to determine the number of locations containing a biomarker molecule. For example, as shown in step (D), the plurality of reaction vessels are interrogated optically using light source 15, wherein each reaction vessel is exposed to electromagnetic radiation (represented by arrows 10) from light source 15. The light emitted (represented by arrows 11) from each reaction vessel is determined (and/or recorded) by detector 15 (in this example, housed in the same system as light source 15). The number of reaction vessels containing a biomarker molecule (e.g., reaction vessels 12) is determined based on the light detected from the reaction vessels. In some cases, the number of reaction vessels containing a bead not associated with a biomarker molecule (e.g., reaction vessel 13), the number of wells not containing a bead (e.g., reaction vessel 14) and/or the total number of wells addressed may also be determined. Such determination(s) may then be used to determine a measure of the concentration of biomarker molecules in the fluid sample.

A non-limiting example of an embodiment where a capture object is associated with more than one biomarker molecule is illustrated in FIG. 1b. A plurality of capture objects 20 are provided (step (A)). In this example, the plurality of capture objects comprises a plurality of beads. The plurality of beads is exposed to a fluid sample containing plurality of biomarker molecules 21 (e.g., beads 20 are incubated with biomarker molecules 21). At least some of the biomarker molecules are immobilized with respect to a bead. For example, as shown in step (B), biomarker molecule 22 is immobilized with respect to bead 24, thereby forming complex 26. Also illustrated is complex 30 comprising a bead immobilized with respect to three biomarker molecules and complex 32 comprising a bead immobilized with respect to two biomarker molecules. Additionally, in some cases, some of the beads may not associate with any biomarker molecules (e.g., bead 28). The plurality of beads from step (B) is exposed to a plurality of binding ligands 31. As shown in step (C), a binding ligand associates with some of the biomarker molecules immobilized with respect to a bead. For example, complex 40 comprises bead 34, biomarker molecule 36, and binding ligand 38. The binding ligands are provided in a manner such that a statistically significant fraction of the beads comprising at least one biomarker molecule become associated with at least one binding ligand (e.g., one, two, three, etc.) and a statistically significant fraction of the beads comprising at least one biomarker molecule do not become associated with any binding ligands. At least a portion of the plurality of beads from step (C) are then spatially separated into a plurality of locations. As shown in step (D), in this example, the locations comprise a plurality of reaction vessels 41 on a substrate 42. The plurality of reaction vessels may be exposed to the plurality of beads from step (C) such that each reaction vessel contains zero or one beads. The substrate may then be analyzed to determine the number of reaction vessels containing a binding ligand (e.g., reaction vessels 43), wherein in the number may be related to a measure of the concentration of biomarker molecules in the fluid sample. In some cases, the number of reaction vessels containing a bead and not containing a binding ligand (e.g., reaction vessel 44), the number of reaction vessels not containing a bead (e.g., reaction vessel 45), and/or the total

number of reaction vessels addressed/analyzed may also be determined. Such determination(s) may then be used to determine a measure of the concentration of biomarker molecules in the fluid sample.

In some embodiments, a plurality of locations may be addressed and/or a plurality of capture objects and/or species/molecules/particles of interest may be detected substantially simultaneously. "Substantially simultaneously" when used in this context, refers to addressing/detection of the locations/capture objects/species/molecules/particles of interest at approximately the same time such that the time periods during which at least two locations/capture objects/species/molecules/particles of interest are addressed/detected overlap, as opposed to being sequentially addressed/detected, where they would not. Simultaneous addressing/detection can be accomplished by using various techniques, including optical techniques (e.g., CCD detector). Spatially segregating capture objects/species/molecules/particles into a plurality of discrete, resolvable locations, according to some embodiments facilitates substantially simultaneous detection by allowing multiple locations to be addressed substantially simultaneously. For example, for embodiments where individual species/molecules/particles are associated with capture objects that are spatially segregated with respect to the other capture objects into a plurality of discrete, separately resolvable locations during detection, substantially simultaneously addressing the plurality of discrete, separately resolvable locations permits individual capture objects, and thus individual species/molecules/particles (e.g., biomarker molecules) to be resolved. For example, in certain embodiments, individual molecules/particles of a plurality of molecules/particles are partitioned across a plurality of reaction vessels such that each reaction vessel contains zero or only one species/molecule/particle. In some cases, at least about 80%, at least about 85%, at least about 90%, at least about 95%, at least about 96%, at least about 97%, at least about 98%, at least about 99%, at least about 99.5% of all species/molecules/particles are spatially separated with respect to other species/molecules/particles during detection. A plurality of species/molecules/particles may be detected substantially simultaneously within a time period of less than about 1 second, less than about 500 milliseconds, less than about 100 milliseconds, less than about 50 milliseconds, less than about 10 milliseconds, less than about 1 millisecond, less than about 500 microseconds, less than about 100 microseconds, less than about 50 microseconds, less than about 10 microseconds, less than about 1 microsecond, less than about 0.5 microseconds, less than about 0.1 microseconds, or less than about 0.01 microseconds, less than about 0.001 microseconds, or less. In some embodiments, the plurality of species/molecules/particles may be detected substantially simultaneously within a time period of between about 100 microseconds and about 0.001 microseconds, between about 10 microseconds and about 0.01 microseconds, or less.

In some embodiments, the locations are optically interrogated. The locations exhibiting changes in their optical signature may be identified by a conventional optical train and optical detection system. Depending on the detected species (e.g., type of fluorescence entity, etc.) and the operative wavelengths, optical filters designed for a particular wavelength may be employed for optical interrogation of the locations. In embodiments where optical interrogation is used, the system may comprise more than one light source and/or a plurality of filters to adjust the wavelength and/or

intensity of the light source. In some embodiments, the optical signal from a plurality of locations is captured using a CCD camera.

In some embodiments of the present invention, the plurality of reaction vessels may be sealed (e.g., after the introduction of the biomarker molecules, binding ligands, and/or precursor labeling agent), for example, through the mating of the second substrate and a sealing component. The sealing of the reaction vessels may be such that the contents of each reaction vessel cannot escape the reaction vessel during the remainder of the assay. In some cases, the reaction vessels may be sealed after the addition of the biomarker molecules and, optionally, at least one type of precursor labeling agent to facilitate detection of the biomarker molecules. For embodiments employing precursor labeling agents, by sealing the contents in some or each reaction vessel, a reaction to produce the detectable labeling agents can proceed within the sealed reaction vessels, thereby producing a detectable amount of labeling agents that is retained in the reaction vessel for detection purposes.

The plurality of locations may be formed may be formed using a variety of methods and/or materials. In some embodiments, the plurality of locations comprises a plurality of reaction vessels/wells on a substrate. In some cases, the plurality of reaction vessels is formed as an array of depressions on a first surface. In other cases, however, the plurality of reaction vessels may be formed by mating a sealing component comprising a plurality of depressions with a substrate that may either have a featureless surface or include depressions aligned with those on the sealing component. Any of the device components, for example, the substrate or sealing component, may be fabricated from a compliant material, e.g., an elastomeric polymer material, to aid in sealing. The surfaces may be or made to be hydrophobic or contain hydrophobic regions to minimize leakage of aqueous samples from the microwells. The reactions vessels, in certain embodiments, may be configured to receive and contain only a single capture object.

In some embodiments, the reaction vessels may all have approximately the same volume. In other embodiments, the reaction vessels may have differing volumes. The volume of each individual reaction vessel may be selected to be appropriate to facilitate any particular assay protocol. For example, in one set of embodiments where it is desirable to limit the number of capture objects used for biomarker capture contained in each vessel to a small number, the volume of the reaction vessels may range from attoliters or smaller to nanoliters or larger depending upon the nature of the capture objects, the detection technique and equipment employed, the number and density of the wells on the substrate and the expected concentration of capture objects in the fluid applied to the substrate containing the wells. In one embodiment, the size of the reaction vessel may be selected such only a single capture object used for biomarker capture can be fully contained within the reaction vessel (see, for example, U.S. patent application Ser. No. 12/731, 130, filed Mar. 24, 2010, published as US-2011-0212848 on Sep. 1, 2011, entitled "ULTRA-SENSITIVE DETECTION OF MOLECULES OR PARTICLES USING BEADS OR OTHER CAPTURE OBJECTS," by Duffy et al.; International Patent Application No. PCT/US2011/026645, filed Mar. 1, 2011, published as WO 2011/109364 on Sep. 9, 2011, entitled "ULTRA-SENSITIVE DETECTION OF MOLECULES OR PARTICLES USING BEADS OR OTHER CAPTURE OBJECTS," by Duffy et al., each herein incorporated by reference).

In some embodiments, the reaction vessels may have a volume between about 1 femtoliter and about 1 picoliter, between about 1 femtoliters and about 100 femtoliters, between about 10 attoliters and about 100 picoliters, between about 1 picoliter and about 100 picoliters, between about 1 femtoliter and about 1 picoliter, or between about 30 femtoliters and about 60 femtoliters. In some cases, the reaction vessels have a volume of less than about 1 picoliter, less than about 500 femtoliters, less than about 100 femtoliters, less than about 50 femtoliters, or less than about 1 femtoliter. In some cases, the reaction vessels have a volume of about 10 femtoliters, about 20 femtoliters, about 30 femtoliters, about 40 femtoliters, about 50 femtoliters, about 60 femtoliters, about 70 femtoliters, about 80 femtoliters, about 90 femtoliters, or about 100 femtoliters.

The total number of locations and/or density of the locations employed in an assay (e.g., the number/density of reaction vessels in an array) can depend on the composition and end use of the array. For example, the number of reaction vessels employed may depend on the number of types of biomarker molecule and/or binding ligand employed, the suspected concentration range of the assay, the method of detection, the size of the capture objects, the type of detection entity (e.g., free labeling agent in solution, precipitating labeling agent, etc.). Arrays containing from about 2 to many billions of reaction vessels (or total number of reaction vessels) can be made by utilizing a variety of techniques and materials. Increasing the number of reaction vessels in the array can be used to increase the dynamic range of an assay or to allow multiple samples or multiple types of biomarker molecules to be assayed in parallel. The array may comprise between one thousand and one million reaction vessels per sample to be analyzed. In some cases, the array comprises greater than one million reaction vessels. In some embodiments, the array comprises between about 1,000 and about 50,000, between about 1,000 and about 1,000,000, between about 1,000 and about 10,000, between about 10,000 and about 100,000, between about 100,000 and about 1,000,000, between about 100,000 and about 500,000, between about 1,000 and about 100,000, between about 50,000 and about 100,000, between about 20,000 and about 80,000, between about 30,000 and about 70,000, between about 40,000 and about 60,000 reaction vessels. In some embodiments, the array comprises about 10,000, about 20,000, about 50,000, about 100,000, about 150,000, about 200,000, about 300,000, about 500,000, about 1,000,000, or more, reaction vessels.

The array of reaction vessels may be arranged on a substantially planar surface or in a non-planar three-dimensional arrangement. The reaction vessels may be arrayed in a regular pattern or may be randomly distributed. In a specific embodiment, the array is a regular pattern of sites on a substantially planar surface permitting the sites to be addressed in the X-Y coordinate plane.

In some embodiments, the reaction vessels are formed in a solid material. As will be appreciated by those in the art, the number of potentially suitable materials in which the reaction vessels can be formed is very large, and includes, but is not limited to, glass (including modified and/or functionalized glass), plastics (including acrylics, polystyrene and copolymers of styrene and other materials, polypropylene, polyethylene, polybutylene, polyurethanes, cyclic olefin copolymer (COC), cyclic olefin polymer (COP), Teflon®, polysaccharides, nylon or nitrocellulose, etc.), elastomers (such as poly(dimethyl siloxane) and poly urethanes), composite materials, ceramics, silica or silica-based materials (including silicon and modified silicon),

carbon, metals, optical fiber bundles, or the like. In general, the substrate material may be selected to allow for optical detection without appreciable autofluorescence. In certain embodiments, the reaction vessels may be formed in a flexible material.

A reaction vessel in a surface (e.g., substrate or sealing component) may be formed using a variety of techniques known in the art, including, but not limited to, photolithography, stamping techniques, molding techniques, etching techniques, or the like. As will be appreciated by those of ordinary skill in the art, the technique used can depend on the composition and shape of the supporting material and the size and number of reaction vessels.

In a particular embodiment, an array of reaction vessels is formed by creating microwells on one end of a fiber optic bundle and utilizing a planar compliant surface as a sealing component. In certain such embodiments, an array of reaction vessels in the end of a fiber optic bundle may be formed as follows. First, an array of microwells is etched into the end of a polished fiber optic bundle. Techniques and materials for forming and etching a fiber optic bundle are known to those of ordinary skill in the art. For example, the diameter of the optical fibers, the presence, size and composition of core and cladding regions of the fiber, and the depth and specificity of the etch may be varied by the etching technique chosen so that microwells of the desired volume may be formed. In certain embodiments, the etching process creates microwells by preferentially etching the core material of the individual glass fibers in the bundle such that each well is approximately aligned with a single fiber and isolated from adjacent wells by the cladding material. Potential advantages of the fiber optic array format is that it can produce thousands to millions of reaction vessels without complicated microfabrication procedures and that it can provide the ability to observe and optically address many reaction vessels simultaneously.

Each microwell may be aligned with an optical fiber in the bundle so that the fiber optic bundle can carry both excitation and emission light to and from the wells, enabling remote interrogation of the well contents. Further, an array of optical fibers may provide the capability for simultaneous or non-simultaneous excitation of molecules in adjacent vessels, without signal "cross-talk" between fibers. That is, excitation light transmitted in one fiber does not escape to a neighboring fiber.

Alternatively, the equivalent structures of a plurality of reaction vessels may be fabricated using other methods and materials that do not utilize the ends of an optical fiber bundle as a substrate. For example, the array may be a spotted, printed or photolithographically fabricated substrate produced by techniques known in the art; see for example WO95/25116; WO95/35505; PCT US98/09163; U.S. Pat. Nos. 5,700,637, 5,807,522, 5,445,934, 6,406,845, and 6,482,593. In some cases, the array may be produced using molding, embossing, and/or etching techniques as will be known to those of ordinary skill in the art.

In some embodiments, the plurality of locations may not comprise a plurality of reaction vessels/wells. For example, in embodiments where capture objects are employed, a patterned substantially planar surface may be employed and the patterned areas form a plurality of locations. In some cases, the patterned areas may comprise substantially hydrophilic surfaces which are substantially surrounded by substantially hydrophobic surfaces. In certain embodiments, a plurality of capture objects (e.g., beads) may be substantially surrounded by a substantially hydrophilic medium (e.g., comprising water), and the beads may be exposed to the

patterned surface such that the beads associate in the patterned areas (e.g., the hydrophilic locations on the surface), thereby spatially segregating the plurality of beads. For example, in one such embodiment, a substrate may be or include a gel or other material able to provide a sufficient barrier to mass transport (e.g., convective and/or diffusional barrier) to prevent capture objects used for biomarker capture and/or precursor labeling agent and/or labeling agent from moving from one location on or in the material to another location so as to cause interference or cross-talk between spatial locations containing different capture objects during the time frame required to address the locations and complete the assay. For example, in one embodiment, a plurality of capture objects is spatially separated by dispersing the capture objects on and/or in a hydrogel material. In some cases, a precursor labeling agent may be already present in the hydrogel, thereby facilitating development of a local concentration of the labeling agent (e.g., upon exposure to a binding ligand or biomarker molecule carrying an enzymatic component). As still yet another embodiment, the capture objects may be confined in one or more capillaries. In some cases, the plurality of capture objects may be absorbed or localized on a porous or fibrous substrate, for example, filter paper. In some embodiments, the capture objects may be spatially segregated on a uniform surface (e.g., a planar surface), and the capture objects may be detected using precursor labeling agents which are converted to substantially insoluble or precipitating labeling agents that remain localized at or near the location of where the corresponding capture object is localized. The use of such substantially insoluble or precipitating labeling agents is described herein. In some cases, single biomarker molecules may be spatially segregated into a plurality of droplets. That is, single biomarker molecules may be substantially contained in a droplet containing a first fluid. The droplet may be substantially surrounded by a second fluid, wherein the second fluid is substantially immiscible with the first fluid.

In some embodiments, during the assay, at least one washing step may be carried out. In certain embodiments, the wash solution is selected so that it does not cause appreciable change to the configuration of the capture objects and/or biomarker molecules and/or does not disrupt any specific binding interaction between at least two components of the assay (e.g., a capture component and a biomarker molecule). In other cases, the wash solution may be a solution that is selected to chemically interact with one or more assay components. As will be understood by those of ordinary skill in the art, a wash step may be performed at any appropriate time point during the inventive methods. For example, a plurality of capture objects may be washed after exposing the capture objects to one or more solutions comprising biomarker molecules, binding ligands, precursor labeling agents, or the like. As another example, following immobilization of the biomarker molecules with respect to a plurality of capture objects, the plurality of capture objects may be subjected to a washing step thereby removing any biomarker molecules not specifically immobilized with respect to a capture object.

Other assay methods in addition to those described herein are known in the art and may be used in connection with the inventive methods. For example, various analyzers are commercially available for the determination of the concentration of biomarkers. The assay methods employed should meet the algorithm requirements for LOD and LOQ.

The following examples are included to demonstrate various features of the invention. Those of ordinary skill in

the art should, in light of the present disclosure, will appreciate that many changes can be made in the specific embodiments which are disclosed while still obtaining a like or similar result without departing from the scope of the invention as defined by the appended claims. Accordingly, the following examples are intended only to illustrate certain features of the present invention, but do not necessarily exemplify the full scope of the invention.

Example 1

The following example provides experimental details relating to prognostication of neurological outcome in comatose survivors of oxygen deprivation, using tau proteins

Objective: Use of peripheral tau protein measurements as an indicator of the presence of brain injury has remained elusive, in large part due to the lack of adequate sensitivity for reliable measurement of the protein in serum or plasma using common technologies. Additionally, little was known about the time-dependence of tau protein release from the central nervous system into peripheral circulation. Using methods described herein, which, in certain embodiments are capable of ultra sensitive tau protein measurement, serial serum samples from 25 resuscitated cardiac arrest patients were analyzed to longitudinally study tau protein release into serum and determine prognostic significance of tau protein elevation for prediction of long-term cognitive impairment from hypoxic insult.

Summary of Methods: 25 unconscious patients with cardiac arrest were resuscitated with restoration of spontaneous circulation and admitted to a hospital intensive care unit (ICU). Patients were treated with hypothermia and repeated blood samplings were obtained during the first five days in the ICU. Serum levels of total tau protein were measured with a digital immunoassay described in Example 2. Cognitive assessments were made using Cerebral Performance Categorization (CPC) at discharge from the ICU and six months later. Tau protein data were analyzed in the context of six-month cognitive outcome.

Summary of Results: Tau protein elevations ranged from modest to very high, and exhibited unexpected bi-modal kinetic profiles in many patients. Total area-under-the-curve (AUC) was highly prognostic for six-month cognitive outcome. AUC of the secondary tau protein peak exhibited 100% sensitivity and 91% specificity for predicting 6-month outcome.

Summary of Conclusions: The data indicate that sufficiently sensitive peripheral tau protein measurements in conjunction with an understanding of tau protein release kinetics have clinical utility for brain injury assessment and prognostication of cognitive outcome.

Additional Background: Tau proteins, with a molecular mass of 48 to 67 kd depending on isoform, are associated with microtubules and localized in the axonal compartment of neurons. Tau proteins plays a structural role in the assembly of tubulin monomers into axonal microtubule bundles, which are important for maintaining the cytoskeleton and axonal transport. Tau protein is generally elevated in the cerebrospinal fluid (CSF) of patients with neurodegenerative disease and severe head injuries, making it a candidate for peripheral measurement as a biomarker of acquired or traumatic brain injury (ABI, TBI). However, studies on peripheral tau protein have been hampered by its low abundance in serum and plasma (typically low pg/mL), making its measurement difficult.

While CSF tau protein elevation is known to correlate with 1-year outcome in severe TBI patients, no such corre-

lation has been made to serum tau protein, in part because most common assays cannot accurately detect the low levels of tau protein in serum. In addition, the clinical value of serum tau protein for assessment of minor head injury has been questioned. A previous study looked at serum tau protein elevation measured in 24 ischemic stroke patients studied using an immunoassay with a limit of detection of 60 pg/mL, but no correlation was made or found between tau protein appearance to stroke severity. A recent rat TBI model indicated serum tau protein elevation peaked rapidly and declined after six hours, with no significant additional tau protein elevation over 7 days. Little else has been reported about the kinetics of tau protein movement across the blood brain barrier (BBB), nor the potential prognostic significance of peripheral tau protein appearance with ABI and TBI.

Methods: This example employed the protocol described in Example 2 below, which is capable in certain embodiments of three logs greater sensitivity than typical conventional methods. The assay was utilized to examine serial serum samples from 25 resuscitated cardiac arrest patients to longitudinally study tau protein release into serum and probe for prognostic significance of tau protein elevation for prediction of long-term cognitive impairment due to hypoxic insult.

The study was performed at the general intensive care unit at Uppsala University Hospital, Sweden, and approved by the Human Ethics Committee of Uppsala, Sweden. Twenty-five unconscious patients with cardiac arrest were resuscitated with restoration of spontaneous circulation (ROSC). Patients were >18 yrs old, exhibited systolic blood pressure >80 mmHg after ROSC, and a Glasgow Coma Scale≤7.

Upon admission, hypothermia treatment was started immediately after resuscitation. Ventilation was administered during the coma period, with a target PaO$_2$ of ≥12 kPa (90 mmHg) and PaCO$_2$ between 5.0 and 5.5 kPa (38-41 mmHg). Targeted mean arterial pressure was 65-100 mmHg, with application of inotropic/vasopressor support, if required, using dobutamine as the first line medication, followed by noradrenaline (norepinephrine) or adrenaline (epinephrine), if necessary. If the patient was considered euvolaemic but had a diuresis of less than 0.5 mL/kg/h, furosemide was administered. Furosemide was also given if the intensive care physician considered that the patient had a fluid overload. All patients received an arterial line in the radial or femoral artery for blood sampling. Serial blood samples were collected, starting as soon as possible in the emergency phase (within 6 h after cardiac arrest), and continuing at 1, 2, 6, 12, 24, 48, 72, 96, and 108 h after cardiac arrest. Serum aliquots were frozen at −70° C. until analysis.

Patient outcome was assessed in accordance with the Glasgow-Pittsburgh cerebral performance category (CPC) scale at discharge from the intensive care unit and 6 months later. The CPC scale ranges from 1 to 5, with 1 representing mildest possible neurological deficit (patient is able to return to work), and 4-5 representing the most severe deficit (vegetative) and death. A CPC of 1 or 2 was considered a "good" outcome and a CPC score of 3-5 a "poor" outcome. For patients who died after ICU discharge, the better of the two scores was used, as recommended by the Utstein templates.

Patient serum samples were measured in triplicate by a single molecule digital immunoassay for tau protein (see Example 2 for more details). The technique involves performing a paramagnetic bead-based ELISA using beta-galactosidase as a reporter, followed by isolation of individual capture beads within femtoliter-sized reaction wells in a microarray. Isolation of individual beads permits the buildup of fluorescent substrate in the presence of tau protein, such that wells containing a single immunocomplex can be detected. The limit of detection of the assay is 0.02 pg/mL, making it approximately 1000-fold more sensitive than typical conventional immunoassays. The assay was calibrated from 0 pg/mL to 100 pg/mL total tau protein and was able to precisely measure serum tau protein in the patient samples. The extreme sensitivity of the method permits pre-dilution of the samples prior to assay, reducing potential endogenous interferences. All samples were pre-diluted 1:4 with a PBS-tween diluent prior to assay.

Tau protein elevation profiles were analyzed for area-under-the-curve (AUC) with GraphPad Prism 5.0d (Graph-Pad Software, La Jolla, Calif.). Four of the 25 patients died 24-48 hours after admission, and these patients were excluded from AUC analysis. AUC was evaluated during the first 24-hour period as well as over the full time course of samples (to 108 hours) using a baseline of zero. In addition, the AUC of secondary tau protein elevation peaks were estimated assuming a baseline corresponding to the tau protein concentration measured at the initial time point of the secondary peak. Statistical significance between 'good' and 'poor' 6-month outcome was determined by student t-test, with significance taken as $p < 0.05$.

Results: Representative elevation profiles for patients with good and poor 6-month outcomes are depicted in FIG. 2. FIG. 2 shows serum tau following resuscitation from cardiac arrest. CPC scores are listing for each patient in the legends. The first two numbers correspond to the CPC assessments upon discharge from the ICU and six months later. The third number represents overall 6-month outcome assessment (1=poor, 0=good). FIGS. 2a-2c depict representative groupings of patients exhibiting different profiles of tau elevations: a) initial 24-hour peaks; b) delayed peaks, and c) both initial 24-hour and delayed peaks. FIG. 2d depicts representative profiles from patients with good outcomes. Note the difference in scales. Error bars depict SD of triplicate measurements.

Tau protein expression ranged from almost undetectable to large elevations approaching 700 pg/mL. There was a strong general association between tau protein elevation and patient outcome: the more tau protein expressed, the greater the likelihood for poor 6-month outcome. Tau protein elevation also showed clear bi-modal tendencies, with the appearance of one or both peaks varying with patient. The initial peak was generally fully expressed during the first 24 hours following cardiac arrest, while the secondary peak generally expressed after 24-48 hours. Some patients exhibited only the first peak (FIG. 2a), some exhibited only the second peak (FIG. 2b), and some exhibited both peaks (FIG. 2c).

TABLE 2

| Patient | AUC <= 24 hr | | AUC all | | AUC 2nd peak only | |
|---|---|---|---|---|---|---|
| | Good | Poor | Good | Poor | Good | Poor |
| 2 | | 1590 | | 4759 | | 1440 |
| 3 | 708.9 | | 2145 | | 0 | |
| 4 | 748.3 | | 2861 | | 154.2 | |
| 5 | | 625.2 | | 3007 | | 1890 |
| 6 | | 179.9 | | 1232 | | 897.5 |
| 7 | 4.72 | | 92.86 | | 54.5 | |
| 8 | | 11.19 | | 1646 | | 1545 |
| 9 | 59 | | 1141 | | 0 | |
| 10 | | 109.7 | | 9336 | | 8206 |
| 11 | 14.63 | | 84.56 | | 0 | |
| 12 | | 52.15 | | 848.2 | | 567.8 |

TABLE 2-continued

| Patient | AUC <= 24 hr | | AUC all | | AUC 2nd peak only | |
|---|---|---|---|---|---|---|
| | Good | Poor | Good | Poor | Good | Poor |
| 13 | 26.01 | | 288.5 | | 215.8 | |
| 14 | 12.93 | | 431.5 | | 393 | |
| 15 | 12.31 | | 184.4 | | 168.2 | |
| 17 | 0.02 | | 30.68 | | 30.9 | |
| 18 | 15.78 | | 46.62 | | 0 | |
| 20 | | 334.6 | | 6827 | | 5511 |
| 21 | | 580.8 | | 19875 | | 18051 |
| 23 | | 1039 | | 26150 | | 23935 |
| 24 | | 12.92 | | 72.9 | | 35.94 |
| 25 | | 9.37 | | 8987 | | 8842 |
| AVG | 160.26 | 413.17 | 730.61 | 7521.83 | 101.66 | 6447.39 |
| t-test (p) | 0.090609467 | | 0.011726946 | | 0.01197362 | |

To compare the significance of the primary and secondary elevation profiles for 6-month outcome, AUCs were calculated for the first 24 hours (referred to as the "first peak"), the full time course, and the secondary peak only. Table 2 exhibits AUCs for each patient, which are plotted in FIG. **3**. More specifically, Table 2 tabulates characteristics of serum tau elevation profiles from resuscitated survivors of cardiac arrest during the first 96-108 hours following admission to the ICD. Parameters were sorted on the basis of good or poor 6-month cerebral outcome and compared by student t-test. Four patients (all with good outcome) exhibited no discernable secondary peaks. FIG. **3** plots AUC results a) across the first 24 hours, b) for all serial samplings, and c) the secondary tau peak only. Error bars depict standard error of the means.

Weak correlation was observed between the initial 24 hours and 6-month outcome ($p > 0.05$). Notably, there was a strong correlation between the secondary peak and 6-month outcome ($p = 0.01$). The weak correlation between initial tau protein appearance and outcome reflects inter-patient differences in primary peak expression rather than lack of significance between tau protein elevation and outcome. Calculation of overall AUC gave similar statistical significance with outcome as the AUC of the second peak only. Patients with good outcome generally had very low serum tau protein, and secondary peaks where either absent or weak (FIG. **2**d).

The appearance and magnitude of the secondary tau protein peak was highly prognostic for 6-month outcome. Bifurcating the data with an AUC cut point of 500 resulted in 100% sensitivity (10/10 patients) and 91% specificity (10/11 patients) for predicting good and poor 6-month outcomes respectively.

Discussion: These data represent a high-resolution longitudinal examination of serum tau protein elevation following an acute ABI event. The bimodal profile elevation kinetics are consistent with two modes of neuronal damage: initially upon acute oxygen deprivation, followed by delayed cell death due to apoptosis and/or cerebral swelling. With ROSC as an inclusion criterion, the elevation kinetics should be unrelated to reperfusion differences between patients. Patients were all treated with hypothermia, and were not treated with drugs known to significantly affect BBB permeability. It seems likely the bimodal profiles are related to neuronal damage rather than BBB or reperfusion variables.

Inter-patient differences in expression one or both elevation peaks could be related to the extent and duration of the hypoxia. Global cerebral ischemia could trigger rapid necrosis in addition to longer-term apoptosis cascades. Sub lethal hypoxic encephalopathy can set a series of toxic reactions in motion that finish off injured neurons and kill additional ones over hours or days following the insult. While early tau protein peaks were less prognostics for 6-month outcome than the secondary elevation, they are nonetheless deadly when high levels of tau protein are measured. Among the four patients who did not survive the first 48 hours, two patients had prominent initial tau protein peaks of well over 200 pg/mL that had dropped 10-fold by 24 hours (not shown). In these patients, it may have been that the acute initial necrosis was sufficiently lethal, and it might be anticipated that survival would have witnessed prominent secondary peaks.

It is noted that the serial sampling in this study was concluded at 108 hours. It may be that additional tau protein elevation occurs beyond 108 hours. Studies of tau protein elevation in CSF following severe TBI have revealed temporal elevations well beyond five days. It is possible that patients in the present study exhibiting tau protein peaks in the first 24 hours with minimal secondary elevation could go on to express significant additional tau protein beyond 108 hours.

Since the magnitude of cognitive impairment should reflect the magnitude of hypoxia, correlation of serum tau protein elevation with cognitive outcome indicates released tau protein reflects the extent of hypoxia and associated neuronal damage. Serum tau protein appearance as measured by digital immunoassay exhibited considerable prognostic significance for 6-month cognitive outcome, with a sensitivity and specificity of 100% using an AUC cut point of 500. This example demonstrates that serial blood measurements of tau protein in the ICU following resuscitation from cardiac arrest has a clinical value for stratifying likely cognitive outcome.

Example 2

The following example describes the tau protein ultrasensitive digital immunoassay for plasma tau using single molecule arrays that was employed in Example 1.

Reagents were developed for a paramagnetic bead-based ELISA. Tau protein molecules in plasma were captured on antibody-coated paramagnetic capture beads and labeled with an enzyme conjugate. The beads were loaded into arrays of 50,000, 50-femtoliter reaction wells etched into bundles of optical fibers. Single capture beads trapped in each well were sealed in the presence of enzyme substrate and imaged using a fluorescence microscope fitted with a CCD camera. At low concentrations, the images were analyzed for the presence or absence of single immunocomplexes of labeled tau protein, resulting in a digital signal. At high concentrations, the analog intensity of the beads was normalized to the digital signals, extending the dynamic range of the assay to over four logs. Analytical performance of the assay was evaluated, and serum samples from hypoxia patients were tested for tau protein.

The assay described in this example has a detection limit (i.e., LOD) of 0.02 pg/mL and was linear to 100 pg/mL tau protein (R2>0.996, Patient J. J cal curve). Results using serum samples from hypoxia patients showed a bi-phasic response across the time course post hypoxic insult.

Concentrations of tau protein in serum and plasma are believed to be over 100-fold lower than in cerebrospinal fluid.

This example describes the development and validation of a digital immunoassay using single molecule array technology that is capable of measuring tau protein in hypoxia induced serum without biomarker enrichment or sample

33

34

pretreatment procedures. The assay exhibits over 1000-fold greater sensitivity than validated commercially available ELISAs. The assay can be used for directly measuring and monitoring serum tau protein in therapeutic trials aimed at altering and lowering levels of this protein, down to sub-femtomolar levels.

The single molecule array technology employed two primary steps: an initial analyte capture step conducted with paramagnetic beads, followed by isolation of individual beads in arrays of femtoliter-sized reaction wells for digital imaging. Isolation of the individual beads in microwells permits the buildup of fluorescent product from the enzyme label such that signal from a single immunocomplex is readily detected using a CCD camera. This approach permits counting of single molecules when tau protein concentrations are low enough that the ratio of bound labeled peptide per bead is much less than one. In this concentration realm, Poisson statistics predict that bead-containing microwells in the array will contain either a single labeled tau protein molecule or no labeled tau protein molecules, resulting in a binary signal. Due to the amplified sensitivity for detecting label molecules afforded by confining fluorescent product buildup to the microwells, concentrations of label (detector anti-Tau antibody and enzyme label) can be reduced relative to standard ELISAs. Lowered concentrations of labeling reagents reduces their interaction with capture beads, resulting in reduced nonspecific binding enabling high signal to background ratios, even at extremely low concentrations of biomarker. For higher biomarker concentrations where all beads contain one or more labeled immunocomplexes, digital signals from the Poisson realm are used to calibrate analog intensity measurements, extending the dynamic range to over four logs.

Three reagents were developed for this tau protein immunoassay: capture beads, biotinylated detector, and a conjugate of streptavidin:beta-galactosidase. The capture bead reagent comprised of a commercially available monoclonal anti-tau antibody (Covance) directed to an epitope (amino acids 210-230). The antibody was covalently attached by standard coupling chemistry to 2.7 μm carboxy paramagnetic microbeads (Varian). Because individual beads were captured in array wells 4.5 μm wide×3.25 μm deep, it was advantageous that the capture beads remain monomeric. The antibody-coated beads were diluted to a working concentration of 6×106 beads/mL in Tris buffer with a surfactant and BSA. The biotinylated detector reagent was comprised of two commercially available monoclonal anti-tau antibodys (Pierce) directed to the N-terminus of the Capture Detector (amino acids 159-163 and 194-198). The antibodies were biotinylated using standard methods (Solulink), and the biotinylation level was confirmed spectrophotometrically per manufacturer's instructions. The monomeric state of the detector antibody before and after biotinylation was confirmed by size exclusion HPLC. The biotinylated detector antibodies were diluted to individual concentration of 0.2 μg/ml for assay in a PBS diluent containing a surfactant and newborn calf serum, NCS (PBS/NCS). The enzyme conjugate—streptavidin: β-galactosidase (SβG)—was prepared by covalent conjugation of purified streptavidin (Thermo Scientific) and β-galactosidase (Sigma) using standard coupling chemistry (1-ethyl-3-(3-dimethylaminopropyl) carbodiimide hydrochloride, Thermo Scientific). Aliquots of a concentrated stock solution of SβG were prepared in PBS with 50% glycerol and transferred to −20° C. for storage. Prior to assay, an aliquot was thawed and diluted to 25 pM in PBS/NCS with MgCl2. Purified Tau 381 antigen for calibrators and for specificity testing were from Millipore.

Assay calibrators and controls were prepared by dilution of Tau 381 stock in PBS diluent containing a surfactant and BSA (PBS/BSA). In some cases, a stock solution prepared by dilution to 1000 ng/mL in PBS/10G. For dynamic range/linearity characterization, a series of calibrators were prepared by serial 3-fold dilution to give a calibration range of 0-100 pg/mL. To evaluate assay day-to-day reproducibility at low concentrations, three low controls were prepared at 0.1, 5.0, and 50.0 pg/mL in PBS/BSA.

50,000 well optical fiber microarrays were prepared as previously described. In brief, optical fiber bundles (Schott North America) were cut into 5 cm lengths and sequentially polished with 30, 9, and 1 um-sized diamond lapping films. One end of each bundle was etched in a 0.025 N HCl solution for 2 minutes and then submerged into water. The differential etch rate of the core and cladding glass of the fiber bundles caused an array of 4.5 um diameter wells to be formed in the core fibers.

Bead-plasma incubations and labeling of immunocomplexes in conical 96 well plates (Axygen) were conducted using a robotic liquid handling system (Tecan EVO 150). Conical wells are used to facilitate magnetic attraction of the beads to the sides of the wells for efficient removal of reaction mixtures and bead washing. For magnetic attraction, a microplate bar magnet (Invitrogen) was used. Incubation periods were conducted with shaking on a microplate shaker (VWR) to keep beads suspended in the wells. The assays were initiated by mixing 100 uL of sample with 600,000 capture beads, and the mixtures were incubated with shaking for two hours. Serum samples were pre-diluted 1:4 prior to assay with PBS/BSA as a precaution for sample quality and interference effects. Following serum incubation in the presence of biotinylated detector antibody, the beads were washed 3 times with a wash buffer of 5-fold concentrated PBS with a surfactant (5×PBS). After the wash step, 100 μL of streptavidin-β-galactosidase was incubated with the beads for 30 minutes to form the final enzyme-labeled immunocomplex. The beads were then washed eight times per above, and concentrated to 2×107 beads/ml with the addition of a reduced volume (30 μL) of array loading buffer comprised of PBS with a surfactant. Beads were then loaded onto the arrays. 10 μL of the concentrated bead solution (2×106 beads) were pipetted onto the arrays and the arrays were centrifuged at 1,300 g for 10 minutes. Excess beads were removed by a PBS rinse and swabbing with deionized water. With this technique, array filling by the beads was generally 50-60%, which was adequate for minimizing contributions to imprecision from Poisson noise. Wells containing tau protein-labeled beads were detected utilizing beta-galactosidase catalyzed hydrolysis of resorufin β-D-galactopyranoside (RGP, Invitrogen) into fluorescent product (resorufin, excitation 558 nm, emission 577 nm). To introduce RGP substrate to the array wells, droplets of substrate were placed on a silicone gasket and introduced into the array wells with a mechanical platform. This step resulted in an array of sealed femtoliter wells in which enzyme-containing beads developed a concentrated fluorescence signal.

Imaging was accomplished via a custom-built fluorescence imaging system containing a light source, objectives, filter cubes and a CCD camera. For each sample, five fluorescent images of one second each were acquired (to identify wells containing an enzyme) and one white light image was acquired (to identify wells containing a bead). Background fluorescence and any contaminating artifacts were discriminated from true 'positive' wells by analyzing for signal growth over the multiple images. These images

were analyzed to determine the average number of enzymes per bead (AEB) across the concentration range. In some cases, at <50% active beads, the system was determined to be in the digital realm, so AEB was determined from the fraction of beads that contain at least one enzyme and the Poisson distribution; and at >50% active beads, the average fluorescence intensity of the beads was normalized to the average fluorescence intensity of beads containing a single enzyme to yield AEB. In other cases, at <70% active beads relative to total beads, AEB was determined as a count of active beads corrected for a low statistical probability of multiple enzymes per bead; and at >70% active beads, the probability of multiple enzymes/bead increases such that all wells contain multiple enzymes and all are growing in signal and in this realm, the signal is was no longer digital, and average fluorescence intensities of the wells were converted to AEB based on the average intensities of wells containing single enzymes as determined at lower Aβ42 concentrations. The AEB unit worked continuously across the digital and analog realms.

For description of various details associate with this assay, see, for example, U.S. patent application Ser. No. 12/731, 130, filed Mar. 24, 2010, published as US-2011-0212848 on Sep. 1, 2011, entitled "ULTRA-SENSITIVE DETECTION OF MOLECULES OR PARTICLES USING BEADS OR OTHER CAPTURE OBJECTS," by Duffy et al.; International Patent Application No. PCT/US2011/026645, filed Mar. 1, 2011, published as WO 2011/109364 on Sep. 9, 2011, entitled "ULTRA-SENSITIVE DETECTION OF MOLECULES OR PARTICLES USING BEADS OR OTHER CAPTURE OBJECTS," by Duffy et al.; International Patent Application No. PCT/US2011/026657, filed Mar. 1, 2011, published as WO 2011/109372 on Sep. 9, 2011, entitled "ULTRA-SENSITIVE DETECTION OF MOLECULES USING DUAL DETECTION METHODS," by Duffy et al.; U.S. patent application Ser. No. 12/731,135, filed Mar. 24, 2010, published as US-2011-0212462 on Sep. 1, 2011, entitled "ULTRA-SENSITIVE DETECTION OF MOLECULES USING DUAL DETECTION METHODS," by Duffy et al.; International Patent Application No. PCT/US2011/026665, filed Mar. 1, 2011, published as WO 2011/109379 on Sep. 9, 2011, entitled "METHODS AND SYSTEMS FOR EXTENDING DYNAMIC RANGE IN ASSAYS FOR THE DETECTION OF MOLECULES OR PARTICLES," by Rissin et al.; U.S. patent application Ser. No. 12/731,136, filed Mar. 24, 2010, published as US-2011-0212537 on Sep. 1, 2011, entitled "METHODS AND SYSTEMS FOR EXTENDING DYNAMIC RANGE IN ASSAYS FOR THE DETECTION OF MOLECULES OR PARTICLES," by Duffy et al.; U.S. patent application Ser. No. 13/035,472, filed Feb. 25, 2011, entitled "SYSTEMS, DEVICES, AND METHODS FOR ULTRA-SENSITIVE DETECTION OF MOLECULES OR PARTICLES," by Fournier et al.; U.S. patent application Ser. No. 13/037,987, filed Mar. 1, 2011, published as US-2011-0245097 on Oct. 6, 2011, entitled "METHODS AND SYSTEMS FOR EXTENDING DYNAMIC RANGE IN ASSAYS FOR THE DETECTION OF MOLECULES OR PARTICLES," by Rissin et al.; each herein incorporated by reference. While several embodiments of the present invention have been described and illustrated herein, those of ordinary skill in the art will readily envision a variety of other means and/or structures for performing the functions and/or obtaining the results and/or one or more of the advantages described herein, and each of such variations and/or modifications is deemed to be within the scope of the present invention. More generally, those skilled in the art will readily appre-

ciate that all parameters, dimensions, materials, and configurations described herein are meant to be exemplary and that the actual parameters, dimensions, materials, and/or configurations will depend upon the specific application or applications for which the teachings of the present invention is/are used. Those skilled in the art will recognize, or be able to ascertain using no more than routine experimentation, many equivalents to the specific embodiments of the invention described herein. It is, therefore, to be understood that the foregoing embodiments are presented by way of example only and that, within the scope of the appended claims and equivalents thereto, the invention may be practiced otherwise than as specifically described and claimed. The present invention is directed to each individual feature, system, article, material, kit, and/or method described herein. In addition, any combination of two or more such features, systems, articles, materials, kits, and/or methods, if such features, systems, articles, materials, kits, and/or methods are not mutually inconsistent, is included within the scope of the present invention.

The indefinite articles "a" and "an," as used herein in the specification and in the claims, unless clearly indicated to the contrary, should be understood to mean "at least one."

The phrase "and/or," as used herein in the specification and in the claims, should be understood to mean "either or both" of the elements so conjoined, i.e., elements that are conjunctively present in some cases and disjunctively present in other cases. Other elements may optionally be present other than the elements specifically identified by the "and/or" clause, whether related or unrelated to those elements specifically identified unless clearly indicated to the contrary. Thus, as a non-limiting example, a reference to "A and/or B," when used in conjunction with open-ended language such as "comprising" can refer, in one embodiment, to A without B (optionally including elements other than B); in another embodiment, to B without A (optionally including elements other than A); in yet another embodiment, to both A and B (optionally including other elements); etc.

As used herein in the specification and in the claims, "or" should be understood to have the same meaning as "and/or" as defined above. For example, when separating items in a list, "or" or "and/or" shall be interpreted as being inclusive, i.e., the inclusion of at least one, but also including more than one, of a number or list of elements, and, optionally, additional unlisted items. Only terms clearly indicated to the contrary, such as "only one of" or "exactly one of," or, when used in the claims, "consisting of," will refer to the inclusion of exactly one element of a number or list of elements. In general, the term "or" as used herein shall only be interpreted as indicating exclusive alternatives (i.e. "one or the other but not both") when preceded by terms of exclusivity, such as "either," "one of," "only one of," or "exactly one of." "Consisting essentially of," when used in the claims, shall have its ordinary meaning as used in the field of patent law.

As used herein in the specification and in the claims, the phrase "at least one," in reference to a list of one or more elements, should be understood to mean at least one element selected from any one or more of the elements in the list of elements, but not necessarily including at least one of each and every element specifically listed within the list of elements and not excluding any combinations of elements in the list of elements. This definition also allows that elements may optionally be present other than the elements specifically identified within the list of elements to which the phrase "at least one" refers, whether related or unrelated to those elements specifically identified. Thus, as a non-limit-

ing example, "at least one of A and B" (or, equivalently, "at least one of A or B," or, equivalently "at least one of A and/or B") can refer, in one embodiment, to at least one, optionally including more than one, A, with no B present (and optionally including elements other than B); in another embodiment, to at least one, optionally including more than one, B, with no A present (and optionally including elements other than A); in yet another embodiment, to at least one, optionally including more than one, A and at least one, optionally including more than one, B (and optionally including other elements); etc.

In the claims, as well as in the specification above, all transitional phrases such as "comprising," "including," "carrying," "having," "containing," "involving," "holding," and the like are to be understood to be open-ended, i.e., to mean including but not limited to. Only the transitional phrases "consisting of" and "consisting essentially of" shall be closed or semi-closed transitional phrases, respectively, as set forth in the United States Patent Office Manual of Patent Examining Procedures, Section 2111.03.

What is claimed:

**1.** A method of producing a bodily fluid sample of a patient suspected of having a neurological condition containing an analytically quantified amount of endogenous tau protein, said method comprising:

(A) obtaining a volume of bodily fluid comprising blood, or a blood component selected from plasma and serum,

(B) diluting the volume of bodily fluid, and

(C) quantifying through the use of an analytical protein concentration measurement assay a concentration of tau protein in the volume of bodily fluid to produce the bodily fluid sample containing the analytically quantified amount of endogenous tau protein;

wherein the analytically quantified concentration of endogenous tau protein contained in the bodily fluid sample is less than about 5 pg/nil, and a limit of quantification of the analytical protein concentration measurement assay used in step (C) for quantifying the concentration of tau protein is less than about 0.2 pg/mL.

**2.** The method of claim **1**, wherein the analytical protein concentration measurement assay used in step (C) comprises:

i. exposing a plurality of capture objects that each include a binding surface having affinity for tau protein molecules to the volume of bodily fluid;

ii. immobilizing at least a portion of the tau protein molecules with respect to the plurality of capture objects such that at least some of the capture objects associate with at least one tau protein molecule and a statistically significant fraction of the capture objects do not associate with any tau protein molecules;

iii. determining a proportion of the plurality of capture objects that associated with a tau protein molecule in step ii; and

iv. determining a measure of tau protein molecule concentration in the volume of bodily fluid based at least in part on the proportion determined in step iii.

**3.** The method of claim **2**, wherein the plurality of capture objects comprises a plurality of beads.

**4.** The method of claim **1**, wherein the analytical protein concentration measurement assay used in step (C) comprises

spatially segregating tau protein molecules into a plurality of locations, wherein a statistically significant fraction of the locations contain a single tau protein molecule and a statistically significant fraction of the locations do not contain any tau protein molecules.

**5.** The method of claim **4**, wherein the plurality of locations comprises a plurality of reaction vessels.

**6.** The method of claim **1**, wherein each of the tau protein molecules quantified in step (C) is selected from the group consisting of tau 23 (352, 0N3R), tau 2.4 (383, 0N4R), tau 37 (381, 1N3R), tau 34 (412, 1N4R), tau 39 (410, 2N3R), and tau 40 (441, 2N4R).

**7.** The method of claim **6**, wherein at least a portion of the tau protein molecules are phosphorylated.

**8.** The method of claim **1**, wherein the volume of bodily fluid comprises blood.

**9.** The method of claim **1**, wherein the volume of bodily fluid comprises plasma.

**10.** The method of claim **1**, wherein the volume of bodily fluid comprises serum.

**11.** The method of claim **1**, wherein the volume of bodily fluid does not comprise cerebrospinal fluid (CSF).

**12.** The method of claim **1**, wherein the analytical protein concentration measurement assay used in step (C) comprises:

i. suspending a plurality of capture objects that each include a binding surface having affinity for tau protein molecules in the diluted volume of bodily fluid,

ii. immobilizing at least a portion of the tau protein molecules with respect to at least some of the plurality of capture objects suspended in the diluted volume of bodily fluid such that at least some of the capture objects associate with at least one tau protein molecule from the volume of bodily fluid,

iii. interrogating at least some of the capture objects associated with at least one tau molecule from the volume of bodily of fluid; and

iv. determining a measure of tau protein molecule concentration in the volume of bodily fluid based at least in part on the interrogating step performed in step iii.

**13.** The method of claim **12**, wherein the plurality of capture objects comprises a plurality of beads.

**14.** The method claim **1**, wherein the limit of detection for the analytical protein concentration measurement assay is less than about 0.02 pg/mL.

**15.** The method of claim **1**, wherein the patient suspected of having a neurological condition is recovering from a brain injury.

**16.** The method of claim **15**, wherein the volume of bodily fluid has been collected from the patient within 12 hours of the brain injury.

**17.** The method of claim **15**, wherein the brain injury results from a hypoxic event.

**18.** The method of claim **15** wherein the brain injury comprises a hypoxic event caused by cardiac arrest.

**19.** The method of claim **15**, wherein the brain injury comprises a hypoxic event caused by stroke.

**20.** The method of claim **15**, wherein the brain injury comprises a hypoxic event caused by an ischemic event.

**21.** The method of claim **15** wherein the brain injury comprises a hypoxic event caused by a thrombosis.

* * * * *

# CERTIFICATE OF CORRECTION

PATENT NO.            : 11,275,092 B2
APPLICATION NO.    : 16/522237
DATED                    : March 15, 2022
INVENTOR(S)          : David Wilson et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In the Specification

At Column 1, Line 27, the word "HYPDXIC" should read --HYPOXIC--

In the Claims

At Column 37, Claim 1, Line 36, the words "5 pg/nil" should read --5 pg/ml--

At Column 38, Claim 6, Line 10, the words "tau 2.4" should read --tau 24--

At Column 38, Claim 18, Line 54, the words "15 wherein" should read --15, wherein--

At Column 38, Claim 21, Line 60, the words "15 wherein" should read --15, wherein--

Signed and Sealed this
Nineteenth Day of April, 2022

*Katherine Kelly Vidal*

Katherine Kelly Vidal
*Director of the United States Patent and Trademark Office*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.         : 11,275,092 B2
APPLICATION NO.    : 16/522237
DATED              : March 15, 2022
INVENTOR(S)        : David Wilson et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:


In the Claims

In Column 38, Claim 12, Line 37:
"volume of bodily of fluid; and"
Should read:
-- volume of bodily fluid; and --

Signed and Sealed this
Twenty-fifth Day of March, 2025

Coke Morgan Stewart
*Acting Director of the United States Patent and Trademark Office*

# EXHIBIT B

| U.S. Pat. No. 11,275,092, Claim 1 | Evidence |
|---|---|
| 1. A method of **producing a bodily fluid sample** of **a patient suspected of having a neurological condition containing an analytically quantified amount of endogenous tau protein**, said method comprising: | The LabCorp Test is a diagnostic test that uses the "Fujirebio Lumipulse chemiluminescent enzyme immunoassay (CLEIA)" "to aid in the biological identification of Alzheimer's disease by measuring phosphorylated tau 217,"[1] which is a neurological condition associated with elevated levels of tau protein.<br><br>The LabCorp Test uses the Lumipulse G1200 Analyzer to render the quantitative measurement of pTau 217[2,3]:<br><br> |

[1] https://www.labcorp.com/tests/484390/phosphorylated-tau-217-ptau-217-plasma
[2] https://www.fujirebio.com/en-us/products-solutions/lumipulser-g-ptau-217-plasma
[3] https://www.fujirebio.com/en-us/products-solutions/lumipulser-g1200-analyzer



Unless stated otherwise, the term "LabCorp Test" refers to Fujirebio's Lumipulse chemiluminescent enzyme immunoassay (CLEIA), as performed using the Lumipulse G1200 Analyzer, for Phosphorylated Tau 217 (pTau-217), Plasma (*see* Ex. 1-A).

The LabCorp Test involves a method of **producing a bodily fluid sample ... containing an analytically quantified amount of endogenous tau protein:**

"Collection: **Draw blood in lavender-top (EDTA) tube**. Invert to mix with preservatives. Centrifuge and transfer plasma to a labeled plastic transport tube and freeze."[4]

"At **Fujirebio, an assay for the measurement of plasma pTau217** was developed on the LUMIPULSE G platform to complement the commercially available plasma pTau181 RUO assay. The aim of this study was to determine the preliminary performance of the Lumipulse G pTau 217 Plasma prototype assay."[5]

---

[4] https://www.labcorp.com/tests/484390/phosphorylated-tau-217-ptau-217-plasma
[5] https://doi.org/10.1002/alz.079647

"The LUMIPULSE G System is a fully automated chemiluminescent enzyme immunoassay platform processing samples in ready-to-use immunoreaction cartridges in about 30 minutes. The assay uses an in-house developed monoclonal antibody for capturing of pTau217. Analytical assay characteristics such as sensitivity, precision and dilutional linearity were determined. The analytical studies included a series of buffer and $K_2$EDTA plasma samples, each tested in several replicates. Preliminary clinical performance was explored on a small set of patient and control samples."[6]

"Clinical cutoff value was established using samples from a well-established patient cohort characterized with amyloid PET data. A pTau-217 value of >0.18 is a reported surrogate marker for beta amyloid pathology and can be used to facilitate biological identification of Alzheimer's disease. pTau-217 has also been used in clinical trials to monitor patients on anti-amyloid therapy."[7]

Table 1. Plasma assays characteristics
LLOQ=lower limit of quantification; LOD=limit of detection; n.a.=not applicable

| Participating centre | Target | Analytical platform | Functional LLOQ | LOD | Sample volume for duplicate (dead volume) | Sample dilution (sample diluent) | Calibrator | Calibrator range | Capture antibody | Detector antibody | Other assay details  Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FujreBec | p-tau217 | LUMIPULSE G | 0.035 pg/mL | 0.018 pg/mL | 200 µL (100 µL) | Neat (with addition of 20% v/v Assay Specific Solution - ASS) | pTau 217 synthetic peptide | 0-10 pg/mL | RD-85 (epitope phosphorylated at T217) | BT2 (epitope 194-198) and HT7 (epitope 159-163) | Specific 2-step Lumipulse G set-up (10-10-5 min) |

[8]

The LabCorp Test involves production of a bodily fluid sample of a patient suspected of having a neurological condition:

"This test is used to aid in the biological identification of Alzheimer's disease by measuring phosphorylated tau 217, which has been shown in the literature to be a surrogate of amyloid

[6] https://doi.org/10.1002/alz.079647
[7] https://www.labcorp.com/tests/484390/phosphorylated-tau-217-ptau-217-plasma
[8] https://doi.org/10.1101/2024.08.22.24312244

| | |
|---|---|
| | pathology. Additionally, pTau-217 can be used for monitoring patients on newly approved anti-amyloid therapy."[9]

"Labcorp (NYSE: LH), a global leader of innovative and comprehensive laboratory services, announced today the launch and immediate availability of its test to **identify the presence or absence of phosphorylated tau 217 (pTau217), a pivotal blood biomarker designed to aid in the diagnosis of Alzheimer's disease** and the subsequent monitoring of patients undergoing treatment with new Alzheimer's disease therapies. Labcorp's pTau217 test can be ordered by physicians and used in clinical trials and research by global biopharmaceutical partners."[10]

"Clinical cutoff value was established using samples from a well-established patient cohort characterized with amyloid PET data. A pTau-217 value of >0.18 is a reported surrogate marker for beta amyloid pathology **and can be used to facilitate biological identification of Alzheimer's disease.** pTau-217 has also been used in clinical trials to monitor patients on anti-amyloid therapy."[11]

"**Phosphorylated tau (p-tau) is a specific blood biomarker for Alzheimer's disease (AD) pathology.** Multiple p-tau biomarkers on several analytical platforms are poised for clinical use. . . . Plasma p-tau217 consistently demonstrated higher fold-changes between AD and non-AD pathology groups, compared to other p-tau epitopes. **Fujirebio LUMIPULSE G**, UGOT IPMS, and Lilly MSD **p-tau217 assays** provided the highest median fold-changes."[12] |
| (A) obtaining a volume of bodily fluid **comprising blood, or a blood component selected from plasma and serum,** | The LabCorp Test involves the collection of a volume of bodily fluid **comprising blood, or a blood component selected from plasma and serum:** |

---

https://www.labcorp.com/tests/484390/phosphorylated-tau-217-ptau-217-plasma
https://ir.labcorp.com/static-files/66372643-59b4-4e0c-a556-3071764б1a3
https://www.labcorp.com/tests/484390/phosphorylated-tau-217-ptau-217-plasma
https://doi.org/10.1101/2024.08.22.24312244

4

## Specimen Requirements

**Specimen**          Plasma, **frozen**

[13]

"Collection: **Draw blood in lavender-top (EDTA) tube**. Invert to mix with preservatives. Centrifuge and **transfer plasma** to a labeled plastic transport tube and freeze."[14]



Lumipulse® G pTau 217 Plasma

For research use only
81472, 81471

View product ▶ [15]

[13] https://www.labcorp.com/tests/484390/phosphorylated-tau-217-ptau-217-plasma
[14] https://www.labcorp.com/tests/484390/phosphorylated-tau-217-ptau-217-plasma
[15] https://www.fujirebio.com/en-us/products-solutions/lumipulser-g-ptau-217-plasma

| | "The LUMIPULSE G System is a fully automated chemiluminescent enzyme immunoassay platform **processing samples** in ready-to-use immunoreaction cartridges in about 30 minutes. The assay uses an in-house developed monoclonal antibody for capturing of pTau217. Analytical assay characteristics such as sensitivity, precision and dilutional linearity were determined. The analytical studies included a series of buffer and $K_2$EDTA **plasma samples**, each tested in several replicates. Preliminary clinical performance was explored on a small set of patient and control samples."[16] |
|---|---|
| | "Labcorp's introduction of pTau217 as a standalone test marks a significant advancement in the company's Alzheimer's testing portfolio, **complementing its existing array of blood-based biomarker testing** . . . . 'The introduction of pTau217 represents a significant milestone in our ongoing commitment to advancing testing capabilities across the spectrum of Alzheimer's disease,' said Dr. Brian Caveney, Labcorp's Chief Medical and Scientific Officer. 'By expanding our suite of **blood-based biomarker tests**, we are empowering clinicians and pharma with more tools for clinical trials and for the detection and monitoring of Alzheimer's to improve patient care.'"[17] |

**Table 1.** Plasma assays characteristics

LLOQ=lower limit of quantification; LOD=limit of detection; n.a.=not applicable

| Participating course | Target | Analytical platform | Functional LLOQ | LOD | Sample volume for duplicate (dead volume) | Sample dilution (sample diluent) | Calibrator | Calibrator range | Capture antibody | Detector antibody | Other assay details | Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fujirebio | p-tau217 | LUMIPULSE G | 0.035 pg/mL | 0.018 pg/mL | 200 µL (100 µL) | Neat (with addition of 20% v/v Assay Specific Solution - ASS) | pTau 217 synthetic peptide | 0-10 pg/mL | RD-85 (epitope phosphorylated at T217) | BT2 (epitope 194-198) and HT7 (epitope 159-163) | Specific 2-step Lumipulse G set-up (10-10-5 mins) | 18 |

| | |
|---|---|
| (B) **diluting** the volume of bodily fluid, and | The LabCorp Test involves **diluting** the volume of bodily fluid, including by combining the collected patient specimen with diluents, such as suitable reagents or solutions, to facilitate analysis: |

[16] https://doi.org/10.1002/alz.079647

[17] https://ir.labcorp.com/static-files/66372643-59b4-4e0c-a556-30717646b1a3

[18] https://doi.org/10.1101/2024.08.22.24312244

Table 1. Plasma assays characteristics.
LLOQ=lower limit of quantification; LOD=limit of detection; n.a.=not applicable

| Participating center | Target | Analytical platform | Functional LLOQ | LOD | Sample volume for duplicate (dead volume) | Sample dilution (sample diluent) | Calibrator | Calibrator range | Capture method | Detector method | Other assay details | Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fujirebio | p-tau217 | LUMIPULSE G | 0.015 pg/mL | 0.018 pg/mL | 200 μL (100 μL) | None (with addition of 20% v/v Assay Specific Solution, ASS) | pTau 217 synthetic peptide | 0-10 pg/mL | RD-85 (epitope phosphorylated at 217) | BT2 (epitope 194-198) and BT7 (epitope 159-163) | Specific 2-step Lumipulse G assay (10-185 min) | 19 |

"Fujirebio Lumipulse G p-tau217

pTau 217 levels in plasma and CSF were measured at Fujirebio Europe N.V. (Gent, Belgium) using a prototype of the Lumipulse G pTau 217 Plasma RUO assay on a LUMIPULSE G instrument. The assay works according to a specific 2-step set-up where the analyte is first captured in **presence of an assay specific solution on RD85 coated particles**, and after washing is detected with ALP labelled HT7 / BT2 conjugate. The assay uses a synthetic peptide containing the three epitopes as the calibrator. Samples were tested in singlicate. The assay uses a sample volume of 40 μL or 100 μL for plasma and CSF, respectively. Additionally, for CSF, the calibrator range was extended to accommodate the broader concentration range."[20]

In addition, the LabCorp Test uses the Lumipulse G1200 Analyzer, which involves **diluting** the plasma collected from the patient with the Lumipulse G Sample Diluent 1 reagent:

[19] https://doi.org/10.1101/2024.08.22.24312244

[20] Supplementary Appendix: The Alzheimer's Association Global Biomarker Standardization Consortium (GBSC) plasma phospho-tau Round Robin study



21 https://www.fujirebio.com/sites/default/files/2024-06/lumipulse_g1200_brochure.pdf



**METHOD**
[Example: Two-step method]

Antibody coated Ferrite Beads   Antigen   E ALP Conjugate

Reaction time is 30 minutes for all assays.

Sample | B/F separation | ALP Conjugate | B/F separation | Luminescent substrate AMPPD | Luminescence measured
Primary immunoreaction 10 min. | Magnet | Secondary immunoreaction 10 min. | Magnet | Enzyme reaction 5 min. |

Four measurement methods: one-step, two-step, dilution two-step and specific two-step          22

2DJ05TE                          ☆ KEY-CODE: FRI52225
                                    ☆ Oct. 2013 (ver. 3)
In Vitro Diagnostic Use               ☆ : Note changes

Chemiluminescent Enzyme Immunoassay Reagent

*Lumipulse*® *G*

**Specimen Diluent 1**

FUJIREBIO INC.
2-1-1 Nishishinjuku, Shinjuku-ku, Tokyo 163-0410 Japan
TEL: +81-3-6279-0899

☆   EC | REP   Fujirebio Europe N.V.
Technologiepark 6, 9052 Gent, Belgium
TEL: +32-9-329-13-29                        23

---

| | |
|---|---|
| | ■ **INTENDED USE**<br>For *in vitro* diagnostic use: This product is a common reagent used for diluting specimens in the LUMIPULSE *G* System.<br><br>■ **EXPLANATION OF THE REAGENT**<br>LUMIPULSE *G* System is an assay system including its specific reagents and consumables, and it is based on chemiluminescent enzyme immunoassay (CLEIA) technology. This reagent is used for diluting specimens, when their dilutions are required as one of the steps of the assay, or when measured values exceed the measurement range of the LUMIPULSE *G* System assays. For other reagents' information of LUMIPULSE *G* System, refer to their package inserts. [24]<br><br>■ **INSTRUMENT**<br>This reagent is designed for a fully automated chemiluminescent enzyme immunoassay (CLEIA) on the LUMIPULSE *G* System. Refer to the LUMIPULSE *G* System Operation Manual for further information. [25] |
| (C) **quantifying through the use of an analytical protein concentration measurement assay a concentration of tau protein in the volume of bodily fluid to produce the bodily fluid** | The LabCorp Test involves **measuring the concentration of tau protein in the volume of plasma, which results in production of the bodily fluid sample containing an analytically quantified amount of endogenous tau protein (pTau 217):**[26] |

[24] https://www.fujirebio.com/sites/default/files/media/files/2019-06/usa_lumipulse_g1200_specimen_diluent_1_ifu.pdf

[25] https://www.fujirebio.com/sites/default/files/media/files/2019-06/usa_lumipulse_g1200_specimen_diluent_1_ifu.pdf

[26] https://files.labcorp.com/testmenu-d8/sample_reports/484390.pdf

sample containing the analytically quantified amount of endogenous tau protein;

## p-tau217

| Test | Current Result and Flag | | Previous Result and Date | Units | Reference Interval |
|------|------|------|------|------|------|
| ⚠ p-tau217 [A, D] | 0.24 | High | | pg/mL | 0.00-0.18 |

Clinical cutoff value was established using samples from a patient cohort characterized with amyloid PET data. A p-tau217 value of >0.18 is a reported surrogate marker for beta amyloid pathology, and can be used to facilitate biological identification of Alzheimer's disease (1). p-tau217 has also been used in clinical trials to monitor patients on anti-amyloid therapy (2,3).

Test performed by Fujirebio Lumipulse chemiluminescent enzyme immunoassay (CLEIA). Values obtained with different methods cannot be used interchangeably. The validated limit of quantification is 0.06 pg/mL. Assay detection limit is 0.03 pg/mL.

## p-tau217

| Test | Current Result and Flag | Previous Result and Date | Units | Reference Interval |
|------|------|------|------|------|
| p-tau217 [A, D] | 0.08 | | pg/mL | 0.00-0.18 |

Clinical cutoff value was established using samples from a patient cohort characterized with amyloid PET data. A p-tau217 value of >0.18 is a reported surrogate marker for beta amyloid pathology, and can be used to facilitate biological identification of Alzheimer's disease (1). p-tau217 has also been used in clinical trials to monitor patients on anti-amyloid therapy (2,3).

Test performed by Fujirebio Lumipulse chemiluminescent enzyme immunoassay (CLEIA). Values obtained with different methods cannot be used interchangeably. The validated limit of quantification is 0.06 pg/mL. Assay detection limit is 0.03 pg/mL.

"**All analytical parameters tested were within the acceptance criteria. All clinical samples tested had a result above the limit of quantification (LoQ). The LoQ was obtained based on the evaluation of low concentrated plasma pTau217 samples.** Imprecision was less than 15% CV on buffer-based as well as plasma samples. Dilutional linearity on spiked samples was within ±20%. The Lumipulse G pTau 217 Plasma prototype assay outperformed the Lumipulse *G* pTau 181 Plasma RUO assay in a ROC curve analysis of clinically typed patients and controls."[27]

"Labcorp (NYSE: LH), a global leader of innovative and comprehensive laboratory services, announced today the launch and immediate availability of its test to **identify the presence or absence of phosphorylated tau 217 (pTau217),** a pivotal blood biomarker designed to aid in the diagnosis of Alzheimer's disease and the subsequent monitoring of patients undergoing

---

[27] https://doi.org/10.1002/alz.079647

treatment with new Alzheimer's disease therapies. Labcorp's pTau217 test can be ordered by physicians and used in clinical trials and research by global biopharmaceutical partners."[28]



*Figure 2. Boxplots of measured pTau217 values on SIMOA and LUMIPULSE G + table with non-parametric t-test and median fold change* [29]

[28] https://ir.labcorp.com/static-files/66372643-59b4-4e0c-a556-30717646b1a3

[29] https://www.researchgate.net/publication/376822830_Performance_of_plasma_pTau181_and_pTau217_measured_with_fully_automated_LUMIPULSE_G_prototype_immunoassays

**CONCLUSION**

The LUMIPULSE *G* platform is a scalable, IVD-grade automated real-time-testing platform that is globally available. Two pTau plasma assays on this platform are capable of

- Measuring pTau181 and pTau217 in plasma of healthy controls
- Discriminating AD patients from their spouse controls with high accuracy (AUC > 0,8)

Sensitivity and specificity are less on prototype pTau181 and pTau217 LUMIPULSE *G* assays compared to Homebrew SIMOA assays. Additional optimizations were required to successfully optimize analytical performance (shown in Poster #82944 - P2-939)

30

**Table 1.** Plasma assays characteristics
LLOQ=lower limit of quantification; LOD=limit of detection; n.a.=not applicable

| Participating centre | Target | Analytical platform | Functional LLOQ | LOD | Sample volume for duplicate (dead volume) | Sample dilution (sample diluent) | Calibrator | Calibrator range | Capture antibody | Detector antibody | Other assay details | Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fujirebio | p-tau217 | LUMIPULSE G | 0.035 pg/mL | 0.018 pg/mL | 200 µL (100 µL) | Neat (with addition of 20% v/v Assay Specific Solution - ASS) | pTau 217 synthetic peptide | 0-10 pg/mL | RD-83 (epitope phosphorylated at T217) | BT2 (epitope 194-198) and HT7 (epitope 159-163) | Specific 2-step Lumipulse G set-up (10-10-5 min) | |

31

"Fujirebio Lumipulse G p-tau217

**pTau 217 levels in plasma and CSF were measured** at Fujirebio Europe N.V. (Gent, Belgium) using a prototype of the Lumipulse G pTau 217 Plasma RUO assay on a LUMIPULSE G instrument. The assay works according to a specific 2-step set-up where the analyte is first captured in

---

30 https://www.researchgate.net/publication/376822830_Performance_of_plasma_pTau181_and_pTau217_measured_with_fully_automated_LUMIPULSE_G_prototype_immunoassays
31 https://doi.org/10.1101/2024.08.22.24312244

presence of an assay specific solution on RD85 coated particles, **and after washing is detected with ALP labelled HT7 / BT2 conjugate.** The assay uses a synthetic peptide containing the three epitopes as the calibrator. Samples were tested in singlicate. The assay uses a sample volume of 40 µL or 100 µL for plasma and CSF, respectively. Additionally, for CSF, the calibrator range was extended to accommodate the broader concentration range."[32]=

The LabCorp Test measures the concentration of tau protein in the volume of plasma, which results in production of the bodily fluid sample containing an analytically quantified amount of endogenous tau protein, **using an analytical protein concentration measurement assay:**

"Collection: **Draw blood in lavender-top (EDTA) tube.** Invert to mix with preservatives. Centrifuge and transfer plasma to a labeled plastic transport tube and freeze."[33]

"At **Fujirebio, an assay for the measurement of plasma pTau217** was developed on the LUMIPULSE G platform to complement the commercially available plasma pTau181 RUO assay. The aim of this study was to determine the preliminary performance of the Lumipulse G pTau 217 Plasma prototype assay."[34]

"The LUMIPULSE G System is a fully automated chemiluminescent enzyme immunoassay platform **processing samples** in ready-to-use immunoreaction cartridges in about 30 minutes. The assay uses an in-house developed monoclonal antibody for capturing of pTau217. Analytical assay characteristics such as sensitivity, precision and dilutional linearity were determined. The analytical studies included a series of buffer and $K_2$EDTA **plasma samples**, each tested in several replicates. Preliminary clinical performance was explored on a small set of patient and control samples."[35]

"Clinical cutoff value was established using samples from a well-established patient cohort characterized with amyloid PET data. **A Ptau-217 value of >0.18 is a reported surrogate marker for beta amyloid pathology and can be used to facilitate biological identification of**

[32] Supplementary Appendix: The Alzheimer's Association Global Biomarker Standardization Consortium (GBSC) plasma phospho-tau Round Robin study
[33] https://www.labcorp.com/tests/484390/phosphorylated-tau-217-ptau-217-plasma
[34] https://doi.org/10.1002/alz.079647
[35] https://doi.org/10.1002/alz.079647

| | |
|---|---|
| | **Alzheimer's disease.** pTau-217 has also been used in clinical trials to monitor patients on anti-amyloid therapy."[36]<br><br>Table 1. Plasma assays characteristics<br>LLOQ=lower limit of quantification; LOD=limit of detection; n.a.=not applicable<br><br><br><br>[37] |
| **[C][i] wherein the analytically quantified concentration of endogenous tau protein contained in the bodily fluid sample is less than about 5 pg/ml,** | The LabCorp Test measures the concentration of pTau 217 protein in the volume of plasma at **less than about 5 pg/ml:**<br><br>For example, a sample Report for the LabCorp Test reports **measuring a concentration of 0.24 pg/mL and 0.08 pg/mL of pTau 217** in two patient samples:[38]<br><br>**p-tau217**<br><br> |

[36] https://www.labcorp.com/tests/484390/phosphorylated-tau-217-ptau-217-plasma

[37] https://doi.org/10.1101/2024.08.22.24312244

[38] https://files.labcorp.com/testmenu-d8/sample_reports/484390.pdf

**p-tau217**

| Test | Current Result and Flag | Previous Result and Date | Units | Reference Interval |
|------|------------------------|--------------------------|-------|--------------------|
| p-tau217[A,G] | 0.08 | | pg/mL | 0.00-0.18 |

Clinical cutoff value was established using samples from a patient cohort characterized with amyloid PET data. A p-tau217 value of >0.18 is a reported surrogate marker for beta amyloid pathology, and can be used to facilitate biological identification of Alzheimer's disease (1). p-tau217 has also been used in clinical trials to monitor patients on anti-amyloid therapy (2,3).

Test performed by Fujirebio Lumipulse chemiluminescent enzyme immunoassay (CLEIA). Values obtained with different methods cannot be used interchangeably. The validated limit of quantification is 0.06 pg/mL. Assay detection limit is 0.03 pg/mL.

"**All analytical parameters tested were within the**

**ANALYTICAL PERFORMANCE**

| | pTau181 SIMOA | pTau217 SIMOA | pTau181 LUMIPULSE G | pTau217 LUMIPULSE G |
|---|---|---|---|---|
| Sample range | 2 – 60 pg/mL | 0.02 – 1 pg/mL | 3 – 18 pg/mL | 0.05 – 2 pg/mL |
| Inter-run CV% | <20% | <10% | <10% | <10% |
| Intra-run CV% | <20% | <20% | <5% | <5% |
| LLOQ | 0.78 pg/mL | 0.012 pg/mL | 0.39 pg/mL | 0.025 pg/mL |
| Specificity | < 0.1% cross-reactivity with Tau441 | < 0.1% cross-reactivity with Tau441 | < 0.1% cross-reactivity with Tau441 | < 0.1% cross-reactivity with Tau441 |

[39]

"This preliminary performance evaluation of the Lumipulse *G* pTau 217 Plasma prototype assay indicated good results **in terms of high sensitivity**, low variability, dilutional linearity and clinical capability. More studies on well-characterised and diverse cohorts are needed to confirm the assay's clinical performance."[40]

| [C][ii] and a limit of quantification of the analytical protein concentration measurement assay used in step (C) for quantifying the concentration | The LabCorp Test has **a limit of quantification of the concentration of tau protein in volumes of plasma that is less than 0.2 pg/ml:**<br><br>"This test is performed by Fujirebio Lumipulse chemiluminescent enzyme immunoassay (CLEIA). Values obtained with different methods cannot be used interchangeably. **The validated limit of quantification is 0.06 pg/mL. Assay detection limit is 0.03 pg/mL.**"[41] |
|---|---|

[39] https://www.researchgate.net/publication/376822830_Performance_of_plasma_pTau181_and_pTau217_measured_with_fully_automated_LUMIPULSE_G_prototype_immunoassays
[40] https://doi.org/10.1002/alz.079647
[41] https://www.labcorp.com/tests/484390/phosphorylated-tau-217-ptau-217-plasma

of tau protein **is less than about 0.2 pg/mL.**

**ANALYTICAL PERFORMANCE**

| | pTau181 SIMOA | pTau217 SIMOA | pTau181 LUMIPULSE *G* | pTau217 LUMIPULSE *G* |
|---|---|---|---|---|
| Sample range | 2 – 60 pg/mL | 0.02 – 1 pg/mL | 3 – 18 pg/mL | 0.05 – 2 pg/mL |
| Inter-run CV% | <20% | <10% | <10% | <10% |
| Intra-run CV% | <20% | <20% | <5% | <5% |
| LLOQ | 0.78 pg/mL | 0.012 pg/mL | 0.39 pg/mL | 0.025 pg/mL |
| Specificity | < 0.1% cross-reactivity with Tau441 | < 0.1% cross-reactivity with Tau441 | < 0.1% cross-reactivity with Tau441 | < 0.1% cross-reactivity with Tau441 |

[42]

**Table 1.** Plasma assays characteristics
LLOQ=lower limit of quantification; LOD=limit of detection; n.a.=not applicable

| Participating centre | Target | Analytical platform | Functional LLOQ | LOD | Sample volume for duplicate (dead volume) | Sample dilution (sample diluent) | Calibrator | Calibrator range | Capture antibody | Detector antibody | Other assay details | Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fujirebio | p-tau217 | LUMIPULSE G | 0.035 pg/mL | 0.018 pg/mL | 200 μL (100 μL) | Neat (with addition of 20% v/v Assay Specific Solution - ASS) | pTau 217 synthetic peptide | 0-10 pg/mL | RD-85 (epitope phosphorylated at T217) | BT2 (epitope 194-198) and HT7 (epitope 159-163) | Specific 2-step Lumipulse G set-up (10-10-5 min) | |

[43]

[42] https://www.researchgate.net/publication/376822830_Performance_of_plasma_pTau181_and_pTau217_measured_with_fully_automated_LUMIPULSE_G_prototype_immunoassays
[43] https://doi.org/10.1101/2024.08.22.24312244

| U.S. Pat. No. 11,275,092, Claim 12 | Evidence |
|---|---|
| 12. The method of claim 1, wherein the analytical protein concentration measurement assay used in step (C) comprises: | *See* Claim 1 above. |
| i. **suspending a plurality of capture objects that each include a binding surface having affinity for tau protein molecules in the diluted volume of bodily fluid,** | The LabCorp Test involves **suspending a plurality of capture objects that each include a binding surface having affinity for tau protein molecules in the diluted volume of bodily fluid:**<br><br>For example, suspended, antibody-coated capture objects are shown in the figure below depicting the G1200 Analyzer system's method steps.<br><br><br><br>**METHOD**<br>[Example: Two-step method]<br><br>Fe⟨ **Antibody coated Ferrite Beads**   🟢 **Antigen**   ⟩-E **ALP Conjugate**<br><br>**Reaction time is 30 minutes for all assays.**<br><br>Sample · Primary immunoreaction 10 min. · B/F separation Magnet · ALP Conjugate · Secondary immunoreaction 10 min. · B/F separation Magnet · Luminescent substrate AMPPD · Enzyme reaction 5 min. · Luminescence measured<br><br>**Four measurement methods: one-step, two-step, dilution two-step and specific two-step**   44 |

44 https://www.fujirebio.com/sites/default/files/2024-06/lumipulse_g1200_brochure.pdf

Still images from a Fujirebio video titled, *LUMIPULSE® G1200 - a chemiluminescent enzyme immunoassay (CLEIA) analyzer from Fujirebio* ("G1200 Video") also show that tests on this system involve suspending a plurality of capture objects in a sample:[45]



The following figure provides a zoomed in image of the figure above, showing the suspended capture objects having a binding surface.

---

[45] https://www.youtube.com/watch?v=4xYz1FK7anE



In the case of the LabCorp Test, the suspended capture objects are RD-85 coated particles, which include a binding surface having affinity for tau protein molecules:[46]

Table 1. Plasma assays characteristics
LLOQ=lower limit of quantification; LOD=limit of detection; n.a.=not applicable

| Participating centre | Target | Analytical platform | Functional LLOQ | LOD | Sample volume for duplicate (feed volume) | Sample dilution (sample diluent) | Calibrator | Calibrator range | Capture antibody | Detector antibody | Other assay details / Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fujirebio | p-tau217 | LUMIPULSE G | 0·035 pg/mL | 0·018 pg/mL | 200 µL (100 µL) | Neat (with addition of 20% v/v Assay Specific Solution - ASS) | pTau 217 synthetic peptide | 0-10 pg/mL | RD-85 (epitope phosphorylated at T217) | BT2 (epitope 194-198) and HT7 (epitope 159-163) | Specific 2-step Lumipulse G set-up (10-10-5 min) |

"Fujirebio Lumipulse G p-tau217
pTau 217 levels in plasma and CSF were measured at Fujirebio Europe N.V. (Gent, Belgium) using a prototype of the Lumipulse G pTau 217 Plasma RUO assay on a LUMIPULSE G instrument. **The

46 https://doi.org/10.1101/2024.08.22.24312244 at Table 1.

| | |
|---|---|
| | **assay works according to a specific 2-step set-up where the analyte is first captured in presence of an assay specific solution on RD85 coated particles**, and after washing is detected with ALP labelled HT7 / BT2 conjugate. The assay uses a synthetic peptide containing the three epitopes as the calibrator. Samples were tested in singlicate. The assay uses a sample volume of 40 μL or 100 μL for plasma and CSF, respectively. Additionally, for CSF, the calibrator range was extended to accommodate the broader concentration range."[47] |
| ii. **immobilizing at least a portion of the tau protein molecules with respect to at least some of the plurality of capture objects suspended in the diluted volume of bodily fluid such that at least some of the capture objects associate with at least one tau protein molecule** from the volume of bodily fluid, | The LabCorp Test involves **immobilizing at least a portion of the tau protein molecules with respect to at least some of the plurality of capture objects suspended in the diluted volume of bodily fluid, such that such that at least some of the capture objects associate with at least one tau protein molecule:**<br><br>As seen in the image of the G1200 Video below, target molecules depicted as diamonds (in the case of the LabCorp Test, the pTau 217 protein molecules are depicted as diamonds) are bound to and thus immobilized by the capture beads that are suspended in the diluted volume of bodily fluid, such that at least some of the capture objects associate with at least one tau protein molecule from the volume of bodily fluid: |

[47] Supplementary Appendix: The Alzheimer's Association Global Biomarker Standardization Consortium (GBSC) plasma phospho-tau Round Robin study



LUMIPULSE® G1200 - a chemiluminescent enzyme immunoassay (CLEIA) analyzer from Fujirebio

**Table 1.** Plasma assays characteristics
LLOQ=lower limit of quantification; LOD=limit of detection; n.a.=not applicable

| Participating centre | Target | Analytical platform | Functional LLOQ | LOD | Sample volume for duplicate (dead volume) | Sample dilution (sample diluent) | Calibrator | Calibration range | Capture antibody | Detector antibody | Other assay details / Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fujirebio | p-tau217 | LUMIPULSE G | 0.035 pg/mL | 0.018 pg/mL | 200 µL (100 µL) | Neat (with addition of 20% w/v Assay Specific Solution - ASS) | pTau 217 synthetic peptide | 0-10 pg/mL | RD-85 (epitope phosphorylated at T217) | BT2 (epitope 194-198) and HT7 (epitope 159-163) | Specific 2-step Lumipulse G set-up (10-10-5 min) |

"Fujirebio Lumipulse G p-tau217

48

48 https://doi.org/10.1101/2024.08.22.24312244

pTau 217 levels in plasma and CSF were measured at Fujirebio Europe N.V. (Gent, Belgium) using a prototype of the Lumipulse G pTau 217 Plasma RUO assay on a LUMIPULSE G instrument. **The assay works according to a specific 2-step set-up where the analyte is first captured in presence of an assay specific solution on RD85 coated particles**, and after washing is detected with ALP labelled HT7 / BT2 conjugate. The assay uses a synthetic peptide containing the three epitopes as the calibrator. Samples were tested in singlicate. The assay uses a sample volume of 40 μL or 100 μL for plasma and CSF, respectively. Additionally, for CSF, the calibrator range was extended to accommodate the broader concentration range."[49]



LUMIPULSE® G1200 - a chemiluminescent enzyme immunoassay (CLEIA)
Fujirebio

---

[49] Supplementary Appendix: The Alzheimer's Association Global Biomarker Standardization Consortium (GBSC) plasma phospho-tau Round Robin study

| | |
|---|---|
| iii. **interrogating at least some of the capture objects associated with at least one tau molecule from the volume of bodily of fluid**; and | The LabCorp **interrogates at least some of the capture objects associated with one or more tau molecules from the volume of bodily fluid** by (1) isolating the capture beads bound to the target molecules (e.g., pTau 217); (2) mixing them with an ALP conjugated antibody which binds to the target molecules, which are immobilized on the capture objects; (3) adding a substrate that results in an enzymatic reaction producing chemiluminescence; and (4) measuring the luminescence, as shown in the following images from the G1200 Video:  |



LUMIPULSE® G1200 - a chemiluminescent enzyme immunoassay (CLEIA) analyzer from Fujirebio



LUMIPULSE® G1200 - a chemiluminescent enzyme immunoassay (CLEIA) analyzer from Fujirebio



**Table 1.** Plasma assays characteristics
LLOQ=lower limit of quantification; LOD=limit of detection; n.a.=not applicable

| Participating centre | Target | Analytical platform | Functional LLOQ | LOD | Sample volume for duplicate (dead volume) | Sample dilution (sample diluent) | Calibrator | Calibrator range | Capture antibody | Detector antibody | Other assay details | Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fujirebio | p-tau217 | LUMIPULSE G | 0.035 pg/mL | 0.018 pg/mL | 200 µL (100 µL) | Neat (with addition of 20* x v/v Assay Specific Solution - ASS) | pTau 217 synthetic peptide | 0-10 pg/mL | RD-85 (epitope phosphorylated at T217) | BT2 (epitope 194-198) and HT7 (epitope 159-163) | specific 2-step Lumipulse G set-up (0-10-5 min) | 50 |

"Fujirebio Lumipulse G p-tau217
pTau 217 levels in plasma and CSF were measured at Fujirebio Europe N.V. (Gent, Belgium) using a prototype of the Lumipulse G pTau 217 Plasma RUO assay on a LUMIPULSE G instrument. The assay works according to a specific 2-step set-up where the analyte is first captured in presence of an assay specific solution on RD85 coated particles, **and after washing is detected with ALP labelled HT7 / BT2 conjugate.** The assay uses a synthetic peptide containing the three epitopes as the calibrator. Samples were tested in singlicate.  The assay uses a sample volume of 40 µL or 100 µL for plasma and CSF, respectively. Additionally, for CSF, the calibrator range was extended to accommodate the broader concentration range."[51]

| iv. **determining a measure of tau protein molecule concentration in the volume of bodily fluid based at least in part on the interrogating step performed in step iii**. | The LabCorp Test **determines a measure of tau protein molecule concentration in the volume of bodily fluid based at least in part on the interrogating step performed in step iii,** by measuring the luminescence of the enzymatic reaction resulting from the product of step iii—capture-bead-bound pTau 217 molecules conjugated with ALP—combined with an added substrate, as shown in the following images from the G1200 Video: |

[50] https://doi.org/10.1101/2024.08.22.24312244
[51] Supplementary Appendix: The Alzheimer's Association Global Biomarker Standardization Consortium (GBSC) plasma phospho-tau Round Robin study



LabCorp then **determines a measure of tau protein molecule concentration in the volume of bodily fluid based on the measured luminescence:**

"This test is used to aid in the **biological identification of Alzheimer's disease by measuring phosphorylated tau 217,** which has been shown in the literature to be a surrogate of amyloid pathology. Additionally, pTau-217 can be used for monitoring patients on newly approved anti-amyloid therapy."[52]

"Clinical cutoff value was established using samples from a well-established patient cohort characterized with amyloid PET data. **A pTau-217 value of >0.18 is a reported surrogate marker for beta amyloid pathology and can be used to facilitate biological identification of Alzheimer's disease.** pTau-217 has also been used in clinical trials to monitor patients on anti-amyloid therapy."[53]

"At **Fujirebio, an assay for the measurement of plasma pTau217** was developed on the LUMIPULSE G platform to complement the commercially available plasma pTau181 RUO assay. The aim of this study was to determine the preliminary performance of the Lumipulse G pTau 217 Plasma prototype assay."[54]

For example, a sample Report for the LabCorp Test reports **measuring a concentration of 0.24 pg/mL and 0.08 pg/mL of pTau 217** in two patient samples.[55]

[52] https://www.labcorp.com/tests/484390/phosphorylated-tau-217-ptau-217-plasma
[53] https://www.labcorp.com/tests/484390/phosphorylated-tau-217-ptau-217-plasma
[54] https://doi.org/10.1002/alz.079647
[55] https://files.labcorp.com/testmenu-d8/sample_reports/484390.pdf

**p-tau217**

| Test | Current Result and Flag | | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|---|
| ⚠ **p-tau217**[A, G] | **0.24** | **High** | | pg/mL | 0.00-0.18 |

Clinical cutoff value was established using samples from a patient cohort characterized with amyloid PET data. A p-tau217 value of >0.18 is a reported surrogate marker for beta amyloid pathology, and can be used to facilitate biological identification of Alzheimer's disease (1). p-tau217 has also been used in clinical trials to monitor patients on anti-amyloid therapy (2,3).

Test performed by Fujirebio Lumipulse chemiluminescent enzyme immunoassay (CLEIA). Values obtained with different methods cannot be used interchangeably. The validated limit of quantification is 0.06 pg/mL. Assay detection limit is 0.03 pg/mL.

**p-tau217**

| Test | Current Result and Flag | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|
| p-tau217[A, G] | 0.08 | | pg/mL | 0.00-0.18 |

Clinical cutoff value was established using samples from a patient cohort characterized with amyloid PET data. A p-tau217 value of >0.18 is a reported surrogate marker for beta amyloid pathology, and can be used to facilitate biological identification of Alzheimer's disease (1). p-tau217 has also been used in clinical trials to monitor patients on anti-amyloid therapy (2,3).

Test performed by Fujirebio Lumipulse chemiluminescent enzyme immunoassay (CLEIA). Values obtained with different methods cannot be used interchangeably. The validated limit of quantification is 0.06 pg/mL. Assay detection limit is 0.03 pg/mL.

"Fujirebio Lumipulse G p-tau217, a fully-automated chemiluminescent method, and the Lilly MSD p-tau217, . . ."[56]

"Fujirebio Lumipulse G p-tau217
pTau 217 levels in plasma and CSF were measured at Fujirebio Europe N.V. (Gent, Belgium) using a prototype of the Lumipulse G pTau 217 Plasma RUO assay on a LUMIPULSE G instrument. The assay works according to a specific 2-step set-up where the analyte is first captured in presence of an assay specific solution on RD85 coated particles, and after washing is detected with ALP labelled HT7 / BT2 conjugate. The assay uses a synthetic peptide containing the three epitopes as the calibrator. Samples were tested in singlicate. The assay uses a sample volume

[56] https://doi.org/10.1101/2024.08.22.24312244

of 40 μL or 100 μL for plasma and CSF, respectively. Additionally, for CSF, the calibrator range was extended to accommodate the broader concentration range."[57]



Figure 2. Boxplots of measured pTau217 values on SIMOA and LUMIPULSE G + table with non-parametric t-test and median fold change

[57] Supplementary Appendix: The Alzheimer's Association Global Biomarker Standardization Consortium (GBSC) plasma phospho-tau Round Robin study

# EXHIBIT C



NIH Public Access
**Author Manuscript**
*Exp Gerontol.* Author manuscript; available in PMC 2011 January 1.

Published in final edited form as:
*Exp Gerontol.* 2010 January ; 45(1): 30. doi:10.1016/j.exger.2009.10.010.

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

# Total and Phosphorylated Tau Protein as Biological Markers of Alzheimer's Disease

**Harald Hampel**[*,1,2,3], **Kaj Blennow**[4], **Leslie M. Shaw**[5], **Yvonne C. Hoessler**[2], **Henrik Zetterberg**[4], and **John Q. Trojanowski**[5]

[1]Discipline of Psychiatry, School of Medicine & Trinity College Institute of Neuroscience (TCIN), Laboratory of Neuroimaging & Biomarker Research, Trinity College, University of Dublin, The Adelaide and Meath Hospital Incorporating The National Children's Hospital (AMiNCH), Tallaght, Dublin, Ireland [2]Alzheimer Memorial Center, Department of Psychiatry, Ludwig-Maximilian University, Munich, Germany [3]Department of Psychiatry, University of Frankfurt, Frankfurt/Main, Germany [4]Institute of Neuroscience and Physiology, Department of Psychiatry and Neurochemistry, The Sahlgrenska Academy at University of Gothenburg, Mölndal, Sweden [5]Center for Neurodegenerative Disease Research, Department of Pathology and Laboratory Medicine, Institute on Aging, the University of Pennsylvania, Philadelphia, Pennsylvania 19104, USA

## Abstract

Advances in our understanding of tau-mediated neurodegeneration in Alzheimer's disease (AD) are moving this disease pathway to center stage for the development of biomarkers and disease modifying drug discovery efforts. Immunoassays were developed detecting total (ttau) and tau phosphorylated at specific epitopes *(p-tauX)* in cerebrospinal fluid (CSF), methods to analyse tau in blood are at the experimental beginning. Clinical research consistently demonstrated CSF t- and p-tau increased in AD compared to controls. Measuring these tau species proved informative for classifying AD from relevant differential diagnoses. Tau phosphorylated at threonine 231 *(p-tau231)* differentiated between AD and frontotemporal dementia, tau phosphorylated at serine 181 *(p-tau181)* enhanced classification between AD and dementia with Lewy bodies. T- and p-tau are considered "core" AD biomarkers that have been successfully validated by controlled large-scale multi-center studies. Tau biomarkers are implemented in clinical trials to reflect biological activity, mechanisms of action of compounds, support enrichment of target populations, provide endpoints for proof-of-concept and confirmatory trials on disease modification. World-wide quality control initiatives are underway to set required methodological and protocol standards. Discussions with regulatory authorities gain momentum defining the role of tau biomarkers for trial designs and how they may be further qualified for surrogate marker status.

© 2009 Elsevier Inc. All rights reserved

**\*Corresponding author:** Harald Hampel, M.A., M.D., M.Sc. Discipline of Psychiatry School of Medicine & Trinity College Institute of Neuroscience (TCIN) Trinity College, University of Dublin Trinity Center for Health Sciences The Adelaide and Meath Hospital Incorporating The National Children's Hospital (AMiNCH, Tallaght, Dublin 24, Ireland harald.hampel@med.uni-muenchen.de; harald.hampel@tcd.ie Phone (admin): +353 1-896-3706 Fax (admin): +353-1-896-1313.

**Publisher's Disclaimer:** This is a PDF file of an unedited manuscript that has been accepted for publication. As a service to our customers we are providing this early version of the manuscript. The manuscript will undergo copyediting, typesetting, and review of the resulting proof before it is published in its final citable form. Please note that during the production process errors may be discovered which could affect the content, and all legal disclaimers that apply to the journal pertain.

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

**Keywords**

Alzheimer's disease; MCI; neurodegeneration; biomarker; prediction; diagnosis; blood; CSF; tau; p-tau

---

## Background

The "Biomarker Working Group of the National Institute on Aging" (Frank et al., 2003) made first critical suggestions regarding implementation of Alzheimer's disease (AD) biomarker candidates for clinical trials and recommended a specified panel of "core", feasible biomarker candidates for validation within the worldwide Alzheimer's Disease Neuroimaging Initiative (ADNI). Therefore, in this review and update on tau-related biomarkers we focus on established, pre-selected and validated (by international consensus processes) "core feasible" biomarkers, which have been evaluated in several studies by independent international research groups (with the greatest available level of evidence), and give a practical guide to their implementation in clinical routine and their potential role in clinical trials. Biomarkers may have a key role in AD trials in the baseline evaluation of patients eligible for the trial and as diagnostic markers to enrich the patient sample with pure AD cases (Blennow and Hampel, 2003; Carrillo et al., 2009; Hampel et al., 2008). First international multi-center reliability studies using core, feasible biomarker candidates from *cerebrospinal fluid (CSF)* have been successfully concluded (Buerger et al., 2009; Shaw et al., 2009). Among other current uses of tau-related core feasible biomarkers in such trials is for patient stratification and enrichment (Hampel and Broich, 2009).

AD is a progressive neurodegenerative disorder that causes dementia in approximately 10% of individuals older than 65 years (Blennow et al., 2006). One of its typical brain lesions is neurofibrillary tangles (NFTs) that consist of hyperphosphorylated forms of the microtubule associated protein tau that is assembled into paired helical filaments or PHFs (Grundke-Iqbal et al., 1986; Kosik et al., 1986; Lee et al., 1991; Nukina and Ihara, 1986; Wood et al., 1986). Tau expression is high in non-myelinated cortical axons, especially in the regions of the brain that are involved in memory consolidation such as the limbic cortex including the hippocampus (Trojanowski et al., 1989). Hyperphosphorylation of tau causes the protein to detach from the microtubules, thereby destabilizing microtubules and compromising axonal transport (Bramblett et al., 1993; Ishihara et al., 1999). While tau phosphorylation promotes axonal and synaptic plasticity in the developing brain (Lovestone and Reynolds, 1997), it is pathological in the adult brain and specifically related to a group of disorders referred to as tauopathies, which includes AD and some forms of frontotemporal dementia (FTD) (Ballatore et al., 2007).

Tau proteins may be considered promising candidate biomarkers for Alzheimer-type axonal degeneration and NFT formation. However, molecular characterization of (CSF) tau presents an analytical challenge for several reasons. One is the high heterogeneity of the protein: in the adult human brain there are six different tau isoforms produced from a single gene by alternative mRNA splicing (Figure 1). This heterogeneity is compounded by extensive post-translational modifications, including phosphorylation, glycosylation and oxidation of the protein (Hernandez and Avila, 2007). Of a potential 79 serine and threonine phosphorylation sites in the longest isoform, 39 different sites have been verified (Hanger et al., 2007). It is not clear if tau phosphorylation plays a *critical* role in regulating the propensity of the protein to aggregate, nor is it known if the hyperphosphorylation of tau (triggered by increased rate of phosphorylation and/or decreased rate of dephosphorylation) and tangle formation are a cause or a consequence of AD (Ballatore et al., 2007). However, most studies, both in animal models (Gotz et al., 2001;Lewis et al., 2001) and those in longitudinally followed elderly humans

NIH-PA Author Manuscript

(Gustafson et al., 2007;Stomrud et al., 2007), suggest that tau pathology may be downstream of the amyloidogenic cascade in AD, but it is clear that tau pathology alone causes neurodegeneration as exemplified by familial and sporadic tauopathies (Ballatore et al., 2007).

Another technical challenge is the low concentration of tau in CSF, ranging from approximately 300 ng/L in healthy individuals to 900 ng/L in AD patients (Blennow and Hampel, 2003). Considering that this quantity is distributed over many different modified forms and six splice variants, the amount available for analysis of each molecular species falls close to the detection limit of most assays. Nevertheless, tau was recently immunoprecipitated from human CSF and characterized by mass spectrometry (Portelius et al., 2008), showing that CSF tau indeed is amenable to detailed molecular characterization. Pilot data using immunoprecipitation and western blot recently revealed a tau isoform pattern specific to progressive supranuclear palsy (Borroni et al., 2009; Borroni et al., 2008), suggesting that certain tau isoforms may reflect disease-specific neurodegenerative processes. These studies, however, warrant replication.

## CSF *t-tau* and *p-tau* assays – method development and diagnostic performance

Enzyme-linked immunosorbent assay (ELISA) has been used extensively to determine CSF tau concentrations in clinical samples. Initial studies utilized antibodies insensitive to the modification status of the protein, thereby measuring the total tau *(t-tau)* protein concentration (Figure 1). The first study in which *t-tau* could be successfully analyzed in CSF was published in 1995 and showed that the *t-tau* concentration was significantly elevated in AD patients compared with controls as well as in patients with other neurodegenerative disorders (Arai et al., 1995;Blennow et al., 1995). Of the more than 50 studies conducted on AD patients and controls to date, almost all have shown an increase in *t-tau* in AD patients by approximately 300% with a sensitivity and specificity of 80–90% (Blennow and Hampel, 2003;Blennow and Zetterberg, 2009;Hampel et al., 2008;Shaw et al., 2009) (Table 1).

As described by Buerger et al. (Buerger nee Buch et al., 1999) t-tau has a statistically significantly greater discriminative power in the young (<70y/o), compared to the old-old (>70y/o) study population of healthy age-matched control subjects, AD cases and comparisons with major-depression. Therefore, the effect of age on t-tau concentrations and proposed age-related cut-offs (Buerger nee Buch et al., 1999) should be taken into account, particularly in studies investigating t-tau as a single diagnostic marker, however, this does not seem to contribute additional diagnostic value in current multi-center validation trials using the combined set of the three core feasible CSF biomarkers.

When comparing the CSF *t-tau* concentration of AD patients with that of other neurodegenerative diseases, such as FTD or vascular dementia (VaD), the specificity drops to approximately 50–60%, rendering *t-tau* of limited use as a diagnostic marker for distinguishing AD from other dementing illnesses (Blennow and Hampel, 2003; Shaw et al., 2007). In fact, *t-tau* seems to be a general marker of damage to cortical axons, a view substantiated by results from studies of stroke, brain trauma and Creutzfeldt-Jakob disease (Blennow et al., 2005; Hesse et al., 2001; Ost et al., 2006; Otto et al., 2002; Riemenschneider et al., 2003; Zetterberg et al., 2006).

By using antibodies recognizing specific phosphorylated motifs in the tau amino acid sequence *(p-tau)*, some *p-tau* isoforms (mainly *p-tau181, −199 and −231*) were found that appeared to be more characteristic to AD. *P-tau231* and *p-tau181* can be used to distinguish AD from control groups and even from FTD, *dementia with Lewy bodies (DLB)*, VaD and major depression (Bian et al., 2008; Buerger et al., 2003; Grossman et al., 2005; Hampel et al.,

2004a; Hampel and Teipel, 2004; Vanmechelen et al., 2000). For review of t- and p-tau as biomarkers for FTD see Hampel and Teipel (2004). While other *p-tau* species also have been measured such as *p-tau199*, *p-tau199+202*, as well as *p-tau396+404*, most studies have focused on *p-tau231* and *p-tau181* (for review see Blennow and Hampel, 2003).

CSF *p-tau* levels correlate with cognitive decline in patients with mild cognitive impairment (MCI) (Buerger et al., 2002a) and with neocortical NFT-pathology in AD (Buerger et al., 2006). Furthermore, both *t-tau* and *p-tau* predict rate of cognitive decline in different stages of AD (Blom et al., 2009; Buerger et al., 2005; Samgard et al., 2009) and concentration of *p-tau231* declined longitudinally from mild to moderate AD (Hampel et al., 2001) and correlated significantly at baseline with rate of hippocampal atrophy in mild to moderate AD, acting as an indicator of structural disease progression (Hampel et al., 2005). In a recent European multi-center-study CSF *p-tau* reliably predicted AD in subjects with MCI with high accuracy (80%) as a single biomarker in a relatively short but clinically relevant observation interval of 1.5 years (Ewers et al., 2007). Finally, numerous studies have shown that a combination of the three core feasible biomarker candidates *t-tau*, p-tau and the 42 amino acid form of *amyloid beta* (Aβ42) can be used with optimized accuracy to detect incipient AD in subjects with MCI with positive and negative predictive values of >80% (Hansson et al., 2006; Herukka et al., 2005; Mattsson et al., 2009; Zetterberg et al., 2003) (Table 2), and addition of *Apolipoprotein E (APOE)* gentotype adds further to these measures as shown in a recent study from ADNI (Shaw et al., 2009). *These results imply that CSF t-tau and p-tau* are useful both as diagnostic markers for AD and as markers of disease intensity. Using the monoclonal antibodies (MAbs) AT180 and AT270 which recognize *p-tau181+231*, respectively, on human tau (Goedert et al., 1994), *an* ELISA method was developed to measure *p-tau181+231* (Blennow et al., 1995). A marked increase was found in AD compared with controls and patients with other neurodegenerative disorders (Blennow et al., 1995).

As reviewed in Brunden et al. (Brunden et al., 2009), tau is normally phosphorylated at multiple serine and threonine residues, and tau hyperphosphorylation reduces microtubule binding and may enhance aggregation. Therefore, it is possible that changes in protein kinases and/or phosphatases could enhance tau phosphorylation. A number of kinases and phosphatases have been implicated as contributing to tau hyperphosphorylation including the kinases glycogen synthase kinase 3 (GSK-3), cyclin-dependent kinase 5 (CDK-5) and microtubule-affinity regulating kinase (MARK) while protein phosphatase 2A (PP-2A) appears to be the most plausible phosphatase involved in this abnormal posttranslational modification of tau (Matsuo et al., 1994). However, additional post-translational modifications may also contribute to tau pathology and dysfunction. For example, tau undergoes a specific type of serine/threonine O-glycosylation and these modifications can reduce the extent of tau phosphorylation. Thus, a decrease in tau O-glycosylation could result in increased hyperphosphorylation. Tau can also be tyrosine phosphorylated, sumoylated and nitrated, but it is not fully understood what effects these modifications have on tau.

## T-tau and p-tau protein in clinical trials

The implementation of biochemical markers in trials on potential disease modifying compounds is still in its infancy. Phosphorylation of tau is currently hypothesized to be a downstream product of Aβ toxicity, and an increase in *t-* and/or *p-tau* levels in CSF is thought to reflect neuronal cell death with release of tau-related proteins into the extracellular CSF compartment. The temporal relationship between impacting Aβ production or aggregation and tau phosphorylation and neuronal cell death has not been defined, and the expected effect on tau of anti-Aβ therapies is uncertain. Tau-related therapies might inhibit new paired helical filament and tangle formation or the molecular sequence of a specific tau *hyperphosphorylation pattern in AD* without impacting existing levels of these measurable proteins in CSF. A small

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

number of patients included in the phase IIa AN1792 active vaccination trial who had lumbar punctures and tau measures evidenced a mean significant decrease in CSF *t-tau* concentrations (Gilman et al., 2005) in vaccinated AD cases versus placebo-treated controls, however, the anti-Aβ passive immunization trial AAB-001 showed no statistically significant effect on CSF tau concentrations (Grundman and Black, 2008). In a recent placebo-controlled randomized single-blinded multicenter study lithium (Hampel et al., 2009b) was tested for the treatment of AD. As the primary outcome variables in vivo CSF and plasma biomarkers were used (*t-tau*, *p-tau*, Aβ42, GSK-3). Over the observation period of 10 weeks, lithium-treated patients did not show a significant change in CSF or plasma markers or neuropsychological performance when compared to placebo treated patients at two timepoints. This disappointing clinical and biomarker outcome of this proof-of-principle trial led to the final termination of another planned large National Institutes of Health (NIH) Alzheimer's Disease Cooperative Study (ADCS) lithium trial program in the US, therefore sacrificing a potentially effective treatment approach in the light of conceptual design problems regarding the implementation and value of biomarkers as outcomes in a particular trial. In conclusion, it may have been premature to pull lithium from trial because of a lack of change in tau biomarkers since lithium targets GSK-3 which also modulates *A*β. In order to reduce interpretation caveats at late stages of phase 2 and 3 trials, biomarker candidates for the various roles and functions in trials should be best co-developed with drugs as an integrated part of the trial program and best driven through preclinical to clinical stages.

Currently, the relationship between the diminished CSF Aβ or *t- and p-tau concentrations* and clinical outcome in clinical trials is still unknown. The degree of pathological changes in the levels of CSF Aβ, *t- and p-tau* has not been credibly linked to a specific degree of improvement on clinical outcomes such as the Alzheimer's Disease Assessment Scale-cognitive subscale (ADAS-cog), the *Mini-Mental State Examination (MMSE)*, or the *Clinical Dementia Rating Scale (CDR)*. Reducing the levels of Aβ, *t- and p-tau* would indicate that a biological target has been hit. This might be sufficient in some cases to support advancing clinical trials (go-no go decision to proceed to next phase) of potentially disease modifying compounds. In pivotal trials they might play a supporting role to clinical outcomes. Although decreasing Aβ, *t- and p-tau* is the primary objective of anti-amyloid agents such as secretase inhibitors, changing CSF measures should be viewed as an intermediary goal; avoiding disease progression and irreversible neuronal death is the main objective of treatment (Table 3). The quantitative linkage between turnover, release, expression and concentration of core CSF measures and cell death is not yet established in humans, however, measures of *t- and ptau* might most likely indirectly reflect neuronal cell death. More than in trials on potential disease modifiers, future prevention trials might depend entirely on biomarker outcomes. Therefore, validating core biomarkers, such as *CSF t- and p-tau* for use in primary prevention trials is clearly another key research priority.

To date, based on accumulated evidence from the rapidly progressing international controlled multi-site biomarker validation field (Ewers et al., 2007; Hansson et al., 2006; Mattsson et al., 2009; Vemuri et al., 2009a, b; Visser et al., 2009), tau-related biomarker information can be suggested for support recruitment and inclusion criteria, regarding enhanced diagnostic accuracy between AD and age-matched controls, for predicting AD in subjects with MCI, predicting time of cognitive decline and/or conversion to AD, enrichment of target populations for proof-of-concept trials with reduced sample variance, lower sample size and trial cost, may serve as a additional safety measures, and in the continued absence of a validated surrogate marker, may substantiate the claim for disease modification as secondary outcomes in addition to the demonstration of efficacy in the required clinical co-primary outcomes cognition and function.

To this end, further multi-cite and assay quality control issues (see ongoing international QC-program supported by the Alzheimer Association) need to be solved and in close collaboration with regulators qualification and validation of *CSF* tau biomarkers is urgently required for effective use in trials (for conceptual review see Cummings, 2009; Frank et al., 2003; Hampel and Broich, 2009; Hampel et al., 2009a) (for detailed review and discussion of other studies with preliminary findings that assessed tau biomarkers in AD treatment trials where there was either a treatment effect that tested for the possible value of biomarkers as indices of (a) neurodegeneration and possible reversal see Gilman et al., 2005 or where there was a (b) specific biochemical effect see Lannfelt et al., 2008).

## Tau proteins in peripheral blood?

There are very little data on tau levels in peripheral bodily fluids so much more research is needed to confirm and extend these studies as it is not entirely clear how increased brain levels of tau in AD might be reflected in elevated levels of tau in blood. However, the continuous production of CSF requires that it exit the subarachnoid space surrounding the brain and presumably, as CSF is drained through the subarachnoid granulations into the venous circulation, products released from the brain into the CSF could be conveyed to blood when CSF enters the venous circulation. However, there might be peripheral sources of tau that could account for tau being present in the blood such as when minor peripheral nerve injuries occur that release tau from injured nerves into soft tissues so it can be absorbed by the local vasculature. Thus, while the initial reports on the detection of tau in blood are promising, further research is needed in order to exploit these findings for the development of a validated assay to measure tau in blood.

The CSF is in direct contact with the brain interstitial fluid and thus probably provides a more accurate measure than peripheral blood of tau metabolism. However, despite the low frequency of post-lumbar puncture headache (Blennow et al., 1993; Peskind et al., 2005), spinal tap is commonly regarded as an invasive and time-consuming procedure that is difficult to implement in large studies. Although certain positron emission tomography techniques seem to visualize NFTs directly in living patients (Small et al., 2006), the procedure is very expensive and has limited availability. Hence, determination of tau proteins in peripheral blood would be of great value, especially in large clinical studies. In spite of considerable efforts, however, reliable methods to determine tau protein levels in serum or plasma in patients with neurodegenerative diseases are still lacking. One pilot study reported detectable tau immune reactivity in plasma without any clear relation to dementia diagnoses (Ingelson et al., 1999). Another study reported transient increases in serum tau protein levels measured by conventional ELISA in a subset of stroke patients (Bitsch et al., 2002). These data are promising but highlights the need for improved assays with lower detection limit and higher specificity in order to make them useful in the evaluation of patients with neurodegenerative diseases, in which the release of tau proteins to the peripheral circulation most likely is much lower than in acute stroke. For comprehensive review of blood-based biomarker candidates in AD see Schneider et al., 2009; and Ewers et al., 2009.

## Conclusions

Based on the foregoing, it is clear that measures of *t-tau* and *p-tau* in CSF are informative for the diagnosis of AD and the distinction of AD from other neurodegenerative disorders including FTD, but it is equally evident that no single biomarker in CSF or neuroimaging modality will be sufficient for the early reliable diagnosis and prediction of AD. Indeed, biomarkers have a number of critical applications beyond diagnosis of the disease state including identifying those at greatest risk for AD among cognitively normal individuals and those with MCI as well as for use as indicators of disease progression and response to disease

modifying therapies. Thus, even at this advanced stage in the quest for "ideal" core AD biomarkers, the use of algorithms that combine measures of CSF *t-tau*, *p-tau*, Aβ42, the APOE genotype as well as validated and suitable neuroimaging modalities (such as MRI-based hippocampal or mediotemporal lobe indices) (Chou et al., 2009; Schuff et al., 2009; Vemuri et al., 2009a, b) appear to be the most informative for the applications discussed here. Indeed, as disease modifying therapies that target Aβ42 and tau move dynamically forward in ongoing clinical trials, it will be increasingly relevant to have at hand these and other biomarkers that will accelerate the pace of finding interventions to prevent, arrest or reverse AD (Brunden et al., 2009; Hampel et al., 2009c). For comprehensive reviews on biomarkers in AD reflecting both microvascular alternations and amyloidogenic cascade related molecular mechanisms in AD see Hampel et al. (2009c) *and* Ewers et al. (2009).

## Acknowledgments

This work was supported by a Science Foundation Ireland (SFI) investigator program award 08/IN.1/B1846 to HH, by grants from the NIH (AG-10124 and AG- 24904) to JQT and LMS, and by grants from the Swedish Research Council (2006-6227 and 2006-2740) to HZ and KB, Alzheimer's Association (NIRG-08-90356) to HZ and KB, and the Royal Swedish Academy of Sciences (FOTKAW09-039-A) to HZ.

## References

Andreasen N, Minthon L, Clarberg A, Davidsson P, Gottfries J, Vanmechelen E, Vanderstichele H, Winblad B, Blennow K. Sensitivity, specificity, and stability of CSF-tau in AD in a community-based patient sample. Neurology 1999a;53:1488–1494. [PubMed: 10534256]

Andreasen N, Minthon L, Davidsson P, Vanmechelen E, Vanderstichele H, Winblad B, Blennow K. Evaluation of CSF-tau and CSF-Abeta42 as diagnostic markers for Alzheimer disease in clinical practice. Arch Neurol 2001;58:373–379. [PubMed: 11255440]

Andreasen N, Minthon L, Vanmechelen E, Vanderstichele H, Davidsson P, Winblad B, Blennow K. Cerebrospinal fluid tau and Abeta42 as predictors of development of Alzheimer's disease in patients with mild cognitive impairment. Neurosci Lett 1999b;273:5–8. [PubMed: 10505638]

Arai H, Terajima M, Miura M, Higuchi S, Muramatsu T, Machida N, Seiki H, Takase S, Clark CM, Lee VM, et al. Tau in cerebrospinal fluid: a potential diagnostic marker in Alzheimer's disease. Annals of neurology 1995;38:649–652. [PubMed: 7574462]

Arai H, Terajima M, Miura M, Higuchi S, Muramatsu T, Matsushita S, Machida N, Nakagawa T, Lee VM, Trojanowski JQ, Sasaki H. Effect of genetic risk factors and disease progression on the cerebrospinal fluid tau levels in Alzheimer's disease. Journal of the American Geriatrics Society 1997;45:1228–1231. [PubMed: 9329486]

Ballatore C, Lee VM, Trojanowski JQ. Tau-mediated neurodegeneration in Alzheimer's disease and related disorders. Nat Rev Neurosci 2007;8:663–672. [PubMed: 17684513]

Bian H, Van Swieten JC, Leight S, Massimo L, Wood E, Forman M, Moore P, de Koning I, Clark CM, Rosso S, Trojanowski J, Lee VM, Grossman M. CSF biomarkers in frontotemporal lobar degeneration with known pathology. Neurology 2008;70:1827–1835. [PubMed: 18458217]

Bitsch A, Horn C, Kemmling Y, Seipelt M, Hellenbrand U, Stiefel M, Ciesielczyk B, Cepek L, Bahn E, Ratzka P, Prange H, Otto M. Serum tau protein level as a marker of axonal damage in acute ischemic stroke. Eur Neurol 2002;47:45–51. [PubMed: 11803192]

Blennow K, de Leon MJ, Zetterberg H. Alzheimer's disease. Lancet 2006;368:387–403. [PubMed: 16876668]

Blennow K, Hampel H. CSF markers for incipient Alzheimer's disease. Lancet Neurol 2003;2:605–613. [PubMed: 14505582]

Blennow K, Johansson A, Zetterberg H. Diagnostic value of 14-3-3beta immunoblot and T-tau/P-tau ratio in clinically suspected Creutzfeldt-Jakob disease. Int J Mol Med 2005;16:1147–1149. [PubMed: 16273298]

Blennow K, Wallin A, Agren H, Spenger C, Siegfried J, Vanmechelen E. Tau protein in cerebrospinal fluid: a biochemical marker for axonal degeneration in Alzheimer disease? Mol Chem Neuropathol 1995;26:231–245. [PubMed: 8748926]

Blennow K, Wallin A, Hager O. Low frequency of post-lumbar puncture headache in demented patients. Acta Neurol Scand 1993;88:221–223. [PubMed: 8256560]

Blennow K, Zetterberg H. Cerebrospinal Fluid Biomarkers for Alzheimer's Disease. J Alzheimers Dis. 2009

Blennow K, Zetterberg H, Minthon L, Lannfelt L, Strid S, Annas P, Basun H, Andreasen N. Longitudinal stability of CSF biomarkers in Alzheimer's disease. Neurosci Lett 2007;419:18–22. [PubMed: 17482358]

Blom ES, Giedraitis V, Zetterberg H, Fukumoto H, Blennow K, Hyman BT, Irizarry MC, Wahlund LO, Lannfelt L, Ingelsson M. Rapid progression from mild cognitive impairment to Alzheimer's disease in subjects with elevated levels of tau in cerebrospinal fluid and the APOE epsilon4/epsilon4 genotype. Dement Geriatr Cogn Disord 2009;27:458–464. [PubMed: 19420940]

Boban M, Grbic K, Mladinov M, Hof PR, Sussmair C, Ackl N, Stanic G, Bader B, Danek A, Simic G. Cerebrospinal fluid markers in differential diagnosis of Alzheimer's disease and vascular dementia. Collegium antropologicum 2008;32(Suppl 1):31–36. [PubMed: 18405055]

Borroni B, Gardoni F, Parnetti L, Magno L, Malinverno M, Saggese E, Calabresi P, Spillantini MG, Padovani A, Di Luca M. Pattern of Tau forms in CSF is altered in progressive supranuclear palsy. Neurobiol Aging 2009;30:34–40. [PubMed: 17709155]

Borroni B, Malinverno M, Gardoni F, Alberici A, Parnetti L, Premi E, Bonuccelli U, Grassi M, Perani D, Calabresi P, Di Luca M, Padovani A. Tau forms in CSF as a reliable biomarker for progressive supranuclear palsy. Neurology 2008;71:1796–1803. [PubMed: 18971445]

Bouwman FH, Schoonenboom SN, van der Flier WM, van Elk EJ, Kok A, Barkhof F, Blankenstein MA, Scheltens P. CSF biomarkers and medial temporal lobe atrophy predict dementia in mild cognitive impairment. Neurobiol Aging 2007;28:1070–1074. [PubMed: 16782233]

Bramblett GT, Goedert M, Jakes R, Merrick SE, Trojanowski JQ, Lee VM. Abnormal tau phosphorylation at Ser396 in Alzheimer's disease recapitulates development and contributes to reduced microtubule binding. Neuron 1993;10:1089–1099. [PubMed: 8318230]

Brunden KR, Trojanowski JQ, Lee VMY. Advances in tau-focused drug discovery for Alzheimer's disease and related tauopathies. Nature reviews 2009;8:783–793.

Brys M, Pirraglia E, Rich K, Rolstad S, Mosconi L, Switalski R, Glodzik-Sobanska L, De Santi S, Zinkowski R, Mehta P, Pratico D, Saint Louis LA, Wallin A, Blennow K, de Leon MJ. Prediction and longitudinal study of CSF biomarkers in mild cognitive impairment. Neurobiol Aging 2007

Buerger K, Ewers M, Andreasen N, Zinkowski R, Ishiguro K, Vanmechelen E, Teipel SJ, Graz C, Blennow K, Hampel H. Phosphorylated tau predicts rate of cognitive decline in MCI subjects: a comparative CSF study. Neurology 2005;65:1502–1503. [PubMed: 16275849]

Buerger K, Ewers M, Pirttila T, Zinkowski R, Alafuzoff I, Teipel SJ, DeBernardis J, Kerkman D, McCulloch C, Soininen H, Hampel H. CSF phosphorylated tau protein correlates with neocortical neurofibrillary pathology in Alzheimer's disease. Brain 2006;129:3035–3041. [PubMed: 17012293]

Buerger K, Frisoni G, Uspenskaya O, Ewers M, Zetterberg H, Geroldi C, Binetti G, Johannsen P, Rossini PM, Wahlund LO, Vellas B, Blennow K, Hampel H. Validation of Alzheimer's disease CSF and plasma biological markers: the multicentre reliability study of the pilot European Alzheimer's Disease Neuroimaging Initiative (EADNI). Experimental gerontology 2009;44:579–585. [PubMed: 19539742]

Buerger K, Teipel SJ, Zinkowski R, Blennow K, Arai H, Engel R, Hofmann-Kiefer K, McCulloch C, Ptok U, Heun R, Andreasen N, DeBernardis J, Kerkman D, Moeller H, Davies P, Hampel H. CSF tau protein phosphorylated at threonine 231 correlates with cognitive decline in MCI subjects. Neurology 2002a;59:627–629. [PubMed: 12196665]

Buerger K, Zinkowski R, Teipel SJ, Arai H, DeBernardis J, Kerkman D, McCulloch C, Padberg F, Faltraco F, Goernitz A, Tapiola T, Rapoport SI, Pirttila T, Moeller HJ, Hampel H. Differentiation of geriatric major depression from Alzheimer's disease with CSF tau protein phosphorylated at threonine 231. The American journal of psychiatry 2003;160:376–379. [PubMed: 12562590]

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

Buerger K, Zinkowski R, Teipel SJ, Tapiola T, Arai H, Blennow K, Andreasen N, Hofmann-Kiefer K, DeBernardis J, Kerkman D, McCulloch C, Kohnken R, Padberg F, Pirttila T, Schapiro MB, Rapoport SI, Moeller HJ, Davies P, Hampel H. Differential diagnosis of Alzheimer disease with cerebrospinal fluid levels of tau protein phosphorylated at threonine 231. Arch Neurol 2002b;59:1267–1272. [PubMed: 12164722]

Buerger nee Buch K, Padberg F, Nolde T, Teipel SJ, Stuebner S, Haslinger A, Schwarz MJ, Sunderland T, Arai H, Rapoport SI, Moeller HJ, Hampel H. Cerebrospinal fluid tau protein shows a better discrimination in young old (<70 years) than in old old patients with Alzheimer's disease compared with controls. Neurosci Lett 1999;277:21–24. [PubMed: 10643888]

Carrillo MC, Sanders CA, Katz RG. Maximizing the Alzheimer's Disease Neuroimaging Initiative II. Alzheimers Dement 2009;5:271–275. [PubMed: 19362888]

Chou YY, Lepore N, Avedissian C, Madsen SK, Parikshak N, Hua X, Shaw LM, Trojanowski JQ, Weiner MW, Toga AW, Thompson PM. Mapping correlations between ventricular expansion and CSF amyloid and tau biomarkers in 240 subjects with Alzheimer's disease, mild cognitive impairment and elderly controls. NeuroImage 2009;46:394–410. [PubMed: 19236926]

Cummings JL. Defining and labeling disease-modifying treatments for Alzheimer's disease. Alzheimers Dement 2009;5:406–418. [PubMed: 19751920]

Ewers M, Buerger K, Teipel SJ, Scheltens P, Schroeder J, Zinkowski RP, Bouwman FH, Schoenknecht P, Schoonenboom NS, Andreasen N, Wallin A, DeBernardis JF, Kerkman DJ, Heindl B, Blennow K, Hampel H. Multicenter assessment of CSF-phosphorylated tau for the prediction of conversion of MCI. Neurology 2007;69:2205–2212. [PubMed: 18071141]

Ewers M, Mielke MM, Hampel H. Blood-based Biomarkers of Microvascular Pathology in Alzheimer's disease. Experimental gerontology. 2009 in press.

Frank RA, Galasko D, Hampel H, Hardy J, de Leon MJ, Mehta PD, Rogers J, Siemers E, Trojanowski JQ. Biological markers for therapeutic trials in Alzheimer's disease. Proceedings of the biological markers working group; NIA initiative on neuroimaging in Alzheimer's disease. Neurobiol Aging 2003;24:521–536.

Gilman S, Koller M, Black RS, Jenkins L, Griffith SG, Fox NC, Eisner L, Kirby L, Rovira MB, Forette F, Orgogozo JM. Clinical effects of Abeta immunization (AN1792) in patients with AD in an interrupted trial. Neurology 2005;64:1553–1562. [PubMed: 15883316]

Goedert M, Jakes R, Crowther RA, Cohen P, Vanmechelen E, Vandermeeren M, Cras P. Epitope mapping of monoclonal antibodies to the paired helical filaments of Alzheimer's disease: identification of phosphorylation sites in tau protein. The Biochemical journal 1994;301(Pt 3):871–877. [PubMed: 7519852]

Gomez-Tortosa E, Gonzalo I, Fanjul S, Sainz MJ, Cantarero S, Cemillan C, Yebenes JG, del Ser T. Cerebrospinal fluid markers in dementia with lewy bodies compared with Alzheimer disease. Arch Neurol 2003;60:1218–1222. [PubMed: 12975286]

Gotz J, Chen F, van Dorpe J, Nitsch RM. Formation of neurofibrillary tangles in P301l tau transgenic mice induced by Abeta 42 fibrils. Science 2001;293:1491–1495. [PubMed: 11520988]

Grossman M, Farmer J, Leight S, Work M, Moore P, Van Deerlin V, Pratico D, Clark CM, Coslett HB, Chatterjee A, Gee J, Trojanowski JQ, Lee VM. Cerebrospinal fluid profile in frontotemporal dementia and Alzheimer's disease. Annals of neurology 2005;57:721–729. [PubMed: 15852395]

Grundke-Iqbal I, Iqbal K, Tung YC, Quinlan M, Wisniewski HM, Binder LI. Abnormal phosphorylation of the microtubule-associated protein tau (tau) in Alzheimer cytoskeletal pathology. Proc Natl Acad Sci U S A 1986;83:4913–4917. [PubMed: 3088567]

Grundman, M.; Black, RS. O3–04–05: Clinical trials of bapineuzumab, a beta-amyloid targeted immunotherapy in patients with mild to moderate Alzheimer's disease. Alzheimer's Association International Conference on Alzheimer's Disease; Alzheimer's & Dementia, Vienna, Austria. 2008.

Gustafson DR, Skoog I, Rosengren L, Zetterberg H, Blennow K. Cerebrospinal fluid beta-amyloid 1–42 concentration may predict cognitive decline in older women. J Neurol Neurosurg Psychiatry 2007;78:461–464. [PubMed: 17098843]

Haense C, Buerger K, Kalbe E, Drzezga A, Teipel SJ, Markiewicz P, Herholz K, Heiss WD, Hampel H. CSF total and phosphorylated tau protein, regional glucose metabolism and dementia severity in Alzheimer's disease. Eur J Neurol 2008;15:1155–1162. [PubMed: 18803648]

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

Hampel H, Broich K. Enrichment of MCI and early Alzheimer's disease treatment trials using neurochemical and imaging candidate biomarkers. The journal of nutrition, health & aging 2009;13:373–375.

Hampel H, Broich K, Hoessler Y, Pantel J. Biological markers for early detection and pharmacological treatment of Alzheimer's disease. Dialogues in clinical neuroscience 2009a;11:141–157. [PubMed: 19585950]

Hampel H, Buerger K, Kohnken R, Teipel SJ, Zinkowski R, Moeller HJ, Rapoport SI, Davies P. Tracking of Alzheimer's disease progression with cerebrospinal fluid tau protein phosphorylated at threonine 231. Annals of neurology 2001;49:545–546. [PubMed: 11310639]

Hampel H, Buerger K, Pruessner JC, Zinkowski R, DeBernardis J, Kerkman D, Leinsinger G, Evans AC, Davies P, Moeller HJ, Teipel SJ. Correlation of cerebrospinal fluid levels of tau protein phosphorylated at threonine 231 with rates of hippocampal atrophy in Alzheimer disease. Arch Neurol 2005;62:770–773. [PubMed: 15883264]

Hampel H, Buerger K, Teipel SJ, Bokde AL, Zetterberg H, Blennow K. Core candidate neurochemical and imaging biomarkers of Alzheimer's disease. Alzheimers Dement 2008;4:38–48. [PubMed: 18631949]

Hampel H, Buerger K, Zinkowski R, Teipel SJ, Goernitz A, Andreasen N, Sjoegren M, DeBernardis J, Kerkman D, Ishiguro K, Ohno H, Vanmechelen E, Vanderstichele H, McCulloch C, Moller HJ, Davies P, Blennow K. Measurement of phosphorylated tau epitopes in the differential diagnosis of Alzheimer disease: a comparative cerebrospinal fluid study. Arch Gen Psychiatry 2004a;61:95–102. [PubMed: 14706948]

Hampel H, Ewers M, Buerger K, Annas P, Mortberg A, Bogstedt A, Froelich L, Schroeder J, Schoenknecht P, Riepe MW, Kraft I, Gasser T, Leyhe T, Moeller HJ, Kurz A, Basun H. Lithium trial in Alzheimer's disease: a randomized, single-blind, placebo-controlled, multicenter 10-week study. The Journal of clinical psychiatry 2009b;70:922–931. [PubMed: 19573486]

Hampel H, Shen Y, Walsh DM, Aisen P, Shaw LM, Zetterberg H, Trojanowski JQ, Blennow K. Biological markers of amyloid beta-related mechanisms in Alzheimer's disease. Experimental gerontology. 2009c in press.

Hampel H, Teipel SJ. Total and phosphorylated tau proteins: evaluation as core biomarker candidates in frontotemporal dementia. Dement Geriatr Cogn Disord 2004;17:350–354. [PubMed: 15178952]

Hampel H, Teipel SJ, Fuchsberger T, Andreasen N, Wiltfang J, Otto M, Shen Y, Dodel R, Du Y, Farlow M, Moller HJ, Blennow K, Buerger K. Value of CSF beta-amyloid1–42 and tau as predictors of Alzheimer's disease in patients with mild cognitive impairment. Mol Psychiatry 2004b;9:705–710. [PubMed: 14699432]

Hanger DP, Byers HL, Wray S, Leung KY, Saxton MJ, Seereeram A, Reynolds CH, Ward MA, Anderton BH. Novel phosphorylation sites in tau from Alzheimer brain support a role for casein kinase 1 in disease pathogenesis. J Biol Chem 2007;282:23645–23654. [PubMed: 17562708]

Hansson O, Zetterberg H, Buchhave P, Andreasson U, Londos E, Minthon L, Blennow K. Prediction of Alzheimer's disease using the CSF Abeta42/Abeta40 ratio in patients with mild cognitive impairment. Dement Geriatr Cogn Disord 2007;23:316–320. [PubMed: 17374949]

Hansson O, Zetterberg H, Buchhave P, Londos E, Blennow K, Minthon L. Association between CSF biomarkers and incipient Alzheimer's disease in patients with mild cognitive impairment: a follow-up study. Lancet Neurol 2006;5:228–234. [PubMed: 16488378]

Hernandez F, Avila J. Tauopathies. Cell Mol Life Sci 2007;64:2219–2233. [PubMed: 17604998]

Herukka SK, Hallikainen M, Soininen H, Pirttila T. CSF Abeta42 and tau or phosphorylated tau and prediction of progressive mild cognitive impairment. Neurology 2005;64:1294–1297. [PubMed: 15824371]

Herukka SK, Helisalmi S, Hallikainen M, Tervo S, Soininen H, Pirttila T. CSF Abeta42, Tau and phosphorylated Tau, APOE epsilon4 allele and MCI type in progressive MCI. Neurobiol Aging 2007;28:507–514. [PubMed: 16546302]

Hesse C, Rosengren L, Andreasen N, Davidsson P, Vanderstichele H, Vanmechelen E, Blennow K. Transient increase in total tau but not phospho-tau in human cerebrospinal fluid after acute stroke. Neurosci Lett 2001;297:187–190. [PubMed: 11137759]

Hulstaert F, Blennow K, Ivanoiu A, Schoonderwaldt HC, Riemenschneider M, De Deyn PP, Bancher C, Cras P, Wiltfang J, Mehta PD, Iqbal K, Pottel H, Vanmechelen E, Vanderstichele H. Improved discrimination of AD patients using beta-amyloid(1–42) and tau levels in CSF. Neurology 1999;52:1555–1562. [PubMed: 10331678]

Ibach B, Binder H, Dragon M, Poljansky S, Haen E, Schmitz E, Koch H, Putzhammer A, Kluenemann H, Wieland W, Hajak G. Cerebrospinal fluid tau and beta-amyloid in Alzheimer patients, disease controls and an age-matched random sample. Neurobiol Aging 2006;27:1202–1211. [PubMed: 16085339]

Ingelson M, Blomberg M, Benedikz E, Wahlund LO, Karlsson E, Vanmechelen E, Lannfelt L. Tau immunoreactivity detected in human plasma, but no obvious increase in dementia. Dement Geriatr Cogn Disord 1999;10:442–445. [PubMed: 10559557]

Ishihara T, Hong M, Zhang B, Nakagawa Y, Lee MK, Trojanowski JQ, Lee VM. Age-dependent emergence and progression of a tauopathy in transgenic mice overexpressing the shortest human tau isoform. Neuron 1999;24:751–762. [PubMed: 10595524]

Itoh N, Arai H, Urakami K, Ishiguro K, Ohno H, Hampel H, Buerger K, Wiltfang J, Otto M, Kretzschmar H, Moeller HJ, Imagawa M, Kohno H, Nakashima K, Kuzuhara S, Sasaki H, Imahori K. Large-scale, multicenter study of cerebrospinal fluid tau protein phosphorylated at serine 199 for the antemortem diagnosis of Alzheimer's disease. Annals of neurology 2001;50:150–156. [PubMed: 11506396]

Jia JP, Meng R, Sun YX, Sun WJ, Ji XM, Jia LF. Cerebrospinal fluid tau, Abeta1-42 and inflammatory cytokines in patients with Alzheimer's disease and vascular dementia. Neurosci Lett 2005;383:12–16. [PubMed: 15936505]

Kapaki EN, Paraskevas GP, Tzerakis NG, Sfagos C, Seretis A, Kararizou E, Vassilopoulos D. Cerebrospinal fluid tau, phospho-tau181 and beta-amyloid1–42 in idiopathic normal pressure hydrocephalus: a discrimination from Alzheimer's disease. Eur J Neurol 2007;14:168–173. [PubMed: 17250725]

Kohnken R, Buerger K, Zinkowski R, Miller C, Kerkman D, DeBernardis J, Shen J, Moeller HJ, Davies P, Hampel H. Detection of tau phosphorylated at threonine 231 in cerebrospinal fluid of Alzheimer's disease patients. Neurosci Lett 2000;287:187–190. [PubMed: 10863026]

Kosik KS, Joachim CL, Selkoe DJ. Microtubule-associated protein tau (tau) is a major antigenic component of paired helical filaments in Alzheimer disease. Proc Natl Acad Sci U S A 1986;83:4044–4048. [PubMed: 2424016]

Lannfelt L, Blennow K, Zetterberg H, Batsman S, Ames D, Harrison J, Masters CL, Targum S, Bush AI, Murdoch R, Wilson J, Ritchie CW. Safety, efficacy, and biomarker findings of PBT2 in targeting Abeta as a modifying therapy for Alzheimer's disease: a phase IIa, double-blind, randomised, placebo-controlled trial. Lancet Neurol 2008;7:779–786. [PubMed: 18672400]

Lee VM, Balin BJ, Otvos L Jr. Trojanowski JQ. A68: a major subunit of paired helical filaments and derivatized forms of normal Tau. Science 1991;251:675–678. [PubMed: 1899488]

Lewczuk P, Esselmann H, Otto M, Maler JM, Henkel AW, Henkel MK, Eikenberg O, Antz C, Krause WR, Reulbach U, Kornhuber J, Wiltfang J. Neurochemical diagnosis of Alzheimer's dementia by CSF Abeta42, Abeta42/Abeta40 ratio and total tau. Neurobiol Aging 2004;25:273–281. [PubMed: 15123331]

Lewis J, Dickson DW, Lin WL, Chisholm L, Corral A, Jones G, Yen SH, Sahara N, Skipper L, Yager D, Eckman C, Hardy J, Hutton M, McGowan E. Enhanced neurofibrillary degeneration in transgenic mice expressing mutant tau and APP. Science 2001;293:1487–1491. [PubMed: 11520987]

Lovestone S, Reynolds CH. The phosphorylation of tau: a critical stage in neurodevelopment and neurodegenerative processes. Neuroscience 1997;78:309–324. [PubMed: 9145789]

Maddalena A, Papassotiropoulos A, Muller-Tillmanns B, Jung HH, Hegi T, Nitsch RM, Hock C. Biochemical diagnosis of Alzheimer disease by measuring the cerebrospinal fluid ratio of phosphorylated tau protein to beta-amyloid peptide42. Arch Neurol 2003;60:1202–1206. [PubMed: 12975284]

Matsuo ES, Shin RW, Billingsley ML, Van deVoorde A, O'Connor M, Trojanowski JQ, Lee VM. Biopsy-derived adult human brain tau is phosphorylated at many of the same sites as Alzheimer's disease paired helical filament tau. Neuron 1994;13:989–1002. [PubMed: 7946342]

NIH-PA Author Manuscript NIH-PA Author Manuscript NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

Mattsson N, Zetterberg H, Hansson O, Andreasen N, Parnetti L, Jonsson M, Herukka SK, van der Flier WM, Blankenstein MA, Ewers M, Rich K, Kaiser E, Verbeek M, Tsolaki M, Mulugeta E, Rosen E, Aarsland D, Visser PJ, Schroeder J, Marcusson J, de Leon M, Hampel H, Scheltens P, Pirttila T, Wallin A, Jonhagen ME, Minthon L, Winblad B, Blennow K. CSF biomarkers and incipient Alzheimer disease in patients with mild cognitive impairment. JAMA 2009;302:385–393. [PubMed: 19622817]

Nagga K, Gottfries J, Blennow K, Marcusson J. Cerebrospinal fluid phospho-tau, total tau and beta-amyloid(1–42) in the differentiation between Alzheimer's disease and vascular dementia. Dement Geriatr Cogn Disord 2002;14:183–190. [PubMed: 12411760]

Nukina N, Ihara Y. One of the antigenic determinants of paired helical filaments is related to tau protein. J Biochem 1986;99:1541–1544. [PubMed: 2423512]

Ost M, Nylen K, Csajbok L, Ohrfelt AO, Tullberg M, Wikkelso C, Nellgard P, Rosengren L, Blennow K, Nellgard B. Initial CSF total tau correlates with 1-year outcome in patients with traumatic brain injury. Neurology 2006;67:1600–1604. [PubMed: 17101890]

Otto M, Wiltfang J, Cepek L, Neumann M, Mollenhauer B, Steinacker P, Ciesielczyk B, Schulz-Schaeffer W, Kretzschmar HA, Poser S. Tau protein and 14-3-3 protein in the differential diagnosis of Creutzfeldt-Jakob disease. Neurology 2002;58:192–197. [PubMed: 11805244]

Parnetti L, Lanari A, Amici S, Gallai V, Vanmechelen E, Hulstaert F. CSF phosphorylated tau is a possible marker for discriminating Alzheimer's disease from dementia with Lewy bodies. Phospho-Tau International Study Group. Neurol Sci 2001;22:77–78. [PubMed: 11487210]

Peskind ER, Riekse R, Quinn JF, Kaye J, Clark CM, Farlow MR, Decarli C, Chabal C, Vavrek D, Raskind MA, Galasko D. Safety and acceptability of the research lumbar puncture. Alzheimer Dis Assoc Disord 2005;19:220–225. [PubMed: 16327349]

Portelius E, Hansson SF, Tran AJ, Zetterberg H, Grognet P, Vanmechelen E, Hoglund K, Brinkmalm G, Westman-Brinkmalm A, Nordhoff E, Blennow K, Gobom J. Characterization of tau in cerebrospinal fluid using mass spectrometry. J Proteome Res 2008;7:2114–2120. [PubMed: 18351740]

Riemenschneider M, Lautenschlager N, Wagenpfeil S, Diehl J, Drzezga A, Kurz A. Cerebrospinal fluid tau and beta-amyloid 42 proteins identify Alzheimer disease in subjects with mild cognitive impairment. Arch Neurol 2002;59:1729–1734. [PubMed: 12433260]

Riemenschneider M, Wagenpfeil S, Vanderstichele H, Otto M, Wiltfang J, Kretzschmar H, Vanmechelen E, Forstl H, Kurz A. Phospho-tau/total tau ratio in cerebrospinal fluid discriminates Creutzfeldt-Jakob disease from other dementias. Mol Psychiatry 2003;8:343–347. [PubMed: 12660807]

Samgard K, Zetterberg H, Blennow K, Hansson O, Minthon L, Londos E. Cerebrospinal fluid total tau as a marker of Alzheimer's disease intensity. Int J Geriatr Psychiatry. 2009

Schneider, P.; Hampel, H.; Buerger, K. Biological marker candidates of Alzheimer's disease in blood, plasma and serum. CNS Neuroscience & Therapeutics; 2009. in press

Schonknecht P, Pantel J, Hartmann T, Werle E, Volkmann M, Essig M, Amann M, Zanabili N, Bardenheuer H, Hunt A, Schroder J. Cerebrospinal fluid tau levels in Alzheimer's disease are elevated when compared with vascular dementia but do not correlate with measures of cerebral atrophy. Psychiatry research 2003;120:231–238. [PubMed: 14561434]

Schoonenboom NS, Pijnenburg YA, Mulder C, Rosso SM, Van Elk EJ, Van Kamp GJ, Van Swieten JC, Scheltens P. Amyloid beta(1–42) and phosphorylated tau in CSF as markers for early-onset Alzheimer disease. Neurology 2004;62:1580–1584. [PubMed: 15136685]

Schuff N, Woerner N, Boreta L, Kornfield T, Shaw LM, Trojanowski JQ, Thompson PM, Jack CR Jr. Weiner MW. MRI of hippocampal volume loss in early Alzheimer's disease in relation to ApoE genotype and biomarkers. Brain 2009;132:1067–1077. [PubMed: 19251758]

Shaw LM, Korecka M, Clark CM, Lee VM, Trojanowski JQ. Biomarkers of neurodegeneration for diagnosis and monitoring therapeutics. Nature reviews 2007;6:295–303.

Shaw LM, Vanderstichele H, Knapik-Czajka M, Clark CM, Aisen PS, Petersen RC, Blennow K, Soares H, Simon A, Lewczuk P, Dean R, Siemers E, Potter W, Lee VM, Trojanowski JQ. Cerebrospinal fluid biomarker signature in Alzheimer's disease neuroimaging initiative subjects. Annals of neurology 2009;65:403–413. [PubMed: 19296504]

Shoji M, Matsubara E, Kanai M, Watanabe M, Nakamura T, Tomidokoro Y, Shizuka M, Wakabayashi K, Igeta Y, Ikeda Y, Mizushima K, Amari M, Ishiguro K, Kawarabayashi T, Harigaya Y, Okamoto

K, Hirai S. Combination assay of CSF tau, A beta 1–40 and A beta 1–42(43) as a biochemical marker of Alzheimer's disease. Journal of the neurological sciences 1998;158:134–140. [PubMed: 9702683]

Sjogren M, Davidsson P, Gottfries J, Vanderstichele H, Edman A, Vanmechelen E, Wallin A, Blennow K. The cerebrospinal fluid levels of tau, growth-associated protein-43 and soluble amyloid precursor protein correlate in Alzheimer's disease, reflecting a common pathophysiological process. Dement Geriatr Cogn Disord 2001a;12:257–264. [PubMed: 11351137]

Sjogren M, Davidsson P, Tullberg M, Minthon L, Wallin A, Wikkelso C, Granerus AK, Vanderstichele H, Vanmechelen E, Blennow K. Both total and phosphorylated tau are increased in Alzheimer's disease. J Neurol Neurosurg Psychiatry 2001b;70:624–630. [PubMed: 11309456]

Sjogren M, Minthon L, Davidsson P, Granerus AK, Clarberg A, Vanderstichele H, Vanmechelen E, Wallin A, Blennow K. CSF levels of tau, beta-amyloid(1–42) and GAP-43 in frontotemporal dementia, other types of dementia and normal aging. J Neural Transm 2000;107:563–579. [PubMed: 11072752]

Small GW, Kepe V, Ercoli LM, Siddarth P, Bookheimer SY, Miller KJ, Lavretsky H, Burggren AC, Cole GM, Vinters HV, Thompson PM, Huang SC, Satyamurthy N, Phelps ME, Barrio JR. PET of brain amyloid and tau in mild cognitive impairment. N Engl J Med 2006;355:2652–2663. [PubMed: 17182990]

Stomrud E, Hansson O, Blennow K, Minthon L, Londos E. Cerebrospinal fluid biomarkers predict decline in subjective cognitive function over 3 years in healthy elderly. Dement Geriatr Cogn Disord 2007;24:118–124. [PubMed: 17622715]

Sunderland T, Linker G, Mirza N, Putnam KT, Friedman DL, Kimmel LH, Bergeson J, Manetti GJ, Zimmermann M, Tang B, Bartko JJ, Cohen RM. Decreased beta-amyloid1–42 and increased tau levels in cerebrospinal fluid of patients with Alzheimer disease. JAMA 2003;289:2094–2103. [PubMed: 12709467]

Trojanowski JQ, Schuck T, Schmidt ML, Lee VM. Distribution of tau proteins in the normal human central and peripheral nervous system. J Histochem Cytochem 1989;37:209–215. [PubMed: 2492045]

Vanmechelen E, Vanderstichele H, Davidsson P, Van Kerschaver E, Van Der Perre B, Sjogren M, Andreasen N, Blennow K. Quantification of tau phosphorylated at threonine 181 in human cerebrospinal fluid: a sandwich ELISA with a synthetic phosphopeptide for standardization. Neurosci Lett 2000;285:49–52. [PubMed: 10788705]

Vemuri P, Wiste HJ, Weigand SD, Shaw LM, Trojanowski JQ, Weiner MW, Knopman DS, Petersen RC, Jack CR Jr. MRI and CSF biomarkers in normal, MCI, and AD subjects: diagnostic discrimination and cognitive correlations. Neurology 2009a;73:287–293. [PubMed: 19636048]

Vemuri P, Wiste HJ, Weigand SD, Shaw LM, Trojanowski JQ, Weiner MW, Knopman DS, Petersen RC, Jack CR Jr. MRI and CSF biomarkers in normal, MCI, and AD subjects: predicting future clinical change. Neurology 2009b;73:294–301. [PubMed: 19636049]

Visser PJ, Verhey F, Knol DL, Scheltens P, Wahlund LO, Freund-Levi Y, Tsolaki M, Minthon L, Wallin AK, Hampel H, Buerger K, Pirttila T, Soininen H, Rikkert MO, Verbeek MM, Spiru L, Blennow K. Prevalence and prognostic value of CSF markers of Alzheimer's disease pathology in patients with subjective cognitive impairment or mild cognitive impairment in the DESCRIPA study: a prospective cohort study. Lancet Neurol 2009;8:619–627. [PubMed: 19523877]

Welge V, Fiege O, Lewczuk P, Mollenhauer B, Esselmann H, Klafki HW, Wolf S, Trenkwalder C, Otto M, Kornhuber J, Wiltfang J, Bibl M. Combined CSF tau, p-tau181 and amyloid-beta 38/40/42 for diagnosing Alzheimer's disease. J Neural Transm 2009;116:203–212. [PubMed: 19142572]

Wood JG, Mirra SS, Pollock NJ, Binder LI. Neurofibrillary tangles of Alzheimer disease share antigenic determinants with the axonal microtubule-associated protein tau (tau). Proc Natl Acad Sci U S A 1986;83:4040–4043. [PubMed: 2424015]

Zetterberg H, Hietala MA, Jonsson M, Andreasen N, Styrud E, Karlsson I, Edman A, Popa C, Rasulzada A, Wahlund LO, Mehta PD, Rosengren L, Blennow K, Wallin A. Neurochemical aftermath of amateur boxing. Arch Neurol 2006;63:1277–1280. [PubMed: 16966505]

Zetterberg H, Wahlund LO, Blennow K. Cerebrospinal fluid markers for prediction of Alzheimer's disease. Neurosci Lett 2003;352:67–69. [PubMed: 14615052]

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript



**Figure 1.**
Six different tau isoforms produced from a single gene by alternative mRNA splicing are presented. The blue, green, and yellow boxes correspond to exon 2, 3, and 10, respectively. The longest isoform is composed of 441 amino acids. In the most commonly used commercial assay for *t-tau* (INNOTEST® hTau Ag), AT120 is used as capture antibody and HT7 and BT2 as detection antibodies. This assay will detect all different tau isoforms irrespectively of differential splicing and phosphorylation status.

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

**Table 1**

Completed p-tau and t-tau studies of AD

| Design | Reference | Study Title | Study Population | Bioassay |
|--------|-----------|-------------|------------------|----------|
| Multicenter | (Arai et al., 1995) | Tau in cerebrospinal fluid: a potential diagnostic marker in Alzheimer's disease | AD (n=70), non-AD neurological diseases (n=96), HC (n=19) | Sandwich ELISA |
| Monocenter | (Arai et al., 1997) | Effect of genetic risk factors and disease progression on the cerebrospinal fluid tau levels in Alzheimer's disease | Probable AD (n=62) | Sandwich ELISA |
| Monocenter | (Shoji et al., 1998) | Combination assay of CSF tau, A beta 1–40 and A beta 1–42(43) as a biochemical marker of Alzheimer's disease | AD (n=55), Non-AD dementias (n=23), OND (n=45), HC (n=34) | ELISA (A/S Nunc, Kamstrup, Denmark) |
| Multicenter | (Andreasen et al., 1999a) | Sensitivity, specificity, and stability of CSF-tau in AD in a community-based patient sample | probable AD (n=274), Possible AD (n=133), Depression (n=28), HC (n=65) | Sandwich ELISA (Innotest; Innogenetics, Gent, Belgium) |
| Monocenter | (Buerger nee Buch et al., 1999) | Cerebrospinal fluid tau protein shows a better discrimination in young old (<70 years) than in old old patients with Alzheimer's disease compared with controls | AD (n=38), Major depression (n=19), HC (n=28) | ELISA |
| Multicenter | (Hulstaert et al., 1999) | Improved discrimination of AD patients using beta-amyloid(1–42) and tau levels in CSF | AD (n=150), Non-AD dementias (n=79), OND (n=84), HC (n=100) | Sandwich ELISA (Innotest; Innogenetics, Gent, Belgium) |
| Multicenter | (Kohnken et al., 2000) | Detection of tau phosphorylated at threonine 231 in cerebrospinal fluid of Alzheimer's disease patients | AD (n=27), Non-AD (n=31) | Sandwich ELISA |
| Monocenter | (Sjogren et al, 2000) | CSF levels of tau, beta-amyloid(1–42) and GAP-43 in frontotemporal dementia, other types of dementia and normal aging | AD (n=60), FTD (n=17), subcortical white-matter dementia (n=24), Parkinson's disease (n=23), Dysthymia (n=19), HC (n=32) | Sandwich ELISA (Innotest; Innogenetics, Gent, Belgium) |
| Multicenter | (Andreasen et al., 2001) | Evaluation of CSF-tau and CSF-Abeta42 as diagnostic markers for Alzheimer | Probable AD (n= 105), Possible AD (n=58), VaD (n=23), MCI (n=20), DLB (n=9), OND (n=3), Other | Sandwich ELISA (Innotest; Innogenetics, Gent, Belgium) |

NIH-PA Author Manuscript NIH-PA Author Manuscript NIH-PA Author Manuscript

NIH-PA Author Manuscript

| Design | Reference | Study Title | Study Population | Bioassay |
|--------|-----------|-------------|------------------|----------|
| | | disease in clinical practice | psychiatric disorders (n=5), HC (n=18) | |
| Multicenter | (Itoh et al., 2001) | Large-scale, multicenter study of cerebrospinal fluid tau protein phosphorylated at serine 199 for the antemortem diagnosis of Alzheimer's disease | AD (n=236), Non-AD-demented and nondemented diseases (n=239), HC (n=95) | Sandwich ELISA (HT-7; Innogenetics and Anti-PS 199; Mitsubishi Chemical Corporation) |
| Multicenter | (Parnetti et al., 2001) | CSF phosphorylated tau is a possible marker for discriminating Alzheimer's disease from dementia with Lewy bodies. Phospho-Tau International Study Group | AD (n=80), DLB (n=43), HC (n=40) | Sandwich ELISA (Innotest; Innogenetics, Gent, Belgium) |
| Monocenter | (Sjogren et al., 2001a) | The cerebrospinal fluid levels of tau, growth-associated protein-43 and soluble amyloid precursor protein correlate in Alzheimer's disease, reflecting a common pathophysiological process | AD (n=47), FTD (n=14), VaD (n=17), HC (n=12) | Sandwich ELISA (Innotest; Innogenetics, Gent, Belgium) |
| Monocenter | (Sjogren et al., 2001b) | Both total and phosphorylated tau are increased in Alzheimer's disease | Probable AD (n=41), Possible AD (n= 19), FTD (n=18), SAE (n=17), Parkinson's Disease (n=15), HC (n=17) | Sandwich ELISA (Innotest; Innogenetics, Gent, Belgium) |
| Multicenter | (Buerger et al. 2002b) | Differential diagnosis of Alzheimer disease with cerebrospinal fluid levels of tau protein phosphorylated at threonine 231 | Probable AD (n=82), FTD (n=26), LBD (n=17), VaD (n=20), OND (n=26), HC (n=21) | Sandwich ELISA (Innotest; Innogenetics, Gent, Belgium) |
| Monocenter | (Nagga et al., 2002) | Cerebrospinal fluid phospho-tau, total tau and beta-amyloid(1–42) in the differentiation between Alzheimer's disease and vascular dementia | Possible AD (n=23), Probable AD (n=50), AD with relevant cerebrovascular disease (n=14), Possible VaD (n=39), Probable VaD (n=36), Cognitively impaired (n=13), HC (n=27) | Sandwich ELISA (Innotest; Innogenetics, Gent, Belgium) |
| Monocenter | (Buerger et al., 2003) | Differentiation of geriatric major depression from Alzheimer's disease with CSF tau protein phosphorylated at threonine 231 | Depression (n=34), Probable AD (n=64), Possible AD (n= 17), HC (n=21) | ELISA (Molecular Geriatrics Corporation, Vernon Hills, Ill.) |

| Design | Reference | Study Title | Study Population | Bioassay |
|--------|-----------|-------------|------------------|----------|
| Multicenter | (Gomez-Tortosa et al., 2003) | Cerebrospinal fluid markers in dementia with lewy bodies compared with Alzheimer disease | Probable AD without parkinsonism (n=33), DLB (n=25), HC (n=46) | Sandwich ELISA (Innotest; Innogenetics, Gent, Belgium) |
| Monocenter | (Maddalena et al., 2003) | Biochemical diagnosis of Alzheimer disease by measuring the cerebrospinal fluid ratio of phosphorylated tau protein to beta-amyloid peptide42 | Probable AD (n=51), Non-AD dementias (n=30), OND (n=19) HC(n=31) | Sandwich ELISA (Innotest; Innogenetics, Gent, Belgium) |
| Monocenter | (Schonknecht et al., 2003) | Cerebrospinal fluid tau levels in Alzheimer's disease are elevated when compared with vascular dementia but do not correlate with measures of cerebral atrophy | AD (n=88), VaD (n=23), Major Depression (n=25), HC (n=17) | Sandwich ELISA (Innotest; Innogenetics, Gent, Belgium) |
| Monocenter | (Sunderland et al., 2003) | Decreased beta-amyloid1–42 and increased tau levels in cerebrospinal fluid of patients with Alzheimer disease | AD(n=131), HC (n=72) | Sandwich ELISA |
| Multicenter | (Hampel et al, 2004a) | Measurement of phosphorylated tau epitopes in the differential diagnosis of Alzheimer disease: a comparative cerebrospinal fluid study | Probable AD (n= 108), FTD (n=24), DLB (n=22), VaD (n=7), HC (n=45) | ELISA |
| Monocenter | (Lewczuk et al., 2004) | Neurochemical diagnosis of Alzheimer's dementia by CSF Abeta42, Abeta42/Abeta40 ratio and total tau | AD (n=22), Non-AD dementias (n=1 1), HC (n=35) | Sandwich ELISA (Innotest; Innogenetics, Gent, Belgium) |
| Monocenter | (Schoonenboom et al., 2004) | Amyloid beta(1–42) and phosphorylated tau in CSF as markers for early-onset Alzheimer disease | EAD (n=47), FTD (n=28), HC (n=21) | Sandwich ELISA (Innotest; Innogenetics, Gent, Belgium) |
| Monocenter | (Jia et al., 2005) | Cerebrospinal fluid tau, Abetal-42 and inflammatory cytokines in patients with Alzheimer's disease and vascular dementia | Probable AD (n=39), Probable VaD (n=38), HC (n=35) | Sandwich ELISA (Innotest; Innogenetics, Gent, Belgium) |
| Monocenter | (Ibach et al., 2006) | Cerebrospinal fluid tau and beta-amyloid in Alzheimer | AD (n=76), Non-AD dementias (n=48), Mental disorders (n=26, HC (n=39) | Sandwich ELISA (Innotest; Innogenetics, Gent, Belgium) |

| Design | Reference | Study Title | Study Population | Bioassay |
|--------|-----------|-------------|------------------|----------|
| | | patients, disease controls and an age-matched random sample | | |
| Monocenter | (Kapaki et al., 2007) | Cerebrospinal fluid tau, phospho-tau181 and beta-amyloid 1–42 in idiopathic normal pressure hydrocephalus: a discrimination from Alzheimer's disease | Probable AD (n=67), iNPH(N=18), HC (n=72) | Sandwich ELISA (Innotest; Innogenetics, Gent, Belgium) |
| Multicenter | (Blennow et al., 2007) | Longitudinal stability of CSF biomarkers in Alzheimer's disease | AD (n=59) | Sandwich ELISA |
| Monocenter | (Boban et al., 2008) | Cerebrospinal fluid markers in differential diagnosis of Alzheimer's disease and vascular dementia | Probable AD (n= 12), VaD (n=9), HC (n=12) | Sandwich ELISA (Innotest; Innogenetics, Gent, Belgium) |
| Multicenter | (Haense et al., 2008) | CSF total and phosphorylated tau protein, regional glucose metabolism and dementia severity in Alzheimer's disease | AD (n=38) | Sandwich ELISA (Innotest; Innogenetics, Gent, Belgium) |
| Multicenter | (Shaw et al., 2009) | Cerebrospinal fluid biomarker signature in Alzheimer's Disease Neuroimaging Initiative Subjects | Probable AD (n= 100), MCI (n=196), HC(114); Autopsied AD (n=56), HC (n=52) | Multiplex xMAP Luminex (INNO-BIA AlzBio3 ;Innogenetics, Gent, Belgium) |
| Monocenter | (Welge et al, 2009) | Combined CSF tau, p-tau181 and amyloid-beta 38/40/42 for diagnosing Alzheimer's disease | AD (n=44), Depressive cognitive complainers (n=25), Non-AD dementias (n=87) | Sandwich ELISA (Innotest; Innogenetics, Gent, Belgium) |

Abbreviations: AD = Alzheimer's disease; MCI = mild cognitive impairment; HC = healthy controls; OND = other neurological diseases; FTD = frontotemporal dementia; VaD = vascular dementia; DLB = dementia with Lewy bodies; SAE = subcortical arteriosclerotic encephalopathy; iNPH = idiopathic normal pressure hydrocephalus; EAD = early-onset Alzheimer disease

**Table 2**

Diagnostic performance of CSF tau and amyloid related biomarkers in the MCI stage of Alzheimer's disease

| Reference | Year | Design | Numbers included | AD-associated change | Diagnostic performance |
|---|---|---|---|---|---|
| (Andreasen et al, 1999b) | 1999 | Mono-center longitudinal MCI-control study | 16 MCI-AD patients and 15 age-matched controls | Low CSF Aβ42, high CSF t-tau | Sensitivity 88%, specificity 80% |
| (Riemenschneider et al., 2002) | 2002 | Mono-center longitudinal MCI study | 28 MCI patients, 10 of whom developed AD | Low CSF Aβ42, high CSF t-tau | Sensitivity 90%, specificity 90% |
| (Zetterberg et al., 2003) | 2003 | Mono-center longitudinal MCI study | 53 MCI patients, 22 of whom developed AD | Low CSF Aβ42, high CSF t-tau, high CSF p-tau181 | Sensitivity 68%, specificity 97%, PPV 94%, NPV 81% |
| (Hampel et al., 2004b) | 2004 | Mono-center longitudinal MCI-AD-control study | 52 MCI patients, 93 AD patients and 10 controls | Low CSF Aβ42, high CSF t-tau | Sensitivity 59–83%, specificity 90–100% |
| (Herukka et al., 2005) | 2005 | Mono-center longitudinal MCI-control study | 78 MCI patients, 23 of whom developed AD, 46 controls | Low CSF Aβ42, high CSF t-tau, high CSF p-tau181 | Sensitivity 91%, specificity 56% |
| (Hansson et al., 2006) | 2006 | Mono-center longitudinal MCI study | 137 MCI patients, 57 of whom developed AD | Low CSF Aβ42, high CSF t-tau, high CSF p-tau181 | Sensitivity 95%, specificity 83%, PPV 81%, NPV 96% |
| (Herukka et al., 2007) | 2007 | Mono-center longitudinal MCI study | 79 MCI patients, 33 of whom developed AD, 60 controls | Low CSF Aβ42, high CSF t-tau, high CSF p-tau181 | Low levels of CSF Aβ42 predicted progression to AD |
| (Hansson et al., 2007) | 2007 | Mono-center longitudinal MCI study | 137 MCI patients, 57 of whom developed AD | Low Aβ42/Aβ40 ratio | Sensitivity 87%, specificity 78% |
| (Bouwman et al., 2007) | 2007 | Mono-center longitudinal MCI study | 59 MCI patients, 30 of whom developed AD | Low CSF Aβ42, high CSF t-tau | Patients with abnormal values at baseline had higher risk of developing AD. Sensitivity and specificity missing |
| (Brys et al., 2007) | 2007 | Mono-center longitudinal MCI-control study | 65 MCI patients, 22 of whom developed AD, 21 controls | Low CSF Aβ₄₂, low Aβ42/Aβ40 ratio, high CSF t-tau, high CSF p-tau231 | Sensitivity 68–86%, specificity 60–91% |
| (Mattson et al, 2009) | 2009 | Multi-center longitudinal MCI study | 529 AD patients, 304 controls and 751 MCI patients, 271 of whom developed AD | Low CSF Aβ42, high CSF t-tau, highCSFp-tau181 | Sensitivity 83%, specificity 72%, PPV 62%, NPV 88% |

Abbreviations: AD = Alzheimer's disease; MCI = mild cognitive impairment; PPV = positive predictive value; NPV = negative predictive value.

NIH-PA Author Manuscript NIH-PA Author Manuscript NIH-PA Author Manuscript

NIH-PA Author Manuscript NIH-PA Author Manuscript NIH-PA Author Manuscript

**Table 3**

Potential disease modifying agents in development targeting p-tau and t-tau

| Sponsor | Study | Follow-up | Primary outcomes | Assessment | Other outcomes |
|---|---|---|---|---|---|
| Lundbeck (Phase IV) | Memantine and Changes of Biological Markers and Brain PET Imaging in Alzheimer's Disease | 24 weeks | Biological markers of CSF, 18 [F]-FDG-PET of brain, cognitive function | Measurement of biological markers, PET-Imaging, cognitive and functional measures | Behaviour and activities of daily living, short term memory |
| North Shore Long Island Jewish Health System, Forest Laboratories (Phase IV) | Magnetic Resonance Spectroscopy Study of Memantine in Alzheimer's Disease | 48 weeks | Relative levels of myo-inositol (mI), N-acetylaspartate (NAA), total creatine (Cr), and choline (Cho) by single voxel 1H MRS | MMSE, ADAS-cog, ADCS-ADL, NPI, Trails A and B, Animal Naming and FAS verbal fluency, logical memory, visual reproduction, digit span, check-drawing, presidents, Rey-Osterreith figure copying and recall, judgment of line orientation, semantic distance | CSF beta-amyloid, tau, and phosphorylated tau levels |
| Bristol-Myers Squibb (Phase II) | A Multicenter, Double Blind, Placebo Controlled, Safety and Tolerability Study of BMS-708163 in Patients With Prodromal Alzheimer's Disease | 52 weeks | Adverse events | Measurement of biological markers, MRI, cognitive and functional measures | To assess the predictive value and longitudinal behavior of CSF biomarkers (Aβ40,Aβ42, total Tau, phosphorylated Tau) and volumetric MRI. Assess drug effects on progression to dementia, Global clinical impression as assessed with the Clinical Dementia Rating-Sum of Boxes (CDR-SB), an instrument designed to measure the severity of cognitive symptoms in daily life |
| Hamilton Health Sciences, The Physicians' Services Incorporated Foundation | Effects of Doxycycline and Rifampicin on Biomarkers of Alzheimer's Disease in the Cerebrospinal Fluid | | Clinical Dementia Rating scale, Standardized Alzheimer's disease Assessment Scale - cognitive subscale | Biochemical markers of Aβ(1-40) and Aβ(1-42), P-tau and T-tau, matrix metalloproteinases (MMP-2, MMP-9), pro-inflammatory cytokines (IL-1beta, TNF-alpha), and anti-inflammatory cytokines (IL-4 and IL-10) | |
| National Institute on Aging (NIA) (Phase II) | Predictors of Cognitive Decline in Normal Aging | | The relationship between changes in brain volume, CSF levels, and memory performance | Neuropsychological data, magnetic resonance imaging (MRI), and cerebrospinal fluid (CSF) | |
| Eli Lilly and Company (Phase III) | Effects of LY450139, on the Progression of Alzheimer's Disease as Compared With Placebo (IDENTITY-2) | 21 months | Safety and tolerability; Rate of cognitive and functional decline in AD over time | Brain-scanning techniques (FDG-PET, vMRI, AV-45-PET); Biochemical measures; ADAS-Cog, CDR, MMSE; NPI; QoL-AD; RUD-Lite; EQ-5D Proxy | Determine levels of peptides in blood and spinal fluid that might relate to Alzheimer's disease; Evaluate changes in thinking and memory; Evaluate changes in daily living activities; Determine levels of study drug in blood and CSF |
| Eli Lilly and Company (Phase III) | Effect of LY450139 on the Long Term Progression of Alzheimer's Disease | 21 months | Rate of cognitive and functional decline in Alzheimer's disease over time | Brain-scanning techniques (FDG-PET, vMRI, AV-45-PET); Biochemical measures; ADAS-Cog, | Effect of long-term treatment, Energy usage (metabolism) seen on FDG-PET, Brain size (volume) seen with AD on vMRI, Amount of brain |

| Sponsor | Study | Follow-up | Primary outcomes | Assessment | Other outcomes |
|---|---|---|---|---|---|
| | | | | | amyloid plaque seen in AD on AV-45-PET, Tau, Safety, Quality of life |
| National Institute on Aging (NIA) | Amyloid Plaque and Tangle Imaging in Aging and Dementia | 2 years | | Clinical and neuropsychological assessments, structural MRI and/or PET scans | |
| Pfizer (Phase II) | Multiple IV Dose Study Of PF-04360365 In Patients With Mild To Moderate Alzheimer's Disease | 24 months | Safety and tolerability | Alzheimer's Disease Assessment Scale-Cognitive Subscale (ADAS-cog); Disability Assessment for Dementia (DAD); plasma/CSF Abeta; CSF tau and phosphotau; CSF protein, RBCs, WBCs and glucose; Immunogenicity (anti-drug antibodies) | Pharmacokinetics |
| Octapharma (Phase II) | Study of Octagam 10% on the Treatment of Mild to Moderate Alzheimer's Patients | 24 weeks | Change in amyloid beta peptide concentration of the blood plasma from immediately prior to the last IVIG infusion calculated over 2 or 4 weeks | Measurement of biological markers, MRI and PET-Imaging, cognitive and functional measures | Changes from baseline in MRI, PET scan, neuropsychometric testing results, autoantibody concentrations in the blood and in CSF, CSF tau and pTau concentrations |
| Grifols Biologicals Inc. (Phase II) | Efficacy and Safety of Plasma Exchange With 5% Albumin in Beta-Amyloid Peptide Clearance in Cerebrospinal Fluid | 1 year | To determine whether plasma exchange with 5% human albumin is able to modify the concentration of beta-amyloid peptide in cerebrospinal fluid (CSF) in the treatment group of patients with Alzheimer's disease | Measurement of biological markers | To assess the variations in other parameters (tau protein, beta-secretase, gamma-secretase, nicastrin, etc.), To determine whether plasma exchange with 5% human albumin is able to modify the plasma concentration of beta-amyloid |

www.clinicaltrials.gov

NIH-PA Author Manuscript NIH-PA Author Manuscript NIH-PA Author Manuscript

# EXHIBIT D



# Identifying and validating biomarkers for Alzheimer's disease

## Christian Humpel

Laboratory of Psychiatry and Experimental Alzheimer's Research, Department of Psychiatry and Psychotherapy, Innsbruck Medical University, Anichstr. 35, A-6020 Innsbruck, Austria

The identification and validation of biomarkers for diagnosing Alzheimer's disease (AD) and other forms of dementia are increasingly important. To date, ELISA measurement of β-amyloid(1–42), total tau and phospho-tau-181 in cerebrospinal fluid (CSF) is the most advanced and accepted method to diagnose probable AD with high specificity and sensitivity. However, it is a great challenge to search for novel biomarkers in CSF and blood by using modern potent methods, such as microarrays and mass spectrometry, and to optimize the handling of samples (e.g. collection, transport, processing, and storage), as well as the interpretation using bioinformatics. It seems likely that only a combined analysis of several biomarkers will define a patient-specific signature to diagnose AD in the future.

## Diagnosing Alzheimer's disease (AD) and other forms of dementia

AD is a severe neurodegenerative disorder of the brain that is characterized by loss of memory and cognitive decline. The majority of AD cases are sporadic (risk age >60 years), and <2.5% have a genetic disposition. It is estimated that in 2050, approximately 80 million people will suffer from AD worldwide. Thus, it is a great challenge to establish reliable surrogate markers to diagnose and monitor disease progression. Definitive diagnosis requires both clinical assessment of the disease and post-mortem verification of the AD pathology (plaques and tangles). A probable diagnosis of AD can be established with a confidence of >90%, based on clinical criteria, including medical history, physical examination, laboratory tests, neuroimaging and neuropsychological evaluation. Accurate, early diagnosis of AD is still difficult because early symptoms of the disease are shared by a variety of disorders, which reflects common neuropathological features. An ideal biomarker would distinguish AD from other types of dementia, such as mild cognitive impairment (MCI), or mixed forms of dementia, such as vascular dementia (VaD), frontotemporal lobe dementia (FTLD), or Lewy body dementia (LBD). This is important because treatment for these diseases might differ.

## What is a biomarker?

A biological marker, or biomarker [1–5], is objectively measured and evaluated as an indicator of normal biological processes, pathogenic processes or pharmacological responses to a therapeutic intervention. A biomarker

can serve as an indicator of health (i.e. biomarker of ageing) and disease. The sensitivity, specificity and ease-of-use are the most important factors that ultimately define the diagnostic utility of a biomarker. Some biomarkers are more reasonably viewed as risk factors rather than true disease markers. In order for a diagnostic biomarker to be useful, certain criteria must be met (Box 1) [6–9].

## Biomarkers for AD in cerebrospinal fluid (CSF)

Three biomarkers have been well-established and validated internationally to diagnose AD in CSF with ELISAs: β-amyloid(1–42) [Aβ(1–42)], total tau and phospho-tau-181. It is now the consensus that only the combination of these three CSF biomarkers significantly increases the diagnostic validity for sporadic AD, which yields a combined sensitivity of >95% and a specificity of >85% [10–13].

### Aβ(1–42)

AD is characterized by extracellular Aβ plaque depositions. Aβ is cleaved from the large amyloid-precursor protein (APP) by secretases, and processing of amyloidogenic pathways produces a 42-amino-acid peptide [Aβ(1–42)] that can aggregate in the brain under certain conditions (e.g. acidosis, metals). Analysis of CSF Aβ(1–42) shows a highly significant reduction in AD patients compared to controls, with a cut-off of <500 pg/ml (Table 1). It has been suggested that reduced levels of Aβ(1–42) in the CSF are caused by reduced clearance of Aβ from the brain to the blood/CSF, as well as enhanced aggregation and plaque deposition in the brain. Changes in CSF Aβ levels differ based on the disease (Table 2) [14–16]. For example, decreased Aβ(1–38) levels correlate with FTLD, and Aβ(1–37) levels with LBD [4]. CSF levels of shorter Aβ(1–40) forms are unchanged or increased in AD. It has therefore been suggested that the Aβ42/Aβ40 ratio can improve AD diagnosis, but others have not found such changes [17,18]. Novel detection methods allow measurement of Aβ oligomers, which might improve the diagnostic specificity. As an example, surface-enhanced laser desorption/ionization-time-of-flight-mass spectrometry (SELDI-TOF-MS) (Table 3) has emerged as an ideal method for the simultaneous detection and quantitation of a variety of Aβ peptide cleavage products [19].

### Total tau

The second hallmark of AD are intraneuronal inclusions of the microtubule-associated protein tau. In healthy controls, levels of total tau in the CSF increase with age [20]: <300 pg/ml (21–50 years), <450 pg/ml (51–70 years), and <500 pg/ml

Corresponding author: Humpel, C. (christian.humpel@i-med.ac.at).

**Box 1. Criteria for establishing a good biomarker for the diagnosis of dementia**

- Reflect physiological aging processes
- Reflect basic pathophysiological processes of the brain
- React upon pharmacological intervention
- Display high sensitivity
- Display high specificity for the disease as compared with related disorders
- Allow measurements repeatedly over time
- Allow reproducibility in laboratories worldwide
- Should be measurable in noninvasive, easy-to-perform tests
- Should not cause harm to the individuals being assessed
- Tests should be inexpensive and rapid
- Samples should be stable to allow easy and cheap transport
- Easy collection of fluids not only in hospitals
- Changes should be at least twofold to allow differentiation of controls
- Define good cut-off values to distinguish diseases
- Data published in peer-reviewed journals
- Data reproduced by at least two independent researchers

**Table 1. Internationally established biomarkers in CSF used to diagnose AD[a]**

| Biomarker | Controls (pg/ml) | AD (pg/ml) |
|---|---|---|
| Aβ(1–42) | 794±20 | <500[*] |
| Total tau | 136±89 (21–50 years) | [b] |
| | 243±127 (51–70 years) | >450[*] |
| | 341±171 (>71 years) | >600[*] |
| Phospho-tau-181 | 23±2 | >60[*] |

[a]Data obtained using the Innogenetics single 96-well ELISA kits.
[b]This is not relevant for sporadic AD, because it is only for patients >60 years of age.
[*]$P < 0.001$

(>70 years). Total tau levels are significantly enhanced in AD patients as compared with age-matched control subjects with a cut off of >600 pg/ml (Table 1). Total tau levels are dramatically enhanced in Creutzfeldt–Jacob disease (CJD) (>3000 pg/ml). Tau levels might also be a prognostic marker with a good predictive validity for conversion from MCI to AD, because high CSF tau level has been found in 90% of MCI cases that later progressed to AD, but not in cases with stable MCI [10]. Observed changes in CSF total tau level for different diseases are shown in Table 2 [14].

*Phosphorylated tau*

Tau is markedly hyperphosphorylated (39 possible sites) in AD, which results in a lack of function and axonal transport dysfunction. The detection of tau phosphorylation at position 181 is significantly enhanced in AD compared to controls [21], with a cut-off of >60 pg/ml (Table 1). The

**Table 2. Changes in the levels of established CSF biomarkers in different central nervous system diseases**

| Disease | Aβ(1–42) | Total tau | Phospho-tau-181 |
|---|---|---|---|
| Acute stroke | – | ↑(↑) | – |
| Alcohol dementia | – | – | – |
| AD | ↓ | ↑ | ↑ |
| CJD | ↓↓ | ↑↑↑ | – |
| Depression | – | – | – |
| FTLD | ↓ | ↑ | – |
| LBD | ↓ | ↑ | ↑ |
| Neuroinflammation | – | ↑ | – |
| Normal aging | – | – | – |
| Parkinson's disease | – | – | – |
| VaD | ↓(↓) | ↑ | – |

[a]Modified according to Ref. [14]: (–), no change; (↓), decrease; (↑), increase.

changes of CSF phospho-tau-181 levels in different diseases are given in Table 2 [14]. The analysis of other phosphorylated forms of tau (phospho-tau-199, -231, -235, -396 and -404) might offer significant improvements towards early diagnosis of AD [11]. Phospho-tau-231 and phospho-tau-181 can be used to distinguish AD from controls and FTLD, LBD, VaD and major depression [4,21]. Furthermore, the concentration of phospho-tau-231 has shown longitudinal decline from mild to moderate AD [21]. It is a high priority to develop specific and sensitive ELISAs for other site-specific phosphorylated tau isoforms to improve the diagnostic repertoire for AD.

*Other CSF biomarkers*

Despite strong efforts to characterize other potential biomarkers in CSF, several biomarkers have been tested in CSF that have displayed changes between AD and controls [4,22,23]. However, no other single biomarker has been validated to date for routine diagnosis, because the changes are very heterogeneous and low, and data have differed between laboratories. Cognitive decline is highly correlated with loss of the neurotransmitter acetylcholine in the cortex or the hippocampus. Degeneration of cholinergic neurons can be prevented by application of nerve growth factor (NGF), which has been found to be reproducibly increased in CSF of AD patients [22–24]; however, such low changes are not yet useful for establishing NGF as a biomarker. The use of mass spectrometry (MS) methods or different microarrays (Table 3) might rapidly increase the knowledge on disease-related changes to uncover novel biomarkers in CSF of AD patients.

**Biomarkers in blood**

The routine diagnosis of AD and mixed forms of dementia from CSF has several drawbacks: lumbar puncture and collection of CSF is an invasive treatment with potential side effects, and screening of patients is often difficult and follow-up analysis of the same patient over several years is problematic. Thus, there is a clear need to search for biomarkers in other body fluids (Box 2) to diagnose AD [13]. Although saliva or urine can be easily collected, blood analysis is the gold standard (Box 2); yet, it is still unknown how the concentration of analytes in the blood directly correlates with pathological changes in the brain, especially in AD. The search for blood biomarkers that correlate with AD should therefore begin with accepted CSF markers, such as Aβ and tau-related biomarkers, and further include factors involved in inflammation, protein aging and cell death, and cerebrovascular dysfunctions.

*Aβ-related proteins*

Blood plasma levels of Aβ are increased in familial AD and Down syndrome, but results are inconsistent with sporadic AD [4]. Studies have shown that plasma Aβ(1–42) and Aβ(1–40) levels can be elevated, reduced or even unchanged in AD versus control patients [4,14]. A significant increase in Aβ(1–42) plasma levels has been seen in women with MCI, but not in men, as compared with cognitively normal, age-matched subjects [25]. Recent longitudinal studies have shown that high plasma Aβ(1–42) levels are a risk factor for developing AD; however, there is

**Table 3. Selected examples of methods to discover biomarkers for AD diagnosis**

| Analytical method | Description | Biomarker | Refs. |
|---|---|---|---|
| ELISA | Single 96-well assay | Aβ42, total tau, phospho-tau-181 (single) | [9,10,12,22] |
| Multiplex Searchlight ELISAs (Aushon) | 16 (chemiluminescence) or 24 (infrared) markers per single well in 96-well | 16 signaling proteins | [37] |
| Filter-based array sandwich ELISA | 'Capture' antibody is on a filter; requires detection antibody after antigen capture | 18 signaling proteins | [36] |
| INNO-BIA AlzBio3 Luminex-based technology (Innogenetics) | Liquid bead arrays; xMAP | Aβ42, total tau, phospho-tau-181 (multiplex) | [60] |
| Tissue array | Antigen-spotted microarray to detect auto-antibodies; consists of paraffin blocks with 1,000 separated tissues for multiplexed histological analysis | 2,325 tissue specimens | [69] |
| Quantitative real-time RT-PCR | Amplification of DNA alone or coupled to immunoassays (immuno-PCR) | 33 genes; multiple phosporylated tau-epitopes | [62,64] |
| Liquid chromatography/electrospray ionisation MS | | Aβ40, Aβ42 | [66] |
| Capillary electrophoresis/MS | Rapid, 60-min analysis | 1000 polypeptides | [68] |
| Ultrasensitive laser ablation inductively coupled plasma/MS | | Trace elements and metal ions | [67] |
| Multiplex iTRAQ | Isobaric tagging for relative and absolute protein quantification with multi-dimensional chromatography and tandem MS | 1,500 CSF proteins | [63] |
| Surface-enhanced laser desorption/ionization (SELDI)- or matrix-assisted laser desorption /ionization (MALDI)-MS | Time-of-flight (TOF) MS | Several Aβ species: Aβ37, Aβ36, Aβ38, Aβ40; several other biomarkers | [19,65, 74–77] |
| DNA/RNA chips, BioChips, GeneChips | Microspots on a matrix with a single, defined species of nucleic acids | Several thousand genes | [70–73] |

agreement that this factor is not sensitive and specific for early diagnosis [26]. A decrease of serum Aβ(1–42) auto-antibodies has been found in AD [27], yet no correlation between CSF and plasma Aβ levels has been found. Antigen-spotted microarrays could help identify and validate AD-selective biomarker autoantibodies in blood and CSF. Such a rapid assay has been developed, which measures the difference between dissociated sera and the corresponding non-dissociated sera [28].

There are several reasons why plasma levels of Aβ(1–42) are unstable: (i) Aβ expression is influenced by medications [29]; (ii) Aβ binds to other proteins and thus becomes trapped; (iii) Aβ levels in blood fluctuate over time and among individuals, and might differ in mild, early and late AD; and (iv) blood platelets contain high amounts of Aβ, which directly affects plasma levels. Platelets express APP and the secretase machinery, and mainly process Aβ(1–40), which plays a role in platelet aggregation. In platelets of AD patients, three subtypes of APP (106, 110 and 130 kDa) have been found [30,31]. AD patients show enhanced processing of the 130-kDa APP subtype, which results in a mean APP form ratio – [130 kDa subtype]/[(106 kDa subtype) + (110 kDa subtype)] – of $0.35\pm0.18$, whereas controls have a mean ratio of >0.83. A cut-off level of >0.6 results in a sensitivity of 83% and a specificity of 71% when diagnosing AD [30,31].

Autophagic degradation of intracellular components via the lysosomal pathway is abnormal in AD. Macrophages and monocytes of AD patients are generally poorly phagocytic for Aβ, whereas cells of control patients robustly internalize Aβ [32]. Phagocytosis of Aβ can be tested using *in vitro* differentiated monocytes/macrophages exposed to fluorescent Aβ [32]. Monocytes can be detected by immunofluorescent staining with anti-CD68 and visualized in flow cytometric tests (e.g. fluorescence-activated cell sorting) or by immunohistochemistry [32].

### Enzymes related to tau pathology

Tau is a brain-specific protein, and altered function of protein kinases and phosphatases has been implicated

> **Box 2. Tissue and liquids to screen for biomarkers: advantages and disadvantages**
>
> Biomarkers can be discovered from different human tissues or liquids. The analysis of postmortem brain tissue is necessary to verify AD by immunohistochemical analysis of plaques (Aβ) and tangles (tau). Postmortem analysis or, alternatively, brain biopsies might also allow screening for general pathological changes in the AD brain, but are not useful for routine biomarker analysis. CSF is a very useful fluid for AD diagnosis, because it reflects metabolic processes in the brain owing to direct contact between the brain and CSF. Its diagnostic use is only limited because of invasive collection by lumbar puncture.
>
> Plasma/serum measurements are the gold standard in clinics, because they are minimally invasive, as compared with CSF, and therefore easily collected and processed. For AD biomarker discovery, the use of plasma is still limited, because changes are very small and heterogeneous and plasma/serum data reflect a broad spectrum of changes; not all necessarily related to AD. A major advantage of blood samples is that patients can be followed up and screened over several years. The analysis of blood cells (e.g. peripheral blood mononuclear cells, lymphocytes, monocytes or platelets) might be more restricted to specific AD-related pathologies. The disadvantage is the more complex and time-consuming processing of blood cells, especially when culturing blood cells under sterile conditions. The collection of other fluids (e.g. saliva, urine, fibroblasts, or eye secretions) is fast, cheap and noninvasive; however, the use of these fluids requires very sensitive methods to detect low-level proteins and the correlation to AD pathologies is unclear.

in tau pathology [21]. A number of kinases contribute to tau hyperphosphorylation, including glycogen synthase kinase-3 (GSK-3), cyclin-dependent kinase 5, and microtubule affinity-regulating kinase; conversely, protein phosphatase 2A dephosphorylates tau. It has been reported that GSK-3 is significantly increased in white blood cells in AD and MCI patients, as compared with healthy subjects [33]. This correlation notwithstanding, reduced GSK-3 levels in peripheral-blood mononuclear cells have also been noted in AD patients [34], which indicates high variability. Protein kinase C (PKC) appears to be altered in fibroblasts, lymphocytes, and red blood cells of AD patients [35], which supports the view that PKC conformation in peripheral cells could be an early predictive marker for AD. At present, tau-related biomarkers in the periphery do not seem to be useful for AD diagnosis.

### Inflammatory markers

In the brain of an AD patient, neuroinflammatory processes occur, including activation of microglia and expression of proinflammatory cytokines, which probably contribute to neuronal cell death. A recent promising study has shown that the combination of 18 selected biomarkers (chemokines, cytokines, growth factors and binding proteins) in plasma might allow the diagnosis of AD [36] and MCI with nearly 90% accuracy. These 18 biomarkers have been selected from 120 signalling proteins by sandwich ELISAs (Table 3). Recently, 16 of these 18 biomarkers have been tested using a similar Multiplex Searchlight ELISA system (Aushon: www.aushon.com) (Table 3), but similar changes could not be confirmed, and furthermore, a lower sensitivity/specificity of 60% was demonstrated [37]. Similarly, the use of Luminex-based technology (Table 3) yielded a diagnostic accuracy of only 70% [38]. The Luminex method differs from conventional ELISAs in the way that the capture antibody is attached to 5.6-µm polystyrene beads, which are internally dyed with fluorophores of different intensities, and can be detected using dual laser systems for classification and quantification.

### Other disease-related markers

Failure of the ubiquitin–proteasome pathway function has been linked to Aβ toxicity, and indeed ubiquitin levels are elevated in AD [39]. It is well known that ubiquitin levels are increased several-fold in the cerebral cortex and CSF of patients with AD. This increase strongly correlates with the degree of neurofibrillary changes in the tissue [40,41]. In CD45+ T lymphocytes, the ubiquitin–proteasome pathway has been found to be reduced during ageing [40]. We have recently shown that in peripheral blood mononuclear cells, the enzymes for proteasomal activity (conjugating and activating enzymes E1 and E2) are changed [42].

Cellular senescence is a stress response phenomenon that results in functional changes, such as telomere shortening [43]. In peripheral blood cells of AD and VaD patients, shorter telomeres than those in age-matched controls have been discovered [44–46]. Recently, it has been reported that fibroblasts from sporadic AD patients specifically express an anomalous and detectable conformational state of the senescence marker p53 (mutant-like p53) that allows for differentiation of AD subjects [47].

Peripheral blood cells of AD patients are also more sensitive to apoptosis [48–50]. Increased apoptosis has been noted in CD4+ T cells and natural killer cells of AD patients, accompanied by enhanced expression of the anti-apoptotic protein B-cell lymphoma 2 (Bcl-2), the antioxidant enzyme superoxide dismutase 1 (SOD1), and different subtypes of caspases [51,52].

In AD, damage of the cerebrovascular system, including the blood–brain barrier and neurovascular unit, results in a loss of energy supply to the brain, accompanied by silent strokes; thus, measurement of biomarkers associated with cerebrovascular damage could provide sensitive instruments for the diagnosis of AD. It is well-established that high concentrations of C-reactive protein (CRP) are predictive of cognitive decline and dementia [53]. Furthermore, increased plasma homocysteine in combination with decreased folate and vitamin B12 are biomarkers for VaD, and might discriminate between AD and controls [54]. The analysis of vasodilators or vasoconstrictors (e.g. pro-adrenomedullin, pro-atrial natriuretic peptide, C-terminal endothelin 1 precursor fragment) or cell adhesion molecules [vascular cell adhesion molecule (VCAM)-1, intercellular adhesion molecule (ICAM)-1, ICAM-3, and P-selectin] might lead to improved diagnosis of AD [55]. Increased plasma levels of VCAM-1 and ICAM-1 have been observed in AD patients [55,56].

## Searching for patient-specific, multi-biomarker profile signatures

The principal goal is to discover biomarkers, with the ultimate objective of identifying differentially expressed proteins between diseased and healthy controls. Novel and fast high-throughput systems dramatically enhance the analysis of thousands of proteins and genes (Table 3) with very low volumes. It is becoming clear that the consideration of a single biomarker might not be potent enough to improve diagnostic specificity. Thus, it is essential to develop methods to measure several biomarkers together in a single well or on a biochip to create an accurate prognostic profile.

DNA and RNA microarrays have led to the identification of multiple genes that appear in early stages of AD [5]; however, DNA/RNA microarrays or transcriptomics (Table 3) alone probably provide only a limited view of the biological process. The combination of genomics and proteomics has rapidly gained interest, and such interdisciplinary research will markedly further biomarker discovery [57]. Thus, research needs to develop simple, inexpensive and rapid tools to measure several biomarkers at the same time. As an example, a combination of the following biomarkers on a single Multiplex Sandwich ELISA Microarray is a possibility: five-plex of macrophage inflammatory proteins-1δ and -4 (MIP1δ and MIP4), regulated upon activation normal T-cell (RANTES) [23], tumor necrosis factor-alpha (TNFα) [37] and midregional pro-atrial natriuretic peptide (MR-proANP) [55] in plasma; a three-plex of ICAM-3, P-selectin and CD14 in monocyte extracts [56]; and a novel four-plex ELISA of selective APP 130-, 110- and 106-kDa proteins, including actin as a control from platelet extracts [31]. A combination of such a 12-plex array could have the potential to improve AD diagnosis from blood. The development of a patient-specific chip array could allow us to define specific,



**Figure 1**. The principal steps necessary for AD biomarker discovery (left flowchart) and for routine analysis of CSF samples (right flowchart). Similar steps are shown in red boxes. Only a good clinical diagnosis is the basis for statistical analysis of biomarker discovery. To date, laboratory diagnosis only supports the clinical diagnosis, which cannot be regarded as a stand-alone diagnostic tool.

multi-biomarker profile signatures, which could even act as a prognosticator for AD.

## Future challenges and criteria for a good diagnostic assay

Routine analysis of CSF samples (Figure 1) is well-established worldwide; however, a common consensus [58] on several issues is still missing, and thus the interpretation and support of clinical diagnosis is still not unique. It is essential to define routine procedures for: (i) collection, transport, processing and storage of samples; (ii) analysis; and (iii) interpretation (diagnosis) and cut-off values.

### Handling of samples (collection, transport, processing and storage)

It is crucially important to search not only for the biomarkers themselves, but also for biomarkers that are stable. Often, samples are collected by medical doctors outside hospitals and without a laboratory. They do not have the time to process or capability to freeze samples. Thus, it is highly desirable to identify biomarkers with long half-lives. RNAs are very unstable; therefore, these criteria largely exclude the use of RNA chips, unless RNA stabilizers are accessible. It also needs to be considered that several other parameters can influence the stability of a protein, such as repeated freeze/thaw cycles or long-term

storage at room temperature. Even measurements of proteins in serum or plasma with or without EDTA, heparin, or citrate can produce variable results for the same biomarker. Worldwide multicenter studies are necessary to compare the diagnostic accuracy in different laboratories [59].

### Analysis

Analytical methods are often limited by cost. Commercial ELISAs (e.g. Innogenetics: www.innogenetics.be) for Aβ, tau and phospho-tau-181 are very expensive. We have calculated that a 96-well plate ELISA costs approximately €900, and three kits are typically needed for quantifying Aβ, total tau and phospho-tau-181. Analysis is performed in duplicate, and includes a standard curve. In this situation, the estimated cost is approximately €68 per patient, excluding personnel and laboratory expendables. Cheaper diagnostic methods that cost around €10 per patient are warranted. Towards this goal, it is necessary to develop a multiplexed ELISA system to measure all three biomarkers concurrently in a single well. The INNO-BIA AlzBio3 assay (Innogenetics) already allows simultaneous quantification of all three biomarkers using xMAP Luminex technology [60].

Another limitation is the analysis of lowly and highly expressed proteins in the same well. If we want to measure low-level proteins, then a dilution of 1:2 in the assay might be required; however, a high-level protein cannot be quantified at such a low dilution in the same well, because it reaches saturation. Therein lies the need for two separate assays, which increases the cost associated with diagnosis.

### Interpretation and cut-off values

Finally, it is important to provide good interpretation of the data to support clinical diagnosis. In our experience, a medical doctor without a background in laboratory experimentation and analysis cannot interpret raw data. Thus, standardized testing and international cut-off values will be important.

### Validating novel biomarkers in AD diagnosis

In the scientific search for biomarkers (Figure 1), several additional criteria must be met and standardized: (i) healthy controls; (ii) clinical diagnosis and verification; and (iii) publication and validation by multicenter studies. First, it is important to collect healthy controls who are age-matched and have a similar lifestyle, sex and education. This is extremely difficult to achieve, and might explain the high variety in the data. The 'nun-study' [61] has tried to overcome this problem by analyzing a well-defined cohort of patients.

Second, in the search for a biomarker, it is important to have a perfect clinical diagnosis. A medical doctor must collect all criteria for enabling a correct diagnosis (including anamnesis, family history, general blood markers, neuropsychology, and neuroimaging, excluding other diseases). Secure diagnosis of AD can only be defined by postmortem brain analysis. It is worth noting that, to date, CSF diagnosis only supports the clinical (not postmortem) diagnosis.

Lastly, the data must be reproduced by others to validate the biomarkers, thus the scientific data must be

published in well-known, peer-reviewed journals. At least two independent research studies worldwide should confirm the results. Global initiatives, multicenter studies, and consensus protocols of analysis are of crucial importance. In this way, there will be evidence that the novel biomarkers are (or are not) useful in therapeutic studies of AD and other forms of dementia.

## Summary

At present, only the analysis of Aβ(1-42), total tau and phospho-tau-181 in CSF allows reliable, sensitive and specific diagnosis of AD, but not of other forms of dementia. Unfortunately, the use of CSF biomarkers is limited because of invasive collection methods. Efforts are underway to discover reliable blood biomarkers. To date, it seems probable that only the combination of several biomarkers derived from blood will be successful to define a patient-specific signature. Early, fast and cheap diagnosis from body fluids using modern, ultrasensitive analytical methods (e.g. microarrays or MS) will become extremely important in the future to differentiate AD from other forms of dementia, and to gauge therapeutic relevance.

## Acknowledgements

The work on biomarker identification was supported by the Austrian Science Funds (Translational Project L429-B05).

## References

1 Frey, H.J. *et al.* (2005) Problems associated with biological markers of Alzheimer's disease. *Neurochemical Res.* 30, 1501–1510
2 Henley, S.M.D. *et al.* (2005) Biomarkers for neurodegenerative diseases. *Curr. Opin. Neurol.* 18, 698–705
3 Sprott, R.L. (2010) Biomarkers of aging and disease: introduction and definitions. *Exp. Gerontol.* 45, 2–4
4 Cedazo-Minguez, A. *et al.* (2010) Biomarkers of Alzheimer's disease and other forms of dementia: clinical needs, limitations and future aspects. *Exp. Gerontol.* 45, 5–14
5 Ho, L. *et al.* (2010) Alzheimer's disease biomarker discovery in symtomatic and asymptomatic patients: Experimental approaches and future clinical applications. *Exp. Gerontol.* 45, 15–22
6 Hampel, H. *et al.* (2010) Biomarkers for Alzheimer's disease: academic, industry and regulatory perspectives. *Nat. Rev. Drug Discov.* 9, 560–574
7 Desai, A.K. *et al.* (2005) Diagnosis and treatment of Alzheimer's disease. *Neurology* 64, S34–S39
8 Sjögren *et al.* (2003) Advances in the detection of Alzheimer's disease-use of cerebrospinal fluid biomarkers. *Clin. Chim. Acta* 332, 1–10
9 Zetterberg, H. *et al.* (2003) Cerebrospinal fluid markers for prediction of Alzheimer's disease. *Neurosci. Lett.* 352, 67–69
10 Blennow, K. (2004) CSF biomarkers for mild cognitive impairment. *J. Intern. Med.* 256, 224–234
11 Blennow, K. (2005) CSF biomarkers for Alzheimer's disease: use in erarly diagnosis and evaluation of drug treatment. *Expert Rev. Mol. Diagn.* 5, 661–672
12 Marksteiner, J. *et al.* (2007) Cerebrospinal fluid biomarkers for diagnosis of Alzheimer's disease: Beta-amyloid(1-42), tau, phospho-tau-181 and total protein. *Drugs Today* 43, 423–431
13 Blennow, K. *et al.* (2010) Cerebrospinal fluid and plasma biomarkers in Alzheimer disease. *Nat. Rev. Neurol.* 6, 131–144
14 Zetterberg, H. *et al.* (2010) Amyloid β and APP as biomarkers for Alzheimer's disease. *Exp. Gerontol.* 45, 23–29
15 Stefani, A. *et al.* (2005) AD with subcortical white matter lesions and vascular dementia: CSF markers for differential diagnosis. *J. Neurol. Sci.* 237, 83–88
16 Noguchi, M. *et al.* (2005) Decreased beta-amyloid peptide42 in cerebrospinal fluid of patients with progressive supranuclear palsy and corticobasal degeneration. *Neurol. Sci.* 237, 61–65

17 Sunderland, T. *et al.* (2004) Cerebrospinal fluid beta-amyloid1-42 and tua in control subjects at risk for Alzheimer's disease: the effect of APOEe4 allele. *Biol. Psychiatry* 56, 670–676
18 Schoonenboom, N.S. *et al.* (2005) Amyloid beta 38,40 and 42 species in cerebrospinal fluid: More of the same? *Ann. Neurol.* 58, 139–142
19 Xiao, Z. *et al.* (2005) Proteomic patterns: their potential for disease diagnosis. *Mol. Cell Endocrinol.* 230, 95–106
20 Sjögren, M. *et al.* (2001) Tau and Abeta42 in cerebrospinal fluid from healthy adults 21-93 years of age: establishment of reference values. *Clin. Chem.* 47, 1776–1781
21 Hampel, H. *et al.* (2010) Total and phosphorylated tau protein as biological markers of Alzheimer's disease. *Exp. Gerontol.* 45, 30–40
22 Blasko, I. *et al.* (2006) Measurement of thirteen biological markers in CSF of patients with Alzheimer's disease and other dementias. *Dement. Geriatr. Cogn. Disord.* 21, 9–15
23 Olson, L. *et al.* (2010) Growth factors and cytokines/chemokines as surrogate biomarkers in cerebrospinal fluid and blood for diagnosing Alzheimer's disease and mild cognitive impairment. *Exp. Gerontol.* 45, 41–46
24 Hock, C. *et al.* (2000) Increased CSF levels of nerve growth factor in patients with Alzheimer's disease. *Neurology* 54, 2009–2011
25 Assini, A. *et al.* (2004) Plasma levels of amyloid beta-protein 42 are increased in women with mild cognitive impairment. *Neurology* 63, 828–831
26 Borroni, B. *et al.* (2006) Predicting Alzheimer dementia in mild cognitive impairment patients. Are biomarkers useful? *Eur. J. Pharmacol.* 545, 73–80
27 Brettschneider, S. *et al.* (2005) Decreased serum amyloid beta1-42 autoantibody levels in Alzheimer's disease, determined by a newly developed immuno-precipitation assay with radiolabeled amyloid beta1-42 peptide. *Biol. Psychiatry* 57, 813–816
28 Gustaw-Rothenberg, K.A. *et al.* (2010) Dissociated amyloid-β antibody levels as a serum biomarkerfor the progrssion of Alzheimer's disease: a population-based study. *Exp. Gerontol.* 45, 47–52
29 Blasko, I. *et al.* (2005) Plasma amyloid beta protein 42 in non-demented persons aged 75 years: effects of concomitant medication and medial temporal lobe atrophy. *Neurobiol. Aging* 26, 1135–1143
30 Tang, K. *et al.* (2006) Platelet amyloid precursor protein processing: a bio-marker for Alzheimer's disease. *J. Neurol. Sci.* 240, 53–58
31 Borroni, B. *et al.* (2010) Blood cell markers in Alzheimer's disease: amyloid precursor protein form ratio in platelets. *Exp. Gerontol.* 45, 53–56
32 Fiala, M. *et al.* (2010) Biomarkers of inflammation and amyloid-beta phagocytosis in patients at risk of Alzheimer disease. *Exp. Gerontol.* 45, 57–63
33 Hye, A. *et al.* (2005) Glycogen synthase kinase-3 is increased in white cells early in Alzheimer's disease. *Neurosci. Lett.* 373, 1–4
34 Marksteiner, J. *et al.* (2009) Glycogen-synthase kinase-3β is decreased in peripheral blood mononuclear cells of patients with mild cognitive impairment. *Exp. Gerontol.* 44, 370–371
35 de Barry, J. *et al.* (2010) Protein kinase C as a peripheral biomarker for Alzheimer's disease. *Exp. Gerontol.* 45, 64–69
36 Ray, S. *et al.* (2007) Classification and prediction of clinical Alzheimer's diagnosis based on plasma signaling proteins. *Nat. Med.* 13, 1359–1362
37 Marksteiner, J. *et al.* (2009) Five out of 16 plasma signaling proteins are enhanced in plasma of patients with mild cognitive impairment and Alzheimer's disease. *Neurobiol. Aging*, doi:10.1016/j.neurobiolaging.2009.03.011
38 Soares, H.D. *et al.* (2009) Identifying early markers of Alzheimer's disease using quantitative multiplex proteomic immunoassay panels. *Ann. N. Y. Acad. Sci.* 1180, 56–67
39 Wang, G.P. *et al.* (1991) Brain ubiquitin is markedly elevated in Alzheimer disease. *Brain Res.* 566, 146–151
40 Ponnappan, U. (2002) Ubiquitin–proteasome pathway is compromised in CD45RO+ and CD45RA+ T lymphocyte subsets during aging. *Exp. Gerontol.* 37, 359–367
41 Kudo, T. *et al.* (1994) Alzheimer disease: correlation of cerebro-spinal fluid and brain ubiquitin levels. *Brain Res.* 639, 1–7
42 Ullrich, C. *et al.* (2010) Ubiquitin enzymes, ubiquitin and proteasome activity in blood mononuclear cells of MCI, Alzheimer and Parkinson patients. *Curr. Alzheimer Res.* 7, 549–555
43 Baird, D.M. (2006) Telomeres. *Exp. Gerontol.* 41, 1223–1227

44 Lukens, J.N. *et al.* (2009) Comparisons of telomere lengths in peripheral blood and cerebellum in Alzheimer's disease. *Alzheimer's Dement* 5, 463–469

45 Panossian, L.A. *et al.* (2003) Telomere shortening in T cells correlates with Alzheimer's disease status. *Neurobiol. Aging* 24, 77–84

46 von Zglinicki, T. *et al.* (2000) Short telomeres in patients with vascular dementia: an indicator of low antioxidative capacity and a possible risk factor? *Lab. Invest.* 80, 1739–1747

47 Lanni, C. *et al.* (2007) Unfolded p53: a potential biomarker for Alzheimer's disease. *J. Alzheimer's Dis.* 12, 93–99

48 Bergman, M. *et al.* (2002) Are peripheral blood cells from patients with Alzheimer disease more sensitive to apoptotic stimuli? *Alzheimer Dis. Assoc. Disord.* 16, 156–160

49 Leuner, K. *et al.* (2007) Enhanced apoptosis, oxidative stress and mitochondrial dysfunction in lymphocytes as potential biomarkers for Alzheimer disease. *J. Neural Transm.* 72, 207–215

50 Ankarcrona, M. *et al.* (2005) Biomarkers for apoptosis in Alzheimer disease. *Int. J. Geriatr. Psychiatry* 20, 101–105

51 Schindowski, K. *et al.* (2006) Apoptosis of CD4+ T and natural killer cells in Alzheimer's disease. *Pharmacopsychiatry* 39, 220–228

52 Tacconi, S. *et al.* (2004) Increased caspase activation in peripheral blood mononuclear cells of patients with Alzheimer's disease. *Exp. Neurol.* 190, 254–262

53 Ewers, M. *et al.* (2010) Blood-based biomarkers of microvascular pathology in Alzheimer's disease. *Exp. Gerontol.* 45, 75–79

54 Kuo, H.K. *et al.* (2005) Relation of C-reactive protein to stroke, cognitive disorders, and depression in the general population: systematic review and meta-analysis. *Lancet Neurol.* 4, 371–380

55 Clarke, R. *et al.* (1998) Folate, vitamin B12, and serum total homocysteine levels in confirmed Alzheimer disease. *Arch Neurol.* 55, 1449–1455

56 Hochstrasser, T. *et al.* (2010) Soluble cell adhesion molecules in monocytes of Alzheimer's disease and mild cognitive impairment. *Exp. Gerontol.* 45, 70–74

57 Thambisetty, M. *et al.* (2010) Blood-based biomarkers of Alzheimer's disease: challenging but feasible. *Biomark. Med.* 4, 65–79

58 Teunissen, C.E. *et al.* (2009) A consensus protocol for the standardization of cerebrospinal fluid collection and biobanking. *Neurology* 73, 1914–1922

59 Verwey, N.A. *et al.* (2009) A worldwide multicentre comparison of assay for cerebrospinal fluid biomarkers in Alzheimer's disease. *Ann. Clin. Biochem.* 46, 235–240

60 Lewczuk, P. *et al.* (2008) Multiplexed quantification of dementia biomarkers in the CSF of patients with early dementias and MCI: a multicenter study. *Neurobiol. Aging* 29, 812–818

61 Snowdown, D.A. (2003) Healthy aging and dementia: findings from the Nun Study. *Ann. Intern. Med.* 139, 450–454

62 Grünblatt, E. *et al.* (2009) Gene expression as peripheral biomarkers for sporadic Alzheimer's disease. *J. Alzheimers Dis.* 16, 627–634

63 Abdi, F. *et al.* (2006) Detection of biomarkers with a multiplex quantitative proteomic platform in cerebrospinal fluid of patients with neurodegenerative disorders. *J. Alzheimers Dis.* 9, 293–348

64 Singer, D. *et al.* (2009) Immuno-PCR-based quantification of multiple phosphorylated tau-epitopes linked to Alzheimer's disease. *Anal. Bioanal. Chem.* 395, 2263–2267

65 Marvin, L.F. *et al.* (2003) Matrix-assisted laser desorption/ionization time-of-flight mass spectometry in clinical chemistry. *Clin. Chim. Acta* 337, 11–21

66 Oe, T. *et al.* (2006) Quantitative analysis of amyloid beta peptides in cerebrospinal fluid of Alzheimer's disease patients by immunoaffinity purification and stable isotope dilution liquid chromatography/negative electrospray ionization tandem mass spectrometry. *Rapid Comm. Mass Spectrom.* 20, 3723–3735

67 Hutchinson, R.W. *et al.* (2005) Imaging and spatial distribution of beta-amyloid peptide and metal ions in Alzheimer's plaques by laser ablation-inductively coupled plasma-mass spectrometry. *Anal. Biochem.* 346, 225–233

68 Wittke, S. *et al.* (2005) Discovery of biomarkers in human urine and cerebrospinal fluid by capillary electrophoresis coupled to mass spectrometry: towards new diagnostic and therapeutic approaches. *Electrophoresis* 26, 1476–1487

69 Kellner, A. *et al.* (2009) Autoantibodies against beta-amyloid are common in Alzheimer's disease and help control plaque burden. *Ann. Neurol.* 65, 24–31

70 Cogswell, J.P. *et al.* (2008) Identification of miRNA changes in Alzheimer's disease brain and CSF yields putative biomarkers and insights into disease pathways. *J. Alzheimers Dis.* 14, 27–41

71 Ginsberg, S.D. *et al.* (2006) Single cell gene expression profiling in Alzheimer's disease. *NeuroRx* 3, 302–318

72 Schipper, H.M. *et al.* (2007) MicroRNA expression in Alzheimer blood mononuclear cells. *Gene Regul. Syst. Bio.* 1, 263–274

73 Maes, O.C. *et al.* (2007) Transcriptional profiling of Alzheimer blood mononuclear cells by microarray. *Neurobiol. Aging* 28, 1795–1809

74 Oh, J.H. *et al.* (2010) MSQ: a tool for quantification of proteomics data generated by a liquid chromatography/matrix-assisted laser desorption/ionization time-of-flight tandem mass spectrometry based targeted quantitative proteomics platform. *Rapid Commun. Mass Spectrom.* 24, 403–408

75 Frankfort, S.V. *et al.* (2008) Serum amyloid beta peptides in patients with dementia and age-matched non-demented controls as detected by surface-enhanced laser desorption ionisation-time of flight mass spectrometry (SELDI-TOF MS). *Curr. Clin. Pharmacol.* 3, 144–154

76 Simonsen, A.H. *et al.* (2007) Identification of a novel panel of cerebrospinal fluid biomarkers for Alzheimer's disease. *Neurobiol. Aging* 29, 961–968

77 Maddalena, A.S. *et al.* (2004) Cerebrospinal fluid profile of amyloid beta peptides in patients with Alzheimer's disease determined by protein biochip technology. *Neurodegener. Dis.* 1, 231–235

# EXHIBIT E

Am J Neurodegener Dis 2012;1(1):99-106
www.AJND.us /ISSN:2165-591X/AJND1204007

## Original Article
# Tau is reduced in AD plasma and validation of employed ELISA methods

D Larry Sparks[1], Richard J Kryscio[2],  Marwan N Sabbagh[3], Chuck Ziolkowski[1], Yushun Lin[2], Lisa M Sparks[1], Carolyn Liebsack[3], Sherry Johnson-Traver[1]

[1]Roberts Laboratory for Neurodegenerative Disease Research, Banner Sun Health Research Institute, Sun City, AZ, USA; [2]Department of Statistics, University of Kentucky, Lexington, KY, USA; [3]Cleo Roberts Clinical Research Center, Banner Sun Health Research Institute, Sun City, AZ, USA.

Received April 26, 2012; accepted May 13, 2012; Epub May 15, 2012; published May 30, 2012

Abstract: Objective: Measure total tau levels in the circulation of living humans, validate the methods employed and determine if there are consistent differences in total tau levels between normal controls and individuals with mild cognitive impairment (MCI) and/or Alzheimer's disease (AD). Methods:  Employing ELISA methods, validated by Western bolts using three separate tau antibodies, we quantified total tau levels in serially collected serum and plasma samples from individuals longitudinally evaluated for cognitive performance. Results: We identified substantial levels of tau in human circulation using plasma, but not serum.  The measurement of authentic tau protein was verified by Western blots using a C-terminal specific antibody, an N-terminal specific antibody and antibody used in the commercially available ELISA kit.  We revealed a significant decrease in plasma levels of total tau among subjects with MCI compared to cognitively normal controls, with a further highly significant reduction in AD patients compared to both MCI and normal controls.  We also found a significant positive correlation between changing levels of plasma tau and cognitive performance within the entire population and among AD patients. Conclusions: The data suggest that changes in circulating tau levels quantified in plasma samples, but not serum samples, may represent a viable biomarker for tracking the progression of AD and the efficacy of medications in its treatment.

Keywords: Circulating tau levels, mild cognitive impairment, Alzheimer's disease

## Introduction

The search for a reliable biomarker for Alzheimer's disease (AD) has been ongoing for the last decade or longer.  Initially, blood samples were assessed for changes in amyloid-beta (Aβ) – driven by the abundant data that Aβ in the brain was a prime candidate for precipitating AD. It has been reported that there are increased tau and 181-p-tau levels in CSF of MCI subjects converting to AD and that levels are stable in controls and MCI subjects not converting to AD, while the levels of Aβ42 were decreased at baseline in MCI subjects converting to AD [1]. It has been reported that increasing 231-p-tau levels may also be a predictor of conversion from MCI to AD [2].

The initial observations of Blennow's group [3] between predictable changes in CSF levels of tau and amyloid beta (Aβ) and the risk of AD as well as transition from MCI to AD [4-7] are currently being verified, validated and standardized by the Alzheimer's Disease Neuroimaging Initiative (ADNI) [8, 9]. A number of the research groups  – including the ADNI cooperative – have repeatedly reported on  tau levels in CSF as a biomarker for AD [10-14] without ever reporting circulating tau levels.  There is one report of antibodies to tau in human blood with higher levels to phosporylated-tau occurring in a limited number of patients with AD [15], and recently it was noted  by the ADNI group that "methods to analyze tau in blood are at the experimental beginning" [16].

Initial studies focused on measuring tau in the blood of individuals with AD were discouraging [17]. Employing sandwich ELISA methods plasma tau was quantifiable in only 1 of 16 indi-

viduals with AD and 7 of 15 normal controls. These authors noted that plasma tau levels were not increased in AD and concluded that circulating tau levels cannot be utilized diagnostically for the disorder [17]. More recently, using carboxylated microsphere bead methods to quantify tau levels in plasma [18], increased level of tau were observed 48 hours after onset of coma after a cardiac arrest, reaching levels as high as 500 pg/ml. Most recently more sensitive ELISA kits for quantifying tau have been developed and used to study serum.

Studies investigating serum samples using this more sensitive ELISA for tau have also been mixed, in that increased levels have been noted in CJD [19] with levels below detection limits in AD and Controls, in multiple sclerosis but being below detection limits in the controls [20], in ischemic stroke [21, 22] and in adult [23] and pediatric head trauma [24]. It is of note that in rats with experimental brain injury, serum tau levels are increased from a basal level of 18 pg/ml to 74 pg/ml one hour after insult using these more sensitive ELISA kits [25].

Using the same sensitive ELISA kits noted above, we measured total tau in human plasma, and now report significant differences between cognitively normal control individuals, subjects with MCI and patients with AD. Using the antibody employed in the ELISA kit and antibodies supplied by Dr. L. "Skip" Binder we validated the ELISA methods and results by Western blots.

## Materials and methods

### Population pool

Inclusion of control, MCI and AD subjects in the current biomarker study was predicated on their participation in the Banner Sun Health Research Institute Brain Donation Program. After an IRB approved consent was attained for participation in the Donation program, subjects received complete medical, neurological, and neuropsychological assessments. All subjects included in the Brain Donation Program were prospectively characterized, diagnosed, and assessed during life and followed to autopsy. AD subjects met NINCDS-ADRDA criteria for a clinical diagnosis of probable or possible AD [26]. The MCI subjects were diagnosed clinically using Petersen criteria [27-29]: all were categorized as single or multi-domain MCI. Control

subjects were defined as having no demonstrable cognitively based limitations of activities of daily living including, when applicable, employment. Rigorous criteria were used to exclude anyone with any type of symptomatic or severe brain-related neurologic or psychiatric illnesses. This was done by prospective interview of the participant and careful scrutiny of the medical records.

### Patient population

Subjects investigated in this biomarker study were a sub-set of individuals participating in our Brain Donation Program at Banner Sun Health Research Institute noted above. Studies were performed on plasma and sera samples from this sub-set of individuals participating in Brain Donation Program (thus allowing us access to the clinical data and diagnosis for each individual gathered under the umbrella of the larger study). Participation in this study was voluntary and at no cost to the subjects.

All subjects entered into the study were thoroughly informed of the details of the study. Each subject signed (and dated) a second separate written IRB approved Informed Consent Statement, which was witnessed in order to participate in this biomarker study. These individuals were rigorously evaluated clinically predicated on their willingness to donate their brain upon demise (Brain Donation Program Participants). Standardized clinical instruments were administered to assess cognitive function.

### Study design

Individuals participating in the ongoing longitudinal study provide a blood sample on each day that they are assessed for cognitive performance and consensus diagnosis as part of the Brain Donation Program. The MMSE [30], Rey's AVLT [31, 32], and the clock draw [33] were performed annually as part of the clinical evaluation. Blood samples were collected in purple top tubes, centrifuged and the plasma was stored at -70 °C in 100 μl aliquots within 30 minutes of collection until analysis for total tau levels and other selected biomarkers. On the same day, a red top tube of blood was obtained from each individual and resultant sera was collected and similarly stored until biomarker analysis. Apolipoprotein-E genotyping was not performed and CSF samples were not available

for investigation. Tau levels (total human tau) were established in each plasma sample and selected serum samples processed according our protocol using ELISA quantification methods employing ELISA (Immunoassay) kits and standards purchased from Invitrogen Corp., Camarillo, CA.

Of the over 350 individuals we have longitudinally collected both plasma and sera in the last decade we selected all individual having a diagnosis of MCI or AD for investigation (N = 47 and 49 respectively). We randomly selected twice as many age-matched cognitively normal controls for assessment (N = 110). In 38 control individuals we performed test-retest assessment; separate 100ul samples were thawed and analyzed for total tau levels in independent assays. In 29 individuals we performed tissue type and deterioration assessments; we quantified total tau levels in plasma and serum collected simultaneously, and then allowed the thawed plasma sample to sit at $4^o$ C for 24 hours and then reassessed the level of total tau.

*Tau ELISA assay*

Samples were assayed using the ELISA kit from Invitrogen (#KHB0042) as previously detailed [34]. All reagents used are supplied in the kit. Each ELISA plate was read at 450nm in a Bio-Tex ELx800 plate reader. Reader software (4 parameter algorithm) calculated all data.

*Western blots*

Plasma samples were stripped of Albumin/IgG using ProteoSeek columns (IgG removal kit #89875, Thermo Sci). We found that by reducing the volume of the final wash that we could reduce the dilution of samples from 1:17 as called for in the kit to a dilution of only 1:9, thus increasing the concentration of protein applied to the gel lanes. Ten to fifteen microliters of resultant eluant were added per well using 4-12% Bis-Tris gels (Invitrogen)., transferred to nitrocellulose .45 micron pore size papers, and papers were immersed in antibody overnight and developed the next day. No fluorescent enhancement was used to visualize stained bands. The non-commercially available Total-tau antibody employed by Invitrogen in making their ELISA kit was quite generously supplied by Invitrogen. Two antibodies, Tau-7 (N-terminal specific) and Tau-12 (C-terminal specific), were generously supplied by Lester 'Skip' Binder.

A total of 10 control individuals, 6 individuals with MCI and 8 AD patients were assessed for tau immunoreactive bands by Western blots using all three antibodies. Plasma samples from an additional 3 control individuals were incubated with and without proteinase-K (Promega) after IgG stripping to affirm that tau immunoreactive bands were proteins (employing tau-7 and tau-12 antibodies), likewise samples from an additional 6 control individuals were incubated with and without phosphatase at 37 C for 60 minutes to affirm that higher MW bands stained by tau-12 were likely various forms of p-tau.

*Statistical analysis*

In the cross sectional analysis the mean level of total tau was compared among the three groups: control, MCI, and AD by using a one way analysis of variance (ANOVA) with post hoc comparison of means depending on Fisher's protected least significant differences procedure. In addition, for each group total tau was correlated with the MMSE, AVLT, AVLT-A7 and clock draw scores using Pearson's correlation coefficient.

Longitudinal analysis was conducted using two methods. In the first, slopes were computed by taking the change in tau between successive visits and dividing it by the length of time between visits (estimated slope of the change in total tau between visits). Each slope was assigned to one of seven groups: control to control; CC, control to MCI; CM, control to AD; CA, MCI to AD; MA, MCI to MCI; MM, MCI to control; MC, or AD to AD; AA depending on the diagnosis at the two visits. For example, if a subject was cognitively intact at the first visit but MCI at the second, then that slope was assigned to the CM group. Mean slopes were compared among these 7 groups using a linear mixed model (LMM) since some subjects had three visits and were assigned to different groups on the successive visits. The LMM accounts for the correlation between multiple slopes are computed on the same subject. An alternative analysis used a different LMM to regress total tau on time on study using a random intercept model with fixed effects being the diagnosis at that visit and a potential for interaction between diagnosis and the effect of time on study. Statistical



**Figure 1.** Western blot of standards and plasma samples immunostained with the total-tau antibody employed in the total-tau quantification ELISA kits produced by Invitrogen. Molecular weight standards are in lane 1, tau isoform standards are in lane 2, and authentic human 441 tau is seen in lane 4. No sample (blanks) was added to lanes 3, 5, 6, 8, 10, 12 and 14. A plasma sample – after stripping IgG – from an Alzheimer's patient was applied to lane 7, from an individual with MCI to lane 9, from a control subject to lane 11, from a rabbit fed a control diet to lane 13 and from a rabbit fed a 1% cholesterol diet to lane 15.

significance is set at p < 0.05 throughout.

## Results

*Western blot validation of ELISA methods*

A sample of Tau isoform ladder standard shows the characteristic six prominent bands and authentic full length h441 tau standard show a prominent band at about 58 kilodalton stained with Invitrogen total-tau antibody (employed in the ELISA kits; **Figure 1**), tau-7 (not shown) and tau-12 (**Figure 2**). Bands consistent with authentic tau were found in every plasma sample from control, MCI and AD individuals, (and in rabbit plasma from animals receiving normal control or cholesterol-enriched diet [34], **Figure 1**), thus validating the ELISA methods for measuring tau in plasma with three separate specific tau antibodies. It is of note that there are both lower MW and higher MW protein bands identified by all three tau antibodies in the human samples. Incubation of plasma samples with proteinase-K eliminated all tau-7 and -12 immunoreactive bands thus verifying that observed immunoreactive bands were different MW proteins. Each plasma sample incubated with phosphatase showed a reduction in higher MW immunoreactive bands and increased intensity of bands consistent with authentic h441 (not shown),

thus indicating that p-tau in the samples had likely been converted to non-phosphorylated tau.

*Tau quantification by ELISA*

The mean age (years $\pm$ SD) for the control (78.5 $\pm$ 7.3) and the MCI (78.7 $\pm$ 12.3) populations were somewhat younger than the AD (84.4 $\pm$ 7.1) study population. The percent males in the control population was less (39 %) than in the MCI and AD populations, which were similar (MCI = 56 %; AD = 53 %).

*Cross sectional analysis of ELISA data*

The mean circulating tau level (picograms/ml) is depressed in plasma of patients with AD when compared to both cognitively normal control and individuals with mild cognitive impairment (MCI) (P< 0.0001 and p=0.0002, respectively) (**Table 1**). The mean Tau levels were also significantly reduced in MCI compared to control (P = 0.048, **Table 1**).

There was no correlation found between total tau levels and the neuropsychological tests within each group except for the correlation between tau and AVLT score in the AD group (r = 0.45, P < 0.02). When the three groups are



**Figure 2.** Western blot of standards and plasma samples immunostained with tau-12 antibody (C-terminal) supplied by Dr. Lester Binder. Molecular weight standards are in lane 1, tau isoform standards are in lane 2, and authentic human 441 tau is seen in lane 3. No sample (blanks) was added to lanes 4, 6, 8, 10, 12 and 14. A plasma sample – after stripping IgG – from two separate AD patients are seen in lanes 5 and 7, from two separate individuals with MCI are in lanes 9 and 11, and from two separate age-matched control are in lanes 13 and 15.

**Table 1.** Mean and standard deviation of total tau levels (picograms/ml plasma) by group.

| Population | N | Mean | SD |
|---|---|---|---|
| Control | 110 | 819.5 | 294.4 |
| MCI | 47 | 729.8* | 225.6 |
| AD | 49 | 530.4** | 193.6 |

*$p = 0.048$ compared to control and $p = 0.0002$ compared to AD; **$p = 0.0001$ compared to control

**Table 2.** Pearson's correlation between total tau levels and neuropsychological test scores.

| Group | MMSE | AVLT | A7 | Clock Draw |
|---|---|---|---|---|
| AD | -0.005 | 0.455* | 0.067 | 0.360 |
| MCI | -0.011 | 0.033 | 0.110 | -0.049 |
| Control | -0.083 | -0.176 | -0.109 | -0.045 |
| Combined | 0.278** | 0.196** | 0.181** | 0.141 |

*$p = 0.02$; **$p= 0.01$

combined total tau is positively correlated with three tests: MMSE, AVLT, and AVLT-A7 ($p = 0.01$), but not with the clock draw (**Table 2**).

*Longitudinal analyses*

Using all visits we classified each subject in the study by their diagnoses at two successive visits and then computed the estimated mean slope of the change in tau per group. Finally, we fitted an alternative LMM by regressing tau on time on study with a random intercept per subject to determine if the tau levels changed significantly over time ($P = 0.30$) and if this change varied by diagnosis ($P = 0.0008$). The results are negative in that there is no evidence of a significant change in tau level over time when the subject remains in the same diagnostic category (AA, N = 7; MM, N = 10), although among those individuals maintaining control status (CC) there

was a large of enough sample (N=33) to observe a slight but significant increase in circulating tau with increasing age (p = 0.042; between test interval = 1.8 ± 1.8 years (SD)). We have investigated insufficient numbers of CM, CA, MA, and MC individuals to provide viable longitudinal statistical assessment at this time.

*Test/retest analysis*

The correlation between the level of total tau obtained from the initial assessment from a freshly thawed sample (test) and the value obtained from a second freshly thawed sample (retest) collected simultaneously in each individual was highly significant (r=0.90, p<0.0001 based on n = 38).

Thereafter, we constructed a one way analysis of variance with only random effects to compute reproducibility by computing the intra class correlation coefficient between the test and retest values (ICC). The computed ICC was 0.84 indicating excellent reproducibility.

*Tissue type and deterioration analysis*

There was no detectable total tau in any serum sample assessed (N = 29), but substantial levels of total tau were identifiable in plasma for the same individuals whether freshly thawed or aged at 4° C for 24 hours. The correlation between the plasma levels of tau identified in the time 0 run and the 24 hour re-run was highly significant ( r=0.93, p<0.0001; n = 29). The tau levels identified at time 0 and 24 hours later were significantly different (p < 0.0001 by a paired t-test); the mean of the paired differences (tau_1 - tau_2) was 130 ± 113 (picograms/ml ± SD), implying the tau levels are significantly greater at time = 0 than at 24 hours by 130 units on average.

## Discussion

Substantial levels of tau are found in the blood of humans and they were significantly lower in plasma of AD patients compared with cognitively normal controls. Based on our unpublished data, the circulating levels of tau in elderly normal controls are 2-3 times greater than encountered in the CSF.

A possible mechanism for reduced total tau in AD blood would depend on the origin of the pep-

tide deposited in the brain. Animal studies of brain injury suggest that circulating tau emanates from central neurons [25]. If the tau depositing in the AD brain is overproduced there, the most likely mechanism to explain the current data could be reduced clearance of excess central tau to the blood. This would be similar to findings for GDNF where increased levels are found in AD CSF compared to control, but serum levels are significantly lower than found compared to the same control population [35]. Regardless of the mechanism, changing total tau levels in an easily accessible tissue (blood) may constitute a useful biomarker in following the progression of AD or the benefit of medications in a RCT.

The forgoing is supported by the observation that as cognitive performance declines so do circulating total tau levels. We found a highly significant correlation between reduced performance on the MMSE and Rey's AVLT and decreased circulating total tau levels. On the one hand, the latter correlations may be an artifact of combining the three groups since according to our cross-sectional data (**Table 1**), tau varies among the groups and it is well known that the neuropsychological tests vary among the groups. On the other hand, the window of change possible within the control and MCI populations may be sufficiently narrow for the clinical scores (i.e., the range for the MMSE may be only 3-5 points) to correlate to circulating tau levels and therefore it would be necessary to combine the populations to observe the widest range of possible cognitive performances.

Our pilot longitudinal studies indicate that there are stable circulating tau levels in AD and MCI patients remaining AD or MCI, although there is a sight, but significant, age-related increase in circulating tau among individuals maintaining a cognitive control status. This could support the premise that tau levels rise during an individual's life and that in MCI and AD circulating tau may begin entering the brain thus facilitating NFT formation [34]. Longitudinal studies are underway which may be able to confirm the possibility that as an individual makes the transition from cognitive control to MCI and thereafter to AD, that circulating tau levels follow the decrease in cognitive performance in an individual.

Our tissue type and deterioration studies sug-

gested that there is no identifiable tau in human sera employing our methods. We suggest that this might be due to collateral metabolism associated with the clotting cascade, or clot formation, or both. The fact that aged plasma contains less tau than freshly thawed sample suggest that there may also be $Ca^{++}$ independent tau proteolysis distinct from collateral metabolism (the clotting cascade).

Overall the data suggest that changes in plasma total tau levels may provide a new avenue of identifying the onset of MCI and thereafter AD, thus allowing the ability to follow the disease from beginning to end. Future studies could confirm this hypothesis.

## Acknowledgement

This study was funded in part by: the Arizona Biomedical Research Commission (DLS; contract 08-09), the Banner SHRI Brain Donation Program (P30-AG019610). There are no conflicts of interest for any author.

**Address correspondence to:** Dr. D Larry Sparks, Roberts Laboratory for Neurodegenerative Disease Research, Banner Sun Health Research Institute, Sun City, AZ, USA. Phone: (623) 876-5463; Fax (623) 876-5461; E-mail: Larry.Sparks@Bannerhealth.com

## References

[1] Strozyk D, Launer LJ, Adlard PA, Cherny RA, Tsatsanis A, Volitakis I, Blennow K, Petrovitch H, White LR and Bush AI. Zinc and copper modulate Alzheimer Abeta levels in human cerebrospinal fluid. Nerobiol Aging 2009; 7: 1069-1077.

[2] Ewers M, Buerger K, Teipel SJ, Scheltens P, Schroder J, Zinkowski RP, Bouwman FH, Schonknecht P, Schoonenboom NS, Andreasen N, Wallin AK, DeBernardis JF, Kerkman DJ, Heindl B, Blennow K and Hampel H. Multicenter assessment of CSF-phosphorylated tau for the prediction of conversion of MCI. Neurology 2007; 69: 2205-2212.

[3] Olsson A, Vanderstichele H, Andreasen N and al e. Simultaneous measurement of beta-amyloid (1-42), total tau and phosphorylated tau (Thr81) in cerebrospinal fluid by the xMAP technology. Clin Chem 2005; 51: 336-345.

[4] Vanderstichele H, De Meyer G, Shapiro F, Engelborghs S, De Deyn PP, Shaw LM and Trojanowski JQ. Alzheimer's Disease Biomarkers: From concept to clinical utility. In: Galimberti D, Scarpini E, editors. Biomarkers for Early Diagnosis of Alzheimer's Disease. Nova Science

Publishers; 2008. p. 81-122.

[5] de Leon MJ, Mosconi L, Blennow K, DeSanti S, Zinkowski RP, Mehta PD, Pratico D, Tsui W, Saint Louis LA, Sobanska L, Brys M, Li Y, Rich K, Rinne J and Rusinek H. Imaging and CSF studies in the preclinical diagnosis of Alzheimer's disease. Ann N Y Acad Sci 2007; 1097: 114-145.

[6] Hansson O, Zetterberg H, Buchhave P, Andreasson U, Londos E, Minthon L and Blennow K. Prediction of Alzheimer's disease using the CSF Abeta42/Abeta40 ratio in patients with mild cognitive impairment. Dement Geratr Cogn Disord 2007; 23: 316-320.

[7] Hansson O, Zetterberg H, Buchhave P, Londos E, Blennow K and Minthon L. Association between CSF biomarkers and incipient Alzheimer's disease in patients with mild cognitive impairment: a follow-up study. Lancet Neurol 2006; 5: 228-234.

[8] Shaw LM, Vanderstichele H, Knapik-Czajka M, Clark CM, Alsen PS, Peterson RC, Blennow K, Soares H, Simon AJ, Lewczuk P, Dean R, Siemers E, Potter W, Lee VM, Trojanowski JQ and Initiative AsDN. Cerebrospinal Fluid Biomarker Signature in Alzheimer's Disease Neuroimaging Initiative Subjects. 2009; 1-12.

[9] Shaw LM, Korecka M, Clark CM, Lee VM and Trojanowski JQ. Biomarkers of neurodegeneration for diagnosis and monitoring therapeutics. Nature Reviews Drug Discovery 2007; March 9: 2176.

[10] Ringman J, Younkin S, Pratico D, Seltzr W, Cole G, Geschwind D, Rodriquez-Aqudelo Y and al e. Biochemical markrs in persons with preclinical familial Alzheimer disease. Neurology 2008; Jul 8; : 85-92.

[11] Trojanowski JQ, Vandeerstichele H, Korecka M, Clark C, Aisen P, Petersen R, Biennow K, Soares H, Simon AJ, Lewczuk P, Dean R, Siemers E, Potter W, Weiner M and al e. Update on the biomarker core of the Alzheimer's Disease Neuroimaging Initiative subjects. Alzheimer's Dement 2010; May 230-238.

[12] Blennow K, Hamm K, Weiner MW and Zetterberg H. Cerebrospinal fluid and plasma biomarkers in Alzheimer disease. Nat Rev Neurol 2010; 2010: 6(3).

[13] Scheurich A, Urban P, Koch-Khoury N and Fellgiebel A. CSF phospho-tau is independent of age, cognitive status and gender of neurological patients. J Neurol Nerosurge Psychiatry 2010; Apr: 609-614.

[14] De Meyer G, Shapiro F, Vanderstichele H, Vanmechelen E, Engelborghs S, De Deyn PP, Coart E, Hansson O, Minthon L, Zetterberg H, Blennow K, Shaw L and Trojanowski JQ. Diagnosis-independent Alzheimer disease biomarker signature in cognitively normal elderly people. Arch Neorol 2010; 67(8): 949-956.

[15] Rosenmann H, Meiner Z, Geylis V, Abramsky O and Steinitz M. Detection of circulating antibod-

ies against tau protein in its unphosphorylated and in its neurofibrillary tangles-related phosphorylated state in Alzheimer's disease and healthy subjects. Neurosci Lett 2006; Dec 20: 90-93.

[16] Hampel H, Blennow K, Shaw L, Hoessler Y, Zetterberg H and Trojanowski JQ. Total and phosphorylated tau protein as biological markers of Alzheimer's disease. Exp Gerontol 2010; Jan: 30-40.

[17] Ingelsson M, Blomberg M, Benedikz E, Wahlund LO, Karlsson E, Vanmachelen E and Lannfelt L. Tau Immunoreactivity detected in Human Plasma, But no Obvious Increase in Dementia. Dementia and Geriatric Cognitive Disorders 1999; 10:: 442-445.

[18] Mortberg, Zetterberg H, Nordmark J, Blennow K, Catry C, Daecraemer H, Vanmechelen E and Rbertsson S. Plasma tau protein in comatose patients after cardiac arrest treated with therapeutic hypothermia. Acta Anaesthesiol Scand 2011; 55: 1132-1138.

[19] Noguchi-Shinohara M, Hamaguchi T, Nozaki I, Sakai K and Yamada M. Serum tau protein as a marker for the diagnosis of Creutzfeldt-Jakob disease. J Neurol 2011; 258: 1464-1468.

[20] Bartosik-Psujek H, Psujek M, Jaworski J and Stelmasiak Z. Total tau and S100b proteins in different types of multiple sclerosis and during immunosuppressive treatment with mitoxantrone. Acta Neurol Scand 2011; 123: 252-256.

[21] Wunderlich M, Lins H, Skalej M, Wallesch C and Goertler M. Neuron-specific enolase and tau protein as neurobiochemical markers of neuronal damage are related to early clinical course and long-term otcome in acute ischemic stroke. Clinical Neuology & Neurosurgery 2006; 108: 558-563.

[22] Bielewicz J, Kurzepa J, Czekajska-chehab E, Stelmasiak Z and Bartosik-Psujek H. Does Serum Tau Protein Predict the Outcome of Patients with Ischemic Stroke? J Mol Neurosci 2011; 43: 241-245.

[23] Liliang P-C, Liang C-L, Weng H-C, Lu K, Wang K-W, Chen H-J and Chuang J-H. tau Proteins in Serum Predict Outcome After Severe Traumatic Brain Injury. Journal of Surgical Research 2010; 160: 302-307.

[24] Guzel A, Karasalihoglu S, aylanc H, Temizoz O and Hicdonmez T. Validity of serum tau protein levels in pediatric patients with minor head trauma. American Journal of Emergency Medicine 2010; 28: 399-403.

[25] Liliang P-C, Liang C-L, Lu K, Wang K-W, Weng H-C, Hsieh C-H, Tsai Y-D and Chen H-J. Relationship between injury severity and serum tau protein levels in traumatic brain injured rats. Resuscitation 2010; 10: 1205-1208.

[26] McKhann G, Drachman D, Folstein M, Katzman R, Price D and Stadlan EM. Clinical diagnosis of Alzheimer's diseae. Neurology 1984; 34: 939-944.

[27] Petersen RC. Mild cognitive impairment: transition between aging and Alzheimer's disease. Neurologia 2000; 15: 93-101.

[28] Petersen RC. Mild cognitive impairment as a diagnostic entity. J Intern Med 2004; 256: 183-194.

[29] Petersen RC, Doody R, Kurz A, Mohs RC, Morris JC, Rabins PV, Ritchie K, Rossor M, Thal L and Winblad B. Current concepts in mild cognitive impairment. Arch Neurol 2001; 58: 1985-1992.

[30] Folstein MF, Folstein SE and McHugh PR. "Mini-Mental State:" A practical method for grading the mental state of patients for the clinician. J Psychiatric Res 1975; 12: 189-198.

[31] Rey A. L'examen clinique en psychologie. Paris: Presses Universitaires de France, 1964.

[32] Taylor EM. Psychological appraisal of children with cerebral deficits. Cambridge, MA: Harvard University Press, 1959.

[33] Borod JC, Goodglass H and Kaplan E. Normative data on the Boston Diagnostic Aphasia Examination, Parietal Lobe battery and the Boston Naminig Test. Journal of Clinical Neuropsychology 1980; 2: 209-216.

[34] Sparks DL, Ziolkowski C, Lawmaster T and Martin T. Influence of water quality on cholesterol-induced tau pathology: Preliminary data. IJAD 2011; 2011: ID #987023.

[35] Straten G, Eschweiler GW, Maetzler W, Laske C and Leyhe T. Glial Cell-Line Derived Neurotrophic Factor (GDNF) Concentrations in Cerebrospinal Fluid and Serum of Patients with Early Alzheimer's Disease and Normal Controls. Journal of Alzheimer's Disease 2009; 18: 331-337.

# EXHIBIT F

**JAMA Neurology | Original Investigation**

# Assessment of Plasma Total Tau Level as a Predictive Biomarker for Dementia and Related Endophenotypes

Matthew P. Pase, PhD; Alexa S. Beiser, PhD; Jayandra J. Himali, PhD; Claudia L. Satizabal, PhD; Hugo J. Aparicio, MD; Charles DeCarli, MD; Geneviève Chêne, MD, PhD; Carole Dufouil, PhD; Sudha Seshadri, MD

🔲 **Supplemental content**

**IMPORTANCE** Blood-based biomarkers have the potential to improve the identification of persons with the greatest dementia risk for inclusion in dementia prevention trials through low-cost and minimally invasive screening.

**OBJECTIVE** To investigate the use of plasma total tau as a blood biomarker for dementia and related endophenotypes.

**DESIGN, SETTING, AND PARTICIPANTS** This prospective cohort study used data from the US community-based Framingham Heart Study with replication in the Memento study, a multicenter cohort of persons with mild cognitive impairment or subjective cognitive complaints recruited from memory clinics across France. Total tau levels were measured from stored plasma samples in Framingham Heart Study participants during 2004 to 2011. Dementia follow-up occurred across a median of 6 years (interquartile range, 5-8 years) for persons 65 years and older who were dementia free at baseline. Plasma and/or cerebrospinal fluid samples were obtained from Memento study participants from April 19, 2011, to June 22, 2016. Dementia follow-up took place over a median of 4 years (interquartile range, 3-5 years). Data analysis was performed from January to November 2018.

**EXPOSURES** Plasma total tau level measured using single-molecule array technology.

**MAIN OUTCOMES AND MEASURES** Incidence of dementia of any cause (all dementia) and dementia due to clinical Alzheimer disease (AD dementia).

**RESULTS** Among the 1453 participants in the Framingham dementia study sample, the mean (SD) age was 75 (7) years; 792 (54.5%) were female. Among the 367 individuals in the replication cohort, the mean (SD) age was 69 (9) years; 217 (59.1%) were female. Of 134 cases of incident all dementia in the Framingham sample, 105 were AD dementia. After adjustment for age and sex, each SD unit increase in the log of plasma total tau level was associated with a 35% increase in AD dementia risk (hazard ratio [HR], 1.35; 95% CI, 1.10-1.67). The addition of plasma total tau to a model including age and sex improved the stratification of participants for risk of AD dementia (net reclassification improvement, 0.382; 95% CI, 0.030-0.716). Higher plasma total tau level was associated with poorer cognition across 7 cognitive tasks ($P < .05$) and smaller hippocampi (hippocampal volume: β [SE] = 0.002 [0.001]; $P = .003$) as well as neurofibrillary tangles (β [SE] = 0.95 [0.45]; $P = .04$) and microinfarcts (odds ratio, 3.04; 95% CI, 1.26-7.37) at autopsy. In the replication cohort, plasma total tau level weakly correlated with cerebrospinal fluid total tau level (Spearman correlation coefficient, 0.16; $P = .07$), but plasma total tau was at least as strongly associated with incident AD dementia as cerebrospinal fluid total tau (log plasma total tau: HR, 2.33; 95% CI, 1.00-5.48; log cerebrospinal fluid total tau: HR, 2.14; 95% CI, 1.33-3.44) after adjustment for age and sex.

**CONCLUSIONS AND RELEVANCE** The findings suggest that plasma total tau levels may improve the prediction of future dementia, are associated with dementia endophenotypes, and may be used as a biomarker for risk stratification in dementia prevention trials.

*JAMA Neurol.* 2019;76(5):598-606. doi:10.1001/jamaneurol.2018.4666
Published online March 4, 2019.

**Author Affiliations:** Author affiliations are listed at the end of this article.

**Corresponding Author:** Matthew P. Pase, PhD, Melbourne Dementia Research Centre, The Florey Institute for Neuroscience and Mental Health, 30 Royal Parade, Parkville, Victoria 3052, Australia (matthewpase@gmail.com).

© 2019 American Medical Association. All rights reserved.

Downloaded from jamanetwork.com by Orion Armon on 07/12/2025

The discovery of minimally invasive and cost-effective blood-based biomarkers for dementia has the potential to transform clinical research and practice by permitting widespread low-cost screening, risk stratification, and efficient identification of persons with the greatest dementia risk for inclusion in dementia prevention trials. Single-molecule array technology permits the detection of total tau (t-tau) from plasma with a greater than 1000-fold improvement in sensitivity over conventional enzyme-linked immunosorbent assay (ELISA).[1,2] Plasma t-tau level measured with this technology is greater in persons with Alzheimer disease (AD) dementia or mild cognitive impairment (MCI) compared with control participants.[3-5] However, the usefulness of plasma t-tau as a diagnostic biomarker is limited by the large overlap in values observed between diagnostic groups, which may signal a lack of specificity for AD. The latest National Institute on Aging–Alzheimer Association Research Framework (NIA-AA) describes t-tau as a biomarker of neuronal injury rather than of neurofibrillary tangle burden, noting that an elevated t-tau level reflects neuronal injury from various causes.[6] Nevertheless, plasma t-tau shows early promise as a predictive biomarker for dementia with 2 longitudinal studies demonstrating that plasma t-tau is associated with endophenotypes of dementia, including cognitive decline.[7,8] However, evidence from representative community-based studies is limited, and studies to date have not been powered to examine the association with risk for dementia. Further studies are required to evaluate plasma t-tau as a predictive biomarker for incident dementia, permitting risk stratification in the setting where blood-based biomarkers would be most useful—in the general community and the age groups of relevance to early dementia prevention trials. Accordingly, we examined the association of plasma t-tau level as a predictive biomarker for dementia of any cause (all dementia) and incident dementia of the Alzheimer type (AD dementia) in the large community-based Framingham Heart Study (FHS), with replication performed in an independent multicenter cohort from France. We also examined endophenotypes associated with dementia, including cognitive function, hippocampal volume, and tau neurofibrillary tangle burden.

## Methods

### Study Design

The FHS is a community-based, prospective study spanning 3 generations of participants from Massachusetts. It began in 1948 with the recruitment of the original cohort of 5209, which has been reexamined once every 2 years.[9] The FHS offspring cohort commenced in 1971 with the enrollment of 5124 participants who were offspring of members of the original cohort or spouses of these offspring.[10] The offspring cohort has had 9 quadrennial examinations. In 2002, 4095 grandchildren of the original cohort were enrolled into a third-generation (Gen3) cohort, now studied across 3 examination cycles.[11] All participants provided written informed consent. The institutional review board at the Boston University Medical Center approved the study protocols and consent forms.

### Key Points

**Question**  Can plasma total tau be used as a biomarker for dementia and related endophenotypes?

**Finding**  In this cohort study of samples from 1453 participants in the Framingham Heart Study and 367 individuals in the Memento study, plasma total tau was associated with endophenotypes of dementia and with the risk of incident clinical Alzheimer disease dementia.

**Meaning**  Measuring plasma total tau may help with risk stratification and subsequent enrollment of high-risk individuals in dementia prevention trials.

### Quantification of Plasma T-Tau Level

Blood samples were obtained following an overnight fast at examination cycle 28 for the original cohort (2004-2005), cycle 8 for the offspring cohort (2005-2008), and cycle 2 for the Gen3 cohort (2008-2011) (N = 6471). Samples were immediately centrifuged, aliquoted, and stored at -80°C. Plasma samples were analyzed from February to March 2017 using a Simoa Tau 2.0 Kit and a Simoa HD-1 analyzer (Quanterix). This assay is a single-molecule ELISA (digital ELISA) validated as fit-for-purpose research use only. The limit of detection is 0.019 pg/mL. The assay uses a set of monoclonal antibodies reacting to both normal and phosphorylated tau and can detect all tau isoforms. Samples sent for analysis had never been thawed (see eMethods in the Supplement for full assay methods). The analytical range was between 0.06 and 360 pg/mL. The intra-assay coefficient of variation was 4.1%, and the interassay coefficient of variation was 7.5%. As an additional quality control, we included 292 phantom samples, which were duplicates but were marked with dummy participant identification codes. These further confirmed assay precision except in a subsample (471 of 6417) with suboptimal correspondence between phantom and original samples across 6 consecutive days of running the assays. These samples, all from Gen3 participants, were excluded from further analysis. Comparison of Gen3 participants who were included and excluded based on t-tau assay quality is provided in eTable 1 in the Supplement.

### Ascertainment of Incident Dementia Cases

Framingham Heart Study participants are under continual surveillance for incident dementia through routine cognitive screening and comprehensive monitoring.[12] Full methods for dementia surveillance and flagging of suspected cognitive impairment are described in the eMethods in the Supplement. A review committee comprising a neurologist and neuropsychologist adjudicated dementia diagnosis in accordance with the *Diagnostic and Statistical Manual of Mental Disorders* (Fourth Edition).[13] A diagnosis of AD dementia was based on the criteria of the National Institute of Neurological and Communicative Disorders and Stroke and the AD and Related Disorders Association for definite, probable, or possible AD.[14]

### Assessment of Endophenotypes

Clinical neuropsychologists and trained research assistants administered validated neuropsychological tests.[15-17] Cognitive

© 2019 American Medical Association. All rights reserved.

Downloaded from jamanetwork.com by Orion Armon on 07/12/2025

**Figure 1. Selection of Study Participants in the Framingham Heart Study**



APOE indicates apolipoprotein; MRI, magnetic resonance imaging; NFT, neurofibrillary tangles.

a Other significant neurological conditions such as multiple sclerosis and brain tumor.

outcomes included tests of verbal (episodic) memory, visual memory, verbal reasoning, processing speed, executive function, visuospatial integration, and estimated premorbid intellectual function. Hippocampal volume was calculated from brain magnetic resonance images using a semiautomatic multiatlas segmentation algorithm[18] and expressed as a percentage of intracranial volume. The density of neurofibrillary tangles in the medial temporal lobe, the earliest site of tau accumulation in AD,[19,20] was rated in a semiquantitative fashion using Bielschowsky silver–stained sections. The presence of microinfarcts and senile plaques were also rated by a neuropathologist. The eMethods in the Supplement provide further details of these procedures.

### Statistical Analysis

#### The FHS Dementia Study Sample
We leveraged FHS data to create 3 analysis samples (**Figure 1**). First, we examined the associations between plasma t-tau and the risk of incident dementia in 1453 participants from the original and offspring study cohorts aged at least 65 years. Follow-up for dementia was from the baseline examination to the time of incident event up to a maximum of 10 years (median, 6 years [interquartile range, 5-8 years]) through 2016. For persons with no incident events, follow-up was censored at the time of death or the date the participant was last known to be dementia free, also through 2016.

#### The FHS Subclinical Study Sample
Second, in 3832 persons aged 25 to 98 years from all 3 FHS cohorts, we examined the cross-sectional associations between plasma t-tau and domains of cognitive function, as well as hippocampal volume in 3238 persons with magnetic resonance imaging of the brain.

#### The FHS Brain Autopsy Study Sample
Third, in a subsample of 42 FHS brain donors, we investigated the association between plasma t-tau and the burden of neurofibrillary tangles, microinfarcts, and amyloid plaques.

Plasma t-tau levels were log transformed to normalize their distributions and then standardized within the sample. Cox proportional hazards regression models were implemented to estimate the associations between plasma t-tau and incident dementia, adjusting for age and sex. Results were expressed as hazard ratios (HRs) and 95% CIs. We confirmed that the assumption of proportionality of hazards was met. Models with age at dementia diagnosis or censoring used as the time scale and adjusting only for sex were found to yield nearly identical results. We assessed the incremental value of adding plasma t-tau level to a model involving age and sex by comparing cumulative hazards in those greater and less than the plasma t-tau median level and by calculating the integrated discrimination improvement and continuous net reclassification improvement (NRI) applicable to survival data, which considers

© 2019 American Medical Association. All rights reserved.

Downloaded from jamanetwork.com by Orion Armon on 07/12/2025

events, nonevents, and participants who were censored.[21,22] The 95% CI was calculated using bootstrap.[23] The continuous NRI shares the same properties as the categorical NRI with the exception that the continuous NRI quantifies upward and downward movement as any change in predicted probabilities.[22] The continuous version of the NRI is most appropriate when no established risk categories exist.[22] Higher values indicate superior discrimination. Using the event rate observed in the sample, we estimated the sample size needed for both a 5- and 10-year dementia prevention trial to detect a 25% lowering of the dementia event rate with 80% power and with 2-tailed α set at .05. We then examined how the sample size estimates changed when using plasma t-tau level and *APOE* ε4 presence to risk stratify for trial inclusion.

The associations between plasma t-tau and dementia endophenotypes were examined using linear regression, adjusting for age, sex, time between the blood sample obtainment and outcome assessment, education for the cognitive outcomes, and age squared for hippocampal volumes (association with age was nonlinear).[24] For analyses of incident dementia, cognitive function, and hippocampal volume, a second model included additional adjustments for covariates previously associated with these outcomes: systolic blood pressure, use of antihypertensive medication, prevalent diabetes, prevalent cardiovascular disease and stroke, high-density lipoprotein cholesterol level, body mass index, and positivity for an *APOE* ε4 allele.[25,26]

### Replication in an Independent Cohort

To strengthen the validity of our findings, we replicated the association between plasma t-tau and incident dementia in an independent sample and compared t-tau level concordance between plasma and cerebrospinal fluid (CSF). Our replication sample was the Memento study, a longitudinal, multicenter clinical cohort of 2323 dementia-free outpatients with either subjective cognitive complaints or objective MCI.[27] Plasma and CSF samples were obtained from April 19, 2011 to June 22, 2016. A subsample of Memento participants (Memento-CSF subcohort) underwent lumbar puncture. There were 367 participants with both plasma and CSF samples available, 140 of whom had samples of both biofluids obtained on the same day. The Memento cohort used the same Quanterix assay to quantify t-tau in plasma and in CSF and the same diagnostic criteria for all dementia and AD dementia as in FHS, and all dementia cases were reviewed by an independent adjudication committee (eMethods in the Supplement).

Analyses were performed using SAS software, version 9.4 (SAS Institute). Missing data were excluded from analysis. Results with 2-tailed *P* < .05 were considered significant.

## Results

### FHS Cohort Characteristics

Cohort characteristics are displayed in **Table 1**. Descriptive statistics for all other analysis samples are shown in eTables 2 through 5 in the Supplement. During follow-up, we observed 134 of 1453 (9.2%) cases of incident dementia; 105 were due to possible (12), probable (87), or definite (6) AD dementia.

### Table 1. Framingham Heart Study Baseline Characteristics

| Characteristic | Study Sample[a] | |
|---|---|---|
| | Dementia | Subclinical[b] |
| No. of participants | 1453 | 3832 |
| Age, mean (SD), y | 75 (7) | 58 (14) |
| Female | 792 (54.5) | 2039 (53.2) |
| Education[c] | | |
|   No high school degree | 104 (7.2) | 88 (2.3) |
|   High school degree | 478 (33.2) | 799 (20.9) |
|   Some college | 407 (28.2) | 1105 (28.8) |
|   College degree | 452 (31.4) | 1840 (48.0) |
| Total cholesterol level, mean (SD), mg/dL | 180 (36) | 186 (36) |
| HDL cholesterol level, mean (SD), mg/dL | 57 (18) | 58 (18) |
| Body mass index, mean (SD)[d] | 28 (5) | 28 (5) |
| Current smoker | 67 (4.6) | 327 (8.5) |
| Systolic blood pressure, mean (SD), mm Hg | 133 (18) | 123 (17) |
| Treatment for blood pressure | 962 (66.3) | 1427 (37.3) |
| Prevalent diabetes mellitus | 259 (18.0) | 407 (10.7) |
| Prevalent cardiovascular disease | 350 (24.1) | 399 (10.4) |
| *APOE* ε4 allele[e] | 305 (21.0) | 841 (22.8)[f] |
| Prevalent atrial fibrillation | 159 (10.9) | 177 (4.6) |
| Plasma total tau level, median (IQR), pg/mL | 4.09 (3.32-5.04) | 3.93 (3.24-4.74) |
| Time interval from blood sample obtainment to outcome assessment, mean (SD), y | 6.0 (2.6)[g] | 1.1 (1.1) |
| Logical memory delayed, No. correct, mean (SD)[h] | 10.4 (4.2) | 11.0 (3.9) |
| Similarities, No. correct[h] | 15.8 (4.0) | 17.0 (3.6) |

Abbreviations: HDL, high-density lipoprotein; IQR, interquartile range.

SI conversion factor: To convert total and HDL cholesterol levels to mmol/L, multiply by 0.0259.

[a] Data are presented as number (percentage) of patients unless otherwise indicated.

[b] Based on the larger neuropsychological outcome sample, a subset of 3238 also had brain magnetic resonance imaging.

[c] The denominator for education is 1441.

[d] Calculated as weight in kilograms divided by height in meters squared.

[e] Positive for at least 1 *APOE* ε4 allele.

[f] The denominator for *APOE* ε4 allele is 3690.

[g] Median (IQR) duration of follow-up for incident dementia.

[h] N = 1085 for the subset of persons in the dementia sample with available cognitive tests.

### Correlates of Plasma T-Tau Across All FHS Study Samples

The association between plasma t-tau and age was quadratic across the lifespan but linear in the older sample studied for incident dementia (eFigure 1 and eTable 6 in the Supplement). Higher plasma t-tau levels were associated with known AD dementia risk factors, including female sex, lower educational attainment, and a higher vascular risk factor burden (eTable 7 in the Supplement). Plasma t-tau levels did not differ by *APOE* ε4 status. Plasma t-tau levels by incident dementia status as well as scatterplots of plasma t-tau against each endophenotype are given in eFigures 2-8 in the Supplement.

© 2019 American Medical Association. All rights reserved.

Downloaded from jamanetwork.com by Orion Armon on 07/12/2025

Table 2. Cumulative Hazards and Reclassification Based on T-Tau Level[a]

| Outcome | No. of Events/ No. of Patients | Cumulative Hazard (95% CI) | | HR (95% CI)[b] | P Value | Relative IDI, % (95% CI) | Overall NRI (95% CI) | NRI | |
|---|---|---|---|---|---|---|---|---|---|
| | | T-Tau Level Less Than the Median | T-Tau Level Greater Than the Median | | | | | Events | Nonevents |
| **Whole Sample** | | | | | | | | | |
| All dementia | 132/1453 | 0.104 (0.071 to 0.153) | 0.168 (0.119 to 0.239) | 1.62 (1.10 to 2.37) | .01 | 7.1 (3.7 to 10.4) | 0.366 (0.053 to 0.646) | 0.304 | 0.062 |
| AD dementia | 104/1453 | 0.077 (0.049 to 0.121) | 0.135 (0.090 to 0.203) | 1.76 (1.13 to 2.74) | .01 | 8.7 (4.5 to 12.7) | 0.382 (0.030 to 0.716) | 0.328 | 0.054 |
| **Among APOE ε4 Noncarriers** | | | | | | | | | |
| All dementia | 87/1148 | 0.072 (0.044 to 0.118) | 0.110 (0.070 to 0.173) | 1.53 (0.95 to 2.46) | .08 | 5.9 (2.8 to 9.1) | 0.427 (0.055 to 0.721) | 0.389 | 0.039 |
| AD dementia | 65/1148 | 0.042 (0.022 to 0.079) | 0.077 (0.044 to 0.134) | 1.81 (1.01 to 3.25) | .046 | 8.3 (3.9 to 12.7) | 0.507 (0.077 to 0.844) | 0.472 | 0.036 |
| **Among APOE ε4 Carriers** | | | | | | | | | |
| All dementia | 45/305 | 0.247 (0.126 to 0.483) | 0.512 (0.262 to 1.00) | 2.08 (1.09 to 3.96) | .03 | 18.0 (5.7 to 31.2) | 0.330 (−0.214 to 0.976) | 0.152 | 0.178 |
| AD dementia | 39/305 | 0.227 (0.110 to 0.468) | 0.453 (0.217 to 0.945) | 1.99 (1.00 to 3.98) | .05 | 20.6 (8.0 to 34.8) | 0.229 (−0.066 to 0.918) | 0.087 | 0.142 |

Abbreviations: AD dementia, Alzheimer disease dementia; HR, hazard ratio; IDI, integrated discrimination improvement; NRI, net reclassification improvement; t-tau, total tau.

[a] The median value for plasma t-tau was 4.09 pg/mL. All models are adjusted for age and sex. For the whole sample, there were 42 events of all dementia and 30 events of AD dementia (of 726) below the median and 90 events of all dementia and 74 events of AD dementia (of 727) above the median. Among APOE ε4 noncarriers, there were 26 events of all dementia and 16 events of

AD dementia (of 561) below the median and 61 events of all dementia and 49 events of AD dementia (of 587) above the median. Among APOE ε4 carriers, there were 16 events of all dementia and 14 events of AD dementia (of 165) below the median and 29 events of all dementia and 25 events of AD dementia (of 140) above the median.

[b] The HR is for persons with plasma t-tau values greater than the median vs less than the median.

## Plasma T-Tau and Risk of Dementia in the FHS Dementia Study Sample

After adjustment for age and sex, each SD unit increase in the log of plasma t-tau was associated with a 29% greater risk of incident all-cause dementia (HR, 1.29; 95% CI, 1.07-1.55; $P$ = .007) and a 35% increase in the risk of incident AD dementia (HR, 1.35; 95% CI, 1.10-1.67; $P$ = .004). Results were unchanged after additional adjustment for the presence of an APOE ε4 allele and vascular risk factors (all dementia: HR, 1.31; 95% CI, 1.08-1.57; $P$ = .005; AD dementia: HR, 1.38; 95% CI, 1.12-1.71; $P$ = .003).

## Plasma T-Tau and Risk Reclassification, Discrimination, and Stratification for Dementia

Persons with plasma t-tau levels greater than the median had a 62% greater risk of incident all dementia (HR, 1.62; 95% CI, 1.10-2.37) and a 76% greater risk of AD dementia (HR, 1.76; 95% CI, 1.13 to 2.74) after accounting for age and sex (Table 2 and Figure 2). Plasma t-tau level improved risk discrimination for all dementia and AD dementia beyond age and sex. Results were comparable when limiting the outcome to incident probable or definite AD dementia (eTable 8 in the Supplement). Given that the APOE ε4 allele is currently used to power AD dementia prevention trials, we then stratified results by the presence of an APOE ε4 allele. Plasma t-tau level was associated with improved risk discrimination for all dementia and AD dementia in both APOE ε4 carriers and noncarriers. Using plasma t-tau level greater than the median to select participants for inclusion in a 5-year prevention trial reduced the estimated sample size by 38% (from 8756 to 5460) for the outcome of all dementia and by 50% (from 14 618

to 7292) for AD dementia. Selecting participants who were APOE ε4 carriers and had plasma t-tau levels greater than the median reduced the required sample size by 69% (from 8756 to 2712) for all dementia and by 80% (from 14 618 to 2896) for AD dementia (more details are given in eTable 9 in the Supplement).

## Plasma T-Tau and Endophenotypes of AD in the FHS Subclinical Study Sample

Higher levels of plasma t-tau were associated with poorer performance across all cognitive outcomes and domains tested (model 1: β ranged from −0.18 to −0.010; model 2: β ranged from −0.17 to −0.009) except the Wide-Range Achievement Test reading subtest (model 1: β [SE], −0.009 [0.010], $P$ = .37; model 2: β [SE], −0.001 [0.010], $P$ = .95), a measure that is commonly used to estimate premorbid function[15] and therefore not expected to be associated with plasma t-tau (Table 3). Higher plasma t-tau levels were also associated with smaller hippocampal volumes (model 1: β [SE], −0.002 [0.001], $P$ = .003; model 2: β [SE], −0.003 [0.001], $P$ = .001).

## Plasma T-Tau and Neurofibrillary Tangle Burden in the FHS Autopsy Study Sample

The mean (SD) age at death was 82 (9) years (21 of 42 [50.0%] male), and 11 had confirmed AD. Each SD unit increase in the log of plasma t-tau was associated with a higher burden of neurofibrillary tangles in the medial temporal lobe (β [SE], 0.95 [0.45]; $P$ = .04) and a higher burden of microinfarcts (odds ratio [OR], 3.04; 95% CI, 1.26-7.37), but not cortical neuritic (OR, 1.42; 95% CI, 0.59-3.39) or diffuse (OR, 1.20; 95% CI, 0.50-2.88) plaque burden ($P$ > .05).

© 2019 American Medical Association. All rights reserved.

Downloaded from jamanetwork.com by Orion Armon on 07/12/2025

**Figure 2. Adjusted Cumulative Incidence of Dementia**



A  All dementia

No. at risk

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| All participants | 1453 | 1362 | 1292 | 1220 | 1148 | 1077 | 846 | 543 | 324 | 150 | 58 |
| t-tau level >median | 727 | 672 | 624 | 579 | 528 | 490 | 389 | 254 | 153 | 72 | 28 |
| t-tau level <median | 726 | 690 | 668 | 641 | 620 | 587 | 457 | 289 | 171 | 78 | 30 |

B  Alzheimer disease dementia

No. at risk

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| All participants | 1453 | 1362 | 1292 | 1220 | 1148 | 1077 | 846 | 543 | 324 | 150 | 58 |
| t-tau level >median | 727 | 672 | 624 | 579 | 528 | 490 | 389 | 254 | 153 | 72 | 28 |
| t-tau level <median | 726 | 690 | 668 | 641 | 620 | 587 | 457 | 289 | 171 | 78 | 30 |

Data are for cumulative incidence of (A) all dementia and (B) Alzheimer disease dementia among participants with and without plasma total tau levels greater than the median (4.09 pg/mL) in the Framingham Heart Study. Adjustments were made for age and sex.

## Replication in the Memento Cohort

Over a median follow-up of 3.97 years (interquartile range, 3.02-4.66 years) in the Memento-CSF subcohort (mean [SD] age, 69 [9] years; 217 of 367 [59.1%] women), there were 76 cases of incident all dementia (55 were probable AD). Of these persons, all but 4 had MCI at baseline. In the largest sample with plasma t-tau and after adjustments for age and sex, each SD unit increase in the log of plasma t-tau levels was associated with a nonsignificant 14% greater risk of incident all-cause dementia (HR, 1.14; 95% CI, 0.86-1.51; $P$ = .35) and a significant 54% increase in the risk of incident AD dementia (HR, 1.54; 95% CI, 1.04-2.28; $P$ = .03).

The Spearman correlation coefficient between the log of plasma and CSF t-tau was 0.16 ($P$ = .07) in 140 participants with plasma and CSF samples obtained on the same day. In this sample and when including both plasma and CSF t-tau in a model involving age and sex, each SD unit increase in the log

of plasma t-tau was associated with an HR of 2.33 (95% CI, 1.00-5.48) for incident AD dementia, whereas each SD unit increase in the log of CSF t-tau was associated with an HR of 2.14 (95% CI, 1.33-3.44).

## Discussion

In our large population-based study, plasma t-tau level was associated with the risk of incident AD dementia, a finding that we replicated in an independent cohort. Although plasma t-tau did not correlate significantly with corresponding values in CSF, plasma t-tau was at least as strong a predictive biomarker for incident AD dementia as CSF t-tau in the Memento CSF subcohort. Higher plasma t-tau level was also associated with improved dementia risk stratification and with key endophenotypes of dementia, including poorer cogni-

© 2019 American Medical Association. All rights reserved.

Downloaded from jamanetwork.com by Orion Armon on 07/12/2025

**Table 3. Association of Plasma Total Tau With Cognition and Hippocampal Volume in the Framingham Heart Study[a]**

| Outcome | Model 1[b] β (SE) | P Value | Model 2[c] β (SE) | P Value |
|---|---|---|---|---|
| **Episodic memory** | | | | |
| Logical memory, No. correct | −0.12 (0.06) | .049 | −0.14 (0.06) | .03 |
| Paired associate learning, No. correct | −0.05 (0.02) | .04 | −0.04 (0.02) | .06 |
| Verbal reasoning: similarities, No. correct | −0.18 (0.05) | <.001 | −0.17 (0.06) | .003 |
| Visual memory: visual reproductions, No. correct | −0.14 (0.05) | .002 | −0.14 (0.05) | .003 |
| Visuospatial integration: Hooper Visual Organization Test, log unit[d] | −0.02 (0.01) | .01 | −0.02 (0.01) | .02 |
| Processing speed: Trail Making Test A, log unit[e,f] | −0.02 (0.01) | <.001 | −0.02 (0.01) | .004 |
| Executive function: Trail Making Test B-A, log unit[e] | −0.010 (0.004) | .005 | −0.009 (0.004) | .01 |
| **Premorbid function** | | | | |
| Wide-Ranging Achievement Test, log unit[g] | −0.009 (0.010) | .37 | −0.001 (0.010) | .95 |
| Hippocampal volume, % | −0.002 (0.001) | .003 | −0.003 (0.001) | .001 |

[a] Plasma total tau was log transformed and standardized.

[b] Adjustments for age, sex, time between blood sample obtainment and outcome assessment, age squared (for hippocampal volume), and educational level (for neuropsychological outcomes); n = 3832 for cognitive function, and n = 3238 for hippocampal volume.

[c] Adjustments as per model 1 with the addition of systolic blood pressure, treatment for hypertension, prevalent diabetes, prevalent cardiovascular disease, high-density lipoprotein cholesterol level, body mass index, and the presence of an *APOE* ε4 allele; n = 3756 for cognitive function, and n = 3068 for hippocampal volume.

[d] Hooper Visual Organization Test is a 30-item test that evaluates the ability to

recognize pictures of objects when the pictures have been cut up and rearranged. Higher scores indicate more correct responses.

[e] Variable multiplied by −1 such that higher scores indicate superior task performance.

[f] Participant draws lines to connect 25 numbers in ascending order as quickly as possible while still retaining accuracy.

[g] Reading subtest from the Wide-Range Achievement Test. It tests the ability to read and pronounce 42 written words. Higher scores indicate a greater number of correct responses.

tive performance and smaller hippocampal volumes. Although plasma t-tau levels did not parallel those in CSF, plasma t-tau levels improved risk stratification for AD dementia.

Two other studies[7,8] using the same plasma t-tau assay recently demonstrated that higher plasma t-tau was associated with cognitive decline, hippocampal atrophy, and decreased cortical glucose metabolism across short follow-up periods. We extend earlier findings to suggest that plasma t-tau level is associated with the risk of incident dementia and improved dementia risk stratification over age and sex. In our study, plasma t-tau was associated with endophenotypes of dementia in a larger sample and at younger ages than previously described.[30]

Tau is primarily expressed in central nervous system neurons,[28] with plasma levels thought to reflect neuronal damage and subsequent drainage of tau from the brain parenchyma to the CSF and blood.[8,29] Thus, elevated t-tau level in plasma may reflect neuronal damage from numerous sources. The newly revised NIA-AA Research Framework describes CSF t-tau as a nonspecific marker of neuronal injury.[6] Similarly, higher plasma t-tau levels have been shown to correlate with lower gray matter densities across multiple brain regions in the Alzheimer Disease Neuroimaging Initiative cohort, suggesting a lack of specificity.[30] Moreover, plasma t-tau was weakly correlated with CSF t-tau in our study. This finding is consistent with previous studies showing that the associations of plasma t-tau with CSF t-tau have been weak or nonexistent.[8,31] In our study, plasma t-tau was associated with medial temporal lobe neurofibrillary tangle burden and the presence of microinfarcts at autopsy. Moreover, greater plasma tau level was

associated with poorer performance across multiple cognitive domains and not only those typically impaired in AD. These results support the suggestion that plasma t-tau may lack specificity for neurofibrillary tangle burden.

Our findings suggest that plasma biomarkers do not need to parallel their CSF equivalent to be useful. In our study, plasma t-tau was associated with a greater risk of incident AD dementia and with improved dementia risk stratification. Despite a weak correlation between plasma and CSF t-tau, plasma t-tau was at least as strongly associated with the development of incident AD dementia. Although CSF t-tau had greater precision, this may be offset by the invasiveness of CSF sampling. Thus, regardless of its source, our results suggest that plasma t-tau is a useful biomarker for assessing the risk of AD dementia.

The prevention of dementia has become a major health priority, with clinical trials seeking to modify the early stages of AD.[32,33] The feasibility of AD dementia prevention trials depends on the ability to select individuals at high risk of developing dementia.[34] Whereas we do not expect plasma t-tau cutoffs to enhance diagnostic certainty for any single patient, our results suggest that plasma t-tau could be associated with improved risk stratification at a population level, targeting persons for inclusion in prevention trials, thus improving the power and precision of clinical trials and potentially accelerating therapeutic pipelines and drug discovery. Use of plasma t-tau in this manner could be likened to the measurement of the *APOE* ε4 allele, which is not a biomarker of AD pathology providing diagnostic certainty for AD

© 2019 American Medical Association. All rights reserved.

Downloaded from jamanetwork.com by Orion Armon on 07/12/2025

dementia but is still routinely used to power clinical trials by selecting at-risk individuals.[33,34]

## Limitations

Limitations include our predominantly white sample, which limits generalizability to other racial/ethnic groups. Subtyping for AD dementia was mostly based on clinical diagnosis without neuropathological confirmation. Further replication of our results in cohorts with differing population characteristics is needed to ascertain the plasma t-tau thresholds most associated with future dementia.

## Conclusions

Whereas plasma t-tau may lack diagnostic specificity for AD, we show that plasma t-tau may be a useful albeit nonspecific predictive biomarker that improves risk stratification for dementia. Our findings were derived from a community setting, where plasma t-tau testing may help with risk stratification and the enrollment of high-risk individuals into dementia prevention trials.

**ARTICLE INFORMATION**

**Accepted for Publication:** December 5, 2018.

**Published Online:** March 4, 2019.
doi:10.1001/jamaneurol.2018.4666

**Author Affiliations:** Department of Neurology, Boston University School of Medicine, Boston, Massachusetts (Pase, Beiser, Himali, Satizabal, Aparicio, Seshadri); Framingham Heart Study, Framingham, Massachusetts (Pase, Beiser, Himali, Satizabal, Aparicio, DeCarli, Seshadri); Centre for Human Psychopharmacology, Swinburne University of Technology, Hawthorn, Australia (Pase); Melbourne Dementia Research Centre, The Florey Institute for Neuroscience and Mental Health and The University of Melbourne, Melbourne, Australia (Pase); Department of Biostatistics, Boston University School of Public Health, Boston, Massachusetts (Beiser, Himali); Glenn Biggs Institute for Alzheimer's and Neurodegenerative Diseases, University of Texas Health Sciences Center, San Antonio, Texas (Satizabal, Seshadri); Department of Neurology, University of California Davis School of Medicine & Imaging of Dementia and Aging Laboratory, Center for Neuroscience, University of California Davis, Sacramento, California (DeCarli); Inserm Unit 1219 Bordeaux Population Health, CIC 1401-EC (Clinical Epidemiology), University of Bordeaux, ISPED (Bordeaux School of Public Health), Bordeaux University Hospital, Bordeaux, France (Chêne, Dufouil).

**Author Contributions:** Drs Pase and Beiser are co-first authors. Drs Dufouil and Seshadri are co-senior authors. Dr Seshadri had full access to all the data in the study and takes responsibility for the integrity of the data and the accuracy of the data analysis.
*Concept and design:* Pase, Beiser, Satizabal, Dufouil, Seshadri.
*Acquisition, analysis, or interpretation of data:* All authors.
*Drafting of the manuscript:* Pase, Seshadri.
*Critical revision of the manuscript for important intellectual content:* All authors.
*Statistical analysis:* Beiser, Himali, Dufouil.
*Obtained funding:* Pase, DeCarli, Dufouil, Seshadri.
*Administrative, technical, or material support:* Satizabal, DeCarli, Dufouil.
*Supervision:* Beiser, Seshadri.

**Conflict of Interest Disclosures:** Dr Decarli reported being a consultant to Novartis on a clinical trial of LCZ696 for heart failure. No other disclosures were reported.

**Funding/Support:** Dr Pase is funded by a National Heart Foundation of Australia Future Leader Fellowship (ID 102052) as well as funding from the National Health and Medical Research Council

APP1158384. The Framingham Heart Study is supported by contracts N01-HC-25195 and HHSN268201500001I from the National Heart, Lung and Blood Institute; grants AG054076, AG033193, AG033040, AG049505, AG049607, AG052409, and AG059421 from the National Institute on Aging; and grants NS017950 and UH2 NS100605 from the National Institute of Neurological Disorders and Stroke. Dr DeCarli directs the UC Davis Alzheimer's Disease Center with funding from grant P30 AG010182 from the National Institutes of Health. The MEMENTO cohort was sponsored by the Fondation Plan Alzheimer 2008-2012 and the Plan Maladies NeuroDégénératives 2014-2019. This work was also supported by Bordeaux University Hospital, Inserm, and the University of Bordeaux.

**Role of the Funder/Sponsor:** The funders had no role in the design and conduct of the study; collection, management, analysis, and interpretation of the data; preparation, review, or approval of the manuscript; and decision to submit the manuscript for publication.

**Additional Contributions:** Patrice Sutherland, BS, Framingham Heart Study, and the Framingham Heart Study laboratory staff assisted in organizing and overseeing the analysis of plasma total tau. Isabelle Pellegrin, MD, PhD, Bordeaux Hospital, and the Bordeaux hospital laboratory staff helped organize and oversee the analysis of t-tau in plasma and cerebrospinal fluid samples. All were employees of the institutions stated and received no further compensation for their work on this article.

**REFERENCES**

**1.** Rissin DM, Kan CW, Campbell TG, et al. Single-molecule enzyme-linked immunosorbent assay detects serum proteins at subfemtomolar concentrations. *Nat Biotechnol.* 2010;28(6):595-599. doi:10.1038/nbt.1641

**2.** Rissin DM, Fournier DR, Piech T, et al. Simultaneous detection of single molecules and singulated ensembles of molecules enables immunoassays with broad dynamic range. *Anal Chem.* 2011;83(6):2279-2285. doi:10.1021/ac103161b

**3.** Zetterberg H, Wilson D, Andreasson U, et al. Plasma tau levels in Alzheimer's disease. *Alzheimers Res Ther.* 2013;5(2):9. doi:10.1186/alzrt163

**4.** Olsson B, Lautner R, Andreasson U, et al. CSF and blood biomarkers for the diagnosis of Alzheimer's disease: a systematic review and meta-analysis. *Lancet Neurol.* 2016;15(7):673-684. doi:10.1016/S1474-4422(16)00070-3

**5.** Dage JL, Wennberg AMV, Airey DC, et al. Levels of tau protein in plasma are associated with

neurodegeneration and cognitive function in a population-based elderly cohort. *Alzheimers Dement.* 2016;12(12):1226-1234. doi:10.1016/j.jalz.2016.06.001

**6.** Jack CR Jr, Bennett DA, Blennow K, et al; Contributors. NIA-AA Research Framework: toward a biological definition of Alzheimer's disease. *Alzheimers Dement.* 2018;14(4):535-562. doi:10.1016/j.jalz.2018.02.018

**7.** Mielke MM, Hagen CE, Wennberg AMV, et al. Association of plasma total tau level with cognitive decline and risk of mild cognitive impairment or dementia in the Mayo Clinic study on aging. *JAMA Neurol.* 2017;74(9):1073-1080. doi:10.1001/jamaneurol.2017.1359

**8.** Mattsson N, Zetterberg H, Janelidze S, et al; ADNI Investigators. Plasma tau in Alzheimer disease. *Neurology.* 2016;87(17):1827-1835. doi:10.1212/WNL.0000000000003246

**9.** Dawber TR, Meadors GF, Moore FE Jr. Epidemiological approaches to heart disease: the Framingham Study. *Am J Public Health Nations Health.* 1951;41(3):279-281. doi:10.2105/AJPH.41.3.279

**10.** Feinleib M, Kannel WB, Garrison RJ, McNamara PM, Castelli WP. The Framingham Offspring Study. design and preliminary data. *Prev Med.* 1975;4(4):518-525. doi:10.1016/0091-7435(75)90037-7

**11.** Splansky GL, Corey D, Yang Q, et al. The Third Generation Cohort of the National Heart, Lung, and Blood Institute's Framingham Heart Study: design, recruitment, and initial examination. *Am J Epidemiol.* 2007;165(11):1328-1335. doi:10.1093/aje/kwm021

**12.** Satizabal CL, Beiser AS, Chouraki V, Chêne G, Dufouil C, Seshadri S. Incidence of dementia over three decades in the Framingham Heart Study. *N Engl J Med.* 2016;374(6):523-532. doi:10.1056/NEJMoa1504327

**13.** American Psychiatric Association. *Diagnostic and Statistical Manual of Mental Disorders.* 4th ed. Arlington, VA: American Psychiatric Publishing; 2000.

**14.** McKhann G, Drachman D, Folstein M, Katzman R, Price D, Stadlan EM. Clinical diagnosis of Alzheimer's disease: report of the NINCDS-ADRDA work group under the auspices of Department of Health and Human Services Task Force on Alzheimer's disease. *Neurology.* 1984;34(7):939-944. doi:10.1212/WNL.34.7.939

**15.** Ahl RE, Beiser A, Seshadri S, Auerbach S, Wolf PA, Au R. Defining MCI in the Framingham Heart Study Offspring: education versus WRAT-based norms. *Alzheimer Dis Assoc Disord.* 2013;27(4):330-336. doi:10.1097/WAD.0b013e31827bde32

© 2019 American Medical Association. All rights reserved.

Downloaded from jamanetwork.com by Orion Armon on 07/12/2025

**16**. Tombaugh TN. Trail Making Test A and B: normative data stratified by age and education. *Arch Clin Neuropsychol*. 2004;19(2):203-214. doi:10.1016/S0887-6177(03)00039-8

**17**. Strauss E, Sherman EMS, Spreen O. *A Compendium of Neuropsychological Tests: Administration, Norms, and Commentary*. New York, NY: Oxford University Press; 2006.

**18**. Aljabar P, Heckemann RA, Hammers A, Hajnal JV, Rueckert D. Multi-atlas based segmentation of brain images: atlas selection and its effect on accuracy. *Neuroimage*. 2009;46(3):726-738. doi:10.1016/j.neuroimage.2009.02.018

**19**. Delacourte A, David JP, Sergeant N, et al. The biochemical pathway of neurofibrillary degeneration in aging and Alzheimer's disease. *Neurology*. 1999;52(6):1158-1165. doi:10.1212/WNL.52.6.1158

**20**. Braak H, Braak E. Neuropathological stageing of Alzheimer-related changes. *Acta Neuropathol*. 1991;82(4):239-259. doi:10.1007/BF00308809

**21**. Pencina MJ, D'Agostino RB Sr, D'Agostino RB Jr, Vasan RS. Evaluating the added predictive ability of a new marker: from area under the ROC curve to reclassification and beyond. *Stat Med*. 2008;27(2):157-172. doi:10.1002/sim.2929

**22**. Pencina MJ, D'Agostino RB Sr, Steyerberg EW. Extensions of net reclassification improvement calculations to measure usefulness of new biomarkers. *Stat Med*. 2011;30(1):11-21. doi:10.1002/sim.4085

**23**. Hosmer DW, Lemeshow S. Confidence interval estimates of an index of quality performance based on logistic regression models. *Stat Med*. 1995;14(19):2161-2172. doi:10.1002/sim.4780141909

**24**. DeCarli C, Massaro J, Harvey D, et al. Measures of brain morphology and infarction in the Framingham Heart Study: establishing what is normal. *Neurobiolaging*. 2005;26(4):491-510. doi:10.1016/j.neurobiolaging.2004.05.004

**25**. Pase MP, Satizabal CL, Seshadri S. Role of improved vascular health in the declining incidence of dementia. *Stroke*. 2017;48(7):2013-2020. doi:10.1161/STROKEAHA.117.013369

**26**. Lambert J-C, Ibrahim-Verbaas CA, Harold D, et al; European Alzheimer's Disease Initiative (EADI); Genetic and Environmental Risk in Alzheimer's Disease; Alzheimer's Disease Genetic Consortium; Cohorts for Heart and Aging Research in Genomic Epidemiology. Meta-analysis of 74,046 individuals identifies 11 new susceptibility loci for Alzheimer's disease. *Nat Genet*. 2013;45(12):1452-1458. doi:10.1038/ng.2802

**27**. Dufouil C, Dubois B, Vellas B, et al; MEMENTO Cohort Study Group. Cognitive and imaging markers in non-demented subjects attending a memory clinic: study design and baseline findings of the MEMENTO cohort. *Alzheimers Res Ther*. 2017;9(1):67. doi:10.1186/s13195-017-0288-0

**28**. Schraen-Maschke S, Sergeant N, Dhaenens CM, et al. Tau as a biomarker of neurodegenerative diseases. *Biomark Med*. 2008;2(4):363-384. doi:10.2217/17520363.2.4.363

**29**. Randall J, Mörtberg E, Provuncher GK, et al. Tau proteins in serum predict neurological outcome after hypoxic brain injury from cardiac arrest: results of a pilot study. *Resuscitation*. 2013;84(3):351-356. doi:10.1016/j.resuscitation.2012.07.027

**30**. Deters KD, Risacher SL, Kim S, et al; Alzheimer Disease Neuroimaging Initiative. Plasma tau association with brain atrophy in mild cognitive impairment and Alzheimer's disease. *J Alzheimers Dis*. 2017;58(4):1245-1254. doi:10.3233/JAD-161114

**31**. Müller S, Preische O, Göpfert JC, et al. Tau plasma levels in subjective cognitive decline: results from the DELCODE study. *Sci Rep*. 2017;7(1):9529. doi:10.1038/s41598-017-08779-0

**32**. Sperling RA, Aisen PS, Beckett LA, et al. Toward defining the preclinical stages of Alzheimer's disease: recommendations from the National Institute on Aging-Alzheimer's Association workgroups on diagnostic guidelines for Alzheimer's disease. *Alzheimers Dement*. 2011;7(3):280-292. doi:10.1016/j.jalz.2011.03.003

**33**. Sperling RA, Rentz DM, Johnson KA, et al. The A4 study: stopping AD before symptoms begin? *Sci Transl Med*. 2014;6(228):228fs13. doi:10.1126/scitranslmed.3007941

**34**. Qian J, Wolters FJ, Beiser A, et al. *APOE*-related risk of mild cognitive impairment and dementia for prevention trials: an analysis of four cohorts. *PLoS Med*. 2017;14(3):e1002254. doi:10.1371/journal.pmed.1002254

© 2019 American Medical Association. All rights reserved.

Downloaded from jamanetwork.com by Orion Armon on 07/12/2025

# EXHIBIT G

Journal of Surgical Research 160, 302–307 (2010)
doi:10.1016/j.jss.2008.12.022

# τ Proteins in Serum Predict Outcome After Severe Traumatic Brain Injury

Po-Chou Liliang, M.D.,* Cheng-Loong Liang, M.D.,† Hui-Ching Weng, Ph.D.,‡ Kang Lu, M.D., Ph.D.,†
Kuo-Wei Wang, M.D.,† Han-Jung Chen, M.D., Ph.D.,†[1] and Jiin-Haur Chuang, M.D.§

*Department of Neurosurgery, E-Da Hospital, I-Shou University, Kaohsiung, Taiwan and the Graduate Institute of Clinical
Medical Sciences, Chang Gung University College of Medicine, Kaohsiung, Taiwan; †Department of Neurosurgery,
E-Da Hospital, I-Shou University, Kaohsiung, Taiwan; ‡Department of Health Management, I-Shou University,
Kaohsiung, Taiwan; and §Department of Surgery, Division of Pediatric Surgery, Chang Gung Memorial
Hospital-Kaohsiung Medical Center, Kaohsiung, Taiwan

Submitted for publication September 10, 2008

***Background.*** The identification of reliable outcome predictors after traumatic brain injury (TBI) is crucial. The objective of our study was to investigate the role of τ protein as a serum marker of TBI.

***Methods.*** Thirty-four patients with severe TBI (Glasgow Coma Scale [GCS] score at admission ≤ 8) were considered. The τ protein level in the blood samples obtained at the time of admission was measured. The outcome was assessed by using the Glasgow Outcome Scale (GOS) at 6 mo post-injury. Demographic, clinical, and laboratory variables were analyzed to study their effect on the outcome.

***Results.*** τ Protein levels were higher in the poor outcome group (436.2 ± 473.6 pg/mL) than in the good outcome group (51.6 ± 81.5 pg/mL) ($P < 0.0001$). Univariate analyses demonstrated that poor outcome was significantly associated with a poor GCS score ($P = 0.001$), higher serum τ protein levels ($P < 0.001$), abnormal pupil light reflex ($P = 0.013$), and basal cistern compression on computed tomogram (CT) ($P = 0.026$). Multivariate analyses revealed that a poor GCS score ($P = 0.049$) and higher serum τ protein levels ($P = 0.043$) were independent prognostic factors for poor outcome. The receiver-operating characteristic (ROC) curve demonstrated that a τ protein level ≥ 114.5 pg/mL yielded 88% sensitivity and 94% specificity for predicting a poor outcome.

***Conclusions.*** These results suggest that in addition to GCS; serum τ protein levels may serve as indicators for the prediction of outcome following severe TBI.

[1] To whom correspondence and reprint requests should be addressed at Department of Neurosurgery, E-Da Hospital, I-Shou University, No. 1, E-Da Road, Jiau-Shu Tsuen, Yan-Chau Shiang, Kaohsiung County, 824, Taiwan. E-mail: ed100172@edah.org.tw.

However; it should be viewed with caution because of the small sample size and wide standard deviations. © 2010 Elsevier Inc. All rights reserved.

***Key Words:*** tau protein; outcome; traumatic brain injury; ELISA.

## INTRODUCTION

Traumatic brain injury (TBI) is the leading cause of death and disabilities among all traumas [1, 2]. The identification of reliable indicators of outcome following TBI is crucial for the determination of appropriate clinical management and for predicting clinical outcome. Reliable prediction of outcome following severe TBI, especially in the early stages, has still not been achieved [3]. Although clinical characteristics such as the Glasgow Coma Scale (GCS) score and imaging studies are well established, there are still some concerns regarding these tools [4]. It would be beneficial to supplement these methods of investigation with some chemical biomarkers for TBI [4–11].

τ Protein is a microtubule-associated protein that is primarily localized in neuronal cells. τ Binds to axonal microtubules and forms axonal microtubule bundles. These bundles are important structural elements in the axonal cytoskeleton. The level of τ proteins in the serum and cerebrospinal fluid (CSF) can be determined, and it is released from the central nervous system secondarily because of TBI [8–11]. Evidence indicates that τ protein levels are elevated in the CSF [8, 9] and serum following TBI [10, 11]. However, data

0022-4804/08 $36.00
© 2010 Elsevier Inc. All rights reserved.



on serum $\tau$ protein levels in patients with severe TBI are sparse. The predictive value of serum $\tau$ protein levels in determining outcome in cases of severe TBI have not been investigated thoroughly. The aim of the present study is to clarify whether $\tau$ protein levels could predict 6-mo outcomes in patients with severe TBI.

## MATERIALS AND METHODS

### Patients

This study was approved by the local ethics committee of the E-Da Hospital in Taiwan. Prior to enrollment, written informed consent was obtained from each patient's next of kin because all the eligible patients were unconscious. Thirty-four patients, aged 18 y or more, with severe closed head injury who were admitted to the neurosurgical intensive care unit (NICU) at E-Da Hospital, Kaohsiung, Taiwan, within 6 h of injury were enrolled in this study between April 2006 and January 2007. Severe TBI was defined as a Glasgow Coma Scale (GCS) score of 8 or less following nonsurgical resuscitation within the first 6 h of injury. Computed tomography (CT) was performed immediately after resuscitation. Following resuscitation and evacuation of mass lesions, if indicated, all patients were admitted to NICU and managed according to a protocol that was consistent with the international guidelines for severe TBI [12]. Ten healthy volunteers (6 men and 4 women) served as the control group.

### Exclusion Criteria

The exclusion criteria were as follows: age under 18 y, unavailability of blood sample, absence of informed consent, and absence of outcome data of 6-mo follow-up. Patients with neurologic disabilities (head injury, cerebral infarction, and hemorrhage) prior to the injury were also excluded. The following patients were also excluded: patients who were brought to the hospital more than 6 h after injury, prolonged cardiac arrest at the scene of the accident, or high cervical spinal cord injury, and those who had died from uncontrollable hemorrhage or multiple life-threatening associated injuries.

### Analysis of Serum $\tau$ Protein

Venous blood samples were obtained at the time of hospital admission. Samples were drawn into 10-mL serum separator tubes and centrifuged at 2500 rpm for 15 min after collection. The serum was then stored at –70°C until analysis. The serum $\tau$ protein levels were measured using a sandwich enzyme linked-immuno-sorbent assay (ELISA) kit (BioSource, Camarillo, CA). The minimum detectable dose of $\tau$ protein is 12 pg/mL [13]. The dilution curve of the serum samples was parallel to the standard dilution curve.

### Prognostic Factors

To study prognostic factors that determine outcome for each patient, the following data were collected for each patient at the time of admission: age, gender, GCS score, cause of injury, head abbreviated injury score (AIS) [14], pupil abnormality and light reflex, CT finding, intracranial pressure (ICP), systemic hypotension, $\tau$ protein level, and blood ethanol level. Systemic hypotension was defined as systolic blood pressure ≤ 90 mmHg at the time of admission. A midline shift ≥ 5 mm and the obliteration of basal cisterns as observed on a CT scan were considered as outcome predictors [15]. The AIS is an anatomic scoring system that ranks injury severity on a scale of 1 to 6; a score of 3 represents serious; 4, severe; 5, critical; and 6, fatal.

### Outcome Measurement

Outcome was categorized according to the Glasgow Outcome Scale [16] as asymptomatic, mild disability, moderate disability, major disability, vegetative status, and death. For the analysis, patients were divided into a good-outcome group, with patients who were functionally independent (first three categories), and a poor-outcome group, with patients who were functionally dependent or worse (last three categories). The outcome for the survivors was determined at 6 mo after TBI. Some patients were followed-up by the outpatient department after discharge, while others were interviewed over telephone to identify the neurological outcome.

### Statistical Analysis

Variables were initially analyzed by univariate analysis. Continuous variables (for example, age) were compared using the Mann-Whitney $U$ test. Categorical variables ((for example, pupil abnormality) were analyzed either by $\chi^2$ analysis or Fisher's exact test. Multivariate analysis with logistic regression was then carried out to determine the factors that were also prognostically important for the outcome as defined above. Receiver-operating characteristic (ROC) curve was used to determine the $\tau$ protein level that would yield the best sensitivity and specificity for predicting outcome. Positive likelihood ratio was calculated by dividing the sensitivity by (100-specificity). The likelihood ratio may be used to determine clinically relevant cut-off values. Statistical tests were conducted by using SPSS 12.0 (SPSS Inc, Chicago, IL). All $P$ values are two-sided, and $P < 0.05$ was considered statistically significant.

## RESULTS

Figure 1 shows a flow diagram of how patients were included or excluded in the study. The demographic and injury characteristics of patients are shown in Table 1. The $\tau$ protein levels (mean ± SD) were 8.1 ± 20.8 pg/mL (range, 0 to 67) in the control group (n = 10), undetectable (< 12 pg/mL) in 9 of the 10 volunteers, and 243.9 ± 387.4 pg/mL (range, 0 to 1882) in the patient group (n = 34). Significant differences were found between the control and patient groups ($P < 0.0001$). The $\tau$ protein levels in the good-outcome group were 51.6 ± 81.5 pg/mL (range, 0 to 342) (n = 17) and 436.2 ± 473.6 pg/mL (range, 41 to 1882) in the poor-outcome group (n = 17). The $\tau$ protein levels were higher in the poor-outcome group than in the good-outcome group (Table 2, Fig. 2).

Univariate analyses revealed that poor outcome at 6 mo was significantly associated with the following features: poor GCS score ($P = 0.001$), high serum $\tau$ level ($P < 0.001$), abnormal pupil light reflex ($P = 0.013$), and basal cistern compression on CT scan ($P = 0.026$). Multivariate logistic regression analyses revealed that a poor GCS score ($P = 0.049$) and high serum $\tau$ levels ($P = 0.043$) were the independent prognostic factors for a poor outcome (Table 3).

The range of serum $\tau$ protein levels was broad (0–1882 pg/mL) in the present study, and the clinical utility of this biomarker was limited. An ROC evaluating the ability of serum $\tau$ protein level to predict a poor



**FIG. 1.** Flow diagram demonstrating how patients were included or excluded in the study.

outcome showed an area under the curve of 0.939 with 88% sensitivity and 94% specificity at a serum $\tau$ protein level of 114.5 pg/mL (Fig. 3). As shown in Table 4, in the poor-outcome group, 15 patients (88.2%) had $\tau$ protein levels higher than 114.5 pg/mL, and only two patients had $\tau$ level lower than 114.5 pg/mL. Sixteen patients (94.1%) in the good-outcome group had $\tau$ protein levels lower than 114.5 pg/mL. The positive predictive value was 93.8%, and the negative predictive valve was 88.9%.

## TABLE 1

### Demographics of 34 Patients with Severe Traumatic Brain Injury

| Age, y (range) | $40.7 \pm 17.9$ (18—77) |
|---|---|
| Gender, $n$ (%) | |
| Male | 27 (79) |
| Female | 7 (21) |
| GCS, $n$ (%) | |
| 3–4 | 5 (15) |
| 5–6 | 8 (23) |
| 7–8 | 21 (62) |
| Abbreviated injury score, $n$ (%) | |
| 3 | 6 (18) |
| 4 | 10 (29) |
| 5 | 18 (53) |
| Serum $\tau$ level in pg/mL, mean $\pm$ SD | $243.9 \pm 387.4$ (0—1882) |
| Cause of injury, $n$ (%) | |
| Fall | 28 (82) |
| Motor vehicle accident | 4 (12) |
| Assault | 2 (6) |
| Main lesion (%) | |
| Epidural hematoma | 3 (9) |
| Subdural hematoma | 16 (47) |
| Subarachnoid hematoma | 7 (21) |
| Intracerebral hematoma | 8 (23) |
| Craniotomy, $n$ (%) | 20 (59) |
| ICP monitor, $n$ (%) | 19 (56) |
| Outcome ($n = 34$), $n$ (%) | |
| Good outcome | 17 (50) |
| Poor outcome | 17 (50) |

ICP = intracranial pressure; GCS = Glasgow coma scale.

## DISCUSSION

The serum $\tau$ levels in severe TBI cases ($243.9 \pm 387.4$ pg/mL) were higher than those in healthy volunteers ($8.1 \pm 20.8$ pg/mL) in this study. The findings support the theory that serum $\tau$ protein levels could increase after TBI [10, 11]. The present study also demonstrated that serum $\tau$ levels were significantly higher in the TBI patients with poor outcomes and could be used as an independent prognostic factor for severe TBI. Multivariate analysis revealed that the GCS score and the serum $\tau$ protein level was significantly associated with clinical outcome. ICP, age, pupil light reflex, AIS, systemic hypotension, midline shift on CT scan, and cistern compression on CT scan were not associated with outcome in our study, unlike in previous reports [14, 15, 17], which could be due to the smaller sample size of the present study.

$\tau$ Protein is a small phosphor protein found in the axonal compartments of neurons that bind with microtubules, promoting their stability and assembly [8, 9]. The level of $\tau$ protein in the CSF and serum can be determined, and it is released from neurons of the central nervous system following TBI [8–11]. The rise in $\tau$ protein levels in the CSF was very prominent (more than

**TABLE 2**

**Comparisons of Clinical and Laboratory Features Between the Good and Poor Outcome Groups of Severe Traumatic Brain Injury Patients**

| | Good outcome $n = 17$ | Poor outcome $n = 17$ | $P$ Value |
|---|---|---|---|
| Age, y (mean ± SD) | 36.9±19.3 | 44.4±16.2 | 0.131 |
| Gender, $n$ (%) | | | 1.0 |
| Male | 13 (48) | 14 (52) | |
| Female | 4 (57) | 3 (43) | |
| Glasgow coma score, $n$ (%) | 7.6±0.6 | 5.4±1.9 | 0.001 |
| Causes of head injury, $n$ (%) | | | 1.0 |
| MVA | 14 (50) | 14 (50) | |
| Fall | 2 (50) | 2 (50) | |
| Assault | 1 (50) | 1(50) | |
| Pupil light reflex, $n$ (%) | | | 0.013 |
| Normal | 14 (70) | 6 (30) | |
| Absent or sluggish in either or both | 3 (21) | 11 (79) | |
| Intracranial pressure > 20 mmHg*, $n$ (%) | 1 (10) | 9 (90) | 0.057 |
| Midline shift > 5 mm on CT, $n$ (%) | 8 (44) | 10 (56) | 0.492 |
| Basal cistern space on CT, $n$ (%) | | | 0.026 |
| Normal | 9 (82) | 2 (18) | |
| Compressed or absent | 8 (35) | 15 (65) | |
| $\tau$Protein level, pg/mL (mean ± SD) | 51.6±81.5 | 436.2±473.6 | <0.001 |
| Underwent craniotomy, $n$ (%) | 9 (45) | 11 (55) | 0.486 |
| Abbreviated injury score (mean ± SD) | 4.2±0.8 | 4.5±0.7 | 0.218 |
| Alcohol screen positive, $n$ (%) | 5 (63) | 3 (37) | 0.688 |

MVA = motor vehicle accident; CT = computed tomography.

*Data available 19 cases.

1000-fold) in severe TBI patients [9]. High $\tau$ levels in the CSF were associated with poor outcome in some studies and were considered to be useful as an outcome predictor [8, 9].

Clinical research on the effects of TBI on serum $\tau$ protein levels is limited [10, 11]. Kavalci and colleagues [10] reported that serum $\tau$ levels were increased in patients with mild head injury and intracranial lesions; however, the rise was not statistically significant. Bulut



**FIG. 2.** Boxplot showing serum $\tau$ protein levels in both outcome groups following severe traumatic brain injury. There was a significant difference between good and poor outcome groups ($P < 0.0001$; Mann-Whitney $U$ test). (Color version of figure is available online.)

and colleagues [11] reported that the serum $\tau$ levels in patients with mild head injury were relatively higher than those in controls; however, the differences were not statistically significant. This suggests that serum $\tau$ protein has limited prognostic value for minor head injury.

Our data demonstrates that patients with epidural hematomas have lower serum $\tau$ levels. There were three patients with epidural hematoma in our study, and their $\tau$ levels were less than 12 pg/mL. Perhaps patients with epidural hematoma had mild parenchymal brain injury and lower $\tau$ levels.

The serum $\tau$ protein levels in severe TBI patients have not been well investigated. To the authors' knowledge, the current study is the first to measure and evaluate the serum $\tau$ levels in severe TBI patients. In the present study, the $\tau$ levels increased predominantly in the poor-outcome patients and were indicated to be potentially useful in predicting 6-mo outcomes following severe TBI. The results could be explained by the fact that the subjects in the present study, contrary to those in previous studies [10, 11], had uniformly more severe TBI.

The range of serum $\tau$ protein levels was very broad (0–1882 pg/mL) in the present study, and the clinical utility of this biomarker was limited. An ROC evaluating the ability of serum $\tau$ protein levels to predict poor outcome showed an area under the curve of 0.939

**TABLE 3**

**Results of Multivariate Logistic Regression Analyses of Factors in Predictive of Poor Outcome in Severe Traumatic Brain Injury Patients**

| Variable | Coefficient | Standard error | 95% CI | P value |
|---|---|---|---|---|
| $\tau$ Protein level, pg/mL | −0.015 | 0.008 | 0.970–0.999 | 0.043 |
| GCS | 1.574 | .799 | 1.009–23.081 | 0.049 |
| Abnormal pupil light reflex | −2.850 | 2.296 | 0.001–5.211 | 0.215 |
| basal cistern compress on CT | −2.448 | 1.979 | 0.002–4.180 | 0.216 |

GCS = glasgow coma scale; CT = computed tomography.

with 88% sensitivity and 94% specificity at a serum $\tau$ protein level of 114.5 pg/mL. At the serum $\tau$ level of 114.5 pg/mL, the positive predictive value for poor outcome was 93.8%, and the negative predictive value was 88.9%. Another advantage of serum $\tau$ protein is that it can be measured by less invasive methods than those used for determining the CSF levels.

Some research studies reported that cleaved $\tau$ (c-$\tau$) could be detected in the CSF and serum of TBI patients [18–20]. C-$\tau$ could reflect the severity of TBI [18] and predict intracranial lesions [20]. C-$\tau$, reported by Zemlan and colleagues [18–20], is a truncated $\tau$ protein (30 to 50 Kd) that is shorter than the full-length $\tau$ protein (48 to 68 Kd) and lacks the N- and C-terminal domains. Because of different measurement methods, the relation between the $\tau$ proteins detected by our methods [8–11] and c-$\tau$ by other groups [18–21] cannot be determined at present.

The present study has several limitations. We had examined many well-documented factors (such as age, ICP, and systemic hypotension) affecting clinical outcome following severe TBI; however, some factors had little utility for predicting clinical outcome. This could be due to the relatively small sample size of the present study. We did not examine the $\tau$ levels in the CSF because CSF samples could not be obtained using our ICP devices. Rather than using external ventriculostomy drainage, most ICP devices used in our patients were subdural or intraparenchymal microsensors [22]. The correlation between the CSF $\tau$ levels and serum $\tau$ levels was unclear. Two patients were lost to follow-up. This is an important limitation because patients with good outcome are more likely to be lost to follow-up. This may bias the population being studied. Furthermore, we did not obtain serial blood samples or standardize the time of blood sampling for all patients, which may have resulted in the observed variability of $\tau$ protein levels.

What time will $\tau$ protein be released to blood after TBI? To date, the progression of $\tau$ protein levels in TBI patients has rarely been reported. CSF $\tau$ levels were highest on days 2 to 3 in one study [8]; however; no time course of human serum $\tau$ levels following TBI were reported. The time course of serum $\tau$ protein level was reported in one rat TBI study [23] and the highest level was found 6 h following injury. The integrity of brain blood barrier (BBB) plays a role in serum and CSF $\tau$ level [23]. After BBB re-established following TBI, the $\tau$ levels fell.

Although the results demonstrate that serum $\tau$ protein levels and GCS are most important outcome predictors, these results should be viewed with caution because of the relatively small sample size of the



**FIG. 3.** Receiver operating characteristic curve for serum $\tau$ protein level for poor outcome at 6 mo following severe traumatic brain injury. The area under the curve was 0.939 (95% CI 0.856 to 1.022; $P < 0.001$). (Color version of figure is available online.)

**TABLE 4**

**Patient Classification Based on the Receiver Operating Characteristic (ROC) Curve Results of the Serum $\tau$ Protein Level**

| | Good outcome $n$ (%) | Poor outcome $n$ (%) |
|---|---|---|
| $\tau < 114.5$ pg/mL | 16 (94.1) | 2 (11.1) |
| $\tau \geq 114.5$ pg/mL | 1 (5.9) | 15 (88.2) |

present study. Future studies should include a more extensive examination of the interrelationship of $\tau$ protein levels and those outcome predictors that would require a larger cohort of TBI patients.

## ACKNOWLEDGMENT

This work was supported by research grants from the Taiwan National Science Council grant nos. NSC 94-2314-B-214-003 and NSC 95-2314-B-214-006 to PCL.

## REFERENCES

1. Chiu WT, Huang SJ, Tsai SH, et al. The impact of time, legislation, and geography on the epidemiology of traumatic brain injury. J Clin Neurosci 2007;14:930.

2. Lin JW, Tsai SH, Tsai WC, et al. Survey of traumatic intracranial hemorrhage in Taiwan. Surg Neurol 2006;66:S20.

3. Marion DW. Outcome from severe head injury. In: Narayan RK, Wilberger E, Povlishock JT, Eds. Neurotrauma. New York: McGraw Hill, 1996:767.

4. Woertgen C, Rothoerl R, Metz C, et al. Comparison of clinical, radiologic, and serum marker as prognostic factors after severe head injury. J Trauma 1999;47:1126.

5. Raabe A, Grolms C, Sorge O, et al. Serum S-100B protein in severe head injury. Neurosurgery 1999;45:477.

6. Korfias S, Stranjalis G, Boviatsis E, et al. Serum S-100B protein monitoring in patients with severe traumatic brain injury. Intensive Care Med 2007;33:255.

7. Vos PE, Lamers KJ, Hendriks JC, et al. Glial and neuronal proteins in serum predict outcome after severe traumatic brain injury. Neurology 2004;62:1303.

8. Ost M, Nylén K, Csajbok L, et al. Initial CSF total $\tau$ correlates with 1-year outcome in patients with traumatic brain injury. Neurology 2006;67:1600.

9. Franz G, Beer R, Kampfl A, et al. Amyloid beta 1-42 and $\tau$ in cerebrospinal fluid after severe traumatic brain injury. Neurology 2003;60:1457.

10. Kavalci C, Pekdemir M, Durukan P, et al. The value of serum $\tau$ protein for the diagnosis of intracranial injury in minor head trauma. Am J Emerg Med 2007;25:391.

11. Bulut M, Koksal O, Dogan S, et al. $\tau$ Protein as a serum marker of brain damage in mild traumatic brain injury: Preliminary results. Adv Ther 2006;23:12.

12. The Brain Trauma Foundation. American Association of Neurological Surgeons, Joint Section on Neurotrauma and Critical Care. Management and prognosis of severe traumatic brain injury. J Neurotrauma 2000;17:449.

13. Human T(total) Biosource Immunoassay Kit Catalog #KHB0042/KHB0041. Biosite website available at: http://www.biosource.com/content/catalogContent/tds3/moreinfo/KHO0631%20pr328%20revA1%20mar2706%20(Hu%20Tau%20[pT181]).pdf

14. Foreman BP, Caesar RR, Parks J, et al. Usefulness of the abbreviated injury score and the injury severity score in comparison to the Glasgow Coma Scale in predicting outcome after traumatic brain injury. J Trauma 2007;62:946.

15. Schreiber MA, Aoki N, Scott BG, et al. Determinants of mortality in patients with severe blunt head injury. Arch Surg 2002;137:285.

16. Jennett B, Bond M. Assessment of outcome after severe brain damage. Lancet 1975;1:480.

17. Tsai MD, Chiu WT, Lin JW, et al. Current experiences in the use of the severe head-injury guidelines in Taiwan. Surg Neurol 2006;66:S3.

18. Zemlan FP, Jauch EC, Mulchahey JJ, et al. C-$\tau$ biomarker of neuronal damage in severe brain injured patients: Association with elevated intracranial pressure and clinical outcome. Brain Res 2002;947:131.

19. Zemlan FP, Mulchahey JJ, Gudelsky GA. Quantification and localization of kainic acid-induced neurotoxicity employing a new biomarker of cell death: Cleaved microtubule-associated protein-$\tau$ (C-$\tau$). Neuroscience 2003;121:399.

20. Shaw GJ, Jauch EC, Zemlan FP. Serum cleaved $\tau$ protein levels and clinical outcome in adult patients with closed head injury. Ann Emerg Med 2002;39:254.

21. Johnson GVW, Seubert P, Cox TM, et al. The $\tau$ protein in human cerebrospinal fluid in Alzheimer's disease consists of proteolytically derived fragments. J Neurochem 1997;68:430.

22. Huang SJ, Hong WC, Han YY, et al. Clinical outcome of severe head injury in different protocol-driven therapies. J Clin Neurosci 2007;14:449.

23. Gabbita SP, Scheff SW, Menard RM, et al. Cleaved-$\tau$: A biomarker of neuronal damage after traumatic brain injury. J Neurotrauma 2005;22:83.

# EXHIBIT H

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

First Named Inventor:    David Wilson
Application No.:    16/522,237
Confirmation No.:    4736
Filed:    July 25, 2019
For:    METHODS OF DETERMINING A TREATMENT PROTOCOL FOR AND/OR A PROGNOSIS OF A PATIENT'S RECOVERY FROM A BRAIN INJURY
Examiner:    Not Yet Assigned
Art Unit:    1629

**Certificate of Electronic Filing under 37 C.F.R. § 1.8**

I hereby certify that this paper (along with any paper referred to as being attached or enclosed) is being transmitted via the Office's electronic filing system in accordance with 37 C.F.R. § 1.6(a)(4).

Dated: January 8, 2020    Electronic Signature for Ellen J. Paul:  /Ellen J. Paul/

## RESPONSE TO NOTICE TO FILE MISSING PARTS OF APPLICATION

Mail Stop Missing Parts
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

In response to the Notice to File Missing Parts of Application – Filing Date Granted mailed August 8, 2019, Applicant respectfully submits a Declaration, a Power of Attorney, a Preliminary Amendment, a Petition for Extension of Time, and the Filing Fee for the Application (as shown on accompanying Fee Transmittal).

Please charge our Credit Card in the amount of $3,280.00 covering the fees set forth in 37 C.F.R. § 1.16(f), 1.16(a), 1.16(k), 1.16(o) and 1.17(a). The Director is hereby authorized to charge any deficiency in the fees filed, asserted to be filed or which should have been filed with this Response to Notice to File Missing Parts of Application to our Deposit Account No. 23/2825, under Docket No. Q0052.70018US03.

Dated:  January 8, 2020        Respectfully submitted,

Electronic signature:  /Michael J. Pomianek/
Michael J. Pomianek
Registration No.: 46,190
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts  02210-2206
617.646.8000

# REMARKS

Claims 1-91 were pending in the application.  Claims 1-10, 12-19 and 25-91 have been cancelled.  Claims 11 and 20-24 have been amended.  Claims 92-103 are newly added.  The claims are being cancelled or amended to remove multiple dependencies and/or for the purpose of reducing the excess claims fee and without prejudice or disclaimer.  The right to pursue the cancelled subject matter in this application or one or more continuing applications is hereby reserved.  No new matter has been added.  Claims 11, 20-24 and 92-103 are now pending in this application with claim 92 being the sole independent claim.

In view of the above amendment, applicant believes the pending application is in condition for substantive examination.

If this response is not considered timely filed and if a request for an extension of time is otherwise absent, Applicant hereby requests any necessary extension of time.  If there is a fee occasioned by this response, including an extension fee, the Director is hereby authorized to charge any deficiency or credit any overpayment in the fees filed, asserted to be filed or which should have been filed herewith, except for excess claims fees, to our Deposit Account No. 23/2825, under Docket No. Q0052.70018US03.

Dated:  January 8, 2020                          Respectfully submitted,

                                                 Electronic signature:  /Michael J. Pomianek/
                                                 Michael J. Pomianek
                                                 Registration No.: 46,190
                                                 WOLF, GREENFIELD & SACKS, P.C.
                                                 600 Atlantic Avenue
                                                 Boston, Massachusetts  02210-2206
                                                 617.646.8000

## AMENDMENTS TO THE CLAIMS

1. - 10.   (Canceled)

11.      (Currently Amended)  The method of claim 92[[10]], wherein the brain injury results from a hypoxic event.

12. - 19.  (Canceled)

20.      (Currently Amended)  The method of ~~any one of claims 12-19~~claim 92, wherein the limit of detection for the analytical protein concentration measurement assay is less than about ~~10 pg/mL, 9 pg/mL, 8 pg/mL, 7 pg/mL, 6 pg/mL, 5 pg/mL, 4 pg/mL, 3 pg/mL, 2 pg/mL, 1 pg/mL, 0.5 pg/mL, 0.1 pg/mL, 0.05 pg/mL,~~ 0.02 pg/mL.

21.      (Currently Amended)  The method of ~~any one of claims 12-20~~claim 92, wherein the brain injury comprises a hypoxic event caused by cardiac arrest.

22.      (Currently Amended)  The method of ~~any one of claims 12-20~~claim 92, wherein the brain injury comprises a hypoxic event caused by stroke.

23.      (Currently Amended)  The method of ~~any one of claims 12-20~~claim 92, wherein the brain injury comprises a hypoxic event caused by an ischemic event.

24.      (Currently Amended)  The method of ~~any one of claims 12-20~~claim 92, wherein the brain injury comprises a hypoxic event caused by a thrombosis.

25. - 91.  (Cancelled)

92.    (New)  A method of producing a body fluid sample of a patient recovering from a brain injury containing an analytically quantified amount of endogenous tau protein, said method comprising:

(A) obtaining a volume of body fluid comprising blood, or a blood component selected from plasma and serum,

(B) diluting the volume of body fluid, and

(C) quantifying through the use of an analytical protein concentration measurement assay a concentration of tau protein in the volume of body fluid to produce the body fluid sample containing the analytically quantified amount of endogenous tau protein;

wherein the analytically quantified concentration of endogenous tau protein contained in the body fluid sample is less than about 5 pg/ml, and a limit of quantification of the analytical protein concentration measurement assay used in step (C) for quantifying the concentration of tau protein is less than about 0.2 pg/mL.


93.    (New)  The method of claim 92, wherein the analytical protein concentration measurement assay used in step (C) comprises:

i.      exposing a plurality of capture objects that each include a binding surface having affinity for tau protein molecules to the volume of body fluid;

ii.     immobilizing at least a portion of the tau protein molecules with respect to the plurality of capture objects such that at least some of the capture objects associate with at least one tau protein molecule and a statistically significant fraction of the capture objects do not associate with any tau protein molecules;

iii.    determining a proportion of the plurality of capture objects that associated with a tau protein molecule in step ii; and

iv.     determining a measure of tau protein molecule concentration in the volume of body fluid based at least in part on the proportion determined in step iii.


94.    (New)  The method of claim 93, wherein the plurality of capture objects comprises a plurality of beads.

95.    (New)  The method of claim 92, wherein the analytical protein concentration measurement assay used in step (C) comprises spatially segregated tau protein molecules into a plurality of locations, wherein a statistically significant fraction of the locations contain a single tau protein molecule and a statistically significant fraction of the locations do not contain any tau protein molecules

96.    (New)  The method of claim 95, wherein the plurality of locations comprises a plurality of reaction vessels.

97.    (New)  The method of claim 92, wherein each of the tau protein molecules quantified in step (C) is selected from the group consisting of tau 23 (352, 0N3R), tau 24 (383, 0N4R), tau 37 (381, 1N3R), tau 34 (412, 1N4R), tau 39 (410, 2N3R), and tau 40 (441, 2N4R).

98.    (New)  The method of claim 97, wherein at least a portion of the tau protein molecules are phosphorylated.

99.    (New)  The method of claim 92, wherein the volume of bodily fluid comprises blood.

100.    (New)  The method of claim 92, wherein the volume of bodily fluid comprises plasma.

101.    (New)  The method of claim 92, wherein the volume of bodily fluid comprises serum.

102.    (New)  The method of claim 92, wherein the volume of bodily fluid does not comprise cerebrospinal fluid (CSF).

103.    (New)  The method of claim 92, wherein the has been collected from the patient within 12 hours of the brain injury.

# EXHIBIT I



**UNITED STATES PATENT AND TRADEMARK OFFICE**

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 16/522,237 | 07/25/2019 | David Wilson | Q0052.70018US03 | 4736 |

23628        7590        03/16/2021

WOLF GREENFIELD & SACKS, P.C.
600 ATLANTIC AVENUE
BOSTON, MA 02210-2206

| EXAMINER |
|---|
| WEIDNER, ADAM M |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1649 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 03/16/2021 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

Patents_eOfficeAction@WolfGreenfield.com
WGS_eOfficeAction@WolfGreenfield.com

PTOL-90A (Rev. 04/07)

| | Application No. | Applicant(s) |
|---|---|---|
| **Office Action Summary** | 16/522,237 | Wilson et al. |
| | **Examiner** | **Art Unit** | **AIA (FITF) Status** |
| | ADAM M WEIDNER | 1649 | No |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) months from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☑ Responsive to communication(s) filed on <u>08 January 2020</u>.
   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2a) ☐ This action is **FINAL.**    2b) ☑ This action is non-final.

3) ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5) ☑ Claim(s) <u>11,20-24 and 92-103</u> is/are pending in the application.
   5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6) ☐ Claim(s) _____ is/are allowed.

7) ☑ Claim(s) <u>11,20-24 and 92-103</u> is/are rejected.

8) ☐ Claim(s) _____ is/are objected to.

9) ☐ Claim(s) _____ are subject to restriction and/or election requirement

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to **PPHfeedback@uspto.gov.**

**Application Papers**

10) ☐ The specification is objected to by the Examiner.

11) ☑ The drawing(s) filed on <u>25 July 2019</u> is/are: a) ☑ accepted or b) ☐ objected to by the Examiner.
   Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
   Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   **Certified copies:**
   a) ☐ All   b) ☐ Some**   c) ☐ None of the:
   1. ☐ Certified copies of the priority documents have been received.
   2. ☐ Certified copies of the priority documents have been received in Application No. _____.
   3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☐ Notice of References Cited (PTO-892)

2) ☑ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b)
   Paper No(s)/Mail Date _____.

3) ☐ Interview Summary (PTO-413)
   Paper No(s)/Mail Date _____.

4) ☐ Other: _____.

### *Notice of Pre-AIA or AIA Status*

The present application is being examined under the pre-AIA first to invent provisions.

In the event the determination of the status of the application as subject to AIA 35 U.S.C. 102 and 103 (or as subject to pre-AIA 35 U.S.C. 102 and 103) is incorrect, any correction of the statutory basis for the rejection will not be considered a new ground of rejection if the prior art relied upon, and the rationale supporting the rejection, would be the same under either status.

### DETAILED ACTION

This action is in response to claim amendments filed 1/8/20. Claims 11, 20-24, and 92-103 are pending and under examination.

### *Notice*

Claim 92 is the independent claim. Claims must depend on a previous claim, which is not the case for claims, e.g., 11, which depends on claim 92. MPEP §608.01(n)(F) states that, in such case where the dependency is clear—as it is here—no objection to form will be made; the claims will be renumbered appropriately upon allowance. See also MPEP §608.01(n)(IV).

### *Information Disclosure Statement*

The information disclosure statement filed 2/8/21 which has been struck through fails to comply with the provisions of 37 CFR 1.97, 1.98 and MPEP § 609 because it fails to provide a column for the examiner's initials next to each document (37 CFR 1.98(1)(ii)).  It has been placed in the application file, but the information referred to therein has not been considered as to the merits.  Applicant is advised that the date of any re-submission of any item of information contained in this information disclosure statement or the submission of any missing element(s) will be the date of submission for purposes of determining compliance with the requirements based on the time of filing the statement, including all certification requirements for statements under 37 CFR 1.97(e).  See MPEP § 609.05(a).

*Claim Rejections - 35 USC § 103*

The following is a quotation of pre-AIA 35 U.S.C. 103(a) which forms the basis for all obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

This application currently names joint inventors. In considering patentability of the claims under pre-AIA 35 U.S.C. 103(a), the examiner presumes that the subject matter of the various claims was commonly owned at the time any inventions covered therein were made absent any evidence to the contrary.  Applicant is advised of the obligation under 37 CFR 1.56 to point out the inventor and invention dates of each claim that was not commonly owned at the time a later invention was made in order for the examiner to consider the applicability of pre-AIA 35 U.S.C. 103(c) and potential pre-AIA 35 U.S.C. 102(e), (f) or (g) prior art under pre-AIA 35 U.S.C. 103(a).

The factual inquiries for establishing a background for determining obviousness under pre-AIA 35 U.S.C. 103(a) are summarized as follows:

1. Determining the scope and contents of the prior art.

2. Ascertaining the differences between the prior art and the claims at issue.

3. Resolving the level of ordinary skill in the pertinent art.

4. Considering objective evidence present in the application indicating obviousness or nonobviousness.


Claims 11, 20-24, and 92-102 is/are rejected under pre-AIA 35 U.S.C. 103(a) as being unpatentable over Duffy (US 20100075407; cited on page 9 of IDS 1/13/20) in view of Quanterix 2010 IQT Technology Focus Day (hereinafter Quanterix 2010a; cited on IDS 1/13/20 p. 16).


Regarding claim 92, Duffy teaches:

- Obtaining a volume of body fluid comprising blood, plasma, or serum: fluid samples may come from human blood, serum, or plasma; paragraph 144.

- Diluting the volume of body fluid: the dynamic range of the assay may be increased by diluting the sample; paragraphs 213 and 222.

- Quantifying through the use of an analytical protein concentration measurement assay a concentration of protein in the volume of body fluid to produce the body fluid sample: the whole of Duffy is directed to the use of such an assay to measure the protein; see, e.g., the claims such as claims 1, 8, 64, 82, and 111.

- Where the limit of detection of the assay is less than about 0.2 pg/mL: Duffy does not explicitly state the limit of detection. However, the steps in the method of Duffy meet all the criteria for the instantly claimed steps and Duffy characterizes the assay as "Ultra-Sensitive" (title). Thus, absent evidence to the contrary, the method of Duffy meets the limit of quantification requirements.

Duffy does not teach the protein being detected is tau. While occurring solely in the preamble, the claim is clearly limited to a sample obtained from a patient recovering from a brain injury, and Duffy does not teach such a patient.

Nevertheless, one of ordinary skill in the art at the time of the invention would have found it obvious that the method of Duffy could be used to detect less than about 5 pg/mL in a blood/serum/plasma sample of a patient recovering from brain injury. As noted by the United States Supreme Court, if a person of ordinary skill can implement a predictable variation, § 103 likely bars its patentability. For the same reason, if a technique has been used to improve one method (i.e., Duffy's ultra-sensitive assay for measuring proteins in blood), and a person of ordinary skill would recognize that it would improve similar methods (i.e., measuring specifically tau protein in those recovering from brain injury) in the same way, using the technique is obvious unless its actual application is beyond his or her skill. KSR, 127 S. Ct. at 1740. "When there is a design need or market pressure to solve a problem and there are a finite number of identified, predictable solutions, a person of ordinary skill has good reason to pursue the known options within his or her technical grasp. If this leads to the anticipated success, it is likely the product is not of innovation but of ordinary skill and common sense. In that instance the fact that a combination was obvious to try might show it was obvious under 35 U.S.C. 103." KSR Int'l Co. v. Teleflex Inc., 127 S.Ct. 1727, 1742, 82USPQ2d 1385, 1396 (2007).

Quanterix 2010a teaches using SiMoA (single molecule array; p.1) which is the same assay as Duffy (see e.g., Duffy title). Whereas Duffy broadly teaches the assay is suitable to detecting any protein of interest in blood, Quanterix 2010a explicitly teaches the assay can detect tau in a blood sample (p.22) and suggests doing so in a subject recovering from a brain injury; p.29 teaches using the assay to detect tau in a subject who has suffered—and therefore is recovering from—TBI (traumatic brain injury). Quanterix 2010a also makes clear that the assay detects single molecules (p.5) and detection in the aM range (p. 4, 10, 11, 14). Thus, the Quanterix 2010a assay clearly has a detection limit at or below "about 0.2 pg/mL", providing further evidence that the Duffy assay does as well. Moreover, this provides the predictable and expected result of being able to detect tau in a body fluid sample less than about 5 pg/mL. Note that this amount in the body fluid is entirely dependent on the subject and the endogenous levels and not an active step or manipulation of the claimed method. As one of ordinary skill in the art would have expected to the method to detect such levels, detecting such levels in a sample where this is the endogenous level would have been obvious.

Regarding claims 11, 21, 22, 23, and 24, the nature of the brain injury would not affect the sensitivity of the assay nor its ability to detect tau in the blood. In the same way, it would have been a predictable variation of the disclosure to measure tau in any sample suspected of containing tau, particularly as Quanterix 2010a teaches there is theoretically no limit on the detection sensitivity (p.10) and that practically levels of attamolar concentrations have been detected (p.11). Quanterix 2010a teaches the assay detects tau in blood of healthy controls (p.22) and thus one of ordinary skill in the art at the time of the invention would have had a reasonable expectation of success when using the method to measure tau in any subject irrespective of that subject's health/disease, including those suffering a hypoxic event, cardiac arrest, stroke, etc, as one could predictably produce a body fluid sample and detect tau.

Regarding claim 20, the steps are the same and therefore the limits of detection are the same. Further, Quanterix 2010a teaches a practical LOD in the attamolar range (p.11) and no theoretical floor to the LOD (p.10); this meets the limitations and makes obvious a limit of detection less than about 0.02 pg/mL.

Regarding claim 93:

- Exposing a plurality of capture objects that each include a binding surface having affinity for tau protein molecules to the volume of body fluid: Duffy teaches the analyte is detected by exposing a plurality of capture objects (components) to a sample (fluid sample; see above) such that the two associate (bind); see paragraph 7. Duffy also teaches where these capture components comprise a binding surface for the analyte (paragraph 94). Quanterix 2010a teaches the same method (see above) where the capture object contains an antibody (binding surface) for the analyte (p.13) and wherein the analyte is tau (see above). Thus, it would have been a predictable variation of Duffy to select specifically a tau binding surface when set to measure tau.

- Immobilizing at least a portion of the tau protein molecules with respect to the plurality of capture objects such that at least some of the capture objects associate with at least one tau protein molecule and a statistically significant fraction of the capture objects do not associate with any tau protein molecules: this is how the assays of both Duffy and Quanterix 2010a function. See for example Quanterix 2010a p.5, 9, and 13 and Duffy paragraphs 185 and 199.

- Determining a proportion of the plurality of capture objects that associated with a tau protein molecule in step ii: as above, this is how the assays of both Duffy and Quanterix 2010a function. See Quanterix 2010a p.5, 9, and 13 and Duffy paragraphs 185, and 197-198.

- Determining a measure of tau protein molecule concentration in the volume of body fluid based at least in part on the proportion determined in step iii: both Duffy and Quanterix 2010a teach using the method to determine the concentration (a measure) of the protein while Quanterix 2010a makes obvious that this protein is tau. See also Duffy paragraph 197-198 and Quanterix 2010a p.22.


Regarding claim 94, Quanterix 2010a teaches the capture object is a bead (p.13) as does Duffy (paragraphs 226, 257, 258, 264, and claim 9).

Regarding claim 95, these limitations are taught by both documents. For example, Quanterix 2010a p.5 showing a plurality of wells (spatially segregated in a plurality of locations) where each well contains

either 1 (statistically significant fraction of locations contain a single tau protein) or 0 (statistically significant fraction of locations do not contain any tau protein) molecules, the molecule being tau as discussed above. See also Duffy claim 188 and paragraph 197.

Regarding claim 96, Quanterix 2010a teaches the locations are reaction vessels (p.5) as does Duffy (e.g., paragraph 197).

Regarding claim 97, Quanterix 2010a teaches measurement of total tau in a human blood sample and thus necessarily includes measurement of the recited isoforms of tau. Further, as above, Duffy teaches the method is broadly applicable to any analyte of interest and Quanterix 2010a teaches tau, making it obvious to one of ordinary skill in the art that the method could be used to detect known isoforms of tau. Finally, a generic disclosure ("measure tau" as taught by Quanterix 2010a) can still anticipate (and thus make obvious) a species within that genus (the tau isoforms) where a person of the art could immediately envisage the species of that genus. The instant claim includes well-known isoforms of tau which could be immediately envisaged by the skilled artisan and therefore detecting these isoforms would have been obvious. Selection of a specific tau isoform to include would have been a predictable variation of the disclosure of Quanterix 2010a given the robust nature of the technology to accurately measure tau and a variety of other proteins with such sensitivity.

Regarding claim 98, as above, Quanterix 2010a teaches measuring total tau, which will necessarily include "at least a portion of the tau protein molecules are phosphorylated".

Regarding claims 99-101, it would have been obvious to use blood, plasma, or serum samples as discussed above.

Regarding claim 102, a blood/plasma/serum sample does not contain CSF.

Therefore, claims 11, 20-24, and 92-102 would have been obvious.


Claims 11, 20-24, and 92-103 is/are rejected under pre-AIA 35 U.S.C. 103(a) as being unpatentable over Duffy (US 20100075407; cited on page 9 of IDS 1/13/20) in view of Quanterix 2010 IQT Technology Focus Day (hereinafter Quanterix 2010a; cited on IDS 1/13/20 p. 16) and further in view of Wunderlich (cited on p. 28 of IDS 1/13/20).

Claims 11, 20-24, and 92-102 would have been obvious as above.

Regarding claim 103, Duffy/Quanterix 2010a does not teach that tau is present in a blood sample within 12 hours of a brain injury. However, Quanterix 2010a teaches tau is present and detectable in the blood samples of an otherwise healthy subject ("disease-free" p.22), so regardless of the time relative to an injury, one of ordinary skill in the art would have a reasonable expectation of detecting tau in that sample. Further, Wunderlich teaches that approximately 30 pg/mL of tau are detected in blood at 3, 6, and 12 hours after a stroke (brain injury; see figure 1b and p.559 C1). Thus, Quanterix 2010a provides the teachings to make obvious measuring tau in the blood of a subject with a brain injury while Wunderlich provides a reasonable expectation of detecting tau in said blood within 12 hours of a brain injury, making such a method of "producing a body fluid sample" obvious.

Regarding claim 98, measuring total tau includes measuring at least one phosphorylated tau molecule ("a portion") as discussed above. However, Wunderlich also makes this explicit, using antibodies which measure total tau which is defined as "normal tau and phosphorylated tau" (p.559 C1).

Regarding claims 11 and 22-23, Wunderlich teaches tau serum levels in a patient who has suffered (and is thus recovering from) acute ischemic stroke (table 1), which is a hypoxic event.

Regarding claim 24, Wunderlich teaches performing thrombolysis on the patients with ischemic stroke (p.560 C1; table 1). Thus, Wunderlich clearly includes thrombolic stroke (where the hypoxic event is caused by a thrombosis). Further, thrombosis causing such hypoxic events is well known and one of ordinary skill in the art at the time of the invention would have had a reasonable expectation that the findings of Wunderlich could be predictably applied to such subject, particularly as Wunderlich notes that thrombolysis did not significantly lower tau values.

Therefore, claims 11, 20-24, and 92-103 would have been obvious.

Claims 11, 20-24, and 92-102 is/are rejected under pre-AIA 35 U.S.C. 103(a) as being unpatentable over Duffy (US 20100075407; cited on page 9 of IDS 1/13/20) in view of Quanterix 2010 IQT Technology Focus Day (hereinafter Quanterix 2010a; cited on IDS 1/13/20 p. 16) in further in view of Mortberg (cited on p. 22 of IDS 1/13/20).

Claims 11, 20-24, and 92-102 would have been obvious as above.

Regarding claim 21, Mortberg teaches measuring tau in plasma after cardiac arrest at 2, 6, 12,

Regarding claim 103, Duffy/Quanterix 2010a does not teach that tau is present in a blood sample within 12 hours of a brain injury. However, Quanterix 2010a teaches tau is present and detectable in the blood samples of an otherwise healthy subject ("disease-free" p.22), so regardless of the time relative to an injury, one of ordinary skill in the art would have a reasonable expectation of detecting tau in that sample. Further, Wunderlich teaches that approximately 30 pg/mL of tau are detected in blood at 3, 6, and 12 hours after a stroke (brain injury; see figure 1b and p.559 C1). Thus, Quanterix 2010a provides the teachings to make obvious measuring tau in the blood of a subject with a brain injury while Wunderlich provides a reasonable expectation of detecting tau in said blood within 12 hours of a brain injury, making such a method of "producing a body fluid sample" obvious.

Regarding claim 98, measuring total tau includes measuring at least one phosphorylated tau molecule ("a portion") as discussed above. However, Wunderlich also makes this explicit, using antibodies which measure total tau which is defined as "normal tau and phosphorylated tau" (p.559 C1).

Regarding claims 11 and 22-23, Wunderlich teaches tau serum levels in a patient who has suffered (and is thus recovering from) acute ischemic stroke (table 1), which is a hypoxic event.

Regarding claim 24, Wunderlich teaches performing thrombolysis on the patients with ischemic stroke (p.560 C1; table 1). Thus, Wunderlich clearly includes thrombolic stroke (where the hypoxic event is caused by a thrombosis). Further, thrombosis causing such hypoxic events is well known and one of ordinary skill in the art at the time of the invention would have had a reasonable expectation that the findings of Wunderlich could be predictably applied to such subject, particularly as Wunderlich notes that thrombolysis did not significantly lower tau values.

Therefore, claims 11, 20-24, and 92-103 would have been obvious.

Claims 11, 20-24, and 92-102 is/are rejected under pre-AIA 35 U.S.C. 103(a) as being unpatentable over Duffy (US 20100075407; cited on page 9 of IDS 1/13/20) in view of Quanterix 2010 IQT Technology Focus Day (hereinafter Quanterix 2010a; cited on IDS 1/13/20 p. 16) in further in view of Mortberg (cited on p. 22 of IDS 1/13/20).

Claims 11, 20-24, and 92-102 would have been obvious as above.

Regarding claim 21, Mortberg teaches measuring tau in plasma after cardiac arrest at 2, 6, 12,

24, 48, and 96 hours (p.28; figure 18), detecting significant levels after 48 hours. Thus, one of ordinary

skill in the art at the time of the invention would have found it obvious to utilize the method of

Duffy/Quanterix 2010a with a reasonable expectation of success. One of ordinary skill in the art would

have had a reasonable expectation of detecting tau in blood where any tau existed for the reasons above,

and Mortberg confirms there is tau to be detected after a cardiac arrest. While the 48/96 hour samples

had more than the instantly claimed 5 pg/ml, it is noted that the tau present in the blood of these cardic

arrest patients was clearly below the limit of detection for the method of Mortberg, a problem which is

solved by Duffy/Quanterix 2010a. Mortberg teaches the limit of detection is ~30 ng/L (30 pg/mL; p.28).

Further evidence that the method of Mortberg alone simply did not detect tau in samples containing less

than about 5 pg/mL is that no tau was detected by the method of Mortberg until 24-48 hours after cardiac

arrest, when one of ordinary skill in the art was well aware that tau existed in such samples, given the

teachings of e.g., Quanterix 2010a that tau exists in blood samples of "disease-free" controls. Thus,

taking the documents in combination, one of ordinary skill in the art would have found it obvious to use

the superior detection limits in a method such as Duffy/Quanterix 2010a to measure tau at less than ~5

pg/mL is a subject recovering from cardiac arrest, producing a sample as instantly claimed with a

reasonable expectation of success.

Regarding claim 11, cardiac arrest is a hypoxic event.

Regarding claim 23, cardiac arrest is an ischemic event.

Therefore, claims 11, 20-24, and 92-102 would have been obvious.


### Double Patenting

The nonstatutory double patenting rejection is based on a judicially created doctrine grounded in

public policy (a policy reflected in the statute) so as to prevent the unjustified or improper timewise

extension of the "right to exclude" granted by a patent and to prevent possible harassment by multiple

assignees. A nonstatutory double patenting rejection is appropriate where the conflicting claims are not

identical, but at least one examined application claim is not patentably distinct from the reference claim(s)

because the examined application claim is either anticipated by, or would have been obvious over, the

reference claim(s). See, e.g., *In re Berg*, 140 F.3d 1428, 46 USPQ2d 1226 (Fed. Cir. 1998); *In re Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA 1970); *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d) may be used to overcome an actual or provisional rejection based on nonstatutory double patenting provided the reference application or patent either is shown to be commonly owned with the examined application, or claims an invention made as a result of activities undertaken within the scope of a joint research agreement. See MPEP § 717.02 for applications subject to examination under the first inventor to file provisions of the AIA as explained in MPEP § 2159. See MPEP § 2146 *et seq.* for applications not subject to examination under the first inventor to file provisions of the AIA. A terminal disclaimer must be signed in compliance with 37 CFR 1.321(b).

The USPTO Internet website contains terminal disclaimer forms which may be used. Please visit www.uspto.gov/patent/patents-forms. The filing date of the application in which the form is filed determines what form (e.g., PTO/SB/25, PTO/SB/26, PTO/AIA/25, or PTO/AIA/26) should be used. A web-based eTerminal Disclaimer may be filled out completely online using web-screens. An eTerminal Disclaimer that meets all requirements is auto-processed and approved immediately upon submission. For more information about eTerminal Disclaimers, refer to www.uspto.gov/patents/process/file/efs/guidance/eTD-info-I.jsp.


Claim 11, 20-24, and 92-103 are provisionally rejected on the ground of nonstatutory double patenting as being unpatentable over claims 11, 24-30, 100-102, 104, 107-114, 132-133, and 135 of copending Application No. 14111331 (reference application) in view of Quanterix 2010a. Although the claims at issue are not identical, they are not patentably distinct from each other because the reference document is directed to the same assay (e.g., claim 109, detection limit less than 0.2 pg/mL; plurality of samples within 24 hours of a hypoxic brain injury, claim 133). The difference is in the reference application being drawn to detecting beta amyloid rather than tau. However, Quanterix 2010a makes clear that the method is applicable to detecting tau.

Claim 11, 20-24, and 92-103 are rejected on the ground of nonstatutory double patenting as being unpatentable over claims 1-25 of U.S. Patent No. 10393759. Although the claims at issue are not identical, they are not patentably distinct from each other because the reference method detects tau in the same samples in the same way, differing only in that the reference claims then utilize this gathered data. Thus, the reference claims anticipate the instant method.

### Conclusion

Any inquiry concerning this communication or earlier communications from the examiner should be directed to ADAM M WEIDNER whose telephone number is (571)272-3045. The examiner can normally be reached on M-F 9-16.

Examiner interviews are available via telephone, in-person, and video conferencing using a USPTO supplied web-based collaboration tool. To schedule an interview, applicant is encouraged to use the USPTO Automated Interview Request (AIR) at http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Jeffrey Stucker can be reached on 571-272-0911. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see https://ppair-my.uspto.gov/pair/PrivatePair. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/Adam Weidner/
Primary Examiner, Art Unit 1649

# EXHIBIT J



US 20100075407A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: **US 2010/0075407 A1**
Duffy et al. (43) **Pub. Date:** **Mar. 25, 2010**

(54) **ULTRA-SENSITIVE DETECTION OF MOLECULES ON SINGLE MOLECULE ARRAYS**

(75) Inventors: **David C. Duffy**, Cambridge, MA (US); **Evan Ferrell**, (US); **Jeff Randall**, (US); **David M. Rissin**, Medford, MA (US); **David R. Walt**, Boston, MA (US)

Correspondence Address:
**WOLF GREENFIELD & SACKS, P.C.**
**600 ATLANTIC AVENUE**
**BOSTON, MA 02210-2206 (US)**

(73) Assignee: **Quanterix Corporation**, Cambridge, MA (US)

(21) Appl. No.: **12/236,486**

(22) Filed: **Sep. 23, 2008**

**Publication Classification**

(51) **Int. Cl.**
*C12M 1/34* (2006.01)
*G01N 33/573* (2006.01)

(52) **U.S. Cl.** ..................................... **435/287.2**; 435/7.92

(57) **ABSTRACT**

The present invention relates to systems and methods for detecting analyte molecules or particles in a fluid sample and in some cases, determining a measure of the concentration of the molecules or particles in the fluid sample. Methods of the present invention may comprise immobilizing a plurality of analyte molecules or particles to form a plurality of complexes, releasing at least a portion of some of the plurality of complexes, determining at least a portion of the plurality of complexes released, and determining a measure of the concentration of the analyte molecules or particles in a fluid sample.







Fig. 1



Fig. 2



Fig. 3



Fig. 4



Fig. 5



## Fig. 6



Fig. 7



Fig. 8



Fig. 9



900

# Fig. 10A



902

# Fig. 10B



904

906

# Fig. 10C



Fig. 11



Fig. 12



Fig. 13A



Fig. 13B



312

312

306

304

300

302

Fig. 14A



306

300

Fig. 14B



# Fig. 15A



# Fig. 15B



Fig. 16



Fig. 17A



Fig. 17B



Fig. 18



Fig. 19



Fig. 20A



Fig. 20B



Fig. 21



Fig. 22



**Fig. 23**



i = 0 pM
ii = 5 pM

**Fig. 24**



i = 0 pM
ii = 5 pM

Fig. 25



Fig. 26



Fig. 27



Fig. 28



Fig. 29



Fig. 30



Fig. 31

Fig. 32



Fig. 33

Fig. 34

# ULTRA-SENSITIVE DETECTION OF MOLECULES ON SINGLE MOLECULE ARRAYS

## FIELD OF THE INVENTION

[0001]   The present invention relates to systems and methods for detecting analyte molecules or particles in a fluid sample and in some cases, determining a measure of the concentration of the molecules or particles in the fluid sample.

## BACKGROUND OF THE INVENTION

[0002]   Methods and systems that are able to quickly and accurately detect and, in certain cases, quantify a target analyte molecule or particle in a sample are the cornerstones of modern analytical measurements. Such systems and/or methods are employed in many areas such as academic and industrial research, environmental assessment, food safety, medical diagnosis, and detection of chemical, biological and/or radiological warfare agents. Advantageous features of such techniques may include specificity, speed, and sensitivity.

[0003]   Most current techniques for quantifying low levels of analyte molecules in a sample use amplification procedures to increase the number of reporter molecules in order to be able to provide a measurable signal. For example, these known processes include enzyme-linked immunosorbent assays (ELISA) for amplifying the signal in antibody-based assays, as well as the polymerase chain reaction (PCR) for amplifying target DNA strands in DNA-based assays. A more sensitive but indirect protein target amplification technique, called immunoPCR (see Sano, T.; Smith, C. L.; Cantor, C. R. *Science* 1992, 258, 120-122), makes use of oligonucleotide markers, which can subsequently be amplified using PCR and detected using a DNA hybridization assay (see Nam, J. M.; Thaxton, C. S.; Mirkin, C. A. *Science* 2003; 301, 1884-1886; Niemeyer, C. M.; Adler, M.; Pignataro, B.; Lenhert, S.; Gao, S.; Chi, L. F.; Fuchs, H.; Blohm, D. *Nucleic Acids Research* 1999, 27,4553-4561; and Zhou, H.; Fisher, R. J.; Papas, T. S. *Nucleic Acids Research* 1993, 21, 6038-6039). While the immuno-PCR method permits ultra low-level protein detection, it is a complex assay procedure, and can be prone to false-positive signal generation (see Niemeyer, C. M.; Adler, M.; Wacker, R. *Trends in Biotechnology* 2005, 23,208-216).

[0004]   One disadvantage of typical known methods and/or systems for accurately detecting and, optionally, quantifying low concentrations of a particular analyte in solution is that they are based on ensemble responses in which many analyte molecules give rise to the measured signal. Most detection schemes require that a large number of molecules are present in the ensemble for the aggregate signal to be above the detection threshold. This disadvantage limits the sensitivity of most detection techniques and the dynamic range (i.e., the range of concentrations that can be detected). Many of the known methods and techniques are further plagued with problems of non-specific binding, which is the binding of analyte molecules/particles to be detected or reporter species non-specifically to sites other than those expected. This leads to an increase in the background signal, and therefore limits the lowest concentration that may be accurately or reproducibly detected.

[0005]   Accordingly, improved methods for detecting and, optionally, quantifying analyte molecules or particles, especially in samples where such molecules or particles are present at very low concentration are needed.

## SUMMARY OF THE INVENTION

[0006]   The present invention relates to systems and methods for detecting analyte molecules or particles in a fluid sample and in some cases, determining a measure of the concentration of the molecules or particles in the fluid sample. The subject matter of the present invention involves, in some cases, interrelated products, alternative solutions to a particular problem, and/or a plurality of different uses of one or more systems and/or articles.

[0007]   In one aspect, the invention is directed towards a method. According to one set of embodiments, a method of detecting analyte molecules or particles in a fluid sample, comprises exposing a substrate comprising a plurality of capture components to a sample comprising a plurality of analyte molecules or particles, so that analyte molecules or particles associate with capture components to form a plurality of complexes, each complex being immobilized with respect to the substrate and comprising at least one capture component and at least one analyte molecule or particle, dissociating at least a portion of each complex to form a plurality of dissociated species, which are not immobilized with respect to the substrate, partitioning the plurality of dissociated species across a plurality of reaction vessels, and determining the presence or absence of a dissociated species in at least one reaction vessel.

[0008]   In one aspect, the invention is directed towards a system. According to one set of embodiments, a system for detecting analyte molecules or particles in a fluid sample, comprises a first substrate comprising a plurality of capture components able to become specifically immobilized with respect to a plurality of analyte molecules or particles of a sample, such that the analyte molecules or particles associate with capture components to form a plurality of complexes, wherein the complexes are susceptible to being dissociated from the first substrate by a dissociating agent to form a plurality of dissociated species, and a second substrate comprising an array comprising a plurality of reaction vessels, the reaction vessels being configured to receive and contain dissociated species therein.

[0009]   According to another set of embodiments, a method for determining a measure of the concentration of analyte molecules or particles in a fluid sample, comprises capturing a plurality of analyte molecules or particles on a first substrate, releasing a plurality of molecules or particles from the first substrate, detecting molecules or particles released from the first substrate on or within a second substrate comprising a plurality of reaction vessels, and determining a measure of the concentration of the analyte molecules or particles in the fluid sample based on the detection of molecules or particles released from the first substrate on or within the second substrate.

[0010]   According to another set of embodiments, a method for determining a measure of the concentration of the analyte molecules or particles in a fluid sample, comprises capturing a plurality of analyte molecules or particles on a first substrate, releasing a plurality of molecules or particles from the first substrate, detecting molecules or particles released from the first substrate on or within a second substrate, and determining a measure of the concentration of the analyte molecules or particles in the fluid sample based on the detection of molecules or particles released from the first substrate,

wherein the true concentration of the analyte molecules or particles in the fluid sample is less than about $50 \times 10^{-15}$ molar, and wherein the measure of the concentration determined in the determining act differs from the true concentration by no greater than 10%.

[0011] According to yet another set of embodiments, a method for determining a measure of the concentration of analyte molecules or particles in a fluid sample, comprises capturing a plurality of analyte molecules or particles on a first substrate, releasing a plurality of molecules or particles from the first substrate, immobilizing at least one particle comprising a binding partner for the molecule or particle released from the first substrate to each of at least a fraction of the plurality of molecules or particles released from the first substrate to form a plurality of complexes, detecting the plurality of complexes formed in the immobilizing act, and determining a measure of the concentration of the analyte molecules or particles in the fluid sample based on the detection of the complexes.

[0012] In some embodiments, a method for determining a measure of the concentration of analyte molecules or particles in a fluid sample, comprises, capturing a plurality of analyte molecules or particles on a first substrate by immobilizing the plurality of analyte molecules or particles on the first substrate, releasing a plurality of immobilized molecules or particles from the first substrate, wherein the number of molecules or particles released is related to the number of analyte molecules or particles captured, detecting the molecules or particles released from the first substrate on or within a second substrate, wherein at least a fraction of the molecules or particles released from the first substrate become immobilized with respect to the second substrate, and wherein the number of molecules or particles detected on or within the second substrate is no greater than the number of molecules or particles which are released from the first substrate, and determining a measure of the concentration of the analyte molecules or particles in the fluid sample based on the detection of molecules or particles released from the first substrate.

[0013] In another set of embodiments, a method for determining a measure of the concentration of analyte molecules or particles in a fluid sample, comprises capturing a plurality of analyte molecules or particles on a first substrate by immobilizing the plurality of analyte molecules or particles on the first substrate, releasing a plurality of immobilized molecules or particles from the first substrate, wherein the number of molecules or particles released is related to the number of analyte molecules or particles captured, immobilizing at least one first binding ligand with respect to each of at least a fraction of the plurality of analyte molecules or particles or to each of at least a fraction of the plurality of molecules or particles released from the first substrate, capturing at least a fraction of the plurality of molecules or particles released from the first substrate on or within a second substrate, exposing the second substrate to a plurality of precursor labeling agent molecules, wherein the plurality of precursor labeling agent molecules are converted to a plurality of labeling agent molecules upon exposure to first binding ligands, and determining a measure of the concentration of the analyte molecules or particles in the fluid sample based on the detection of the labeling agent molecules.

[0014] In still yet another set of embodiments, a method of detecting analyte molecules or particles in a fluid sample, comprises exposing a substrate comprising a plurality of capture components to a sample comprising a plurality of analyte molecules or particles, so that analyte molecules or particles associate with capture components to form a plurality of complexes, each complex being immobilized with respect to the substrate and comprising at least one capture component and at least one analyte molecule or particle, dissociating at least a portion of each complex to form a plurality of dissociated species, which are not immobilized with respect to the substrate, and detecting at least some of the plurality of the dissociated species substantially simultaneously, wherein substantially all of the detected dissociated species are spatially separated with respect to the other detected dissociated species during detection, such that detection is able to resolve individual dissociated species of the plurality of dissociated species.

BRIEF DESCRIPTION OF THE DRAWINGS

[0015] FIG. 1 is a schematic flow diagram depicting one embodiment of steps (A-E) for performing one method of the present invention;

[0016] FIG. 2 is a schematic flow diagram depicting a sequence of steps (A-E) of one embodiment of one method of the present invention;

[0017] FIG. 3 is a schematic flow diagram depicting embodiments (A-C) of how an immobilized complex may dissociate from a substrate according to certain embodiments;

[0018] FIG. 4 is a schematic flow diagram illustrating immobilized complexes comprising cleavable linkages and cleaving of the cleavable linkages, according to various embodiments (A-C);

[0019] FIG. 5 is a schematic flow diagram depicting steps (A-E) of one embodiment of one method of the present invention;

[0020] FIG. 6 depicts a second substrate comprising a plurality of capture components with which a plurality of dissociated species may become associated as shown by steps (A-B), according to one embodiment;

[0021] FIG. 7 is a schematic flow diagram depicting steps (A-E) of one embodiment of one method of the present invention;

[0022] FIG. 8 is a schematic flow diagram depicting steps (A-E) of one method of the present invention, according to one embodiment;

[0023] FIG. 9 is a schematic flow diagram depicting steps (A-D) of one embodiment of one method of the present invention;

[0024] FIGS. 10A-10C show non-limiting examples of substrates that may be used according to certain embodiments of the present invention;

[0025] FIG. 11 is a schematic flow diagram depicting an embodiment of a method (steps A-D) for the formation of a plurality of reaction vessels through mating of a substrate and a sealing component and depicting examples of the size (E, F) of a sealing component relative to a substrate;

[0026] FIG. 12 shows side view cross-section schematics showing an etched fiber optic bundle that forms an array of microwells (steps A-D), according to one embodiment of the present invention, and depicting the localization of a capture component within a reaction vessel (steps E-G), according to some embodiments of the present invention;

[0027] FIG. 13A is a photocopy of a photomicrograph of an entire fiber optic array, with an inset showing a close-up of the bundle, according to one embodiment of the present invention;

3

[0028] FIG. 13B is a photocopy of an atomic force microscope (AFM) image of a portion of an etched surface of a fiber optic array, according to one embodiment of the present invention;

[0029] FIG. 14A depicts an experimental set-up for detection using light, according to one embodiment of the present invention;

[0030] FIG. 14B shows a fiber optic array that has been sealed with a sealing component, according to one embodiment;

[0031] FIG. 15A is a schematic flow diagram depicting a method of indirectly detecting a dissociated species and/or a molecule or particle released from a substrate, according to some embodiments;

[0032] FIG. 15B is a schematic flow diagram depicting a method of indirectly detecting a dissociated species and/or a molecule or particle released from a substrate, according to some embodiments;

[0033] FIG. 16 is a schematic flow diagram depicting steps (A-B) of one embodiment of one method of the present invention in which dissociated species are immobilized with respect to particles prior to partitioning across a plurality of reaction vessels;

[0034] FIGS. 17A and 17B show non-limiting examples of a system employing an optical detection system of the present invention according to some embodiments;

[0035] FIG. 18 is a schematic block diagram showing a system employing a fiber optic assembly with an optical detection system according to an embodiment of the invention;

[0036] FIG. 19 shows a graph of a schematic calibration curve of a form that may be used to determine the concentration of an analyte molecule or particle in a fluid sample, according to some embodiments of the present invention;

[0037] FIG. 20A shows a plot of the percent active wells against the concentration of TNF-alpha in serum samples, according to one example of the present invention;

[0038] FIG. 20B shows a magnified view of the lower end of the graph in FIG. 20A;

[0039] FIG. 21 shows a plot of the percent active wells against concentration of prostate specific antigen (PSA) in serum samples, in one embodiment of the present invention;

[0040] FIG. 22 shows a plot of the percent active wells against concentration of interleukin-6 (IL-6) in serum samples, in one embodiment of the present invention;

[0041] FIG. 23 shows a plot of the percent active wells against concentration of vascular endothelial growth factor (VEGF) in serum samples, in one embodiment of the present invention;

[0042] FIG. 24 is a graph depicting the effects of the concentration of beta-mercaptoethanol on the release of dissociated species, in one embodiment of the invention;

[0043] FIG. 25 is a graph depicting the effects of removing beta-mercaptoethanol before detection of the dissociated species on an array, in one embodiment of the invention;

[0044] FIG. 26 is a graph depicting results of an example of the optimization of non-specific binding, according to one method of the present invention;

[0045] FIG. 27 is a graph depicting results of the detection of tumor necrosis factor-alpha (TNF-alpha) using a method/system of the present invention, according to one embodiment;

[0046] FIG. 28 is a graph depicting results of the detection of TNF-alpha using a standardized ELISA assay;

[0047] FIG. 29 is a graph depicting results of the detection of TNF-alpha using one embodiment of a method of the present invention, wherein the first substrate comprised beads and the beads were modified with antibody (Ab) stabilized with *bovine* serum albumin (BSA);

[0048] FIG. 30 is a graph depicting results of an assay involving the immobilization of Fab' fragments on anti-TNF (MAB610) generated using enzymatic degradation and purification, according to some embodiments of the present invention;

[0049] FIG. 31 is a graph depicting of an assay using a 96-well plate as the first substrate, followed by rebinding of a plurality of dissociated species to a biotin array, according to one embodiment of the present invention;

[0050] FIG. 32 is a graph depicting the results of method according to an embodiment of the present invention, wherein one of the binding ligands of the assay comprised a photo-cleavable linkage;

[0051] FIG. 33 is a graph depicting the detection of TNF-alpha using a standardized ELISA assay;

[0052] FIG. 34 is a graph depicting the detection of TNF-alpha using a method/system of the present invention, according to one embodiment.

[0053] Other aspects, embodiments and features of the invention will become apparent from the following detailed description when considered in conjunction with the accompanying drawings. The accompanying figures are schematic and are not intended to be drawn to scale. For purposes of clarity, not every component is labeled in every figure, nor is every component of each embodiment of the invention shown where illustration is not necessary to allow those of ordinary skill in the art to understand the invention. All patent applications and patents incorporated herein by reference are incorporated by reference in their entirety. In case of conflict, the present specification, including definitions, will control.

DETAILED DESCRIPTION

[0054] The present invention relates to systems and methods for the detection and/or quantification of analyte molecules, particles (such as, for example, cells, cell organelles and other biological or non-biological particulates) and the like, in a sample. The subject matter of the present invention involves, in some cases, interrelated products, alternative solutions to a particular problem, and/or a plurality of different uses of one or more systems and/or articles. It should be understood, that while much of the discussion below is directed to analyte molecules, this is by way of example only, and other materials may be detected and/or quantified, for example, analyte particles. Particular examples of analytes will be discussed more below.

[0055] The systems and methods of the present invention in certain instances may help reduce the negative effects of non-specific binding on detection sensitivity when compared to typical conventional systems and methods for performing similar assays. Non-specific binding is the binding or association in a non-specific fashion of one component of an assay with another component of the assay with which it is not desirable that it interact. For example, association, binding, or immobilization of a binding ligand with the material forming a reaction vessel wall as opposed to with an analyte molecule or particle to which it has binding specificity. Non-specific binding may lead to false positive signals. Non-specific binding may not only affect the accuracy of the assay measurement, but may also limit the lowest level of detection. There-

fore, methods and/or systems of the present invention, which in certain embodiments involve improvements in the level of non-specific binding, may allow for the detection and/or quantification of analyte molecules in a sample at a lower detection limit as compared to typical current technologies. In addition, certain embodiments of the methods and/or systems of the present invention may also allow for the detection and/or quantification of analyte molecules in certain samples that have previously been undetected and/or unquantifiable in such samples because of the very low concentration in which they are present.

[0056] "Capture-and-release" systems and methods of certain embodiments of present invention which utilize a first substrate and a second substrate also can provide additional benefits as compared to a basic capture assay that employs only a single substrate. For example, the first substrate may be configured to provide a greater surface area, greater volumetric capacity, and/or increased number/density of capture components as compared to an assay employing only one substrate. That is, the surface area and/or volumetric capacity of the first substrate may be greater than the substrate used in an assay employing only one substrate such that the analyte molecules may be more effectively, rapidly and/or thoroughly immobilized with respect to the first substrate versus immobilization of the target analyte in the sample directly on a single substrate where detection also occurs. The required exposure time of the substrate to the analyte molecules may also be decreased in some cases using an assay of the present invention due to an increase in surface area and/or volumetric capacity of the substrate (e.g., by increasing binding kinetics).

[0057] In certain embodiments, the methods for detection and/or quantifying analyte molecules in a sample comprise a capture-and-release protocol, wherein the analyte molecules are captured on a substrate and form a plurality of complexes associated with the substrate. The substrate may be optionally exposed to additional reaction components such as at least one binding ligand, as discussed more below. At least a portion of the plurality of complexes may be dissociated or otherwise released from the substrate, for example, by exposing the complexes to a dissociating agent (e.g., a reducing agent) and/or by cleaving a cleavable linkage (e.g., a disulfide linkage or a photocleavable linkage) comprising at least a portion of the complexes dissociated. In some cases, a dissociable/dissociated complex may comprise an enzymatic component, which in certain embodiments may be used to facilitate dissociation and/or detection of the dissociated complex. At least a portion of the plurality of dissociated complexes may be detected and may be used to determine the presence of and/or quantify the analyte molecules in the sample. The dissociated complexes may be detected either directly or indirectly, as explained in more detail below.

[0058] An assay method according to some embodiments of the present invention is illustrated in FIG. 1. A first substrate 200 is exposed to a sample comprising a plurality of analyte molecules 202 (step (A)). At least a portion of the analyte molecules associate with the first substrate 200 to form a plurality of immobilized complexes 204, however, some analyte molecules 206 may not associate with the first substrate (step (B)). At least a portion of at least some of the immobilized complexes are dissociated from the substrate to form a plurality of dissociated species 210 (step (C)). The dissociated species, in the present example are not immobilized with respect to the first substrate. In some cases, at least

a portion of the immobilized complexes 208 remain associated with the first substrate. The plurality of dissociated species 210 are exposed to a second substrate 212 (step (D)), and at least some of the dissociated species associate with the second substrate 212 (step (E)). The plurality of dissociated species that associate with the second substrate can then be detected and/or quantified and, thereby, the analyte molecules in the sample can be detected and/or quantified.

[0059] Additional components and/or method steps may be utilized in combination with the above described method. For example, in some cases, at least one of the first substrate and/or second substrate may comprise a plurality of capture components with which the analyte molecules and/or dissociated species may associate. As another example, in certain embodiments, at least a portion of at least some of the immobilized complexes dissociate from the substrate to form a plurality of dissociated species, wherein, depending on the particular design of the assay as explained below, the dissociated species may or may not comprise any portion of an analyte molecule and/or capture component. For example, the substrate may be additionally exposed to a plurality of at least one type of binding ligand such that at least one binding ligand associates with at least a portion of the plurality of complexes, either before, after or essentially simultaneously with the immobilization of the complex on the substrate. Such an embodiment is illustrated in FIG. 2. Substrate 2 comprising a plurality of capture components 4 (step (A)) is exposed to plurality of analyte molecules 6, as indicated by arrow 5. Analyte molecules 6 associate with one of the plurality of capture components 4 (step (B)). The substrate is then exposed to an optional binding ligand 10, as indicated by arrow 9, such that a binding ligand associates with at least a portion of the analyte molecules associated with the substrate and form a plurality of immobilized complexes 8 (step (C)). At least a portion of some of the plurality of immobilized complexes may be dissociated to form a plurality of dissociated species 12, as indicated by arrow 11 (step (D)). The dissociated species may or may not comprise a portion of an analyte molecule, a capture component and/or a binding ligand. In the depicted example, a portion 12 of each of the binding ligands were dissociated. At least a portion of the plurality of dissociated species may be quantified and/or detected, as indicated by arrow 13 (step (E)).

[0060] In certain embodiments, the invention provides methods for detecting and/or quantifying a plurality of dissociated species. The method may comprise partitioning the plurality of dissociated species across a plurality of reaction vessels, such that at least some of the reaction vessels contain at least one or, in certain cases, one dissociated species and at least some of the reaction vessels contain no dissociated species. In some cases, the plurality of dissociated species may be partitioned across a plurality of reaction vessels, such that a statistically significant fraction of the reaction vessels contains at least one or, in certain cases, one dissociated species and a statistically significant fraction of reaction vessels contain no dissociated species. The presence or absence of a dissociated species in a reaction vessel may be determined to determine the number of reaction vessels which contain zero, one, or multiple dissociated species. The number of reaction vessels containing various quantities of dissociated species thusly determined may then be used to quantify the dissociated species, and additionally may be used to determine a measure of the concentration of the analyte molecules in the original fluid sample.

5

[0061] The foregoing methods can be performed using a number of different assay formats, different reaction conditions, and/or detection systems in different embodiments of the invention. In certain embodiments, the reaction vessels may be adapted to capture the dissociated species of interest. Depending on the assay format, the reaction vessel may comprise a microwell and a dissociated species capture component (also referred to as a detection capture component) for capturing the dissociated species, as discussed more below.

[0062] In certain embodiments, the present inventions involve exposing a substrate comprising a plurality of capture components to a plurality of analyte molecules. A "capture component", as used herein, is any molecule, other chemical/biological entity or solid support modification disposed upon a solid support that can be used to specifically attach, bind to or otherwise capture a target molecule or particle (e.g., an analyte molecule or dissociated species), such that the target molecule/particle becomes immobilized with respect to the capture component and solid substrate. As used herein, "immobilized" means captured, attached, bound, or affixed so as to prevent dissociation or loss of the target molecule/particle, but does not require absolute immobility with respect to either the capture component or the solid substrate. Capture components which are useful or potentially useful for practicing certain aspects and embodiments of the invention are discussed in more detail below. At least some of the analyte molecules, upon exposure to the substrate comprising a plurality of capture components, can become immobilized with respect to a capture component, thereby forming a plurality of immobilized complexes. For example, in certain embodiments, substantially all of the plurality of analyte molecules may become immobilized with respect to capture components such that essentially each of the plurality of immobilized complexes comprises a capture component and an analyte molecule.

[0063] The substrate on or in which the plurality of immobilized complexes is immobilized may comprise a microtiter plate, a plurality of beads (e.g., magnetic beads), or any other substrate that, in certain embodiments, comprises a plurality of capture components, as discussed more below

[0064] In some embodiments, the substrate comprising the immobilized complexes may be exposed to at least one additional reaction component, for example, at least a first type of binding ligand. A "binding ligand," as used herein, is any molecule, particle, or the like which specifically binds to or otherwise specifically associates with an analyte molecule, immobilized complex and/or dissociated species or another molecule or particle bound to or otherwise associated with the analyte molecule, immobilized complex and/or dissociated species (e.g., another binding ligand). In certain embodiments, the binding ligand can convert a precursor labeling agent molecule to a labeling agent, as discussed more below. More than one type of binding ligand may be employed in any given assay method, for example, a first type of binding ligand and a second type of binding ligand. In one example, the first binding ligand is able to associate with an analyte molecule and the second binding ligand is able to associate with the first binding ligand. When the substrate is exposed to a plurality of types of binding ligand, at least some of the plurality of immobilized complexes may additionally comprise, in some cases, at least one of each type of binding ligand. In certain embodiments, the binding ligand can be exposed to the substrate after capture of the analyte molecule so that the binding ligand binds to the immobilized complex. In other embodi-

ments, the binding ligand may become associated with the analyte molecule to form a complex followed by capture of the complex by the substrate to form the immobilized complex. In yet other embodiments, the binding ligand may bind to the dissociated species formed upon release of the immobilized complex, or portion thereof, from the substrate.

[0065] In some embodiments, a plurality of dissociated species may be formed by dissociating at least a portion of at least some of the plurality of immobilized complexes. In certain embodiments, a plurality of molecules or particles may be released from the substrate. Any or each of the plurality of dissociated species (e.g., molecules or particles released from a substrate) may comprise any portion of an immobilized complex. For example, the dissociated species may comprise (i) at least a portion of a binding ligand, (ii) at least a portion of a binding ligand and at least a portion of the analyte molecule, (iii) at least a portion of an analyte molecule and at least a portion of a binding ligand, at least a portion of an analyte molecule and at least a portion of a capture component, or (iv) essentially all of the immobilized complex.

[0066] Non-limiting examples of how a dissociated species may be released from the substrate are depicted in FIG. 3. In scheme (A), a portion 68 of a binding ligand 64 is dissociated from immobilized complex 58, which comprises capture component 60, analyte molecule 62, and binding ligand 64. The remainder 66 of binding ligand 64 remains associated with analyte molecule 62. Scheme (B) shows the formation of a dissociated species 74 comprising a portion 72 of the analyte molecule 62 and binding ligand 64. The remainder 70 of the analyte molecule 62 remains associated with capture component 60. Scheme (C) shows the formation of a dissociated species 80 comprising binding ligand 64, analyte molecule 60, and a portion 76 of capture component 60, while the remainder 78 of capture component 60 remains attached to the substrate. As would be understood by those skilled in the art given the revelation of this disclosure, many other possibilities are potentially feasible.

[0067] The plurality of immobilized complexes may be dissociated in certain embodiments by exposure to a dissociating agent. A "dissociating agent," as used herein, is any agent that causes at least a portion of an immobilized complex to dissociate, thereby forming a dissociated species. For example, the dissociating agent may be a chemical dissociating agent, electromagnetic radiation, a change in pH, a change in temperature, a change in ionic strength, or the like. In a particular embodiment, the dissociating agent is a chemical dissociating agent that interacts with a portion of an immobilized complex, thereby causing a portion of the immobilized complex to dissociate. One specific example of a chemical dissociating agent useful for practicing certain embodiments of the invention is beta-mercaptoethanol. Dissociating agents are further discussed in more detail below. In some embodiments, as will be discussed more below, the dissociated species may comprise a detectable component or a reactive component (e.g., an enzymatic component) that is able to interact with a precursor labeling agent molecule (e.g., an enzymatic substrate) to produce a labeling agent.

[0068] In some embodiments, the immobilized complex comprises a cleavable linkage. A "cleavable linkage," as used herein, is linkage that is able to be readily (i.e. under conditions not detrimental to the integrity of other portions of the immobilized complex) and selectively cleaved upon exposure to a dissociating agent. The cleavable linkage upon cleavage by exposure to a dissociating agent forms the disso-

6

ciated species. One specific example of a cleavable linkage, which can be cleaved using beta-mercaptoethanol, is a disulfide linkage. Cleavable linkages and corresponding dissociating agents that can cause the cleavable linkage to cleave are discussed in more detail below.

[0069] A cleavable linkage may be present in any portion of an immobilized complex. For example, FIG. **4**, panel (A), depicts an immobilized complex **90** wherein the capture component **92** comprises a cleavable linkage **94**. Cleaving the cleavable linkage forms the dissociated species **96** comprising the binding ligand **64**, the analyte molecule **62** and a portion **97** of the capture component, wherein the complementary portion **98** of the capture component remains attached to the substrate. FIG. **4**, panel (B), depicts an immobilized complex **100** wherein analyte molecule **102** comprises a cleavable linkage. Cleaving of the cleavable linkage forms the dissociated species **106** comprising the binding ligand **64** and a portion **105** of the analyte molecule, wherein the complementary portion **107** of the analyte molecule and the capture component **60** remain form a portion **108**, which remains immobilized with respect to the substrate. FIG. **4**, panel (C), depicts immobilized complex **110** wherein binding ligand **112** comprises cleavable linkage **114**. Cleaving the cleavable linkage forms the dissociated species **116** comprising a portion of the binding ligand wherein the complementary portion **117** of the binding ligand, the analyte molecule **62**, and the capture component **60** form a portion **118**, which remains immobilized with respect to the substrate.

[0070] In certain embodiments, at least some of the plurality of dissociated species released from a substrate are partitioned across a plurality of reaction sites, such as, for example, a plurality of reaction vessels (e.g., in an array format). The plurality of reaction vessels may be formed in or of any suitable material, and in some cases, the reaction vessels may be sealed or may be formed upon the mating of a substrate with a sealing component, as discussed in more detail below. In certain embodiments, especially where quantization of the analyte molecules is desired, the partitioning of the dissociated species is performed such that at least some (e.g., a statistically significant fraction) of the reaction vessels comprise at least one or, in certain cases, one dissociated species and at least some (e.g., a statistically significant fraction) of the reaction vessel comprise no dissociated species. The detectable species may be quantified in certain embodiments, thereby allowing for the detection and quantification of the analyte molecule in the fluid sample by techniques described in more detail below. In certain embodiments, the plurality of reactions vessels may comprise detection capture components, wherein the detection capture components are molecules or other entities able to specifically bind at least one dissociated species. The plurality of dissociated species may be detected in the reaction vessels, either indirectly or directly, as discussed more below.

[0071] Certain methods of the present invention may be useful for characterizing analyte molecules in a sample. In some cases, the methods may be useful for detecting and/or quantifying analyte molecules in a fluid sample which is suspected of containing at least one analyte molecule, since, as explained in more detail below, the number of reaction vessels which contain one or more of the dissociated species can be correlated to the concentration of analyte molecules in the fluid sample (e.g., the number of reaction vessels which comprise a dissociated species can be related to a measure of the concentration of the analyte molecules in the sample).

Certain embodiments of present invention thus can provide a measure of the concentration of analyte molecules in a fluid sample based on the proportion of reaction vessels which contain a dissociated species. Specific methods and calculations of how to quantify analyte molecules in a fluid sample using embodiments of the invention are discussed more below.

Exemplary Basic Assay Formats

[0072] The inventive assays may be carried our according to a very wide variety of basic protocols and formats. The particular format chosen can be based on the nature of the analyte molecules and the availability and properties of binding partners of the analyte as well as other factors. Several exemplary basic formats were discussed previously in the context of the discussion of FIGS. **1**-**4**. As would be apparent to those skilled in the art with the benefit of the teachings provided by the present disclosure, the invention may alternatively be performed according to protocols/formats not specifically described in the specific, exemplary embodiments illustrated in this detailed description, but which do not require undue burden or experimentation to practice.

[0073] In certain embodiments, a method for determining a measure of the concentration of analyte molecules or particles in a fluid sample is provided that comprises capturing a plurality of analyte molecules or particles (e.g., though association with a capture component) on a first substrate (e.g., beads, microtiter plate, etc.). A plurality of molecules or particles is released (e.g., dissociated) from the first substrate. At least a portion of the molecules or particles released (dissociated species) from the first substrate are detected on or within a second substrate, which in certain embodiments comprises a plurality of reaction vessels (e.g., an etched end of a fiber optic bundle—see below). A measure of the concentration of the analyte molecules or particles in the initial fluid sample can then be determined based on a measure of quantification of the molecules or particles on or within the second substrate that were released from the first substrate.

[0074] In certain embodiments, a method for determining a measure of the concentration of analyte molecules or particles in a fluid sample comprises first capturing a plurality of analyte molecules or particles on a first substrate then releasing a plurality of molecules or particles (disassociated species) from the first substrate (e.g., immobilizing analyte molecules or particles with respect to a capture component on a first substrate to form a plurality of complexes and then releasing at least a portion of some of the complexes formed). In certain embodiments, at least one binding ligand comprising a binding partner for the molecule or particle released from the first substrate is immobilized with respect to each of at least a fraction of the plurality of molecules or particles released from the first substrate to form a plurality of complexes. In certain such cases, at least one of the binding ligands may advantageously comprise a particle to facilitate or enhance the performance of the assay, for example by one or more of: increasing the degree of capture of and/or enhancing the binding kinetics with the dissociated species; facilitating transfer of the disassociated species from the first substrate to the second substrate; and/or facilitating detection of the disassociated species on or within the second substrate. The plurality of complexes released from the first substrate can then be detected and quantified (e.g., by partitioning the plurality of dissociated species comprising particles across the plurality of reaction vessels), and a measure of the con-

centration of the analyte molecules or particles in the fluid sample may be determined based on the quantification of the dissociated species.

[0075] An example of the above embodiment is depicted in FIG. **5**. A plurality of analyte molecules or particles is captured on a first substrate **230** to form a plurality of immobilized complexes **232** (step (A)). At least a portion of some of the immobilized complexes are dissociated from the first substrate **230** and form a plurality of dissociated species **236** (step (B)). In some cases, the plurality of dissociated species may be formed by exposing the immobilized complexes to a reducing agent and/or by causing a cleavable linker located in the immobilized complex to cleave. In some cases, a portion of the immobilized complexes **234** may remain associated with the first substrate **230**. The plurality of dissociated species may be detected and/or quantified, in some cases, by partitioning at least a portion of the plurality of dissociated species across a plurality of reaction vessels (step (C)). A measure of the concentration of the analyte molecules or particles in the fluid sample may be determined based on the quantification of the dissociated species.

[0076] In some embodiments, the plurality of dissociated species may be exposed to a plurality of binding ligands. At least one binding ligand **240** comprising a binding partner for the molecule or particle released from the first substrate may be immobilized with respect to at least a fraction of the plurality of dissociated species **236** from the first substrate to form a plurality of complexes **244** forming a two-component dissociated species (step (D)). An excess of binding ligands **246** may be present in some cases. The plurality of two-component dissociated species **244** may then be detected and/or quantified, in some cases, by partitioning at least a portion of the plurality of complexes across a plurality of reaction vessels **242** (step (E)). In some cases, the plurality of binding ligands **246** that do not associate with a dissociated species may also be partitioned across the plurality of reaction vessels **242**. A measure of the concentration of the analyte molecules or particles in the fluid sample may be determined based on the quantification of the complexes comprising a binding ligand and a dissociated species.

[0077] In certain embodiments, a method for determining a measure of the concentration of analyte molecules or particles in a fluid sample may be performed as described in any of the methods above with at least a fraction of the molecules or particles released from the first substrate (disassociated species) becoming immobilized with respect to the second substrate. For example, the second substrate may comprise a plurality of capture components with which the dissociated species may become associated. For example, as depicted in FIG. **6**, second substrate **250** comprising a plurality of capture components **252** may be exposed to a plurality of dissociated species **254** (step (A)). At least a portion of dissociated species **254** may associate with capture components **252** on second substrate **250** to form complexes **256** (step (B)).

[0078] In some embodiments, the plurality of molecules may be released from the first substrate by exposure to a dissociating agent. For example, a substrate comprising a plurality of capture components may be exposed to a sample comprising a plurality of analyte molecules or particles, such that analyte molecules or particles associate with capture components to form a plurality of complexes, which are immobilized with respect to the substrate. Each of the immobilized complexes may comprise at least one capture component and at least one analyte molecule or particle. Exposure of

the plurality of immobilized complexes to a reducing agent (e.g., beta-mercaptoethanol, dithiothreitol, tris(2-carboxyethyl)phosphine, etc.) causes at least a portion of at least some of the plurality of immobilized complexes to dissociate from the substrate to form a plurality of dissociated species. At least some of the dissociated species may be detected to determine the presence of and/or a measurement of the amount or concentration of the analyte molecules or particles in the fluid sample, as discussed more herein. The reducing agent may or may not be removed form the solution comprising the dissociated species prior to detection of the dissociated species, as discussed more herein. In some embodiments, the dissociating agent is a reducing agent (e.g., beta-mercaptoethanol). In some embodiments, the dissociating agent has essentially no specific affinity for the capture components. That is, the dissociating agent does not bring about release of the dissociating species by interacting with the capture component and employing competitive binding to release the analyte molecule that associated with the capture component.

[0079] The above example is illustrated in FIG. **7**. First substrate **215** comprising a plurality of capture components **216** is exposed to a plurality of analyte molecules **217** (step (A)). At least some of the analyte molecules **217** associate with a capture component **216** on first substrate **215** to form a plurality of immobilized complexes **218** (step (B)). The first substrate is then exposed to a dissociating agent (e.g., a reducing agent) **219** and at least a portion of the immobilized complexes are dissociated to form a plurality of dissociated species **220** (step (C)). The complementary portion **221** of the immobilized complexes may remain associated with first substrate **215**. The plurality of dissociated species **220** are then exposed to second substrate **222** comprising a plurality of capture components **223** which are able to specifically bind the dissociated species **220** (step (D)). At least some the dissociated species **220** are immobilized with respect to a capture component **223** (step (E)) and at least some of the dissociated species may be detected to determine the presence of and/or a measurement of the amount or concentration of the analyte molecules or particles in the fluid sample.

[0080] In some embodiments, the plurality of dissociated species may be formed by cleavage of cleavable linkages. For example, each of the immobilized complexes may comprise at least one cleavable linkage (e.g., a disulfide linkage). The cleavable linkage may located in a capture component, analyte molecule or a binding ligand and may be cleaved to form a plurality of dissociated species, for example, see FIG. **4** as discussed more herein. In a particular embodiment, the cleavable linkage is a disulfide linkage which may, in some cases, be cleaved by exposure of the immobilized complexes to a reducing agent.

[0081] In some embodiments, at least a portion of an immobilized complex comprises an enzymatic component. That is, at least one of the capture component, the analyte molecule or any additional components of the immobilized complex (e.g., binding ligand(s)) comprises an enzymatic component. In some cases, the enzymatic component may be located in the portion of the immobilized complex which is dissociated from the first substrate to form a dissociated species. For example, FIG. **8** illustrate an exemplary embodiment of an assay wherein the binding ligand comprises a moiety (e.g., an enzymatic component), as discussed more herein.

[0082] In certain embodiments, the protocol may include the use of at least one binding ligand, at least a portion of

8

which comprises at least a portion of the dissociated species transferred from the first substrate to the second substrate (e.g., the binding ligand may be immobilized prior to release or following release of the molecules or particles from the first substrate). In some embodiments, the binding ligand comprises a cleavable linkage (e.g., a disulfide linkage) and/ or is dissociated from the first substrate by exposure to a reducing agent. In some embodiments, at least one binding ligand comprises an enzymatic component. For example, the binding ligand(s), or at least the portions thereof forming at least a portion of the dissociated species transferred from the first substrate to the second substrate, may further comprise a moiety (e.g., an enzymatic component or enzyme substrate) able to convert a precursor labeling agent molecule (e.g., an enzymatic substrate) into a labeling agent (e.g., a detectable product). After transfer of and, optionally, capture of the dissociated species on or within the second substrate, the second substrate may be exposed to a plurality of precursor labeling agent molecules, wherein the plurality of precursor labeling agent molecules are converted to a plurality of labeling agent molecules upon exposure to a binding ligand. A measure of the concentration of the analyte molecules or particles in the fluid sample can then be determined based on the measurement of the labeling agent molecules on or within the second substrate.

[0083]   For example, as shown in FIG. **8**, a plurality of analyte molecules are immobilized with respect to first substrate **262** to form a plurality of immobilized complexes **260** (step (A)). First substrate **262** is exposed to a plurality of binding ligands **264** which associate with immobilized complexes **260** (step (B)). In this illustrated example, a portion of at least some of binding ligands **264** are dissociated from the first substrate to form a plurality of dissociated species **268** (step (C)) (e.g., by exposure to a dissociating agent and/or by cleavage of a cleavable linker). Each dissociated species **268** comprises a moiety **266** which is able to convert a precursor labeling agent molecule into a labeling agent. The plurality of dissociated species **266** is immobilized with respect to second substrate **270** (step (D)). The second substrate is exposed to a plurality of precursor labeling agent molecules **272**, at least some of which are converted to a labeling agent molecules **274** upon exposure to moiety **268** of dissociated species **266**, as indicated by arrow **276** (step (E)).

[0084]   As another example, as shown in FIG. **9**, a plurality of analyte molecules are immobilized with respect to first substrate **282** to form a plurality of immobilized complexes **280** (step (A)). At least a portion of at least some of the immobilized complexes are dissociated from first substrate **282** to form a two-component dissociated species **284** (step (B)) (e.g., by exposure to a dissociating agent and/or by cleavage of a cleavable linker). A plurality of dissociated species **284** may be exposed to a plurality of binding ligands **286** (step (C)). Binding ligands **286** may associated with at least some of the dissociated species **284** to form a plurality of complexes **288** forming a two-component dissociated species (i.e. binding ligand **286** and species **284**) (step (D)). In some cases, binding ligand **286** may comprise a moiety **290** that is able to convert a precursor labeling agent molecule into a labeling agent. The detection and/or quantification of the dissociated species (comprising a binding ligand) may be carried out according to the methods discussed herein.

[0085]   In certain method of the invention substantially all of the detected dissociated species that are applied to the second substrate become spatially separated with respect to

the other detected dissociated species during detection (e.g., by being located in separate and distinct areas of the second substrate, such as separate reaction vessels), so that detection of the dissociated species is able to resolve individual dissociated species (i.e. individual molecules or particles) of the plurality of dissociated species. The ability to achieve spatially separated species may aid in the determination of a measure of the concentration of analyte molecules in a fluid sample and/or the detection of a plurality of species substantially simultaneously. The ability to spatially separate a plurality of dissociated species may permit low numbers of dissociated species to be detected and quantified, thereby enabling measurement of very low concentrations of analyte molecules in a fluid sample to be tested.

[0086]   In some embodiments, a system may be provided comprising a first substrate comprising a plurality of capture components and a second substrate configured to receive and contain dissociated species therein or thereon. The system can additionally comprise a detector configured to detect dissociated species in or on the second substrate. The plurality of capture components may be able to become specifically immobilized with respect to a plurality of analyte molecules or particles in the fluid sample, such that the analyte molecules or particles associate with capture components to form a plurality of immobilized complexes. At least a portion of at least some of the complexes is susceptible to being dissociated from the first substrate by exposure to a reducing agent, to form a plurality of dissociated species.

[0087]   In certain embodiments, the systems and/or methods of the present invention can be employed using precursor labeling agent molecules, wherein the precursor labeling agent molecules are converted to labeling agent molecules which are insoluble in the liquid substantially surrounding the labeling agent molecules (e.g., the liquid in the reaction vessel) and/or which become immobilized with respect to the second substrate (e.g., within the reaction vessel). For example, the systems and/or methods of the present invention may be used in combination with the systems and/or methods as described in commonly owned U.S. patent application Ser. No. (not yet determined), filed Sep. 23, 2008, entitled "High Sensitivity Determination of the Concentration of Analyte Molecules or Particles in a Fluid Sample" by Duffy, et al. (Attorney Docket No. Q0052.70006US00).

Systems and Kits

[0088]   In some embodiments of the present invention, a system for detecting analyte molecules or particles in a fluid sample is provided. The system may comprise a first substrate comprising a plurality of capture components configured for specifically immobilizing the analyte molecules or particles with respect to the substrate to form a plurality of immobilized complexes. The complexes may be configured to be susceptible to being dissociated from the first substrate by a dissociating agent, e.g., by cleaving of a cleavable linker to form a plurality of dissociated species. The system may further comprise a second substrate comprising an array comprising a plurality of reaction vessels. The reaction vessels may be configured to receive and contain dissociated species therein.

[0089]   In certain embodiments, a system for detecting analyte molecules or particles in a fluid sample may comprise a first substrate comprising a plurality of capture components able to become specifically immobilized with respect to a plurality of analyte molecules or particles in the fluid sample,

such that the analyte molecules or particles associate with capture components to form a plurality of immobilized complexes. At least a portion of the some of the immobilized complexes, in this embodiment, may be susceptible to being dissociated from the first substrate by exposure to a reducing agent, to form a plurality of dissociated species. The system may also comprise a second substrate configured to receive and contain dissociated species therein or thereon and a detector configured to detect dissociated species in or on the second substrate.

[0090] In some embodiments, the first substrate may comprise a plurality of beads 900 (e.g., magnetic beads), a planar surface 902, or a microtiter plate 904, as shown in FIGS. 10A-10C, respectively, and as discussed in more detail herein. Second substrates may comprise a plurality of reaction vessels are also discussed in more detail herein. In a particular embodiment, the plurality of reaction vessels may be formed in the end of a fiber optic bundle. The volume of each of the reactions vessels of the second substrate may be between about 10 attoliters and about 100 picoliters or between about 10 femtoliters and about 100 femtoliters, in certain embodiments, as discussed previously. In some embodiments, the plurality of reaction vessels may comprise a plurality of dissociated species capture components to which dissociated species are able to become specifically immobilized. The second substrate may, in some embodiments, further comprise a sealing component configured for sealing the plurality of reaction vessels. In certain embodiments, the second substrate comprises a substantially planar surface and the sealing component comprises a plurality of microwells, such that a plurality of reaction vessels is formed upon the mating of at least a portion of the planar surface with at least a portion of the sealing component comprising the plurality of microwells. In certain embodiments, the plurality of reaction vessels may be formed upon the mating of at least a portion of a sealing component and at least a portion of the second substrate, as shown in FIGS. 11A-11F and as discussed in more detail herein.

Capture Components

[0091] In some embodiments of the present invention, the surfaces of a substrate (e.g., the substrate on which the analyte molecules or particles form an immobilized complex ("first substrate") or the substrate to which the dissociated species are transferred ("second substrate") may, as mentioned previously, incorporate at least one type of capture component. As mentioned above, a capture component is any molecule, other chemical/biological entity or solid support modification disposed upon a solid support that can be used to specifically attach, bind or otherwise capture a target molecule or particle (e.g., an analyte molecule or dissociated species), such that the target molecule/particle becomes immobilized with respect to the capture component and solid substrate. Generally, the capture component allows the attachment of a molecule, particle or complex to a solid support (that is, a surface of a substrate) for the purposes of immobilization, detection, quantification, and/or other analysis of the molecule, particle or complex. A capture component is used in the present invention, in some cases, to immobilize an analyte molecule with respect to the first substrate. In some cases, a capture component may comprise a cleavable linkage, as discussed more below. Although much of the following discussion focuses on a capture component with respect to the immobilization of an analyte molecule, it should be understood that the same types

of capture components may, as appropriate, be used to immobilize dissociated species as well. Those of ordinary skill in the art will be able to select appropriate capture component in accordance with the material (e.g., analyte molecule or dissociated species) to be immobilized.

[0092] As will be appreciated by those in the art, the composition of the capture component will depend on the composition of the analyte molecule (or dissociated species). Capture components for a wide variety of target molecules are known or can be readily found using known techniques. For example, when the target molecule is a protein, the capture components may comprise proteins, particularly antibodies or fragments thereof (e.g., antigen-binding fragments (Fabs), Fab' fragments, pepsin fragments, F(ab')$_2$ fragments, full-length polyclonal or monoclonal antibodies, antibody-like fragments, etc.), other proteins, such as receptor proteins, Protein A, Protein C, etc., or small molecules. In some cases, capture components for proteins comprise peptides. For example, when the target molecule is an enzyme, suitable capture components may include enzyme substrates and enzyme inhibitors. In some cases, when the target analyte is a phosphorylated species, the capture component may comprise a phosphate-binding agent. For example, the phosphate-binding agent may comprise metal-ion affinity media such as those describe in U.S. Pat. No. 7,070,921 and U.S. Patent Application No. 20060121544. In addition, when the target molecule is a single-stranded nucleic acid, the capture component may be a complementary nucleic acid. Similarly, the target molecule may be a nucleic acid binding protein and the capture component may be a single-stranded or double-stranded nucleic acid; alternatively, the capture component may be a nucleic acid-binding protein when the target molecule is a single or double stranded nucleic acid. Alternatively, as is generally described in U.S. Pat. Nos. 5,270,163, 5,475,096, 5,567,588, 5,595,877, 5,637,459, 5,683,867, 5,705,337, and related patents, nucleic acid "aptamers" may be developed for capturing virtually any target molecule. As will be appreciated by those or ordinary skill in the art, any molecule that can specifically associate with a target molecule of interest may potentially be used as a capture component. For example, when the target molecule is a carbohydrate, potentially suitable capture components include, for example, antibodies, lectins and selecting.

[0093] For certain embodiments, suitable target molecule (e.g., analyte molecule or dissociated species)/capture component pairs can include, but are not limited to, antibodies/ antigens, receptors/ligands, proteins/nucleic acid, nucleic acids/nucleic acids, enzymes/substrates and/or inhibitors, carbohydrates (including glycoproteins and glycolipids)/lectins and/or selecting, proteins/proteins, proteins/small molecules; small molecules/small molecules, etc. According to one embodiment, the capture components are portions (particularly the extracellular portions) of cell surface receptors that are known to multimerize, such as the growth hormone receptor, glucose transporters (particularly GLUT 4 receptor), and T-cell receptors and the target analytes are one or more receptor target ligands.

[0094] In a particular embodiment, the capture component may be attached to a binding surface (for example, the surface of a microwell or of a microbead) via a linkage, which may comprise any moiety, functionalization, or modification of the binding surface and/or capture component that facilitates the attachment of the capture component to the surface. The linkage between the capture component and the surface may

comprise one or more chemical or physical (e.g., non-specific attachment via van der Waals forces, hydrogen bonding, electrostatic interactions, hydrophobic/hydrophilic interactions; etc.) bonds and/or chemical linkers providing such bond(s). In certain embodiments, the capture component comprises a capture extender component. In such embodiments, the capture component comprises a first portion that binds the analyte molecule and a second portion that can be used for attachment to the binding surface.

[0095]    In certain embodiments, the substrate surface may also comprise a protective or passivating layer that can reduce or minimize non-specific attachment of non-capture components (e.g., analyte molecules, binding ligands, dissociated species) to the binding surface during the assay which may lead to false positive signals during detection or to loss of signal. Examples of materials that may be utilized in certain embodiments to form passivating layers include, but are not limited to: polymers, such as poly(ethylene glycol), that repel the non-specific binding of proteins; naturally occurring proteins with this property, such as serum albumin and casein; surfactants, e.g. zwitterionic surfactants, such as sulfobetaines; naturally occurring long-chain lipids; and nucleic acids, such as salmon sperm DNA.

[0096]    The method of attachment of the capture component to the substrate surface depends of the type of linkage employed and may potentially be accomplished by a wide variety of suitable coupling chemistries known to those of ordinary skill in the art. The particular means of attachment selected will depend on the material characteristics of the substrate surface and the nature of the capture component. In certain embodiments, the capture components may be attached to the substrate surface through the use of reactive functional groups on each. According to one embodiment, the functional groups are chemical functionalities. That is, the binding surface may be derivatized such that a chemical functionality is presented at the binding surface which can react with a chemical functionality on the capture component resulting in attachment. Examples of functional groups for attachment that may be useful include, but are not limited to, amino groups, carboxy groups, epoxide groups, maleimide groups, oxo groups and thiol groups. Functional groups can be attached, either directly or through the use of a linker, the combination of which is sometimes referred to herein as a "crosslinker." Crosslinkers are known in the art; for example, homo- or hetero-bifunctional crosslinkers as are well known (e.g., see 1994 Pierce Chemical. Company catalog, technical section on crosslinkers, pages 155-200, or "Bioconjugate Techniques" by Greg T. Hermanson, Academic Press, 1996). Non-limiting example of crosslinkers are alkyl groups (including substituted alkyl groups and alkyl groups containing heteroatom moieties), esters, amide, amine, epoxy groups and ethylene glycol and derivatives. A linker may also be a sulfone group, forming a sulfonamide.

[0097]    According to one embodiment, the functional group is a light-activated functional group. That is, the functional group can be activated by light to attach the capture component to the substrate surface. One example is PhotoLink™ technology available from SurModics, Inc. in Eden Prairie, Minn.

[0098]    In some cases, the substrate may comprise streptavidin-coated surfaces and the capture component may be biotinylated. Exposure of the capture component to the streptavidin-coated surfaces can cause association of the cap-

ture component with the surface by interaction between the biotin component and streptavidin.

[0099]    In certain embodiments, attachment of the capture component to the binding surface may be effected without covalently modifying the binding surface of a substrate. For example, the attachment functionality can be added to the binding surface by using a linker that has both a functional group reactive with the capture component and a group that has binding affinity for the binding surface. In certain embodiments, a linker comprises a protein capable of binding or sticking to the binding surface; for example, in one such embodiment, the linker is serum albumin with free amine groups on its surface. A second linker (crosslinker) can then be added to attach the amine groups of the albumin to the capture component (e.g., to carboxy groups).

[0100]    According to one embodiment in which a chemical crosslinker is used to attach the capture components to the substrate, the analyte molecule may be captured on the binding surface of a substrate using a capture component attached via chemical crosslinking in the following manner. First, the binding surface is derivatized with a functional group, such as, an amine group. Next, a crosslinker and the capture component are placed in contact with the binding surface such that one end of the crosslinker attaches to the amine group and the capture component attaches to the other end of the crosslinker. In this way, capture components comprising proteins, lectins, nucleic acids, small organic molecules, carbohydrates can be attached.

[0101]    One embodiment utilizes proteinaceous capture components. As is known in the art, any number of techniques may be used to attach a proteinaceous capture component to a wide variety of solid surfaces. "Protein" or "proteinaceous" in this context includes proteins, polypeptides, peptides, including, for example, enzymes and antibodies. A wide variety of techniques are known to add reactive moieties to proteins, for example, the method outlined in U.S. Pat. No. 5,620,850. The attachment of proteins to surfaces is known, for example, see Heller, Acc. Chem. Res. 23:128 (1990), and many other similar references.

[0102]    In some embodiments, the capture component (or binding ligand) may comprise Fab' fragments. The use of Fab' fragments as opposed to whole antibodies may help reduce non-specific binding between the capture component and the binding ligand. In some cases, the Fc region of a capture component (or binding ligand) may be removed (e.g., proteolytically). In some cases, an enzyme may be used to remove the Fc region (e.g., pepsin, which may produce $F(ab')_2$ fragments and papain, which may produce Fab fragments). In some instances, the capture component may be attached to a binding surface using amines or may be modified with biotin (e.g., using NHS-biotin) to facilitate binding to an avidin or streptavidin coated substrate surface. $F(ab')_2$ fragments may be subjected to a chemical reduction treatment (e.g., by exposure to 2-mercaptoethylamine) to, in some cases, form two thiol-bearing Fab' fragments. These thiol-bearing fragments can then be attached via reaction with a Michael acceptor such as maleimide. For example, the Fab' fragments may then be treated with a reagent (e.g., maleimide-biotin) to attach at least one biotin moiety (i.e., biotinylated) to facilitate attachment to streptavidin-coated surfaces as described above.

[0103]    Certain embodiments utilize nucleic acids as the capture component, for example for when the analyte molecule is a nucleic acid or a nucleic acid binding protein, or

when the it is desired that the capture component serve as an aptamer for binding a protein, as is well known in the art.

[0104] According to one embodiment, each binding surface of a substrate comprises a plurality of capture components. The plurality of capture components, in some cases, may be distributed randomly on the binding surface like a "lawn." Alternatively, the capture components may be spatially segregated into distinct region(s) and distributed in any desired fashion.

[0105] Binding between the capture component and the analyte molecule, in certain embodiments, is specific, e.g., as when the capture component and the analyte molecule are complementary parts of a binding pair. In such embodiments, the capture component binds both specifically and directly to the analyte molecule. By "specifically bind" or "binding specificity," it is meant that the capture component binds the analyte molecule with specificity sufficient to differentiate between the analyte molecule and other components or contaminants of the test sample. For example, the capture component, according to one embodiment, may be an antibody that binds specifically to some portion of an analyte molecule (e.g., an antigen). The antibody, according to one embodiment, can be any antibody capable of binding specifically to an analyte molecule of interest. For certain, appropriate antibodies include, but are not limited to, monoclonal antibodies, bispecific antibodies, minibodies, domain antibodies, synthetic antibodies (sometimes referred to as antibody mimetics), chimeric antibodies, humanized antibodies, antibody fusions (sometimes referred to as "antibody conjugates"), and fragments of each, respectively. As another example, the analyte molecule may be an antibody and the capture component may be an antigen.

[0106] According to one embodiment in which an analyte particle is a biological cell (e.g., mammalian, avian, reptilian, other vertebrate, insect, yeast, bacterial, cell, etc.), the capture component may be a ligand having specific affinity for a cell surface antigen (e.g., a cell surface receptor). In one embodiment, the capture component is an adhesion molecule receptor or portion thereof, which has binding specificity for a cell adhesion molecule expressed on the surface of a target cell type. In use, the adhesion molecule receptor binds with an adhesion molecule on the extracellular surface of the target cell, thereby immobilizing or capturing the cell. In one embodiment in which the analyte particle is a cell, the capture component is fibronectin, which has specificity for, for example, analyte particles comprising neural cells.

[0107] In some embodiments, as will be appreciated by those of ordinary skill in the art, it is possible to detect analyte molecules using capture components for which binding to analyte molecules/dissociated species that is not highly specific. For example, some systems/methods may use different capture components such as, for example, a panel of different binding ligands, and detection of any particular analyte molecule/dissociated species is determined via a "signature" of binding to this panel of binding ligands, similar to the manner in which "electronic noses" work. This may find particular utility in the detection of certain small molecule analytes. In some embodiments, the binding affinity between analyte molecules and capture components should be sufficient to remain bound under the conditions of the assay, including wash steps to remove molecules or particles that are non-specifically bound. In some cases, for example in the detection of certain biomolecules, the binding constant of the analyte molecule or dissociated species to its complementary capture component may be between at least about $10^4$ and about $10^6$ M$^{-1}$, at least about $10^5$ and about $10^9$ M$^{-1}$, at least about $10^7$ and about $10^9$ M$^{-1}$, greater than about $10^9$ M$^{-1}$, or the like.

[0108] In certain embodiments, the capture component is chosen to be able to bind to a corresponding binding partner associated with or attached to the analyte molecule or dissociated species. For example, the capture component according to one embodiment is a chemical crosslinker as described above able to bind to proteins generally. According to one embodiment, every protein molecule in a fluid sample comprises an analyte molecule that attaches to such a chemical crosslinker. In another example, the capture component comprises streptavidin, which binds with high affinity to biotin, and thus captures any analyte molecules to which biotin has been attached. Alternatively, the capture component may be biotin, and streptavidin may be attached to or associated with the analyte molecules such that the analyte molecules can be captured by the biotin.

[0109] According to one embodiment, the binding surfaces of a substrate may be functionalized with capture components in the following manner. First, the surface of a substrate (e.g., one end of a fiber optic bundle, a plurality of microbeads, etc.) is prepared for attachment of the capture component(s) by being modified to form or directly bind to the capture components, or a linker may be added to the binding surface of the substrate such that the capture component(s) attaches to the binding surface of the substrate via the linker. In one embodiment, the binding surfaces of the substrate are derivatized with a chemical functionality as described above. Next, the capture component may be added, which binds to and is immobilized by the chemical functionality.

[0110] A specific embodiment is depicted in FIG. 12, in which the binding surface comprises an array of microwells functionalized with biotin. As shown in panel (A), an array of microwells 130 in this non-limiting example is formed at the end of a fiber optic bundle 126. To attach the capture component, the binding surface of the microwells 130 are first modified (e.g., with aminopropyl silane), as indicated by arrow 127, which may be bound to both the core 131 and cladding 132 surfaces of the end of the fiber bundle 126, as shown in FIG. 12, panel (B). However, in certain embodiments, the capture component should be present only within the microwells, the external surfaces of the fiber optic bundle, such as the external surfaces 133 of the cladding 132, should not be modified. In certain cases, after treatment, chemical functionalities may be removed from the external cladding surface 133 to avoid attachment of a capture component in this region. In this example, as shown in FIG. 12, panel (C), and as indicated by arrow 129, treated binding surface 128 may be removed from the external cladding portion 133, e.g., by polishing the tip of the fiber optical bundle (e.g., for 10 seconds with 0.3 um lapping film), thereby removing the topmost layer of the cladding in this region, thereby removing the added binding moieties. After functionalization of the binding surface of the microwells, the capture component can be attached, as indicated by arrow 131 and shown in FIG. 12, panel (D). In one embodiment, the surface is treated with aminopropyl silane and the capture component comprises biotin or is labeled with biotin. For example, referring to FIG. 12, panel (D), a capture component comprising biotin succinimidyl ester 136 is attached to the amino groups of treated surface 128 of the microwells 130. The modification with

12

aminopropyl silane is effective in this example because NHS-biotin attaches to an amino-silanized binding surface **128**.

[0111] Examples of capture components **146** and exemplary association of capture components with an analyte molecule **142** within a reaction vessel **130** are depicted in FIG. **12**, panels (E-G). A capture component **146** may be localized directly on the surface of the microwell **130**, which may contain an optional seal **138**, on a microparticle **134** contained within the microwell **130** (FIG. **12**, panel (F)), and/or on the seal **138** of the microwell **130** (FIG. **12**, panel (G)). Additional locations where a capture component may be immobilized and additional substrates that may be used for one or both of capturing an analyte molecule or a dissociated species according to certain methods of the invention are discussed more below.

[0112] In some embodiments only a single analyte molecule associates with each capture component. However, in some instances, more than one analyte molecule may be immobilized with respect to each capture component, in which case, an immobilized complex may comprise a capture component and at least two analyte molecules. In yet other cases, a single analyte molecule may become immobilized with respect to two or more capture components (either of the same or differing types) such that an immobilized complex comprises at least two capture component and an analyte molecule. In some cases, at least about 50%, at least about 60%, at least about 70%, at least about 80%, at least about 90%, at least about 95%, at least about 97%, at least about 99%, or the like, of analyte molecules in the fluid sample exposed to the binding substrate become immobilized with respect to at least one capture component.

Substrates

[0113] In some embodiments, the method and systems of the present invention comprise a first substrate and a second substrate. In certain embodiments, the first substrate comprises a plurality of capture component with specificity for target analyte molecules (or particles) in a fluid sample to be tested, while the second substrate comprises a plurality of capture component with specificity for dissociated species released from the first substrate. The second substrate in certain embodiments comprises the substrate utilized for detection and quantization and to facilitate this comprises a plurality of reaction vessels in which a plurality of dissociated species (or molecules or particles) released from first substrate are partitioned across or received and contained in. The discussion below will first focus on the first substrate, and then focus on the second substrate. It should be understood, that the first substrate and the second substrate, in some embodiments, may be interchanged with each other, may be essentially the same in configuration or may be different in configuration.

[0114] The first substrate may be fabricated from any suitable material, for example, plastics, polysaccharides, nylon or nitrocellulose, composite materials, ceramics, silica or silica-based materials, carbon, metals, inorganic glasses, and a variety of other polymers. Non-limiting examples of potentially suitable configurations include of beads (e.g., magnetic beads), microtiter plates, slides, membranes, plates, flasks, dipsticks, optical fibers, or the like. In some embodiments, the first substrate may comprise a planar surface **902**, for example, as shown in FIG. **10**B.

[0115] In a particular embodiment, the first substrate comprises a plurality of beads **900** (FIG. **10**A). The beads may

each comprise a plurality of capture components by which a plurality of analyte molecules may be immobilized. Without wishing to be bound by any theory, the use of beads or other large surface area formats as the first substrate may increase the speed and/or efficiency in which a plurality of analyte molecules are immobilized with respect to the substrate. This is because the solution comprising the plurality of analyte molecules and beads may be agitated (e.g., stirred) and may increase the rate of exposure of the substrate (e.g., bead) to an analyte molecule, as compared to a first substrate comprising a different configuration (e.g., a microtiter plate).

[0116] In some embodiments, the beads may be magnetic beads. The magnetic property of the beads may help in separating the beads from a solution (e.g., comprising a plurality of dissociated species) and/or during washing step(s) (e.g., to remove excess fluid sample, binding ligands, and/or dissociated species). Potentially suitable beads, including magnetic beads, are available from a number of commercial suppliers. In certain embodiments, the diameter of the beads may be greater than about 0.1 um, greater than about 1 um, greater than about 10 um, greater than about 100 um, greater than about 1 mm, or the like. In other embodiments, the diameter of the beads may be between about 0.1 um and about 100 um, between about 1 um and about 100 um, between about 10 um and about 100 um, between about 0.1 um and about 1 mm, between about 10 um and about 10 mm, between about 0.1 um and about 10 um, or the like.

[0117] In another set of embodiments, e.g. as illustrated in FIG. **10**C, the first substrate comprises a microtiter plate **904**, wherein each well **906** of the plate comprises a plurality of capture components. The volume of each well may be greater than about 1 nL, greater than about 10 nL, greater than about 100 nL, greater than about 1 uL, greater than about 10 uL, greater than about 100 uL, greater than about 1 mL, greater than about 2 mL, or the like. In other cases, the volume of each well may be between about 1 nL and about 2 mL, between about 10 nL and about 1 mL, between about 100 nL and about 100 uL, between about 10 uL and about 1 mL, between about 100 uL and about 1 mL, or the like. The number of wells in the microtiter plate may be any appropriate number for example about 6, about 24, about 96, about 384, about 1536, or the like. The number of wells may be between about 5 and about 2000, about 10 and about 1000, about 20 and about 500, about 50 and about 100, or the like. In some cases, the microtiter plate may be a 96-well plate (FIG. **10**C). Microtiter plates may be purchased from many commercial sources.

[0118] In some embodiments, the second substrate is employed for the detection and/or quantification of a plurality of dissociated species (e.g., molecules or particles released from the first substrate) and comprises a plurality of small volume reaction vessels. The second substrate, in certain embodiments, is configured to receive and contain dissociated species therein or thereon (e.g., within wells comprising capture components having specificity for the dissociated species, or within wells without such capture components but including means for sealing of the wells of the substrate—e.g., through use of a sealing component (see below), etc.). The plurality of dissociated complexes can be partitioned across a plurality of reaction vessels of the second substrate (e.g., configured as an array of reaction vessels), in some cases, to facilitate determination of a measure of the concentration of dissociated species and thereby a measure of the concentration of analyte molecules in a fluid sample by means discussed in further detail below and in the examples.

[0119] In some embodiments of the present invention, the plurality of reaction vessels may be formed through the mating of the second substrate and a sealing component, wherein at least one of the second substrate and the sealing component comprises a plurality of microwells. In some cases, (e.g., as shown in FIG. 12, panels (E-G)) an array comprises a plurality of depressions in a first surface of the second substrate (e.g., a support material). The sealing component may comprise a second surface with the same or different topology as the first surface may be brought into contact with the first surface to create a plurality of sealed reaction vessels. Either the first surface or the second surface may be fabricated from a compliant material to aid in sealing. Either or both of the surfaces may be hydrophobic or contain hydrophobic regions to minimize leakage of aqueous samples from the microwells. In some cases, the sealing component may be capable of contacting the exterior surface of an array of microwells (e.g., the cladding of a fiber optic bundle as shown in FIG. 12) such that each reaction vessel thus formed is sealed or isolated such that the contents of each reaction vessel cannot escape the reaction vessel. According to one embodiment, the sealing component may be a silicone elastomer gasket that may be placed against an array of microwells with application of uniform pressure across the entire substrate. In some cases, the reaction vessels may be sealed after the addition of a dissociated species and, optionally, a precursor labeling agent molecule to facilitate detection of the dissociated species. For embodiments employing precursor labeling agent molecules, by sealing the contents in some of each reaction vessel, a reaction to produce the detectable labeling agent molecule can proceed within the sealed reaction vessels, thereby producing a detectable amount of a labeling agent molecule that is retained in the reaction vessel for detection purposes. In some cases, the plurality of reaction vessels formed on a planar second substrate upon the mating of at least a portion of a sealing component comprising a plurality of microwells and at least a portion of the planar substrate (e.g., see FIG. 11B below).

[0120] Non-limiting embodiments of the formation of a plurality of reaction vessels on the second substrate are depicted in FIG. 11. FIG. 11, panel (A) shows a surface comprising a plurality of microwells 139, which have been exposed to a fluid sample 141, and a sealing component 143. Sealing component 143 in this example comprises a substantially planar bottom surface. Mating of the microwell containing surface 139 with sealing component 143 forms a plurality of sealed reaction vessels 145. The areas between the reaction vessels 148, may be modified to aid in the formation of a tight seal between the reaction vessels.

[0121] A second embodiment is shown in FIG. 11, panel (B), in which sealing component 162 comprising a plurality of microwells 163 is mated with a substantially planar surface 158 which has been exposed to fluid sample 162, thereby forming a plurality of reaction vessels 164.

[0122] In a third embodiment, as shown in FIG. 11, panel (C), substrate surface 166 comprising a plurality of microwells 167 is mated with sealing component 170 also comprising a plurality of microwells 171. In this embodiment, the microwells in the substrate and the microwells in the sealing components are substantially aligned so each reaction vessel 172 formed comprises a portion of the microwell from the sealing component and a portion of a microwell from the substrate. In FIG. 11, panel (D), the microwells are not aligned such that each reaction vessel comprises either a microwell from the sealing component 173 or a microwell from the substrate 175.

[0123] The sealing component may be essentially the same size as the substrate or may be different in size. In some cases, the sealing component is approximately the same size as the substrate and mates with substantially the entire surface of the substrate. In other cases, as depicted in FIG. 11, panel (E), the sealing component 176 is smaller than the substrate 174 and the sealing component only mates with a portion 178 of the substrate. In yet another embodiment, as depicted in FIG. 11, panel (F), the sealing component 182 is larger than the substrate 180, and only a portion 184 of the sealing component mates with the substrate 180.

[0124] In some embodiments, the reaction vessels may all have approximately the same volume. In other embodiments, the reaction vessels may be of differing volumes. The volume of each individual reaction vessel can range for different embodiments from attoliters or smaller to nanoliters or larger depending upon the nature of dissociated species, the detection technique and equipment employed, and the expected concentration of the dissociated species in the fluid applied to the second substrate for analysis. In one embodiment, the size of the reaction vessel may be selected such that at the concentration of interest, between zero and ten molecules/particles of a dissociated species would be statistically expected to be found in each reaction vessel. In a particular embodiment, the volume of the reaction vessel is selected such that at the concentration of interest, either zero or one molecules/particles of the dissociated species would be statistically expected to be found in each reaction vessel. In accordance with one embodiment of the present invention, the reaction vessels may have a volume between about 1 femtoliter and about 1 picoliter, between about 10 femtoliters and about 100 femtoliters, between about 10 attoliters and about 50 picoliters, between about 1 picoliter and about 50 picoliters, between about 1 femtoliter and about 1 picoliter, between about 30 femtoliters and about 60 femtoliters, or the like. In some cases, the reaction vessels have a volume of less than about 1 picoliter, less than about 500 femtoliters, less than about 100 femtoliters, less than about 50 femtoliters, less than about 1 femtoliter, or the like. In some cases, the reaction vessels have a volume of about 10 femtoliters, about 20 femtoliters, about 30 femtoliters, about 40 femtoliters, about 50 femtoliters, about 60 femtoliters, about 70 femtoliters, about 80 femtoliters, about 90 femtoliters, about 100 femtoliters, or the like.

[0125] The number of reaction vessels in the array will depend on the composition and end use of the array. Arrays containing from about 2 to many billions of reaction vessels can be made by utilizing a variety of techniques and materials. Increasing the number of reaction vessels in the array can be used to increase the dynamic range of an assay or to allow multiple samples or multiple types of dissociated species to be assayed in parallel. Generally, the array will comprise between one thousand and one million reaction vessels per sample to be analyzed. In some cases, the array will comprise greater than one million reaction vessels. In some embodiments, the array will comprise between about 1,000 and about 50,000, between about 1,000 and about 1,000,000, between about 1,000 and about 10,000, between about 10,000 and about 100,000, between about 100,000 and about 1,000,000, between about 1,000 and about 100,000, between about 50,000 and about 100,000, between about 20,000 and about

14

80,000, between about 30,000 and about 70,000, between about 40,000 and about 60,000, or about 50,000, or the like, reaction vessels.

[0126] The array of reaction vessels may be arranged on a substantially planar surface or in a non-planar three-dimensional arrangement. The reaction vessels may be arrayed in a regular pattern or may be randomly distributed. In a specific embodiment, the array is a regular pattern of sites on a substantially planar surface permitting the sites to be addressed in the X-Y coordinate plane.

[0127] In some embodiments, the reaction vessels are formed in a solid material. As will be appreciated by those in the art, the number of potentially suitable materials in which the reaction vessels can be formed is very large, and includes, but is not limited to, glass (including modified and/or functionalized glass), plastics (including acrylics, polystyrene and copolymers of styrene and other materials, polypropylene, polyethylene, polybutylene, polyurethanes, Teflon®, polysaccharides, nylon or nitrocellulose, etc.), elastomers (such as poly(dimethyl siloxane) and poly urethanes), composite materials, ceramics, silica or silica-based materials (including silicon and modified silicon), carbon, metals, optical fiber bundles, or the like. In general, the substrate material may be selected to allow for optical detection without appreciable autofluorescence. In certain embodiments, the reaction vessels may be formed in a flexible material.

[0128] Individual reaction vessels may contain a binding surface. The binding surface may comprise essentially the entirety or only a portion of the interior surface of the reaction vessel or may be on the surface of another material or object that is confined within the reaction vessel, such as, for example, a bead, or a particle (for example, a micro-particle or a nanoparticle).

[0129] A microwell in a surface (e.g., substrate or sealing component) may be formed using a variety of techniques known in the art, including, but not limited to, photolithography, stamping techniques, molding techniques, etching techniques, or the like. As will be appreciated by those of the ordinary skill in the art, the technique used will depend on the composition and shape of the supporting material and the size and number of reaction vessels.

[0130] In a particular embodiment, an array of reaction vessels is formed by creating microwells on one end of a fiber optic bundle and utilizing a planar compliant surface as a sealing component. In certain embodiments, an array of reaction vessels in the end of a fiber optic bundle may be formed as follows. First, an array of microwells is etched into the end of a polished fiber optic bundle. Techniques and materials for forming and etching a fiber optic bundle are known to those of ordinary skill in the art. For example, the diameter of the optical fibers, the presence, size and composition of core and cladding regions of the fiber, and the depth and specificity of the etch may be varied by the etching technique chosen so that microwells of the desired volume may be formed. In certain embodiments, the etching process creates microwells by preferentially etching the core material of the individual glass fibers in the bundle such that each well is approximately aligned with a single fiber and isolated from adjacent wells by the cladding material. Potential advantages of the fiber optic array format is that it can produce thousands to millions of reaction vessels without complicated microfabrication procedures and that it can provide the ability to observe and optically address many reaction vessels simultaneously. An example of an etched fiber optic array is shown in

FIGS. **13A** and **13B**. FIG. **13A** shows a fiber optic array that has been etched to form a plurality or reaction vessels. In this particular example, the wells have a diameter of approximately 4.5 um and a volume of about 46 fL.. FIG. **13B** shows an AFM image of a portion of the fiber optic array of FIG. **13A**.

[0131] Each microwell may be aligned with an optical fiber in the bundle so that the fiber optic bundle can carry both excitation and emission light to and from the wells, enabling remote interrogation of the well contents. Further, an array of optical fibers may provide the capability for simultaneous or non-simultaneous excitation of molecules in adjacent vessels, without signal "cross-talk" between fibers. That is, excitation light transmitted in one fiber does not escape to a neighboring fiber.

[0132] In certain embodiments of the present invention, the physical alterations to a fiber optic may be made as taught in U.S. Pat. Nos. 6,023,540, 6,327,410, and 6,858,394. Any one or more of the surface of the glass microwells, the surface of the sealing component, or particles within microwells can be functionalized in certain embodiments to create binding surface(s).

[0133] Alternatively, the equivalent structures can be fabricated using other methods that do not utilize the ends of an optical fiber bundle as a substrate. For example, the array may be a spotted, printed or photolithographically fabricated substrate produced by techniques known in the art; see for example WO95/25116; WO95/35505; PCT US98/09163; U.S. Pat. Nos. 5,700,637, 5,807,522, 5,445,934, 6,406,845, and 6,482,593. In some cases, the array may be produced using molding and/or etching techniques as will be known to those of ordinary skill in the art.

[0134] In certain embodiments, the present invention provides a system equipped with a mechanical platform that applies a sealing component to a substrate. The platform may be positioned beneath a stage on the system. After the chosen reaction components have been added to an array of reaction vessels, the sealing component may be mated with the array. For example, the sealing component may be sandwiched between a flat surface (such as, for example, a microscope slide) and the array of reaction vessels using uniform pressure applied by the mechanical platform.

[0135] A non-limiting embodiment is illustrated in FIG. **14A**. A sealing component **300** is placed on top of mechanical platform **302**. The fluid sample **304** is placed on top of the sealing component **300**. The mechanical platform is moved upwards towards the array **306** (e.g., fiber optic array) such that uniform pressure is applied. As shown in FIG. **14B**, the sealing component **300** forms a tight seal with the array **306**. In other instances, varying pressure may be applied to the sealing component to form a tight seal between the sealing component and the array. The system may also comprise additional components **312** that may be utilized to analyze the array (e.g., microscope, computer, etc.) as discussed more herein.

[0136] In some embodiments, the first and/or second substrate to which the analyte molecules/dissociated species are immobilized may be subjected to at least one washing step. In one instance, a substrate may be washed after exposing the substrate to one or more solutions comprising analyte molecules, binding ligands, precursor labeling agent molecules, or dissociated species. In some instances, the wash step(s) may be used to wash away any analyte molecules or non-analyte molecules, any binding ligands or non-binding

ligands, any precursor labeling agent molecules or non-precursor labeling agent molecules, or any dissociated species or non-dissociated species that are not immobilized with respect to the substrate. The wash step(s) may be performed by any suitable technique known to those of ordinary skill in the art, for example, by submersion of the substrate in a wash solution, flushing the substrate with a wash solution, etc. In certain embodiments, the wash solution is selected so that it does not cause appreciable change to the configuration of the substrate surface and/or does not disrupt an interaction between at least two components of the assay (e.g., a capture component and an analyte molecule/dissociated species). In other cases, the wash solution may be a solution that is selected to chemically interact with one or more components of the substrate. As will be understood by those of ordinary skill in the art, a wash step may be performed at any appropriate time point during the inventive methods (e.g., after exposure of the substrate to a reagent or after immobilization of agent with respect to a substrate) during a method of the present invention.

Exemplary Target Analytes

[0137]    As will be appreciated by those in the art, a large number of analyte molecules and particles may be detected and, optionally, quantified using methods and systems of the present invention; basically, any analyte molecule or particle that is able to be made to become immobilized with respect to (e.g., by binding) a capture component can be potentially investigated using the invention. Certain more specific targets of potential interest that may comprise an analyte molecule or particle are mentioned below. The list below is exemplary and non-limiting.

[0138]    In some embodiments, the analyte molecule may be an enzyme. Non-limiting examples of enzymes include, an oxidoreductase, transferase, kinase, hydrolase, lyase, isomerase, ligase, and the like. Additional examples of enzymes include, but are not limited to, polymerases, cathepsins, calpains, amino-transferases such as, for example, AST and ALT, proteases such as, for example, caspases, nucleotide cyclases, transferases, lipases, enzymes associated with heart attacks, and the like. When a system/method of the present invention is used to detect the presence of viral or bacterial agents, appropriate target enzymes include viral or bacterial polymerases and other such enzymes, including viral or bacterial proteases, or the like.

[0139]    In other embodiments, the analyte molecule or particle may comprise an enzymatic component. For example, the analyte particle can be a cell having an enzyme or enzymatic component present on its extracellular surface. Alternatively, the analyte particle is a cell having no enzymatic component on its surface. Such a cell is typically identified using an indirect assaying method described below. A non-limiting example of an enzymatic component is beta-galactosidase.

[0140]    In yet other embodiments, the analyte molecule may be a biomolecule. Non-limiting examples of biomolecules include hormones, antibodies, cytokines, proteins, nucleic acids, lipids, carbohydrates, lipids cellular membrane antigens and receptors (neural, hormonal, nutrient, and cell surface receptors) or their ligands, or combinations thereof. Non-limiting embodiments of proteins include peptides, polypeptides, protein fragments, protein complexes, fusion proteins, recombinant proteins, phosphoproteins, glycoproteins, lipoproteins, or the like. As will be appreciated by those in the art, there are a large number of possible proteinaceous analyte molecules that may be detected or evaluated for binding using the present invention. In addition to enzymes as discussed above, suitable protein analyte molecules include, but are not limited to, immunoglobulins, hormones, growth factors, cytokines (many of which serve as ligands for cellular receptors), cancer markers, etc.

[0141]    In certain embodiments, the analyte molecule may be a host-translationally modified protein (e.g., phosphorylation, methylation, glycosylation) and the capture component may be an antibody specific to a post-translational modification. Modified proteins may be captured with capture components comprising a multiplicity of specific antibodies and then the captured proteins may be further bound to a binding ligand comprising a secondary antibody with specificity to a post-translational modification. Alternatively, modified proteins may be captured with capture components comprising an antibody specific for a post-translational modification and then the captured proteins may be further bound to binding ligands comprising antibodies specific to each modified protein.

[0142]    In another embodiment, the analyte molecule is a nucleic acid. A nucleic acid may be captured with a complementary nucleic acid fragment (e.g., an oligonucleotide) and then optionally subsequently labeled with a binding ligand comprising a different complementary oligonucleotide.

[0143]    Suitable analyte molecules and particles include, but are not limited to small molecules (including organic compounds and inorganic compounds), environmental pollutants (including pesticides, insecticides, toxins, etc.), therapeutic molecules (including therapeutic and abused drugs, antibiotics, etc.), biomolecules (including hormones, cytokines, proteins, nucleic acids, lipids, carbohydrates, cellular membrane antigens and receptors (neural, hormonal, nutrient, and cell surface receptors) or their ligands, etc), whole cells (including prokaryotic (such as pathogenic bacteria) and eukaryotic cells, including mammalian tumor cells), viruses (including retroviruses, herpesviruses, adenoviruses, lentiviruses, etc.), spores, etc.

[0144]    The fluid sample comprising or suspected of comprising and analyte molecule or particle may be derived from any suitable source. In some cases, the sample may comprise a liquid, fluent particulate solid, fluid suspension of solid particles, supercritical fluid and/or gas. In some cases, the analyte molecule or particle may be separated or purified from its source prior to determination; however, in certain embodiments, an untreated sample containing the analyte molecule or particle may be tested directly. The source of the analyte molecule may be synthetic (e.g., produced in a laboratory), the environment (e.g., air, soil, etc.), a mammal, an animal, a plant, or any combination thereof. In a particular example, the source of an analyte molecule is a human bodily substance (e.g., blood, serum, plasma, urine, saliva, tissue, organ, or the like).

Binding Ligands and Precursor Labeling/Labeling Agent Molecules

[0145]    Binding ligands may be selected from any suitable molecule, particle, or the like, as discussed more below, able to associate with an analyte molecule and/or to associate with another binding ligand. For example, when only a first binding ligand is employed, a first binding ligand may associate with an analyte molecule. In another example, when a first binding ligand and a second binding ligand are employed, a

first binding ligand may associate with an analyte molecule and a second binding ligand may become immobilized with respect to the analyte molecule by becoming associated with the first binding ligand. Some non-limiting examples of potentially suitable binding ligands are discussed more below.

[0146] Certain binding ligands can comprise a component that is able to facilitate detection, either directly or indirectly. A component may facilitate indirect detection, for example, by converting a precursor labeling agent molecule to a labeling agent molecule (e.g., an agent that is detected in an assay). In some embodiments, the binding ligand may comprise an enzymatic component (e.g., horseradish peroxidase, beta-galactosidase, etc). A first binding ligand may or may not be used in conjunction with additional (e.g., second, etc.) binding ligands, examples of which are discussed herein.

[0147] A "precursor labeling agent" is any molecule, particle, or the like, that can be converted to a labeling agent molecule upon exposure to a suitable converting agent. Such a converting agent may, in certain embodiments, comprise at least a portion of at least one of a capture component, an analyte, and/or a binding ligand. In certain such embodiments, it is advantageous if the converting agent comprises at least a portion of the dissociated species released from the first substrate and transferred to the second substrate for detection. A "labeling agent" is any molecule, particle, or the like, that facilitates detection, by acting as the detected entity, using a chosen detection technique.

[0148] In some embodiments, binding ligands may be selected such that are able to function in the following manner. If only a first binding ligand is employed, the first binding ligand may associate directly with an analyte molecule. In other cases, if both a first and a second binding ligand are employed, the first binding ligand may associate with an analyte molecule and comprise a component which is able to interact with the second binding ligand. Certain assays may also comprise additional components (e.g., a third binding ligand that can interact with the second binding ligand, first binding, or analyte). In certain embodiments, any one or more of the binding ligands may comprise at least a portion thereof able to convert a precursor labeling agent into a labeling agent molecule. In some cases, an assay component may be able to associate with more than one other assay component, for example, a third binding ligand may associate with both a first and a second binding ligand.

[0149] As mentioned above, in certain embodiments, a first binding ligand may be employed alone or in conjunction with a second (and a third, etc.) binding ligand. A first binding ligand may be selected (e.g., in the case when only a first and a second binding ligand is employed) such that it may associate with an analyte molecule and be able to interact with the second binding ligand (e.g., such that the first binding ligand is associated with the second binding ligand).

[0150] In some embodiments, the substrate (e.g., the substrate in/on which the plurality of analyte molecules are immobilized) may be exposed to a plurality of first binding ligands such that a first binding ligand associates with substantially all of the plurality of analyte molecules or particles to form a plurality of immobilized complexes. In some cases, the substrate may also be exposed to a plurality of second binding ligands such that the second binding ligand associates with substantially all of the plurality of first binding ligands which are associated with an analyte molecule or particle to form a plurality of immobilized complexes.

[0151] In yet other cases, the substrate may be additionally exposed to a plurality of third binding ligands such that a third binding ligand associates with substantially all of the second binding ligands which are associated with a first binding ligand which are associated with an analyte molecule or particle to form at least a portion of the plurality of immobilized complexes. Substantially all, as used herein, refers to at least greater than 80%, greater than 85%, greater than 90%, greater than 95%, greater than 97%, greater than 98%, greater than 99%, greater than 99.5%, or more, of a molecule/particle/species of a specific type.

[0152] As discussed more below, a binding ligand (e.g., a first, second and/or third, etc. binding ligand) may comprise a cleavable linker (e.g., disulfide). In some cases, at least one of the binding ligands may comprise biotin.

[0153] In some cases, binding ligands of the present invention may be functionalized to reduce non-specific binding, e.g., direct binding or association of a binding ligand to another component (e.g., capture component, surface of a substrate, etc.) of the assay, where such binding is undesired. In certain embodiments, the binding ligand may be functionalized with a large steric molecule and/or particle which prevent the binding ligand from approaching and/or associating with the substrate, another component, etc. For example, the binding ligand may be functionalized with poly (ethylene glycol) groups or particles, poly(ethylene oxide) groups or particles (e.g., particles which are protein resistant such as beads coated in poly(ethylene glycol), DNA, or zwitterionic lipids).

Dissociation/Release of Immobilized Complexes/Species

[0154] In some embodiments, a plurality of dissociated species is formed during the assay. A "dissociated species," as used herein, is a molecule, complex, or particle (which, as previously noted, includes biological cells and sub cellular organelles) at least a portion of which has been released/dissociated from a molecule, complex, particle, surface, etc., to which it was immobilized. The dissociated species may form by causing an association (e.g., bond, attachment, etc.) to cleave, thereby releasing the dissociated species. A molecule or particle may be released from a substrate in certain instances without causing cleavage of a bond (e.g., by physical means); such released molecules or particles may still be referred to herein as dissociated species.

[0155] The plurality of dissociated species, in some cases, may be formed by the dissociation of at least a portion of a plurality of complexes immobilized with respect to a substrate. Each immobilized complex, in most cases, will comprise an analyte molecule, a capture component, and, in some cases, at least one binding ligand. In some cases, each immobilized complex may additionally comprise at least one cleavable linker (e.g., a disulfide linker) and/or an enzymatic component. A dissociated species, therefore, may comprise any portion of the previously immobilized complex (e.g., at least a portion of any one or more of the analyte molecule, the capture component and/or the at least one binding ligand). For example, at least one or each of the plurality of dissociated species may comprise at least a portion of a capture component, analyte molecule, and/or binding ligand(s) (e.g., first, second, third, etc., binding ligands).

[0156] The number of dissociated species released from the substrate may be, but need not be, substantially equal to the total number of analyte molecules or particles in the fluid sample and/or immobilized on the substrate. For example, in

17

certain embodiments, the ratio of immobilized analyte molecules to dissociated species may be about 1:1, about 2:1, about 5:1, about 10:1, about 100:1, about 1000:1, about 10000:1, or the like. In some cases, the ratio is greater than about 1:1 but does not exceed 10:1, greater than about 10:1 but does not exceed 100:1, greater than about 100:1 but does not exceed 1000:1, greater than about 1000:1 but does not exceed 10000:1, greater than about 10000:1 but does not exceed 1,000,000:1, or greater than about 1,000,000:1 in certain embodiments. In some embodiments, the number of the plurality of immobilized molecules or particles released is approximately equal to, is directly proportional to, is about one half of, is about one quarter of, is about one tenth of, is about one hundredth of, is about one thousandth of, is about one ten-thousandth of, or is about one hundred-thousandth of, the number of the plurality of analyte molecules or particles captured.

[0157] A dissociated species, in some cases, may comprise a component which is able to be detected, either indirectly or directly (i.e., may comprise a labeling agent molecule and/or is capable of converting a precursor labeling agent molecule to a labeling agent molecule). The presence of a detectable component on a dissociated species can allow for the detection of the dissociated species, thereby allowing for the determination and/or quantification of the dissociated species. The determination and/or quantification of the dissociated species, can be related to the detection and/or quantification of the analyte molecule in a fluid sample, as discussed more below. In a particular embodiment, the detectable component is an enzymatic component.

[0158] In some embodiments, at least a portion of at least some of the immobilized complexes may be susceptible to being dissociated from a substrate by exposure to a dissociating agent, thereby forming a plurality of dissociated species. As mentioned above, non-limiting examples of dissociating agents include chemical dissociating agents, electromagnetic radiation, a change in the pH, a change in the temperature, etc. In a particular example, exposing the plurality of immobilized complexes to a reducing agent causes at least a portion of at least some of the plurality of complexes to dissociate from the substrate to form a plurality of dissociated species.

[0159] In some cases, the dissociating agent may have essentially no specific affinity for the capture components. That is, the dissociating agent does not cause the dissociating species to form by interacting with the capture component and employing competitive binding to release the analyte molecule that associated with the capture component. In some cases, when the dissociating agent has essentially no specific affinity for the capture component, the dissociated species may comprise an enzymatic component.

[0160] In some cases, each of the plurality of immobilized complexes may comprise a cleavable linkage and the plurality of dissociated species may be formed by cleaving at least some of the cleavable linkages. In some instances, a dissociating agent may be employed in conjunction with a cleavable linkage, wherein exposure of the cleavable linkage to the dissociating agent causes the cleavable linkage to cleave and a dissociated species to form. As mentioned above, a cleavable linkage is a linkage that is able to be cleaved upon exposure to a dissociating agent. The cleavable linkage may be present in any portion of the immobilized complex (e.g., the analyte molecule, the binding ligand (e.g., first, second or third, etc. binding ligand), the capture component, etc.). In

some embodiments, the cleavable linkage may be a linkage that is specifically cleaved, that is, a linkage that can be cleaved without altering or damaging any other portion of the complex not being cleaved and which relatively uniformly alters the molecule in a reproducible manner. It should be understood, that a cleavable linkage may be selected depending on various parameters including desired size, solubility, ability to cleave or not cleave the linkage under certain conditions, the type of cleavage method to be used, etc. A cleavable linkage may be homobifunctional (e.g., contain two or more identical leaving groups) or heterobifunctional (e.g., contain two or more different leaving groups).

[0161] In some cases, the cleavable linkage may be a photocleavable linkage and the plurality of dissociated species may be formed by exposing the substrate to electromagnetic radiation (e.g., ultraviolet light). In certain such instances, the photocleavable linkage may be cleaved at a wavelength of light that does not damage the molecule being released, for example, in the ultraviolet to visible range. Non-limiting examples of photocleavable linkages include linkages containing o-nitrobenzyl, desyl, trans-o-cinnamoyl, m-nitrophenyl, benzylsulfonyl groups and others.

[0162] In some embodiments, the cleavable linkage may be a chemically cleavable linkage (i.e., susceptible to cleavage upon exposure to a chemical dissociating agent) Non-limiting examples of chemically cleavable linkages which may be cleaved by a chemical dissociating agent include a disulfide, which can be cleaved with reducing agents; a diol, which can be cleaved with periodates; a diazo bond, which can be cleaved with dithionates; an ester, which can be cleaved with hydroxylamines; a sulfone, which can be cleaved with bases, and others known in the art, as discussed more below. The concentration of dissociating agent used to bring about dissociation will depend on the type of cleavable linkage and dissociating agent employed as well as other assay conditions. The appropriate concentration and conditions to bring about a desired degree of dissociation may be selected in particular applications using routine screening tests and optimization. For example, in certain particular applications, the immobilized complexes may be exposed to a chemical dissociating agent in a concentration of between about 10 mM and about 100 mM, between about 1 mM and about 1 M, between about 0.1 M and about 1 M, etc.

[0163] In some embodiments, the plurality of dissociated species is formed by exposing the substrate to a chemical dissociating agent. The chemical dissociating agent may comprise at least one of a pH altering agent, an ionic strength altering agent, a denaturing agent, a reducing agent, a reactive agent, or an enzyme. In a particular embodiment involving immobilized complexes comprising thiol linkages, the chemical dissociating agent may comprise beta-mercaptoethanol. The plurality of complexes may be exposed to the chemical dissociating agent thereby forming a plurality of dissociated species. In some cases, a chemical dissociating agent is particularly suited to cleave a particular cleavable linkage. Non limiting combinations of chemical dissociating agents and cleavable linkages will now be discussed in more detail.

[0164] In some embodiments, the chemical dissociating agent is a reducing agent. A reducing agent is a compound or complex that chemically reduces another chemical species susceptible to chemical reduction which can, in certain cases, lead to scission of the species. In the case of a chemical dissociating agent that is a reducing agent, the immobilized

complex may be reduced by the reducing agent and at least a portion of the complex may be dissociated by the reducing agent to form a dissociated species. Non-limiting examples of reducing agents that may be used to cleave a cleavable linkage include sodium borohydride, beta-mercaptoethanol, cysteine, tris(2-carboxyethyl)phosphine, zinc and dilute acid, triphenylphosphine (Ph$_3$P) and water, dithiothreitol (DTT), and others known in the art.

[0165]    In some embodiments, a chemical dissociating agent may be substantially removed from the solution comprising the plurality of dissociated species prior to further manipulation of the plurality of dissociated species (e.g., partitioning of the plurality of dissociated species across a plurality of reaction vessels). For example, the chemical dissociating agent may be removed by filtration through a material to which the chemical dissociating agent may bind, by precipitation, or the like. In other embodiments, the chemical dissociated may not be substantially removed prior to further manipulation of the solution comprising the plurality of dissociated species.

[0166]    In some embodiments, each immobilized complex may comprise a disulfide bond, some of which may be cleaved to form a plurality of dissociated species. In some cases, each immobilized complex may comprise at least one capture component, at least one analyte molecule or particle, and at least one disulfide linkage. At least some of the disulfide linkages may be cleaved to form a plurality of dissociated species (e.g., which are not immobilized with respect to the substrate). Techniques for formation of a disulfide bond in a component of the immobilized complex (e.g., as part of the capture component, the analyte molecule, and/or a binding ligand(s)) are known to those of ordinary skill in the art. A non-limiting reagent that may be used for the formation of a disulfide linkage is pyridyl disulfide-containing heterobifunctionals (e.g., SDPD, N-succinimidyl-pyridyldithiopropionate and SMPT, 4-succinimidyloxycarbonyl-α-methyl-α-(2-pyridyldithio)toluene). Disulfide bonds may be cleaved, for example, through hydrogenolysis by a reducing agent (e.g., beta-mercaptoethanol, dithiothreitol, dithioerythritol, cysteine, tris(2-carboxytheyl)phosphine, and/or butanethiol) or through a disulfide interchange process with a compound containing one or more free sulfhydryls.

[0167]    A disulfide linkage may be cleaved in certain embodiments by exposing the linkage to a reducing agent. In some cases, the reduction will yield unconjugated molecules, one or both of which may contain a portion of the disulfide linkage, and in some cases, a free sulfhydryl (e.g., —SH) will be formed on one or both of the ends of the cleaved linkage. A non-limiting example of a how a disulfide linkage may be cleaved is shown in Equation 1:

$$\tag{1}$$



wherein X and Y are components of the immobilized complex relative to the disulfide linkage. A chemical reducing agent reacts with the disulfide bonds to generate two free sulfhydryl groups per original disulfide bond.

[0168]    In a particular embodiment of the present invention, a binding ligand may comprise a disulfide linkage. The disulfide group may be cleaved by exposure of an immobilized complex comprising the binding ligand to beta-mercaptoet-hanol. In other embodiments, a capture component may comprise a disulfide linkage that may be cleaved by exposure to beta-mercaptoethanol and/or another reducing agent.

[0169]    In other embodiments, the cleavable linkage may be a diol or a glycol. A diol or glycol linkage may be incorporated into a portion of the immobilized complex using methods that are known to those skilled in the art (e.g., inclusion of a tartaric acid residue). In some cases, the glycol or diol linkage may be cleaved by oxidation. For example, the immobilized complex comprising a diol or a glycol cleavable linkage may be exposed to a reagent such as sodium periodate or palladium acetate (Pd(OAc)$_2$), and the linkage may be cleaved to form aldehydes. A non-limiting example of the cleavage of a glycol linkage is shown in Equation 2:

$$\tag{2}$$



wherein X and Y are components of the immobilized complex relative to the glycol linkage.

[0170]    In yet other embodiments, the cleavable linkage may be a diazo bond. A diazo bond may be incorporated into a portion of the immobilized complexes using methods that are known to those skilled in the art (e.g., coupling between an arendiazonium cation and a phenol). For non-limiting examples see March, J.; *Advanced Organic Chemistry*, New York, John Wiley and Sons, 1992, pages 591-592, 638, etc. A diazo linkage may be cleaved upon exposure to a chemical dissociating agent such as dithionite, zinc metal, and sodium hydrosulfite (Na$_2$S$_2$O$_4$) to form primary amines. A non-limiting example of the cleavage of a diazo linkage is shown in Equation 3:

$$\tag{3}$$



wherein X and Y are components of the immobilized complex relative to the diazo linkage.

[0171]    In yet other embodiments, the linkage may be an ester or a thioester. An ester or a thioester linkage may be cleaved upon exposure to a nucleophile, such as hydroxylamine. The cleavage of an ester with hydroxylamine may result in the formation of an amide derivative on one side of the cleaved crosslinker and a hydroxyl group on the other side, as shown in Equation 4.

$$\tag{4}$$

wherein X and Y are the parts of the immobilized complex relative to the ester linkage.

[0172] In still yet other embodiments, the linkage may be a sulfone linkage. Sulfone linkages that may be incorporated into a complex include 4,4'-difluoro-3,3'-dinitrodiphenyl sulfone (DFDNPS) and bis(2-[succinimidooxycarbonyloxy] ethyl)sulfone (BSOCOES). The sulfone linkage may be cleaved by hydrolysis under basic conditions, such as in the presence of sodium phosphate. The cleavage of a sulfone group is shown in Equation 5:

$$
(5)
$$



wherein X and Y are components of the immobilized complex relative to the sulfone linkage.

[0173] In other cases, the cleavable linkage may be an enzymatically cleavable linkage. For example, a protease may be used to cleave a cleavable functional group having a suitable recognition sequence for the protease. Particularly useful proteases are endopeptidases such as factor Xa, tobacco etch virus (TEV) protease, trypsin, chymotrypsin, *Staphylococcus aureus* protease, submaxillaris protease, and others. The protease can be selected based on the incorporation of a particular cleavable recognition sequence as a functional group. Other considerations for selecting a protease include the presence or absence of a recognition sequence in the molecule being captured and released.

[0174] In yet other cases, the cleavable linkage may be a pH-cleavable linkage and comprise pH-labile bonds. For example, ketals may be labile (e.g., cleaved) in acidic environments (e.g., pH less than 7) and form a diol and a ketone. As another example, acetals may be labile (e.g., cleaved ) in acidic environments (e.g., pH less than 7) and form a diol and an aldehyde. As yet another example, imines or iminiums may be labile in acidic environments (e.g., pH less than 7) and form an amine and an aldehyde or a ketone, respectively. In other instances, a cleavable linkage may be cleaved in basic conditions (e.g., sulfone linkage).

[0175] In some embodiments, a method of the present invention may comprise releasing a plurality of molecules or particles from the first substrate. The plurality of molecules or particles released from the first substrate may comprise at least a portion of an analyte molecule or particle captured on the first substrate or may be free of any portion of an analyte molecule or particle captured on the first substrate. A plurality of molecules or particles may be released by exposing the substrate to electromagnetic radiation (e.g., ultraviolet light). As another example, a plurality of molecules or particles may be released by exposing the substrate to a chemical dissociating agent (e.g., beta-mercaptoethanol). As yet another example, a plurality of molecules or particles may be released by physical manipulations (e.g., scraping the substrate, agitation, etc.).

Detection

[0176] The plurality of dissociated species may be detected and/or quantified, and the detection and/or quantification may be related to the presence and, optionally, quantity and/or

concentration of analyte molecules/particles in the sample being tested. In some embodiments, the plurality of dissociated species may be detected and/or quantified by partitioning the plurality of dissociated species across a plurality of reaction vessels (e.g., in an array). In certain embodiments, the partitioning may occur such that at least some (e.g., a statistically significant fraction) of the reaction vessels comprise at least one or, in certain cases, one dissociated species and at least some (e.g., a statistically significant fraction) of the reaction vessel comprises no dissociated species. In some cases, a detector may be configured to detect dissociated species in or on a substrate (e.g., an array of reaction vessels).

[0177] In some embodiments, when a first substrate is used to capture a plurality of analyte molecules and/or particles and a second substrate is used to detect a plurality of dissociated species, the number of dissociated species detected on or within the second substrate may be directly proportional to the number of dissociated species released from the second substrate. In other embodiments, the number of dissociated species detected on or within the second substrate may be approximately equal to, less than about one half, less than about one quarter, less than about one tenth, less than about one hundredth, less than about one thousandth, less than about one ten-thousandth, or the like, of the number of the plurality of dissociated species dissociated from the first substrate.

[0178] In some embodiments, the number of dissociated species detected is no greater than the number of dissociated species released and/or the number of dissociated species is no greater than the number of analyte molecules or particles associated with a first substrate. For example, the number of dissociated species detected (e.g., on a second substrate) may be approximately equal to, no greater than about three quarters of, no greater than about one half of, no greater than about one quarter of, no greater than about one tenth of, no greater than about one hundredth of, no greater than about one thousandth of, no greater than about ten thousandth of, or no greater than about one hundred thousandth of, the number of analyte molecules or particles associated (e.g., captured) with a first substrate and/or the number of dissociated species released (e.g., from a first substrate).

[0179] The dissociated species may be detected and/or quantified directly or indirectly. In the case or direct detection, the dissociated species itself comprises a molecule or moiety that may be directly interrogated and detected, for example, a fluorophore. A reaction vessel that comprises such a dissociated species will therefore emit a signal upon interrogation of the reaction vessel.

[0180] The indirect approach can include, for example, exposing dissociated species comprising at least one precursor labeling agent molecule to a suitable converting agent to produce a detectable labeling agent molecule. In other embodiments, the dissociated species may comprise a converting agent and may be exposed within the reaction vessel to a precursor labeling agent molecule to produce a detectable labeling agent molecule. In some cases, at least one precursor labeling agent molecule is converted to a labeling agent molecule when contained in the reaction vessel comprising a dissociated species. The presence or absence of a dissociated species in a reaction vessel may then be determined by determining the presence or absence of a labeling agent molecule in the reaction vessel. For example, the dissociated species may comprise an enzymatic component and the precursor labeling agent molecule may be a chromogenic, fluorogenic,

or chemiluminescent enzymatic precursor labeling agent molecule. Exposure of the precursor labeling agent molecule to the enzymatic component may convert the precursor labeling agent molecule to a chromogenic, fluorogenic, of chemiluminescent labeling agent molecule that may be detected. In another instance, the indirect approach can include, for example, the situation where the dissociated species does not have intrinsic activity to convert a precursor labeling agent molecule to a labeling agent molecule and is not detectable itself. Therefore, the dissociated species may be exposed to at least one dissociated species binding ligand which may associate with the dissociated species, thus forming a complex comprising the dissociated species and the dissociated species binding ligand. The dissociated species binding ligand may comprise a component that is able to convert a precursor labeling agent molecule into a labeling agent molecule or may comprise a precursor labeling agent molecule able to be converted by exposure to a converting agent. Thereafter, the presence of the labeling agent molecule can be determined to determine whether a dissociated species is present in a reaction vessel. It is to be understood that a variety of dissociated species, dissociated species binding ligands, and precursor labeling agent molecules, as will be discussed in more detail below, may be used in the practice of the invention. To the extent that a dissociated species comprises an enzymatic component, enzymatic precursor labeling agent molecules can be added to the reaction vessel whereupon the enzymatic component converts the precursor labeling agent molecule into a chromogenic, fluorogenic, or chemiluminescent labeling agent molecule and permits the detection of the dissociated species.

[0181]   Two non-limiting examples of indirect detection of a dissociated species are illustrated in FIGS. 15A and 15B. In FIG. 15A, a reaction vessel 30 is provided which comprises a detection capture component 32. Dissociated species 34 is associated with detection capture component 34. The reaction vessel is exposed to precursor labeling agent molecule 36, which upon exposure to dissociated species 34 carrying a converting agent, converts to a labeling agent molecule 38, as indicated by arrow 37. As another example, in FIG. 15B, a reaction vessel 40 is provided which comprises a detection capture component 42. Dissociated species 44 is associated with the detection capture component 42. A dissociated species binding ligand 46 is provided which associates with dissociated species 44. The reaction vessels is exposed to precursor labeling agent molecule 48 which upon exposure to dissociated species binding ligand 44 converts to labeling agent molecule 50, as indicated by arrow 49.

[0182]   In some embodiments, a dissociated species may comprise an enzymatic component (e.g., from a binding ligand). In this instance, the precursor labeling agent molecule may be an enzymatic label, for example, a chromogenic, fluorogenic, or chemiluminescent enzymatic precursor labeling agent molecule, that upon contact with the enzymatic component, converts to a labeling agent molecule. In some cases, the chromogenic, fluorogenic, or chemiluminescent enzymatic precursor labeling agent molecule is provided in an amount sufficient to contact every dissociated species which was partitioned across a plurality of reaction vessels. In some cases, the enzymatic component may comprise beta-galactosidase or horseradish peroxidase.

[0183]   As will be understood by those of ordinary skill in the art, chromogenic, fluorogenic, or chemiluminescent enzymatic precursor labeling agent molecules may be selected for conversion by many different enzymes. Thus, any known chromogenic, fluorogenic, or chemiluminescent enzyme precursor labeling agent molecule capable of producing a labeling agent molecule in a reaction with a particular enzyme can potentially be used in the present invention as the precursor labeling agent molecule in embodiments where the dissociated species comprises an enzymatic component (or a dissociated species binding ligand comprises an enzymatic component). For example, many chromogenic, fluorogenic, or chemiluminescent precursor labeling agent molecules suitable for use an enzymatic precursor labeling agent molecule are disclosed in *The Handbook—A Guide to Fluorescent Probes and Labeling Technologies*, Tenth Ed., Chapter 10.

[0184]   In some embodiments, the plurality of reaction vessels may additionally comprise at least one dissociated species capture component. A "dissociated species capture component" is a capture component that specifically binds to or otherwise captures a dissociated species, such that the dissociated species is immobilized during the assay. Generally, the dissociated species capture component allows the attachment of a dissociated species to a solid support (that is, the surface of a microwell, a sealing component or a nanoparticle) for the purposes of detection, quantification, or other analysis. In some cases, a method of the present invention will comprise the step of immobilizing at least one of the plurality of dissociated species with respect to the at least one dissociated species capture component.

[0185]   In some embodiments, at least some of the plurality of dissociated species may be immobilized with respect to at least one particle comprising at least one binding partner for the dissociated species, thereby forming a plurality of complexes. A plurality of particles comprising a binding partner may be provided, in some cases, such that one or zero dissociated species released from the substrate associates with each binding partner of at least a fraction of the plurality of particles comprising a binding partner. The particles may have an average diameter of less than about 100 um, less than about 50 um, less than about 10 um, less than about 1 um, less than about 500 nm, less than about 100 nm, less than about 10 nm, less than about 1, or the like. In some cases, the particles may be provided such that there is greater than about 10, greater than about 100, greater than about 1000, greater than about 10,000, greater than about 100,000, greater than about 1,000,000, or the like, particles provided for every dissociated species released from the substrate. In some such embodiments, the plurality of dissociated species may be immobilized with respect to a plurality of particles prior to partitioning across a plurality of reaction vessels. In certain embodiments, the plurality of dissociated species may be exposed to a plurality of particles such that either one or no dissociated species are immobilized with respect to a single particle. The particles may comprise a plurality of binding partners (e.g., biotin) with respect to which a dissociated species may be immobilized, thereby forming a plurality of particle-containing complexes. The particle-containing complexes may be partitioned across a plurality of reaction vessels such that at least some (e.g., a statistically significant fraction) of the plurality of reaction vessels contain zero particle-containing complexes and at least some (e.g., a statistically significant fraction) of the plurality of reaction vessels contain only one or at least one particle-containing complex. The reaction vessels which comprise a particle-containing complex may then be determined, and the methods describe herein may be used to detect and/or quan-

tify the dissociated species and analyte molecules. For example, the number or fraction of the plurality of reaction vessels that contain a particle-containing complex may be related to a measure of the concentration of analyte molecules or particles in the fluid sample. The particle-containing complexes may be detected directly or indirectly using methods as discussed herein (e.g., electromagnetic radiation, microscopy, etc.). Each reaction vessel may comprise at least about 10 particles, at least about 100 particles, at least about 500 particles, at least about 1000 particles, at least about 5000 particles, at least about 10000 particles, or the like, wherein in some reaction vessels, at least one particle may comprise a complex (e.g., a particle-containing complex). Each reaction vessel may comprise approximately the same or differing number of particles as the reaction vessels which it is adjacent to.

[0186]　A non-limiting embodiment of the above assay method is depicted in FIG. 16. A plurality of particles 330 are exposed to a plurality of dissociated species such that at least some of each of the plurality of dissociated species 332 are immobilized with respect to a particles 330 to form a plurality of dissociated species in the form of particle-containing complexes 334 (step (A)). The plurality of particles and particle-containing complexes may be partitioned across a plurality of reaction vessels 336 such that at least some of the plurality of reaction vessels contain only one or at least one particle-containing complex 338 and at least some of the plurality of reaction vessels will contain zero particle-containing complexes 340 (step (B)).

[0187]　In some embodiments, at least a fraction of the number of dissociated species may be detected substantially simultaneously. "Substantially simultaneously" when used in conjunction with detection, as used herein, refers to detection of the species/molecules/particles of interest at approximately the same time, as opposed to sequentially detected. A plurality of species/molecules/particles may be detected substantially using various techniques, including optical techniques (e.g., CCD detector). In some embodiments involving substantially simultaneous detection, each of the detected species/molecules/particles (e.g., dissociated species) is spatially separated with respect to the other detected species/molecules/particles (e.g., dissociated species) during detection, such that detection is able to resolve individual dissociated species of the plurality of dissociated species detected. For example, resolving individual molecules/particles of a plurality of molecules/particles that are partitioned across a plurality of reaction vessels such that each reaction vessel contains zero or only one species/molecule/particle involves detecting molecules/particles that are spatially separated. In some cases, at least about 80%, at least about 85%, at least about 90%, at least about 95%, at least about 96%, at least about 97%, at least about 98%, at least about 99%, at least about 99.5% of all species/molecules/particles are spatially separated with respect to other species/molecules/particles during detection.

Detection Methods

[0188]　In some embodiments, in the systems/methods in which the species to be detected are partitioned across a plurality of reaction vessels, the reaction vessels may be interrogated using a variety of techniques, including techniques known to those of ordinary skill in the art.

[0189]　In a specific embodiment of the present invention, reaction vessels are optically interrogated. The reaction ves-

sels exhibiting changes in their optical signature may be identified by a conventional optical train and optical detection system. Depending on the detected species (e.g., labeling agent molecules, dissociated species, particles, etc.) and the operative wavelengths, optical filters designed for a particular wavelength may be employed for optical interrogation of the reaction vessels. In one embodiment, the plurality of reaction vessels of the present invention is formed directly as part of a fiber optic bundle.

[0190]　According to one embodiment, the array of reaction vessels of the present invention can be used in conjunction with an optical detection system such as the system described in U.S. Publication No. 20030027126. For example, according to one embodiment, the array of reaction vessels of the present invention is formed in one end of a fiber optic assembly comprising a fiber optic bundle constructed of clad fibers so that light does not mix between fibers.

[0191]　FIG. 17A shows a non-limiting example of a system of the present invention according to some embodiments. The system comprises a light source 252, excitation filter 454, dichromatic mirror 458, emission filter 460, objective 470, and second substrate 472. Light 453 given off from light source 452 is passed through excitation filter 454. The light reflects off dichromatic mirror 458, passes through objective 470 and shines on second substrate 472. In some cases, stray light 464 may be reduced by a stray light reducing function 468, such as an iris or aperture. Light 471 emitted from the second substrate passes through objective 472 and emission filter 460 and is observed. The system may comprise additional components (e.g., additional filters, mirrors, magnification devices, etc.), as needed for particular applications, as would be understood by those of ordinary skill in the art.

[0192]　The optical detection system of U.S. Publication No. 20030027126 operates as follows. Light returning from the distal end of the fiber optic bundle is passed by the attachment to a magnification changer which enables adjustment of the image size of the fiber's proximal or distal end. Light passing through the magnification changer is then shuttered and filtered by a second wheel. The light then is imaged on a charge coupled device (CCD) camera. A computer executes imaging processing software to process the information from the CCD camera and also optionally controls the first and second shutter and filter wheels. As depicted in U.S. Publication No. 20030027126, the proximal end of the bundle is received by a z-translation stage and x-y micropositioner.

[0193]　For example, FIG. 18 shows a schematic block diagram of a system employing a fiber optic assembly 400 with an optical detection system. The fiber optic assembly 400 comprises a fiber optic bundle or array 402 that is constructed from clad fibers so that light does not mix between fibers. An array or system 400 is attached to the bundle's distal end 412, with the proximal end 414 being received by a z-translation stage 416 and x-y micropositioner 418. These two components act in concert to properly position the proximal end 414 of the bundle 402 for a microscope objective lens 420. Light collected by the objective lens 420 is passed to a reflected light fluorescence attachment with three pointer cube slider 422. The attachment 422 allows insertion of light from a 75 Waft Xe lamp 424 through the objective lens 420 to be coupled into the fiber bundle 402. The light from the source 424 is condensed by condensing lens 426, then filtered and/or shuttered by filter and shutter wheel 428, and subsequently passes through a ND filter slide 430. Light returning from the distal end 412 of the bundle 402 is passed by the attachment

422 to a magnification changer 432 which enables adjustment of the image size of the fiber's proximal or distal end. Light passing through the magnification changer 432 is then shuttered and filtered by a second wheel 434. The light is then imaged on a charge coupled device (CCD) camera 436. A computer 438 executes imaging processing software to process the information from the CCD camera 436 and also possibly control the first and second shutter and filter wheels 428, 434.

[0194] The array of reaction vessels of the present invention may be integral with or attached to the distal end of the fiber optic bundle using a variety of compatible processes. In some cases, microwells are formed at the center of each individual fiber of the fiber optic bundle and the microwells may or may not be sealed. Each optical fiber of the fiber optic bundle may convey light from the single microwell formed at the center of the fiber's distal end. This feature enables the interrogation of the optical signature of individual reaction vessels to identify reactions/contents in each microwell. Consequently, by imaging the end of the bundle onto the CCD array, the optical signatures of the reaction vessels are individually interrogatable and may be detected substantially simultaneously.

[0195] As discussed above, in some embodiments of the present invention, the plurality of reaction vessels may be sealed, for example, through the mating of the second substrate and a sealing component. In some cases, the sealing of the reaction vessels may be such that the contents of each reaction vessel cannot escape the reaction vessel. In some cases, the reaction vessels may be sealed after the addition of a dissociated species and, optionally, a precursor labeling agent molecule to facilitate detection of the dissociated species. For embodiments employing precursor labeling agent molecules, by sealing the contents in some or each reaction vessel, a reaction to produce the detectable labeling agent molecule can proceed within the sealed reaction vessels, thereby producing a detectable amount of a labeling agent molecule that is retained in the reaction vessel for detection purposes.

Quantification

[0196] According to some embodiments of the present invention, the methods, systems, and/or devices may be used to determine the presence and/or a measure of the concentration of a plurality of analyte molecules (or particles) in a fluid sample based at least in part on detecting and/or quantifying at least some of a plurality of dissociated species (or particles or molecules released from a substrate on which the analyte molecules/particles are captured). In some cases, there is a correlation between the percentage of reaction vessels containing one or more dissociated species and the quantity/concentration of analyte molecules in the fluid sample. Thus, the quantification method of the present invention may allow for a determination of a measure of the concentration of analyte molecules in a fluid sample based on the percentage of reaction vessels that contain a dissociated species released from a substrate. In some cases, the concentration of the analyte molecules in a fluid sample will be linearly proportional to the quantification of the dissociated species. In other cases, the measure of concentration of the analyte molecules in a fluid sample will be related to the determination and/or quantification of the dissociated species by a non-linear relationship. In some embodiments, the measure of the concentration of analyte molecules in a fluid sample will be deter-

mined using a calibration curve. Methods to determine a measure of the concentration of analyte molecules in a fluid sample are discussed more below.

[0197] Certain embodiments of present invention are distinguished by the ability to detect and/or quantify low numbers/concentrations of dissociated species and may be well suited to determine a measure of the concentration of analyte molecules in a fluid sample containing very low concentrations of the analyte. It is currently believed that this ability may be achieved by spatially isolating individual or small numbers of dissociated species, for example, as partitioned across an array of reaction vessels, and then detecting their presence in the reaction vessels. The presence of a dissociated species in a reaction vessel can be counted in a binary fashion (e.g., zero when a dissociated species is absent; one when a dissociated species is present), for example by determining the presence of a detectable molecule or particle in a reaction vessel that contains at least one dissociated species.

[0198] In some embodiments, the plurality of dissociated species may be partitioned such that at least some of the reaction vessels contain no dissociates species and at least some of reaction vessels contain at least one or, in certain cases, only one dissociates species. For example, in some cases, the plurality of dissociates species may be partitioned such that a statistically significant fraction of the reaction vessels contain no dissociates species and a statistically significant fraction of reaction vessels contain at least one dissociates species. In other cases, the plurality of dissociated species may be partitioned such that a statistically significant fraction of the reaction vessels contain no dissociated species and a statistically significant fraction of reaction vessels contain only one dissociated species. In either case, the number of the plurality of reaction vessels and/or fraction of the plurality of reaction vessels that contain or do not contain a dissociated species may be determined. The number and/or fraction of the plurality of reaction vessels that contain a dissociated species can be related to the concentration of analyte molecules or particles in the sample. In some embodiments, a measure of the concentration of analyte molecules or particles in the fluid sample is determined based on the determination of the number and/or fraction of the plurality of reaction vessels that contain a dissociated species. In certain such embodiments, the measure of the concentration of the analyte molecules or particles in the fluid sample is determined at least in part by comparison of a measured parameter to a calibration standard and/or by a Poisson and/or Gaussian distribution analysis of the number or fraction of the plurality of reaction vessels that contain a dissociated species, as discussed more below.

[0199] A "statistically significant fraction" of the reaction vessels that contain a specified quantity of dissociated species is defined as the minimum number of reaction vessels that can be reproducibly determined to contain a dissociates species with a particular system of detection (i.e., substantially similar results are obtained for multiple essentially identical fluid samples comprising the dissociates species) and that is above the background noise (e.g., non-specific binding) that is determined when carrying out the assay with a sample that does not contain any analyte molecules or particles, divided by the total number of reaction vessels. The statistically significant fraction may be experimentally determined for a certain assay type and equipment set up (e.g., for each dissociates species determined, each binding ligand, etc). In certain embodiments, the percentage of reaction vessels (e.g., the statistically significant fraction) which comprises only

one or at least one dissociates species is less than about 10%, less than about 5%, less than about 1%, less than about 0.5%, or less than about 0.1% of the total reaction vessels. In some cases, the percentage of reaction vessels which do not contain an dissociates species is at least about 20%, at least about 40%, at least about 50%, at least about 60%, at least about 70%, at least about 75%, at least about 80%, at least about 90%, or at least about 95%, at least about 99%, at least about 99.5%, at least about 99.9%, or greater, of the total number of reaction vessels.

[0200] In some embodiments, a measure of the concentration of analyte molecules or particles in the fluid sample may be determined at least in part by comparison of a measured parameter to a calibration standard. For example, the fraction of reaction vessels that comprise a dissociated species may be calibrated against a calibration curve to determine a measure of the concentration of the analyte molecule in the fluid sample. The calibration curve may be produced by completing the assay with a plurality of standardized samples of known concentration under the conditions used to analyze the test samples. A reading may be taken for the signal related to the detection/quantification of the dissociated species for each standardized sample, therefore allowing for the formation of a calibration curve relating the detection of the dissociated species with a known concentration of the analyte molecule. The assay may then be completed on a sample comprising the analyte molecule in an unknown concentration, and the detection of the dissociated species from this assay may be plotted on the calibration curve, therefore determining a measure of the concentration of the analyte molecule in the fluid sample.

[0201] In one exemplary calibration, four standardized fluid samples comprising an analyte molecule in varying concentration (w, x, y, and z) are provided. An assay (e.g., immobilizing the analyte molecules, dissociating a plurality of dissociated species) is carried out for each sample, and a value corresponding to the detection of the dissociated species (b, c, d, and e) may be determined. A plot is produced of the values related to detection of the dissociated species (b, c, d, and e) versus the concentration of the standardized samples (w, x, y, and z), as depicted in FIG. **19**. The assay may be then be carried out under substantially identical conditions on a fluid sample comprising an analyte molecule of unknown concentration t, wherein the resulting value related to detection of the dissociated species is f. This value may be plotted on the graph and a measure of the unknown concentration of the target analyte in the fluid sample may be interpolated from the values of the standardized samples. In some cases, the calibration curve may have a limit of detection, wherein the limit of detection is the lowest concentration of analyte molecules in a fluid sample that may be accurately determined. In some cases, the $r^2$ value of the calibration curve may be greater than about 0.5, greater than about 0.75, greater than about 0.8, greater than about 0.9, greater than about 0.95, greater than about 0.97, greater than about 0.98, greater than about 0.99, greater than about 0.9999, or about 1.

[0202] In some embodiments, the concentration of analyte molecules in the fluid sample may be determined by comparison to a calibration curve using a system comprising a computer. The computer may comprise software that may use the data collected to produce the calibration curve and/or a reading of the measured concentration of the analyte molecules in the fluid sample. For example, a fluorescence image of an array comprising the dissociated species partitioned across the array (e.g., second substrate) may be collected and analyzed using image analysis software (e.g., IP Lab, BD Biosciences). The analysis software may automatically calculate the number of reaction vessels that have fluorescence intensity over the background intensity and produce a number indicative of the total number of reaction vessel which comprises a fluorescent intensity over the background intensity (e.g., a number that correlates to the number of reaction vessels which comprise a dissociated species). The number of reaction vessels which comprise fluorescence intensity over the background intensity may be divided by the total number of reaction vessels to give a number correlating to the fraction of reaction vessels which comprise a dissociated species. The active well fraction may be compared to a calibration curve to determine a measure of the concentration of analyte molecules in the fluid sample.

[0203] In some cases, the number of dissociated species that are detected may or may not be approximately equal to the number of analyte molecules in the fluid sample. For example, the ratio of analyte molecules to dissociated species that are detected may be about 1:1, about 2:1, about 5:1, about 10:1, about 100:1, about 1000:1, about 10000:1, or the like. In some cases, the ratio is greater than about 1:1, greater than about 10:1, great than about 100:1, greater than about 1000:1, greater than about 10000:1, or the like. Additionally, the number of dissociated species that are detected may or may not be approximately equal to the total number of dissociated species released from the substrate. For example, the ratio of dissociated species dissociated to dissociated species that are detected may be about 1:1, about 2:1, about 5:1, about 10:1, about 100:1, about 1000:1, about 10000:1, or the like. In some cases, the ratio is greater than about 1:1, greater than about 10:1, great than about 100:1, greater than about 1000:1, greater than about 10000: 1, or the like. As another example, the number of molecules or particles detected on or within the second substrate is less than about one half, less than about one quarter, less than about one tenth, less than about one hundredth, less than about one thousandth, less than about one ten-thousandth, less than about one hundred-thousandth of the number of the plurality of molecules or particles released from the first substrate.

[0204] In some embodiments, the concentration of analyte molecules or particles in the fluid sample that may be substantially accurately determined is less than about 5000 fM, less than about 3000 fM, less than about 2000 fM, less than about 1000 fM, less than about 500 fM, less than about 300 fM, less than about 200 fM, less than about 100 fM, less than about 50 fM, less than about 25 fM, less than about 10 fM, less than about 5 fM, less than about 2 fM, less than about 1 fM, less than about 0.5 fM, less than about 0.1 fM, or the like. In some embodiments, the concentration of analyte molecules or particles in the fluid sample that may be substantially accurately determined is between about 5000 fM and about 0.1 fM, between about 3000 fM and about 0.1 fM, between about 1000 fM and about 0.1 fM, between about 1000 fM and about 1 fM, between about 100 fM and about 1 fM, between about 100 fM and about 0.1 fM, or the like. The concentration of analyte molecules or particles in a fluid sample may be considered to be substantially accurately determined if the measured concentration of the analyte molecules or particles in the fluid sample is within about 10% of the actual (e.g., true) concentration of the analyte molecules or particles in the fluid sample. In certain embodiments, the measured concen-

24

tration of the analyte molecules or particles in the fluid sample may be within about 5%, within about 4%, within about 3%, within about 2%, within about 1%, within about 0.5%, within about 0.4%, within about 0.3%, within about 0.2% or within about 0.1%, of the actual concentration of the analyte molecules or particles in the fluid sample. In some cases, the measure of the concentration determined differs from the true (e.g., actual) concentration by no greater than about 20%, no greater than about 15%, no greater than 10%, no greater than 5%, no greater than 4%, no greater than 3%, no greater than 2%, no greater than 1%, or no greater than 0.5%. The accuracy of the assay method may be determined, in some embodiments, by determining the concentration of analyte molecules in a fluid sample of a known concentration using the selected assay method.

[0205] Without being limited by theory, the quantification method is believed to be driven in part by the fact that the number and volume of reaction vessels employed govern the dynamic range of concentrations that can be determined. That is, based on the number and volume of the reaction vessels in an array of the present invention, an estimate can be made of the range of concentrations of detected molecules in the solution partitioned across the vessels that allows for a measure of the concentration to be determined using certain methods of the present invention.

[0206] For example, for an array comprising approximately $2.4 \times 10^5$ reaction vessels, each having a volume of approximately 50 fL, a solution having a concentration of approximately $4 \times 10^{-11}$ M dissociated species in a fluid sample will yield, on average, one dissociated species per reaction vessel. However, it is important to note that distributing a fluid sample having a dissociated species concentration within the appropriate range into an array of reaction vessels will not result in the distribution of exactly one dissociated species per each reaction vessel; statistically, some vessels will have multiple dissociated species while others will have no dissociated species. In the case where the ratio of vessels containing one or more dissociated species to the number of vessels containing no dissociated species is high, the data may be fit to a Gaussian distribution. As the ratio of reaction vessels containing a dissociated species to the number of vessels containing no dissociated species approaches zero, the Poisson distribution may be applied to the data. This limiting distribution may be used to calculate the probability of rare events occurring in a large number of trials. For example, based on Poisson statistics, for a concentration of approximately $4 \times 10^{-11}$ M, a distribution between zero and five dissociated species per container is predicted, with the most probable values being zero and one.

[0207] Equation 1 can be used to determine the probability of observing events based on the expected average number of events per trial, µ:

$$P_\mu(v) = e^{-1}(\mu^v/v!)$$ 
Equation 1:

where v is the number of events observed (e.g., the number of reaction vessels) and µ is the expected average number of events per trial (e.g., the average number of dissociated species per reaction vessel).

[0208] If the concentrations used are much less than approximately $4 \times 10^{-11}$ M, the expected average number of dissociated species per well becomes exceptionally low, the distribution is narrowed, and the probability of observing anything other than zero or one dissociated species per well is improbable in all experimental cases. At these low concen-

trations, the relationship between the percentage of active reaction vessels and the bulk dissociated species concentration is approximately linear. Thus, based on this knowledge, the array of the present invention can be used to determine the concentration of a dissociated species by a simple digital readout system (e.g., "counting" of active wells) as described herein in combination with a suitable calibration.

[0209] According to one embodiment, the quantification method of the present invention can be performed as follows. The method employs a digital readout system (also referred to as a "binary readout system") that involves first detecting the dissociated species in the plurality of reaction vessels by any detection method as described herein. The number of reaction vessels which comprise a dissociated species is then counted and a percentage of the total number of reaction vessels which comprise a dissociate species is calculated. That is, utilization of a yes or no response, in conjunction with the high-density array of reaction vessels, permits the digital readout of bulk concentrations of dissociated species. In some embodiments, this readout is accomplished by counting the number of reaction vessels containing at least one labeling agent molecule, with the resulting number of reaction vessels comprising a labeling agent molecule corresponding to the number of reaction vessels comprising a dissociated species. Given the large number of reaction vessels simultaneously interrogated in the array of the present invention, the ratio of dissociated species to reaction vessels may be at least about 1:100, at least about 1:1000, at least about 1:10,000, as the large number of reaction vessels provides a statistically significant signal even at this low ratio.

[0210] In some embodiments, without being limited by theory, it is believed that the quantification method of the present invention may only be limited by the number of individual reaction vessels that can be fabricated and interrogated. Thus, expanding the number of reaction vessels may increase both the dynamic range and the sensitivity of the assay. For example, increasing the number of reaction vessels by a factor of ten may decrease the ratio of dissociated species to reaction vessels by a factor of ten, thereby increasing the dynamic range and/or sensitivity of the assay. As mentioned above, in some embodiments, an array will comprise between about 1,000 and about 50,000, between about 1,000 and about 1,000,000, between about 1,000 and about 10,000, between about 10,000 and about 100,000, between about 100,000 and about 1,000,000, between about 1,000 and about 100,000, between about 50,000 and about 100,000, between about 20,000 and about 80,000, between about 30,000 and about 70,000, between about 40,000 and about 60,000, or about 50,00, or the like, reaction vessels.

[0211] In some embodiments, accuracy of this technique may be compromised above and below the thresholds of the dynamic range. For example, as the concentration of the dissociated species goes below the lower limit of the dynamic range, the number of dissociated species may be too low to observe a sufficient number of occupied wells. In such a situation, the number of reaction vessels could be decreased in order to make sure that at least some (e.g., a statistically significant number) of them are occupied by a dissociated species, the volume of the reaction vessels could be increased, and/or the sample tested could be concentrated. Results for extremely dilute concentrations may have large relative errors associated with them, due to the very small number of reaction vessels that are expected to show activity. In other cases, the ultimate upper limit to this technique may occur when

25

100% of the reaction vessels contain at least one dissociated species. At this limit, discrimination between two solutions of high dissociated species concentrations may not be feasible. In such a situation, to provide a more accurate test, a greater number of reaction vessels could be used, and/or the volume of each reaction vessel could be reduced, and/or the concentration of the sample could be reduced, e.g., through serial dilutions.

[0212] In the range where the fraction of reaction vessels containing at least one dissociated species is less than about 20%, the probability that any well contains two or more dissociated species is very small and the number of dissociated species closely matches the number of occupied reaction vessels. Between 20% occupied and 100% occupied, an increasing number of wells may contain more than one dissociated species, however Gaussian statistics can still be used to correlate occupancy fraction with concentration with reasonable accuracy until the occupancy fraction approaches 100%.

[0213] As alluded to above, the practical dynamic range of the method may be increased in several ways. In one approach, the sample and/or solution carrying the dissociated species may be diluted by a factor of 10 or more. Both the solution comprising the dissociated species and the diluted solution comprising the dissociated species may be assayed concurrently using the method of this invention. The dynamic ranges of the two assays may overlap, but be offset by the dilution factor, hence extending the dynamic range.

[0214] In some embodiments, multiple arrays of reaction vessels can be used, each array having reaction vessels with differing volumes, differing binding surface areas, or differing density and/or type of capture components on the binding surface. These configurations can be constructed as either distinct arrays or as one large array with distinct sub-arrays with varying characteristics. Since the probability of a dissociated species being detected in a given reaction vessel can be related to volume, binding surface area, and capture component density, the sub-arrays may be designed to provide different sensitivity ranges. Thus, with such configurations the effective range of the combined array may be extended.

[0215] In certain embodiments, after partitioning of the solution containing dissociated species across an array of reaction vessels, less than about 20% of the total number of the plurality of reaction vessels will contain at least one dissociated species (i.e. at least 80% of reaction vessels will be free of dissociated species). Under such circumstances, the number of reaction vessels containing at least one dissociated species will typically fall within the linear range of a Poisson distribution. In another embodiment, more than about 20% but less than about 60% of the total number of reaction vessels contains at least one dissociated species. Under such circumstances, the number of reaction vessels containing at least one dissociated species will typically fall within the non-linear range of a Poisson distribution. In another embodiment, more than about 60% but less than about 95% of the total number of reaction vessels contains at least one dissociated species. Under such circumstances, the number of reaction vessels containing at least one dissociated species will typically fall within the highly non-linear range of a Poisson distribution. In embodiments where greater than about 60% of the total number of reaction vessels contains at least one dissociated species, it may be desirable to decrease the percentage of reaction vessels which comprise at least one dissociated species (e.g., to less than about 20%). This may be accomplished

using any suitable technique discussed herein, for example, diluting the fluid comprising the dissociated species and/or increasing the number of reaction vessels. In some cases, less than about 1%, less than about 5%, less than about 10%, less than about 20%, less than about 40%, less than about 60%, less than about 80%, less than about 90%, less than about 95%, or less than about 99% of the total number of the plurality of reaction vessels will contain at least one dissociated species. In certain embodiments, more than about 1%, more than about 5%, more than about 10%, more than about 20%, more than about 40%, more than about 60%, more than about 80%, more than about 90%, more than about 95%, or more than about 99% of the total number of the plurality of reaction vessels will contain no dissociated species.

[0216] In some embodiments, the invention provides a method of determining the concentration of the dissociated species in a fluid, the method comprising dividing the fluid containing the dissociated species into a plurality of second, smaller fluid samples of essentially equal volume so that at least some (e.g., a statistically significant fraction) of the second, smaller fluid samples contain either no dissociated species or a single dissociated species; determining the presence or absence of a dissociated species in each of the second, smaller fluid samples so as to identify the number of second, smaller fluid samples that contain a dissociated species; and determining the concentration of dissociated species in the fluid sample to be tested from the number of second, smaller samples that contain the dissociated species.

[0217] In certain embodiments, the present invention provides a method for determining the concentration of dissociated species in a fluid, the method comprising the partitioning at least a portion of the dissociated species in the fluid across a plurality of reaction vessels so that a statistically significant fraction of the reaction vessels contain a dissociated species and a statistically significant fraction of the reaction vessels contain no dissociated species; determining the presence or absence of a dissociated species in each reaction vessel to identify the number of reaction vessels that contain a dissociated species and/or to identify the number of reaction vessels that contain no dissociated species; and determining the concentration of dissociated species in the fluid at least in part from the number of reaction vessels that do or do not contain a dissociated species. In some embodiments, at least about 99%, at least about 95%, at least about 90%, at least about 80%, at least about 40%, at least about 20%, at least about 10% at least about 5%, at least about 1%, and the like of the reaction vessels do not contain a dissociated species. In some embodiments, the concentration of dissociated species in the fluid sample is determined at least in part using a calibration curve, a Poisson distribution analysis and/or a Gaussian distribution of the number of reaction vessels that contain at least one or one dissociates species. In other embodiments, the concentration of dissociated species in the fluid sample is determined at least in part by a Gaussian distribution analysis of the number of reaction vessels that contain a dissociated species.

[0218] In certain embodiments, the present invention provides a method of determining the concentration of dissociated species in a fluid, the method comprising exposing the fluid to a plurality of reaction vessels under conditions so that at least one dissociated species is captured in at least some of the reaction vessels, wherein each reaction vessel comprises a microwell and an optional sealing component and each reaction vessel defines a binding surface that has a capture

component immobilized thereon; determining the presence or absence of a dissociated species in each reaction vessel so as to identify the number of reaction vessels that contain a dissociated species and/or the number of reaction vessels that do not contain a dissociated species; and determining the concentration of dissociated species in the fluid sample to be tested from the number of reaction vessels that contain and/or do not contain a dissociated species. In some embodiments, at least about 99%, at least about 95%, at least about 90%, at least about 80%, at least about 50%, at least about 20%, at least about 10% at least about 5%, at least about 1%, and the like of the reaction vessels contain either zero or one dissociated species. In some embodiments, the concentration of dissociated species in the fluid sample is determined at least in part using a calibration curve, a Poisson distribution analysis and/or a Gaussian distribution analysis of the number of reaction vessels that contain at least one or one dissociated species.

[0219]   In certain embodiments, the present invention provides a method of determining the concentration of dissociated species in a fluid sample to be tested, the method comprising partitioning at least a portion of the dissociated species in the fluid into a plurality of reaction vessels, so that, for substantially all of the reaction vessels, each reaction vessel contains either no dissociated species or a single dissociated species; determining the presence or absence of a dissociated species in a plurality of reaction vessels to provide a fraction of the interrogated reaction vessels that contain a dissociated species; and determining the concentration of dissociated species in the fluid from the fraction of interrogated reaction vessels that contain a dissociated species.

[0220]   In certain embodiments, the present invention provides a method of determining the concentration of dissociated species in a fluid, the method comprising partitioning the fluid into a plurality of second, smaller fluid samples of equal volume so that at least some of the second, smaller fluid samples contain either a single dissociated species or no dissociated species, (b) determining the presence or absence of a dissociated species in at least a subset of the second samples so as to identify the fraction of second samples in the subset that contain a dissociated species; and determining the concentration of dissociated species in the sample to be tested from the fraction of second samples of the subset that contain the dissociated species.

[0221]   In some embodiments, a method of the present invention may be used for the detection of dissociated species in a fluid. For example, a method of detecting dissociated species in a fluid may comprise providing a fluid containing the dissociated species and an array, the array comprising a plurality of reaction vessels; contacting the array with the fluid such that the ratio of the number of dissociated species in the fluid contacted with the array to the number of reaction vessels in the array is less than 1:1; and determining the number of reaction vessels which contain a dissociated species. In some cases, the ratio of the number of dissociated species in the fluid contacted with the array to the number of reaction vessels in the array is less than about 1:5, less than about 1:10, less than about 1:100, or less than about 1:500.

[0222]   In certain embodiments, a method of detecting dissociated species in a fluid according to the invention comprises providing a fluid and an array, the fluid comprising at least one dissociated species at a first concentration, the array comprising a plurality of reaction vessels; diluting the fluid to create a diluted fluid, wherein the diluted fluid comprises the

dissociated species at a second concentration, contacting the array with the diluted fluid such that the ratio of dissociated species to the total number of reaction vessels in the array is between 1:1 and 1:500; and determining the number of vessels of said array which contain a dissociated species. In some cases, the ratio is less than about 1:1, less than about 1:5, less than about 1:10, less than about 1:100, or less than about 1:500.

[0223]   The following examples are included to demonstrate various features of the invention. Those of ordinary skill in the art should, in light of the present disclosure, will appreciate that many changes can be made in the specific embodiments which are disclosed while still obtaining a like or similar result without departing from the scope of the invention as defined by the appended claims. Accordingly, the following examples are intended only to illustrate certain features of the present invention, but do not necessarily exemplify the full scope of the invention.

## EXAMPLE 1

[0224]   This example outlines the materials used in the following examples. Optical fiber bundles were purchased from Schott North America, Inc (Southbridge, Mass.). In this example, the core glass comprised barium, lanthanum, boron, silica, and aluminum. The refractive index of the core was 1.694, and the density was 4.23 g/cc. The cladding glass comprised silica, lead, potassium, sodium, and aluminum. The refractive index of the clading was 1.559, and the density was 3.04 g/cc. The fiber array was a bundle of 50,000 individual fibers, each with a core diameter of 4.5 μm and the center-to-center spacing of the cores was 8 μm.

[0225]   Non-reinforced gloss silicone sheeting was obtained from Specialty Manufacturing Inc. (Saginaw, Mich.). Hydrochloric acid, 3-aminopropyl trimethoxysilane, anhydrous ethanol, molecular biology grade Tween®20, and N,N-Dimethyl formamide were all obtained from Sigma-Aldrich (Saint Louis, Mo.). Phosphate buffered saline, Blocker™ BSA (10%), Zeba Desalt spin columns, NHS-ss-biotin and NHS-LC-biotin were obtained from Pierce (Rockford, Ill.). Resorufin-beta-D-galactopyranoside, streptavidin-beta-galactosidase, and 1 um functionalized magnetic microspheres were purchased from Invitrogen (Carlsbad, Calif.). Monoclonal anti-human TNF-alpha capture antibody, polyclonal anti-human TNF-alpha detection antibody, and recombinant human TNF-alpha were purchased from R&D systems, Inc (Minneapolis, Minn.). The fiber polisher and polishing consumables were purchased from Allied High Tech Products, Inc. (Rancho Dominguez, Calif.).

## EXAMPLE 2

[0226]   The example outlines the preparation of 1 um magnetic bead functionalized with TNF-alpha capture antibody. 20 uL of amine-reactive bead stock was washed three times in 0.1 M sodium borate coating buffer at pH 9.5 using a micro-tube magnetic separation device (BioMag® Tube Separator; Polysciences Inc., Warrington, Pa.). 500 ug TNF-alpha capture antibody was dissolved in 183.5 uL of sodium borate coating buffer. 104 uL of 3M ammonium sulfate was added to the antibody solution. 135 uL of the resulting antibody solution was added to the cleaned 20 uL bead aliquot and mixed at 37° C. for 24 hours. After incubation, the supernatant was removed using the magnetic separator, and 200 uL of PBS buffer containing 0.5% BSA and 0.05% Tween®20 was

added to the beads. The beads were blocked overnight (~8 hours) at 37° C. The functionalized and blocked beads were washed 3 times with 1 mL PBS buffer containing 0.1% BSA and 0.05% Tween®20. The beads were diluted to 1.5 mL in PBS containing 0.1% BSA, 0.5% Tween®20, and 0.02% sodium azide. 100 uL aliquots were stored at 4° C. for later use.

## EXAMPLE 3

[0227] The following is an example of the preparation of TNF-alpha detection antibody (binding ligand) comprising a disulfide cleavable biotin linkage. 100 ug of TNF-alpha detection antibody (R&D Systems, AF-210-NA) was dissolved in 100 uL PBS pH 7.4 buffer. 164 uL of PBS pH 7.4 buffer was added to a tared vial containing 1 mg sulfo-NHS-ss-biotin, yielding a 10 mM stock solution. 1.34 uL of the 10 mM stock solution was added to the 100 uL antibody solution, equating to a 20-fold molar excess of the biotin label. The antibody/NHS-ss-biotin solution was mixed for 1 hr at room temperature. The antibody-ss-biotin conjugate was purified using a Zeba Desalt Spin Column. The purification was performed according to the Pierce protocol for product #89882. The purified conjugate was diluted up to 2 mL, making a 50 ug/mL stock solution. Aliquots of this 50 ug/mL solution were stored at −20° C. for later use.

## EXAMPLE 4

[0228] The following is an example of the capture of TNF-alpha on magnetic beads and formation of immunocomplexes. Solutions containing TNF-alpha were incubated with suspension of beads functionalized with capture antibody, as described in Example 2, for 1 h at 37° C. The beads were separated and washed three times in PBS. The beads were resuspended and incubated with 2 nM of detection antibody (binding ligand), prepared as described in Example 3, for 30 min at 37° C. The beads were separated and washed three times in PBS. The beads were then incubated with 200 pM of streptavidin-beta-galactosidase (converting agent) for 30 minutes at 37° C., separated, and washed three times in PBS.

## EXAMPLE 5

[0229] The following is an example of the cleaving of disulfide linkages in the TNF-alpha magnetic beads containing immunocomplex as prepared in Example 4. Magnetic beads containing the complete immunocomplex were washed three times in 100 uL of 5× PBS containing 0.1% Tween®20 for 2 minutes each time. The final wash volume was removed and 100 uL of 10 mM beta-mercaptoethanol containing 10 mM EDTA in PBS buffered solution was added to the beads. The beads were resuspended and incubated at 37° C. for 60 minutes while shaking (Jitterbug Model 130000; Boekel Scientific, Feasterville, Pa.) at 500 RPM. The entire liquid volume containing dissociated species was separated from the beads and stored at 4° C.

## EXAMPLE 6

[0230] The following is an example of the cleaving of a photo-cleavable linkage in a TNF-alpha magnetic bead containing an immobilized immunocomplex. A 96 well white Nunc Maxisorb plate on which were immobilized complete immunocomplexes, prepared similarly as described in the above Examples, except comprising photo-cleavable biotin linkages as opposed to disulfide cleavable biotin linkage on

the detection antibody (binding ligand) were washed three times in 150 uL of 5× PBS containing 0.1% Tween®20 for 2 minutes with 500 RPM mixing on a VWR plate shaker each time. The final wash volume was removed and 50 uL of 1× PBS solution was added to the wells. The plate was placed ~5 cm from the UV light source (365 nm black light bulbs, 15 watt) for 30 to 60 minutes to activate the UV photo-cleavage of the biotin linkage. Photo-cleaved samples were transferred to a fresh plate following separation from the Nunc plate.

## EXAMPLE 7

[0231] The following is an example of the preparation of biotinylated array for capture of released reporter molecules (dissociated species). Optical fiber bundles approximately 5 cm long were polished on a polishing machine using 30, 9, and 1 micron-sized diamond lapping films. The polished fiber bundles were chemically etched in a 0.025 M HCl solution for 115 seconds, and then immediately submerged into water to quench the reaction. To remove impurities from etching, the etched fibers were sonicated for 5 seconds in water and washed in water for 5 min. The fibers were then dried under vacuum and exposed to air plasma for 5 minutes to clean and activate the glass surface. The arrays were silanized for 30 minutes in a 2% silanization solution that was prepared by mixing 950 uL of anhydrous ethanol, 50 uL of water, and 20 uL of 3-aminopropyl trimethoxysilane, and then washed with anhydrous ethanol for 10 min and dried under nitrogen. The amine silanized arrays were then biotinylated using the following procedure.

[0232] 50 mg NHS-LC-biotin was dissolved in 1.1 mL anhydrous DMF to make a 100 mM stock solution. 1 mL of the 100 mM stock solution was diluted with 4 mL PBS buffer pH 7.4 to make 5 mL of a 20 mM working solution. The working solution was distributed in 500 uL aliquots into multiple 20 ml scintillation vials. Each vial can accommodate up to 8 arrays. The arrays were placed into the biotin solution and incubated with mixing for 60 minutes. The arrays were removed from the biotin solution and rinsed briefly with PBS buffer, followed by washing two times in 15 mL PBS buffer for 10 minutes. The biotinylated arrays were used immediately, or stored for up to 2 days in PBS buffer for later use.

## EXAMPLE 8

[0233] The following is an example of the capture of streptavidin-beta-galactosidase reporter (dissociated species) released from the magnetic beads, as described above in Example 5, on functionalized fiber arrays prepared as described as described in Example 7. 100 uL cleaved samples were received in microtiter plates in a 10 mM beta-mercaptoethanol/PBS buffered solution. The 100 uL samples were transferred to 1.5 mL reaction tubes and capped. A small hole was made in the tube top, and a biotin functionalized fiber array was inserted into and suspended in the 100 uL sample. The arrays were incubated in the cleaved samples for 60 minutes at room temperature with 250 RPM mixing on a benchtop vortexer. Arrays were transferred to a second microtube containing PBS buffer, which was used to store the array for subsequent examination on the imaging system.

## EXAMPLE 9

[0234] The following is an example of instrumental set-up that may be employed to analyze the fiber optic arrays pre-

pared as described in Example 8. An upright epifluorescence microscope containing a mercury light source, filter cubes, objectives, and a CCD camera was used for acquiring fluorescence images. The set-up is similar to that as described above in FIG. **17**A and is also pictured in FIG. **17**B. The imaging system used for collecting the data integrated an Olympus BX-61 microscope system with a Cooke Corporation Sensicam QE CCD camera, **474**. The BX-61 microscope is an upright microscope specifically designed for fluorescence detection. The scope housed UIS2 optics, which, in comparison to standard optics, offers increased signal-to-noise ratio, high light transmission, and diverse illumination capabilities. 10× and 20× UMPlanFl objectives (e.g., **470**), which have a NA of 0.3 and 0.5, respectively, were installed on the BX-61 microscope. Wavelength specific filter sets are held in a cube, which is stored in a rotating wheel within the microscope. The BX-61 can hold 6 cubes for easy access to wavelengths specific for a number of fluorophores. Filter sets were purchased from Chroma Technology Corporation and are compatible with the cubes on the BX-61. The resorufin filter cube (Chroma Technology filter set #41010) was used for all of the enzyme amplification experiments described herein. This filter set uses a HQ577/10× excitation filter, a 585 long-pass dichroic mirror, and a HQ620/60 m emission filter.

[0235] A 6-axis mechanical platform was constructed beneath the microscope stage, which was used to house a non-reinforced silicone gasket material (sealing component) to be applied to the fiber optic array. Arrays were mounted on the microscope stage using a fiber array holder fabricated to secure and position the fiber array on the stage. A droplet of beta-galactosidase substrate (RDG) (precursor labeling agent molecule) was placed on the silicone gasket material, and put into contact with the distal end of the fiber array. The mechanical platform was used to move the silicone sheet into contact with the distal end of the etched optical fiber array, creating an array of isolated femtoliter reaction vessels. The number of wells that bound an enzyme molecule correlated to the bulk dissociated species concentration, which, in turn, correlated with the concentration of TNF analyte in the initial fluid sample applied to the magnetic bead substrate.

EXAMPLE 10

[0236] The following example outlines a standard procedure for a complete assay according to one embodiment of the present invention. The following procedure is a basic protocol that may be completed for any suitable sample comprising a plurality of analyte molecules, and the assay components (e.g., binding ligands, capture components, etc.) may be selected according to the methods described herein. This protocol or portions of it was followed when performing the assays discussed in Examples 11-14.

Chemical and Materials: The Following Solutions Should be Prepared:

[0237] 1. 1× PBS, pH 7.5: The solution should be 0.2 um filtered and may be diluted from 10× PBS (Omnipure cat#6506). To prepare, mix 100 mL 10× PBS and 900 mL Milli-Q water to form 1 liter total. The solution may be stored at room temperature.

[0238] 2. Wash Buffer: The solution comprises 5× PBS+0. 1% Tween®20 and was 0.2 um filtered. To prepare, mix 250 uL 100% Tween®20 and 125 mL Ultrapure Water and 125

mL 10× PBS to form 250 mL total. The solution may be stored at room temperature for up to one week

[0239] 3. Detection Ab Buffer: The solution comprises 10% BSA+0.1% Tween®20. To prepare mix 5 g BSA, 45 mL 1× PBS and 50 uL 100% Tween®20 to form 50 mL total. The solution may be stored at 4° C. for up to one week

[0240] 4. Dilution Buffer: The solution comprises 0.5% BSA+0.1% Tween®20. To prepare mix 2.5 mL 10% BSA, 47.5 mL 1× PBS, 47.5 uL 100% Tween®20 to form 50 mL total. The solution should be discarded after completing the assay.

[0241] 5. Reporter Buffer: The solution comprises 1× PBS+1 mM MgCl$_2$. To prepare, mix 50 uL 1M MgCl$_2$, 50 mL 1× PBS to form 50 mL total. The solution should be stored at room temperature.

Preparation of the 96 Well Plate:

[0242] 1. Obtain coupled beads (e.g., MyOne Beads (Invitrogen) prebound with αTNF Ab BAF210 (R&D Systems)). For example, the beads may be at 40 ug Ab/mg Dynabeads. Briefly vortex beads at approximately setting 8 until resuspended. Pipette up and down if necessary. Sonicate for approximately 10 seconds. Dilute beads to approximately 0.6 ng Ab/uL (vortex and sonicate all dilutions before use or subsequent dilution) in dilution buffer. Add 100 uL beads to appropriate wells of a 96-well plate. Add 100 uL of dilution buffer only to control wells.

[0243] 2. Bead Preparation: Place plate on bar magnet and wait 30 seconds. Pour Dilution Buffer into a reagent reservoir. Using multichannel, remove all liquid from each well. Remove plate from bar magnet. Using multichannel, add 100 uL of Dilution buffer to each well. Pipette up and down vigorously 15 times to resuspend beads. Cover plate with hard plastic lid. Incubate on plate shaker at 500 RPM for 2 minutes. Repeat wash 2× more for a total of 3 washes.

Capture TNF-alpha on Plate:

[0244] 1. Dilute TNF-alpha (R&D systems 210-TA/CF) to appropriate concentration(s) in dilution buffer

[0245] 2. Capture antigen: Aliquot 100 uL/well of TNF-alpha solution or dilution buffer only (for NSB wells) with single channel pipette. Cover plate with hard plastic lid. Incubate on plate shaker at 500 RPM for 1 hour. After 1 hour, beads will have partially settled. Pipette up and down vigorously 15 times to resuspend beads. Continue to incubate for 1 additional hour.

[0246] 3. Wash Plate: Place plate on bar magnet and wait 30 seconds. Pour Wash Buffer into a reagent reservoir. Using multichannel remove all liquid from each well. Remove plate from bar magnet. Using multichannel, add 100 uL of wash buffer to each well. Pipette up and down vigorously 15 times to resuspend beads. Cover plate with hard plastic lid. Incubate on plate shaker at 500 RPM for 2 minutes. Repeat wash 2× more for a total of 3 washes.

Sandwich TNF-alpha on Beads Using Biotin-Labeled TNF-alpha Detection Antibody

[0247] 1. Dilute releasable Biotin-labeled TNF-alpha detection Antibody (R&D systems BAF210—modified with Sulfosuccinimidyl 2-(biotinamido)-ethyl-1,3-dithiopropionate (ThermoFisher Scientific)) in dilution buffer to 0.3 ug/mL. In a 15 mL tube add and vortex to combine: 42 uL

TNF-alpha Detection Antibody (50 ug/mL Stock) 7 mL Detection Ab buffer to form 7 mL total at 0.3 ug/mL TNF-alpha Antibody (2 nM)

[0248] 2. Sandwich antigen by binding Detection antibody in each well: Dump TNF-alpha Antibody solution into a reagent reservoir. Aliquot 100 PL/well with multichannel pipette. Seal Plate with clear plastic lid. Incubate on plate shaker at 500 RPM for 1 hour.

[0249] 3. Wash Plate: Place plate on bar magnet and wait 30 seconds. Using multichannel remove all liquid from each well. Remove plate from bar magnet. Using multichannel, add 100 uL of wash buffer to each well. Pipette up and down vigorously 15 times to resuspend beads. Cover plate with hard plastic lid. Incubate on plate shaker at 500 RPM for 2 minutes. Repeat wash 2× more for a total of 3 washes.

Label TNF-alpha Detection Antibody with Signal Amplification Enzyme (Streptavidin-β-galactosidase)

[0250] 1. Dilute Streptavidin labeled TNF-alpha detection β-galactosidase (SA-β-gal) in dilution buffer to 500 pM: In a 15 mL tube add and vortex to combine 3.1 uL SA-β-gal (1.6 uM Stock), 10 mL Dilution buffer, to form 10 mL total of 500 pM SA-β-gal

[0251] 2. Label Detection antibody with signal amplification reporter SA-β-gal: Dump SA-β-gal solution into a reagent reservoir. Aliquot 100 uL/well with multichannel pipette

Seal Plate with clear plastic lid. Incubate on plate shaker at 500 RPM for 30 minutes.

[0252] 3. Wash Plate: Place plate on bar magnet and wait 30 seconds. Using multichannel remove all liquid from each well. Remove plate from bar magnet. Using multichannel, add 100 uL of wash buffer to each well. Pipette up and down vigorously 15 times to resuspend beads. Cover plate with hard plastic lid. Incubate on plate shaker at 500 RPM for 5 minutes. Repeat wash 3× more for a total of 4 washes.

[0253] 4. Transfer Beads: Place plate on bar magnet and wait 30 seconds. Using multichannel remove all liquid from each well. Obtain a second 96-well plate. Add 75 uL of wash buffer to each well of the original plate. Transfer entire volume from each well to the corresponding well of the second plate. Repeat previous steps to ensure complete bead transfer.

Cleave Detection Ab

[0254] 1. Wash Plate: Place plate on bar magnet and wait 30 seconds. Using multichannel remove all liquid from each well. Remove plate from bar magnet. Using multichannel, add 100 uL of wash buffer to each well. Pipette up and down vigorously 15 times to resuspend beads. Cover plate with hard plastic lid. Incubate on plate shaker at 500 RPM for 2 minutes. Repeat wash 2× more for a total of 3 washes.

[0255] 2. BME/EDTA Incubation: Dilute Beta Mercaptoethanol (BME) to 10 mM in PBS. Add EDTA to 10 mM final concentration. 0.2 uM-filter the solution. Using multichannel remove all liquid from each well. Add 50 uL of BME/EDTA to each well to be cleaved using single channel pipette. Incubate plate for 60 minutes at 37° C. Remove entire volume from each well and transfer to corresponding well in new plate. Discard unused BME/EDTA solution.

EXAMPLE 11

[0256] The following is an example of the quantification of Tumor Necrosis Factor alpha (TNFα) using the protocol of Example 10. Magnetic beads coated in a monoclonal anti-

body to human TNF were prepared as described in Example 10. Solutions were then made containing human TNF at concentrations from 0 fM to 1000 fM spiked into *bovine* serum. The magnetic beads and TNF serum solutions were then combined in a microtiter plate to give final concentrations of magnetic beads of approximately 1 ug/well. The beads and serum were mixed at 37° C. for 1 hour. A magnet was then applied to the plate to separate the magnetic beads and serum, and the serum was removed. The beads were then subjected to cycles of washing, exposure to biotinylated detection antibody (first binding ligand), exposure to streptavidin-beta-galactosidase (second binding ligand), and magnetic separation as described in Example 10. The immunocomplex was then released from the beads by adding 100 ul of 10 mM beta-mercaptoethanol to each well of the plate. Solutions containing the dissociated species were then incubated with biotin functionalized fiber arrays to capture the released immunocomplexes. Single dissociated complexes were then detected by fluorescently imaging single beta-galactosidase molecules in the wells of the fiber arrays as described above in Examples. These images were then analyzed and the number of wells containing a single beta-galactosidase enzyme was determined. This number was converted to "% active wells" by ratio of the number of active wells to the total number of wells in the array. FIG. 20A shows a plot of % active wells against concentration of TNF in the serum samples. FIG. 20B shows a magnified view of the lower end of the graph in FIG. 20A. Statistical analysis of these data showed that the limit of detection for TNF (defined as 3 standard deviations of the background signal over background) was 0.2 fM, compared to 1250 fM for a standard ELISA using the same reagents. Table 1 shows the tabulated limit of detection (LOD) for the methods presented in FIGS. 20-23 as compared to a standard enzyme-linked immunosorbent assay (ELISA) using essentially similar reagents;

TABLE 1

| Protein | Presented Methods LOD (fM) | ELISA LOD (fm) | Improvement |
|---|---|---|---|
| TNF-alpha | 0.2 | 1250 | 4000× |
| PSA | 2 | 2000 | 1000× |
| IL-6 | 0.2 | 400 | 2000× |
| VEGF | 0.5 | 500 | 1000× |

EXAMPLE 12

[0257] The following is an example of the quantification of Prostate Specific Antigen (PSA). Magnetic beads coated in a monoclonal antibody to human PSA were prepared using the method described above Example 10. Solutions were then made containing human PSA at concentrations from 0 fM to 200 fM spiked into *bovine* serum. The magnetic beads and PSA serum solutions were then combined in a microtiter plate to give final concentrations of magnetic beads of 0.7 ug/well. The beads and serum were mixed at 25° C. for 1 hour. The samples were then processed as for TNF in Example 11 and the % active wells arising from the released single enzymes was determined. FIG. 21 shows a plot of % active wells against concentration of PSA in the serum samples. The limit of detection for PSA is 2 fM, compared to 2000 fM for a standard ELISA using the same reagents (Table 1).

EXAMPLE 13

[0258] The following is an example of the quantification of Interleukin 6 (IL-6) Magnetic beads coated in a monoclonal

antibody to human IL-6 were created using the method described above in Example 10. Solutions were then made containing human IL-6 at concentrations from 0 fM to 20 fM spiked into *bovine* serum. The magnetic beads and IL-6 serum solutions were then combined in a microtiter plate to give final concentrations of magnetic beads of 0.5 ug/well. The beads and serum were mixed at 25° C. for 1 hour. The samples were then processed as for TNF in Example 11 and the % active wells arising from the released single enzymes was determined. FIG. **22** shows a plot of % active wells against concentration of IL-6 in the serum samples. The limit of detection for IL-6 is 0.2 fM, compared to 400 fM for a standard ELISA using the same reagents (Table 1).

### EXAMPLE 14

[0259] The following is an example of the quantification of Vascular Endothelial Growth Factor (VEGF). Magnetic beads coated in a monoclonal antibody to human VEGF were created using the method described above in Example 10. Solutions were then made containing VEGF at concentrations from 0 fM to 1000 fM spiked into *bovine* serum. The magnetic beads and VEGF serum solutions were then combined in a microtiter plate to give final concentrations of magnetic beads of 0.5 ug/well. The beads and serum were mixed at 25° C. for 1 hour. The samples were then processed as for TNF in Example 11 and the % active wells arising from the released single enzymes was determined. FIG. **23** shows a plot of % active wells against concentration of VEGF in the serum samples. The limit of detection for VEGF is 0.5 fM, compared to 500 fM for a standard ELISA using the same reagents (Table 1).

### EXAMPLE 15

[0260] The following example presents results for several assays performed using the above described methods.

[0261] FIG. **24** describes the effect of the concentration of beta-mercaptoethanol on release of dissociated species, in one embodiment of the invention. The concentration of beta-mercaptoethanol (bME) used to release SbG was optimized for signal-to-background to enhance selectivity for specifically bound molecules. The released SbG was detected on single molecule array fiber bundles. In this example, 5 mM bME was determined to yield the best results based on signal-to-background (((ii)/(i)).

[0262] FIG. **25** describes the effect of removing beta-mercaptoethanol before detection of the dissociated species on an array. In some cases, beta-mercaptoethanol may adversely affect the spectrum of the fluorescent product and/or may reduce the enzymatic activity of SbG. Beta-mercaptoethanol may be removed from the assay, in some cases, for example by either purifying the solution of SbG using a filtration column to remove the bME or by capturing the SbG on fiber arrays and washing the bME away. In this example, immunocomplexes of TNF-alpha were formed and released by bME as described in Example 11. The solution containing the dissociated complexes were (left) passed over a ZEBA column to remove the bME or (right) were left untreated. These solutions were then incubated with biotin functionalized fiber arrays (as described in Example 11) to capture dissociated SbG. The arrays were then washed in PBS buffer. The graph in FIG. **25** shows that the enzymatic activity of SbG was maintained with or without removal of the bME using a ZEBA gel filtration column. The capture and washing steps

were sufficient to remove bME and to allow detection of single dissociated complexes. In this embodiment, the detection of SbG was not adversely affected by lack of removal of bME by gel filtration.

[0263] Non-specific binding (NSB) can be a major limitation on the sensitivity of an immunoassay. FIG. **26** shows that method of the present, in this embodiment, can be optimized to result in non-specific binding of less than about <0.1%. In some cases, the non-specific binding was reduced to less than about 10 wells in an 1,000-well image. In this example, when the immunocomplexes were formed directly on the fiber array (i.e., a one-step assay rather than a two-step, "capture-and-release", assay), non-specific binding was typically observed to be approximately 2%. Therefore the use of a two-step, "capture-and-release" assay, according to this embodiment, had a dramatic effect on lowering NSB resulting in greater sensitivity to low concentrations of analytes. This benefit of the method "capture-and-release" may be attributed to a number of factors, including, selective release by the dissociating agent of immunocomplexes over non-specifically bound molecules and advantageous surface chemistries of the first capture components.

[0264] FIG. **27** shows results for the detection of TNF-alpha using the method described in Example 11. In this particular experiment, detection limits in single digit femtomolar ranges could be obtained as compared to 103 femtomolar (e.g. 1250 fM) using the substantially the same reagents on a traditional ELISA plate assay (see FIG. **28**, Maxisorb ELISA 96 well plate, same reagents and incubation times as used in comparative assay, detection on a Tecan M200 plate reader). FIG. **29** shows a similar assay performed according to an embodiment of the inventive methods for the detection of TNF-alpha where the beads were modified with capture components comprising anti-TNF Ab stabilized with *bovine* serum albumin. In this example, the capture beads were prepared by reacting the beads with a 1:1 mixture of anti-TNF Ab and BSA, instead of pure anti-TNF Ab. The theoretical limit of detection in this assay was 8 fM.

[0265] FIG. **30** shows results for the immobilization of Fab' fragments of an anti-TNF monoclonal antibody (MAB610) generated using enzymatic degradation and purification as the capture components immobilized on beads. The graph shows a comparison of detection of TNF using MAB610 on beads versus Fab' of MAB610 on beads where part of the immunocomplex comprising SbG was released with 10 mM bME. In this embodiment, higher signals but also higher NSB backgrounds were observed when using Fab' fragments.

[0266] In another experiment, the TNF molecules were captured on an ELISA 96-well plate as a first substrate (Maxisorb, Nunc) as opposed to beads. In this case, SbG of the immobilized complex was released using bME and was detected on an optical fiber bundle. FIG. **31** shows a graph of results obtained using the plate as the first substrate. A substantially greater sensitivity was observed as compared to results obtainable using traditional ELISA methods, but less sensitivity was observed as compare to instances wherein the analyte molecules were captured on beads.

[0267] FIG. **32** shows the results for a method of the present invention, wherein one of the binding ligands of the assay comprised a photocleavable linkage. In this example, the immobilized complexes were formed on an ELISA 96-well plate as the first substrate. The plate was exposed to UV radiation, and a plurality of dissociated species was formed. The dissociated species were then detected/quantified using

methods described herein. The graph depicts the plate reader fluorescence for three samples: i) no target analyte present, ii) target analyte present and the binding ligand does not comprise a photocleavable linker and iii) target analyte present and the binding ligand comprises a photocleavable linker.

EXAMPLE 16

[0268] The following example describes a comparison between the methods/systems of the present invention and a traditional ELISA assay. Those of ordinary skill in the art will be familiar with the techniques associated with an ELISA assay.

[0269] For the ELISA assay, a Maxisorb ELISA 96-well plate (Nunc) was employed. The ELISA plate was functionalized with monoclonal anti-TNF capture components. The substrate was then exposed to varying concentrations of TNF-alpha. The substrate was additionally exposed to a first binding ligand (polyclonal biotinylated anti-TNF antibody) and a second binding ligand (streptavidin-b-galactosidase). The conversion of substrate of b-galactosidase was detected on Tecan M200 plate reader. In this example, the limit of detection was approximately 1250 fM (see FIG. 33).

[0270] To compare with an assay of the present invention, magnetic beads were provided which comprised monoclonal anti-TNF capture components. The beads were exposed to varying concentrations of TNF-alpha. The beads were additionally exposed to polyclonal disulfide-containing biotinylated anti-TNF antibody and streptavidin-b-galactosidase (SbG). At least a portion of the SbG was released from the beads using 10 mM beta-mercaptoethanol. The released complexes comprising SbG were captured on a fiber bundle well array comprising biotin capture components. Each reaction vessel was exposed to at least one precursor labeling agent molecule comprising resorufin-beta-D-galactopyranoside (RDG) that was converted to fluorescent resorufin upon exposure to SbG. The presence of at least one labeling agent molecules formed via the conversion of the precursor labeling agent molecule by the b-galactosidase of the SbG in the reaction vessels was detected using a fluorescence imaging microscope as described in Example 9. In this embodiment, the limit of detection was less than 5 fM (see FIG. 34).

[0271] While several embodiments of the present invention have been described and illustrated herein, those of ordinary skill in the art will readily envision a variety of other means and/or structures for performing the functions and/or obtaining the results and/or one or more of the advantages described herein, and each of such variations and/or modifications is deemed to be within the scope of the present invention. More generally, those skilled in the art will readily appreciate that all parameters, dimensions, materials, and configurations described herein are meant to be exemplary and that the actual parameters, dimensions, materials, and/or configurations will depend upon the specific application or applications for which the teachings of the present invention is/are used. Those skilled in the art will recognize, or be able to ascertain using no more than routine experimentation, many equivalents to the specific embodiments of the invention described herein. It is, therefore, to be understood that the foregoing embodiments are presented by way of example only and that, within the scope of the appended claims and equivalents thereto, the invention may be practiced otherwise than as specifically described and claimed. The present invention is directed to each individual feature, system, article, material, kit, and/or method described herein. In addition, any combi-

nation of two or more such features, systems, articles, materials, kits, and/or methods, if such features, systems, articles, materials, kits, and/or methods are not mutually inconsistent, is included within the scope of the present invention.

[0272] The indefinite articles "a" and "an," as used herein in the specification and in the claims, unless clearly indicated to the contrary, should be understood to mean "at least one."

[0273] In the claims, as well as in the specification above, all transitional phrases such as "comprising," "including," "carrying," "having," "containing," "involving," "holding," and the like are to be understood to be open-ended, i.e., to mean including but not limited to. Only the transitional phrases "consisting of" and "consisting essentially of" shall be closed or semi-closed transitional phrases, respectively.

What is claimed:

1. A method of detecting analyte molecules or particles in a fluid sample, comprising:

exposing a substrate comprising a plurality of capture components to a sample comprising a plurality of analyte molecules or particles, so that analyte molecules or particles associate with capture components to form a plurality of complexes, each complex being immobilized with respect to the substrate and comprising at least one capture component and at least one analyte molecule or particle;

dissociating at least a portion of each complex to form a plurality of dissociated species, which are not immobilized with respect to the substrate;

partitioning the plurality of dissociated species across a plurality of reaction vessels; and

determining the presence or absence of a dissociated species in at least one reaction vessel.

2. The method of claim 1, wherein the plurality of dissociated species are partitioned such that a statistically significant fraction of the reaction vessels contain no dissociated species and a statistically significant fraction of reaction vessels contain at least one dissociated species.

3. The method of claim 1, wherein the plurality of dissociated species are partitioned such that a statistically significant fraction of the reaction vessels contain no dissociated species and a statistically significant fraction of reaction vessels contain one dissociated species.

4. The method of claim 2, further comprising determining the number of the plurality of reaction vessels and/or fraction of the plurality of reaction vessels that contain or do not contain a dissociated species

5. The method of claim 4, wherein the number or fraction of the plurality of reaction vessels that contain a dissociated species is related to the concentration of analyte molecules or particles in the sample.

6. The method of claim 4, wherein the number or fraction of the plurality of reaction vessels that contain a dissociated species is directly proportional to the concentration of analyte molecules or particles in the sample.

7. The method of claim 4, wherein the number or fraction of the plurality of reaction vessels that contain a dissociated species is less than the number of analyte molecules or particles contained in a volume of the sample applied to the substrate in the exposing act.

8. The method of claim 4, further comprising an act of determining the concentration of analyte molecules or particles in the fluid sample.

9. The method of claim 1, wherein the substrate comprises a plurality of beads.

**10**. The method of claim **9**, wherein the beads are magnetic.

**11**. The method of claim **1**, wherein the substrate comprises a microtiter plate.

**12**. The method of claim **1**, wherein the plurality of reaction vessels is formed on the end of a fiber optic bundle.

**13**. The method of claim **1**, wherein the plurality of reaction vessels are formed upon the mating of at least a portion of a sealing component and at least a portion of a second substrate.

**14-63**. (canceled)

**64**. A system for detecting analyte molecules or particles in a fluid sample, comprising:

a first substrate comprising a plurality of capture components able to become specifically immobilized with respect to a plurality of analyte molecules or particles of a sample, such that the analyte molecules or particles associate with capture components to form a plurality of complexes, wherein the complexes are susceptible to being dissociated from the first substrate by a dissociating agent to form a plurality of dissociated species; and

a second substrate comprising an array comprising a plurality of reaction vessels, the reaction vessels being configured to receive and contain dissociated species therein.

**65-81**. (canceled)

**82**. A method for determining a measure of the concentration of analyte molecules or particles in a fluid sample, comprising:

capturing a plurality of analyte molecules or particles on a first substrate;

releasing a plurality of molecules or particles from the first substrate;

detecting molecules or particles released from the first substrate on or within a second substrate comprising a plurality of reaction vessels; and

determining a measure of the concentration of the analyte molecules or particles in the fluid sample based on the detection of molecules or particles released from the first substrate on or within the second substrate.

**83-110**. (canceled)

**111**. A method for determining a measure of the concentration of the analyte molecules or particles in a fluid sample, comprising:

capturing a plurality of analyte molecules or particles on a first substrate;

releasing a plurality of molecules or particles from the first substrate;

detecting molecules or particles released from the first substrate on or within a second substrate; and

determining a measure of the concentration of the analyte molecules or particles in the fluid sample based on the detection of molecules or particles released from the first substrate, wherein the true concentration of the analyte molecules or particles in the fluid sample is less than about $50 \times 10^{-15}$ molar, and wherein the measure of the concentration determined in the determining act differs from the true concentration by no greater than 10%.

**112-117**. (canceled)

**118**. A method for determining a measure of the concentration of analyte molecules or particles in a fluid sample, comprising:

capturing a plurality of analyte molecules or particles on a first substrate;

releasing a plurality of molecules or particles from the first substrate;

immobilizing at least one particle comprising a binding partner for the molecule or particle released from the first substrate to each of at least a fraction of the plurality of molecules or particles released from the first substrate to form a plurality of complexes;

detecting the plurality of complexes formed in the immobilizing act; and

determining a measure of the concentration of the analyte molecules or particles in the fluid sample based on the detection of the complexes.

**119-136**. (canceled)

**137**. A method for determining a measure of the concentration of analyte molecules or particles in a fluid sample, comprising:

capturing a plurality of analyte molecules or particles on a first substrate by immobilizing the plurality of analyte molecules or particles on the first substrate;

releasing a plurality of immobilized molecules or particles from the first substrate, wherein the number of molecules or particles released is related to the number of analyte molecules or particles captured;

detecting molecules or particles released from the first substrate on or within a second substrate, wherein at least a fraction of the molecules or particles released from the first substrate become immobilized with respect to the second substrate, and wherein the number of molecules or particles detected on or within the second substrate is no greater than the number of molecules or particles which are released from the first substrate; and

determining a measure of the concentration of the analyte molecules or particles in the fluid sample based on the detection of molecules or particles released from the first substrate.

**138-164**. (canceled)

**165**. A method for determining a measure of the concentration of analyte molecules or particles in a fluid sample, comprising:

capturing a plurality of analyte molecules or particles on a first substrate by immobilizing the plurality of analyte molecules or particles on the first substrate;

releasing a plurality of immobilized molecules or particles from the first substrate, wherein the number of molecules or particles released is related to the number of analyte molecules or particles captured;

immobilizing at least one first binding ligand with respect to each of at least a fraction of the plurality of analyte molecules or particles or to each of at least a fraction of the plurality of molecules or particles released from the first substrate;

capturing at least a fraction of the plurality of molecules or particles released from the first substrate on or within a second substrate;

exposing the second substrate to a plurality of precursor labeling agent molecules, wherein the plurality of precursor labeling agent molecules are converted to a plurality of labeling agent molecules upon exposure to first binding ligands; and

determining a measure of the concentration of the analyte molecules or particles in the fluid sample based on the detection of the labeling agent molecules.

**166-187**. (canceled)

**188**. A method of detecting analyte molecules or particles in a fluid sample, comprising:

exposing a substrate comprising a plurality of capture components to a sample comprising a plurality of analyte molecules or particles, so that analyte molecules or particles associate with capture components to form a plurality of complexes, each complex being immobilized with respect to the substrate and comprising at least one capture component and at least one analyte molecule or particle;

dissociating at least a portion of each complex to form a plurality of dissociated species, which are not immobilized with respect to the substrate; and

detecting at least some of the plurality of the dissociated species substantially simultaneously, wherein substantially all of the detected dissociated species are spatially separated with respect to the other detected dissociated species during detection, such that detection is able to resolve individual dissociated species of the plurality of dissociated species.

**189-199.** (canceled)

* * * * *

# Exhibit K



Single Molecule Arrays for Digital Detection in Complex Samples

IQT Technology Focus Day, March 25th, 2010

# Quanterix Team

**Management**
- David Okrongly, PhD - President and CEO (25 years diagnostics and biotech experience with Siemens, Bayer, Applied ImmuneSciences)
- David Duffy, PhD - Senior Director, Platform Research (Surface Logix, Gamera, Harvard)
- David Hanlon, PhD - Director, Strategic Marketing (Cytyc, Proteome, Oncogene Research)
- David Fournier, MS - Principal Engineer (Illumina, Cyvera, Gerber Systems, AGFA)
- David Wilson, PhD - Senior Director, Product Development (20 years with Abbott Diagnostics)

- High performance R&D team consisting of 12 Biochemists and Engineers

**Board of Directors**
- Nick Naclerio, PhD - Chairman (ParAllele, Motorola Life Sciences, True Materials)
- David Walt, PhD (Tufts, Illumina)
- David Okrongly, PhD (President and CEO)
- Keith Crandell (ARCH Venture Partners)
- James Nahirny (Bain Capital Ventures)
- Doug Cole, MD (Flagship Ventures)





# Quanterix Detection Technology:
# Single Molecule Array (SiMoA$^{TM}$)

Exclusively licensed from Tufts University and covered by 12 US patents/applications and corresponding international filings.

# SiMoA moves chemical and biological measurements from the analog world to the digital world



**Traditional (Analog)**

0 pM       10 pM

- Concentration is determined from an average signal intensity of an ensemble of molecules
- Product diluted into large volume (>100 µL)
- Sensitivity limited by high background signals



**SiMoA (Digital)**

0 aM    3.5 aM    350 aM    3.5 fM

- Concentration is determined by counting discrete binary events
- Single molecules are confined in $50 \times 10^{-15}$ L (50 femtoliters)
- Background noise below threshold does not contribute to signal



# SiMoA is based on a simple three-step process

1. A sample is partitioned into an array of 50,000–500,000 femtoliter wells, so that each well contains 0 or 1 molecule



2. Catalytic chemistry generates bright optical signal in each reactor that contains at least one target molecule



3. Count the number of femtoliter wells that generate a positive signal to determine concentration



Li Z, Hayman RB, and Walt DR. *J. Am. Chem. Soc.* **2008,** *130,* 12622-63
Rissin DM, Gorris HH, and Walt DR. *J. Am. Chem. Soc.* **2008,** *130,* 5349-53
Rissin DM and Walt DR. *J. Am. Chem. Soc.* **2006,** *128,* 6286-87
Rissin DM and Walt DR. *Nano Lett.* **2006,** *6,* 520-23



# Distinguishing Features of the SiMoA Approach

- Transforms chemical and biological measurements from analog to digital worlds
- Strong basis in theory that shows >$10^7$ improvement in sensitivity is possible over analog techniques
- Many single molecules are detected simultaneously, rather than serially
- Inherently scaleable and flexible detection approach; larger arrays allow switching between high multiplexing and large dynamic range
- Many analytes possible (proteins, nucleic acids, cells, small molecules)
- Technology uses low-cost excitation sources and detectors in contrast to most complex, instrumentation-intensive single molecule approaches; readily amenable to miniaturization
- Strong IP (licensed from Tufts University and developed at Quanterix) based on Poisson Statistics approach



Quanterix

# SiMoA Device



**10 µm**

- 49,777 fibers per bundle
- Each fiber well with a defined (44 fL) volume
- Single sample loaded onto each fiber bundle

Quanterix



# SiMoA Instrument

CCD Camera

Objective

White Light Source

SiMoA Consumable

Label Substrate
Seal Material

SiMoA Imager

10 µm

Etched SiMoA Consumable

- Simple, low-cost approach to single molecule detection
- Amenable to miniaturization

Quanterix

# SiMoA enables digital ELISA detection of proteins using conventional immunoassay reagents



Streptavidin-β-galactosidase

Target Analyte

Biotin

Detection Antibody

Capture Antibody

Fiber surface of "ON" well (<10% of wells with analyte)



Fiber surface of "OFF" well (>90% of wells with no analyte)



Quanterix

# Theory of Single Molecule Immunoassays

$$K_d = \frac{[Ab][L]}{[AbL]} \quad \Rightarrow \quad \frac{[L]}{[AbL]} = \frac{N_A V K_d}{\theta_{Ab} n_{wells}} \quad (1)$$

$$[L] + [AbL] = [L_{TOTAL}] \quad (2)$$

$$n_{AbL} = \frac{[L_{TOTAL}] V N_A}{\left(1 + \frac{N_A V K_d}{\theta_{Ab} n_{wells}}\right)} \quad (3)$$

| Concentration of target, [L_TOTAL] | n_AbL for V = 100 µL | n_AbL for V = 10 µL | |
|---|---|---|---|
| 1 pM | All | All | Typical ELISA limit of detection |
| 100 fM | All | All | |
| 10 fM | 86,000 | 38,000 | |
| 1 fM | **8,600** | **3,800** | |
| 100 aM | **860** | **380** | |
| 10 aM | **86** | **38** | |
| 1 aM | **9** | **4** | |
| 100 zM | **1** | **none** | Potential SiMoA limit of detection |

- Thermodynamically, SiMoA offers tremendous sensitivity to analytes
- Techniques developed to improve kinetics to realize this potential



# SiMoA Provides >1000-fold increase in Sensitivity Advantage to Enzyme Label

Analog Technology

Digital, SiMoA Technology





Plate reader Limit of Detection (LOD):
4 fM = 4000 aM

SiMoA Limit of Detection (LOD):
3 aM

- >1000× absolute sensitivity improvement
- High enzyme sensitivity allows lower concentrations of labeling molecules to be used in ELISA, lowering backgrounds, and improving limits of detection



# SiMoA Technology has attomolar (aM) Sensitivity and 8 Logs of Dynamic Range



| Technology | Sensitivity | Dynamic Range |
|---|---|---|
| ELISA | 1 pM ($10^{-12}$ M) | 4 Logs (ANALOG) |
| SiMoA | 100 aM ($10^{-16}$ M) | 8 Logs (ANALOG + DIGITAL) |

44 fL / well          100 µL / well

DIGITAL          ANALOG

$10^{-17}$  $10^{-16}$  $10^{-15}$  $10^{-14}$  $10^{-13}$  $10^{-12}$  $10^{-11}$  $10^{-10}$  $10^{-9}$ M

aM          fM          pM          nM

Quanterix

# Bead-based SiMoA Immunoassay was developed to improve kinetics



- 100 µL of serum or plasma as test sample
- β-galactosidase used as enzyme reporter



# Digital ELISA is highly sensitive to proteins

### Detection of TNF-α using SiMoA





# Comparison of Digital ELISA and ELISA

| Protein | SiMoA LOD (fM) | ELISA LOD (fM) | Sensitivity Increase |
|---|---|---|---|
| TNF-α | 0.20 | 1250 | 6250x |
| IL-6 | 0.20 | 400 | 2000x |
| VEGF | 0.50 | 500 | 1000x |
| PSA | 0.10 | 100 | 1000x |

- Limit of Detection determined using SiMoA and plate reader detection using same antibody pair, enzyme label, and diluted serum matrix
- Proof-of-principle demonstrated 1000–6250 × improvement in sensitivity for digital ELISA over standard ELISA


Quanterix

# SiMoA Detection of Small Molecules



- Proof-of-principle assay for measuring small molecules (e.g., chemical weapons, explosives, hormones) using SiMoA

Quanterix


# SiMoA can also be used for single cell assays



SEM of single *S. cerevisiae* cells distributed in
the wells of an etched fiber bundle
(Walt et al. *Anal. Chem.* **2002**, *74*, 3046)



Ca2+ flux traces from single CHO cells
expressing CCR5 stimulated with Mip1β
(Walt et al. *Anal. Chem.* **2007**, *79*, 9045-9053)

- Array length-scales and detection well suited to single cell assays
- Several single cell assays possible
  - RNA and DNA detection (Walt/Quanterix SRA)
  - Calcium flux assays (Walt et al. *Anal. Chem.* **2007**, *79*, 9045-53)
  - Yeast Two Hybrid screening (Walt et al. *Anal. Biochem.* **2007**, *360*, 63–74)
  - Migration assays (Walt et al. *Anal. Bioanal. Chem.* **2005**, *382*, 37–43)





Current Applications of SiMoA

# Many Opportunities Exist for High Sensitivity Diagnostics
## Quanterix Will Focus on Two Applications for the Quanterix Clinical Lab



**Cardiovascular Disease**
- Early MI detection / rule-out
- Risk stratification
- Stress test reduction



**Prenatal Screening**



Brain | Blood

Endothelial Cells

**Neurological Disease**
Alzheimer's Disease



1 mm³ Tumor

Abnormal/ Rare Protein

**Oncology**
Prostate Cancer Recurrence Monitoring



**Infectious Disease**
- Blood products screening
- Antigen based Dx



**Inflammatory Disease**
- Theranostics



Quanterix

# Prostate Cancer Surveillance
## Example of Post-Operative Patient Following Radical Prostatectomy



# Quanterix's assay can detect PSA in serum at concentrations >1000-fold lower than standard





# Quanterix t-tau Assay is the First to Measure t-tau Protein in Blood of AD Patients and Age-Matched Controls







# Potential Applications for SiMoA in the Defense and Intelligence Communities

# SiMoA would interface with sampling methods and allow detection of low protein concentrations



air

sweat

saliva

single molecule detection

- Bridge gap between microsampling technologies and ultra-sensitive detection of proteins



# Ultra-Sensitive Detection of Pathogens and Biomarkers for Chemical Exposure

- Detection of nucleic acids (NA) using PCR is the cornerstone of sensitive detection of biological threats
  - Nucleic acids can be spoofed, leading to false positives
  - Not suitable for detecting non-NA analytes (e.g., proteins, small molecules)
  - Does not provide functional information of organism detected
- SiMoA could provide complementary information to PCR for ultra-sensitive detection
  - Pathogen detection via protein markers
  - Biomarkers indicating exposure to chemicals required to make explosives
  - Functional information as well as indicating presence/absence
  - Wide variety of analytes possible to be detected


Quanterix

# SiMoA is amenable to miniaturization and automation for a number of testing environments

## Today: Internal CLIA Lab



Semi-Automated
Sample Handling

12 x 8 Glass
50K Array Format
Manual Loading






Semi-Automated Sealing
Automated Image Analysis

## Future: External Laboratories & Field

Automated Sealer / Imager
COGS <$20K



*In Development*



Low Cost Plastic Consumable
500K Array

Leading to a
Fully Automated,
Track-Ready System




Quanterix

# Concept for Hand-held Single Molecule Detection



- Portable SiMoA detection unit, ultra-low analyte concentrations
  - Self contained reagent cartridge
    - Capable of supplying multiple samples
  - Self contained reaction/detection cartridge
    - Serves as sample input location and disposal container
  - Small form factor instrumentation readout unit
- Ultra-low Analyte detection at the point of interest


Quanterix

# Traumatic Brain Injury (TBI)



**52,000 Deaths**

**275,000 Hospitalizations**

**1,365,000 Emergency Department Visits**

**??? Receiving Other Medical Care or No Care***

An estimated 1.7 M TBIs occur in the US annually

- TBI severity ranges from "mild" (brief change in mental status/consciousness) to "severe" (extended period of unconsciousness or amnesia)

- TBI contributes to 30% of all injury-related deaths[1]

- Direct and indirect costs exceed $60B[2]





CTE; 19-fold increase in memory disorders



31% of evacuated US military personnel had TBI (DVBIC)



[1] Faul M et al. Centers for Disease Control and Prevention, 2010
[2] Finkelstein E et al. Oxford University Press, 2006

# A Rapid Blood-Based Test for TBI Would Have Significant Value

**Ideal cost-effective diagnostic tools needed**
- Replace imaging and improve accuracy

**Levels of brain specific proteins altered in cerebrospinal fluid (CSF)**
- S100B, GFAP, NSE, *T-tau*
- Correlation with injury severity/outcome

**CSF collection is invasive and exposes patients to additional risk**
- Drainage influences intracranial pressure (ICP)

**Alternative non-invasive sources for identification of low abundance neuronal specific proteins desired**
- Detection of mild injury that cannot be observed with CT/MRI
- Predict secondary pathologies (e.g. elevated ICP, ischemia)
- Real-time assessment of new/worsening neurologic injury

*"You want a nice serum marker for TBI, you do it through Tau. That is where you may have a use for Tau because the blood brain barrier is damaged. Then you may be able to get some assessment of the degree of injury following a TBI by looking at Tau in the plasma."*
**Dr. Rudolph Tanzi, Massachusetts General Hospital**


Quanterix

# Corporate Information

**Address**
One Kendall Square
Suite B14201
Cambridge, MA   02139
Phone: (617) 301-9400

11,000 sq. ft. laboratory/office space

**Contact**
David Okrongly, President & CEO
dokrongly@quanterix.com

www.Quanterix.com





